AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00111 |
| Patrick Edward McCaughey III | ) | Assigned to: Judge Meriweather, Robin M |
|  | ) | Assign Date: 1/18/2021 |
|  | ) | Description: COMPLAINT W/ARREST WARRANT |
| Date of Birth: XXXXXXXX | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of January 6, 2021 in the county of _____ in the _____ District of Columbia defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 111(b) | Assaulting, resisting, or impeding certain officers or employees |
| 18 U.S.C. 231(a)(3) | Civil Disorder |
| 18 U.S.C. 1752(a) & (b) | Restricted Building or Grounds |
| 40 U.S.C. 5104(e)(2) | Violent Entry or Disorderly Conduct |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Gregory Conner, Deputy US Marshal
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 01/18/2021                    2021.01.18 20:08:24 -05'00'
*Judge's signature*

City and state: Washington D.C.          Robin M. Meriweather, Magistrate Judge