AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>PATRICK MCCAUGHEY<br>*Defendant* | )<br>)<br>) Case No.  20 cr 40 (TNM)<br>)<br>) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PATRICK MCCAUGHEY - Defendant

Date:  02/08/2021

*Attorney's signature*

Lindy R. Urso - Pro Hac Vice
*Printed name and bar number*

810 Bedford Street
Suite 3
Stamford, CT 06901
*Address*

lindy@lindyursolaw.com
*E-mail address*

(203) 249-5748
*Telephone number*

(203) 357-0608
*FAX number*