UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PATRICK EDWARD MCCAUGHEY, III,<br><br>Defendant. | Case No. 1:21-cr-00040 (TNM) |

# ORDER

Defendant Patrick Edward McCaughey, III, seeks to be released on bond. *See* ECF No. 9. The Government opposes the motion. *See* ECF No. 11. Having considered the factors set forth in 18 U.S.C. § 3142(g) and for the reasons stated on the record at the hearing, the Court denies the Defendant's motion.

The Court finds that the Defendant would pose a danger to the community if released. The Government alleges that the Defendant willingly participated in a large, violent mob that attempted to force its way into the U.S. Capitol. He has been charged with serious offenses, including using a stolen police shield to assault two officers. The Court further finds that the Defendant poses a risk of flight. Among other things, he has no ties to the District of Columbia and is a dual citizen of another country. The weight of the evidence against the Defendant is strong and the Defendant is subject to a lengthy period of incarceration if convicted—factors which provide a motive to flee the country.

Pursuant to 18 U.S.C. § 3142(e), the Court finds that no other condition or combination of conditions of release will reasonably assure the safety of the community and reasonably assure the appearance of the Defendant. For these reasons and for all of the reasons stated at the hearing on the Defendant's motion, it is hereby

**ORDERED** that the Defendant's [9] Motion for Release on Bond is DENIED.

**SO ORDERED**.

Dated:  February 12, 2021                           TREVOR N. McFADDEN, U.S.D.J.