AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Patrick Edward McCaughey III | ) Case No. |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Patrick Edward McCaughey III,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 111(b) Assaulting, resisting, or impeding certain officers or employees, 18 U.S.C. 231(a)(3) Civil Disorder, 18 U.S.C. 1752(a) & (b) Restricted Building or Grounds, 40 U.S.C. 5104(e)(2) Violent Entry or Disorderly Conduct,

Date: 01/18/2021

2021.01.18
19:44:36 -05'00'

*Issuing officer's signature*

City and state: Washington D.C.

Robin M. Meriweather, Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/18/21, and the person was arrested on *(date)* 1/19/21
at *(city and state)* South Salem, NY.

Date: 1/28/21

*Arresting officer's signature*

SA Jeffrey D. Nelson
*Printed name and title*