

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

April 13, 2021

VIA Email and Download Links from USAO.Evidence.com
Lindy Urso, Esq.
lindy@lindyursolaw.com
Counsel for Defendant McCaughey

Dani Jahn, Esq.
 Dani_Jahn@fd.org
Counsel for Defendant Stevens


  Re: *United States v. Patrick McCaughey, Tristan Stevens 21-CR-40 (TNM)  - Production 3*

Dear Counsel:

  Pursuant to our discovery obligations, we are providing download links to 111 body worn camera (BWC) files listed in the attached Excel spreadsheet.  The links should last for a year, please download before then.   This should include all the BWC videos mentioned in the discovery recently provided.

  (This list is *over-inclusive*, as it includes all potentially relevant BWC videos that I have seen during the review for this and other Lower West Terrace related cases.  Out of an abundance of caution, we are making all of these BWC videos accessible to the defense so that you can analyze whether they might be relevant to your defense.)

  We continue to identify additional BWC related to the Lower West Terrace and will provide an additional round of potentially relevant BWC shortly.  To the extent you identify other officers with BWC that you believe might be relevant to the case, please let us know and we will do what we can to provide that BWC if it exists.

   In addition, my understanding is that the office is working to develop a system to make BWC available on a broader level in the coming months.

If you have any questions, please feel free to contact me.

By: *[signature]*
MELISSA JACKSON
Assistant United States Attorney
D.C Bar Number 996787
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: (202) 815-8585
Email: Melissa.Jackson@USDOJ.GOV

**Jocelyn Bond**
Assistant United States Attorney

Enclosure(s):
cc: