UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

------------------------------------- X
UNITED STATES OF AMERICA,          :          Criminal No. 21-cr-40 (TNM)
                                   :
    v.                             :
                                   :
PATRICK MCCAUGHEY III,             :
                                   :
        Defendant.                 :          May 5, 2021
------------------------------------- X

**CONSENT MOTION TO REPLACE REAL ESTATE SURETY**

The Defendant Patrick McCaughey III respectfully moves the real property to be liened as a condition of his release be changed from the defendant's father's South Salem, NY property (approximately $450,000 in equity) to the defendant's grandmother's property known as 52 Hillside Avenue, New Canaan, CT 06840 (equity of approximately $725,000).  The reason for this request is that undersigned counsel just learned that Westchester County, NY imposes a 1/3% "Mortgage Tax" on *any* recording that involves a real estate lien, which would cost the defendant approximately $6,000.00, whereas in Connecticut, the recording fees are less than $100.

The government CONSENTs to this request.

Dated:    Stamford, Connecticut
          May 4, 2021

                                   By: /s/_____
                                        Lindy R. Urso
                                        Attorney at Law
                                        Bar No.: ct 20315
                                        810 Bedford Street, Suite 3
                                        Stamford, CT 06901
                                        Tel: (203) 325-4487
                                        Fax:  (203) 357-0608

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed and served electronically on all parties of record, on this 5th day of May in the year of our Lord 2021.

_____/s/_____
Lindy R. Urso