## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES**,<br><br>                    Plaintiff,<br><br>             v.<br><br>**PATRICK EDWARD McCAUGHEY, III** *et al.*,<br><br>                    Defendants. | Case No. 1:21-cr-00040 (TNM) |

### ORDER

The Court held a hearing on October 4, 2021 in the above-captioned case. For the reasons stated on the record during that hearing, the Court enters the following orders:

It is hereby

**ORDERED** that Defendant McCaughey's [129] Motion to Modify Conditions of Release is GRANTED. Defendant McCaughey will no longer be subject to GPS monitoring as part of his pretrial conditions of release. All other conditions remain in place. And it is also

**ORDERED** that Defendant Judd's [132] Motion to Modify Conditions of Release is GRANTED. Defendant Judd will no longer be subject to home detention as part of his pretrial conditions of release. He will continue to be subject to location monitoring through GPS monitoring and all other previously-imposed release conditions. It is further

**ORDERED** that Defendant Stevens's [135] Motion to Modify Conditions of Release is DENIED.

**SO ORDERED**.

Dated: October 5, 2021                                               TREVOR N. McFADDEN, U.S.D.J.