UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

------------------------------------- X
UNITED STATES OF AMERICA,   :   Criminal No. 21-mj-111

v.   :

PATRICK MCCAUGHEY III,   :

        Defendant.   :   December 16, 2021
------------------------------------- X

**MOTION TO ADOPT AND JOIN MOTION FILED BY CO-DEFENDANT**

The defendant Patrick McCaughey III, through counsel, respectfully requests that the Court allow him to adopt and join co-defendant David Judd's Motion to Compel Discovery in Support of Claim of Selective Prosecution. ECF No. 138. The purpose of this motion is to simplify procedures and eliminate delay in accordance with Fed. R. Crim. P. 2.[1]

Dated:    Stamford, Connecticut
             December 16, 2021

By: _____
Lindy R. Urso
Attorney at Law
Bar No.: ct 20315
810 Bedford Street, Suite 3
Stamford, CT 06901
Tel: (203) 325-4487
Fax: (203) 357-0608
Email: lindy@lindyursolaw.com

---

[1] Counsel would have filed this Motion sooner but hadn't' gotten up to speed on this matter until this week, after having been tied up in a state court Murder trial from mid-October through November, 2021.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed and served electronically on all parties of record, on this 16th day of December in the year of our Lord 2021.

_____
Lindy R. Urso