# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Criminal No. 21-cr-40 (TNM) |
| : | |
| PATRICK E. MCCAUGHEY III, et. al. : | |
| : | |
| **Defendants.** : | |

## NOTICE OF APPEARANCE GOVERNMENT ATTORNEY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully informs the Court that Assistant United States Attorney, Kimberly L. Paschall, will appear for the United States in the above-captioned matter. AUSA Paschall can be contacted by telephone at (202) 252-2650 or by email at Kimberly.Paschall@usdoj.gov. This is notice of her appearance in this matter.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY:  /s/
KIMBERLY L. PASCHALL
Assistant United States Attorney
Capitol Siege Section
D.C. Bar No. 1015665
555 4th Street, N.W.,
Washington, D.C. 20530
202-252-2650
Kimberly.paschall@usdoj.gov