UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

------------------------------------- X
UNITED STATES OF AMERICA,  :  Criminal No.  21-mj-111
             v.  :
PATRICK MCCAUGHEY III,  :
          Defendant.  :  March 25, 2022
------------------------------------- X

## MOTION TO ADOPT AND JOIN MOTION FILED BY CO-DEFENDANT

    The defendant Patrick McCaughey III, through counsel, respectfully requests that the Court allow him to adopt and join co-defendant David Judd's Motion to Sever, ECF No. 206.  The relevant law and arguments in Mr. Judd's filing having the same applicability to this defendant's matter, this motion is designed to simplify procedures and eliminate delay in accordance with Fed. R. Crim. P. 2.

Dated:    Stamford, Connecticut
             March 25, 2022

                                            By: _____
                                                Lindy R. Urso
                                                Attorney at Law
                                                Bar No.: ct 20315
                                                810 Bedford Street, Suite 3
                                                Stamford, CT 06901
                                                Tel: (203) 325-4487
                                                Fax:  (203) 357-0608
                                                Email: lindy@lindyursolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed and served electronically on all parties of record, on this 25th day of March in the year of our Lord 2025.

_____*Lindy R. Urso*_____
Lindy R. Urso