UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No.  1:21-cr-40 (TNM) |
| v. | : | |
| PATRICK MCCAUGHEY III, | : | |
| Defendant. | : | April 15, 2022 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## MOTION TO ADOPT AND JOIN MOTION FILED BY CO-DEFENDANT

The defendant Patrick McCaughey III, through counsel, respectfully requests that the Court allow him to adopt and join co-defendant David Judd's Motion to Transfer Venue, ECF No. 257. The relevant law, arguments, and survey data in Mr. Judd's filing having the same applicability to this defendant's matter, this motion is designed to simplify procedures and eliminate delay in accordance with Fed. R. Crim. P. 2.

Dated:   Stamford, Connecticut
         April 15, 2022

                               By: _____*Lindy R. Urso*_____
                                         Lindy R. Urso
                                         Attorney at Law
                                         Bar No.: ct 20315
                                         810 Bedford Street, Suite 3
                                         Stamford, CT 06901
                                         Tel: (203) 325-4487
                                         Fax:  (203) 357-0608
                                         Email: lindy@lindyursolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed and served electronically on all parties of record, on this 15th day of April in the year of our Lord 2022.

                                                       _/s/ Lindy R. Urso_
                                                       Lindy R. Urso