UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
| | |
|---|---|
| UNITED STATES OF AMERICA, : | Criminal No.  1:21-cr-40 (TNM) |
| v. : | |
| PATRICK MCCAUGHEY III, : | |
| Defendant. : | April 20, 2022 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**<u>MOTION TO ADOPT AND JOIN MOTION FILED BY CO-DEFENDANT</u>**

The defendant Patrick McCaughey III, through counsel, respectfully requests that the Court allow him to adopt and join co-defendant David Judd's following Motions to Dismiss: (1) ECF No. 254; (2) ECF No. 255; and (3) ECF 256;[1]  The relevant law, arguments, in Mr. Judd's filings, having the same applicability to this defendant's matter, this motion is designed to simplify procedures and eliminate delay in accordance with Fed. R. Crim. P. 2.

Dated:    Stamford, Connecticut
              April 20, 2022

By: _*Lindy R. Urso*_
Lindy R. Urso
Attorney at Law
Bar No.: ct 20315
810 Bedford Street, Suite 3
Stamford, CT 06901
Tel: (203) 325-4487
Fax:  (203) 357-0608
Email: lindy@lindyursolaw.com

---

[1] As the pertinent allegations as to Mr. Judd in Counts 38 and 46 are identical to those as to this defendant in Counts 37 and 45, the argument and law therein apply to support dismissal of said Counts 37 and 45.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed and served electronically on all parties of record, on this 20th day of April in the year of our Lord 2022.

*Lindy R. Urso*
_____
Lindy R. Urso