UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

------------------------------------X

UNITED STATES OF AMERICA,  :  Criminal No. 21-cr-40 (TNM)

v.

PATRICK MCCAUGHEY III,

          Defendant.  :  April 20, 2022

------------------------------------X

Pursuant to Rules 43 of the Federal Rules of Criminal Procedure, the defendant, Patrick McCaughey, after consultation with counsel, hereby waives his right to appear at the April 22, 2022 status conference..

_____      4/21/2022
Patrick McCaughey, III              Date

_____      4/21/22
Lindy R. Urso                       Date
Attorney for the defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed and served electronically on all parties of record, on this 21st day of April in the year of our Lord 2022.

_____
Lindy R. Urso