UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. 1:21-cr-40 (TNM) |
| | : | |
| v. | : | |
| | : | |
| PATRICK MCCAUGHEY III, | : | |
| | : | |
| Defendant. | : | June 3, 2022 |

------------------------------------X

## MOTION TO ADOPT AND JOIN MOTIONS FILED BY CO-DEFENDANTS

The defendant Patrick McCaughey III, through counsel, respectfully requests that the Court allow him to adopt and join co-defendant Steven Cappuccio's Motion to Exclude Evidence (ECF No. 304), co-defendant Federico Klein's Motion to Exclude Evidence (ECF No. 310), and co-defendant Judd's Motion for Jury Questionnaire (ECF No. 317). The arguments and rationale in said motions apply equally to this defendant.

The purpose of this motion is to simplify procedures and eliminate delay in accordance with Fed. R. Crim. P. 2.

Dated:  Stamford, Connecticut
June 3, 2022

By: _____*Lindy R. Urso*_____
Lindy R. Urso
Attorney at Law
Bar No.: ct 20315
810 Bedford Street, Suite 3
Stamford, CT 06901
Tel: (203) 325-4487
Fax:  (203) 357-0608
Email: lindy@lindyursolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed and served electronically on all parties of record, on this 3rd day of June in the year of our Lord 2022.

                                            *Lindy R. Urso*
                                        Lindy R. Urso