UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

------------------------------------X
| UNITED STATES OF AMERICA, | : | Criminal No.  1:21-cr-40 (TNM) |
|---|---|---|
|  | : |  |
| v. | : |  |
|  | : |  |
| PATRICK MCCAUGHEY III, | : |  |
|  | : |  |
| Defendant. | : | June 10, 2022 |

------------------------------------X

## NOTICE OF NO REPLY TO OPPOSITION BRIEFS

The defendant Patrick McCaughey III, through counsel, respectfully notices the Court that, without waiving the arguments contained in the underlying motions, he does not intend to file a Reply to the following Government Opposition submissions:  ECF Nos. **294**, **295** and **296**.

Dated:   Stamford, Connecticut
         June 10, 2022

By: *Lindy R. Urso*
Lindy R. Urso
Attorney at Law
Bar No.: ct 20315
810 Bedford Street, Suite 3
Stamford, CT 06901
Tel: (203) 325-4487
Fax:  (203) 357-0608
Email: lindy@lindyursolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed and served electronically on all parties of record, on this 10th day of June in the year of our Lord 2022.

*Lindy R. Urso*
Lindy R. Urso