UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No.  1:21-cr-40 (TNM) |
| | : | |
| v. | : | |
| | : | |
| PATRICK MCCAUGHEY III, | : | |
| | : | |
| Defendant. | : | JULY 21, 2022 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## MOTION TO ADOPT AND JOIN MOTIONS 355 and 358

The defendant Patrick McCaughey III, through counsel, respectfully requests that the Court allow him to adopt and join co-defendant Morss's Motion to Compel (No. 355) and David Judd's Supplemental Motion to Compel (No. 358)  The relevant law and arguments in those codefendant filings, having the same applicability to this defendant's matter, this motion is designed to simplify procedures and eliminate delay in accordance with Fed. R. Crim. P. 2.

Dated:    Stamford, Connecticut
              July 21, 2022

By: *Lindy R. Urso*
Lindy R. Urso
Attorney at Law
Bar No.: ct 20315
810 Bedford Street, Suite 3
Stamford, CT 06901
Tel: (203) 325-4487
Fax:  (203) 357-0608
Email: lindy@lindyursolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed and served electronically on all parties of record, on this 21st day of July in the year of our Lord 2022.

                                        *Lindy R. Urso*
                                  Lindy R. Urso