UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. 1:21-cr-40 (TNM) |
| | : | |
| v. | : | |
| | : | |
| PATRICK MCCAUGHEY III, | : | |
| | : | |
| Defendant. | : | AUGUST 27, 2022 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**<u>DEFENDANT MCCAUGHEY'S EXHIBIT LIST[1]</u>**

| EXHIBIT NUMBER | DESCRIPTION | MARKED FOR ID | ADMITTED |
|---|---|---|---|
| | GJ Exh. 7, Cell Phone Video – Clip of Hodges and McCaughey | | |
| | Cell Phone Video of McCaughey on Scaffold | | |
| | USCP Camera – Clip of Crowd Entering Tunnel | | |

---

[1] Defendant intends to call no witnesses, except possibly the defendant if he so chooses.

|   | Cell Video – Clip of McCaughey Being Sprayed |   |   |
|---|---|---|---|
|   | GJ Exh. 4, Cell Phone Video - Clip of McCaughey exiting tunnel |   |   |
|   | GJ Exh. 19, USCP Video – Clip of McCaughey With Shield |   |   |
|   | BWC Officer Foulds |   |   |
|   | WUSA Interview of Officer Hodges |   |   |

Respectfully submitted,

By: *Lindy R. Urso*
Lindy R. Urso
Attorney at Law
Bar No.: ct 20315
810 Bedford Street, Suite 3
Stamford, CT 06901
Tel: (203) 325-4487
Fax:  (203) 357-0608
Email: lindy@lindyursolaw.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was filed and served electronically on all parties of record, on this 27th day of August in the year of our Lord 2022.

_Lindy R. Urso_
Lindy R. Urso