Government
Plaintiff                                              VS.                                    Civil/Criminal No.
Defendant
Joint

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

By:    _Lindy R. Urso_
       Lindy R. Urso
       Attorney at Law
       Bar No.: ct 20315
       810 Bedford Street, Suite 3
       Stamford, CT 06901
       Tel: (203) 325-4487
       Fax:  (203) 357-0608
       Email:   lindy@lindyursolaw.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was filed and served

electronically on all parties of record, on this 31st day of August in the year of our

Lord 2022.

       _Lindy R. Urso_
       Lindy R. Urso

1