UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,                    :          Criminal No.   1:21-CR-40
(TNM)
                                                              :

            v.                                                :

                                                              :
PATRICK MCCAUGHEY III,                          :

                                                              :
                        Defendant.                    :          August 31, 2022

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X


**DEFENDANT MCCAUGHEY'S REQUEST TO CHARGE RE:  "CORRUPTLY"**

In accordance with the Court's request at the end of evidence today, the defendant Patrick McCaughey III submits the following proposed definition of the term "corruptly" contained in 18 U.S.C. 1512(c)(2):

*"With an improper purpose and to engage in conduct knowingly and dishonestly with the specific intent to subvert, impede or obstruct the official proceeding."*

This language is taken from *U.S. v. Friske*, 640 F.3d 1288, 1291 (11th Cir. 2011).  The 10th Circuit has likewise adopted this definition from the 11th Circuit. *U.S. v. Gordon,* 710 F.3d 1124, 1151 (10th Cir. 2013).


By: _Lindy R. Urso_____

Lindy R. Urso
Attorney at Law
Bar No.: ct 20315
810 Bedford Street, Suite 3
Stamford, CT 06901

1

Tel: (203) 325-4487
Fax:   (203) 357-0608
Email: lindy@lindyursolaw.com

### CERTIFICATE  OF SERVICE

I hereby certify that a copy of the foregoing was filed and served electronically on all parties of record, on this 1st day of September in the year of our Lord 2022.

*Lindy R. Urso*
Lindy R. Urso

2