```
 1                  IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLUMBIA
 2

 3     United States of America,      ) Criminal Action
                                      ) No. 21-cr-208
 4                 Plaintiff,         )
                                      ) JURY TRIAL - DAY 5
 5     vs.                            ) AFTERNOON SESSION
                                      )
 6     Thomas Webster,                ) Washington, DC
                                      ) April 29, 2022
 7                 Defendant.         ) Time:  1:15 p.m.
      _____
 8
                          TRANSCRIPT OF JURY TRIAL
 9                              HELD BEFORE
                    THE HONORABLE JUDGE AMIT P. MEHTA
10                     UNITED STATES DISTRICT JUDGE
      _____
11
                           A P P E A R A N C E S
12
       For Plaintiff:      Hava Mirell
13                         U.S. Attorney's Office
                           312 N. Spring Street, Suite 1200
14                         Los Angeles, CA   90012
                           (213) 894-0717
15                         Email:  Hava.mirell@usdoj.gov

16                         Katherine Nielsen
                           DOJ-CRM, Fraud Section
17                         1400 New York Avenue, NW
                           Washington, DC   20530
18                         (202) 355-5736
                           Email:  Katherine.nielsen@usdoj.gov
19
                           Brian P. Kelly
20                         U.S. Attorney's Office
                           555 Fourth Street, NW, Suite 3816
21                         Washington, DC   20530
                           (202) 252-7503
22                         Email:  Brian.kelly3@usdoj.gov

23     For Defendant:      James E. Monroe
                           Dupee & Monroe, P.C.
24                         211 Main Street
                           Goshen, NY   10924
25                         (845) 294-8900
                           Email: Marina@dupeemonroelaw.com
```

1   ███████████████████████████████████
2   ██████████████████████████████████████
3   █████████████████████████████████████
4   ██████████████████████████████████████
5   ████████████

6          An object is a deadly or dangerous weapon if it is
7   capable of causing serious bodily injury or death to another
8   person and the defendant used it in that manner.  In
9   determining whether the object is a deadly or dangerous weapon
10  you may consider both physical capabilities of the object used
11  and the manner in which the object is used.
12         All right.  That's Count One.  Count Two and the rest
13  of them will be a little easier.

14  ████████████████████████████████
15  ██████████████████████████████████████
16  ██████████████████████████████████████
17  ██████████████████████████████████████
18  ████████████████████████████████████
19  ████████████████████████████████
20  ██████████████████████████████████████
21  █████████████████████████████  ████████
22  ████████████████████████████████████
23  ███████████████████████████  ██████████
24  █████████████████████████████
25  ████████████████████  ████████████████