UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No.  1:21-cr-40 (TNM) |
| | : | |
| v. | : | |
| | : | |
| PATRICK MCCAUGHEY III, | : | |
| | : | |
| Defendant. | : | September 9, 2022 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## **MOTION TO ADOPT AND JOIN MOTION FILED BY CO-DEFENDANT**

The defendant Patrick McCaughey III, through counsel, respectfully requests that the Court allow him to adopt and join co-defendant Tristan Stevens' Memorandum of Law re: 18 U.S.C. 111(a), ECF No. **469**.  This motion is designed to simplify procedures and eliminate delay in accordance with Fed. R. Crim. P. 2.

Dated:    Stamford, Connecticut
               September 9, 2022

By: *Lindy R. Urso*
Lindy R. Urso
Attorney at Law
Bar No.: ct 20315
810 Bedford Street, Suite 3
Stamford, CT 06901
Tel: (203) 325-4487
Fax:  (203) 357-0608
Email: lindy@lindyursolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed and served electronically on all parties of record, on this 9th day of September in the year of our Lord 2022.

_____Lindy R. Urso_____
Lindy R. Urso