## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **PATRICK EDWARD MCCAUGHEY, III**, <br><br> Defendant. | Case No. 1:21-cr-40-1 (TNM) |

## ORDER

In Capitol breach cases before this Court, the Government has filed a table providing the sentences requested and sentences imposed for other offenders involved in the Capitol breach. Considering the relatively few sentences imposed thus far for violations of 18 U.S.C. §§ 111 and 18 U.S.C. § 231(a)(3) in the Capitol breach cases and the need to avoid any unwanted sentencing disparities more broadly within the federal court system, the Court hereby ORDERS the Government to supplement its tables with 18 U.S.C. § 111 and 18 U.S.C. § 231(a)(3) cases brought by U.S. Attorneys' Offices in other jurisdictions—including but not limited to the District of Oregon—for all such cases initiated between January 6, 2020, and January 6, 2022. The chart shall include cases involving charges under these provisions whether or not the cases led to convictions on those charges. The table shall also include the other information currently listed on the Government's sentencing tables (e.g., offense of conviction, the Government's recommended sentence, and the sentence imposed). The Government shall file this table one week before Memoranda in Aid of Sentencing are due.

**SO ORDERED**.

Signed: September 13, 2022

_____
TREVOR N. McFADDEN, U.S.D.J.