1      UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF COLUMBIA
2
       * * * * * * * * * * * * * * *    )
3      UNITED STATES OF AMERICA,        )     Criminal Action
                                        )      No. 21-00040
4                    Plaintiff,         )
                                        )
5          vs.                          )
                                        )
6      PATRICK EDWARD McCAUGHEY, III,   )     Washington, D.C.
       TRISTAN CHANDLER STEVENS and     )     August 29, 2022
7      DAVID MEHAFFIE,                  )     9:38 a.m.
                                        )
8                    Defendants.        )
                                        )
9      * * * * * * * * * * * * * * *    )

10
                TRANSCRIPT OF BENCH TRIAL - DAY 1
11          BEFORE THE HONORABLE TREVOR N. McFADDEN,
                 UNITED STATES DISTRICT JUDGE
12

13
       APPEARANCES:
14
       FOR THE GOVERNMENT:      KIMBERLY L. PASCHALL, ESQ.
15                              JOCELYN P. BOND, ESQ.
                                ASHLEY AKERS, ESQ.
16                              UNITED STATES ATTORNEY'S OFFICE
                                  FOR THE DISTRICT OF COLUMBIA
17                              555 Fourth Street, Northwest
                                Eleventh Floor
18                              Washington, D.C. 20530

19
       FOR THE DEFENDANT        LINDY R. URSO, ESQ.
20           McCAUGHEY:         LAW OFFICES OF LINDY R. URSO
                                810 Bedford Street
21                              Suite 3
                                Stamford, Connecticut 06901
22

23     FOR THE DEFENDANT        LAUREN COBB, ESQ.
             STEVENS:           OFFICE OF THE FEDERAL DEFENDER
24                              NORTHERN DISTRICT OF FLORIDA
                                3 West Garden Street
25                              Suite 200
                                Pensacola, Florida 32502

1    APPEARANCES, CONT'D:

2    FOR THE DEFENDANT          WILLIAM L. SHIPLEY, JR., ESQ.
            MEHAFFIE:          LAW OFFICES OF WILLIAM L. SHIPLEY
3                              Post Office Box 745
                               Kailua, Hawaii 96734
4
                               JOSE M. LOPEZ, ESQ.
5                              LOPEZ, SEVERT & PRATT CO.
                               18 East Water Street
6                              Troy, Ohio 45373

7
     REPORTED BY:              LISA EDWARDS, RDR, CRR
8                              Official Court Reporter
                               United States District Court for the
9                                District of Columbia
                               333 Constitution Avenue, Northwest
10                             Room 6706
                               Washington, D.C. 20001
11                             (202) 354-3269

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                              I N D E X

2

3                                    Direct      Cross       Red.

4

WITNESSES FOR THE GOVERNMENT:
5
Ronald Ortega                         21          66
6                                                 75
                                                  80        106
7
Nikhil Paranjape                     113         136
8
Jason Mastony                        139         233
9                                                244
                                                 247        276
10

11
EXHIBITS RECEIVED IN EVIDENCE                                PAGE
12
Government's Exhibit No. 507                                  24
13  Government's Exhibit No. 512                                  26
    Government's Exhibit No. 508                                  29
14  Government's Exhibit Nos. 509, 510, 511, 513                  33
    Government's Exhibit No. 1                                    41
15  Government's Exhibit Nos. 101, 101.1, 101.2,
       101.3, 101.4, 101.5                                        54
16  Government's Exhibit No. 102                                  55
    Government's Exhibit No. 103                                  56
17  Government's Exhibit No. 801                                  60
    Government's Exhibit No. 302                                  62
18  Government's Exhibit No. 504                                  63
    Government's Exhibit No. 419.2                                64
19  Government's Exhibit No. 308                                  66
    Government's Exhibit No. 602                                 120
20  Government's Exhibit No. 232-234                             162
    Government's Exhibit No. 235, 236                            200
21  Government's Exhibit No. 301                                 212
    Government's Exhibit No. 414                                 216
22

23

24

25

```
1                    THE COURT:  Good morning.

2                    THE COURTROOM DEPUTY:  Your Honor, this is

3       Criminal Case 21-40, the United States of America versus

4       Patrick Edward McCaughey, III, Tristan Chandler Stevens and

5       David Mehaffie.

6                    Counsel, please come forward to identify

7       yourselves for the record, starting with the Government.

8                    MS. PASCHALL:  Good morning, your Honor.  Kimberly

9       Paschall for the United States.  I'm here with my

10      colleagues, Jocelyn Bond and Ashley Akers, and our

11      paralegal, Kyle Clements.

12                   THE COURT:  Good morning, folks.

13                   MR. URSO:  Good morning, your Honor.  Lindy Urso

14      for Mr. McCaughey.

15                   THE COURT:  Good morning, Mr. Urso.

16                   Good morning, Mr. McCaughey.

17                   MS. COBB:  Good morning, your Honor.  Lauren Cobb.

18      I'm here for Mr. Stevens, who is also present.

19                   THE COURT:  Good morning, Ms. Cobb.

20                   Good morning, Mr. Stevens.

21                   MR. SHIPLEY:  Good morning, your Honor.  William

22      Shipley on behalf of David Mehaffie.

23                   MR. LOPEZ:  José Lopez on behalf of the Defendant

24      David Mehaffie.

25                   THE COURT:  Good morning, gentlemen.
```

```
 1                  Good morning, Mr. Mehaffie.
 2                  I understand that all three Defendants have
 3       indicated a desire to waive their trial rights by jury.  If
 4       nobody disagrees, I'd like to handle those all together.
 5                  So I'll ask the three Defendants to approach the
 6       podium.
 7                  THE DEFENDANTS:  (Comply.)
 8                  THE COURT:  Good morning, gentlemen.
 9                  I'm informed that you desire to waive your right
10       to a jury trial.
11                  Is that correct, Mr. McCaughey?
12                  DEFENDANT McCAUGHEY:  That's correct, your Honor.
13                  THE COURT:  Mr. Stevens?
14                  DEFENDANT STEVENS:  That's correct, your Honor.
15                  THE COURT:  And Mr. Mehaffie?
16                  DEFENDANT MEHAFFIE:  Yes, your Honor.
17                  THE COURT:  Before accepting your waiver to a jury
18       trial, there are a number of questions that I need to ask
19       you to ensure that this is a valid waiver.  If you do not
20       understand any of the questions that I ask or if you have
21       any of your own questions at any time, please let me know or
22       let your attorney know.  I'm happy to take a break so that
23       you can consult with them at any time.  It's essential to a
24       valid waiver that you understand each question before you
25       answer.
```

```
1              Do you understand all that, Mr. McCaughey?

2              DEFENDANT McCAUGHEY:  Yes, your Honor.

3              THE COURT:  Mr. Stevens?

4              DEFENDANT STEVENS:  Yes, your Honor.

5              THE COURT:  And Mr. Mehaffie?

6              DEFENDANT MEHAFFIE:  Yes, your Honor.

7              THE COURT:  And I think I should go ahead and

8     swear the Defendants in for purposes of this colloquy.

9              Ms. Chaclan?

10             (Whereupon, the Defendants were duly sworn.)

11             THE COURT:  Mr. McCaughey, what's your full name?

12             DEFENDANT McCAUGHEY:  Patrick Edward McCaughey,

13    III.

14             THE COURT:  How old are you, sir?

15             DEFENDANT McCAUGHEY:  24 years old.

16             THE COURT:  How far did you go in school?

17             DEFENDANT McCAUGHEY:  I graduated high school.

18             THE COURT:  And are you able to speak and

19    understand English?

20             DEFENDANT McCAUGHEY:  Yes.

21             THE COURT:  And what is your employment

22    background, sir?

23             DEFENDANT McCAUGHEY:  I've worked as a carpenter

24    since graduating high school.

25             THE COURT:  Have you consumed any alcohol, drugs,
```

1    medicine or pills in the last 24 hours?

2              DEFENDANT McCAUGHEY:  No, your Honor.

3              THE COURT:  Have you received any treatment

4    recently for any type of mental illness or emotional

5    disturbance or addiction to narcotic drugs of any kind?

6              DEFENDANT McCAUGHEY:  No, your Honor.

7              THE COURT:  Let me go back to you, Mr. Stevens.

8              What is your full name?

9              DEFENDANT STEVENS:  Tristan Chandler Stevens.

10             THE COURT:  And you -- actually, I've got your

11   middle name.

12             How old are you, sir?

13             DEFENDANT STEVENS:  26.

14             THE COURT:  How far did you go in school?

15             DEFENDANT STEVENS:  I'm three semesters away from

16   a bachelor's in computer engineering.

17             THE COURT:  Are you able to speak and understand

18   English, sir?

19             DEFENDANT STEVENS:  Yes.

20             THE COURT:  What is your employment background?

21             DEFENDANT STEVENS:  Block chain development.

22             THE COURT:  And have you consumed any alcohol,

23   drugs, medicine or pills in the last 24 hours?

24             DEFENDANT STEVENS:  No.

25             THE COURT:  Have you received any treatment

1    recently for any type of mental illness or emotional

2    disturbance or addiction to narcotic drugs of any kind?

3              DEFENDANT STEVENS:  No.

4              THE COURT:  And finally, Mr. Mehaffie, can you

5    state your full name.

6              DEFENDANT MEHAFFIE:  David Clifford Mehaffie.

7              THE COURT:  And can you spell your middle name,

8    sir.

9              DEFENDANT MEHAFFIE:  C-L-I-F-F-O-R-D.

10             THE COURT:  And how old are you, sir?

11             DEFENDANT MEHAFFIE:  63.

12             THE COURT:  How far did you go in school?

13             DEFENDANT MEHAFFIE:  I graduated high school.

14             THE COURT:  And are you able to speak and

15   understand English?

16             DEFENDANT MEHAFFIE:  Yes, sir.

17             THE COURT:  What is your employment background?

18             DEFENDANT MEHAFFIE:  I was a gym owner.

19             THE COURT:  And you're retired now; is that

20   correct?

21             DEFENDANT MEHAFFIE:  Yes.

22             THE COURT:  Have you consumed any alcohol, drugs,

23   medicine or pills in the last 24 hours?

24             DEFENDANT MEHAFFIE:  No, sir.

25             THE COURT:  Have you received any treatment

1    recently for any type of mental illness or emotional

2    disturbance or addiction to narcotic drugs of any kind?

3            DEFENDANT MEHAFFIE:  No, sir.

4            THE COURT:  Mr. Mehaffie, do you understand that

5    you're entitled to a trial by jury on the charges filed

6    against you?

7            DEFENDANT MEHAFFIE:  Yes.

8            THE COURT:  Mr. McCaughey?

9            DEFENDANT McCAUGHEY:  Yes.

10           THE COURT:  And Mr. Stevens?

11           DEFENDANT STEVENS:  Yes.

12           THE COURT:  Do you understand that a jury trial

13   means you will be tried by a jury consisting of 12 people

14   and that all of the jurors must agree on that verdict?

15           Mr. McCaughey?

16           DEFENDANT McCAUGHEY:  Yes.

17           THE COURT:  Mr. Stevens?

18           DEFENDANT STEVENS:  Yes.

19           THE COURT:  And Mr. Mehaffie?

20           DEFENDANT MEHAFFIE:  Yes.

21           THE COURT:  Do you understand that you have a

22   right to participate in the selection of the jury?

23           Mr. McCaughey?

24           DEFENDANT McCAUGHEY:  Yes.

25           THE COURT:  Mr. Stevens?

```
 1                DEFENDANT STEVENS:  Yes.

 2                THE COURT:  And Mr. Mehaffie?

 3                DEFENDANT MEHAFFIE:  Yes.

 4                THE COURT:  Do you understand that if I approve

 5      your waiver of a jury trial, the Court will alone try the

 6      case and determine your innocence or guilt?

 7                Mr. McCaughey?

 8                DEFENDANT McCAUGHEY:  Yes.

 9                THE COURT:  Mr. Stevens?

10                DEFENDANT STEVENS:  Yes.

11                THE COURT:  Mr. Mehaffie?

12                DEFENDANT MEHAFFIE:  Yes.

13                THE COURT:  Have you discussed with your attorney

14      the advantages and disadvantages of a jury trial?

15                Mr. McCaughey?

16                DEFENDANT McCAUGHEY:  Yes.

17                THE COURT:  Mr. Stevens?

18                DEFENDANT STEVENS:  Yes.

19                THE COURT:  And Mr. Mehaffie?

20                DEFENDANT MEHAFFIE:  Yes.

21                THE COURT:  And, Mr. Urso, have you discussed with

22      your client the advantages and disadvantages of trial?

23                And, gentlemen, I can say the three of you may sit

24      down.  Thank you.

25                THE DEFENDANTS:  (Comply.)
```

1          MR. URSO:  I did, your Honor.

2          THE COURT:  And, Mr. Urso, do you have any doubt

3    that your client is making a knowing and voluntarily waiver

4    of the right to a jury trial?

5          MR. URSO:  I do not, your Honor.

6          THE COURT:  Has anything come to your attention

7    suggesting that your client may not be competent to waive a

8    jury trial?

9          MR. URSO:  No, your Honor.

10          THE COURT:  Thank you, Mr. Urso.

11          Ms. Cobb, have you discussed with your client the

12    advantages and disadvantages of a jury trial?

13          MS. COBB:  I have, your Honor.

14          THE COURT:  And do you have any doubt that your

15    client is making a knowing and voluntarily waiver of his

16    right to a jury trial?

17          MS. COBB:  No, I don't.

18          THE COURT:  And has anything come to your

19    attention suggesting he may not be competent to waive a jury

20    trial?

21          MS. COBB:  No, your Honor.

22          THE COURT:  Thank you.

23          Finally, Mr. Shipley, have you discussed with your

24    client the advantages and disadvantages of a jury trial?

25          MR. SHIPLEY:  I have, your Honor.

1          THE COURT:  And do you have any doubt that your

2     client is making a knowing and voluntary waiver of his right

3     to a jury trial?

4          MR. SHIPLEY:  No, your Honor.

5          THE COURT:  Has anything come to your attention

6     suggesting that your client may not be competent to waive a

7     jury trial?

8          MR. SHIPLEY:  No, your Honor.

9          THE COURT:  And, Ms. Paschall, has anything come

10    to your attention suggesting that any of these three

11    Defendants may not be competent to waive a jury trial?

12          MS. PASCHALL:  No, your Honor.

13          THE COURT:  And am I correct that the Government

14    is consenting to a bench trial as to each of these three

15    Defendants?

16          MS. PASCHALL:  Yes, your Honor.

17          THE COURT:  And, Mr. McCaughey, let me just show

18    you, sir, is that your signature on this

19    waiver-of-trial-by-jury form?

20          DEFENDANT McCAUGHEY:  Yes, your Honor.

21          THE COURT:  And, Mr. Stevens, is that your

22    signature there on this waiver-of-trial-by-jury form?

23    Sorry.  I should have asked you all when you were still up

24    here.

25          DEFENDANT STEVENS:  Yes, your Honor.

1    THE COURT:  Finally, Mr. Mehaffie, is that your

2    signature on this waiver-of-trial-by-jury form?

3    DEFENDANT MEHAFFIE:  Yes, it is, sir.

4    THE COURT:  I do find that the three Defendants

5    here, Patrick Edward McCaughey, Tristan Stevens and David

6    Mehaffie, have knowingly and voluntarily waived their rights

7    to a jury trial.  I also find that the Government has

8    consented to this waiver and I consent as well.  I will

9    approve their waivers and sign the forms.

10   Mr. Paschall, is the Government ready for a bench

11   trial?

12   MS. PASCHALL:  Yes, your Honor.  The Government is

13   ready.

14   THE COURT:  And, Mr. Urso, is your client ready

15   for a bench trial?

16   MR. URSO:  Yes, your Honor.

17   THE COURT:  And, Ms. Cobb, is your client ready

18   for a bench trial?

19   MS. COBB:  Yes, your Honor.

20   THE COURT:  And Mr. Shipley?

21   MR. SHIPLEY:  Yes, your Honor.

22   THE COURT:  Ms. Paschall, does the Government have

23   an opening statement?

24   MS. PASCHALL:  Your Honor, I think the Government

25   will waive opening unless your Honor has specific questions

1    in response to our trial brief.  I think we've laid out all

2    of the facts and legal arguments we anticipate happening.

3            So I will defer to the defense unless your Honor

4    has any specific questions.

5            THE COURT:  I do not.  Thank you.

6            Mr. Urso, do you wish to make an opening

7    statement?

8            MR. URSO:  We have no opening statement, your

9    Honor.  Thank you.

10           THE COURT:  Ms. Cobb?

11           MS. COBB:  No opening statement, your Honor.

12           THE COURT:  And Mr. Shipley?

13           MR. SHIPLEY:  Your Honor, I'd like to reserve

14   making an opening statement until the Government's case in

15   chief is closed.

16           THE COURT:  That's fine.

17           Ms. Paschall?

18           MS. PASCHALL:  Your Honor, I think the first thing

19   we would like to do is enter into evidence the stipulations

20   that have been reached by the parties.

21           Government's Exhibit 1003 is a stipulation for all

22   the Defendants.  Would your Honor like me to read them or is

23   submitting them in paper form sufficient?

24           THE COURT:  I think that's fine.  Why don't you

25   just point me to them.

```
1                    MS. PASCHALL:  Sure.  I can summarize.

2               The first stipulation has to do with facts

3    pertaining to the Capitol Building and grounds.  That's on

4    Pages 1 and 2 of Exhibit 1003.

5                    THE COURT:  Is that the seven-page document?

6                    MS. PASCHALL:  Yes, your Honor.

7                    THE COURT:  1003?

8                    MS. PASCHALL:  Yes, your Honor.

9               The second stipulation is with respect to the

10   certification of the Electoral College vote.  That is on

11   Pages 2 and 3.

12              The third stipulation is with respect to the civil

13   disorder.  That is on Page 3.

14              Then there's the stipulation as to officers from

15   the Capitol Police and the Washington, D.C., Metropolitan

16   Police Department.  That's on Page 4.

17              There's a stipulation with respect to the

18   maintaining and authenticity of the U.S. Capitol Police

19   closed-circuit videocameras.  That's on Page 4.

20              There's a stipulation as to the body-worn camera,

21   how it was maintained and its authenticity with respect to

22   the body-worn cameras worn by the Metropolitan Police

23   Department officers.  That's on Page 5.

24              Also on Page 5 is the stipulated testimony.  We

25   have three witnesses that we will be submitting copies of
```

1      their testimony in prior cases.  Two of them were before

2      your Honor.  The first is Lanelle Hawa from the United

3      States Secret Service.  Her testimony is from the *United*

4      *States versus Couy Griffin*, 21-CR-94.  That will be

5      Government's Exhibit 1000.

6              The parties have agreed to testimony from Daniel

7      Schwager, who is the general counsel to the secretary of the

8      United States Senate.  That will be Exhibits 2, 705 through

9      709 and 1001.  He testified in *United States versus*

10     *Hale-Cusanelli*, 21-CR-37.

11             And finally, we have the stipulation as to Ed

12     Tippet from Safeway.  That's Government's Exhibit 701

13     through 704 and 1002.  Mr. Tippet testified in *United States*

14     *versus Thomas Webster*, 21-CR-208.

15             And I should have mentioned this before:  We're

16     creating a hard drive for your Honor with all of the

17     exhibits.  That testimony will be on the hard drive.  We can

18     also provide paper copies if you would prefer.

19             THE COURT:  I think I've looked at it.  I mean,

20     it's relatively short.  It just says that there was a

21     downturn in customers at the time.  Is that essentially it?

22             MS. PASCHALL:  That's correct, your Honor; and

23     then the corresponding exhibits from Safeway that

24     demonstrate that.

25             THE COURT:  And so while we're on that, the other

1    two were in front of me.  I don't really understand the

2    point of them, that one.

3                   MS. PASCHALL:  What --

4                   THE COURT:  What does that show?  How is that

5    relevant?

6                   MS. PASCHALL:  Well, Ms. Hawa's testimony goes to

7    the Secret Service --

8                   THE COURT:  I understand that one.  I mean the

9    Safeway.  Is that about civil disorder?

10                  MS. PASCHALL:  Oh, yes, your Honor.  Sorry.

11                  THE COURT:  I guess I haven't had that charge

12   before.

13                  MS. PASCHALL:  Okay.

14                  THE COURT:  The other two I understand.  They were

15   in front of me.

16                  MS. PASCHALL:  Sure.  Mr. Tippet is solely for the

17   interference with interstate commerce.  That's the prong of

18   18 USC 231.

19                  THE COURT:  Understood.

20                  MS. PASCHALL:  The next stipulation is to

21   open-source videos that the Government will enter, Exhibits

22   301 through 309, that those are fair and accurate depictions

23   of the events of January 6th.

24                  The next stipulation is videos recovered from

25   private videos.  That's Government's Exhibits 301 and 319,

1    that they are fair and accurate depictions of the events of

2    January 6th.

3              And the final stipulation as to the entire group

4    is photographs, Exhibits 501 through 513 are fair and

5    accurate depictions and photographs that are not altered in

6    any way.

7              THE COURT:  So that's all 1003?

8              MS. PASCHALL:  That's all 1003.

9              1004, 1005 and 1006 are the same three

10   stipulations, just as to each individual Defendant.

11             So 1004 has to do with chain of custody of the

12   physical evidence items from Mr. McCaughey.  There's a brown

13   hooded sweatshirt and an iPhone.  There's a stipulation

14   between the parties that proper chain of custody was

15   maintained for those items.

16             The second stipulation is to standard protocol for

17   device extraction that the cell phone that was retrieved and

18   maintained as evidence in this case was properly extracted

19   from the cell phone and that Government's Exhibit 602 is an

20   authentic and accurate copy of some of the digital contents

21   that are extracted from that phone.  That's 1004.

22             1005 is the same stipulations, but with respect to

23   Tristan Stevens.  There's a chain-of-custody stipulation as

24   to a brown sweatshirt and a cell phone.

25             And the same stipulation with respect to -- oh,

```
1      I'm sorry.  I forgot the final stipulation for

2      Mr. McCaughey, which is an identification stipulation that

3      the photographs that are included in 1004 are fair and

4      accurate depictions of the Defendant Patrick McCaughey and

5      that Government's Exhibits 301 and 504 are fair and accurate

6      depictions of him as well.

7           For Mr. Stevens, we have the chain of custody for

8      the two items seized.  We have a stipulation as to the

9      standard protocols followed for extraction of that cell

10     phone and for the exhibit that'll be the phone contents.

11     And then we have a stipulation as to the identification for

12     Mr. Stevens that the below photographs are fair and accurate

13     depictions of Mr. Stevens and that the Government's exhibits

14     depicting him are also fair and accurate.

15          And finally, the same set of stipulations for

16     Mr. Mehaffie.  For Mr. Mehaffie, there are actually two cell

17     phones.  So there is one cell phone for Mr. David Mehaffie

18     and a different cell phone for Ms. Kym Mehaffie.  So we have

19     a stipulation as to the chain of custody of those items as

20     well as a set of blue earbuds, a stipulation as to the

21     device extraction and the proper protocols for the contents

22     of the Government's exhibit for that device extraction.  And

23     then that the pictures included are fair and accurate

24     identifications of Mr. David Mehaffie.

25          So those are all of the stipulations.
```

```
 1              And with that, I think the Government will call
 2     its first witness, which is United States Capitol Police
 3     Captain Ronald Ortega.
 4              THE COURT:  And while you're getting the captain,
 5     I'll get a verbal affirmance from the defense counsel while
 6     they're there that everybody agrees to these stipulations.
 7              Mr. Urso?
 8              MR. URSO:  Yes, your Honor.
 9              THE COURT:  And Ms. Cobb?
10              MS. COBB:  Yes, your Honor.
11              THE COURT:  And Mr. Shipley?
12              MR. SHIPLEY:  Yes, your Honor.
13              THE COURT:  Thank you.
14              MS. PASCHALL:  And I think before we bring in our
15     first witness, we would also invoke the rule on witnesses.
16     We will note that our lead case agent for Patrick McCaughey,
17     Greg Conner, our lead case agent for Tristan Stevens, Steve
18     Weatherhead, and our lead case agent for David Mehaffie,
19     Kyle Metz, may be in and out during the course of the trial.
20     If your Honor would like us to point them out, we can.
21              THE COURT:  I think it's typically accepted for
22     lead case agents to be in the courtroom for the testimony,
23     notwithstanding the rule on witnesses.
24              Any objection to the invocation with that
25     understanding, Mr. Urso?
```

1           MR. URSO:  No objection, your Honor.

2           THE COURT:  Ms. Cobb?

3           MS. COBB:  No, your Honor.

4           THE COURT:  And Mr. Shipley?

5           MR. SHIPLEY:  No, your Honor.

6           THE COURT:  Thank you.

7           MS. PASCHALL:  Your Honor, it occurs to me we have

8      not discussed the submissions from the parties with respect

9      to the elements of the final instructions.  I think the only

10     difference between the parties is on the

11     deadly-and-dangerous-weapon instruction.  We can address

12     that whenever your Honor feels it's convenient.

13          THE COURT:  Yes.  Thank you.  I don't typically do

14     the charge conference at the beginning anyway.  So I think

15     we can get started and deal with that at the beginning or

16     the end of the day at some point.

17          (Thereupon, the witness entered the courtroom and

18     the following proceedings were had:)

19          THE COURT:  Please take a stand up here, Captain,

20     and the courtroom deputy will swear you in.

21          RONALD ORTEGA, GOVERNMENT WITNESS, SWORN.

22          THE WITNESS:  Do you mind if I take my mask off?

23          THE COURT:  You may.

24          MS. AKERS:  Good morning, your Honor.

25                     DIRECT EXAMINATION

```
 1   BY MS. AKERS:
 2   Q.  Captain, can you please introduce yourself to the Court
 3   and spell your name for the record?
 4   A.  Captain Ronald Ortega, United States Capitol Police.
 5   Ronald, R-O-N-A-L-D, Ortega, O-R-T-E-G-A.
 6   Q.  Thank you.
 7           What do you do for work, Captain Ortega?
 8   A.  I'm a captain with the United States Capitol Police.
 9   Q.  Let's briefly go through your employment history at the
10   Capitol Police.
11           What year did you get hired?
12   A.  I started in July of 2007.
13   Q.  And what position were you hired as?
14   A.  I was hired as a police officer.
15   Q.  How long were you a police officer?
16   A.  I spent -- I was a police officer initially with Capitol
17   Police starting in '07.  I spent about a year and a half
18   with House division Section 3.
19           From there, I joined the dignitary protection
20   division as a special agent.  I spent about four and a half
21   years with the dignitary protection division until I was
22   promoted to the rank of sergeant.
23           When I was promoted to sergeant, I was then
24   transferred to House division Section 1.  I spent about
25   eight months at House division Section 1 until I rejoined
```

Ortega - DIRECT - By Ms. Akers

1    the dignitary protection division as a supervisory special

2    agent.

3              From there, I spent two and a half years there and

4    then I got reassigned to the office of professional

5    responsibility, where I spent about three years there.

6              From there, I got promoted to the rank of

7    lieutenant.  And when I made lieutenant, I was reassigned to

8    Senate division Section 3, where I spent eight months.

9              From there, I got reassigned to our investigations

10   division, where I was in charge of our threat assessment

11   section and our intelligence operations section.  I spent

12   six months there until I got promoted to the rank of

13   captain.

14             Then I got reassigned to the Senate division as

15   the assistant commander.  And then in March of 2021, I got

16   reassigned to the Capitol division as an assistant

17   commander.

18   Q.  Is it fair to say on January 6th, 2021, you were a

19   captain, though?

20   A.  Yes, ma'am.

21   Q.  Great.

22             And based on your extensive history with the

23   United States Capitol Police, are you intimately familiar

24   with the Capitol grounds and the building?

25   A.  I am.

```
 1    Q.  And what's the mission of the United States Capitol

 2    Police?

 3    A.  Protect the Congress, its members, its staff and

 4    visitors.

 5    Q.  And when Congress is in session, approximately how many

 6    members are in the Capitol Building on a given day?

 7    A.  Between members and staff, we have probably 1,000

 8    personally there inside the Capitol Building.

 9    Q.  So let's talk about the actual Capitol Building.

10          MS. AKERS:  And we're going to pull up Exhibit 507

11    for the witness, please.

12    BY MS. AKERS:

13    Q.  What is this photo, Captain?

14    A.  That is an aerial view of the United States Capitol.

15    Q.  Does this photo fairly and accurately depict what the

16    Capitol Building looked like around January 2021?

17    A.  Correct.  It does.

18          MS. AKERS:  Your Honor, we would move to admit

19    Exhibit 507.

20          MR. URSO:  No objection.

21          THE COURT:  Without objection, it's in.

22          (Whereupon, Government's Exhibit No. 507 was

23    entered into evidence.)

24          MS. AKERS:  We'll publish that to the courtroom,

25    please.
```

1    BY MS. AKERS:

2    Q.  Captain Ortega, we're going to talk a lot about the

3    cardinal directions in this trial.  So give us a foundation.

4    Can you explain the directions for the Court based on the

5    photo?

6    A.  So this is the United States Capitol.  We're looking to

7    the left side of the photo.  It's going to be the west side.

8    That area would be known as the west front.

9            If we're looking to the north side, that would be

10   the Senate side of the United States Capitol, where the

11   Senate convenes.

12           Above this -- you can't see it -- would be

13   Constitution Avenue.

14           To the right of the photo would be the east side.

15   That will be the east plaza you see.

16           To the south would be the House side of the United

17   States Capitol, where the House of Representatives meet.

18   Q.  Thank you.

19           MS. AKERS:  Now we're going to turn to Exhibit

20   512, please, for the witness.

21   BY MS. AKERS:

22   Q.  What is this photo, Captain?

23   A.  It is a photo of the United States Capitol.

24   Q.  And does it fairly and accurately depict what the

25   Capitol looked like on January 6, 2021?

Ortega - DIRECT - By Ms. Akers

```
1     A.  It does.

2               MS. AKERS:  Your Honor, we'd move to have Exhibit

3     512 admitted.

4               THE COURT:  Without objection.

5               (Whereupon, Government's Exhibit No. 512 was

6     entered into evidence.)

7               THE COURT:  And if the attorneys don't mind, I'm

8     just going to assume there's no objection to kind of save

9     you all from jumping up and down since we don't have a jury.

10    Please, if you want to object, object.  If I misunderstood

11    your silence, let me know.  I won't be offended.  But I'm

12    trying to save you all and save some time.

13              MS. AKERS:  Thank you, your Honor.

14              And we'll publish this to the Court, please.

15    BY MS. AKERS:

16    Q.  Captain, which direction is this facing looking onto the

17    Capitol Building?

18    A.  So we're looking from the west front to the U.S.

19    Capitol.

20    Q.  And in the front of the building, there's sort of a

21    semicircle with some sort of stair-looking things.  Can you

22    describe what this is to the Court?

23    A.  That would be the inaugural stage for the inauguration.

24    Q.  And why is there the platform that's built there?

25    A.  For the inauguration.  It's the inaugural stage.
```

Ortega - DIRECT - By Ms. Akers

1    Q.  And what happens at the inauguration?

2    A.  That's when the president accepts the role of

3    presidency, gets sworn in as the president of the United

4    States.

5    Q.  Where does the president walk out of the building?

6    A.  This area right here.

7    Q.  And what is that area referred to as?

8    A.  So that would be the lower west terrace door.  With the

9    stage there, it becomes the tunnel to the lower west terrace

10   door.

11   Q.  So if we refer to the tunnel, that's the area you're

12   referring to?

13   A.  That is correct.

14   Q.  Is it fair to say that this entrance, the tunnel

15   entrance, is not open to the public?

16   A.  That is correct.

17   Q.  And out more to the right of this circle that you drew,

18   there is a tall structure.  What is that?

19   A.  So that's where the media sets up their cameras to

20   record the inauguration.

21   Q.  Great.

22         And on January 6, 2021, was the Capitol Building

23   as a whole open to the public?

24   A.  It was not.

25   Q.  Why not?

1    A.  The Capitol Building is never open to the general

2    public.  We have tours that frequently do happen.  This

3    time, due to COVID, all tours had been ceased at that

4    moment.

5    Q.  Great.

6            And because of the joint session that was

7    happening on January 6th, would you agree that the then-vice

8    president was scheduled to be present in the Capitol

9    Building on January 6th?

10   A.  That is correct.  He was.

11   Q.  Other than the typical security measures like walking

12   through a metal detector, were there any additional security

13   measures that were in place on January 6th, 2021?

14   A.  There were, ma'am.

15   Q.  And what were they?

16   A.  We had fencing, bike rack as fencing and snow fencing.

17   Q.  Any signage that was portrayed?

18   A.  We did.  We had signs that said Do Not Enter.

19   Q.  Were there also officers who were at guard?

20   A.  Correct, ma'am.  There were officers.

21   Q.  Great.

22           MS. AKERS:  We're going to pull up Exhibit 508 for

23   the witness, please.

24   BY MS. AKERS:

25   Q.  What is this a photo of, Captain?

Ortega - DIRECT - By Ms. Akers

1    A.  That would be our perimeter plan for January 6, 2021.

2            MS. AKERS:  We would move to admit Exhibit 508,

3    your Honor.

4            THE COURT:  Without objection, 508 is in.

5            (Whereupon, Government's Exhibit No. 508 was

6    entered into evidence.)

7            MS. AKERS:  I'd ask to publish that to the Court,

8    please.

9            THE COURT:  There's no need to ask that.

10           MS. AKERS:  Oh, okay.

11           THE COURT:  For any of these I think we'll just

12   leave the monitors on.

13           MS. AKERS:  That sounds good.

14   BY MS. AKERS:

15   Q.  Captain, you mentioned that this is a Capitol Building

16   with a perimeter.  Where is the perimeter?

17   A.  So if we start on Constitution Avenue, it rides from

18   First Street in the northwest all the way to Constitution

19   down to Delaware Avenue.  Then it stretches down on the east

20   plaza.  From the east plaza, it goes all the way back down

21   to Independence, then travels westbound on Independence,

22   back to northbound on First Street connecting again with

23   Constitution Avenue.

24   Q.  Is that depicted by the red line around the Capitol

25   grounds in the photo here?

1    A.  It is, ma'am.

2    Q.  What does that mean, that there's a restricted area?

3    A.  Meaning that we had bike racks in these areas and

4    unauthorized individuals were not to enter these areas.

5    Q.  And who set the perimeter?

6    A.  Capitol Police set this perimeter, utilizing our

7    security services bureau to do it.

8    Q.  Thank you.

9              MS. AKERS:  We'll publish Exhibit 509.

10             (Whereupon, Government's Exhibit No. 509 was

11   published in open court.)

12             MS. AKERS:  We'll move to admit --

13   BY MS. AKERS:

14   Q.  Well, I'll ask you what it is.  What is this photo,

15   Captain?

16   A.  That is a photo of the west front; and in the back you

17   see the United States Capitol.

18   Q.  Okay.  And does this fairly and accurately depict what

19   the snow fencing and the bike racks looked like on January

20   6, 2021?

21   A.  It does.

22   Q.  Do you see any signage in this photo?

23   A.  I do.

24   Q.  Can you describe where that is?

25   A.  You're going to see it in the snow fencing in the middle

Ortega - DIRECT - By Ms. Akers

1    of the photo and you'll see white signs on the snow fencing.

2              MS. AKERS:  We'll pull up Exhibit 510.

3              THE COURT:  I'm sorry.  You see bike racks there?

4              THE WITNESS:  That's the snow fencing right here.

5              MS. AKERS:  I think I misspoke, your Honor.  I

6    meant to say snow fencing.

7    BY MS. AKERS:

8    Q.  What is this photo, Captain?

9    A.  That is a photo of a sign that says Area Closed By Order

10   of the United States Capitol Police Board.

11   Q.  Does the United States Capitol Police typically use

12   signs like this to close off areas?

13   A.  We do.

14   Q.  And are you aware of whether these specific signs were

15   utilized on January 6, 2021?

16   A.  I'm aware that they were utilized.

17   Q.  Did you see them when you were at the Capitol that day?

18   A.  I did.

19             MS. AKERS:  We'll pull up Exhibit 511, please.

20   BY MS. AKERS:

21   Q.  Do you recognize this photo, Captain?

22   A.  I do.

23   Q.  Can you describe what it is, please?

24   A.  This is when the group picked up the bike rack on the

25   Penn Avenue walkway and pushed over my officers.

```
 1    Q.  And when you say the bike rack, is this the bike rack
 2    that you were talking about that denoted the restricted
 3    area?
 4    A.  It is, ma'am.
 5    Q.  Are these the same signs that you were referring to
 6    previously?
 7    A.  They are, ma'am.
 8    Q.  Great.
 9         MR. AKERS:  Finally, we'll pull up Exhibit 513,
10    please.
11    BY MS. AKERS:
12    Q.  Do you recognize this photo, Captain?
13    A.  Yes, ma'am.
14    Q.  Can you describe to us what it is?
15    A.  So this would be the interior photo, somewhat of a
16    schematic of the United States Capitol, with the top side;
17    the north side being the Senate side; the middle would be
18    the Rotunda or crypt, depending on what level you are; and
19    then the south side being the House side with the square box
20    representing where the House of Representatives meets, the
21    House chamber.
22    Q.  Great.  Thank you.
23         MS. AKERS:  Your Honor, at this time we'd move to
24    admit the exhibits we just looked at:  509, 510, 511, 512
25    and 513.
```

1          THE COURT:  512 is already in.  Without objection,

2      509, 510, 511 and 513 are admitted.

3          (Whereupon, Government's Exhibit Nos. 509, 510,

4      511 and 513 were entered into evidence.)

5          MR. SHIPLEY:  Your Honor, could I ask if we could

6      have a foundation for 511 as to the time of day that

7      photograph was taken?

8          THE COURT:  Absolutely.

9          MS. AKERS:  Can we please pull up 511, please.

10     BY MS. AKERS:

11     Q.  Captain Ortega, based on what you see in this photo

12     here, do you have any idea about what time this photo would

13     have been taken?

14     A.  Yeah.  It would be approximately -- I'd say 1250, 1253

15     hours is when it happened.  This is the initial breach that

16     we had on the Penn Avenue walkway.

17     Q.  Do you know that because you were at the Capitol on the

18     Capitol grounds that day?

19     A.  Correct.

20         MS. AKERS:  Is that all right --

21         THE COURT:  Mr. Shipley?

22         MR. SHIPLEY:  No objection.

23         THE COURT:  And you did exactly the right thing.

24     So I appreciate your piping up if you have any concerns.

25         So 511 is in.

Ortega - DIRECT - By Ms. Akers

 1              (Whereupon, Government's Exhibit No. 511 was

 2      entered into evidence.)

 3              MS. AKERS:  Thank you, your Honor.

 4      BY MS. AKERS:

 5      Q.  Captain Ortega, let's talk about your day on January 6,

 6      2021.  What time did you -- were you scheduled to work that

 7      day?

 8      A.  I was, ma'am.

 9      Q.  What time did you arrive at work?

10      A.  Approximately 0530 hours.

11      Q.  Where do you report?

12      A.  At the time, I was assigned to the Senate division; and

13      I worked at USCP headquarters at 119 D Street, Northeast.

14      Q.  What time were you originally scheduled to be off that

15      day?

16      A.  Probably around 5:00 p.m. that afternoon.

17      Q.  What time did you end up actually getting off of work

18      that day?

19      A.  The next morning, around 5:00 a.m. the next morning.

20      Q.  When you arrived at work, at what time did you head over

21      to the Capitol Building and grounds?

22      A.  Approximately 1300 hours.

23      Q.  And why did you go over there?

24      A.  We had the initial breach on the Penn Avenue walkway and

25      there was a call for all available units to respond.

1    Q.  When you got to the Capitol Building, where were you
2    initially?  Where did you start?
3    A.  When I entered the Capitol Building, I exited out of the
4    law library door, which puts me on the east front of the
5    Capitol.
6            When I -- from there, I noticed that there was a
7    big crowd on the east plaza.  They were behind the bike rack
8    at that time.  I noticed we had officers that were really in
9    tight, close to each other.  So I went to those officers and
10   I spread them across the bike rack and said:  Hey, we have a
11   big crowd.  We need to make sure we're covering as much
12   space as we can.
13           When I got to the end, to the north side of the
14   east plaza, I was told:  Captain, we don't need people here.
15   We need you on the west front.
16   Q.  And so what did you do at that time?
17   A.  From that point, I moved to the west front -- to the
18   upper west terrace of the U.S. Capitol terrace towards the
19   west front.
20   Q.  What did you see when you got to the west front?
21   A.  When I got to the west front, I could oversee the crowd
22   had overtaken the west front grassy area of the U.S.
23   Capitol.  And they were -- and I moved down towards the
24   inaugural stage, and I could see them attacking my officers
25   from the Senate division.

1   Q.  What did you do at that point?

2   A.  At that point, I'll be honest with you:  I was in a

3   panic.  I was trying to figure out, how do I get down to my

4   officers that were in the lower west terrace that were

5   engaging with them?  So I walked back and forth, looking for

6   a way to get down there.

7           And then I ended up in the scaffolding area.  And

8   there, I was approached by an officer who had just sustained

9   some sort of -- they were hit with some sort of chemical

10  agent.  The officer came up to me, was in tears.  A female

11  officer.  And she asked me -- she said, "I can't do this.  I

12  can't do this."

13          I said, "It's fine.  Let me get water and clear

14  your eyes out."  So I got water, decontaminated her.

15          And she said, "No.  I can't go back out there."

16          I said, "What's wrong?"

17          She said, "I haven't told anyone.  I'm pregnant."

18          So I told her -- I was like, "Don't tell anyone

19  about this.  Just say, 'Captain Ortega sent me to the detail

20  office.'"

21          So I sent her to the detail office, where she

22  remained.  And then from that point I was in the scaffolding

23  area and the landing area of the lower west terrace.

24  Q.  And did you stay on the west front for the rest of the

25  day?

Ortega - DIRECT - By Ms. Akers

1    A.  No, I didn't.  Once the crowd had broken through the

2    scaffolding, eventually broken through our perimeter at the

3    upper west terrace, at that point I started -- we had the

4    group, and we started trying to navigate them back to the

5    east front, to the east plaza.  At that point on the

6    radio -- I wasn't aware that the east plaza had collapsed at

7    this point.  So we tried to navigate them over to that side.

8    And I ended up back on the east plaza.

9    Q.  And then at some point, did you end up in the interior

10   of the Capitol Building?

11   A.  So I was just in the interior earlier at that point.  I

12   remained in the exterior of the Capitol from there until I

13   went back over to the Senate division.

14   Q.  And then did you stay on the east side of the Capitol

15   Building for the remainder of the day?

16   A.  So I was on the east side of the Capitol until -- so the

17   group -- I got back to the east side of the Capitol.  We

18   were dealing with -- trying to manage the crowd.

19           And I was approached by one of the officers who

20   told me, "Hey, Captain" -- I believe it was a sergeant --

21   "we have shields here."  The shields were somewhere behind

22   there.

23           So I had initially set up a perimeter of officers

24   around the Senate carriage door.  At that point, the crowd

25   wasn't attacking us on the east side.

1          So I said, "All right.  We'll grab the shields,

2     but start on the end where they're not there so we can

3     surprise them and get the shields around them.  We'll catch

4     them at the end."

5          And eventually, I got shields to all the officers

6     that were on the Senate carriage -- in front of the Senate

7     carriage door and built that perimeter.

8          At that point, there was a call that went on the

9     radio that the Senate subways had been breached by the

10    crowd.  They were -- the protesters were already in the

11    building at this point.

12         So I immediately sent the division of assistant

13    commander.  And I was with my commander, Inspector Amy

14    Hyman.  And at that point I said, "Boss, we need to get back

15    to the Senate division to take care of our buildings."

16         So from there, I told her to grab onto my belt,

17    dig her head into my back, and we walked through the crowd

18    and made it back to the Senate division.  We entered through

19    the upper -- I'm sorry -- the upper Del door, the Delaware

20    Avenue door, and went to the Senate subways to deal with any

21    protesters that might have breached the area.

22         When we got there, none had actually breached.

23    They were able to put up enough things to prevent them from

24    entering through the Senate subways.

25    Q.  Is it fair to say, Captain Ortega, that throughout your

 1    long day on January 6 you were both on the interior, the
 2    exterior and all sides of the Capitol grounds?
 3    A.  That is correct.  And I did return into the interior
 4    later in the day --
 5    Q.  Great.
 6    A.  -- as well.
 7    Q.  Let's move to the CCV system.  Are you familiar with the
 8    CCV cameras operating on the U.S. Capitol Building and
 9    grounds?
10    A.  I am.
11    Q.  How so?
12    A.  When I was with the office of professional
13    responsibility, I utilized the cameras often to conduct my
14    investigations.
15    Q.  And is it fair to say you're familiar with the locations
16    of the cameras throughout the Capitol grounds and in the
17    building?
18    A.  I am.
19    Q.  Who controls the cameras?
20    A.  So they actually are controlled by our security services
21    bureau.
22    Q.  And why does Capitol Police have these cameras?
23    A.  So the cameras are almost -- they're a way to observe
24    things that are going on in the field, almost as a force
25    multiplier.  You can see things without having police

```
1    officers there.

2    Q.  Do the cameras capture audio?

3    A.  They do not.

4    Q.  And is it fair to say there's cameras on the exterior

5    and the interior of the Capitol Building?

6    A.  That is correct.  We have them both in the exterior and

7    the interior of the building.

8    Q.  Are the closed-circuit camera video systems we're

9    talking about utilized regularly as part of the Capitol

10   Police's practice in executing their mission to protect the

11   Capitol?

12   A.  That is correct.

13   Q.  And are they kept and maintained by the Capitol Police

14   in the ordinary course, normal course of the business?

15   A.  That is correct.

16   Q.  Great.

17           Based on your understanding of the video equipment

18   and your review of the footage from January 6th, was the

19   camera equipment working properly on that date?

20   A.  It was.

21   Q.  In preparation for your testimony today, did you and I

22   review some of the closed-circuit footage from January 6th?

23   A.  I did.

24   Q.  All right.

25           MS. AKERS:  We're going to pull up, please,
```

Ortega - DIRECT - By Ms. Akers

1    Exhibit No. 1.

2    BY MS. AKERS:

3    Q.  While we're doing that, Captain Ortega, the video that

4    we reviewed in preparation for your testimony, the long

5    montage, based on your experience, does that fairly and

6    accurately depict the events that happened on January 6th,

7    2021?

8    A.  It does.

9          MS. AKERS:  Your Honor, we would move to admit

10   Exhibit 1.

11         THE COURT:  Without objection, 1 is in.

12         (Whereupon, Government's Exhibit No. 1 was entered

13   into evidence.)

14   BY MS. AKERS:

15   Q.  We're going to start.

16         MS. AKERS:  And, your Honor, just to play a small

17   portion of this montage, the time that was relevant to our

18   case here.  I know your Honor has already seen this video,

19   but we'll be brief.

20         THE COURT:  Okay.

21         MS. AKERS:  We're going to start here at minute

22   19:06 of the montage and we are going to play until 19:28.

23         (Whereupon, segments of Government's Exhibit No. 1

24   were published in open court.)

25

1    BY MS. AKERS:

2    Q.  All right, Captain.  Do you know what time of the day

3    this footage is being filmed?

4    A.  Yeah.  2:42 and five seconds p.m.

5    Q.  How do you know that?

6    A.  I can see the timestamp at the top.

7    Q.  And the date is January 6.  Correct?

8    A.  That is correct, ma'am.

9    Q.  And at about 2:42 p.m. on January 6th, what was

10   happening inside the Capitol Building here?

11   A.  So this is the upper House door.  You can see that the

12   crowd has actually made it inside of the building at this

13   point.  They are across from the House chambers.  And it

14   appears someone ran to the other side to open the upper

15   House door, because you have members of the crowd now

16   pouring in from that side.

17   Q.  Great.

18           MS. AKERS:  We're going to start at 19:28 and play

19   it until 20:04, please.

20           (Whereupon, segments of Government's Exhibit No. 1

21   were published in open court.)

22   BY MS. AKERS:

23   Q.  So still at around 2:41, what was happening in that

24   clip?

25   A.  You could see the individual that you couldn't see

Ortega - DIRECT - By Ms. Akers

1    initially, because the camera cut off, going to the upper

2    House door, hitting the push bar and opening it up for the

3    crowd.

4    Q.  And do you typically see people walking past the metal

5    detectors like that when they enter the Capitol Building?

6    A.  You don't.

7              MS. AKERS:  Let's please start at 20:04 where we

8    are and we'll play until 20:22.

9              (Whereupon, segments of Government's Exhibit No. 1

10   were published in open court.)

11   BY MS. AKERS:

12   Q.  Here, can you describe to us what you just saw?

13   A.  This is the Senate fire door.  You can see some

14   individual break through the glass.

15             MS. AKERS:  We'll play until 20:24.

16             (Whereupon, segments of Government's Exhibit No. 1

17   were published in open court.)

18   BY MS. AKERS:

19   Q.  There are people running toward the door in black.  Are

20   those Capitol Police officers?

21   A.  The one to the right in black.  I can't see from this

22   side, but it appears to be.  But you see an individual with

23   their hand through, pushing the push bar.

24   Q.  It's a little blurry.

25             MS. AKERS:  Let's play until 20:28.

Ortega - DIRECT - By Ms. Akers

1          (Whereupon, segments of Government's Exhibit No. 1

2     were published in open court.)

3          THE WITNESS:  Yes.  Those are Capitol Police

4     officers.

5     BY MS. AKERS:

6     Q.  Great.  And based on your view here, what are the

7     officers doing?

8     A.  They're trying to prevent the crowd from entering

9     through the door.

10    Q.  Is this a different area of the Capitol than the one we

11    just looked at from a minute before?

12    A.  It is.

13    Q.  Is it fair to say the Capitol is being breached on

14    multiple occasions around 2:40?

15    A.  That is correct.

16    Q.  Let's play until 21:03, please.

17          (Whereupon, segments of Government's Exhibit No. 1

18    were published in open court.)

19    BY MS. AKERS:

20    Q.  At this point, Captain, had the rioters made it through

21    that door there?

22    A.  They had.

23    Q.  And what about the officers?  Do you know why they

24    retreated?

25    A.  They were being severely outnumbered by the crowd.

1     Q.  All right.

2                 MS. AKERS:  Let's play until 21:30, please.

3                 (Whereupon, segments of Government's Exhibit No. 1

4     were published in open court.)

5     BY MS. AKERS:

6     Q.  At this point, Captain, do you know where in the Capitol

7     Building that was taking place?

8     A.  That's the east front door.

9     Q.  What was happening there?

10    A.  You have the crowd entering through the east front door.

11    Q.  And maybe it's one second too late; but fair to say that

12    was around 2:48 p.m.?

13    A.  Correct.

14    Q.  So there were at least how many breaches at this point

15    between about 2:40 and 2:48 p.m. that you're aware of?

16    A.  There were several at this point.

17                MS. AKERS:  We'll continue playing until 23:08.

18                (Whereupon, segments of Government's Exhibit No. 1

19    were published in open court.)

20                MS. AKERS:  Let's actually stop here at 22:31.

21    BY MS. AKERS:

22    Q.  What's going on here, Captain?

23    A.  The group was able to push past the officers that were

24    trying to prevent them from entering in.

25    Q.  And this is at 2:48, almost 2:49 p.m.  Do you know what

1    area of the Capitol Building this is?

2    A.  Yeah.  Senate alcove.

3    Q.  Have you ever seen an entrance like this in the Capitol

4    Building?

5    A.  I have not seen individuals.  It's not a proper entrance

6    into the well.

7    Q.  In relation to the tunnel that you previously

8    referenced, where is this?

9    A.  So if you're getting to the Senate tunnel, if you head,

10   I would say, north, you're going to see a set of stairs that

11   will take you down towards the Senate subway, which would be

12   through the tunnel -- oh, my apologies, ma'am.  Which tunnel

13   are you referring to?

14   Q.  The one that you circled earlier on the map.

15   A.  Okay.  So to get to the lower west terrace tunnel, you

16   have to go one floor down to get to the lower west terrace

17   tunnel.

18   Q.  And so is this photo essentially above where the tunnel

19   is?

20   A.  Correct, ma'am.

21   Q.  Great.

22          MS. AKERS:  And now we are going to play until

23   23:08, please.

24          (Whereupon, segments of Government's Exhibit No. 1

25   were published in open court.)

                    Ortega - DIRECT - By Ms. Akers

1    BY MS. AKERS:

2    Q.  Captain Ortega, where in the Capitol Building is this?

3    A.  So this would be the tunnel that you would refer to

4    called the lower west terrace door.

5    Q.  Is that the tunnel the president would typically walk up

6    on the inauguration day?

7    A.  Yes.

8    Q.  What do you see going on here in the tunnel at about

9    3:00 p.m.?

10   A.  I see a bunch of the crowd filling in the tunnel, trying

11   to enter the building.

12          MS. AKERS:  We're going to play now until 23:58,

13   please.

14          (Whereupon, segments of Government's Exhibit No. 1

15   were published in open court.)

16   BY MS. AKERS:

17   Q.  What did you see there, Captain?

18   A.  That is the Rotunda of the United States Capitol.  And

19   the crowd is now inside of the Rotunda.

20          MS. AKERS:  Now we're going to play until 26:13,

21   please.  Oh, hold on one second.  We're going to skip ahead

22   until 25:38 and then we are going to play for about 30

23   seconds.

24          (Whereupon, segments of Government's Exhibit No. 1

25   were published in open court.)

1     BY MS. AKERS:

2     Q.  Officer, we previously looked at this same footage from

3     the tunnel at about 3:00 p.m.  Is it fair to say the same

4     sort of conduct was happening at 3:14 p.m.?

5     A.  That is correct.

6     Q.  And do you know if this door had been breached in the

7     tunnel at this time?

8     A.  They are still attempting to breach it.

9              MS. AKERS:  We're going to play from 26:50 until

10    about 27:15.

11             (Whereupon, segments of Government's Exhibit No. 1

12    were published in open court.)

13    BY MS. AKERS:

14    Q.  Captain Ortega, we watched a number of these clips now

15    from about 2:40 to 3:16 here.  At that time period, what was

16    the state of the security of the Capitol Building?

17    A.  We were completely overwhelmed in multiple perimeter --

18    or multiple perimeters, and doors had been breached at this

19    point.

20             MS. AKERS:  We're now going to pull up

21    Exhibit 101, please.

22    BY MS. AKERS:

23    Q.   Before we play this, this is CCTV footage.  Are you

24    familiar with this?

25    A.  I am.

Ortega - DIRECT - By Ms. Akers

```
 1    Q.  And we just looked at this.  But are you familiar with

 2    the area of this footage?

 3    A.  I am.

 4    Q.  Where is it?

 5    A.  This would be what you refer to as the tunnel, which

 6    means the lower west terrace door.

 7    Q.  Great.

 8              MS. AKERS:  We're going to play this for 26

 9    seconds, please.

10              (Whereupon, segments of Government's Exhibit No.

11    101 were published in open court.)

12    BY MS. AKERS:

13    Q.  Officer -- excuse me -- Captain Ortega, based on your

14    experience on January 6th, 2021, does this camera 74

15    accurately depict what was going on on January 6th?

16    A.  It does.

17              MS. AKERS:  Your Honor, we would move to admit

18    Exhibit 101 as well as clipped exhibits from 101, which are

19    101.1, 101.2, 101.3, 101.4 and 101.5.

20              THE COURT:  Mr. Shipley?

21              MR. SHIPLEY:  Your Honor, all the previous

22    exhibits had timestamps.  This exhibit has no timestamp.  We

23    don't know when according to the exhibit this CCTV footage

24    was taken.

25              MS. AKERS:  Your Honor, there we go.  It
```

1    disappears.  So let's just go back one second, please.  I

2    think it just -- your Honor, I'll go to a different version

3    and we'll go through all of them.

4              THE COURT:  Okay.

5              MS. AKERS:  Please pull up Exhibit 101.1.  We'll

6    just play for one second.

7              (Whereupon, segments of Government's Exhibit No.

8    101.1 were published in open court.)

9              MS. AKERS:  Please stop at one second.

10   BY MS. AKERS:

11   Q.  Captain Ortega, on the upper left-hand corner of this

12   CCTV -- first off, can you tell where this is located?

13   A.  Yes.  Again, this would be the tunnel lower west terrace

14   door.

15   Q.  And is that camera 74 from the CCTV footage?

16   A.  It appears to be.

17   Q.  And what time was this taken?

18   A.  Wednesday, January 6, 2021, at 2:30 and ten seconds p.m.

19   Q.  Is it fair to say that as the video progresses, the time

20   just progresses?  So we're not going to watch 20 minutes of

21   this, but you can tell the time based on the upper left-hand

22   corner?

23   A.  I can.

24             MS. AKERS:  Let' pull up 101.2.  We'll play one

25   second, please.

Ortega - DIRECT - By Ms. Akers

```
1              (Whereupon, segments of Government's Exhibit No.

2     101.2 were published in open court.)

3     BY MS. AKERS:

4     Q.  We'll stop at eight seconds, actually, because it took a

5     moment.  Is this the same area of the tunnel area that you

6     were referencing from the prior video?

7     A.  It is.

8     Q.  For exhibit 101.2, what time does this appear to have

9     been taken?

10    A.  Wednesday, January 6th, at 2:49 and eight seconds p.m.

11              MS. AKERS:  Now we'll pull up Exhibit 101.3,

12    please.

13              (Whereupon, segments of Government's Exhibit No.

14    101.3 were published in open court.)

15              MS. AKERS:  Can you stop at one second.  Great.

16    BY MS. AKERS:

17    Q.  Captain Ortega, can you please tell us what time this

18    camera 74 was taken?

19    A.  This would be Wednesday, January 2, 2021, at 3:11:48

20    seconds p.m.

21    Q.  Fair to say the same exact camera location inside the

22    tunnel that you already testified about?

23    A.  Yes, ma'am.

24    Q.  Great.

25              MS. AKERS:  Let's please pull up 101.4.
```

```
 1                   (Whereupon, segments of Government's Exhibit No.

 2      101.4 were published in open court.)

 3                   MS. AKERS:  And we'll stop at one second.

 4      BY MS. AKERS:

 5      Q.  Is this the same location that we've previously been

 6      talking about, camera 74 inside the tunnel?

 7      A.  It is.

 8      Q.  What time was this taken?

 9      A.  Wednesday, January 6th, 2021, at 3:15:34 seconds p.m.

10      Q.  And you know that based on the timestamp in the upper

11      left-hand corner?

12      A.  Yes, ma'am.

13      Q.  Great.

14                   MS. AKERS:  Now we --

15                   MR. SHIPLEY:  Your Honor, if I could interject for

16      a moment.

17                   The confusion is the timestamps are different on

18      the exhibit list than for these numbered exhibits.  If you

19      look at the exhibit list, the timestamps of 101.1, 2, 3 and

20      4 are all different than the timestamps on the images being

21      shown.  So as long as we can correct that.  The exhibit list

22      obviously is not evidence.  So as long as we understand

23      that.  That's where our confusion came in.

24                   MS. AKERS:  Your Honor, to the extent that they're

25      different, we'll correct our exhibit list.
```

1              THE COURT:  Okay.  I appreciate you pointing that

2     out, Mr. Shipley.

3              I'll ask the Government to provide an updated

4     exhibit list.

5              MS. AKERS:  Just to complete the circle, let's go

6     to the last one, 101.5.  We'll play it for five seconds.

7              (Whereupon, segments of Government's Exhibit No.

8     101.5 were published in open court.)

9              MS. AKERS:  Stop at 12 seconds.

10    BY MS. AKERS:

11    Q.  Is this the same video footage that we were referencing

12    from camera 74?

13    A.  It is.

14    Q.  101.5 was time-marked what?

15    A.  It was Wednesday, January 6th, 2021, 3:30 and 12 seconds

16    p.m.

17    Q.  Thank you.

18              MS. AKERS:  Your Honor, we'd move to admit

19    Exhibits 101.1, .2, .3, .4 and .5, noting the timestamps

20    that Captain Ortega testified to.

21              THE COURT:  And you also are looking to move in

22    101?

23              MS. AKERS:  Yes.

24              THE COURT:  Any objection?

25              MR. URSO:  Judge, if I could just inquire, how are

Ortega - DIRECT - By Ms. Akers

1    these exhibits being put in?  Will I be able to access them

2    on cross-examination?

3              THE COURT:  I'm sure the Government will pull them

4    up for you if you don't have any other method.

5              MR. URSO:  Thank you.

6              THE COURT:  Thank you.

7              Without objection, 101, 101.1, 101.2, 101.3, 101.4

8    and 101.5 will be admitted.  Obviously, I understand the

9    time to be correct on this exhibit, not necessarily on the

10   list here that I've been provided.

11             (Whereupon, Government's Exhibit Nos. 101, 101.1,

12   101.2, 101.3, 101.4 and 101.5 were entered into evidence.)

13             MS. AKERS:  Thank you.

14             We'll pull up Exhibit 102, please.  And let's play

15   for about five seconds.

16             (Whereupon, segments of Government's Exhibit No.

17   102 were published in open court.)

18             MS. AKERS:  We'll stop at five seconds.

19   BY MS. AKERS:

20   Q.  Captain Ortega, do you recognize this footage?

21   A.  I do.

22   Q.  Is this taken from CCTV recording?

23   A.  It is.

24   Q.  And what area of the Capitol grounds is this showing?

25   A.  This would be the west front of the United States

                    Ortega - DIRECT - By Ms. Akers

1    Capitol.

2    Q.  We don't have a timestamp on this copy.  Do you have any

3    idea about what time this would have been?

4    A.  I don't.

5              MS. AKERS:  We will move to admit Exhibit 102.

6              THE COURT:  Seeing no objection, Exhibit 102 is

7    admitted.

8              (Whereupon, Government's Exhibit No. 102 was

9    entered into evidence.)

10             MS. AKERS:  And we'll pull up Exhibit 103, please.

11   Let's play for ten seconds, please.

12             (Whereupon, segments of Government's Exhibit No.

13   103 were published in open court.)

14   BY MS. AKERS:

15   Q.  Stopping at ten seconds here, it's a little hard to see

16   because of our bar up top.  But do you know what time this

17   was taken, Captain Ortega?

18   A.  Yes.  Wednesday, January 6th, 2021, at 1:20 and 10

19   seconds p.m.

20   Q.  Do you know where on the Capitol grounds this footage

21   was filmed?

22   A.  Yes.  You're looking at the lower west terrace area.

23   You can see some of the west front on the left side of the

24   screen.

25   Q.  Thank you.

1          MS. AKERS:  We'll move to admit Exhibit 103.

2          THE COURT:  103 is in without objection.

3          (Whereupon, Government's Exhibit No. 103 was

4     entered into evidence.)

5     BY MS. AKERS:

6     Q.  Captain Ortega, shifting gears here, on January 6th,

7     2021, what type of gear did you have on?

8     A.  I wore my normal Class A uniform, which is the white

9     long-sleeved one, a tie, blue Class A pants, boots; and then

10    I wore my cruiser jacket on the outside.

11    Q.  Were you equipped with any batons or shields or any sort

12    of other things like that?

13    A.  I was not.

14    Q.  Why not?

15    A.  Typically, my position as a captain is typically going

16    to be -- it's not as operational as it would be.  It's more

17    administrative in nature.  So typically I don't have the

18    baton.  But the shield isn't assigned to me anyway, so I

19    wouldn't have had one of those.

20    Q.  Are you aware of whether any Capitol Police officers did

21    in fact use shields on January 6th, 2021?

22    A.  I am.

23    Q.  Have you done any training with the proper use of

24    shields?

25    A.  I have.

Ortega - DIRECT - By Ms. Akers

1    Q.  And what are the Capitol Police shields typically used

2    for or intended to be used for?

3    A.  We typically utilize the shields for high-level, bigger

4    civil disturbance events.  We use them for crowd control.

5    Q.  And does having a shield give you a tactical advantage

6    in any way during a civil disorder?

7    A.  It does.

8    Q.  Can you explain how so?

9    A.  It provides protection for the officer who's utilizing

10   it.

11           MS. AKERS:  Your Honor, may I have permission to

12   approach the witness?

13           THE COURT:  You may.

14   BY MS. AKERS:

15   Q.  Captain Ortega, I've set by you what's been marked as

16   Exhibit 801.  Do you recognize what this is?

17   A.  I do.

18   Q.  Can you explain for the Court?

19   A.  This is a shield that's utilized by the civil

20   disturbance unit.  This is a 4-footer, weighs approximately

21   13 pounds.

22   Q.  Is this one of the shields or like one of the shields

23   that was used by Capitol Police officers on January 6th?

24   A.  Yes, it is.

25   Q.  Is it the exact shield?

```
 1    A.  It is not.

 2    Q.  Why not?

 3    A.  After January 6th, 2021, we had life-cycled our shields.

 4    The ones that were utilized we had pulled from the field to

 5    be replaced.

 6    Q.  Is it the same basic model or design and weight as the

 7    ones that were utilized by Capitol Police officers on

 8    January 6th?

 9    A.  It is.

10    Q.  You said it was about how many pounds?

11    A.  13 pounds.

12    Q.  Have you weighed the shield yourself?

13    A.  I was able to contact our lead Captain Mendoza, who runs

14    our civil disturbance unit, and she was able to provide

15    specifications to me.

16              MS. AKERS:  Your Honor, we would move to admit

17    Exhibit 801 into evidence.

18              MR. URSO:  Can I voir dire, your Honor?

19              THE COURT:  You may.

20              MR. URSO:  Thank you.

21              Good morning, Captain.

22              THE WITNESS:  How are you?

23              MR. URSO:  Good.  Thank you.

24              The shields that were utilized by Capitol Police

25    on January 6, were they also used by officers from the
```

```
 1    Metropolitan Police Department?
 2              THE WITNESS:  Not that I'm aware of.
 3              MR. URSO:  So they had their own shields?
 4              THE WITNESS:  Metropolitan Police Department does
 5    have their own shields.
 6              MR. URSO:  Okay.  I'd object on relevance grounds,
 7    your Honor.  The only reason the shield would be relevant is
 8    these people are being accused of using it as a dangerous
 9    and deadly weapon.  I believe the shields in question were
10    taken from Metropolitan Police Department officers.  So we
11    don't -- that's not the same shield.
12              Thank you.
13              MS. AKERS:  To the relevance objection, your
14    Honor, Captain Ortega testified that shields basically
15    identical to those were in fact used by Capitol Police
16    officers on January 6th, 2021.  We don't have the footage
17    that we're going to introduce later at this trial to show
18    that, but we do intend to show that.
19              THE COURT:  But I think Mr. Urso's point is the
20    shield which I guess his client -- it's suggested he used as
21    a weapon is a different one.
22              I think I'm going to admit it over objection.
23    Obviously, I don't know which shield was used at this point.
24    I think Mr. Urso raises a very good point that may well go
25    to the weight that this would be entitled to.
```

```
 1              But at this point, I'm going to admit it over
 2     objection.
 3              (Whereupon, Government's Exhibit No. 801 was
 4     entered into evidence.)
 5     BY MS. AKERS:
 6     Q.  Captain Ortega, are you aware of whether the Capitol
 7     Police shields on January 6th had any sort of marking or
 8     emblem printed on them?
 9     A.  Yes, I am.
10     Q.  Can you describe to your knowledge what those were?
11     A.  We had the Capitol Police badge emblem on the shields
12     that were utilized on January 6th.
13     Q.  So if there were a shield with that emblem on January
14     6th in a video, would it be fair to say in your experience
15     that would be a Capitol Police shield?
16     A.  It would be fair to say that.
17     Q.  And our exhibit here, you noted, is a newer version.
18     Does the exhibit here have the same emblem that you just
19     testified to?
20     A.  It does not.
21     Q.  Okay.  And when you say it's the Capitol shield emblem,
22     can you just describe a little bit more what that looks like
23     for us?
24     A.  So it represents the Capitol Police badge.  It is a
25     black -- they use a black outline to identify it.  And then
```

1    I believe it says United States Capitol Police.  It looks

2    similar to this badge that I have on my chest.

3    Q.  Do you know where on the shield it would have been

4    marked?

5    A.  It would have been on the center of the shield.

6    Q.  And are you aware of approximately how big the emblem

7    would have been?

8    A.  I do not know the size.  But in one of the exhibits you

9    showed me inside the tunnel, you can clearly see it.

10   Q.  Thank you.

11           MS. AKERS:  Can we please pull up Exhibit 302.

12   BY MS. AKERS:

13   Q.  Before we play this, are you familiar with what this

14   video depicts, Captain?

15   A.  I am.

16   Q.  We're going to play this 11-second video.

17           (Whereupon, Government's Exhibit No. 302 was

18   published in open court.)

19   BY MS. AKERS:

20   Q.  Based on your view of this video, do you know where this

21   video was taken, approximately?

22   A.  This is the exterior of the lower west terrace door,

23   tunnel area.

24   Q.  How do you know that?

25   A.  Just from my time of being an officer at the United

Ortega - DIRECT - By Ms. Akers

1    States Capitol Police and my familiarity with the area.

2    Q.  Do you know whether this area was on restricted grounds

3    on January 6th, 2021?

4    A.  It was.

5          MS. AKERS:  Your Honor, we would move to admit

6    Exhibit 302.

7          THE COURT:  Without objection, 302 is in.

8          (Whereupon, Government's Exhibit No. 302 was

9    entered into evidence.)

10          MS. AKERS:  We're going to move to Exhibit 504,

11   please.

12   BY MS. AKERS:

13   Q.  Captain Ortega, based on this photograph here, can you

14   tell approximately where the photograph was taken?

15   A.  Yes.  This is the lower west terrace area.

16   Q.  And how do you know that?

17   A.  Just from my familiarity with being an officer with the

18   Capitol Police and being in that area.

19   Q.  And are you knowledgeable about whether this area that

20   you just described was on restricted grounds on January 6th,

21   2021?

22   A.  I am.

23   Q.  And was it on restricted grounds?

24   A.  It is restricted, a restricted area.

25          MS. AKERS:  Your Honor, we would move to admit

1    Exhibit 504 into evidence.

2              THE COURT:  Without objection, 504 is in.

3              (Whereupon, Government's Exhibit No. 504 was

4    entered into evidence.)

5              MS. AKERS:  We'll pull up Exhibit 419.2, please.

6    BY MS. AKERS:

7    Q.  Captain Ortega, this is a video.  We're going to play it

8    for about 24 seconds.

9              (Whereupon, segments of Government's Exhibit No.

10   419.2 were published in open court.)

11   BY MS. AKERS:

12   Q.  Captain Ortega, based on your review of this video here,

13   are you familiar with where the video was taken,

14   approximately?

15   A.  I am.

16   Q.  Can you describe that for us?

17   A.  So that's in the lower west terrace, and you are looking

18   up at an inaugural stage in the United States Capitol.

19   Q.  And was this area part of the restricted area on January

20   6th, 2021?

21   A.  That was a restricted area.

22             MS. AKERS:  We will move to admit 419.2 into

23   evidence.

24             THE COURT:  Just 419.2?

25             MS. AKERS:  Correct.

1          THE COURT:  Without objection, Exhibit 419.2 is

2     admitted.

3          (Whereupon, Government's Exhibit No. 419.2 was

4     entered into evidence.)

5     BY MS. AKERS:

6     Q.  Captain Ortega, we looked at the montage compilation

7     video from about 2:40 to 3:20, essentially.  During that

8     time period, do you know whether members had been

9     evacuated -- members of Congress had been evacuated from the

10    chambers?

11    A.  I do not recall the exact time they were evacuated.

12    Q.  And was the congressional proceeding able to occur

13    while -- during that time period?

14    A.  It was not.

15    Q.  Great.

16          MS. AKERS:  Next we're going to pull up Exhibit

17    308.  This is a one-minute-and-six-second video.  And we're

18    going to play it all the way through.

19          (Whereupon, Government's Exhibit No. 308 was

20    published in open court.)

21          MS. AKERS:  Can we start it over and play until

22    second four, please.

23          (Whereupon, segments of Government's Exhibit

24    No. 308 were published in open court.)

25

Ortega - DIRECT - By Ms. Akers

```
 1    BY MS. AKERS:

 2    Q.  Captain Ortega, do you recognize this statue that you

 3    see at second four here?

 4    A.  Yes.

 5    Q.  Which statue is it?

 6    A.  That's Grant's statue.

 7    Q.  And what street is this that we're looking at, if you

 8    know?

 9    A.  On First Street.

10              MS. AKERS:  We're going to skip ahead and play

11    from 30 seconds to 35 seconds.

12              (Whereupon, segments of Government's Exhibit

13    No. 308 were published in open court.)

14    BY MS. AKERS:

15    Q.  And this lawn here in front of the Capitol, is that part

16    of the restricted grounds?

17    A.  It is.  That is the west front of the U.S. Capitol.

18              MS. AKERS:  Let's play until 43 seconds, please.

19              (Whereupon, segments of Government's Exhibit

20    No. 308 were published in open court.)

21    BY MS. AKERS:

22    Q.  Do you see the man in a gray zip-up hoodie sweatshirt

23    and a blue and red beanie on the screen?

24    A.  I do.

25    Q.  And do you see where he is standing?
```

```
1    A.  I do.

2    Q.  Is that on the restricted grounds?

3    A.  It is.

4              MS. AKERS:  We'd move to admit Exhibit 308 into

5    evidence.

6              THE COURT:  Without objection, 308 is in.

7              (Whereupon, Government's Exhibit No. 308 was

8    entered into evidence.)

9              MS. AKERS:  Captain Ortega, thank you for your

10   time.  That's all we have for your direct exam.

11             THE COURT:  Captain, I'll ask you to answer

12   defense questions.

13             Mr. Urso, are you starting first?

14             MR. URSO:  Thank you.

15                      CROSS-EXAMINATION

16   BY MR. URSO:

17   Q.  Good morning again, Captain.

18   A.  Good morning, sir.

19             MR. URSO:  Just -- if we could pull back up 308,

20   the one we were just looking at.

21   BY MR. URSO:

22   Q.  This video, Captain, there's no timestamp on it.  Right?

23   A.  I do not see one, sir.

24   Q.  But the portions that you just watched, did you see any

25   signs that said Restricted Area?
```

Ortega - CROSS - By Mr. Urso

1    A.  I do not see signs in this portion, sir.

2    Q.  And is it fair to say that based on your experience,

3    that at some point early in the day there that people had

4    knocked over this fencing and knocked over signs, things

5    like that?

6    A.  I cannot say that area, if -- if there were signs

7    knocked over or not.  I can't tell from that photo, sir.

8    Q.  Well, what about the other exhibit where they showed

9    barriers being pushed over?  Do you remember that one?

10   A.  I do.  That's going to be on the Penn Avenue side, to

11   the right.  We're on First Street in the center.  That's

12   closer to the Peace Circle side on Penn Avenue.  So that's

13   going to be more north, sir.

14   Q.  But just looking at the excerpts we just watched, if

15   somebody were walking over at that point from -- a citizen,

16   a civilian, walking over to the grounds at that point,

17   there's nothing invisible [sic] in those videos that would

18   tell them that's a restricted ground.  Correct?

19   A.  I can't assume of what someone saw or did not see, sir.

20   Q.  Just in the video, the videos that we just watched, you

21   didn't see anything that would indicate to somebody they

22   shouldn't be on those grounds.  Right?

23   A.  I cannot see anything, sir.

24   Q.  Thank you.

25           You mentioned that on this day, the Capitol was

Ortega - CROSS - By Mr. Urso

1    not open to the public?

2    A.  Correct, sir.

3    Q.  Were you -- where were you assigned during the previous

4    certification of electors in 2017, January of 2017?

5    A.  2017?  I was probably assigned to the office of

6    congressional responsibility, I believe.

7    Q.  Do you know if you were involved in providing security

8    at all or -- in the events of the certification back on

9    January of 2017?

10   A.  I don't believe I was on the Hill for that.

11   Q.  Are you aware that there were protesters inside the

12   building that were arrested?

13   A.  On January 2017?

14   Q.  On January 2017, on the day that they were certifying

15   the electors for the Trump victory.

16   A.  I'm not aware.

17   Q.  You're not aware of that?  If I showed you a copy of a

18   CNN article, would it maybe refresh your memory?

19   A.  Again, I was not on the Hill for January -- for the

20   certification of 2017.

21   Q.  Thank you.

22          Were you involved in any security briefings before

23   January 6, 2021, about the events of that day?

24          MS. AKERS:  Objection.  Outside the scope of our

25   direct examination.

1              THE COURT:  Overruled.

2              THE WITNESS:  Yes, I was.

3     BY MR. URSO:

4     Q.  And what -- were there other members of other law

5     enforcement besides the U.S. Capitol Police present at those

6     briefings?

7     A.  Not the briefings I attended.  In my rank, I attended

8     department-only briefings -- department personnel only.  My

9     apologies.

10    Q.  Do you know how many U.S. Capitol Police officers were

11    on duty at the Capitol that day?

12    A.  I don't.

13    Q.  Was there a discussion of that at your briefings?

14    A.  I do not recall.

15    Q.  And do you know if there was discussion about an

16    anticipated protest of tens of -- hundreds of thousands of

17    people?

18    A.  Yes.

19    Q.  And there was no discussion about the amount of officers

20    that were needed to secure the area that day?

21    A.  I don't recall those discussions.

22    Q.  To your knowledge, there was U.S. Capitol Police on duty

23    that day.  What other law enforcement agencies were

24    represented in terms of securing the Capitol on January 6th,

25    2021?

1    A.   Initially, it was just United States Capitol Police, but

2    we had mutual support from the Metropolitan Police

3    Department who did arrive on scene.

4    Q.   And so were there any FBI agents, things like that,

5    anybody from the Federal Bureau of Investigation working

6    that day?

7    A.   So after the breach, we had other agencies such as the

8    Federal Bureau of Investigation that did arrive.   I

9    encountered their SWAT team.   I believe the United States

10   Secret Service uniformed division had brought personnel.   I

11   believe Virginia State Police as well.   There were numerous

12   organizations.   But there were only a few that I actually

13   observed that day.

14   Q.   Based on your briefings and your involvement that day,

15   to your knowledge, were there any undercover officers from

16   the U.S. Capitol Police, Metropolitan Police, FBI, in the

17   crowd that day?

18            MS. AKERS:   Objection.

19            THE COURT:   What's the relevance, sir?

20            MR. URSO:   Well, your Honor, there could be an

21   entrapment defense laid out at the trial and that this event

22   was -- that certain people wanted this event to happen.

23   There may be evidence of people being invited into the

24   building, people -- officers moving barricades.   So there

25   may be evidence of that for an entrapment defense, depending

1    on how the evidence develops.

2              THE COURT:  I'm going to sustain the objection at

3    this point.

4    BY MR. URSO:

5    Q.  You indicated that the vice president was visiting that

6    day.  Is that what you said?

7    A.  I don't -- I believe in my testimony, yes, it came up

8    that the vice president was here for the certification of

9    the election.

10   Q.  The vice president actually has a permanent office in

11   the Capitol, though.  Correct?

12   A.  That's correct.

13   Q.  Do you know if Capitol Police ever -- there was -- I

14   don't remember the exhibit.  I think it's Exhibit -- in

15   Exhibit 1, you saw there was that gentleman in white who

16   broke a window and opened a door to the Capitol.  Do you

17   remember that?

18   A.  Do you mind if we replay the exhibit for my memory?

19   Q.  Sure.

20             MR. URSO:  Can we get that?

21             MS. AKERS:  That's about 20 minutes and 24

22   seconds.

23             (Whereupon, segments of Government's Exhibit No. 1

24   were published in open court.)

25

1    BY MR. URSO:

2    Q.  Right there.  Do you remember that?

3    A.  I do, sir.

4    Q.  Do you know if the Capitol Police ever identified the

5    person who broke that window and opened the door?

6    A.  I am not aware, sir.

7              MS. AKERS:  Objection.

8              THE COURT:  What's the relevance, Mr. Urso?

9              MR. URSO:  Again, we don't know if that was a

10   civilian or if that was a potential undercover agent.

11             THE COURT:  I guess I'm just trying to see how

12   that relates to the charges your client is facing.

13             MR. URSO:  Well, I mean, it's -- I guess the same

14   way it relates to that they put it in.  Right?  I mean,

15   what's the overall relevance?  They put it in.  It must be

16   relevant to something.

17             THE COURT:  I'm going to sustain the objection.

18             MR. URSO:  Can we pull up 101.1, please, in the

19   portion where the -- I think the beginning, before the crowd

20   entered the west tunnel.

21             (Whereupon, segments of Government's Exhibit No.

22   101.1 were published in open court.)

23             MR. URSO:  Go ahead to where the police start

24   moving, if you want.

25

Ortega - CROSS - By Mr. Urso

1    BY MR. URSO:

2    Q.  So you're watching 101.1, an excerpt.  That's the lower

3    west terrace tunnel?

4    A.  It is, sir.

5    Q.  And that's -- there's a couple of dozen or so police

6    officers in that video right about now?

7    A.  That is correct, sir.

8    Q.  And they are -- it looks like they're retreating into

9    the building?

10   A.  That is correct, sir.

11   Q.  And there's no people pressing up against them at the

12   time, nobody menacing them as they retreat.  Correct?

13   A.  Not in this footage, sir.

14   Q.  And you see officers rounding up other officers.  And

15   they just walk -- they just walked back without being

16   pressured back.  Correct?

17   A.  Well, you have the crowd that is starting to gather at

18   this point --

19   Q.  As the --

20   A.  -- as they're retreating.

21   Q.  Isn't it fair the crowd gathered after they were

22   retreating from the area?

23   A.  I can't say that this footage does it justice.  But in

24   my experience being out there, the amount of crowd that was

25   out there, there was not enough officers to hold them back.

1    As you can see as the footage continues, the officers pull

2    back and more of the crowd continues to gather.

3              MR. URSO:  Can we just go back to where we started

4    there, where they started pulling back?  So a little bit

5    more.

6              (Whereupon, segments of Government's Exhibit No.

7    101.1 were published in open court.)

8    BY MR. URSO:

9    Q.  So you see here, when the officers are starting to

10   retreat, there's no civilian within arm's length of these

11   people.  Correct?

12   A.  I cannot see it from my footage.

13   Q.  Yeah.  And the officers are moving back of their own

14   volition, correct, it appears?  It appears that way?

15   A.  That is correct.

16   Q.  Do you know -- were you involved in that?  Did you hear

17   anything over the radio?  Do you know anything about why

18   they were pulling back at that point?

19   A.  The officers in there are going to be Metropolitan

20   Police Department aside from the HMRT, who's a civilian.

21   But I was not out there for this, so I can't assume why they

22   moved back.

23   Q.  Okay.  Thank you.

24             MR. URSO:  We can stop it there.  Thank you.

25             THE COURT:  What's the HMRT?

Ortega - CROSS - By Mr. Urso

1          THE WITNESS:  That is our hazardous materials

2     response team.  So they are civilians.  They typically deal

3     with, like, you know, the powders, chemicals, stuff like

4     that.

5          THE COURT:  Got it.  Thank you.

6     BY MR. URSO:

7     Q.  You mentioned earlier the CDU.  What does that stand

8     for?

9     A.  Our civil disturbance unit.

10    Q.  Is that specific to the Capitol Police or do you have a

11    joint CDU with the Metropolitan Police?

12    A.  Both the Metropolitan Police Department and the United

13    States Capitol Police have their own individual civil

14    disturbance units.

15    Q.  Okay.

16         MR. URSO:  Thank you.  I have nothing further.

17    Thank you, Captain.

18         THE WITNESS:  Thank you, sir.

19         THE COURT:  Thank you, Mr. Urso.

20         Ms. Cobb?

21         MS. COBB:  Thank you, your Honor.

22                    CROSS-EXAMINATION

23    BY MS. COBB:

24    Q.  Good morning, Captain Ortega.  I just have a couple

25    followup questions.

1          Mr. Urso asked you just now about the vice

2    president's office in the Capitol.

3    A.  Yes, ma'am.

4    Q.  I want to just follow up on that and see if you agree

5    that the same way the vice president was present in the

6    Capitol on January 6th is a common type of occurrence, given

7    that the vice president also has that office there.  Is that

8    fair to say?

9    A.  No, it isn't.  The vice president -- well, while the

10   vice president does have an office there, he does not

11   exclusively work out of it.  Typically, the vice president

12   would be inside of the Naval Observatory of the White House.

13   Q.  Correct.  But the vice president does have an office

14   that he goes to not just on January 6?

15   A.  It's ceremonial in nature.  Typically, the vice

16   president does not work in long-term time out of that

17   office.

18   Q.  Okay.

19   A.  If he visits -- if he visits the Capitol, typically, or

20   the vice president -- just the vice president role in

21   general will come to the Capitol.  They may enter that

22   office.  They may go to the Senate floor.  But it's not

23   typically a long-term utilized office.

24   Q.  I guess by "long-term," do you mean days on end or weeks

25   on end?

1    A.  It's -- typically, for the day-to-day, it's not going to

2    be utilized.

3    Q.  Let's back up a little bit, then.

4         I think you agree that when the vice president

5    goes to the Capitol, he or she has an office there.  Right?

6    A.  Correct.

7    Q.  And it may not be used for weeks at a time or for many

8    days in a row.  But the vice president does work out of the

9    Capitol from time to time.  Is that a fair statement?

10   A.  That is fair to say, ma'am.

11   Q.  Thank you.

12        I have another followup question about the snow

13   fencing and the bike racks.

14   A.  Yes, ma'am.

15   Q.  We saw a photo, Exhibit 507.  And the snow fencing

16   looked really nice and the bike racks looked really nice.

17   And I just want to -- to make it clear that sometime between

18   when that photo was taken and when we saw the video of the

19   man with the cap standing on the wall, the fencing and the

20   bike racks had been removed?

21   A.  At some point, there was -- at least on Penn Ave, I

22   could see from the video that it was moved.  It was utilized

23   as a weapon against my officers.

24   Q.  Okay.  And on the other sides of the Capitol, at some

25   point the bike racks and the snow fencing was removed.  Is

1    that fair to say?

2    A.  I wouldn't say so much removed.  They were pushed down.

3    They were still in the area, but they were pushed down to

4    the ground.

5    Q.  And you can't tell us exactly what time that happened

6    because you weren't there?

7    A.  Correct.

8    Q.  Okay.  Just a couple more questions.

9            You testified that the shields you passed out to

10   your men, similar to the one next to you, are used for two

11   things:  for crowd control and protection --

12   A.  Correct.

13   Q.  -- correct?  I want to just get a little bit more

14   detailed with that.

15           So is it fair to say that by crowd control, what

16   you mean is either pushing people towards an area you want

17   them to be or standing firm to make sure that people cannot

18   get into an area?

19   A.  Typically we use them to stand firm to prevent people

20   from getting into an area.  We don't often use them to push

21   a crowd back.  It's usually to secure an area.

22   Q.  But if you had to, you could try to use them to push a

23   crowd back.  Is that right?

24   A.  Correct.  It is a training tactic.

25   Q.  And then as far as protection goes, do the shields

1   protect you from, let's say, blows?

2   A.  That is what they're intended to be used for.

3   Q.  Can you use a shield to protect yourself from things

4   being thrown?

5   A.  That is correct, ma'am.

6   Q.  And what about things being sprayed?

7   A.  Yes.  You can utilize it, the shield yourself.

8   Q.  If you're in close quarters, can you use a shield -- and

9   did you -- or not you specifically, but did you expect that

10  your men would use a shield to prevent the protesters from

11  even being able to pick up something to throw or from being

12  able to make -- to throw a blow if you're in close quarters?

13  Can the shield sort of keep someone else's arms down?  Does

14  that make sense?

15  A.  By "arms down," what do you mean?  Are you referring to

16  the officers or the crowd?

17  Q.  I'm referring to the crowd.

18  A.  It would -- I wouldn't know how you would be able to

19  stop someone's arm from coming up by utilizing the shield.

20  Q.  Okay.  No problem.  I think I mean more in, like, close

21  quarters.  And it may be something that you don't have

22  experience with in the tight spaces.

23  A.  I haven't -- in the training I've taken, I haven't

24  personally seen them used to prevent someone's arms from

25  moving up if you're staying like this, to prevent it like

1    that.  They would still -- at least from the scenarios I've

2    done and training I've done, they've been able to use their

3    hands.

4    Q.  Okay.  Thank you.

5    A.  That's just in my experience.

6    Q.  Understood.

7              MS. COBB:  I don't have any other questions.

8              THE COURT:  Thank you, Ms. Cobb.

9              Ms. Shipley?

10             MR. SHIPLEY:  Your Honor, I'm not sure what the

11   Court's timing is.  I expect to go 20 minutes.  If you want

12   to take a break now.

13             THE COURT:  That's fine.  You can go ahead.

14   Please proceed.

15                      CROSS-EXAMINATION

16   BY MR. SHIPLEY:

17   Q.  Good morning, Captain Ortega.

18   A.  Good morning, sir.

19   Q.  18 United State Code, Section 1752, defines restricted

20   buildings or grounds on the Capitol.  Correct?

21   A.  I do not recall the code offhand, sir.

22   Q.  Just to -- in layman's terms, it's the provision for

23   when the Secret Service controls the surroundings or the

24   grounds of any building where a Secret Service protectee,

25   the president or the vice-president, is or is expected to

1    be.

2              Are you familiar with that statute?

3              MS. AKERS:  Objection, your Honor.  He's not

4    testifying to a legal conclusion or issue here.

5              THE COURT:  Well, are you familiar with the

6    statute, sir?

7              THE WITNESS:  I am familiar with it.  However, we

8    are still the primary law enforcement authority on Capitol

9    grounds, sir.

10   BY MR. SHIPLEY:

11   Q.  And I'm not suggesting that the Capitol Police don't

12   have primary responsibility.  I'm just saying the statute

13   defines restricted grounds when the president or vice

14   president is present.  Correct?

15   A.  Again, I'm familiar with it, but I don't know it word

16   for word, sir.

17   Q.  Now, my question, though, is:  How would the public know

18   on any given day, not necessarily January 6th, that the vice

19   president is going to be present on the grounds?

20   A.  I can't speak for the Secret Service's code.  But I can

21   tell you Capitol Police and it being Capitol grounds, we

22   establish a perimeter with both snow fencing, bike racks and

23   with signs telling individuals -- and officers that told

24   individuals not to enter our grounds.

25   Q.  So you do that on any day the vice president is going to

1    be on the grounds for whatever purpose, ceremonial or

2    breaking a tie vote or whatever?

3    A.  So there are times when the vice president does come or

4    when we are in votes where we actually secure the east plaza

5    that prevents individuals from coming.  Specifically where

6    January 6th was the special event, because what it was was

7    we had a perimeter that was established.  But we do secure

8    the area when there are certain events going on day-to-day,

9    sir.

10   Q.  So January 6th is an event you knew way ahead of time.

11   You knew there would be a joint session of Congress.  You

12   knew the vice president would be there to perform his

13   function under the 12th Amendment.  You -- and so that's

14   something that's planned in advance by the Capitol Police

15   working with other law enforcement agencies such as the

16   Secret Service?

17   A.  We do work in coordination with other agencies.  Is that

18   your question?  Or event planning?

19   Q.  And it's planned.  You know what you're going to do that

20   day different than what you might do on March 23rd.

21   A.  For special events we do plan for them, sir, if that's

22   your question.

23   Q.  Yeah.

24        And that planning involves, you know, establishing

25   visible barriers such as the bike rack barriers on what

1    might otherwise be public access.  Right?

2    A.  Correct, sir.

3    Q.  And the snow fencing, that's used in areas that might

4    otherwise be available to the public on any other day?

5    A.  At the time, yes.

6    Q.  Okay.  So January 6 was different in the way the grounds

7    physically appear when strangers arrive?

8    A.  I would say so, yes.

9    Q.  But at some point on January 6th, many of those exterior

10   obvious barriers were eliminated by the crowd.  Right?

11   A.  That is correct.

12   Q.  And I think we asked for the timestamp on 511, showing

13   the image -- Exhibit 511, showing the image of the bike

14   racks being pushed over with your officers behind them and

15   the crowd pushing through.  Right?

16   A.  That's correct, sir.

17   Q.  That is just one image of one approach.  Were there

18   multiple approaches like that?  Ordinarily public walkways

19   that were on that day barricaded by bike racks?

20   A.  Multiple.

21   Q.  Multiple approaches?

22   A.  Yeah.

23   Q.  Now, at some point in the aftermath, did you kind of

24   take a survey of the grounds to find out how many of those

25   approaches had been compromised by the crowd?

1    A.  I did not.

2    Q.  And in any kind of after-incident review, did you

3    determine how many of those approaches were compromised by

4    the crowd?

5    A.  There is nothing I reviewed.

6    Q.  I'm sorry?

7    A.  There is nothing I reviewed to obtain that information.

8    Q.  All right.  So if a bike rack barrier is overcome by the

9    crowd and pushed out of the way, wouldn't it then just look

10   like a bike rack?

11   A.  Can you repeat that, sir?

12   Q.  Well, let's assume a bike rack barrier is pushed out of

13   the way at 12:50 and somebody comes along at 2:30.  Wouldn't

14   that bike rack barrier just look like a bike rack?

15   A.  Correct.  But along with the bike rack, we had snow

16   fencing.  We had signs and we had police officers that were

17   giving orders for the crowd not to enter the restricted

18   areas.

19   Q.  At 2:30, you had people?  You had police officers giving

20   directions to the crowd not to come onto the grounds?

21   A.  I can tell you once -- if you're indicating that the

22   crowd had made it through Penn Avenue, once they got to the

23   lower west terrace, we had again bike racks and we had

24   police officers that were telling the crowd not to come

25   through.

Ortega - CROSS - By Mr. Shipley

1    Q.  I understand.  But I want to talk about two different

2    sets of bike racks.

3    A.  Okay.

4    Q.  One certainly -- the bike rack barriers are created sort

5    of on an ad hoc basis on the lower west terrace by the

6    police officers there.  Right?

7    A.  Uh-huh.

8    Q.  The lower west terrace.

9              THE COURT REPORTER:  Is that yes?

10             THE WITNESS:  Yes.

11   BY MR. SHIPLEY:

12   Q.  That's different from the bike racks out on the grounds

13   in the grassy areas on the public approaches to the Capitol

14   which were specially put in place that day to prevent the

15   crowd from coming onto the Capitol grounds?

16   A.  Correct.

17   Q.  Two different?

18   A.  Two different.  Yes, sir.

19   Q.  I want to just focus -- my question is about the bike

20   racks that were out on the grounds on what are otherwise

21   public access ways on other days.

22   A.  You're referring to the Penn Ave area?

23   Q.  The grassy areas, the concrete walkways, where the bike

24   racks were put in place.  Such as the one at Exhibit 511.

25   A.  That is the --

1          MR. SHIPLEY:  Can we pull that up, please?

2          THE WITNESS:  -- Penn Avenue walkway.

3     BY MR. SHIPLEY:

4     Q.  So this is a distance from the Capitol.  Right?

5     A.  Correct.

6     Q.  And this is otherwise on ordinary days a public access

7     walkway to the Capitol.  Right?

8     A.  That is correct.

9     Q.  Now, in that location, if those bike racks are removed

10    and pushed to the side out of the way, they're going to look

11    like bike racks.  Right?  They're not going to look like

12    barriers?

13    A.  Correct.

14    Q.  So somebody who's not there at 12:50 or 1:00 and doesn't

15    see this conflagration taking place and they come along an

16    hour and a half later, they're going to walk up this pathway

17    without seeing the barriers that you had erected earlier in

18    the day?

19          MS. AKERS:  Objection.  Foundation.

20          THE COURT:  Overruled.

21          THE WITNESS:  I can't assume to what they saw or

22    didn't see, sir.

23    BY MR. SHIPLEY:

24    Q.  A hypothetical person walking up there at 1:30 or 12:00

25    isn't going to see these bike racks as barriers.  They're

1    going to see these bike racks pushed off to the side out of

2    the way looking like bike racks?

3    A.  Again, I can't assume what they saw or didn't see, sir.

4    Q.  I'm not asking you to assume.  I'm asking you for a

5    hypothetical person walking through what you know happened

6    that day, what would that person see?  They would not see a

7    barrier, would they?

8    A.  Again, I don't know what they saw or what they didn't

9    see.  I don't know where the bike rack was pushed off to or

10   if it was still there.

11   Q.  Now, did the United States Capitol Police -- you're a

12   member of the command structure.  Right?

13   A.  I am a captain.

14   Q.  And how many people are in the command structure above

15   you?

16   A.  You have inspector, deputy chief, assistant chief and

17   chief.

18   Q.  And there's more than one captain?

19   A.  Correct.

20   Q.  Now, did the command structure of the Capitol Police,

21   including everybody at your level and above, do any kind of

22   after-incident review of January 6th for purposes of

23   learning from the experience?

24   A.  There were after-action reports taken.

25   Q.  And those after-action reports would have factual

1    details about what the camera shows and what the officers

2    could tell you about the sequence of facts and how things

3    happened.  Right?

4              MS. AKERS:  Objection.  Relevance.

5              THE COURT:  Overruled.

6              THE WITNESS:  It depends on who created it.  I had

7    never saw the final product of the after-action report.

8    BY MR. SHIPLEY:

9    Q.  Let me ask you:  The Government has called you in here

10   as a witness today to give an overview of the security

11   situation that day and the sequence of events as they

12   transpired.  Right?

13   A.  Correct.

14   Q.  Okay.  As you sit here, can you tell me what time the

15   first breach of an entrance to the Capitol occurred?

16   A.  It was between 1250, 1253 hours.

17   Q.  Fair enough.  I'm not asking you for, you know, hours,

18   minutes and seconds.  I'm just asking for an approximation

19   to the best of your recollection what you think the first

20   breach was.  12:50, 12:53, that timeframe?

21   A.  Correct, sir.

22   Q.  Now, how many entrances are there to the Capitol?  Let's

23   start with:  How many public entrances are there to the

24   Capitol, places where on ordinary days visitors could access

25   the inside of the building?

 1   A.   So are you talking about January 6th?

 2   Q.   No.  I'm talking about an ordinary day.

 3   A.   So ordinarily, if you're coming to the U.S. Capitol,

 4   you're going to either enter through the north screening

 5   facility, which is going to be on the north side of the

 6   Senate, or you'd be entering through the south door, which

 7   would be the main entrance on the House side.

 8              Now, right now, we actually have the Capitol

 9   Visitor Center open, which would be specifically for tours.

10   Q.   Now, in addition to those two, are there nonpublic

11   entrances where members can enter or staff can enter the

12   building?

13   A.   There are.

14   Q.   How many of those are there?

15   A.   So you have the Senate carriage entrance and then you

16   have the House carriage entrance.

17   Q.   So we're talking about five right now?

18   A.   Correct.

19   Q.   And other than those, are there other doors that maybe

20   aren't authorized for entrance, maybe they're exit only,

21   but, if breached, people can get in?  How many of those

22   would there be?

23   A.   There's multiple emergency doors.  I don't have an exact

24   count on them and I don't want to give you the wrong number.

25   Q.   More than ten?

1    A.  I'd say so.

2    Q.  More than 20?

3    A.  Between ten and 15 to 20.  I don't have an exact number,

4    sir.  I don't want to give you the wrong information.

5    Q.  Fair enough.  Best estimate you can give me I'm happy

6    with.

7    A.  Let's go with 20, approximately 20, sir.

8    Q.  Fair enough.  Fair enough.

9            And I can't think of any reason why you would go

10   out and count them.  But in the neighborhood of 20?

11   A.  Yeah.

12   Q.  Based on your understanding of the after-action reports,

13   how many of those 20 were breached?

14   A.  Again, I have not reviewed any after-action reports.

15   Q.  So you're here to explain an overview of everything that

16   happened that day, how the crowd got into the building, but

17   you didn't review after-action reports and you can't tell me

18   any doors were actually breached?

19   A.  I cannot, sir.

20   Q.  Now, the Government played several segments from

21   Exhibit 1 -- I think it's Exhibit 1 -- the montage.  And I

22   noted, you know, you testified that the first breach was in

23   the range of 12 -- between 12:50 and 1:00.  But I noted in

24   the montage the only ones that were shown that you

25   identified were 2:42, 2:42, 2:42, 2:48, 3:00, 3:02.

```
 1              Those are all sort of right around a critical time
 2     when the lower west terrace door was breached.  Right?
 3     A.  The videos that -- the first thing we saw, you're
 4     talking about the montage.  I believe that was just the
 5     specific doors at the Capitol.
 6     Q.  Let's stop real quick.  I'll go through them one at a
 7     time.
 8     A.  Would you mind showing me a reference?
 9     Q.  So our record is clear, I'll go through them one at a
10     time to make it clear.
11              No. 11 was the upper House door.  Do you remember
12     that?
13     A.  Yes.
14     Q.  That was at 2:42:05.  We can look at them again if --
15     A.  No.  I know what you're talking about.
16     Q.  I'm not trying to trick you.  But I think you've seen
17     them and you recall.
18     A.  Yes.
19     Q.  No. 2 was the upper House door with the door being open.
20     Is this -- is that the one where the crowd smashed the
21     window?
22     A.  No.  The individual walked from the chambers side to the
23     door and pushed the button, the bar.
24     Q.  And that was 2:42 as well.
25              Then also, 3 was 2:42, which was the Senate door,
```

Ortega - CROSS - By Mr. Shipley

1   which is where the window was broken and they tried to

2   trigger the bar from the outside?

3   A.  Correct, sir.

4   Q.  Where your five officers I think immediately responded

5   but then had to give ground?

6   A.  Correct, sir.

7   Q.  And then 2:42, the next one, Clip 4, was 2:42, the east

8   front door --

9   A.  Yes, sir.

10  Q.  -- right?

11          And then Clip 5 was 2:48.  I wrote it as the

12  northwest alcove Senate side.  So does that make sense to

13  you?

14  A.  Yes, sir.

15  Q.  2:48.

16          And then we have 3:00, which is down in the

17  basement.  But the lower west terrace tunnel CCTV 0074,

18  which we'll get used to, because we're going to hear about

19  that a lot.

20          Several other locations were breached long before

21  2:42 in the afternoon?  Several other locations had already

22  been breached?

23  A.  Yes, sir.

24  Q.  And there were people all through the Capitol by that

25  point?

1    A.  So between then and the 12:00, the 12:50, 12:53, that

2    breach, that was actually going to be the Penn Ave side

3    breach.  So the first breaches that went out on the radio

4    were for the exterior of the building.

5    Q.  By 2:42, when these montages were first -- clips were

6    first shown --

7                THE COURT:  Sorry.  Could I interrupt for a

8    second?

9                So are you saying at 12:53, nobody actually made

10   it into the building?

11               THE WITNESS:  That is correct, sir.  That was just

12   a breach from the exterior perimeter.

13               THE COURT:  So, like, they got onto the lawn?

14               THE WITNESS:  Correct.  They initially broke

15   through the Penn Avenue walkway.  There's our first initial

16   breach.

17               THE COURT:  So I might have been misunderstanding

18   what -- I think we're using "breach" in different ways.

19               MR. SHIPLEY:  I think I misunderstood the answer

20   and rolled on without thinking through.

21   BY MR. SHIPLEY:

22   Q.  12:50 we've talked about.  That's the bike rack?

23   A.  Correct.

24   Q.  Now we're talking about Exhibit 1, which is the montage.

25   And the first one is at 2:42, the upper House door.

Ortega - CROSS - By Mr. Shipley

 1              My question is:  By 2:42, the building had already

 2    been breached.  Right?  There were people inside the Capitol

 3    Building before 2:42?

 4    A.  I believe -- I do not recall the initial breach.  But

 5    the initial one was going to be that they made it through

 6    the upper west terrace, and it's that Senate alcove area.  I

 7    believe that was the initial breach into the building.

 8    Q.  So if -- I'll represent to you we're going to hear

 9    plenty about the -- well, let me back up.

10              You obviously work there.  You've obviously been

11    inside the lower west tunnel -- lower west terrace tunnel.

12    I'm going to screw that up over and over again.  There's two

13    sets of doors.  Right?

14    A.  Yes.

15    Q.  Exterior -- I'm going to call it the exterior set, which

16    are clear glass --

17    A.  Uh-huh.

18    Q.  -- and the interior set, which are opaque.  Correct?

19    You can't see through them?

20    A.  Yeah.

21    Q.  And we know that the glass, the exterior clear doors,

22    those are broken at about 2:43.  Right?

23    A.  Approximately that time.

24    Q.  Okay.  And so is it your testimony that those doors in

25    the lower west terrace tunnel were broken pretty much

Ortega - CROSS - By Mr. Shipley

1    simultaneously, within a minute or two, of the first actual

2    entry into the building?

3    A.  I'm not exactly sure what time those doors were broken.

4    Q.  Do you believe somewhere there exists a comprehensive

5    timeline of events done by the United States Capitol Police

6    as an after-action report?

7    A.  I have not seen a Capitol Police after-action report.

8    Q.  Let's talk a little bit about the tunnel.  You obviously

9    have been in and out of it many times, both before January

10   6th and since.  Right?

11   A.  Yes, sir.

12   Q.  Let's talk about just the physical reality of that

13   tunnel.  It's fair to say if we start talking about the

14   exterior set of doors, the clear glass doors, that tunnel is

15   as wide as the double doors and about one-foot glass panels

16   on both sides.  Right?

17   A.  You're saying that's how wide it is?

18   Q.  Yeah.

19   A.  I don't know the exact specifications of how wide it is,

20   sir.

21   Q.  I'm not asking you to put six feet, eight feet, ten

22   feet.  I'm saying, you've got two glass doors and two side

23   panels and concrete walls?

24   A.  That's correct.

25   Q.  And that's true on both sides of the first set of doors.

1    Right?

2    A.  Correct.

3    Q.  And then you go to the second doors, which is the opaque

4    glass, meaning you can't see through it.  And again, you've

5    got the two glass doors, two side lights, windows, which are

6    frosted, opaque, can't see through them, and the concrete

7    wall there.  Right?

8    A.  Yeah.  The concrete wall, sir.

9    Q.  If you go through those second set of doors, those don't

10   lock.  It's a humidity barrier, right, to keep the air

11   conditioning in and the humidity out?

12   A.  I'm not sure why it's the way it's set up the way it is,

13   sir.

14   Q.  But that second set of doors, the interior set, those

15   don't lock.  Right?

16   A.  No, sir.  That's correct.  They do not.  The ones in the

17   interior do not lock.

18   Q.  When those are open on January 6 and other dates,

19   presumably, there's a mag there.  Right?  The public has to

20   pass through the mag or put items on the mag to be scanned

21   before they can go into the building.  Right?

22   A.  You're talking about the magnetometer?

23   Q.  Yeah.

24   A.  Like the x-rays machines, the magnetometer there?

25   Q.  Correct.

Ortega - CROSS - By Mr. Shipley

1    A.  So the only -- the public did not use that door on a

2    day-to-day basis.

3    Q.  Granted.  I understand.

4            There's only two public doors.  But there is a mag

5    at that location, magnetometer?

6    A.  There is.

7    Q.  Somebody that goes through there needs to be scanned

8    before they go inside?

9    A.  And I can tell you when.  So that door is going to be

10   open for events such as the police memorial, the 4th of July

11   concert and the Memorial Day concert.  And that's the only

12   time it's going to be able to be utilized as a screening

13   area.

14   Q.  Except -- I didn't know.  But thank you.  That tells me

15   something I didn't know.

16           My question is:  That mag further restricts the

17   space through which anybody can pass through once they go

18   through the second set of doors.  Right?

19   A.  Yes.  It limits space.

20   Q.  So you have -- you've got -- and both sides in the

21   hallway beyond the second set of doors, you're still got

22   concrete walls on both sides.  Right?

23   A.  There is concrete on both sides, sir.

24   Q.  But now you've got an even -- you've got a restricted

25   ingress because it's made narrower by the existence of the

Ortega - CROSS - By Mr. Shipley

1    mag?

2    A.  Correct, sir.

3    Q.  And again, I'm not asking you to give me, you know,

4    feet, inches.  But that tunnel is less than 10 feet wide.

5    Right?

6    A.  I couldn't speculate, sir.  I don't have the exact

7    measurements.  I don't want to say the wrong thing.

8    Q.  It's not very wide, is it?

9    A.  I can agree it's not very wide.

10   Q.  Maybe six -- you have seen videos of the events that

11   took place in the tunnel between 2:40 and 3:19.  Right?

12   A.  I have.

13   Q.  And would you agree that getting six people across,

14   seven people across, holding shields, that's about it?

15   A.  It would be very tight for them to fit together.

16   Q.  Shoulder to shoulder, equipment in front of them.

17   Whether they're on the crowd side or the officer side, it's

18   not much room?

19   A.  Correct, sir.

20   Q.  All right.  And even less room at the mag?

21   A.  Correct, sir.

22        MR. SHIPLEY:  Can we play 101 again, the video.

23   Just beginning to end.  And I'll stop it when I need you to.

24   How long is it?

25        MS. PASCHALL:  It's going to be like an hour.  Do

1    you have a specific timeframe?

2              MR. SHIPLEY:  Well, where you have 101.1, .2, .3,

3    .4 and .5.

4              MS. PASCHALL:  Which one do you want?

5              MR. SHIPLEY:  Let's do them one at a time.

6              MS. PASCHALL:  It's going to be well over an hour.

7              MR. SHIPLEY:  Let's pull up 101.1.

8              (Whereupon, segments of Government's Exhibit No.

9    101.1 were published in open court.

10   BY MR. SHIPLEY:

11   Q.  Now, this is 2:30.  You leave the screen frozen there.

12   This is 2:30.  And at this point -- and you've seen this

13   video as well as other videos at the same frame out on the

14   terrace.  Right?

15   A.  I believe so, sir.

16   Q.  And you have officers that are beginning to come into

17   the building at this location?

18   A.  Correct, sir.

19   Q.  And as we go through another minute or two minutes, the

20   flow of officers coming in builds until basically it's a

21   steady stream coming into the building.  Right?

22   A.  A steady stream of police officers?

23   Q.  Yes.  Officers.

24   A.  Correct.

25   Q.  And that's because, in effect, they had disengaged from

1    the crowd because they were overwhelmed.  The bike racks

2    were gone and it was just the officers face to face with the

3    crowd and it was an untenable situation?

4    A.  I'm going to assume that's what happened, sir.

5    Q.  Well, you know the officers flowed back in and --

6              MR. SHIPLEY:  Can we go to -- let's go forward to

7    2:32.

8              (Whereupon, segments of Government's Exhibit No.

9    101.1 were published in open court.

10             MR. SHIPLEY:  Let's go forward to 2:34.

11             (Whereupon, segments of Government's Exhibit No.

12   101.1 were published in open court.

13   BY MR. SHIPLEY:

14   Q.  Do you know what happened -- do you have a recollection

15   of what the white mist is there?

16   A.  I do not know, sir.

17             MR. SHIPLEY:  Let's go forward to 2:35.

18             (Whereupon, segments of Government's Exhibit No.

19   101.1 were published in open court.

20             MR. SHIPLEY:  Let's go forward a little more to

21   2:36.  I'm trying to get to something I'm looking for and I

22   don't know what time to say.

23             (Whereupon, segments of Government's Exhibit No.

24   101.1 were published in open court.

25             MR. SHIPLEY:  2:37.  Go.

1     (Whereupon, segments of Government's Exhibit No.

2     101.1 were published in open court.

3     MR. SHIPLEY:

4     Q.  Between 2:36 and 2:37, you can see a steady stream of

5     officers coming in, right, two, three at a time?

6     A.  It appears so, sir.

7          MR. SHIPLEY:  2:38.

8          (Whereupon, segments of Government's Exhibit No.

9     101.1 were published in open court.

10    BY MR. SHIPLEY:

11    Q.  They're not being pursued by the crowd.  You testified

12    to that earlier.  Right?  There's not ongoing violence,

13    engagement by the crowd at least at this specific location

14    at this point in time?

15    A.  It doesn't appear to be.

16         MR. SHIPLEY:  Let's go forward to 2:39.

17         (Whereupon, segments of Government's Exhibit No.

18    101.1 were published in open court.)

19         MR. SHIPLEY:  The Government's being greatly

20    helpful.  2:40, please.  I mean that honestly.  Otherwise, I

21    would tell them exactly where to go.

22         2:41.

23         (Whereupon, segments of Government's Exhibit No.

24    101.1 were published in open court.

25         MR. SHIPLEY:  Let's stop there.

```
 1    BY MR. SHIPLEY:
 2    Q.  By this point, at least based on, you know, forwarding
 3    through this and now at this point, all the officers are
 4    inside the building.  Correct?
 5    A.  It appears -- I see a helmet right here.  I'm not sure
 6    if that's a police officer or not.  It's at the bottom of
 7    the frame.
 8    Q.  But at least everybody that can be seen very clearly
 9    through the doorway appear to be members of the crowd, no
10    longer any police officers?
11    A.  I do not see any police officers out there on the stage.
12    Q.  And I think we heard testimony that some were out there,
13    and they can fill in the details a little bit about what
14    happened.
15            By 2:41, it appears that the officers that were
16    going to go in through the tunnel have gone through the
17    tunnel and what can be seen are just members of the crowd?
18    A.  In this frame, yes, sir.
19    Q.  And at some point before this, sort of the violence that
20    preceded it, the bike rack barrier and other places, it came
21    to an end as the officers pulled back?
22    A.  There doesn't appear to be any engagement between the
23    crowd and the officers as they're pulling back --
24    Q.  Okay.
25    A.  -- in this frame.
```

1    Q.  So anybody that came upon this situation, this

2    circumstance, as seen through the exterior of the tunnel at

3    this point, they would not see fighting going on between the

4    police and the crowd.  Right?

5    A.  I can't speak to what is going on outside -- outside

6    this frame, sir.

7    Q.  Well, let's assume that as of 2:41, all of the officers

8    were off the plaza; and other evidence will or will not show

9    that.  But I want you to assume by 2:41 all of the officers

10   had exited the plaza.  Anybody who walked up at that point

11   wouldn't be seeing any fighting going on between the police

12   and the public?

13   A.  Again, I can't assume that because I don't know if the

14   officers were still out there or not.

15   Q.  So, Captain, you haven't had -- and maybe this is part

16   of the problem.  Your understanding is that most of the

17   officers on the plaza were Metropolitan Police.  They

18   weren't U.S. Capitol Police.  Correct?

19   A.  That is incorrect.  There was both Metropolitan Police

20   units and there was Capitol Police civil service units out

21   there.

22   Q.  A majority were Metropolitan Police?

23   A.  Yeah.  I think it was a mix of about 50-50.

24   Q.  Okay.  Fair enough.

25        But if officers that were out there had reported

Ortega - CROSS - By Mr. Shipley

1      that by the time all the others had gone inside, which might

2      be right around 2:41, there was no more fighting, anybody

3      that walked up at that point wouldn't see any fighting?

4      A.  Again, I can't assume because I don't know who was out

5      there and who wasn't out there at that time, sir.

6                  MR. SHIPLEY:  Your Honor, could I have --

7                  THE COURT:  You don't have any evidence there was

8      fighting going on there?

9                  THE WITNESS:  I don't.

10                 MR. SHIPLEY:  Your Honor, could I have just a

11     moment?

12                 THE COURT:  You may.

13                 MR. SHIPLEY:  (Confers with co-counsel privately.)

14     BY MR. SHIPLEY:

15     Q.  I think in response to one of my questions a moment ago

16     you said you've seen many videos of the events on the plaza

17     on the outside.  Right?

18     A.  Correct.

19     Q.  Studied them, looked at them, had many reasons to look

20     at them, testimony in court, part of your job, whatever.

21     Right?

22     A.  Correct.

23     Q.  As you sit here, can you say that you saw any video,

24     body-worn camera or otherwise, after 2:40 showing fighting

25     between any law enforcement officer and any member of the

Ortega - CROSS - By Mr. Shipley

1    public on the outside plaza?

2    A.  I don't recall, sir.

3    Q.  You don't recall seeing it or you just don't know?

4    A.  I don't recall seeing the video at the timestamp

5    afterwards that would show that.  If there's an exhibit that

6    could show it, I'd happily look at it.

7    Q.  You certainly saw a lot of video before 2:40 that -- we

8    could play dozens of those, and those wouldn't surprise you.

9    Right?  Because you've seen those.

10   A.  Correct.  The exhibit I was prepared for --

11   Q.  But nobody has brought to your attention and you don't

12   independently recall seeing any video of fighting after 2:40

13   on the plaza outside?

14   A.  I do not recall, sir.

15              MR. SHIPLEY:  Thank you, your Honor.

16              THE COURT:  Thank you, Mr. Shipley.

17              Let's take a five-minute break.

18              Captain Ortega, I'll just direct you not to

19   discuss the contents of your testimony with anyone during

20   the break.

21              Thank you.

22              THE WITNESS:  Thank you, sir, your Honor.

23              (Thereupon a recess was taken, after which the

24   following proceedings were had:)

25              THE COURT:  Ms. Akers?

1          MS. AKERS:  Thank you, your Honor.

2                    REDIRECT EXAMINATION

3     BY MS. AKERS:

4     Q.  Captain Ortega, you were asked on cross-examination

5     about the vice president visiting the Capitol Building.  Do

6     you recall that?

7     A.  Yes, ma'am.

8     Q.  Do you know how often that happens on average?

9     A.  When the vice president comes to the Capitol?

10    Q.  Correct.

11    A.  Typically, it varies.  It's going to be for some of the

12    bigger events.  And then recently, with the way the

13    majority -- or the way the split has been with the Senate,

14    both Vice President Pence and Vice President Kamala Harris

15    have had to come more frequently to be the tiebreaker vote.

16    Q.  And when the vice president visits the Capitol Building,

17    do you know how long on average they visit their office, if

18    at all?

19    A.  Typically, it's going to be very quick.  The majority of

20    the times I personally witnessed it, they will go, make the

21    vote and then immediately leave and typically will not be

22    any time actually in the office.

23    Q.  I'm going to pull up Exhibit No. 1, which is the montage

24    that we've discussed.

25                    Captain Ortega, you were asked on

Ortega - REDIRECT - By Ms. Akers

1    cross-examination about the breaches that we watched on

2    direct.  Right?

3    A.  Correct.

4    Q.  Is it fair to say there were additional breaches of the

5    Capitol Building that we just didn't watch to save time?

6    A.  That is correct.

7              MS. AKERS:  So we're going to go to minute 4:33,

8    please.  We're going to watch until I ask you to stop,

9    please.  Thank you.

10             (Whereupon, segments of Government's Exhibit No. 1

11   were published in open court.)

12             MS. AKERS:  Please stop there at 5:09 minutes on

13   Exhibit 1.

14   BY MS. AKERS:

15   Q.  Captain Ortega, what time is this video taking place?

16   A.  Wednesday, January 6th, 2021, at 2:12:49 seconds p.m.

17   Q.  And what did you just see on the video?

18   A.  I saw an individual break glass out of one of the

19   windows.

20   Q.  Would you consider that a breach of the Capitol

21   Building?

22   A.  I would.

23             MS. AKERS:  We'll continue playing at 5:09,

24   please.

25             (Whereupon, segments of Government's Exhibit No. 1

Ortega - REDIRECT - By Ms. Akers

1    were published in open court.)

2              MS. AKERS:  Stop there at six minutes, seven

3    seconds.

4    BY MS. AKERS:

5    Q.  Captain Ortega, can you explain what you just saw on the

6    video here?

7    A.  So first we saw individuals break through the glass, the

8    windows that are going to be on the left-hand side of the

9    footage.  From there, individuals enter and then go to the

10   emergency exit door, push the crash bar and open that.

11             Simultaneously, the window that's on the

12   right-hand side, you see individuals breaking that window

13   out and you start seeing the crowd enter the building at

14   that point.

15   Q.  What part of the Capitol Building is this?

16   A.  That's going to be what was in the other footage as the

17   Senate alcove.  It's going to be that area.

18             MS. AKERS:  We'll start playing, please, at six

19   minutes and six seconds.

20             (Whereupon, segments of Government's Exhibit No. 1

21   were published in open court.)

22             MS. AKERS:  Pause there, please, at six minutes,

23   31 seconds.

24   BY MS. AKERS:

25   Q.  The footage that you just saw there, Captain Ortega, was

Ortega - REDIRECT - By Ms. Akers

```
 1    that on restricted grounds?

 2    A.  That is correct.  It was.

 3              MS. AKERS:  We'll play at six minutes and 31

 4    seconds.

 5              (Whereupon, segments of Government's Exhibit No. 1

 6    were published in open court.)

 7              MS. AKERS:  Stop at seven minutes and one second.

 8    BY MS. AKERS:

 9    Q.  What were you seeing there, Captain Ortega?

10    A.  That was the bottom of the lower west terrace.  On the

11    top of the footage, that would be the traditional west front

12    area of the U.S. Capitol.

13    Q.  That was restricted grounds as well?

14    A.  That is correct.

15    Q.  Did you see the bike racks there?

16    A.  I did.

17              MS. AKERS:  We'll start playing at seven minutes

18    and two seconds.

19              (Whereupon, segments of Government's Exhibit No. 1

20    were published in open court.)

21              MS. AKERS:  And stop at seven minutes and 42

22    seconds.

23    BY MS. AKERS:

24    Q.  What is the timestamp on this video?

25    A.  That's Wednesday, January 6th, 2021, at 2:16 and one
```

1    second p.m.

2    Q.   What part of the Capitol Building was this?

3    A.   That's going to be the Parliamentarian side of the door.

4    You had two individuals push on the crash bar until -- well,

5    first, they tried to run into there.  Then they successfully

6    held their hands on the crash bar until it opened the door.

7    Q.   Would you consider this to be a breach of the Capitol

8    Building?

9    A.   I would.

10             MS. AKERS:  We'll start playing at 7:42.

11             (Whereupon, segments of Government's Exhibit No. 1

12   were published in open court.)

13             MS. AKERS:  Pause at eight minute and 20 seconds.

14   BY MS. AKERS:

15   Q.   Captain Ortega, what are you seeing here?

16   A.   You're seeing both an exterior and interior view of the

17   Senate carriage door.

18   Q.   And what are you seeing a view of?

19   A.   So from the exterior you're seeing the crowd starting to

20   push through the door.  From the interior, you're seeing

21   officers trying to stop the crowd from pushing through the

22   door.  But members of the crowd have made it in, inside the

23   building at this point.

24   Q.   And what time is this breach happening?

25   A.   This is going to be Wednesday, January 6th, 2021, at

Ortega - REDIRECT - By Ms. Akers

1    2:18 and 25 seconds on the p.m.

2    Q.  Thank you.

3              MS. AKERS:  We'll start the video again at 8:20.

4              (Whereupon, segments of Government's Exhibit No. 1

5    were published in open court.)

6              THE COURT:  Ms. Akers, I'm struggling to

7    understand what --

8              MS. AKERS:  Pause.

9              THE COURT:  -- the point of this is.

10             MS. AKERS:  Your Honor, he was being asked on

11   cross-examination about the limited amount of breaches that

12   we reviewed on the montage.  We only reviewed a portion of

13   the breaches on direct examination.

14             THE COURT:  I get it.  I mean, what difference

15   does it make?

16             MS. AKERS:  Just the timing of when the breaches

17   occurred and what was happening during the relevant time

18   that we already showed, but there was civil disorder

19   preceding that as well.

20             THE COURT:  Okay.  I think I understand that.

21             MS. AKERS:  Great.

22   BY MS. AKERS:

23   Q.  Captain Ortega, is it fair to say there were numerous

24   breaches starting at -- about what time?

25   A.  I believe the first one was like 2:12 or so, was the

                    Ortega - REDIRECT - By Ms. Akers

1    first one, I believe.

2    Q.  Going until -- do you know when?

3    A.  Until the Capitol was secured.  I don't know what time

4    it ended.

5    Q.  After 3:20 p.m. at least?

6    A.  Approximately so.

7              MS. AKERS:  No further questions, your Honor.

8              THE COURT:  Thank you, Ms. Akers.

9              Captain Ortega, you may step down.  You're free to

10   go.

11             THE WITNESS:  Thank you, sir.

12             (Witness excused.)

13             THE COURT:  Ms. Paschall, you may call your next

14   witness.

15             MS. PASCHALL:  Thank you, your Honor.  The

16   Government calls Nikhil Paranjape.

17             (Thereupon, the witness entered the courtroom and

18   the following proceedings were had:)

19             THE COURTROOM DEPUTY:  Sir, please raise your

20   right hand.

21        NIKHIL PARANJAPE, GOVERNMENT WITNESS, SWORN.

22             THE COURT:  Good morning, sir.

23             THE WITNESS:  Good morning.

24             THE COURT:  Or good afternoon, I guess.

25                     DIRECT EXAMINATION

```
 1    BY MS. PASCHALL:

 2    Q.  Good afternoon.  In a loud and clear voice, could you

 3    please state and spell your full name for the Court?

 4    A.  Nikhil Paranjape, N-I-K-H-I-L P-A-R-A-N-J-A-P-E.

 5    Q.  And, Mr. Paranjape, where do you live?

 6    A.  I live in Ridgefield, Connecticut.

 7    Q.  And how long have you lived there?

 8    A.  Since 2004.

 9    Q.  What do you do for a living?

10    A.  I'm a data analyst at Fidelity.

11    Q.  And as a data analyst, what do you do?

12    A.  I look at investment data and certify models and write

13    sequel queries.

14    Q.  Do you know an individual named Patrick McCaughey?

15    A.  I do.

16    Q.  How long have you known him?

17    A.  Since about my senior year of high school, 2015.

18    Q.  And how did you get to know him in your senior year of

19    high school?

20    A.  Through mutual friends.

21    Q.  What kind of activities would you all do together?

22    A.  Play video games and chat with each other.

23    Q.  How often would you say that you played video games and

24    talked with Mr. McCaughey?

25    A.  At the time almost every weekend, give or take.  After
```

1    that, almost every day.

2    Q.  And what kind of games would you be playing?

3    A.  All kind.  Action games, puzzles, shooters, you know.

4    Q.  What type of methods would you use to communicate with

5    Mr. McCaughey?

6    A.  Voice chat applications like Discord, Mumble and

7    TeamSpeak.

8    Q.  Did you also use the application known as Signal?

9    A.  I did.

10   Q.  And can you explain to the Court, what is Signal?

11   A.  Signal is basically an internet-based chat application

12   or voice application.

13   Q.  I want to turn your attention to the time around the

14   2020 presidential election.

15            How often were you communicating with

16   Mr. McCaughey during that timeframe?

17   A.  I'd say almost every night.  Yeah.

18   Q.  And what types of things would you be talking about?

19   A.  All sorts of things:  politics, games, general life

20   stuff.

21   Q.  When you talked about politics in the time before the

22   presidential election, in November of 2020, what types of

23   topics came up?

24   A.  Everything from candidate policies and candidate

25   thoughts.

```
 1    Q.  And how did those discussions go?  Were they friendly?

 2    Were they cantankerous?  Something in between?

 3    A.  They were pretty insightful and usually intellectual.

 4    Q.  And did you talk specifically about candidates for the

 5    2020 presidential election?

 6    A.  We talked about almost everything in between.

 7    Q.  And when you talked about those candidates, what types

 8    of things did you talk about?

 9    A.  I mean, what their stance on certain topics would be and

10    what they have brought on to their campaign and -- you know.

11    Q.  And from those discussions, did you understand who

12    Mr. McCaughey was interested in winning the 2020

13    presidential election?

14    A.  I could, yeah, assume.

15    Q.  When you say you could assume, why would you be able to

16    assume that?

17    A.  We were talking about Donald Trump most of the time.

18    Q.  And based on those -- what types of conversations were

19    you having that made you assume who he was interested in

20    winning the election?

21    A.  I suppose just how Trump --

22              MR. URSO:  Objection, your Honor.  Based on

23    hearsay.

24              THE COURT:  How is it based on hearsay?  Isn't he

25    talking with the Defendant?
```

```
 1                    MR. URSO:  Yes.  But it's not necessarily a

 2        statement against his interest.

 3                    THE COURT:  That doesn't matter, does it?

 4                    MR. URSO:  I think it does.  Isn't that the

 5        exception?  It's got to be.  I thought.  That's my

 6        understanding.  But that's the basis, your Honor.

 7                    THE COURT:  I'm overruling the objection.

 8        BY MS. PASCHALL:

 9        Q.  I'll try to re-ask that in a way that's a little more

10        clear.

11                    You mentioned that you could assume who he was

12        interested in winning the 2020 presidential election.  I

13        believe you said, but just to make sure, did you believe

14        that he was interested in Donald Trump winning the 2020

15        presidential election?

16        A.  That is correct.

17        Q.  And what in the conversations that you had with him made

18        you feel that way?

19        A.  We discussed most of the at-the-time Republican

20        viewpoints on the state of the government and the state of

21        the presidential elections.

22        Q.  And did he seem to favor those Republican positions?

23        A.  Yes.

24        Q.  And did he seem to favor the positions of then-President

25        Donald Trump?
```

117

```
1    A.  Yes.

2    Q.  After the winner of the November 2020 presidential

3    election was announced for Joe Biden, did you have

4    conversations with Mr. McCaughey in that timeframe?

5    A.  Yes, we did.

6    Q.  And what were those conversations like?

7    A.  Mainly that either the election was a fraud or what --

8    specifics about the election and what could have actually

9    happened in terms of voting and voter turnout.

10   Q.  And with respect to those discussions about the fraud,

11   what particularly did you discuss?

12   A.  Voting machines.  More specifically, about if it was an

13   illegitimate election or not.

14   Q.  And with respect to the voting machines, what did you

15   talk about?

16   A.  Just about what was in the news about how it could have

17   been tampered with.

18   Q.  And what did you say to Mr. McCaughey about those type

19   of issues that were in the news?

20   A.  I said it seemed implausible, but anything was possible.

21   Q.  In preparation for your testimony here today, did you

22   and I review some messages that were sent over the Signal

23   app both on your phone and in a .pdf on my computer?

24   A.  Yes.  Yes, we did.

25   Q.  Fair to say that you were communicating with
```

1    Mr. McCaughey after the presidential election through that

2    app, Signal, that you've previously described to the Court?

3    A.  Correct.

4    Q.  Do you recall a conversation with Mr. McCaughey in the

5    middle of December about taking a trip to Washington, D.C.,

6    in December of 2020?

7    A.  Not taking a trip specifically, but he had mentioned he

8    went to D.C. and I asked how it went.

9    Q.  And do you know approximately when that was?

10   A.  December 14th or 15th.

11   Q.  Is that when you had the discussion with him about the

12   trip?

13   A.  Yes.

14   Q.  Did you also discuss a trip to D.C. that Mr. McCaughey

15   took in January of 2021?

16   A.  I don't recall discussing the specifics.  Just that

17   there was some event happening on the 6th that he was going

18   to go to.

19   Q.  And then on January 6th, 2021, did you have Signal app

20   communications with Mr. McCaughey?

21   A.  Yes.

22          MS. PASCHALL:  At this time, if we could pull up

23   Government's Exhibit 602 and start at Page 1042.  If we

24   could zoom in on what is labeled No. 65, that row of this

25   spreadsheet here.

```
 1    BY MS. PASCHALL:

 2    Q.  Mr. Paranjape, Mr. Clements has pulled up row No. 65 in

 3    this chat from Exhibit 602.  In the third column there, do

 4    you see a phone number where the last four digits are 9278?

 5    A.  Yes.

 6    Q.  And whose phone number is that?

 7    A.  That is my phone number.

 8    Q.  And then in the column directly to the right, do you see

 9    two phone numbers again, one ending in 9278 and one ending

10    in 448?

11    A.  I do.

12    Q.  And do you know the phone number -- who has the phone

13    number with the final four [sic] numbers 448?

14    A.  That would be Patrick's phone number.

15    Q.  And when we reviewed these, did you in fact look on your

16    own Signal app to confirm that these were the messages that

17    were sent between you and Mr. McCaughey around the time of

18    January 6th, 2021?

19    A.  I did.

20             MS. PASCHALL:  Your Honor, at this point I believe

21    Exhibit 602 is part of the stipulations.  But I would also

22    move to admit these portions at this time.

23             THE COURT:  Mr. Urso?

24             MR. URSO:  No objection.

25             THE COURT:  Without objection, 602 and these
```

```
 1    portions are admitted.
 2              (Whereupon, Government's Exhibit No. 602 was
 3    entered into evidence.)
 4    BY MS. PASCHALL:
 5    Q.  What is the timestamp that you see for entry No. 65
 6    here?
 7    A.  January 6, 2021, 3:41 p.m.
 8    Q.  And what does it say under Body in the fifth column
 9    there -- I'm sorry -- the sixth column?
10    A.  It states, "Big meme, you in D.C.  Right?"
11    Q.  And do you know -- was that a message that you sent, was
12    sent to you or something different?
13    A.  That's a message I sent.
14    Q.  And just for my edification, when you say "big meme,"
15    what does that mean?
16    A.  That's more like sarcastic joke-speak that me and my
17    friends like to engage in.
18    Q.  So in this instance, what were you referring to?
19    A.  I was looking at the news and seeing the January 6th
20    events and mentioned, "Big meme, you're in D.C." because he
21    had mentioned he was in D.C.
22              MS. PASCHALL:  Mr. Clements, if we could please
23    move to row 66.  That would be at Page 1042 again.
24    BY MS. PASCHALL:
25    Q.  We've pulled up on the screen row 66 on Page 1042,
```

1    Mr. Paranjape.  What's the timestamp of that message?

2    A.  January 6th, 2021, 3:41 p.m.

3    Q.  And what does it say in the body of that message?

4    A.  "Testing if they've hacked the airwaves yet."

5    Q.  And is that a message that you sent to Mr. McCaughey?

6    A.  That is correct.

7    Q.  And what did you mean by that?

8    A.  Knowing he's in D.C. and D.C. is a big surveillance

9    state, I sent that message as a sarcastic joke seeing if the

10   towers near the Capitol had, you know, gone into his phone

11   and reading all his messages.

12   Q.  Based on your prior interactions with Mr. McCaughey, do

13   you think that he would have understood this message as you

14   intended it to talk about the surveillance state?

15   A.  I would think so.

16   Q.  Why do you think that?

17   A.  We discussed technology in our various chats and it's

18   pretty known that most chat applications are not that secure

19   in terms of the U.S. Government.

20           MS. PASCHALL:  If we could clear that and now pull

21   up on the page before, 1043, Lines 61 through 64.  I'm

22   sorry.  That's 1041.  Thank you, Mr. Clements.

23   BY MS. PASCHALL:

24   Q.  Mr. Paranjape, we've pulled up on the screen here Lines

25   61 through 64.  I'm going to ask you to go from the bottom

1    to the top.

2            Do you see the timestamp on Line 64?

3    A.  I do.  It is January 6th, 2021, at 3:40 p.m.

4    Q.  And what is the body of that message?

5    A.  A question mark.

6    Q.  And who sent that?  Did you send that or did

7    Mr. McCaughey send that?

8    A.  Mr. McCaughey.

9    Q.  Moving to Line 63, what's the timestamp there?

10   A.  January 6th, 2021, 3:47 p.m.

11   Q.  And what is the body of that message?

12   A.  "Hope mine are."

13   Q.  And what were you referring to when you said "Hope mine

14   are"?

15   A.  Messages being sent and received, because the read

16   receipts were saying that messages weren't being received.

17   Q.  Let's move to Line 61.  What's the timestamp there?

18   A.  January 6th, 2021, 3:46 p.m.

19   Q.  What is the body of that text message?

20   A.  "They know."

21   Q.  And who is that from?

22   A.  That's from me.

23   Q.  And why did you say "They know"?

24   A.  Because the messages weren't being received, so I

25   assumed either his phone was turned off or they had blocked

Paranjape - DIRECT - By Ms. Paschall

1    communication.

2    Q.  And is that referencing back to the message that we

3    talked about in Line 66 of, quote, "Testing if they've

4    hacked the airwaves yet," unquote?

5    A.  Correct.

6             MS. PASCHALL:  Mr. Clements, if we could pull that

7    down and now go up a little bit on this same page to Lines

8    56 through 60.

9    BY MS. PASCHALL:

10   Q.  And if we could look, please, at Line No. 59, what's the

11   timestamp there?

12   A.  January 6th, 2021, 3:46 p.m.

13   Q.  And who is the sender of that message?

14   A.  Mr. McCaughey.

15   Q.  And what was the body of that message?

16   A.  "Wasn't getting service by the Washington Monument."

17            MS. PASCHALL:  If we could pull that down,

18   Mr. Clements, and go to Lines 51 through 55, please, on the

19   same page, which is 1041.

20   BY MS. PASCHALL:

21   Q.  Again, looking at the bottom of this pullout, which is

22   Line No. 55, what's the timestamp there?

23   A.  Sorry.  Can you repeat that?

24   Q.  Sure.  Looking at Line 55, what is the timestamp for

25   that message?

1    A.  January 6th, 2021, 3:53 p.m.

2    Q.  What is the body of that message?

3    A.  "Seems to be quite a hoedown there.  Damn."

4    Q.  Who sent that message?

5    A.  I did.

6    Q.  And what were you thinking when you sent that message?

7    A.  I was referencing the events transpiring at that time

8    on -- at the Capitol.

9    Q.  And how were you aware of the events that were happening

10   at that point in time?

11   A.  Through various news outlets.

12   Q.  I'm sorry?  From what?

13   A.  Various news outlets.

14   Q.  And were you watching news at approximately this time,

15   3:53 p.m., on January 6th?

16   A.  I was.

17   Q.  Let's look at Line 54.  What is the timestamp there?

18   A.  January 6th, 2021, 3:54 p.m.

19   Q.  What is the body of that message?

20   A.  "They are attacking the police.  Whoa."

21   Q.  Who sent that message?

22   A.  I sent that message.

23   Q.  And what were you thinking when you sent that message?

24   A.  I had seen that some of the rioters were attacking the

25   police and I sent that in response.

Paranjape - DIRECT - By Ms. Paschall

```
 1   Q.  Let's look at Line 53.  What is the timestamp of that
 2   message?
 3   A.  January 6th, 2021, 4:03 p.m.
 4   Q.  And what is the body of that message?
 5   A.  "LOL, did they forget police -- did they [sic] police
 6   forget about their savior rubber bullets and teargas?  Or is
 7   that only for black protesting?"
 8   Q.  Who sent that message?
 9   A.  I did.
10   Q.  And what were you thinking when you sent that message?
11   A.  I was thinking about the Black Lives Matter protest the
12   previous year and how they -- how police used rubber bullets
13   on all the peaceful protesters but didn't seem to be using
14   that force with the rioters.
15   Q.  Line 52:  What's the timestamp there?
16   A.  January 6th, 2021, 5:56 p.m.
17   Q.  And who is the sender of that message?
18   A.  Mr. McCaughey.
19   Q.  And what does the body of that message say?
20   A.  "LMAO."
21   Q.  And is LMAO an acronym for "laughing my ass off"?
22   A.  It is.
23   Q.  And then what is in Line 51?
24   A.  The timestamp is January 6th, 2021, 5:56 p.m.  Body is
25   "Left the city.  On my way home."
```

1    Q.  And who sent that message?

2    A.  Mr. McCaughey.

3              MS. PASCHALL:  Mr. Clements, if we could clear

4    that and go to Lines 46 through 50.  It should be on one

5    page earlier, 1040.

6    BY MS. PASCHALL:

7    Q.  Again, sort of going from the bottom to the top, what is

8    the timestamp in Line 50?

9    A.  January 6th, 2021, 5:56 p.m.

10   Q.  And the body of that message?

11   A.  "No rubber bullets.  I think they were scared of getting

12   lead back."

13   Q.  And who was the sender of that message?

14   A.  Mr. McCaughey.

15   Q.  And when you received that message, what did you

16   understand that to mean?

17   A.  I assumed the other rioters had -- were armed.

18   Q.  Looking at Line 49, what's the timestamp there, please?

19   A.  January 6th, 2021, 5:56 p.m.

20   Q.  And what's the body of that message?

21   A.  Plenty of teargas and pepper spray.

22   Q.  And who was the sender of that text message?

23   A.  Mr. McCaughey.

24   Q.  Let's jump ahead in time to January 7 of 2021.

25             MS. PASCHALL:  Mr. Clements, if we could please

1    clear this.  We'll go to Page 1039, Lines 35 through 37.

2    BY MS. PASCHALL:

3    Q.  Now, in the last set of messages, is it fair to say that

4    you were talking about the teargas and the rubber bullets

5    and things of that nature?

6    A.  Correct.

7    Q.  And you were asking Mr. McCaughey about any videos or

8    photographs or evidence.  Is that correct?

9    A.  Correct.

10   Q.  And why were you doing that?

11   A.  Just to get more evidence and more information.

12   Q.  And so in Line 35, what is the timestamp there?

13   A.  January 7, 2021, 1:10 a.m.

14   Q.  What's the body of that message?

15   A.  "I'm a primary source in this case."

16   Q.  And who sent that?

17   A.  Mr. McCaughey.

18   Q.  And when you received that message, "I am a primary

19   source in this case," what did that mean to you?

20   A.  That he was there on January 6th.

21          MS. PASCHALL:  Mr. Clements, if we could please

22   clear those and bring up Lines 38, 39 and 40 on the previous

23   page, 1040.

24   BY MS. PASCHALL:

25   Q.  Mr. Paranjape, what is the timestamp for Line 38?

```
 1    A.   January 7, 2021, 1:23 a.m.

 2    Q.   And what's the body of that?

 3    A.   "But the videos?"

 4    Q.   Who sent that message?

 5    A.   I did.

 6    Q.   And what were you talking about there?

 7    A.   The videos taken by journalists and various people at

 8    the Capitol that day.

 9    Q.   And was that going to be in response to Mr. McCaughey's

10    message from the previous screen, "I am a primary source in

11    this case"?

12    A.   That's correct.

13    Q.   And what were you thinking about the videos at that

14    point in time?

15    A.   That the videos were sort of primary sources, but --

16    yeah.  Primary sources.

17              MS. PASCHALL:  If we could please go to Page -- I

18    believe it's going to be 1038.  I'm looking for Line 18,

19    Mr. Clements.

20    BY MS. PASCHALL:

21    Q.   Mr. Paranjape, we've pulled up on the screen Line 18.

22    What is the timestamp there?

23    A.   January 7, 2021, 6:41 p.m.

24    Q.   And what is in the Attachments section of this message?

25    A.   A few photos and a video.
```

1    Q.  And when you received these -- I'm sorry.  First, who

2    sent these?

3    A.  Mr. McCaughey.

4    Q.  And when you received these videos on -- and photographs

5    on January 7, 2021, did you look at them?

6    A.  I did.

7    Q.  And what did you believe them to be?

8    A.  Photos from Patrick at the Capitol.

9          MS. PASCHALL:  Now, if we could please -- first,

10   before we put this down --

11   BY MS. PASCHALL:

12   Q.  Can you see the small thumbnail that is in the top left

13   corner right under the word Attachments there?

14   A.  I do.

15   Q.  Do you know what that is?

16   A.  That's a picture of Patrick.

17         MS. PASCHALL:  If we could please pull up

18   Government's Exhibit 504.

19   BY MS. PASCHALL:

20   Q.  You have up on the screen in front of you Government's

21   Exhibit 504.

22         Is this the same photograph that is in that

23   thumbnail of the attachments of Line 18 of the previous

24   exhibit that we had up, Government's Exhibit 602?

25   A.  It is.

Paranjape - DIRECT - By Ms. Paschall

1    Q.  And is this -- who is depicted in this photograph?

2    A.  Mr. McCaughey.

3    Q.  And did you know where this photograph was taken?

4    A.  I did not.

5    Q.  Did you come to learn where this photograph was taken?

6    A.  Yes.

7    Q.  How did you figure that out?

8    A.  Well, seeing them -- the marble and just from the whole

9    events, I assumed the Capitol.

10           MS. PASCHALL:  If we could go back to Government's

11   Exhibit 602, back to Page 1038.  If we could pull up Line 17

12   right at the top there.

13   BY MS. PASCHALL:

14   Q.  Mr. Paranjape, we've pulled up Line 17 of Page 1038.

15   What's the timestamp for this message?

16   A.  January 8, 2021, 6:31 p.m.

17   Q.  And what is the body of this message?

18   A.  "OMG, it's the PMAC" at 19:45 and then a YouTube link.

19   Q.  Who sent this message?

20   A.  I did.

21   Q.  And what did you mean when you said, "OMG, it's the

22   PMAC"?

23   A.  I saw my friend in the video at that timestamp.

24   Q.  And what was this a video of?

25   A.  This was a video of a group of protesters and rioters

```
 1    trying to storm into the Capitol.
 2    Q.  And when you pulled up this YouTube video, the initial
 3    screen, do you remember what it said?
 4    A.  At the time or now?
 5    Q.  Now.
 6    A.  Now, it says "MAGA coup."
 7    Q.  "MAGA coup"?
 8    A.  Uh-huh.
 9    Q.  When you found this video, why did you decide to send it
10    to Mr. McCaughey?
11    A.  I just wanted to see what he would say about it.
12    Q.  And do you remember having a conversation with him about
13    it?
14    A.  I believe we did.
15              MS. PASCHALL:  If we could clear this and go to
16    Lines 20 through 23, please.
17    BY MS. PASCHALL:
18    Q.  Looking at Line 20, what is the timestamp there?
19    A.  January 8, 2021, 6:50 p.m.
20    Q.  And what's the body of that message?
21    A.  "We only use Signal to discuss.  I won't bring it up on
22    Discord."
23    Q.  Who sent that message?
24    A.  I did.
25    Q.  And what did this message mean?
```

1    A.  We had only used the direct Signal to discuss instead of

2    on the Discord channel that we had.

3    Q.  And when you say Discord channel, what's a Discord

4    channel?

5    A.  Think of a Discord channel as like a conference room or

6    a conference call that anyone can join.

7    Q.  Are you able to send the equivalent of text messages to

8    multiple people in a Discord channel?

9    A.  Not in a Discord channel, per se, but in a Discord chat.

10   Q.  And in the Discord channel, would you be able to post

11   things?

12   A.  In the Discord chat.  The channel is only for voice and

13   video.

14   Q.  Okay.  And then looking at Line 21, what's the timestamp

15   there?

16   A.  January 8, 2021, 6:51 p.m.

17   Q.  What's the body of that message?

18   A.  "Too late you sent to Trav and he blab want to tell

19   Liz."

20   Q.  Who sent that message?

21   A.  Mr. McCaughey.

22   Q.  And do you know if he is referring to a person when he

23   says "You sent it to Trav," T-R-A-V?

24   A.  That is a mutual friend of ours.

25   Q.  And what about Liz?

1    A.  Also a mutual friend.

2    Q.  So what did you think when you received this message?

3    A.  That he didn't want me to send that video to anyone

4    else.

5    Q.  And the next two lines, I won't read them out loud in

6    court.  But fair to say -- what sentiment were you

7    expressing with Lines 22 and 23 that we see on Exhibit 602?

8    A.  That I breached his privacy in a sense.

9    Q.  Was it true that you had already sent two other friends

10   of yours that video that you had then sent to Mr. McCaughey?

11   A.  I had.

12         MS. PASCHALL:  Mr. Clements, if we could clear

13   this, go one page further to 1039, and pull up Lines 25

14   through 28.

15   BY MS. PASCHALL:

16   Q.  Mr. Paranjape, looking at Line 25, what is the timestamp

17   there?

18   A.  January 8, 2021, 6:54 p.m.

19   Q.  And what is the body of that message?

20   A.  "Technically, I should have just not told you guys

21   anything."

22   Q.  And who is the sender of that message?

23   A.  Mr. McCaughey.

24   Q.  And did you respond to those -- to that message in the

25   next three lines, 26, 27 and 28?

```
1    A.  I did.

2    Q.  And what was your response in Line 26?

3    A.  I said, "Fair."

4    Q.  And what about Line 27?

5    A.  I said, "Though it would have been strange if I saw this

6    video and I'm like, That looks like PMAC."

7    Q.  And 28?

8    A.  "But I don't think you should worry about it since

9    you're not doing anything outside of peaceful protest."

10   Q.  What were you thinking when you sent those messages in

11   response to Mr. McCaughey's message at Line 25?

12              MR. URSO:  Objection, your Honor.  Relevance as to

13   what he's thinking.

14              THE COURT:  Overruled.

15              THE WITNESS:  Could you restate that?

16   BY MS. PASCHALL:

17   Q.  Sure.  I'll ask it another way.

18              Why did you send those messages in response to

19   message No. 25?

20   A.  Because when I first saw the video, I thought he was

21   just in the mob mentality, getting pushed.  And then -- he

22   was just caught up in the moment, basically.  So I was

23   trying to save his face.

24   Q.  But after viewing the video, did you have a different

25   point of view?
```

1    A.  I just didn't want to say anything to him that would get

2    him angry at me or make him think that I was worried or

3    upset.

4    Q.  But at that point in time, were you thinking differently

5    about his trip to D.C. than you were in the earlier messages

6    on January 6 and January 7?

7    A.  In terms of the messages, I was just trying to keep it

8    the same.  But I was inside just a little confused and

9    shocked.

10   Q.  In that last one, "But I don't think you should worry

11   about it, since you're not doing anything outside of a

12   peaceful protest," why did you send that?

13   A.  At the time, I thought it was that he was just in mob

14   mentality.  I don't really know his intent at the time.

15   Q.  Were you trying to get more information based on what

16   you had seen in the video?

17   A.  I don't know if I was trying to get more information

18   more than just trying to keep things as they are.

19   Q.  And you mean keep things as they are with your

20   friendship?

21   A.  Correct.

22   Q.  Were you concerned about what might happen to your

23   friendship because of the video and the previous messages?

24   A.  Yes.

25   Q.  And were you worried because he had expressed concern

```
1    that you had sent this to other people?

2    A.  Yes.

3              MS. PASCHALL:  Thank you.  I have no further

4    questions.

5              THE COURT:  Mr. Urso.

6              MR. URSO:  Thank you, your Honor.

7                        CROSS-EXAMINATION

8    BY MR. URSO:

9    Q.  Good afternoon, sir.

10   A.  Good afternoon.

11   Q.  Are you here under subpoena?

12   A.  Sorry?

13   Q.  Are you here pursuant to a subpoena?

14   A.  I am.

15   Q.  Have you known Pat going back to seventh grade maybe,

16   possibly?

17   A.  It's possible.  Briefly.  Maybe at middle school.

18   Q.  And you mentioned something about MAGA coup.  That's the

19   title of a video that you referenced in this chat log?

20   A.  That's the thumbnail of the video in the chat log.

21   Q.  What -- who creates the source of the thumbnail?

22   A.  Whatever journalist posted that video.

23   Q.  Okay.  Pat never expressed to you any intention to

24   commit any kind of violence when he was going down to D.C.

25   Right?
```

Paranjape - CROSS - By Mr. Urso

```
 1    A.  He did not.

 2              THE COURT:  Mr. Urso, I'll ask you to use last

 3    names.

 4              MR. URSO:  I'm sorry.  What did I say?

 5              THE COURT:  Pat.

 6              MR. URSO:  I'm sorry.  Sorry, Judge.

 7    BY MR. URSO:

 8    Q.  And you've known him for quite some time.  Have you

 9    known him to be violent in any way?

10    A.  There was one instance where he was.

11    Q.  In what way?

12    A.  We were at a group party at Christmas and we were all

13    discussing politics.  And my friend was trying to sort of

14    lighten the mood and get us off the topic of politics, and

15    he had complimented Mr. McCaughey's mulled wine that he had

16    made.  In response, Mr. McCaughey knocked the glass out of

17    his hand, spilling the wine onto the carpet.

18    Q.  Was -- were the parties inebriated at the time?

19    A.  Some would say.  Yeah.

20    Q.  Do you think Mr. McCaughey was a little bit?

21    A.  A little bit.

22    Q.  Aside from that, you've known him how many years?

23    A.  I'd say 2015 really well.

24    Q.  Seven years you've known him really well.  Right?

25    A.  Seven years really well.
```

Paranjape - CROSS - By Mr. Urso

1    Q.  And you've built computers for him?

2    A.  I have.

3    Q.  And he's done things for you?

4    A.  He has.

5    Q.  He's done work at your house, things like that?

6    A.  He has.

7    Q.  And you've talked to him every day for a period of --

8    long periods of time?

9    A.  Correct.

10   Q.  And aside from that one incident of drunkenness where he

11   knocked a glass out of a hand, do you have any indication

12   that Pat -- Mr. McCaughey is violent?

13   A.  No.

14              MR. URSO:  If I can just have a moment, your

15   Honor.

16              THE COURT:  You may.

17              MR. URSO:  Thank you, sir.

18              THE COURT:  Thank you, Mr. Urso.

19              Ms. Paschall, any redirect?

20              MS. PASCHALL:  No redirect, your Honor.  Thank

21   you.

22              THE COURT:  Sir, thank you for your testimony here

23   today.  You're free to go.

24              THE WITNESS:  Thank you.

25              MS. PASCHALL:  I just wanted to confirm, since

```
1    this is an out-of-town witness, whether defense would ever
2    plan to re-call this witness.
3              MR. URSO:  No.
4              MS. PASCHALL:  Thank you, Mr. Urso.
5              THE COURT:  I should have checked.  I take it no
6    other defense counsel has any questions for this witness?
7              Okay.  Thank you, sir.  You may step down.
8              (Witness excused.)
9              THE COURT:  This a good place for us to take our
10   lunch break.  Why don't we come back at 1:30.
11             MS. PASCHALL:  Thank you, your Honor.
12             (Thereupon, a luncheon recess was taken, after
13   which the following proceedings were had:)
14             THE COURT:  Ms. Paschall?
15             MS. PASCHALL:  Thank you, your Honor.
16             The Government calls Sergeant Jason Mastony.
17             (Thereupon, the witness entered the courtroom and
18   the following proceedings were had:)
19             THE COURT:  Sergeant, if you could come on up to
20   the stand and remain standing for a moment.
21             JASON MASTONY, GOVERNMENT WITNESS, SWORN.
22                        DIRECT EXAMINATION
23   BY MS. BOND:
24   Q.  Good afternoon, Sergeant.  Would you please say your
25   name and spell it for the record?
```

```
 1     A.   Sergeant Jason Mastony.
 2               THE COURT:   Feel free to adjust that microphone.
 3               THE WITNESS:   J-A-S-O-N M-A-S-T-O-N-Y.
 4     BY MS. BOND:
 5     Q.   And where are you employed?
 6     A.   Metropolitan Police Department, Fourth District.
 7     Q.   What's your current rank?
 8     A.   Sergeant.
 9     Q.   What was your rank back on January 6th of 2021?
10     A.   Sergeant.
11     Q.   What did you do before you joined MPD?
12     A.   High school, college.  I worked for a medical device
13     manufacturer and became a police officer 12 years ago.
14     Q.   And you've been with MPD the last 12 years?
15     A.   Yes.
16     Q.   So back on January 6th, 2021, what kind of
17     responsibilities did you have then?
18     A.   So I was a patrol sergeant in the Fourth District
19     working the evening tour.  And then additionally I was the
20     sergeant on Civil Service Unit 42, which is a platoon inside
21     of the Fourth District, staffed by Fourth District officers.
22     And CDU 42 is a rapid response unit, which is just a platoon
23     with standard CDU certifications.  And then on top of that,
24     we get additional training and munitions and crowd control
25     and we're particularly designed for addressing violent
```

1    crowds as opposed to crowds.

2    Q.  And you call it CDU 42.  Are the numbers specific for

3    some reason?

4    A.  Yeah.  The two platoons -- there's seven rapid response

5    platoons on the Metropolitan Police Department, one for each

6    of the seven police districts.  The two platoons are the

7    rapid response platoons, so 1-D, 2-D, 3-D.  All have

8    platoons; and they are 12, 22, 32, and 40 is 42.

9    Q.  So what kind of training do they get, CDU 42, to respond

10   to crowds?

11   A.  So primarily we're given different gear.  The standard

12   CDU attire for a Metropolitan Police Department police

13   officer is a pair of gloves that have padding and armor on

14   them that go down to here; a riot baton, which is just an

15   extended -- essentially like an asp baton or a police baton,

16   just bigger; and a helmet that is ballistic and has a visor

17   shield.  That's what essentially every officer on the

18   Metropolitan Police Department gets for civil disturbance.

19          The rapid response platoon will have additional

20   armor protection that's got like an athletic cup situation,

21   like armor that goes on our thighs, our shins, knees,

22   forearms, shoulder pads.  All that stuff hooks into our --

23   the vest that we wear on patrol.  So that covers our chest

24   and pretty much it just covers all your extremities for

25   being struck with, you know, objects or thrown objects,

1    anything like that.

2              And then on top of that, training.  We just -- we

3    drill more addressing a violent crowd, not a lot of, you

4    know, deescalation, like, "Sir, ma'am, the Metro is that

5    way"; more, you know, you're being attacked by a crowd.  How

6    do you get something you need out of a violent crowd?

7    Extractions, things like that.

8              And then on top of that, munitions.  We're

9    certified in all the munitions the department uses.

10   Q.  Like what?

11   A.  Shoulder OC spray, larger canister OC spray that looks

12   like, you know, bug repellent or something like that,

13   40-millimeter.  We're all certified in a 40-millimeter

14   extended impact weapon, which is essentially a grenade

15   launcher with a foam round, and it also shoots munitions.

16   And then hand-thrown munitions, which are anything from CS

17   gas to OC spray to sting balls, which would be rubber

18   bullets or rubber pellets.  So pretty much all the munitions

19   that are used in civil disturbance a CDU 42 member is

20   certified to use.

21   Q.  And of the 12 years you've been with MPD, how many of

22   those have you been with part of CDU?

23   A.  So CDU, I was certified in the academy 12 years ago.

24   The rapid response platoons were created at the beginning of

25   2017 for Trump's first inaugural election.

1   Q.  So in the average year, about how many times a year

2   would you say you have worked on gatherings that started out

3   as First Amendment assemblies?

4   A.  So training-wise or actual deployed for actual First

5   Amendment assemblies?

6   Q.  Actually deployed.

7   A.  First Amendment assemblies would be several times a year

8   up until 2020, so call it dozens.

9         And then starting in 2020, we were in an almost

10   constant -- I spent probably 40 percent of the year on CDU

11   deployment.  It wasn't always on an active protest.

12   Sometimes it was just:  You're going to have a crowd here

13   for this and we're going to keep you activated, and the

14   deployments lasted months.

15         But yeah.  For actual disturbances I've been on, I

16   call it dozens.  For actual riots, I call it about six.

17   Q.  Six times in your --

18   A.  Where it's a straight declared riot.

19   Q.  Okay.  So can you tell me why you spent so much of 2020

20   deployed?

21   A.  We had the George Floyd killing on May 31st of 2020,

22   which led to unrest in the city.  It was pretty much three

23   nights of riots.  I worked the last night, the third night.

24   And then interspersed in there for the remainder of the year

25   we would have events, you know.  They tried to take down the

 1     statute at Lafayette Square Park.  We deployed for that and

 2     stayed deployed for a while for the nights after for weeks

 3     or months.  It kind of all blends together.

 4               And then the -- we had a Fourth District police

 5     chase that involved a citizen getting killed and riots at

 6     our station, so we deployed for that.

 7     Q.  In your experience, what's the most difficult riot

 8     you've ever had to work in the city?

 9     A.  The January 6th.

10     Q.  Why is that?

11     A.  Just numbers.  We were massively outnumbered, whereas

12     generally we are outnumbered, but it's more of a factor of

13     there's several hundred of them and there's a few -- there's

14     dozens or scores of us, maybe not to 100, but 100.

15               So say again -- again, I'm generalizing -- but 100

16     versus 400, and those 400 are not always cohesive, going

17     after one thing.  They're:  I'm going to go here.  I'm going

18     to go there.

19               In this case, you had thousands focused on one

20     object, and we were between the two things.

21     Q.  How would the violence you saw on January 6th compare

22     with the violence you saw in the other six declared riots

23     you've seen in your experience?

24     A.  It was comparable; but again, it just upped the factor

25     of -- before, I have had things thrown at me.  I have had,

1    you know, chemical munitions and other things on.  But

2    there, it reduced the number of people.  I had one or two

3    people in a crowd doing that.

4         In this case, I had dozens to hundreds of people

5    that you're confronted with.  So again, comparable acts, but

6    the amount of acts and the amount of people participating

7    was different.

8    Q.  So I take it you were on duty on the 6th.  What time did

9    you start in the morning?

10   A.  6:00 a.m., approximately, possibly 5:00.  But I think it

11   was 6:00.

12   Q.  And where were you stationed initially?

13   A.  We went down.  We were staged in -- on Constitution

14   Avenue just southeast of the Eclipse [sic].  So

15   Constitution, and we had four blocks running from the

16   Eclipse down towards the Capitol Building.  So we were

17   stretched out in a high-visibility manner.  We were not

18   wearing any riot gear or protection.  We were just in our

19   standard uniforms and wearing neon high-visibility jackets

20   over top of our uniforms.

21        And it was just pretty much:  Put a squad in each

22   block and the crowd goes by.  "Officer, where's the Metro?

23   Officer, Officer," and that kind of thing.  Just "Hello."

24   Just being there so that they know there is a police officer

25   there.  But we were in no other capacity.

1    Q.  You keep saying "we."  When you say "we," are you

2    referring to CDU 42?

3    A.  Yes.  The platoon is there.  That's where the platoon

4    was staged.

5    Q.  And what were you seeing when you first got there?

6    A.  So it was pretty much just a standard crowd.  There was

7    an event going on on the Ellipse.  And in general, the crowd

8    was moving from the east to the west, so a large crowd

9    coming up Constitution Avenue towards the Ellipse.  That

10   pretty much went on from when we got on or really sunrise to

11   the time of the speech or -- the speech began.

12   Q.  How would you describe the tone of the crowd during

13   those hours, early sunrise to the time the speech began?

14   A.  Nothing unusual.  It was fairly positive.  People

15   walking back, just, you know, expressing themselves and, you

16   know, saying some common statements like "Back the Blue" and

17   other kinds of things.  And that was pretty much our day to

18   that point, was just people walking by and, you know,

19   expressing to them as they are trying to get photos with us

20   and other kind of things like that.

21   Q.  How many officers were part of CDU 42 on the 6th?

22   A.  On the 6th?  So a CDU platoon is 12 officers, four

23   sergeants, one lieutenant.  On the 6th, it was 25 officers,

24   four sergeants, one lieutenant.

25   Q.  Why so many officers?

1    A.  That's just what a CDU platoon is.  A CDU platoon is 28

2    officers --

3    Q.  I see.  Okay.

4    A.  -- and then we had three short on the 6th.

5    Q.  I apologize.  I misheard.

6         So I want to ask you just about a few names of

7    people.  Would Officer Daniel Hodges have been in your

8    platoon?

9    A.  Yes.

10   Q.  How about Officer Abdi?

11   A.  Yes.

12   Q.  Officer Spooner?

13   A.  Yes.

14   Q.  Would Officer Chad Curtice have been in your platoon?

15   A.  Yes.

16   Q.  Now, you mentioned on Constitution you were wearing neon

17   jackets.  Can you just tell me what else you were wearing?

18   A.  Essentially what I'm wearing right now:  a bulletproof

19   vest; you have your standard patrol gear; your gun; your

20   magazines; your asp baton; a small cannister of OC spray.

21   Sergeants are equipped with Tasers, but just those four

22   people would have those.  And then you have a bulletproof

23   vest, a body-worn camera, and then most people are wearing

24   some sort of winter jacket because it's cold.  A neon yellow

25   raincoat.

1    Q.  Now, at some point while you're out there on

2    Constitution, did you get a call for assistance at the

3    United States Capitol Building?

4    A.  Yes.

5    Q.  Tell me about that.

6    A.  So we were on Constitution Avenue.  Again, things were

7    going pretty much normally.  People started going up.

8    Around 11:00, while the speech is still going on, we started

9    seeing the crowd go counter-flow, going back towards the

10   Capitol, large amounts of people going the opposite

11   direction.

12           Over the course of the hour, this crowd starts

13   getting kind of ornery.  It starts collecting around the

14   Justice Department.  I'm currently at the 500 block of 10th

15   Street, which is next to the Justice Department.  I'm

16   standing with our lieutenant, Bill Hackerman.  We started

17   seeing the crowd surge the Justice Department.

18   Q.  What do you mean by "surge"?

19   A.  The Justice Department security is in front of the

20   building.  They have bike racks.  We were seeing those bike

21   racks physically start moving.  There's enough people in

22   front of the Justice Department that they're pushing on the

23   Justice Department line and going right -- [indiscernible]

24   start getting a little hectic.

25           THE COURT REPORTER:  I'm sorry.  I missed what you

1    said at the end.  If you could slow down, please.

2              THE WITNESS:  I'm not sure exactly where I lost

3    you.   So the transmission started getting more hectic on

4    our radio zone as to the events.  We started hearing more

5    transmissions going on that started kind of escalating our

6    anxiety, really, of what was going on.

7    BY MS. BOND:

8    Q.  What were the conditions that you were hearing?

9    A.   Pretty much our -- when we have any kind of First

10   Amendment in the city that involves the Capitol Building,

11   Capitol has an area responsibility and MPD has a different

12   area of responsibility.

13             When a crowd moves from the MPD area to the

14   Capitol area, we hand it off.  So people coming from the MPD

15   area of responsibility, essentially D.C., are going onto the

16   United States Capitol grounds and there's a handoff on the

17   air.  The crowd is now onto U.S. Capitol grounds.  U.S.

18   Capitol has the event.  When they come back off the grounds,

19   they do the same thing over the air.

20             So the crowd has come onto the U.S. Capitol

21   grounds.  Standard thing.  Nothing unusual.  There's a crowd

22   in the Capitol grounds.

23             Then the unusual starts to happen.

24   Q.  What's the unusual?

25   A.  The Capitol Police is calling for MPD to come on the

1    Capitol grounds and assist them.  The commander of the

2    overall MPD operation, Inspector Glover, he goes.  He starts

3    pulling platoons in to respond to the Capitol, to what's

4    going on.

5           As I said, like at this point, they're starting to

6    actually voice things.  Glover is starting to narrate what's

7    going on.  They're taking projectiles.  He's authorizing

8    helmets.

9    Q.  And can I just pause you for a second?

10   A.  Yes.

11   Q.  So what you're recounting right now, is that what you

12   were hearing on the radio?

13   A.  That's what is going on on radio transmissions while I'm

14   standing at 10th and Constitution.

15   Q.  Okay.

16   A.  My physical observations, that started telling me what's

17   going on at the Justice Department.

18   Q.  I see.  Please continue.

19   A.  So between myself and Lieutenant Hackerman, we decided

20   to pull the platoon off high visibility, get them all to the

21   500 block of 10th Street just to have them in one place so

22   we can go somewhere because it's our understanding at that

23   point, we're gonna move somewhere despite not having the

24   order.  Escalate the radio stuff.  It continues to escalate.

25   They still don't call for us.

1          Lieutenant Hackerman has asked for authorization

2     for us to get in our gear.  We are at this point in no

3     particular hard gear.  He asks for authorization.

4     Authorization is granted.  We start putting on our gear in

5     the 500 block of  10th Street, just everybody strapping on

6     stuff.

7     Q.  And so can you tell me what gear that you're putting on

8     at --

9     A.  The pads I described earlier.  Essentially, you're

10    putting on pads over all your extremities.  Your vest is --

11    your chest is already covered by your vest.  You're starting

12    to attach pads to your legs, your arms.  So -- and you're

13    completely covered so if you take a hit from a flying

14    object, you're not going to be debilitated or out.  It'll

15    bounce off and you can keep going.

16          There's a part of this which might come up later,

17    but the rapid response platoon also wears a suit, a

18    coverall.  So it's a onesie.  It's like a NASCAR -- like a

19    Novak suit.  It's flame-retardant.  So you put that on over

20    it.

21          There was a time crunch here because we were all

22    hearing the transmissions.  We were all starting to be,

23    like, "This is bad.  It's getting bad fast."  So most of

24    us -- I think only two members of the platoon, Sergeant

25    Austin, Officer Stokes, decide to put that on, that they

1    have time to get that on.

2    Q.  That Novak suit?

3    A.  That suit.

4    Q.  Okay.

5    A.  Everybody else goes down similar to what I'm wearing

6    except with a long-sleeved polyester suit, a shirt, like our

7    standard uniform shirt.  And essentially that's what we go

8    down with.  We go with pads on top of our uniforms.

9           So of all the rapid response platoons down there

10   that day, in videos or anything you see, if you see an

11   officer that's an MPD officer wearing that suit with pads

12   outside and no suit -- no onesie, black onesie, over it,

13   that's a CDU 42 member.  We didn't have time to put the suit

14   on.  So that's what we were wearing when we went down to the

15   Capitol.

16   Q.  So your CDU 42 members, by the time they made it down to

17   the Capitol, were they wearing helmets?

18   A.  Yes.  We did have helmets.  So everybody, no matter what

19   the state of their apparel was, everybody just had a

20   bullet-resistant helmet, like a rated, like, 3 helmet with a

21   visor on it.

22   Q.  Does that visor come up and down?

23   A.  Yeah.  It comes up and down, comes out.  It covers

24   around from your ears all the way around your face.

25   Q.  Now, your guys in CDU 42, did they have gas masks?

1    A.  We did have gas masks.

2    Q.  And do you know if all of you were wearing them that

3    day?

4    A.  In general, when we responded, no one would put on a gas

5    mask.

6    Q.  Why is that?

7    A.  It's not anywhere close to procedure for MPD to deploy

8    CS gas, which is why you would need a gas mask.  CS gas is

9    an aerosol.  The gas mask will stop that from coming into

10   your lungs, filter it.  It stops it.

11       MPD since IMF in the early 2000s really has not

12   used that even during the protests.  When Park Police would

13   deploy it, we weren't deploying CS gas.  It gets everywhere.

14   It's a contaminant.  There's not a lot of good ways to

15   contain it in an urban environment.

16   Q.  When you say IMF, are you referring to a riot that

17   occurred in the IMF in the early 2000s?

18   A.  Yes.

19   Q.  So I want to take you back to when you got the call for

20   assistance at the Capitol.  Do you remember those moments,

21   how you learned that you needed to get over to the Capitol?

22   A.  So -- I'm sorry.  So it was pretty much the radio

23   transmissions just going on --

24   Q.  Okay.

25   A.  -- calling for more platoons, calling for additional

1    assistance down there, that they were taking scaffolding,

2    that it was being taken off the construction site, thrown at

3    the officers, that he had officers injured.  That was the

4    big one that hits you, when you start hearing people are

5    going down.

6    Q.  Is that typical, to hear that officers have been

7    injured?

8    A.  No.

9    Q.  Now, did you get something called a 1033?

10   A.  I don't recall if we received a 1033 before we were

11   actually physically on the line.

12   Q.  I see.

13   A.  I never recall hearing a 1033 transmission while I was

14   monitoring the radio in the -- prior to engaging with the

15   crowd.

16   Q.  So you get the call for assistance.  How do you and your

17   men respond?

18   A.  So we go down.  We all load into our vans, rental vans.

19   We drive as fast as we can to the U.S. Capitol.  We come in

20   off the north side.

21   Q.  Now, is the north side where you were told to go?

22   A.  No.  I believe we were told to go to the south side.

23   Q.  So why did you go to the north side?

24   A.  The crowd was -- we were on the north side of the Mall.

25   The crowd was between the Mall and was on the Mall,

1     essentially.  So crossing the Mall was going to be

2     difficult.  And also, that's where the lead car went.  So we

3     all followed the lead car.  They were going to the north

4     side.  We went right behind them.  We didn't really put the

5     most thought into what we had been told and to respond to it

6     appropriately.

7     Q.  Before this experience, had you ever actually been to

8     the Capitol Building before?

9     A.  I went once as a tourist.

10    Q.  And do you recall what year that was?

11    A.  2014, 2015.  I walked around the west and then I walked

12    back.

13    Q.  So you touched a little bit on sort of a hand-off

14    between MPD and Capitol police as crowds moved toward the

15    Capitol Building.  Did MPD have jurisdiction over Capitol

16    grounds?

17    A.  I believe we have joint jurisdiction.

18    Q.  Can you give me -- help me to understand that a little

19    bit?

20    A.  I don't have a legal, you know, real --

21    Q.  Okay.

22    A.  -- to put this on here.  But we are the primary law

23    enforcement agency in Washington, D.C.  If there's a murder

24    on the U.S. Capitol, we have it.

25              Other than that, pretty much Capitol is primary.

Mastony - DIRECT - By Ms. Bond

1    If they have an offense on the Capitol grounds, they handle

2    the report; they handle the investigation; they handle all

3    that stuff outside of a murder.  But really, they have a

4    full police agency.  We let them handle the Capitol.

5            I'm a sworn police officer in Washington, D.C.

6    The Capitol's in D.C.  If something goes on, I'll cross a

7    boundary at the Capitol.  I'm still going to go over there

8    and take police action.  Whether or not I handle it, that

9    ultimately -- or it gets investigated by another person,

10   that's something else.  But I have police powers to go to

11   the Capitol and do something.

12   Q.  Had you personally ever been called to assist on Capitol

13   grounds before?

14   A.  No.

15   Q.  And so when you're headed over there, what were you

16   expecting?

17   A.  I was expecting a crowd, like a line.  I did not --

18   self-admission:  I did not properly prepare.  There was

19   obviously -- by what information I had, there was a CDU line

20   under active assault by a crowd.

21   Q.  Okay.

22   A.  So I should have had a different kind of response than

23   what I had.  But really what I expected was a crowd and to

24   go address it, form a line and stop that crowd from moving

25   where it wanted to move.

1    Q.  So you've already talked a good bit about gear.  But in

2    addition to what you've already spoken about, would CDU

3    officers -- CDU 42 officers have had OC spray that day?

4    A.  Yes, but just our personal one that we would carry every

5    day.  It's a little, like, two-ounce container.  It's not a

6    large something meant for crowd control.  It's meant for

7    personal -- if you have one person who you need to OC spray,

8    you do two short bursts.  It's not a crowd-designed

9    implement.

10   Q.  Did your officers have their service weapons?

11   A.  They did.

12   Q.  Anything else that they could use to help control the

13   crowd?

14   A.  The one crowd civil disturbance thing that they had --

15   they had no munitions, nothing of the stuff we're trained to

16   carry.  We just had a CDU baton, an expandable baton, that

17   we don't carry on routine patrol.  That was the one piece of

18   CDU equipment that they had.  Outside of that, they also had

19   asp batons, the collapsible ones.  I already mentioned the

20   OC spray.  And they had their service weapons.

21   Q.  Did any of your officers have shields?

22   A.  No, we didn't.  We were not equipped with shields when

23   we responded.

24   Q.  Are you -- so you weren't equipped with shields on the

25   6th.  Do you ever use shields during crowd control?

1    A.  Yes.

2    Q.  But why didn't you have them on the 6th?

3    A.  We just weren't issued them.

4    Q.  Okay.  Now, I want to ask you about body-worn camera.

5    Were you wearing a body-worn camera that day?

6    A.  Yes.

7    Q.  And what is a body-worn camera?

8    A.  A body-worn camera is a small box you wear on your

9    chest.  It's produced by a company called Axon.  You run it.

10   It runs live the whole time, so it's constantly recording

11   over a two-minute buffer.  Once I hit a button on my chest

12   in a certain manner, two taps, the camera goes actual live

13   recording.  It ceases to record over that two-minute buffer

14   and it begins recording audio and recording live until the

15   camera battery dies.

16   Q.  Does it record both audio and video?

17   A.  After the two-minute buffer, once I hit the button, it

18   begins recording audio.  There's a two-minute -- call it a

19   grace period where the camera is recording.  If it was in

20   the "on" position now, if I activated this, it would start

21   two minutes ago with no audio, go two minutes, and then the

22   audio would start at the moment I hit the button.

23   Q.  So for a person watching your body-worn camera after the

24   fact, does that mean that the first two minutes of video

25   would have no sound?

1    A.  In most cases, barring a previous activation that

2    overlapped in some way.  But if I just -- if I had my camera

3    in the "on" position at this point, I would hit it twice and

4    you would see a video that started two minutes prior to this

5    going, no sounds; and then at the moment I hit this, you'd

6    start hearing sounds and a video recording.

7    Q.  I see you touching the center of your chest.  Is that

8    your body-worn camera?

9    A.  Yes.

10   Q.  Is that where your body-worn camera was on you on

11   January 6, 2021?

12   A.  Yes.

13   Q.  Did you turn your body-worn camera on that day?

14   A.  I did.

15   Q.  Now, have you had an opportunity to review your

16   body-worn camera footage -- before I ask you that, I wanted

17   to talk about the officers in your platoon.

18            Do you know if they were wearing body cams that

19   day?

20   A.  Yes.

21   Q.  Do you know if every single person was or in general

22   most of them were?

23   A.  Every single member of the platoon was wearing a

24   body-worn camera.

25   Q.  Did you give any orders to them that day about their

Mastony - DIRECT - By Ms. Bond

1    body cams?

2    A.  I'm not sure if I ever gave the order to activate the

3    body-worn cameras.

4         But on our way down -- again, sorry; I'm throwing

5    another element in here -- the Taser that I'm equipped with

6    has a Bluetooth activation.  If I take a Taser out and I hit

7    the "on" switch, every camera in my vicinity activates.  So

8    on the walking into the -- onto the grounds of the Capitol

9    on January 6th, I took the Taser, I turned it on and I

10   reholstered it.  And by me turning it on, if anybody's

11   cameras weren't live at that point, they then went live.

12   Q.  Okay.  Now, your body-worn camera footage, have you had

13   a chance to review your body-worn camera footage from that

14   day?

15   A.  Yes.

16   Q.  So I'm pulling up for authentication -- it'll be

17   Exhibits 232, 233, 234 and then all of the derivatives of

18   those exhibits.

19        MS. BOND:  If you can pull up 232 so we can

20   confirm that it was his.

21   BY MS. BOND:

22   Q.  In your prior review, does your video run from

23   approximately 1:55 p.m. to 4:25 p.m.?

24   A.  Yes.

25   Q.  So this clip that -- the still that's here on the

1    projector here, is this your body-worn camera footage from

2    that day?

3    A.  Yes.

4    Q.  So I would like to ask you just a little bit more.  In

5    the right-hand corner, I see some timestamps.  Can you tell

6    me about those?

7    A.  Yeah.  It's a timestamp which is in European.  So the

8    date code is turned around.  2021 is the year; 01, the

9    month; 06, the day.  And then it goes to military time.  So

10   it's 1300 and 53 hours, so 1:53 p.m.

11   Q.  And in your experience, are the time and date stamps

12   generally accurate?

13   A.  Yes.

14   Q.  Are they accurate for January 6th, 2021?

15   A.  They are.

16   Q.  On that day, was your body cam having some sort of audio

17   issue?

18   A.  I believe so.

19   Q.  What was going on?

20   A.  I have no idea.  I cleaned my body camera since, and it

21   seems to have resolved the issue.  But from the moment that

22   it's activated to the moment it's deactivated, there was

23   clearly something going on with the microphone that makes it

24   less audibly clear than it normally is.

25   Q.  But you've cleaned it and it's better now?

1    A.  Yes.  The same cameras is now better than it used to be.

2    But the -- I didn't know there was a problem before I

3    watched the video from January 6th.  And yeah.  So I don't

4    know how long it was going on prior to this activation.

5    Q.  So of all of your body-camera footage that day, do you

6    have any reason to believe that it's been altered in any

7    way?

8    A.  No.

9              MS. BOND:  So the Government moves to admit and

10   publish -- it'll be Exhibits 232, 233, 234 and all of the

11   derivatives of that body-worn camera footage.

12             THE COURT:  Seeing no objection, they will be

13   admitted.

14             (Whereupon, Government's Exhibit Nos. 232, 233 and

15   234 were entered into evidence.)

16   BY MS. BOND:

17   Q.  I would like to start with getting your officers ready.

18   Going back to your platoon arriving at the Capitol, once

19   everybody gets geared up, how do you make your approach to

20   the Capitol?

21   A.  I don't remember the exact streets, but we go in a

22   convoy with two scout cars and four rental vans on the north

23   side of the Mall, east until we get to a cross street, and

24   then we're on the north side of the Capitol.  We go through

25   one of their lowering barricades.  We park on the outside of

1    the Capitol perimeter and then we dismount and walk in.

2              MS. BOND:  So playing Clip 232 -- Exhibit 232.1,

3    please.  It's a one-minute clip.

4              (Whereupon, Government's Exhibit No. 232.1 was

5    published in open court.)

6              THE WITNESS:  In general, a CDU line is one line

7    with four sergeants and a lieutenant in the back.  Four or

8    five of my officers don't have hard gear.  They're just in

9    the normal outfit that I described for the CDU officer.  And

10   they just -- at this point, I'm trying to let them know:

11   You guys stand behind the officers with hard gear in the

12   event we form line.

13   BY MS. BOND:

14   Q.  Why would you put them behind the officers with hard

15   gear?

16   A.  Because they don't have the external protection that the

17   other officers do.  Pretty much throughout the clips that

18   we're going to view is me trying to get officers with

19   protection on their extremities to take the place of

20   officers without protection on their extremities.

21   Q.  So as you're heading towards the Capitol, does somebody

22   help lead you?

23   A.  Yeah.  A Capitol officer, Seth Carl, who I met for the

24   first time that day.  I don't know the U.S. Capitol grounds.

25   I'm the first guy in the line going in.  I don't know where

1    my line is.  I don't know where I'm going.

2              So I grab one of the Capitol officers.  I tell

3    him:  You need to tell me where to go.  Seth Carl takes us

4    in.  He has no armor.  He doesn't even have a helmet.  He

5    does not tell his commands where he's going.  He just takes

6    us into the crowd, which I appreciated.  But that's how we

7    got in.  Seth Carl just said, "This way," and we followed

8    him.

9    Q.  I'm sure we'll talk about Seth Carl again later.

10             MS. BOND:  So let's play Exhibit 232.2, another

11   one-minute clip.

12             (Whereupon, Government's Exhibit No. 232.2 was

13   published in open court.)

14   BY MS. BOND:

15   Q.  In this initial approach to the Capitol, how would you

16   describe the crowd at this point?

17   A.  The crowd is -- on outskirts of the crowd, it's kind of

18   aimless:  People walking around, people standing around,

19   people looking.  At this point, I'm just using compliance to

20   get through the crowd.  Yeah.  I'm just asking people, "Move

21   aside."

22             As the crowd starts to get denser, I begin to

23   physically move people.  So I'm just trying to physically

24   move people as I move through the crowd, putting my hand on

25   them:  "Police department.  Move aside."  In going through

1    crowds before, I've had good success with just straight

2    compliance, just: "I know where I'm going.  You get out of

3    my way."  And before they realize what's going on, they've

4    already complied.

5            So that's what I'm going to here.  When the crowd

6    is thin, we're just walking straight through them.  When the

7    crowd gets thicker, I'm moving them aside.  We start off in

8    a two-column formation.

9            Unfortunately, it goes gown to one single line of

10   officers moving through a thick crowd.  And as I'm coming

11   through, it's just more people pressing up front, harder to

12   get through.

13           As the video continues -- I'll let it play.

14   Q.  Did the reactions from the members of the crowd change

15   as you were pushing through that denser crowd?

16   A.  They got more hostile.  You started hearing more hostile

17   remarks.  At first: "Oh, it's a police officer.  You told

18   me to move.  I move."  By the time we get to the end, it's

19   me physically grabbing people by the shoulder and pushing

20   them aside whether or not they don't hear me or don't care

21   that I'm there.  I can't make that judgment.  But I'm

22   physically now having to use force to get people out of my

23   way.

24           MS. BOND:  I'll ask you to play the next exhibit.

25   But I will refrain from talking over it, because I think

1    that's causing problems.

2              Would you be willing to play Exhibit 232.3.

3              (Whereupon, Government's Exhibit No. 232.3 was

4    published in open court.)

5              MS. BOND:  Stop it there.

6    BY MS. BOND:

7    Q.  What we just observed as you're walking through the

8    crowd, is that the denser, more hostile crowd that you were

9    talking about?

10   A.  Yeah.  So you see me come up on our initial CDU line.  I

11   have found our line, the officers.  At this point, when I

12   come in, the line is not under active assault.  This

13   whole -- for the next half-hour, we go through ebbs and

14   flows.  Sometimes the crowd is assaulting the line;

15   sometimes the crowd is just standing there.

16             So at this point, I get into the line, find

17   Capitol.  And then I'm not sure how much more of this video

18   plays, but I shortly realize -- I do not know it at this

19   exact moment in this video -- that the crowd behind me has

20   laid attack on the rest of my platoon.  And I only

21   brought -- as opposed to bringing all 25 officers and

22   officials in, I brought myself, another sergeant and two

23   officers who successfully made it to the line.

24   Q.  I definitely want to talk more about that.

25             But first, in this video, we see what appears to

1    be a bike rack that you're going through.  Was that

2    accurate?

3    A.  Yes.

4    Q.  So what was that bike rack all about?

5    A.  So the bike rack was -- had established a line.  I'm not

6    sure when it was put up, but the line being held was secured

7    by a bike rack with officers behind it.  So we had a bike

8    rack interlocked just mechanically with, like, the peg that

9    goes into the hole on the side of the bike rack.  They

10   weren't attached to the ground by any means.  They weren't

11   attached together with zip ties, as sometimes they are.

12   They're just bike racks.  Essentially, using a barrier

13   between the police and the crowd.

14   Q.  So were there any officers standing behind the bike

15   racks?

16   A.  Yeah.  The bike rack was fully manned.  Say, every

17   stretch of the bike rack in my vision was staffed by

18   officers standing behind it.  "Don't come back -- don't come

19   back to this bike rack.  There're officers right here.  This

20   is a police line."

21   Q.  Now, in this moment that we're all staring at on the

22   screen, it's now at 14:00:43, which would be 2:00

23   approximately and 43 seconds, is this the west plaza that

24   we're looking at?

25   A.  Yes.

1   Q.  And the bike rack line, does it span the whole of the

2   west plaza?

3   A.  To my knowledge, from the west -- again, I don't know

4   the technical parts of the U.S. Capitol grounds.  But the

5   plaza in between -- there's three sets of scaffolding:  the

6   north set of scaffolding over a stairwell, the south set of

7   scaffolding over a stairwell and a media tower in the

8   middle.

9          The scaffolding goes from the north tower right

10  before the stairwell starts -- or the bike rack goes from

11  the north tower right before the stairwell starts, so just

12  short of that tower, and then all the way around the south

13  tower.  So that's -- I'm not sure if the plaza is considered

14  bigger than that, but that's where the bike rack was.

15  Q.  Got it.  And what was the purpose of that bike rack

16  line?

17  A.  So I don't know why U.S. Capitol set it up.  I assumed

18  it was an inner perimeter in the event that a crowd came in

19  there, that you have an additional layer to put officers

20  behind to slow anybody going through the perimeter.

21  Q.  Okay.  Now, you talked about only half of your platoon

22  making it through.  What happened?

23  A.  So it wasn't half.  I have 25 officers.  Two officers.

24  So --

25  Q.  I see.  I'm sorry.

1    A.   -- so the inspector, the commander of the CDU, was

2    expecting a hard platoon to show up with 28 officers, four

3    officials to reinforce him.  He's under attack.  He needs a

4    platoon.  We're it.

5              Instead, I show up with me, another sergeant and

6    two officers.  So essentially, not great.  I'm supposed to

7    bring in several dozen people or two dozen people.  I bring

8    in two.

9    Q.   So when did you first realize that you were missing so

10   many men?

11   A.   About here.  So I turn around and say:  What?  But

12   it's -- yeah.  I don't have a good, really, you know,

13   narrative for this.  Just that this isn't great.  I'm --

14   not anywhere in our training, like, it was like:  If you

15   lose 90 percent of your platoon, this is what you do.

16   Q.   So what did you do?

17   A.   Essentially, I wander around trying to figure out what

18   happened.  You see again if the -- if you watch the video,

19   it continues on me looking around:  What's going on?  Where

20   is my platoon?  Do I have to go out and get my platoon?

21   Should I go out and get my platoon?  And just different --

22   what should I do in this situation?

23              So --

24   Q.   So what did you actually do?

25   A.   -- I stood there until my platoon managed to break out

1    itself.  There was really -- the ultimate concession here is

2    that there was nothing I could do.  The officers out there

3    were on their own.  There was no ability for me to go.

4    There's no one for me to call to go, "Hey, I've got a

5    platoon cut off in the crowd."  Like there's nothing to be

6    done there.  It's just:  They're out there.  If they don't

7    find their way out, then that's where they're going to be.

8    Yeah.  So I'm inside the line.  They're outside the line.

9    Not a great supervisory position to be in, but that's what

10   it was.

11   Q.  Did your platoon eventually make it back in through the

12   police line?

13   A.  Yes.  They were able to fight their way into the

14   direction of the police line and successfully enter the

15   police line.

16        MS. BOND:  So playing Exhibit 232.4, please.  It's

17   a minute and a half long.  It starts at timestamp 14:03.

18        (Whereupon, segments of Government's Exhibit

19   No. 232.4 were published in open court.)

20        THE WITNESS:  If you want to stop the video.

21        So in this sequence of video, you see what looks

22   like an amplifier set up on the stage next to me.  It's

23   called an LRAD system.  I don't know exactly what the

24   acronym means.  I'm not technically certified with the

25   system.  I just know it exists.  It's existed for 12 years,

Mastony - DIRECT - By Ms. Bond

1    at least since I've been on the department.

2            You set it up to issue warnings to a crowd.  So

3    it's a loud amplified speaker.  It gives a prerecorded or a

4    message that's done manually into it and it voices to a

5    crowd in almost all instances:  "This is an unlawful

6    assembly."  And it gives a series of warnings.  First

7    warning, second warning, third warning.  And the third

8    warning comes with a modifier that:  Failure to abide by

9    this warning will result in arrest.  So that's what's going

10   on with that box that's speaking in an amplified manner on

11   that corner.

12           Then you also see in the picture our SOD people

13   who have munitions -- I do not -- deploying, throwing

14   munitions into the crowd to try to disperse it.

15   BY MS. BOND:

16   Q.  And the LRAD system, is that what we could hear audibly

17   in this video?

18   A.  Yes.  You see it's a box that's on this raised railing

19   in front of me.  You see a box and it's -- that's what's

20   issuing the loud warnings.  I don't know exactly what the

21   warning is, but that's what's issuing the warning.

22   Q.  And to your recollection, was that LRAD system going

23   when you walked into that police line?

24   A.  It started almost -- whether it was on as I walked in

25   or -- but it was going.  As I turned, I see what's going on;

1    and they're issuing LRAD warnings.

2    Q.  And do you recall about how long you could hear it for?

3    A.  No.  A matter of minutes.

4    Q.  Okay.

5         MS. BOND:  If you would continue playing the

6    exhibit.

7         (Whereupon, segments of Government's Exhibit No.

8    232.4 were published in open court.)

9         THE WITNESS:  Stop it again.

10        At this point, you see my platoon start coming

11   into the line.  You'll see as the video plays that they're

12   in varying states of dishevelment.  They've been assaulted.

13   And mostly the problem is they are not wearing gas masks or

14   really anything to shield their face and eyes.  And they've

15   been sprayed by chemical munitions by the crowd.  So mostly

16   bringing them in behind our line.  People have brought

17   water.  There's water that's presented itself.  I don't know

18   where it came from.  And they're trying to flush out their

19   eyes from the munitions that are in them.

20   BY MS. BOND:

21   Q.  Now, did the other police officers have to move that

22   bike rack line so your platoon could come through?

23   A.  Yes.  So the bike rack has to be physically opening.

24   Whether that caused the line to weaken, I don't know.  But

25   to get us in, we had to physically open those racks.

1    Q.  How did the crowd react when that bike rack line was

2    opened?

3    A.  So you'll see that there's a small surge of -- there's

4    several scuffles in the next half-hour that I'm present for,

5    and this is one of them.  Just the back-and-forth of thrown

6    objects, fights, assaults, not a serious push, but just a

7    back-and-forth.

8            MS. BOND:  Would you continue.

9            (Whereupon, segments of Government's Exhibit No.

10   232.4 were published in open court.)

11   BY MS. BOND:

12   Q.  So did there come a point that the police line that had

13   been established there was eventually overrun?

14   A.  Yes.

15   Q.  Did that happen at approximately 2:30 p.m.?

16   A.  Yes.

17   Q.  So I want to focus on that period in between 2:00, when

18   you get your platoon back, and 2:30.

19            So what types of behaviors were you encountering

20   from the crowd?

21   A.  So pretty much a spectrum, from active assault to

22   passive resistance.  And passive resistance being:  "I'm

23   standing here.  I'm going to yell at you.  I'm not going to

24   assault you.  I'm not going to push you.  I'm not going to

25   spray you with anything."  Just -- this is what the crowd is

1    doing to us.  He's just standing there and between -- giving

2    speeches, telling us that what's going on is wrong, just

3    trying to, you know, physically talk to us, essentially.

4            I'm fine.  Nothing we haven't dealt with before.

5    Just a passive line of people who are upset, who, despite

6    warnings, are not leaving.

7            So really you have ebbs and flows of forces.  This

8    is a deescalation of force.  We've just gone through 2020.

9    We are not going to assault people who are just standing

10   there talking to us.

11   Q.  Let me pause you.  When you say "We've just gone through

12   2020," what does that mean to you?

13   A.  It's a year, you know, just a reckoning of police force

14   used on community members.  Every realm of police officer --

15   again, I'll just speak for myself:  I am now very much more

16   conscious of the type of force that I'm going to use on a

17   citizen.

18           At this point in time, coming off the 2020

19   protests and having worked as many protests as I now have, I

20   am extremely cautious about how I put my hands on people.

21   And I'm not going to strike or use OC spray again unless

22   high conditions are met in my mind to move you.

23           Even if you are unlawfully where you are and

24   you're standing there against my order, if you're just

25   standing there and you are not assaulting me, I am not going

Mastony - DIRECT - By Ms. Bond

1    to strike you.  I am not going to really -- I did not use OC

2    spray that day.  I was going above and beyond, trying not to

3    do anything that could -- honestly, self-preservation -- get

4    me fired from my job.  I had no interest in it.

5         So I think that's kind of what you see in that

6    time period.  You have officers who are confronted with

7    people who are passively resisting.  And then behind them,

8    interspersed with them, sometimes they're assaulting;

9    sometimes they're not.  And so I cannot very well target

10   someone who comes around three passive people and sprays us

11   with bear spray.

12        So I pretty much just stand there and take it.  If

13   I react to it and try to get to that person behind the three

14   passive people, in my mind, again, the perception of this

15   time, I'm going to have a video going through someone who is

16   not fighting me to get someone else who isn't [sic].  And

17   then my fear was that I would have to account for "This

18   person wasn't doing anything, Officer.  Why did you strike

19   them?  Why did you come through to them?"

20        You have about a half-hour of that.  We are

21   getting assaulted intermittently, but a lot of the people

22   that we are interacting with are just passively there.

23   Whether they were assaulted before that or assaulted after

24   that -- whether they were assaulted before that or assaulted

25   after that, we couldn't do anything about it.  We were just

1    going moment to moment.

2              If you are not actively assaulting me -- again,

3    from my perspective -- I was not going to use a great deal

4    of force against you, even if it would have helped maintain

5    that line.

6    Q.  So I'd like to talk about a few specific moments in that

7    2:00-to-2:30 period.

8              MS. BOND:  If we could play Exhibit 232.5.  It'll

9    be at timestamp 14:06:20.

10             (Whereupon, segments of Government's Exhibit

11   No. 232.5 were published in open court.)

12             MS. BOND:  Pause it.

13   BY MS. BOND:

14   Q.  What was that smoke we were just observing there?

15   A.  I believe that was a fire extinguisher.  So that's a

16   good example of what I was talking about.  You have a

17   leather jacket, American-flagged gentleman who's just

18   standing there.  He's not assaulting me, not spraying me,

19   not doing anything.  That red stuff that you saw coming in,

20   that's crowd chemical OC.

21             In general, our OC that I know that we were

22   carrying on that day in those shoulder-mounted OC dispensers

23   that you saw the captain carrying, that's spraying -- it is

24   OC spray, but it's not dyed red.  So the red stuff that's

25   coming in that's staining our shirts, that's getting on our

1    face masks, that's the red dots on this camera, that's

2    coming in.  So you can see in this that we are getting

3    munitions.  You can see thrown projectiles coming in,

4    lumber, just metal, anything coming up from the construction

5    site.  And you can see the fire extinguisher getting sprayed

6    at us.

7              THE COURT:  You said earlier, Sergeant, that after

8    IMF, CDU wouldn't use munitions.  But SOD is?

9              THE WITNESS:  So in general, like I said, we're --

10   the CDU 42 is the most trained of the CDU non-SOD elements.

11   We are qualified to carry all this stuff.  And -- but it's

12   essentially gone down to:  Break in case of emergency.

13             And on January 6th, we were not equipped with any

14   riot control munitions.  SOD has what's called a domestic

15   security office which has vans that come around, DSO teams.

16   You might hear that on the radio transmissions.  They come

17   in with the munitions.  All those officers have munitions.

18   A lot of these officials are SOD members who carry the

19   shoulder-mounted OC spray dispenser Mark 46.

20             So in general, I have at times -- Trump's

21   inauguration is one example where we were issued out

22   munitions.  There are other occasions where they gave us

23   munitions.  January 6th was not -- our CDU platoon was not

24   issued munitions.

25             So it was just what you're carrying duty-wise,

1    your small can of OC spray, which is your one reach-out-and-

2    touch-you thing.  Everything else is hand controls and using

3    your riot baton as best you can.

4              THE COURT:  Thank you.

5              MS. BOND:  So moving on to Exhibit 232.6, which is

6    timestamped 14:09:28.

7              (Whereupon, Government's Exhibit No. 232.6 was

8    published in open court.)

9    BY MS. BOND:

10   Q.  What was going on here in this clip?

11   A.  You see us again taking munitions, guys running up,

12   throwing stuff, running away.  They're receiving our

13   munitions back.

14             The captain, who's near me, has a Mark 46 OC

15   dispenser.  And you'll see that the stuff we're getting in

16   is red.  The stuff he's putting out is white, clear.  It's

17   the difference between the munitions going back and forth.

18             You see all the bike rack tug of war.  They're

19   taking bike racks off the line.  They're taking away that

20   physical barrier.  So it's just a force multiplier.  I can

21   put one officer on a bike rack.  It's a better way to hold

22   back a crowd than it is one officer, no bike rack.  He can

23   just use his -- expand on his space.  He's just not going to

24   get as much push if he's got a physical obstacle in between

25   him.

1              That bike rack's been taken away.  And also, in

2      the tug of war for the bike racks, you see the Capitol

3      officer who has gone in and gotten the bike rack back.

4              We've also lost ground.  We used to be before

5      where the bike racks were.  But now there's a guy who's

6      down.  He's injured or feigning injury.  We're not going to

7      push him off.  We're not going to use force against him

8      because it's an injured guy sitting on the ground.  So we've

9      pretty much given up that ground to him and we establish a

10     line behind that.

11             So while in the scheme of things 4 feet is not

12     that much, but if over the course of an hour you're giving

13     up 4 feet every few minutes, you're eventually going to be

14     in so tight of a perimeter that you no longer are protecting

15     what you were protecting before.

16     Q.  Now, was that the only time that day you saw a tussle

17     over bike racks?

18     A.  No.  For this half-hour, essentially.  Again, it'll be

19     calm.  You'll be talking to someone.  They'll be trying to

20     express their views.  You're going to say, like, "Sir,

21     nothing.  Leave.  Whatever.  Move back.  Move back.  Move

22     back."  And then there will be a skirmish of a few seconds.

23     Someone will come in, grab a bike rack, try to run off with

24     it.  The officers do a tug of war.  Sometimes they'll get

25     it; sometimes they won't.

1          MS. BOND:  So moving on to Exhibit 232.7,

2    timestamped 14:13:12.

3          (Whereupon, Government's Exhibit No. 232.7 was

4    published in open court.)

5          THE WITNESS:  You'll see the bike racks are now

6    gone from my side of the line.

7    BY MS. BOND:

8    Q.  Why are they gone?

9    A.  So again, I was not present for this.  I went -- the

10   entire time on here, I have this overwhelming complex that I

11   do not have all my officers.  I do not see 25 officers laid

12   out in front of me as I would in training in any kind of,

13   you know, non-dynamic environment.  It makes me very, very

14   nervous that I have an officer somewhere that I don't know

15   about.  So --

16   Q.  Why does that make you nervous?

17   A.  I'm accountable for them.  They're my officers.  If

18   they're out there, Inspector Glover is not going to know.

19   Who's going to know?  His sergeant is going to know.  That's

20   my job.  I'm supposed to take care of those officers, know

21   where they are.

22          So by not having them where I was hoping they

23   would be, I'm running around, like:  Are you just getting

24   your eyes washed out?  Have I lost you?  Did everybody come

25   in off the line when we got separated?  That kind of thing.

1          So I'm away from the line when these bike racks go

2     away.  I don't know for a fact, but given the circumstances,

3     I conclude that the bike racks were taken by the crowd in

4     dispersing.  So instead of having a bike rack interlocked

5     with lines of officers behind them, I now just have

6     officers.  There's no physical boundary between me and the

7     crowd.

8     Q.  And how effective is just a line of officers compared to

9     a line of officers plus bike racks?

10    A.  Plus bike racks is better.

11    Q.  Why is that?

12    A.  Again, it's a force multiplier.  You have a steel

13    structure between you and them.  It is harder for a person

14    to get through the steel structure and a line of officers

15    than a line of officers.

16          And then as you'll see as the video develops, when

17    some of those officers go away for whatever reason -- they

18    get sprayed in the eyes; they go back to get water --

19    they're not always replaced.  So now you can see big holes

20    in the crowd.  If you have a crowd that wants to go

21    somewhere and that crowd sees holes, it's going through the

22    holes.  So if you don't plug them, people will explore that

23    space and go through it.

24    Q.  So before we play the rest, I heard you in the first

25    portion of this clip saying:  42, push up."  Was that your

1     voice that I was hearing?

2     A.  Yes.

3     Q.  Why were you saying that?

4     A.  I wanted to take back that ground.  I could see fairly

5     early on in this that while we weren't breaking, we were

6     losing ground incrementally --

7     Q.  And did --

8     A.  -- through passive resistance, through -- there's a guy

9     who comes up at some point with a bike rack with a backpack

10    facing forward who is just pushing.  When I'm on the line

11    myself not supervising and things, I've plugged a hole.

12    They're not assaulting me.  They're just using body weight

13    to move my line.

14          They might only achieve a foot.  But like I said,

15    if they achieve a foot every few minutes, that collects over

16    time over how long we've stood on this line for as long as

17    it held.

18          (Whereupon, segments of Government's Exhibit No.

19    232.7 were published in open court.)

20    BY MS. BOND:

21    Q.  So even with this, the police were still able to hold

22    the line for a while.  Is that right?

23    A.  Yes.

24    Q.  So pulling up Exhibit 232.19, which is a still shot at

25    14:15:44, is this what the police line would have looked

Mastony - DIRECT - By Ms. Bond

1       like at 2:15 p.m.?

2       A.  Yes.

3       Q.  And did the police line still extend across the length

4       of that plaza?

5       A.  Yes.

6       Q.  Okay.  Moving on to Exhibit 232.21.  And that is a still

7       shot as well.  Would that be what the police line looked

8       like at 2:22 p.m.?

9       A.  Yes.

10      Q.  And did it still extend across the length of that plaza?

11      A.  Yes.

12              MS. BOND:  Then I'd like to play Exhibit 232.9,

13      timestamp 14:25:30.

14              (Whereupon, segments of Government's Exhibit No.

15      232.9 were published in open court.)

16      BY MS. BOND:

17      Q.  After having now watched it, would you tell me what's

18      going on here?

19      A.  Yes.

20              (Whereupon, segments of Government's Exhibit No.

21      232.9 were published in open court.)

22              THE WITNESS:  Stop it.

23              So that cloud you just saw is a CS device.  I'm

24      not sure if it's what's called a burner, which is a constant

25      burning stream -- well, actually, I am certain it's a burner

1    because it's continuously smoking.  It's a spewing or a puff

2    that's on fire similar to like a fire or snake that goes and

3    it's burning and emitting CS gas.

4    BY MS. BOND:

5    Q.  What is CS gas?

6    A.  It's a teargas.  So it's what I was talking about

7    earlier.  It's just a thing that in general we have access

8    to it, but we're not deploying it.  OC is really the

9    Metropolitan Police Department's crowd control munition.

10   It's a more controlled thing.  CS gas is an aerosol.  It

11   expands out and it's an asphyxiant.  You have a sensation

12   that you cannot breathe while inhaling the teargas.

13   Q.  And did you ultimately get hit with this particular

14   cloud?

15   A.  Yes.  So you'll see as the video plays out that the line

16   thins.  The Capitol Police officers in this video, you can

17   see they've got U.S. Capitol on the back of their helmets,

18   not MPDC.  They're all masked.

19        I have not given the order.  I did not give the

20   order.  The only people on MPD's side who have gas masks on

21   are the ones who did it by just motivation that they didn't

22   want to get OC sprayed, so they put a gas mask on instead.

23   It was very intelligent, but we didn't all do it.  I didn't

24   do it.  And a lot of these officers here are about to suck

25   this concentrated CS gas that's sitting at their feet and

1    they're about to leave this line.

2    Q.  How did the CS gas affect you specifically?

3    A.  I held out for 26 seconds, which I'm still proud of.  I

4    thought it was five at the time.  I counted it; it's 26.  So

5    I'm very proud of that.  But I could not breathe.

6         So essentially I was trying to shout orders, push

7    the guys who were masked up because, as they saw everybody

8    else going who didn't have masks, they wanted to come back

9    too.  So I pushed them up.  As the crowd went back, I pushed

10   them up into the dead space that was vacated by the crowd.

11        But after 26 seconds, I had to go back.  I could

12   not breathe.  And I had a gas mask on my leg, but I was kind

13   of over it at that point.  I could not get to it.  I had an

14   officer help me.  I did a buddy breathing.  I just put my

15   head in it, started to breathe in and out until I had enough

16   air.

17        And then after that, this is when the line really

18   starts to fold.  I get up.  And I'm sure that'll come up in

19   the video.

20        THE COURT REPORTER:  Just for the record, did I

21   hear you correctly that you said buddy breathing?

22        THE WITNESS:  Yeah.  Like what a fire fighter does

23   when he does not attach a mask.

24        THE COURT:  So I take it the CS slow burner was

25   not put out by U.S. Capitol Police?

1          THE WITNESS:  I could not testify as to who

2     deployed it.  If I were to suggest that I believe either MPD

3     or U.S. Capitol deployed it and either gave a warning that I

4     didn't hear that we were about to deploy gas -- which is

5     standard in our training:  "Gas, gas, gas."  When you hear

6     "Gas, gas, gas," you drop to a knee.  You put on a gas mask.

7          Never heard the command over the radio or audibly.

8     We were not on the same channel as Capitol Police.  I do not

9     know that there's been any evidence that the crowd had

10    access to CS gas.  If I was to suppose what happened was,

11    Capitol or MPD without radio transmission deployed a CS gas

12    burner into the crowd and someone in the crowd bounces it

13    off this tower here and it drops on my line.

14          THE COURT:  I see.  So you're not suggesting that

15    the crowd lit this?

16          THE WITNESS:  No, but it may be possible.  I do

17    believe the crowd threw it back or it did emanate from the

18    crowd.  I don't know who started it, who initiated it.  It

19    may be a deployed munition thrown back or it could be

20    something that emanated from the crowd.  I don't have

21    anything to support it.

22          THE COURT:  Okay.

23          MS. BOND:  Would you play the remainder.

24          (Whereupon, segments of Government's Exhibit No.

25    232.9 were published in open court.)

Mastony - DIRECT - By Ms. Bond

```
 1                  MS. BOND:  Pause it.  Thank you.
 2     BY MS. BOND:
 3     Q.  So you talked earlier about the police line eventually
 4     being overrun.
 5                  Before I play that video for you, can you just
 6     tell me what you remember about those moments, how that
 7     actually happened?
 8                  And actually, first, looking at this timestamp
 9     that's still up on the screen, 14:26, is the police line
10     still holding at that point?
11     A.  Yes.
12     Q.  So what do you remember about the moments that the line
13     folded?
14     A.  So I'm in this position.  And it will go on for about
15     the next five minutes.  I'm taking off my helmet, getting my
16     mask on, getting my gloves back on.
17                  There starts being penetrations on the south side
18     of the line, one's or two's breaking through, officers going
19     and tackling those people, securing the line.  That's across
20     the plaza from me.  I evaluate that as not my issue at that
21     moment.
22                  Once I get my helmet back on, I see the same thing
23     happening on my right side.  When I go back to look at the
24     right side, before I -- or this is the north side of the
25     line now -- before the CS gas hit, I had a good number of
```

1    officers.  Everybody is shoulder to shoulder, some two deep.

2    A strong police line presence.

3         After the gas deployed and officers left the line,

4    those officers didn't make it back to the line quickly.

5    There's no bike rack.  There was just a line of officers

6    that was ultimately exploited by the crowd.  The crowd

7    pushed.  There was no one to support it.  Officers got taken

8    out into one fight or another.  I get taken off the line and

9    moved to another segment of the line by a protester.  And

10   then the line collapses from my side into the plaza itself

11   until there's no semblance of order on the police line.

12   Q.  And -- well, we'll talk about this later.

13        MS. BOND:  Would you play Exhibit 232.10, which

14   starts at timestamp 14:27:50.  It is a five-minute clip.

15        (Whereupon, segments of Government's Exhibit No.

16   232.10 were published in open court.)

17        MS. BOND:  Pause it.

18   BY MS. BOND:

19   Q.  I see a couple of times in the last couple minutes I've

20   seen you throw bike racks down in front of you.  Why are you

21   doing this?

22   A.  In my mind, bike racks are coming at me.  There were no

23   bike racks here, as you saw in the previous videos.  The

24   bike racks are being -- coming into me.  We have officers

25   still out amongst this crowd.

Mastony - DIRECT - By Ms. Bond

1          The line did not, you know, fall back in an

2    orderly manner.  I'm just trying to keep -- you have

3    obstacles between you and what's in front of you.  I'm just

4    trying to keep it clear so I can move back so other officers

5    can move back until we assemble some order of a line.

6          To my knowledge at this point, I have no exit.  I

7    do not know the layout of the U.S. Capitol.  I do not know

8    this area I'm in.  All I know is that I'm in an alcove-like

9    structure, and I had no knowledge there was a stairwell

10   behind me.  I thought we were just pretty much surrounded in

11   a small area with a bunch of officers.  And if we don't

12   establish a line now, we're not getting out of it.

13         So it was just try to get shoulder-to-shoulder

14   with some people and hold back what was -- reestablish what

15   is left of a line.

16   Q.  So in those moments as you're backing up, what did you

17   think was behind you?

18   A.  Hopefully just other police officers.  But there's other

19   protesters.  I just thought it was a wall, that we were

20   going to be on a lower level with a wall behind us and a

21   crowd of thousands in front of us and it was just going to

22   be what we're going to do then.

23         But you'll see as the video progresses that I get

24   up to an upper level.  I do not think I had access to that

25   area.  I thought I was -- we came in on the lower level.  I

Mastony - DIRECT - By Ms. Bond

1    thought that's where we are.  We'll hold this here until we

2    do something about this crowd.

3              But I didn't think we were going to be -- I didn't

4    think I had access to any other area certainly.  Once this

5    line folded, I thought I was trapped.

6              MS. BOND:  Would you continue.

7              (Whereupon, segments of Government's Exhibit No.

8    232.10 were published in open court.)

9              MS. BOND:  Actually, stop it there.

10   BY MS. BOND:

11   Q.  So on the lower right-hand side of this screen, do you

12   see things leaning up against that wall there?

13   A.  Yes.

14   Q.  What are those?

15   A.  So those are full-body riot control shields.  They do

16   not belong to the Metropolitan Police Department.  And so

17   they weren't -- they have the Capitol insignia, which tells

18   me they're Capitol shields.  MPD or CDU 42 did not bring

19   shields in.  We did not have no shields.  But I used a

20   shield at many points during that day since Capitol Police

21   had them around.

22   Q.  Do you know where they came from?

23   A.  I don't know how Capitol Police deployed them or staged

24   them.  I just -- in sequences throughout the day, as events

25   unfold, I get my hand on Capitol shields.  And so they're

1   around.

2           I don't know the source of them.  I know they

3   weren't MPD shields.  I just know that those right there are

4   Capitol shields.  I have trained on the same design of

5   shields, so I'm familiar with it, how to use it.  So when

6   someone hands it to me, I'm going to use this.

7   Q.  To your knowledge, does MPD have these rectangular

8   shields?

9   A.  We do, but those aren't MPD shields because we don't put

10  the Capitol Police Department crest on ours.

11  Q.  So before we play the rest of this --

12          MS. BOND:  May I approach the witness, your Honor?

13          THE COURT:  You may.

14  BY MS. BOND:

15  Q.  I'm showing you what's already been admitted as

16  Exhibit -- I believe it's 801.

17          MS. AKERS:  Yes.

18  BY MS. BOND:

19  Q.  Do you see this?

20  A.  Yes.

21  Q.  Could you hold this for a second?

22  A.  (Witness complies.)

23  Q.  Thank you.

24          Is this the type of shield that you were using

25  that day?

1   A.  Yes.

2   Q.  And is it similar to what was out there that the Capitol

3   Police had provided?

4   A.  Yeah.  You'll hold it like this.  You brace it against

5   your leg like this.  It protects you in a greater degree

6   from your head to your toes than, say -- you'll see in the

7   video circular shields, which MPD does not use at all.  Just

8   Capitol.

9          Then we make a smaller shield that's kind of

10  more -- certified to put in the trunk of a police car, just

11  shorter, with, like, one bar on it.

12         And this also has the ability, which I never

13  utilized during that day, to lock in with shields of a

14  similar type.  You take this shield and you put it with a

15  shield that looks exactly like it, put it in here and then

16  you close it.  And then you have two shields that are

17  mechanically linked.

18  Q.  And the reason why you didn't use it in that way that

19  day?

20  A.  Too dynamic of a situation.  Didn't think to do it.

21  Q.  Were you aware they could be used in that way?

22  A.  I was aware, but only later did I think it would have

23  been a good idea to do that.  But yeah.  Not at the time.

24  Q.  Thank you.

25         (Whereupon, segments of Government's Exhibit No.

1    232.10 were published in open court.)

2             MS. BOND:  Pause it there.

3    BY MS. BOND:

4    Q.  So we saw a lot of what was happening.  But how would

5    you describe the crowd at this particular point?

6    A.  It's actively assaultive.  The line is under assault.

7    The unit cohesion of our platoons is gone.  I'm just pretty

8    much shouting at guys in uniform.  I don't know their names.

9    They're not my platoon.  We've got to get a line going.  I'm

10   just trying to physically be present.  And now I'm just a

11   cog in the line.  I'm establishing the line.  They can't

12   come down these stairs.

13            Here's me.  We're getting our own munitions used

14   on us.  The spray that was just used on me is one of our

15   46s.  You can tell:  There's no dye on it.  And the guy was

16   holding a shoulder-mounted OC spray, so clearly when the

17   line collapsed we lost some.  So we're getting sprayed with

18   our own stuff now.

19   Q.  What do you mean you lost --

20   A.  I believe some of our equipment throughout the course of

21   the day gets overrun by the crowd.  This particular spray

22   that you take in, again, I referenced the difference between

23   red spray and clear spray.  You're getting us with non --

24   this is non-dyed spray from a guy with a shoulder-mounted

25   46.

Mastony - DIRECT - By Ms. Bond

```
1              I don't know for a fact that they are not
2    commercially available, but I don't believe they are.  And I
3    didn't see anybody carrying them prior to our line getting
4    overwhelmed until this guy appeared after our line collapses
5    and sprays my shield down with OC spray.
6    Q.  In your 12 years of experience, have you ever seen a
7    police line collapse like that?
8    A.  No.
9    Q.  Had you ever seen a police line fail at all?
10   A.  No.  In 12 years in the Metropolitan Police Department,
11   a police line has not failed to my knowledge through members
12   and going through training for 12 years.  We've never
13   recounted a story in the history of the Metropolitan Police
14   Department where a line has failed in such a manner.
15             We've withdrawn lines:  There's too many people
16   here; we can't hold this; let's pull it back.  We've never
17   had a line fail like this.
18   Q.  Now, you had talked about backing up and believing in
19   those moments that you might have been trapped.
20             So what were you trying to do as you're backing
21   out?
22   A.  Make a smaller line.  So we had a large line going.  And
23   even with the reduced number of those officers, in my mind,
24   I'll just hold.  Even though it's not -- it doesn't really
25   do anything, it will just protect me and the people behind
```

1    me.

2              Form a line from half the alcove.  If the whole

3    thing is one big alcove, I'll get half.  I'll start a line

4    in the middle.  And that little wall that you saw me

5    pointing off to the right -- off to the right and other

6    officers coming up, my idea was -- poorly executed -- was to

7    move all those officers up and establish a line at that half

8    wall, a physical barrier with officers behind it.  And that

9    way, we could hold it until we figured out what to do,

10   whether it was break out or stay there indefinitely.

11   Q.  Were you successful in establishing that line?

12   A.  Nope.

13   Q.  So you talked about believing that you may have been

14   trapped.  Why was that a concern?

15   A.  I did not have a desire to be trapped behind that crowd.

16   I did not know what the outcome would be or how I would get

17   out if I was enclosed in there.

18              And I would also be completely ineffective.  I

19   would not be able to go anywhere to assist anybody else.  I

20   would not be able to do anything.  They would have

21   essentially contained a large portion of our civil

22   disturbance response to what's going on.  We were pretty

23   much one of the last platoons that's working day work that's

24   going in there.

25              And outside of, again, draining the districts to

1   come in and work, we were the last on-call reserve to come

2   in.  So there's nobody else coming to get us.  If we get

3   stuck in there, that's where your CDU assets are, in that

4   little cut-off corner on the side of the Capitol, not doing

5   much.

6            MS. BOND:  Playing Exhibit 232.11.

7            (Whereupon, segments of Government's Exhibit No.

8   232.11 were published in open court.)

9            MS. BOND:  Stop it there.

10  BY MS. BOND:

11  Q.  Are these the moments you were just describing where you

12  guys are being pushed back against --

13  A.  Yeah.  We're being pushed back.  This is where I thought

14  at this point, I do believe I know that there's a stairwell

15  where we're getting out.

16  Q.  Okay.  How did you learn about this stairwell?

17  A.  Just by either turning around or saying that, "Hey,

18  we're pulling back."  My radio at this point, I'm either not

19  listening or the ear mic is out of my ear.  So I'm not

20  hearing transmissions.  I'm aware that a transmission got

21  made to pull back to the upper deck.  But at this point, I

22  have not heard that transmission.  I'm just realizing that

23  there is something behind me, officers going in it; and

24  presumably, that's my exit.  So I'm -- my plan was, at this

25  point, was hold as long as I can on the bottom level and the

1    last man up.

2    Q.  Were you the last man up?

3    A.  No, I was not.  But close.

4    Q.  Do you know how many other officers were still out there

5    when you went up?

6    A.  A handful.  I know Sergeant Brian Peeke was the last man

7    up.

8             MS. BOND:  So playing -- we'll just play a few

9    seconds of 232.12.

10            (Whereupon, segments of Government's Exhibit No.

11   232.12 were published in open court.)

12            MS. BOND:  Stop it there.

13   BY MS. BOND:

14   Q.  So when you get to the top of these stairs, what were

15   you thinking at that point?

16   A.  So again, I was one of the last guys up.  I get to the

17   top of the stairs.  I immediately realized that there is no

18   semblance of a line up here, that it did not get

19   reestablished.  The officers have gone somewhere else.  So I

20   am -- I had a crowd of thousands beneath me.  I have one way

21   up that I'm aware of from where they are to where we are.

22            And so I thought:  It's a narrow stairwell.  You

23   can only fit two guys at a time up here.  I can -- give me a

24   handful of guys.  I can hold this.

25            So I tried to hold right here on the stairwell.  I

1    am not at this time observing these people who are on the

2    upper part above me here.  I think that when I get to this

3    point, in my mind, everybody on this level is cops.  I do

4    not realize that the rioters and crowd have assumed above me

5    as well.

6            So even in this position, I'm vulnerable from any

7    number of points.  But I don't see it at this moment.  And

8    so I attempt to get some officers together and hold the

9    stairwell to keep the crowd from getting up to us.

10   Q.  Where we've got this clip at right now, timestamp

11   14:37:50, is this on the lower west terrace?

12   A.  So again, I'm not good at Capitol geography of anything.

13   To my knowledge, again, this is the west side of the

14   Capitol.  It's been referred to as the lower terrace.  I

15   don't know if this is the lower terrace or if what I was

16   just on was the lower terrace.  But in general, this is the

17   area I believe you're talking about.

18   Q.  Fair enough.

19           In these moments, are you aware of any other

20   civilians or non-officers on the stairs?

21   A.  I can see in this video that they're there, but I am not

22   aware of them.  As this video is recording when I'm present

23   in this moment, I think that everybody on my level right now

24   is a police officer and the only way for anyone else to get

25   to me is through the stairwell I just came up.

Mastony - DIRECT - By Ms. Bond

1    Q.  So you talked about wanting to hold that stairwell.  How

2    long did you try to hold the stairs?

3    A.  A few minutes before it became -- I became aware of

4    these people around me, that this is clearly not the only

5    way up, that I've got rioters coming in every direction and

6    that me standing here with five officers to hold a stairwell

7    is absolutely meaningless.

8    Q.  And where did you go when you realized that holding the

9    stairs wasn't going to be effective?

10   A.  I went into a hallway that entered the Capitol Building.

11           MS. BOND:  So playing Exhibit 232.13, starting at

12   timestamp 14:38:55.

13           (Whereupon, segments of Government's Exhibit No.

14   232.13 were published in open court.)

15   BY MS. BOND:

16   Q.  So before we talk about this hallway, are you familiar

17   with Officer Bronson Spooner?

18   A.  Yes.

19   Q.  How do you know him?

20   A.  He's an officer assigned to CDU 42.

21   Q.  In that video clip we just saw, was he standing near to

22   you on the stairs as you headed into the tunnel?

23   A.  Yes.

24   Q.  Was he wearing a body camera that day?

25   A.  Yes.

1    Q.  Would it have been on?

2    A.  Yes.

3    Q.  How do you know?

4    A.  Unless he turned it off or it got turned off in a

5    scuffle, it would have been on.

6    Q.  And have you had a chance to view his body-worn camera

7    footage in preparation for today?

8    A.  I believe I have.

9    Q.  Is it fair and accurate, to the best of your knowledge?

10   A.  Yes.

11          MS. BOND:  The Government moves to -- I can -- we

12   can display them for him.  It's Exhibits 235 and 236.  We're

13   ultimately asking to move them into evidence as well.

14          THE COURT:  Without objection, 235 and 236 are in.

15          Are you also seeking the subcomponents?

16          MS. BOND:  Yes, please.

17          THE COURT:  235 and 236, including their

18   subcomponents, are in.

19          (Whereupon, Government's Exhibit Nos. 235 and 236

20   were entered into evidence.)

21   BY MS. BOND:

22   Q.  So in the end of the last clip we just watched, I

23   believe you called it a hallway that you were walking to.

24   Is that the word you used?

25   A.  Yea.  Hallway, tunnel.  We referred to it mostly as the

```
1    tunnel for us.
2    Q.  Do you have any idea where that tunnel went?
3    A.  Where it went?  I determined later where it went.  At
4    the time, I had no idea except for into the Capitol
5    Building.
6    Q.  And when you entered that tunnel, what was your plan?
7    A.  Pretty much figure out what the plan was once I was
8    inside; and hopefully, they didn't get in after us.
9    Q.  And as you entered, were the doors still functioning?
10   A.  Yeah.
11   Q.  Did you see anything broken on the doors?
12   A.  Not yet.
13   Q.  Do you know if anyone from your platoon actually made it
14   into those doors with you?
15   A.  Yeah.  Half of our platoon, half of the officers in our
16   platoon, made it into that hallway.  The other half ended up
17   on the upper deck of the outside of the Capitol.
18   Q.  Who do you remember getting into the tunnel with you?
19   A.  Myself, Lieutenant Hackerman, Sergeant Brian Peeke,
20   Sergeant Joseph Austin, Sergeant Jim Park, and then
21   officers -- Officer Abdi was there, Chad Curtice, David
22   Pitt, Daniel Hodges, Bronson Spooner, Jessie Leasure,
23   Carlton Wilhoit.  There were one or two others.
24   Q.  Was it unusual for a platoon to be split like that with
25   half in the tunnel and half on the upper deck?
```

1    A.   Yeah.   We ceased to have -- since the beginning of this,

2    once we marched in, we had no unit cohesion as a platoon.

3    It was just who I recognized to be part of my platoon.   And

4    I had some of them at points and I had others at others.

5            So yeah.   I've never been -- in 12 years, I've

6    never been on a platoon that was unintentionally split, not

7    divided into squads, "This squad go with Sergeant Peeke;

8    this squad go with Sergeant Park," unintentionally divided

9    in such a manner that you have no knowledge of where anybody

10   else is.

11   Q.   So as a leader, was that a concern for you then?

12   A.   Yes.

13   Q.   Why?

14   A.   I do not have any accountability of my officers.

15           So Lieutenant Hackerman is a good lieutenant.   He

16   had been a lieutenant for a matter of weeks at the point he

17   was promoted.   He had been on a CDU -- on two deployments

18   one other time, and that was the day before.   Our deployment

19   started on January 5th.   That was his first day.   Day 2 was

20   January 6th.

21           I was a sergeant with the same platoon.   I was

22   with it when it was formed in 2017, so I had been on it at

23   that time for five years.   I knew every officer there.   So I

24   had some responsibility above just my seven squad members.

25   Lieutenant Hackerman would do the best he can, but he

1    doesn't know everybody.  I'd know every single one of these

2    people.  When he'd call -- when I'd call out a name, I know

3    who it is.  Or if I see somebody, I know who it is.  So I

4    felt overly responsible for all 25 officers I led into that

5    situation.

6    Q.  So once you and half of your officers made it into that

7    tunnel, did anyone else take on a leadership role at that

8    point?

9    A.  So yeah.  There was a commander.  Ramey Kyle was

10   present.  Yeah.

11        And then there was also an academy sergeant, Paul

12   Riley.  Paul Riley trained me at the academy in use of force

13   and on the range when I was in the police academy 12 years

14   ago.  He is more experienced easily as a sergeant than I am.

15   He did not have a mask on.  I knew exactly who he was.  I'm

16   like:  It's hit the fan.  I am not the most senior person

17   here.  Paul Riley, he is a use-of-force expert on the

18   department.

19        I went up to Riley.  "Riley, what do we do?  Where

20   are we putting our line?"

21        Riley told me, "We're holding right here.  We're

22   holding these doors."

23        I yelled out for 42.  At this point, you just have

24   a ramshackle group of officers.  It's only -- nobody knows

25   each other's names.  There's not a lot of commands.  And

1    going for unit cohesion, I have -- I see a few 42 officers.

2    "42, get in a line."  Spooner, Leasure, Wilhoit, they all

3    get next to me.  We form a shield line inside the door.

4    Q.  So the things that you did to keep people out, we've got

5    you making a shield line at the door.  Did anyone lock the

6    doors?

7    A.  Yeah.  The doors were locked.

8    Q.  Anything else?

9    A.  So from my actions at that time, we assembled a line

10   behind the doors.  The doors were locked.

11          I do not know this for a fact.  I do not know U.S.

12   Capitol procedures.  My understanding from Ramey Kyle

13   speaking to me and telling me what he did is he told the

14   Capitol officer to lock down the doors, which was less than

15   I was hoping for when I have determined that that was the

16   full lockdown that that area was capable of.  But those

17   doors were apparently as secure as U.S. Capitol could make

18   them to my understanding from being told by the commander

19   present.

20   Q.  That was --

21   A.  Ramey Kyle.

22   Q.  Kyle.  Thank you.

23          Did the rioters eventually try to breach that

24   door?

25   A.  Yes.

1    Q.  What do you remember about that initial breach?

2    A.  The first door got breached almost immediately.  The

3    second door held a little bit.  I believe Sergeant Bogner

4    sprayed some OC spray out there.  He tried to get them back

5    with some OC spray out the door.  He closed that door.  I

6    believe that door was then locked.  But then that door came

7    very quickly open and a gentleman came in and gave some sort

8    of speech which was unintelligible or I didn't care to

9    listen to what he was saying.

10              MS. BOND:  Playing Exhibit 232.14, starting at

11   timestamp 14:41:45.

12              (Whereupon, segments of Government's Exhibit No.

13   232.14 were published in open court.)

14   BY MS. BOND:

15   Q.  Where this clip ends here, it looks like there are a lot

16   of bodies pressed together.  Is that right?

17   A.  Yes.

18   Q.  Is that because of where you wear your body cam on your

19   chest?

20   A.  Yes.  So the body camera is worn, like, down by the

21   breastbone.  So you have eye level what I'm actually seeing.

22   And then down by my chest is where the body-worn camera is,

23   about the breastbone.  So about a foot under my eye level is

24   where the body-worn camera sits on an extended clip.  And

25   that's where it hangs, essentially.

1    Q.  What were you experiencing in those moments where we

2    just see body on body?

3    A.  I was pressed in between two unmovable forces,

4    essentially, to the point of incapacitation.  I could not

5    move my arms; I could not move forward; I could not move

6    back.  So pretty much I have a plastic shield in front of

7    me.  My arms are pressed in like this.

8              I have the whole crowd trying to come through the

9    door pressed up against me and I have every officer who was

10   able in the hallway behind me pressing in the opposite

11   direction.  We pretty much just clogged the hallway,

12   shoulder to shoulder.  As long as we stay here, they can't

13   get past us.  That's where we were.

14   Q.  So I want to focus on the time period between 2:40 p.m.

15   and 3:20 p.m.  Were you continuously in that tunnel the

16   whole time during that time period?

17   A.  I believe so.

18   Q.  And in general, how would you describe what was going on

19   during that time period?

20   A.  Essentially what I've just described, of a large crowd

21   trying to push its way in.  MPD is forming a crowd on the

22   opposite side, trying to keep them out.  And just me in the

23   middle.  Sometimes I'm a few officers back; sometimes I'm at

24   the front; sometimes there's a break and we have some

25   distance between me and the crowd.  And, you know, strikes;

1    some other stuff is available.  But in general, I'm pressed

2    somewhere in one of those circumstances.  I'm either in the

3    front or in between some officers getting crushed from

4    either side to the point where, you know, I'm just being

5    moved.

6              I'm not intentionally trying to go to the right of

7    the hallway.  That's just where I'm going.  I'm not

8    intentionally trying to go to the left.  Wherever the crowd

9    surges or is moving in that point, I'm just going along for

10   the ride.  I don't have much ability to do anything.  I've

11   got a shield in front of me.  Both my hands are occupied.  I

12   cannot strike.  I cannot use OC spray.  I can't do pretty

13   much anything.  I'm just in it.  As long as I stay there,

14   they can't move past me.

15   Q.  Did you or any other officers try to give orders to the

16   rioters?

17   A.  To my knowledge, at this point, I did not try to give

18   any verbal orders in this time sequence to people.  To my

19   mind, I felt like we were beyond that.  I wasn't getting any

20   compliance through asking people to leave at that point.

21   Q.  Okay.  I'd like to draw your attention to just a few

22   moments of your body-worn camera footage.

23             MS. BOND:  Moving to Exhibit 232.15, which is

24   timestamped 14:48, please.

25             (Whereupon, segments of Government's Exhibit No.

```
1    232.15 were published in open court.)

2    BY MS. BOND:

3    Q.  Now, did you hear someone yelling "Move back" and "Push"

4    in that clip?

5    A.  Yeah.  I actually believe that's me.

6    Q.  And what were you trying to accomplish in that moment?

7    A.  I was trying to push the crowd back.  During this -- and

8    I go back in the hallway at least one other time, separate

9    from this particular event.  And again, in the sequence of

10   that, I'm frequently -- I recall yelling "MPD, push" as in

11   getting the officers behind me to push forward.

12           MS. BOND:  Moving to Exhibit 232.16 at timestamp

13   14:53:30.

14           (Whereupon, segments of Government's Exhibit No.

15   232.16 were published in open court.)

16   BY MS. BOND:

17   Q.  During this time, between 2:40 and 3:20, did the rioters

18   ever relent?

19   A.  Yeah.  They never relented as far as leaving the

20   hallway.  But there were definitely, like, breathers that

21   both sides took because we couldn't physically take that

22   amount of exertion.

23           So occasionally, the crowd would separate enough

24   from what you just saw where you're standing apart.  I'm not

25   moving forward anymore because I'm burned; and they're not
```

1   coming at me, I assume, for the same reason.  Just --

2   there's only so much physical exertion you can go through in

3   a period of time.

4           So yeah.  That's what you see there.  I'm not

5   trying to advance the line.  I'm not retreating.  But

6   I'm just:  "You're not going to be pushing on me for a few

7   minutes?  I'll take it.  I'm just going to stand here."

8   Q.  Now showing you clip 232.18, which is timestamped

9   15:07:30.

10          (Whereupon, segments of Government's Exhibit No.

11  232.18 were published in open court.)

12          MS. BOND:  Pause it.  Well, maybe go one extra

13  second.

14          (Whereupon, segments of Government's Exhibit No.

15  232.18 were published in open court.)

16  BY MS. BOND:

17  Q.  This individual who's standing right in front of you, do

18  you have any idea who that is?

19  A.  Outside of being a United States Capitol police officer,

20  I don't.

21  Q.  And do you see his hand on the wall in front of you?

22  A.  Yes.

23  Q.  Okay.  So I want to skip over to a new exhibit, but I

24  want to keep in your mind this is timestamp 15:07:41 with

25  that gentleman's hand on the wall.

1           MS. BOND:  If you could pull up Exhibit 301, which

2     has not yet been admitted, and move exactly to timestamp

3     16:47.

4           (Whereupon, segments of Government's Exhibit No.

5     301 were published in open court.)

6           MS. BOND:  Now play for about five seconds there.

7           (Whereupon, segments of Government's Exhibit No.

8     301 were published in open court.)

9           MS. BOND:  Stop.

10    BY MS. BOND:

11    Q.   Sergeant, do you see yourself in that clip?

12    A.   Yes.

13    Q.   And can you -- I believe you can draw on the screen.

14    Can you circle on the screen where you see yourself?

15    A.   This guy right here.  You see the badge over his heart

16    and then that's my right arm.

17    Q.   How do you know that's you?

18    A.   So like I explained, with the hard gear platoons,

19    there's two hard gear platoons present at the Capitol at

20    this point.  This is an MPD officer, the one I circled,

21    wearing an MPD uniform with the outer vest.  He's got a gold

22    badge on and he's got a Taser mounted.  That means he's a

23    sergeant.

24          I wear the same sequence of events.  I'm also

25    left-handed.  That's a small percentage of the population,

1    not a lot of the department.  This person who I believe -- I

2    know it's me -- does not have a gun on his right-hand side,

3    because my gun's on the left.  The Taser is -- at this

4    point, I don't have my Taser, but it's mounted on my chest,

5    a cross-hand draw from the left-hand side.

6            Additionally, he's wearing rapid response.  It's

7    one of only two platoons there wearing this, so he's a

8    sergeant with a rapid response platoon.  Platoon 12, the

9    other CDU rapid response team there, had a full suit over

10   their uniform because they did not get dressed in the

11   street.

12           So this guy's wearing his pads on the outside.

13   He's wearing an MPD uniform.  He's left-handed, a sergeant,

14   Taser.  And he's wearing a ninja glove -- he's wearing a

15   glove that has a forearm protector attached to a leather

16   glove.  We issued that 20 years ago.  I continue to wear it

17   because it's a glove and a forearm protector.  It's not two

18   separate things.  I couldn't wear it after that day, but

19   that day I was wearing it.

20           All those circumstances:  That's definitely me.

21   Q.  So you would say you're pretty confident that's you

22   there?

23   A.  Yeah.

24   Q.  And have you had an opportunity to watch this video that

25   you just identified yourself in?

212

```
1    A.  Yes.

2    Q.  And is that a fair and accurate depiction of what you

3    observed in the tunnel that day?

4    A.  Yes.

5         MS. BOND:  The Government moves to admit Exhibit

6    301 and all of its derivatives.

7         THE COURT:  Seeing no objection, 301 and it's

8    components are admitted.

9         (Whereupon, Government's Exhibit No. 301 was

10   entered into evidence.)

11        MS. BOND:  Now, Mr. Clements, would you be willing

12   to push the video back to 16:45?

13        (Whereupon, segments of Government's Exhibit No.

14   301 were published in open court.)

15        MS. BOND:  Pause it there.

16   BY MS. BOND:

17   Q.  Do you see that individual's hands on the wall there

18   holding the baton?

19   A.  Yes.

20   Q.  Does that moment there at timestamp 16:48 -- does it

21   correspond with what we were just looking at in your body

22   cam at 3:07 with the gentleman's hand on the wall?

23   A.  Yes.

24        MS. BOND:  So I'm going to play until -- from this

25   moment until timestamp 19:02.
```

```
 1               (Whereupon, segments of Government's Exhibit No.
 2     301 were published in open court.)
 3               MS. BOND:  Clear the screen.  Pause it.  Forgive
 4     me.  Go ahead.
 5               (Whereupon, segments of Government's Exhibit No.
 6     301 were published in open court.)
 7               MS. BOND:  Pause it there.
 8     BY MS. BOND:
 9     Q.  Now, before you discuss this --
10               MS. BOND:  If Mr. Clements would be willing to
11     bring up Exhibit No. 301.7, which is a screenshot of that
12     video at timestamp 17:17.
13               MR. LOPEZ:  Your Honor, it's difficult to hear her
14     when she's away from the microphone.
15               MS. BOND:  I'm so sorry.
16               (Whereupon, segments of Government's Exhibit No.
17     301.7 were published in open court.)
18     BY MS. BOND:
19     Q.  So pulling up Exhibit 301.7, it's a screenshot from the
20     same video at timestamp 17:17.  Now let's see if I can
21     circle this.
22               Did you see where I circled right there?
23     A.  Yes.
24     Q.  Do you remember that individual from that day?
25     A.  Yes.
```

1    Q.  And what do you remember about him?

2    A.  So if you watch the video, you'll see at a point there's

3    two shields in between us.  He's got one shield facing me.

4    There's another shield.  I'm not sure who's holding it at

5    that point, it's but oppositely oriented, a shield facing a

6    shield.  So two layers of shields.

7         There comes a point -- again, I described it --

8    where I don't have the ability to hit people at some point,

9    where I'm just there.  My arms are tied up by a shield or

10   whatever it might be.

11        So I do recall at this point I had a

12   back-and-forth with this gentleman.  I don't remember

13   exactly what he was saying.  But the essential was, he was

14   trying to ingratiate himself, negotiate himself to, "Hey,

15   let us pass.  We're on your side.  You're on our side.  You

16   should let us go.  You should let us past you into the

17   Capitol."

18        My only response was:  "F" you.  That's kind of

19   it.  He was saying a few things.  I told him:  "F" you.

20   It's memorable because it's really the only time I lost my

21   temper verbally with the crowd where I wasn't trying to,

22   like, "Hey, sir, I'm not letting you past.  Get back."  It

23   wasn't reasoned.  It was just me yelling "F" words at this

24   gentleman.

25        Part of that whole interaction was during the

1    shield pressing, this guy was using his arm to come around

2    the shields.  Again, we did not have a lot of ability to

3    stop, use our arms, strike the crowd.  And he was clawing at

4    the face of the Capitol officer who was in front of me.  I

5    told that Capitol officer, "If he brings his hand around

6    again, I'm going to break it."

7    Q.  Now, the face that he was clawing at, was that the same

8    individual who had his arm up at 3:07?

9    A.  It was the Capitol officer in front of me.  Yes.

10   Q.  Thank you.

11         Pulling up exhibit -- before I move on, do you

12   remember anything else about what this individual was saying

13   that day?

14   A.  Saying?  No.

15   Q.  Anything else about what he was doing that day?

16   A.  No.

17         MS. BOND:  So pulling up Exhibit 441.  And would

18   you be willing to start it at exactly six seconds?

19         (Whereupon, segments of Government's Exhibit No.

20   414 were published in open court.)

21         MS. BOND:  I've been corrected.  It's Exhibit 414.

22         (Whereupon, segments of Government's Exhibit

23   No. 414 were published in open court.)

24         MS. BOND:  Stop it right there.  Go back to six

25   seconds.

```
 1    BY MS. BOND:
 2    Q.  Sergeant, do you see yourself in that clip?
 3    A.  Yes.
 4    Q.  And have you watched the entirety of this video?
 5    A.  I believe at points I have watched the entirety of this
 6    video.
 7    Q.  And is -- does this video overlap with the same time
 8    period in the tunnel where you were there?
 9    A.  Yes.  Not the same moment, but approximately the same
10    time period of the first time I was in the tunnel.
11    Q.  And is it a -- is the video a fair and accurate
12    depiction of what you experienced while you were in the
13    tunnel that day?
14    A.  Yes.
15              MS. BOND:  The Government moves to admit Exhibit
16    414 and all of its derivatives.
17              THE COURT:  Without objection, 414 and its
18    components are in.
19              (Whereupon, Government's Exhibit No. 414 was
20    entered into evidence.)
21              THE COURT:  Why don't we take about a ten-minute
22    break.
23              Sergeant, I'll ask you not to discuss the contents
24    of your testimony with anyone over the break.
25              THE WITNESS:  Yes, sir.
```

```
 1                    (Thereupon a recess was taken, after which the

 2          following proceedings were had:)

 3                    THE COURT:  Ms. Bond, you may resume.

 4                    Sergeant, I'll remind you you're still under oath.

 5                    THE WITNESS:  Yes, sir.

 6                    MS. BOND:  Thank you.

 7                    At this point, I would like to play in full

 8          Exhibit 414, which is a six-minute video.

 9                    (Whereupon, Government's Exhibit No. 414 was

10          published in open court.)

11          BY MS. BOND:

12          Q.  So was that exhibit recorded between approximately 3:02

13          and 3:08 p.m.?

14          A.  Yes.

15          Q.  And other than what we've just seen in that video, do

16          you have specific -- any specific recollections about those

17          minutes?

18          A.  Really, just what you're seeing in the video.  In the

19          video, I'm in -- as from the video's perspective, I'm in the

20          left-hand side of the screen against the wall.  So pretty

21          much what you see:  Pushing, pulling, getting a lot of push

22          on.  I remember Sergeant Park deploying his Taser to my left

23          during this whole event, which you see on the video.  But

24          pretty much, there's nothing I haven't described already in

25          the course of what's going on in the hallway over this
```

1    period of time.

2    Q.   Okay.  Moving forward, then, to approximately 3:11 to

3    3:12 p.m., I'd like to pull your body-worn camera back up to

4    Exhibit 233.1, which is going to be at timestamp 15:11:42.

5    As it is played, I'll ask you to listen in particular.

6               (Whereupon, segments of Government's Exhibit No.

7    233.1 were published in open court.)

8    BY MS. BOND:

9    Q.   At approximately 15:12:15, did you hear someone scream?

10   A.   Yes.  So it's difficult in this recording.  But I

11   believe this is the recording of Daniel Hodges screaming

12   "Help" during what's going on in the videos.

13   Q.   Now, when you say you believe that, why do you believe

14   that?

15   A.   So I do not recall at the time hearing Daniel Hodges

16   scream for help.  There was a lot going on, a lot of people

17   screaming.  In the time since when I've reviewed the

18   videos -- I know Daniel Hodges, have known him for five

19   years.  I know what he sounds like.  And then adding to the

20   additional fact is I know from video recordings of what

21   happened to him there.  That is how I know this point in

22   time to being where Daniel Hodges was screaming for help.

23               Yeah.  I don't have anything more precise for it,

24   but I didn't recognize it at the time.  And then when I was

25   provided a good recording with -- you know, I can tell that

1    Daniel Hodges is screaming for help in a video recorded on

2    my chest.

3    Q.  So based on your knowledge of him and the knowledge of

4    this video, is it your belief that around that timestamp,

5    3:12:15, is when you hear Officer Hodges screaming?

6    A.  That's my belief.

7    Q.  Moving on to approximately 3:18, did there come a time

8    when law enforcement was finally able to push that first

9    wave out of the tunnel?

10   A.  Yes.

11   Q.  Okay.  So describe to me how that happened.

12   A.  So pretty much just by momentum.  We got enough officers

13   behind us to push out; and at some point, the crowd had

14   eased enough that the way I measured the tunnel of what it

15   was, you have the initial entry point; then you have a first

16   set of double doors; then you have a second set of double

17   doors; and then you have a metal detector after the second

18   set of double doors on the way in, and you have access to

19   all avenues of the United States Capitol after that.

20          The last stand is the metal detector.  If you see

21   us by the metal detector, it's gone almost wrong.  We barely

22   have any room left to push back.

23          And at some point during this, we do manage to get

24   the line pushed all the way back up to the entry of the

25   hallway.

```
 1              Going outside the hallway quickly becomes
 2     problematic.  The entire outside of where I came in has
 3     been -- above, around, all of it is now owned by the
 4     rioters.  If an officer goes out there, he is now covered
 5     from every angle except for directly behind him by someone
 6     else who may want to hurt him.
 7              So my perspective was, I'm not going past that
 8     threshold.  And I feel that almost all of the officers who
 9     came to that threshold made the same determination.  We were
10     coming about four or five -- a shoulder up to that
11     threshold.  And we did not cross it.  We held there.  And we
12     held that for as long as we could until we got pushed back,
13     pushed forward, and on and on for two hours.
14     Q.  And that threshold that is behind you is the covered
15     portion of the tunnel and in front of you is the open plaza?
16     A.  Correct.
17              MS. BOND:  So playing Exhibit 232.2, which is
18     timestamped 15:18:19.  I'm sorry.  It's 233.2.  I'm so
19     sorry.
20              (Whereupon, segments of Government's Exhibit No.
21     233.2 were published in open court.)
22     BY MS. BOND:
23     Q.  So is this one of those moments where you were able to
24     the rioters back to --
25     A.  Yes.  So in the video itself, you can see it's a
```

Mastony - DIRECT - By Ms. Bond

1   prefabricated railing, like a construction railing that's

2   been put up and attached to a plywood box on the corner of

3   the hallway.  So I assume -- I've never been in the hallway

4   except for this configuration, but I assume in general it

5   does not have hand railings and this railing was added.

6           Anyway, as you can see, that railing only exists

7   at the threshold as you go from the covered portion of it

8   outside.  The first set of double doors, it allows you into

9   the interior.  So you're outside in like a breezeway, still

10  covered.  Then you're in the open plaza.  And right before

11  you're in the open plaza, you have that railing you see in

12  my video.  I'm on the left-hand side of the hallway exiting.

13  You see the railing attached to plywood.  So that's where

14  this is going on currently or in that video.

15  Q.  And after that push at 3:18 p.m., did you learn shortly

16  thereafter that an officer had been dragged out into the

17  crowd?

18  A.  So I never at that point -- I never knew how the officer

19  who came to be presented to me got in the condition he was.

20  Q.  Okay.

21  A.  Captain Bagshaw was standing next to me.  He started

22  saying, "Officer down."  I looked down and I had an officer

23  just with a helmet on lying on his face in front of my feet.

24  Q.  Do you recognize the officer?

25  A.  I did not know the officer at the time.  So I just knew

1    he was an MPD officer who was lying face down on the ground

2    in front of me.

3    Q.  So what did you do when you saw the officer in front of

4    you?

5    A.  I picked him up by the -- his vest.  So our vest has,

6    you know, two armholes.  I picked him up by the straps of

7    the vest, lifted up his torso.  And I don't know why --

8    again, hindsight is 20/20 -- I started screaming behind me,

9    "Pull me, pull me, pull me," because everybody -- as the

10   circumstances have played out, all our pressure is going

11   forward out of the tunnel.  So me trying to push backwards

12   is not a successful thing.  And the only thing in my mind at

13   the time to alert them that I needed to get back was to say,

14   "Somebody grab me and pull me" so I can get this guy out of

15   here, because otherwise I'm just trying to push back against

16   them and they don't know why.  They can't see I'm holding an

17   officer.

18            So that's what the circumstance is of me lifting

19   up Fanone, me yelling back, "Pull me."

20            Eventually, an ERT officer who I don't know, who

21   was a much larger man than I, threw one arm around

22   everybody, grabbed who later came to be known as Michael

23   Fanone, grabbed him and helped me spin him around.  I got

24   his legs and the ERT officer pulled him out and I came out

25   behind him.

1              MS. BOND:  So playing Exhibit 233.3, which is

2       timestamped 15:20:28.

3              (Whereupon, segments of Government's Exhibit No.

4       233.3 were published in open court.)

5       BY MS. BOND:

6       Q.  So in addition to pulling Officer Fanone out, did you do

7       anything else to assist him?

8       A.  Sorry.  So I had planned to.  But yeah.  So I took off

9       my helmet to try to get him.  But an officer very shortly

10      came up, like identified himself as his partner, and I went

11      back to doing other things.  The officer's with him.  Okay.

12      That's handled.  Back to the door.

13      Q.  And so did you go back into the tunnel at that point?

14      A.  I'm not sure if I went back at that point.  I spent a

15      little time -- again, I don't know where my body camera

16      picks up and leaves off -- searching for my helmet, finding

17      the wrong helmet, searching again for my helmet, finding the

18      wrong helmet, trying to account for some officers.  And then

19      I don't know if I went right back in then, then came out.

20             So yeah.  I don't recall.  I did go back in after

21      this point.  But whether I went right back in, I don't

22      remember.

23      Q.  About how long did you spend in the tunnel that day?

24      A.  Probably total, maybe an hour and a half.  So I was not

25      in there the entire span of time from coming through the

1    door at 2:40-ish to us breaking out at 5:00.  I took at

2    least one break.  And then I did not return after I think my

3    second or third break for when the officers actually broke

4    out of the tunnel.

5    Q.  Even though you took breaks, were you still there as

6    late as 4:25 p.m.?

7    A.  Yeah.  I think, like, the last time I came out was 4:25.

8    But we didn't -- MPD did not push out of the tunnel until

9    about 5:00.  So by the time of the final pushout, I'm

10   somewhere else in the Capitol trying to gather my platoon

11   up.

12   Q.  Okay.

13   A.  So I'm no longer in the hallway at that point.

14   Q.  So --

15   A.  If my video records the 4:25, that was the last time I

16   was in the hallway.

17   Q.  During the time periods in which you were in there, did

18   rioters ever push back into the tunnel?

19   A.  Yes.  So there were more heave-hos.  There were more

20   times when we were all the way back to the metal detectors.

21   That was not -- the sequence you saw with Mike Fanone, that

22   was not the last time we were fighting in that tunnel.  We

23   managed to get them all the way out and then they got all

24   the way back in at points, all the way back to the metal

25   detectors.

1    Q.  And so would it be accurate to say the clips that we've

2    witnessed between about 2:40 and 3:20, similar things were

3    happening through that whole time period until 4:25?

4    A.  Yeah.  And then to my knowledge, after that.  But just

5    to my personal knowledge of the present, to 4:25.

6    Q.  What made you decide to ultimately leave the tunnel that

7    day?

8    A.  One:  I was completely exhausted.  But everyone was

9    exhausted.  So to that point, I didn't use any kind of

10   excuse.

11          Two:  You know, my helmet was gone at that point.

12   I had -- didn't have my helmet.  I had already taken one

13   pretty good shot with a crutch across the head.

14   Self-preservation was kind of winning out at this point.

15          And then, too, I took the out.  I did not know

16   where my platoon was, and I was probably the person most

17   capable of the command officials in that platoon to know who

18   everybody was and to find everybody to make sure we have

19   everybody accounted for.  So any number of those reasons I

20   used to justify it.  But really, I was burned and I couldn't

21   go back in.

22   Q.  You defended the tunnel for a long time that day.  Did

23   you know while you were in there that other entrances had

24   been breached?

25   A.  No.  I thought we held the Capitol.  I did not find out

1    until later that we did not.

2    Q.  So what was your belief those entire two-plus hours you

3    were in that tunnel?

4    A.  That this was the penetration point, that they were

5    trying to get through this door.  This was my work:  this

6    door.  Like, if I hold this door, then no one's getting in

7    the Capitol.  But at that point, that was all I had.  Like:

8    They're out there.  I'm in here.  As long as I'm here,

9    they're not going to be inside.

10          So I found out later that they did get inside.

11   They did delay the thing.  And I was not pleased for myself

12   or for the events.

13   Q.  When you say not pleased for yourself, what do you mean

14   by that?

15   A.  I viewed it as a failure.  I could not -- it's on our --

16   like, we can't give up that building.  Like, that's not a

17   thing.

18          But, you know, they got in.  They stopped the

19   congressional hearing.

20          And then again, selfishly, by them stopping it, at

21   that point I did not know it was going to continue.  I

22   thought when they told me that they stopped, that Congress

23   is gone, I'm like:  It's just going to happen again tomorrow

24   when they decide, "We're going to do it again" and I'm going

25   to be back in the line tomorrow with, you know, reduced

1    however many officers are left trying to do the same thing.

2    So it was kind of just a low point.

3    Q.  Do you know what time, approximately, officers regained

4    control of that tunnel?

5    A.  To my understanding, about 5:00 is when Virginia State

6    Police came in and gave us the manpower necessary to push

7    out of the tunnel that it was secured.  That entrance was

8    not threatened again.

9    Q.  And once things had calmed down and you were able to

10   take a step back, what did you do at that point?

11   A.  I wandered off the Capitol looking for two lost

12   officers.  So I just wandered about, looking.  Like:  "Are

13   you 4D?  Are you 4D?  Are you 4D?"  Like the district.

14           So I had collected a majority of my platoon in the

15   Capitol Crypt.  We were all there, injured or not.  "Okay.

16   You guys are here."  And there was two people I couldn't

17   find.  So I spent until probably like 8:00 that night just

18   wandering around looking for -- wherever I could find MPD, I

19   was, like, trying to find these two particular officers.

20   Q.  Did you eventually find them?

21   A.  Yeah.

22   Q.  About what time did you find them?

23   A.  Sometime well after dark.  Well, I didn't find them.

24   They returned to the rally point of -- somebody else, you

25   know.  They managed to get in.

1    So by the time I got back to everybody else in the

2    Crypt, those two officers had appeared and I had all my

3    officers.  Nobody was at the hospital.  Everybody was at the

4    Capitol.

5    And then we started figuring out who is injured,

6    who is injured that they have to go, who is injured that

7    they can stay, who is injured that they can't come back

8    tomorrow and then doing all the necessary paperwork that

9    involves the amount of use of force we had and the

10   notifications for the injuries and all that clerical stuff

11   that is covered and, you know, the stuff we went through on

12   how to make all the notifications.  So I was doing that

13   until 1:00 a.m. that night.

14   Q.  So were you yourself injured during the course of the

15   day?

16   A.  I did not report injury.  I was bruised, abrased.  I was

17   covered in chemical munitions.  My body was on fire for the

18   next few days.  Face, legs, arms, pretty much anything that

19   wasn't covered by my bulletproof vest was just soaked

20   through.

21   The thing I talked about earlier with us wearing a

22   body suit, because we didn't -- because we got dressed in

23   the street, I did not put that body suit on.  And all the

24   chemical munitions that were used came through my duty

25   uniform.  So all that stuff was on my skin.  Yes.  So eyes.

1    I couldn't wear contacts for a week.  I had -- when I did

2    put them in, I had to use rubber gloves.  It was, like,

3    oil-based.  It was in my hands.  It was everywhere.

4            And then on top of that, I did not -- I had no

5    symptoms according to Google consistent with a concussion,

6    so I did not report a head injury.  I had one big bruise

7    down the front of my head from the guy hitting me in the

8    head with a crutch.  My arms were all bruised up from the

9    push and pull of the tunnel.  But I did not report injury to

10   it.  I did not receive medical treatment for injuries

11   sustained at the Capitol.

12   Q.  Do you know if any of your officers were injured?

13   A.  Yes.

14   Q.  Approximately how many?

15   A.  I believe I completed 14 injury -- 14 injury reports --

16   we call them PD-42s -- for officers.

17   Q.  That was out of 25 you had with you that day?

18   A.  Yes.  That included the officials.  So two of the

19   sergeants were down.  And I believe -- it might have been

20   15, but yeah.  So it was between 11 and 13.  So

21   approximately 14 to 15 injured officers out of 29, 30

22   present.  One lieutenant, four sergeants, five -- yeah.  So

23   of 30 people, 14 to 15 injured.  So about 50 percent were

24   out the next day.

25   Q.  What time did you get out of there that night?

1    A.  1:00 a.m.

2    Q.  And what would your duty schedule have been?

3    A.  We worked -- I'm not sure if we were on tens.  So it

4    was -- I -- yes.  I think we were on a ten-hour tour.  So it

5    would have been 5:00 to 3:00 in the afternoon or 6:00 to

6    4:00, depending on what my start time was.

7    Q.  And other than feeling the burning sensation on your

8    skin, did you have any other lingering effects from that

9    day?

10   A.  No -- yeah.  I -- just to be clear, I don't have -- I

11   had lingering effects from that that lasted a few days.  But

12   I do not have permanent injury based on the United States

13   Capitol.

14   Q.  And the next day, how many of your men were in a

15   position to report to work?

16   A.  I think I had 12 police officers -- I had 12 officers,

17   the lieutenant, me and another sergeant.  So that's --

18   Q.  And should you have had 28?

19   A.  Yeah.  We should have had the whole platoon if we did

20   not go through what we did.  But yeah.  The next day, we

21   reported in with about half strength.

22            MS. BOND:  Thank you.  No further questions.

23            THE COURT:  Sergeant, that was very compelling

24   testimony.

25            Why did this happen?  Why do you feel like kind of

1    for the first time in MPD history a line broke?

2              THE WITNESS:  I --

3              THE COURT:  How did this happen?

4              THE WITNESS:  So again, if you're asking for

5    opinion, I don't have like an official statement for the

6    department.

7              THE COURT:  I'm asking you.

8              THE WITNESS:  So I think we prepared to the level

9    we could.  We had -- it was a full departmental activation.

10   Everybody on MPD was at work.

11             To the point on January 6th, the demonstrations we

12   had worked, it referenced to that political leaning, not so

13   much the antifa and the FTP of the other side of protests we

14   worked.  The problems that we had on, you know, Proud Boys

15   or other associated marches that were supportive of that

16   wing of political view were -- they would come peaceably

17   during the day.  They would walk around.  They would do how

18   the day started.  Nothing surprising.  "Back the Blue, thank

19   you for being out here, we love you," all this stuff, all

20   day long.

21             Night falls.  They wander.  They form into bands.

22   They get melee weapons and go fight the left

23   political-leaning groups that were in the city.  And then we

24   spent our days, our night, just in between the two.

25             So I think our MPD deployment was fine.  Like we

1    were scheduled to ramp up when the sun went down, just like

2    everything over the last six months had taught us to do.

3    This is what they do.  This is going to get violent tonight.

4    So we were scheduled and things.

5           We just happened to be a platoon that was put out

6    without armor and stuff on high visibility to wave at the

7    crowd like everyone expected:  Hey, the police are here, but

8    we're not going to do anything.  We're just going to be

9    here, be present.

10          And the group that was broken up was focused on

11   one thing.  They were not focused on -- you know, I've been

12   on protests before where they get into arguments with each

13   other:  "Let's go to the Department of Labor."  "No.  Let's

14   go to the Federal Reserve."  "Let's go here."  And the

15   groups go in two different directions and then they have

16   half the people protesting.

17          This had thousands of people focused on one target

18   point.  And it was not a sustainable place to hold.  We

19   could not secure the Capitol Building.  It was too big, too

20   unsecurable for the manpower we had to stop what was coming

21   at us that did not have hardly infrastructure for security

22   and we did not have the ability to ramp up our response to

23   the level.

24          In my view, the only thing that could have stopped

25   that crowd short of an impenetrable fence around the Capitol

1    that day would have been a massive collection of ordnance of

2    CS gas where, if we had deployed enough CS gas all at once,

3    those people would have gone home.  Short of that, we were

4    just Band-Aiding it until the line finally broke.

5              THE COURT:  Mr. Urso?

6              MR. URSO:  Thank you.

7                          CROSS-EXAMINATION

8    BY MR. URSO:

9    Q.  Good afternoon, Sergeant Mastony.

10   A.  Good afternoon.

11   Q.  Just following up on the judge's question, you said you

12   had -- you were fully deployed.  The department was fully

13   deployed?

14   A.  Yes, sir.

15   Q.  So -- but didn't you testify earlier that you were not

16   issued munitions?

17   A.  We were not.

18   Q.  And you had been issued munitions back, like, in the

19   George Floyd protests, I think you said, and -- well, at

20   least you said the Trump inauguration?

21   A.  Right.  On other occasions we have been issued munition.

22   We were not issued munition for January 6th.

23   Q.  And certainly that would have helped, if you all had

24   munitions.  Right?

25   A.  It would have.

1    Q.  Do you know who made that decision?

2    A.  No.

3    Q.  And you said -- just now, you were just opining what you

4    think could have stopped it.  CS, you said?  CS gas?

5    A.  In my view, from my perspective, based off the size and

6    violence of that crowd, you had two solutions:  either a

7    hardened structure that was not physically possible for

8    anybody to get in or enough, you know, crowd-dispersal OC

9    spray or CS gas to disperse a crowd in the size of

10   thousands.

11   Q.  How about if the National Guard were deployed?

12   A.  So I have never been on a CDU deployment where National

13   Guard has been deployed in a manner that I feel could have

14   dispersed what it is.  The National Guard in Washington,

15   D.C., that I have handled, like, deploys on a much smaller

16   scale.

17          I think it would have helped.  I'm not sure

18   that -- I'm not sure how much military force it would have

19   taken to stop that amount of people and what level of force

20   those people would have been authorized or willing to use

21   or their training.  I shouldn't really speak on the National

22   Guard.  I don't know much about that.

23   Q.  Do you think -- how long would it take to put the fence

24   around the Capitol like they did afterwards?

25   A.  Well, so again, I'm just -- you're outside my realm of

1    expertise.  But you would have to find the contractor, find

2    the people to assemble it, have access to the fence.

3              So the White House area at this time was fenced

4    out -- was completely fenced with non-scalable fencing.  But

5    I don't know how much of that is available, if the

6    contract's available to put it up, what kind of legwork it

7    is to get that to happen.  There seem to be a lot of

8    elements in the way to doing that.

9              And then I've been using this analogy a lot in the

10   last years:  We don't have the event to start it at that

11   point.  No one has -- I would think if you had tried to say,

12   "We need to put unscalable fencing around the Capitol" prior

13   to this happening, someone would tell you no, because it's

14   never happened, whereas afterwards the horse has already

15   escaped the barn.  Let's lock the barn door now.

16   Q.  Hindsight is 20/20.  Yeah.

17   A.  Yeah.  You're going outside of my ability to say actual

18   things I know.  But that's what I feel about it.

19   Q.  Thank you.

20             You testified earlier that at some point -- at the

21   time, you didn't realize that there had already been

22   breaches all over the different parts of the Capitol as you

23   were battling and that you said they stopped the

24   certification.

25             Do you know -- did you come to find out around

1   what time that certification process was stopped?

2   A.  I don't know what time it was stopped.  I knew when I

3   found out that it was stopped, and I had no information to

4   believe it would be restarted.

5   Q.  You haven't found out since when it was stopped?

6   A.  I don't know, no, the exact time.

7   Q.  You testified a little bit about shields.  It's

8   Exhibit -- is it 801, that shield?  It's 801.  You felt

9   Exhibit 801.  Did that feel a little heavier than the shield

10  you were carrying on January 6th, 2021?

11  A.  I would say it feels approximately the same weight.

12  It's the same --

13  Q.  Style?

14  A.  Style.  I don't know, you know, specifically if there's

15  a different grade of plastic or anything that felt -- when I

16  picked that up, I did not say, "Oh, this is heavier" or,

17  "Oh, this is lighter."  I would say that that is

18  approximately -- while not being the exact shield, that is

19  the same shield in almost all noticeable aspects to the one

20  I had on January 6th.

21  Q.  And you train -- as part of being in the CDU, you train

22  using shields?

23  A.  Yes.

24  Q.  Is it fair to say shields are defensive weapons,

25  defensive implements?

1    A.  I would say we deploy them to hold an area.  We do not

2    deploy them with the idea that we are going to go

3    offensively and attack or in to disperse a crowd with

4    shields.  If we were going to do a shield line, we are doing

5    it to protect the guy behind the shield and we're trying to

6    hold ground.  I would not -- if I wanted to take ground

7    away, I would not take one of those shields particularly

8    with me.

9    Q.  Unlike, say, a baton, this is not designed to cause

10   injury to another party, correct, a shield?

11   A.  So we do learn shield strikes in the training where you

12   use a shield like this (indicating).  And on this particular

13   day, I did --

14   Q.  I'm sorry.  You mean -- you're motioning forward.

15   A.  To strike with a shield.  The shield I was holding in

16   the manner which we are trained to hold it with our forearm,

17   extend it, our forearm extended through it through a loop

18   and holding the handle.  And we are trained to physically

19   move ourselves forward and use it to push people or strike

20   people out of the way.

21            And then on this day, I did use it in non-training

22   manner by using the blunt end to strike people because, once

23   you're holding a shield, you no longer have access to do

24   anything else or hit people.  And I used it in the --

25   Q.  What do you mean, the blunt end?  You used the edge of

1    the shield?

2    A.   Yeah.  I used the edge, the bottom edge of the shield to

3    strike at least one person.

4    Q.   Is that part of your training or that was just

5    self-preservation?

6    A.   That was what had to be done at that moment.  The use of

7    force continued -- had escalated to the point where if I

8    don't stop this guy assaulting an officer in front of me,

9    something very bad is going to happen to the point of

10   nearing the force being authorized.  So I decided to hit

11   that man -- or hit the person assaulting that officer with

12   the blunt end -- with the edge of the shield.

13   Q.   Would you agree you were improvising and that's not

14   anything you're trained to do?

15   A.   Yeah.  That is correct.  I was not trained to strike

16   people in that manner with a shield.

17   Q.   We watched a lot of the video.  Before you made it up

18   that narrow stairwell up to the second level, we watched a

19   lot of video of you trying to hold the line, you guys

20   holding the line and things like that.  I don't think you

21   described where exactly that was.  I know that was the west

22   side of the building.  But is it fair to say that was sort

23   of on the northern half of the building?

24   A.   So it was definitely on the west side of the building,

25   like the west side proper.  If I was standing on it today, I

1    don't think anybody could confuse me for being on the north

2    side.

3            On the west side, if you draw, you know, four

4    lines or two lines through the Capitol and you put it in a

5    quadrant, it's definitely in the north side of the west

6    area.

7    Q.   Right.  Yeah.

8    A.   So yeah.

9    Q.   Heading towards Constitution Avenue, that half of the

10   building?

11   A.   Correct.

12   Q.   Okay.  And when you got to the west -- inside of the

13   lower west terrace tunnel where we watched -- I'm not sure

14   of the exhibits.  We watched you from the inside.  That's

15   where you identified you heard Officer Hodges screaming.

16   When you got there -- and you got through the inside of the

17   building.  Correct?

18   A.   Yes.  So I entered -- the door that was being contested,

19   that's how I went through.

20   Q.   Oh, you did?

21   A.   I walked in from the outside on the west side.  I walked

22   up that -- the narrow stairwell up to the upper raised

23   platform, that some sort of temporary platform, and then I

24   walked in from the outside.

25   Q.   You're saying the same direction the protesters were

1   coming?

2   A.  Yes.  Then I turned around to face the protesters.

3   Q.  Were there any protesters when you walked in in the

4   tunnel?

5   A.  When I walked in, I don't recall seeing any civilians or

6   non-law enforcement personnel as I came through the tunnel

7   itself.  There were civilians and protesters on the upper

8   deck with me as I entered the tunnel.  But I don't recall in

9   my initial entry seeing any of the protesters.

10  Q.  Okay.

11          MR. URSO:  Can we play 101.1, please.  Maybe

12  advance it a couple minutes.

13          (Whereupon, segments of Government's Exhibit No.

14  101.1 were published in open court.)

15          MR. URSO:  That's good right there.

16  BY MR. URSO:

17  Q.  Now, if you could look at that, Sergeant.  Do you

18  know -- is that what it looked like when you walked in?

19  Were there other officers going in with you or were you

20  alone?

21  A.  Yes.  There was more officers behind this line.  I

22  assume it's early after the line is broken that this is

23  happening.  So I'm one of the last ones, not the last one,

24  but one of the last ones coming in this direction through

25  this door.

```
 1                    MR. URSO:  Keep playing.
 2                    (Whereupon, segments of Government's Exhibit No.
 3         101.1 were published in open court.)
 4         BY MR. URSO:
 5         Q.  And there's about -- there's a couple or three dozen
 6         cops, basically, police officers in that continuing video.
 7         Right?
 8         A.  Yes.
 9         Q.  And they're heading in.  Do you think you're going to
10         be -- show up in this video?
11         A.  Not for a few minutes.  I see a sergeant I helped up the
12         stairs when I'm coming in and he's still down on the deck
13         here.
14         Q.  Do you know why at this point the officers were
15         retreating into the building through that doorway?
16         A.  To my knowledge, officers were getting two directions to
17         move.  There was a contingent of MPD on the southwest corner
18         of the platform above this one where they were and then
19         members were also coming through this door here, so pretty
20         much where I come up in this video in a few minutes.
21                    An officer standing on that deck at that time has
22         two decisions:  He can either go up to the southwest on a
23         platform above or he can walk in through this doorway here.
24         And so I come in in the next probably two minutes, probably
25         around 2:40, and walk in through this door.
```

1   Q.  And was there any reason why officers wouldn't just stay

2   outside so that no people got even close to that tunnel?

3   A.  In my view from -- again, I think I'm in the foreground

4   of this video -- I'm setting up a line on the stairwell.

5   That is when I think that stairwell is the only entry point

6   to the deck I'm on.

7   Q.  You mean up where you can't really see you?  Is that

8   right?

9   A.  So up by the timestamp.

10  Q.  On the left there, you're there?

11  A.  There's a guy with a yellow jacket.  I'm behind him on

12  the top of that stair attempting to hold that stairwell.

13  After the fact or soonly after this, I realized that there

14  is a stairwell the same behind me that is unsecured, that

15  there are protesters on the level above this all around me

16  in a ring above me and that they're coming in off this

17  amphitheater-style seating that this Capitol officer is

18  hitting with pellets.  And then there's more coming in from

19  the deck level around the amphitheater seating on both ends.

20  And so in a few minutes, I'm going to realize this and get

21  inside.

22          But yeah.  I don't --

23  Q.  That's you up on the top left?  You're in that group of

24  officers?

25  A.  Yes.  But if you ask me why I think we went in here to

1    hold this, it's because there's thousands of them, less of

2    us.  And this -- in a best-case scenario, you need four

3    officers a side to hold.  Everything else, you would need a

4    line to the similar extent of what had just failed.

5    Q.  So it was a little bit more -- it was a more defensible

6    area in that tunnel?

7    A.  Yeah.  It's a choke point.  So you have a large crowd

8    outside, and a small group of officers can hold off that

9    longer than outside --

10   Q.  Now --

11   A.  -- in addition to the safety of not having people behind

12   and above you.

13   Q.  Do you see you coming in here at the end?

14   A.  So I think I either just went in or -- depending on who

15   these officers coming up the stairs are.  Yes.  So this is

16   Gavin Nelson.  He's the guy who can't see.  And then I'm

17   standing right behind him.  You see me turn around.  And now

18   I'm walking in, right now.  And then I'm about to come out

19   of frame.  Then I'm out of frame.

20            MR. URSO:  That's good.  Thank you.

21   BY MR. URSO:

22   Q.  Did you -- now, you've seen a lot of different videos

23   since January 6th -- of the events in the tunnel since

24   January 6th, 2021.  Right?

25   A.  Yes.

1    Q.  Do you recall as you sit here today seeing with your own

2    eyes when you were in that tunnel Mr. McCaughey, Patrick

3    McCaughey?

4    A.  So if I was sitting in this room right now and you asked

5    me, "Can you recognize that as the Defendant," I'm going to

6    say he looks similar, but I cannot say that it's him.  It's

7    been a year and a half.

8    Q.  But do you remember -- did you see him yourself in --

9    while you were in that tunnel?

10   A.  I described a person who I saw.  I do not know by face

11   who Patrick McCaughey is.  I described a man I had an

12   interaction with in a video that I remember.

13   Q.  But you didn't have any interaction with him, did you?

14   A.  I don't know who Patrick McCaughey is by face a year and

15   a half later.

16   Q.  All right.  To your knowledge, were any of these

17   Defendants in the tunnel after 3:20 p.m. on January 6th,

18   2021?

19   A.  I don't know any of the Defendants by face or name.

20              MR. URSO:  Thank you, Officer.  Thank you, sir.

21              THE WITNESS:  Yes, sir.

22              THE COURT:  Thank you, Mr. Urso.

23              Ms. Cobb?

24                        CROSS-EXAMINATION

25

1    BY MS. COBB:

2    Q.  Good afternoon.

3    A.  Good afternoon, ma'am.

4    Q.  I just have a few questions for you.

5    A.  Certainly.

6    Q.  I want to talk specifically about your time in the

7    tunnel.  I know that you testified you only had your small

8    OC spray.  So a single-use type of thing.  Right?

9    A.  Multiple uses, but it's meant to be used on one person,

10   not a crowd.

11   Q.  Based on your recollection, though, is it true that

12   there were other officers in the tunnel who were spraying

13   towards the crowd, maybe from behind you or next to you, but

14   who were spraying sort of out towards the daylight?

15   A.  Yes.  Not many, but some officers did have larger OC

16   deploying devices than I did.

17   Q.  We watched a video just now.  And I'm not going to

18   expect you to remember the number, but it was Exhibit 414.

19   It was one of the longer citizen-filmed videos we watched.

20         And in that video, everything's getting sort of

21   misty.  It looks like there's some spray being sprayed and

22   we heard a few chants of "Shield wall" coming from the

23   crowd.

24         And I want to ask you, at the time -- and maybe

25   even now watching the video -- is it your perception that

1    the shield wall, would you agree that that was in response

2    to the spray and possibly meant to try to block the spray

3    that was coming from the officers?

4    A.  I would say it's in any way possible.  I would say that

5    if that is the case -- again, I don't know it to be -- but

6    if that's the case, it did not get used effectively to do

7    that.  But I don't know.

8            Yes, but it is possible that a shield wall would

9    be used to stop someone from spraying you.

10   Q.  Or to sort of block the spray that's coming towards you?

11   A.  Yes.  That is -- a shield is meant to block things.  So

12   I would say it is possible that a shield will be utilized

13   for that purpose.

14   Q.  The people in the crowd who were in the tunnel who had

15   shields, I think you already testified that it sort of

16   became a back-and-forth between the officers' shields and

17   the shields that the members of the crowd had.

18   A.  Uh-huh.

19   Q.  Is that a fair statement?

20   A.  Yes.

21   Q.  Okay.  And that it was sort of -- just one side would

22   take a few steps forward and maybe take a few steps back

23   depending on who had the higher amount of pressure in that

24   moment?

25   A.  Yeah.  There were moves of momentum going.  But we were

1   actively pushing to get them out and they were actively

2   pushing to get them in.  It wasn't like we were just, "Oh,

3   we've got some space and now we'll move up."

4           Like, we were shield to shield and we were

5   essentially in a battering ram like -- I think the video

6   speaks for itself -- of they're pushing in.  We're pushing

7   out.  They're pushing in.  And whoever has the most muscle

8   at that point makes the most progress.

9   Q.  Understood.

10          MS. COBB:  Thank you.  Those are all my questions.

11          THE COURT:  Thank you, Ms. Cobb.

12          Mr. Shipley?

13                     CROSS-EXAMINATION

14  BY MR. SHIPLEY:

15  Q.  Good afternoon, Sergeant.

16  A.  Good afternoon, sir.

17  Q.  I want to back up.  I don't really want to cover too

18  much territory you've already covered unnecessarily.  But

19  you said some things I want to ask you about.

20          I think you said that initially as your platoon

21  exited the vehicles and you got in formation and began to

22  walk across the grassy area towards the Capitol, it was an

23  area where, you know, the crowd was somewhat dispersed.

24  There was lots of room to move.  It was moving as

25  expeditiously as you possibly could to get to your

1    destination without being impeded.  Right?

2    A.  That's correct.

3    Q.  Now, would it be fair -- but there were people in the

4    area?

5    A.  Yes.

6    Q.  Would it be fair to say -- I guess -- the generic

7    reference to everybody as rioters is not necessarily

8    accurate.  Right?

9    A.  So I would say it's a riot and then there are degrees of

10   participation within that riot.

11   Q.  Fair enough.

12          And so would it be fair to say that those first

13   people that went through that -- without any problem that

14   were just sort of standing in the grass and observing the

15   events in front of them, they're observers?  They're just

16   watching what's happening in front of them?

17   A.  So I don't know what the elements were that brought them

18   to the place they were.  I don't know what barriers they

19   went through.  I don't know any of the facts that brought

20   them to where they were.

21          I know what I was trying to do there.  I know that

22   I had to go through barriers to get to where I was going and

23   that right now those people weren't fighting me.  Like I

24   explained, I'm not going to stop to fight somebody who's not

25   fighting me.

1    Q.  Okay.

2    A.  I'm trying to get to a place, and so I was going through

3    them.  I honestly did not have any, you know, need, desire

4    or want or decide to use my platoon to deal with people who

5    were just walking around in an area where I had no knowledge

6    of, no idea of how they got there, when they got there, if

7    they're supposed to be there.  It wasn't part of my -- it

8    wasn't part of the stuff -- of the information I had at that

9    time.  I just knew someone was calling for help and he was

10   that way, and that's where I was going.

11   Q.  Okay.  And so you made your way through quite a big

12   crowd, got up to the area where the first sort of artificial

13   barrier bike racks were strewn across the outside, with

14   police from behind the racks, trying to maintain the line.

15   Right?

16   A.  Yes.

17   Q.  Okay.  And you didn't have as many officers as you

18   thought.  And you didn't realize that until you got there.

19   They got separated behind you somewhere.

20           But when you got there, you described that that

21   line when you first arrived and got between the bike

22   racks -- that it was not under active attack at that point?

23   A.  Yes.  At that moment, that was again with the lull of

24   going up actively under attack.  Slow.  "Let us in.  Let us

25   in.  You should let us pass."  And, you know, just

Mastony - CROSS - By Mr. Shipley

1    passively, "I'm not going anywhere, but I'm going to yell at

2    you for a while."

3    Q.  Sure.

4    A.  In that point, it was definitely -- this line is not

5    actively under attack when I arrived.

6    Q.  Okay.  Would it be fair to say that at that point, I

7    mean, those people are there engaged in something, but

8    they're not rioting.  They're protesters.  They're just like

9    protesters that you'd encountered dozens of other times in

10   CDU deployments.  Right?

11   A.  I --

12   Q.  They're yelling, screaming at you, screaming political

13   slogans, whatever.  But they're not attacking anybody.

14   A.  Right.  So if we break it down to moments, in that

15   moment, I would agree that me arriving there is a CDU line.

16   Don't let the people past you.  Essentially, that's it.  If

17   you're not using force against me, I'm not going to use

18   force again you.

19        But I also was not there for the hour beforehand

20   that necessitated the call for a rapid response hard platoon

21   to that area.  And I was present for thereafter where the

22   crowd would go up into straight -- if you show a good video,

23   it's a riot.  If you break it down to a moment, yes, you can

24   find moments where what was happening on the west side of

25   the Capitol on January the 6th looks no different than any

1    other protest.  But, you know, you play the video ahead 30

2    seconds or back 30 seconds, and I could describe it as a

3    riot.

4              So at that point, once the LRAD starts saying,

5    "This is a riot; you need to leave," that's what I

6    considered it to be.  I don't know exactly the moment when

7    the commander designated it a riot, but I know he did.  That

8    was kind of where I was.

9    Q.  Fair enough.

10             But I'm more just talking about your own

11   observations.  So, for example, with respect to application

12   or use of force, you have to make judgments about what the

13   people are doing.  You're not going to hit an observer,

14   right, who's not doing anything except watching.  You're not

15   going to hit a protester who's just yelling at you.  You've

16   got plenty of discipline.  You testified about the

17   discipline that you've developed over time, knowing how to

18   deal with those kinds of situations.  Right?

19   A.  Yes.

20   Q.  But when you're under active attack -- and we saw plenty

21   of video of that.  I'm not saying it didn't happen.  When

22   you're under active attack, that's kind of the boundary for

23   where the riot is.  And those are the rioters, not

24   everybody.

25   A.  So I will say that, again, I think it all comes down to

1    time.  I think a rioter can be a protester and -- or a

2    protester can turn into a rioter.  I think it just takes --

3    depends on what actions were taken.

4            I don't know what else to say other than that,

5    that there is a linear timeline; and you can either -- you

6    can be rioting and actively fighting, but you're still

7    someplace you shouldn't be and you're participating and you

8    see what's going on around you.  And people have free will,

9    and there was no police behind them stopping them from

10   leaving.  If they wanted to leave the situation they were

11   in -- which, reversing positions, I would have.

12           So yeah.  I don't know exactly a good response for

13   this, but -- or me myself designating who was a rioter and

14   who's not.  But I would say that I was in a riot and there

15   was an opposition and there was the police.  And that was

16   really the designator I had.

17   Q.  Fair enough.

18           You also said that there were periods, you know,

19   that the action, so to speak, at the artificial bike line

20   tended to ebb and flow.  There were periods when there

21   wasn't anything going on and there were periods where there

22   were active skirmishes.  Fair enough?

23   A.  Correct.

24   Q.  And there was lots of -- and periods where there was no

25   active skirmishes, a lot of yelling, a lot of chanting, a

1   lot of political sloganeering.  You've heard it all before.

2   Right?

3   A.  Yes.

4   Q.  Did you feel like that there were overt efforts to

5   provoke you or were the people just making -- just

6   expressing their displeasure?

7   A.  I would say the violent acts perpetrated by the people

8   in that crowd were the overt efforts.  I'm going to say that

9   for myself and most officers, words are not going to provoke

10  me in that situation.  I'm not saying it doesn't happen or

11  that, you know, police don't overreact to things.  I think

12  that's the purpose sometimes of saying mean things to the

13  police:  to get them to overreact.

14          I'm saying in this case that any action that

15  caused us to use the force or us to escalate our use of

16  force was an overt act of violence:  spraying us with the

17  munition, hitting us, throwing something; and the crowd at

18  some point acting as in concert as you can be.  Everybody

19  around you is throwing things, but you're still there.  I

20  can't pick you out and say, "You, sir, can leave; but, you

21  five, you need to stay so I can spray you with OC spray."

22  Q.  And the crowd's massive.  The biggest crowd you had ever

23  faced under those kind of circumstances.  Right?

24  A.  It's the biggest, you know, violent crowd that has been

25  turned to me in a focus that I've ever experienced.

1    Q.  Well, let's -- you say "violent."  And, grant you, there

2    was lots of violence.  But let's just say the crowd in

3    general was hostile.  Not everybody was violent, but the

4    crowd in general was hostile.

5    A.  The crowd was hostile.

6    Q.  And, I mean, the biggest hostile crowd you've ever

7    encountered and your fellow officers?

8    A.  So I've faced crowds that do not like me.  I've faced

9    crowds that yell at me.

10         I would say this crowd I faced was focused on one

11   objective, me in between it and that objective, and it was

12   very hostile.  I don't know how to get more defined than

13   that.

14   Q.  Okay.  But the objective was, the crowd wanted in the

15   building?

16   A.  Yes.

17   Q.  And you said that, you know, at the bike rack, you know,

18   an important thing is to try to maintain your territorial

19   integrity.  Don't give ground.  You know, you can maintain

20   the integrity of your line if you're not giving ground.  But

21   unfortunately, you didn't have enough people even with the

22   benefit of the barriers.  You didn't have enough people to

23   not lose ground.  Right?

24   A.  That's correct.

25   Q.  And I think you said that at that point, it wasn't

1    necessarily any assaulting that caused you to lose ground,

2    just leaning on the bike racks.  They've not anchored and,

3    you know, they're just able to push the bike racks and force

4    your guys to back up.  And then if you had the opportunity,

5    you could reset the bike racks.  Right?

6    A.  Yes.  So we were losing ground in that manner.  But then

7    also we would lose ground through having targeted assaults

8    on our line.

9    Q.  And -- but sort of the crowd trying to manipulate the

10   bike racks, either pushing them backwards or dismantling

11   them, that's causing your officers to sort of break and gaps

12   to create.  Right?

13   A.  I would say that dismantling the bike racks is more an

14   active resistance.  You are now actively doing something to

15   take away.

16        When I describe passive resistance on a scene, it

17   is more of a person standing in front of me who will not

18   move.  If that person starts doing something by physical act

19   to jeopardize the safety of my line, he is now an active

20   resistor; and in a situation where I was able to, where I

21   had resources available to place an arrest, if I took the

22   situation out of this and placed into other situations I've

23   been in, that person would be arrested.

24        I did not have that ability on this scene to do

25   that.

Mastony - CROSS - By Mr. Shipley

1    Q.  You didn't have the officers to make arrests because

2    that would have taken away from your ability to maintain a

3    line.  Correct?

4    A.  That is correct.

5    Q.  Now I want to go through some of the times in some of

6    the videos.  I'm not trying to trick you, but I'm not going

7    to, like, pull the videos back up and do it all again.  I

8    just want you to affirm that the times I've got are right

9    based on your recollection and having watched the videos, I

10   assume, multiple times.

11   A.  Yes, sir.

12   Q.  The bike rack barriers pretty much disintegrated around

13   2:15 and left you with a manned line without the benefit of

14   metal barriers?

15   A.  Yes.  At a point in my video, you can see that the bike

16   racks I come through on the northwestern part of the line

17   are gone, either have been taken or -- well, again, I'm

18   fairly confident they were taken, but I was not present when

19   they went going every time.  But there was no longer a bike

20   rack extending all the way to the scaffolding tower in the

21   northwest part of the west side line.

22   Q.  Okay.  And by 2:22, I think the video we watched at

23   2:22, you then narrated and said that you had a line of

24   officers that was continuous, but skirmishes started to pull

25   officers out of the line and creating gaps that you then

1    tried to backfill?

2    A.   Yes.   Skirmishes or, you know, loss of officers.   Again,

3    most of my officers at that point in the video did not have

4    masks on, so they were getting chemical munitions in their

5    eyes, and other varying points that had them where they

6    could no longer safely stand on a line.   And so there were

7    holes in the line which I either filled myself, found

8    somebody to fill or we retreated to make the area smaller

9    that we had to cover.

10   Q.   I thought you were going to talk about the CS gas

11   canisters, but you're talking about --

12   A.   The gas canister comes later.

13   Q.   Right.   So you're just talking about officers that are

14   getting sprayed with OC or somehow otherwise are injured and

15   have to pull back out of the line and then you either have

16   to close the line or put somebody in that gap?

17   A.   Yes.   The ultimate thing that falls in that category is

18   when the CS gas --

19   Q.   Right.

20   A.   -- comes back and causes too large a loss of manpower on

21   that side of the line to successfully hold it against the

22   assault that comes in.

23   Q.   And that was at 2:25, I think, on the video?

24   A.   About that.   You see a CS gas canister come, bounce off

25   the tower and drop on our line.

1    Q.  Right.  Right.

2         And you actually -- I mean, you were interviewed

3    by the FBI and gave a long statement.  And these same times

4    or roughly these same times are in that interview.  Right?

5    A.  Yes.  All that is roughly the same.

6    Q.  Then you said that around 2:30, the line pretty much

7    just folded, because you had lost officers with the CS gas.

8    And now you don't have the bike barriers.  Now you've got

9    bigger gaps.  And you're starting to see officers fall back

10   and I think you said tap each other on the shoulder, which

11   is like a message:  "Fall back."  Right?

12   A.  So I don't recall that.  I recall the line -- the

13   thinned-out line -- it was thinned out -- was assaulted by a

14   group from the northwest side.  I went over to get in that

15   before I was taken out of the picture by another individual

16   and taken to another part of the line.  And at that point,

17   the line was gone, completely folded.

18   Q.  So around 2:30, pretty much, the line was broken; it

19   can't be maintained; it can't be fixed?

20   A.  That is correct.

21   Q.  All right.  And the officers are falling back.  And at

22   that point, you didn't know if you had an exit.  You thought

23   you had a wall behind you.  Right?

24   A.  That is correct.

25   Q.  So as the commander or one of the commanders in that

1    area, you're thinking:  Okay.  Fall back.  We'll find a more

2    defensible position with the guys we have and try to

3    reestablish our line, because you don't have an exit.  At

4    least at first you didn't realize you had an exit?

5    A.  Yes.  My initial instinct was to get officers on either

6    sides of me and to establish a smaller line.

7    Q.  And if you had had a wall behind you, that would have

8    been a pretty desperate situation.  Right?

9    A.  Yes.

10   Q.  You would have had a massive advancing crowd of varying

11   degrees of hostilities and a smaller number of officers with

12   no place to go?

13   A.  That is correct.

14   Q.  And obviously, I mean, other than just being assaulted

15   by the crowd at that point, you're just subject to being

16   crushed because people 25 deep can't see forward that there

17   is no place left to go and everybody's just going to end up

18   against the wall, right, had there been no exit?

19   A.  Right.  And had all semblance of resistance broken down

20   and the line not held again, yes, you would have just been

21   crushed against the wall with the crowd.

22   Q.  Okay.  Fortunately, though, you did realize there was an

23   exit behind you that you saw officers started to go up.  And

24   that's that narrow stairwell that we saw on your video?

25   A.  Yes.

1    Q.  And do you recall -- because I didn't write it down --

2    but do you recall about what time you reached the top of the

3    stairs there when you thought:  Okay.  This is a defensible

4    position.  All we've got to do is keep people from coming up

5    this stairwell?

6    A.  If I'm asked as my best recollection of what time that

7    was, I'd say approximately 2:37.

8    Q.  Okay.

9    A.  But --

10   Q.  Actually, I have 2:37 on these notes.  So I think that's

11   right.  That was your testimony:  2:37.

12   A.  Okay.

13   Q.  It was only just a couple minutes, maybe even not that

14   long, that you realized:  No.  This is not a secure

15   position.  We've got rioters at that point, clearly.  We've

16   got rioters around us and we have to find someplace else to

17   go.  Right?

18   A.  Yes.

19   Q.  At that point, you saw officers going back through what

20   you didn't know at the time, but we all know now is the

21   lower west terrace tunnel?

22   A.  Yes.

23   Q.  Okay.  Now, do you recall telling the FBI as reflected

24   in your statement that the time when the line broke, that

25   that was maybe the point where the crowd became the most

1    cooperative?  And I think your explanation to the FBI was

2    they realized they won.  They had the ground.  They won the

3    ground and they pretty much quit fighting.

4    A.  So there was a moment -- you can see in my video -- not

5    the time when the line breaks.  The line is broken.  The

6    line is gone.  We're now falling back, falling back.  There

7    are still assaults going on.  There are still officers in

8    trouble.

9          The moment I described to the other attorney,

10   where I have to do a shield strike on a person assaulting an

11   officer, is in that time sequence.

12         But at a moment during the -- when I'm one of the

13   last officers on the lower deck, I'm one of the last

14   officers on the lower deck, some of the protesters that were

15   there were confronting me or not assaulting me.  They are

16   encouraging me to leave.  Just:  "You can go.  We have

17   this."

18         At that moment, yes, there was a moment at the

19   bottom of the stairwell before I and then later Sergeant

20   Peeke went up where they came off the -- where they

21   essentially took their foot off the gas and said, "Just go."

22   And we did.

23   Q.  And at that point, there's nobody left for them to

24   fight.  They're not fighting with each other.  Right?

25   A.  So there are no officers on the lower deck at that point

1   to my knowledge.

2   Q.  So -- and your description was that their attitude was,

3   "Just go," and your point of view was that they had won.

4   That's why they wanted us to go and that's why they're not

5   active?

6   A.  My position at that point was that they felt themselves

7   a certain level of victory for taking the area they took,

8   and I'm just going to go back here and hold this area until

9   you decide to come up here.

10  Q.  All right.  And then we know, because we watched the

11  video, that within just a couple of minutes you're inside

12  the lower west tunnel terrace.  So dozens of officers have

13  gone in there now and have gone in different directions.

14  Not everybody's congregated in one place.  Right?

15  A.  Uh-huh.

16  Q.  There's several paths that you can take after you go

17  through those doors?

18  A.  That is correct.

19  Q.  And -- but you were one of the last ones in.  So when

20  the call comes, "Hey, we've got to man this door," you're

21  close by along with I think the three other members of your

22  squad.  Right?

23  A.  Yes.

24  Q.  Because you knew all their names.  So these are your

25  guys?

1    A.  Correct.

2    Q.  And within just a couple minutes, you guys are back up

3    to the front by that mag, by those -- there's two sets of

4    doors?

5    A.  Yes.

6    Q.  There's the exterior clear last doors with those gold

7    frames that we saw where the big clash was with the shields.

8    And then there's that inner set of doors which, I don't know

9    if you noticed, but Captain Ortega testified before you that

10   those inner sets of doors, one, they don't lock; and, two,

11   they're opaque glass.  You can't see through them going out

12   or coming in.

13           Do you recall that?  Or that's just a detail

14   that --

15   A.  I did not realize that those inner set of doors lock --

16   do not lock.  I do recall that they were opaque as opposed

17   to the clear -- the outer doors broke fairly early, so I'm

18   not sure what glass was in there.  But the inner doors for a

19   moment prior to the rioters gaining entry were definitely

20   opaque.  I could not see through those doors when the outer

21   door was breached.

22   Q.  You saw Sergeant Bogner?

23   A.  Yes.  Sergeant Bogner.

24   Q.  You saw him spray OC from the handheld canister out the

25   gap of the doors a couple of times.  Right?

1    A.  That's correct.

2    Q.  I think the video showed that it was right about 2:30,

3    3:30 -- I just wrote 2:30 and 3:30, question mark -- 2:30,

4    3:30 when those opaque doors opened.  And now the four of

5    you across the front are facing one individual who comes

6    forward.  I think your testimony was he wanted to give a

7    speech, and you don't remember what he said because you

8    really weren't too interested in listening to him?

9    A.  That's correct.

10   Q.  And so there was a moment when there was just one

11   individual and not any real interaction or action with the

12   crowd.  Right?

13   A.  That's correct.

14   Q.  And I think we saw on the video that that individual,

15   whoever it is -- I don't know who it was -- I think the

16   person standing to your right reached out with a shield and

17   shoved him backwards out the door?

18   A.  That's correct.

19   Q.  And it was sort of at that moment that that individual

20   then makes what I have described as a suicide run.  He's on

21   his own and just comes charging into the shield line.

22   Right?

23   A.  That's correct.

24   Q.  And then that sort of triggers people behind him to

25   follow along, and that's when sort of your entire front line

1    gets engaged by the crowd?

2    A.   The people do follow him through that door.  And then,

3    yes, it does get us a full-on -- what it developed into.

4    Q.   And then we saw, you know, a lot of video over from your

5    body-worn camera and a couple other points of view, you

6    know, bodies up against each other, shields up against each

7    other, bodies trapped between shields.  Minutes at a time.

8    Right?

9    A.   Yes.

10   Q.   And there are -- you described that initially you

11   couldn't move.  You couldn't do anything, couldn't strike

12   anybody, couldn't move your arms.  You were trapped.  You

13   were trapped between your officers behind you who were

14   maintaining their position and the large crowd on the other

15   side where they were maintaining their position and both

16   sides are pushing against each other.  Right?

17   A.   That is correct.

18   Q.   So the front line of officers and the front line of

19   protesters are sort of experiencing the same circumstances.

20   They're both getting pushed from behind and cannot go

21   forward.  Right?

22   A.   That's fair to say.

23   Q.   And in that moment, I think -- would you say that you

24   were confident in the first three minutes that you could

25   maintain your position?  Or was there a little bit of panic

1     that, "Hey, this is going to go bad quick unless something

2     changes"?

3     A.  I wouldn't say I was panicked at that point.  I would

4     say that I did certainly have doubts that we would not be

5     able to hold out where we were.  And in my mind, it's just:

6     We'll reestablish someplace else.  Yeah.  So --

7     Q.  Did you think there was a high likelihood of injury on

8     either or both sides from that tactical position?

9     A.  I think for a while there I was pretty confident that I

10    was in a high-injury-prone situation.

11    Q.  And I think you said that at various times -- this may

12    have been over several minutes, not just like in the

13    first -- there are various times when you were on the front

14    line and then maybe two or three people deep.  Do you recall

15    saying that?

16    A.  Yes.

17    Q.  So was there any kind of concerted effort or just sort

18    of happenstance that there was kind of a rotation of bodies,

19    where some guys from the back came forward and some guys who

20    were at the front went back?

21    A.  At points it was happenstance, just by the nature of

22    pressure on the crowd.  All of a sudden pressure lets up or

23    pressure increases behind you and then pressure is relieved

24    in front of you.  One goes forward; someone comes back; and

25    then you're behind or someone slides over.

1              So anything in there.  There were points where we

2      actually got intentional rotation going, but that wasn't

3      until later in the conflict in the tunnel.

4      Q.  And you said that there were times throughout the 10 or

5      12 minutes that you were, like, right up in the front of it

6      that there were standoffs.  In other words, there was

7      actually a gap between the two sides.  And you said, you

8      know, if they gave me an opportunity to breathe and rest, I

9      take the opportunity to breathe and rest.  Right?

10     A.  Yeah.  I'll say it was definitely -- there were lulls in

11     there where I'm not fighting forward anymore and neither

12     were they, and so I was okay with it.

13     Q.  Now, I'm not sure it was showed in any of your video,

14     and it might come up later.

15              But do you recall that there were times where the

16     line -- let's call it the skirmish line, for lack of a

17     better description.  Sort of the point -- the reference

18     point where the police are clearly on one side and the

19     protesters, rioters, are clearly on the other.  Over that

20     10- or 12-minute period, do you recall that line moving

21     backwards, closer to the mag and then moving forward

22     basically to the gold-framed doors?

23     A.  Yes.  There were different times when it moved forward

24     and back.  But I was in that hallway, that line, so many

25     times I cannot specify exactly when we were moving which

1    direction.

2    Q.  Fair enough.

3    A.  If you --

4    Q.  But you recall it was -- let's call it that ebbing and

5    flowing.  It's going against you and then it's going for

6    you.

7    A.  Correct.

8    Q.  But it seemed like that the gold doors was like a line

9    that the MPD tried to maintain, tried to keep it at the gold

10   doors at a minimum?

11   A.  So I would consider at a minimum we were trying to

12   hold -- not really in the video, but after the mag, the

13   magnetometer, there's -- it's an ex-hallway.  So there's

14   like a utility corridor going down the length of the

15   Capitol.  So that corner was essentially our -- we have to

16   hold that corner.  Once they're past that corner, they're

17   now going down both ways and there's no way to hold what we

18   have.

19              The gold doors, they by default became a last

20   point.  But at points, they were behind.  They were through

21   the interior gold doors.  Even to start with, they got

22   through the interior gold doors.

23   Q.  Right.

24   A.  At times, the line stagnated there because the doors

25   opened in such a fashion that you can get trapped behind or

1     against the gold doors.  You cannot be pushed forward; you

2     cannot be pushed back, because you have a steel object

3     between you.

4             So I would say it was not by our design or by

5     intentional command given that the doors were a stagnant

6     point where the line would stop.  It just kind of became

7     happenstance that when the line did stop moving forward or

8     moving back, it was generally around a door, either the

9     first door, the second door or the ultimate threshold.

10    Q.  Well, actually, the doors themselves created another

11    choke point, right?  Because to the right and left of the

12    door, there were side panels that weren't broken.  So the

13    doors themselves were narrower than the concrete walls.

14    Right?

15    A.  That is correct.

16    Q.  So while you might be able to get five officers shoulder

17    to shoulder or from wall to wall, you can't get five

18    officers shoulder to shoulder in those doors.  Right?

19    A.  That is correct.

20    Q.  And you can't get five protesters shoulder to shoulder

21    in the doors?

22    A.  That is correct.

23    Q.  So that sort of became the proverbial cork in the

24    bottle.  If you could hold those doors, they weren't going

25    to be able to push through you?

1    A.  So the hallway is what I considered the cork in the

2    bottle.  We can put -- so there were definitely points where

3    the hallway constricted and got wider.  But in general, you

4    are right:  It's easier to hold a smaller point than it is a

5    longer extended line.

6    Q.  Now, had you come under extreme distress, physical

7    distress at some point, in the position you were in, were

8    you confident that your fellow officers would have done

9    everything they could to extract you, to get you out of

10   harm's way and somebody else would take that position?

11   A.  Yes.  I felt that if I lost consciousness due to not

12   getting air through my mask or whatever the scenario was

13   that I had officers with me and that was as good as I was

14   going to get in that situation.

15   Q.  In fact, that happened with Officer Hodges, who got kind

16   of pinned when the crowd was making the effort to close the

17   door and he was trapped by the closing door in between the

18   two doors.  Right?

19   A.  Yes.

20   Q.  And he's yelling out for help, and help came to him?

21   A.  Eventually.  But I would say that I'd rather have it

22   sooner than later.  But again, we were in a situation where

23   no one is really able to execute extractions at that point.

24   Q.  Now, I -- and I've not asked you and I'm not asking you

25   this, you know, to do a proverbial counting of helmets in

Mastony - CROSS - By Mr. Shipley

1   the video.  But would it be fair to say from the times you

2   have looked at the video that, you know, maybe in the middle

3   of everything, so five or six minutes after it starts and

4   five or six minutes before it ends there's five or six

5   officers across and it's seven or eight officers deep?

6   Would that be fair?

7   A.  So I'll say during the course of the video, again, I'm

8   speaking for the entire segment of from when the line

9   gets -- from when the hallway gets penetrated at like 2:43

10  to 5:00, when we break out, that at times there was a thin

11  line maybe only two or three rows deep of officers, so less

12  than 12 officers in the hallway.

13          And then there are times when the entire hallway

14  is filled with an entire platoon of officers pushing back

15  and forth.  And just like with the crowd, it ebbed and

16  flowed.  At some point, someone hit their limit.  They left.

17  They didn't come back.

18          There was not good command of control to say, "I

19  need these officers back.  We're going to put them in."  It

20  was just grabbing somebody.  "You're in."

21  Q.  But it wasn't just nine or ten officers in the breach;

22  it was -- there were -- they went back -- and that hallway

23  actually goes up, doesn't it?

24  A.  That's correct.

25  Q.  So it's like you can see when you look down the hallway

Mastony - CROSS - By Mr. Shipley

1     that there's an elevation change, and you can see black

2     helmets deep into that hallway.  Right?

3     A.  Yes.  So in general, when an officer -- when it became

4     too much to hold the line, they went back in that hallway.

5     So there's different disbursements of officers behind that

6     line.

7     Q.  Okay.  Now, you've watched the video.  And you obviously

8     became concerned with and occupied with Officer Fanone at

9     about 3:21, right, on your video?

10    A.  About.  Yes.

11    Q.  Yeah.  And then pretty much for the balance of your

12    video, at least the next several minutes, it's you helping

13    to extract Officer Fanone to get him to a place of safety.

14    And you were no longer, you know, up at the front line at

15    the mouth of the tunnel under the last area under cover.

16    Right?

17    A.  That's correct.

18    Q.  And -- but in looking at it, would it be fair to say

19    that that first successful effort to eject all the

20    protesters, rioters, in the tunnel, happened at 3:19?

21    A.  I would say that's about right.  The first time we were

22    able to push the hallway all the way back to the entry was

23    approximately that time.  But I'm going to get -- again, it

24    would be multiple times, so I --

25    Q.  I'm just talking about the first one.  The very first

1    time.

2    A.  I believe -- the first time that I got to the threshold

3    of the hallway after it had been penetrated was when I got

4    Mike Fanone and pulled him back from it.

5    Q.  And so at that point, at that point in time on the

6    clock, 3:19, 3:20, 3:21, somewhere in there, the tunnel was

7    completely in control.  If not outside of it, the tunnel

8    itself was in control of MPD?

9    A.  Yeah.  When we got -- when we pushed the line up to the

10   exterior of the building, I would say that we had it.  Even

11   if we had one or two protesters behind the line, we had that

12   hallway at that point.

13   Q.  Right.  They had gotten trapped at some point.  There

14   were people standing up on the sides that had to be dealt

15   with.  Right?

16   A.  Yes.

17   Q.  Now, when you had gone inside that tunnel, exiting the

18   lower west terrace, there were almost no people out there.

19   Right?

20   A.  So yes.  When I initially made entry after coming up the

21   narrow stairwell, up the -- taking Gavin Nelson up the

22   stairs, people were coming down from on top.  But it was not

23   filled to the extent it became filled --

24   Q.  Well, that's my question.

25   A.  -- in a few minutes.

1   Q.  That's my question.  When you got to the opening at 3:19

2   or 3:20, what did you see?

3   A.  It was shoulder-to-shoulder packed with the crowd.

4   Q.  Rioters, protesters, whatever.  It was

5   shoulder-to-shoulder packed with non-law enforcement people?

6   A.  Yes.

7   Q.  As far as you could see?

8   A.  Yes.

9   Q.  Thousands?

10  A.  Yes.

11  Q.  Maybe over 10,000?

12  A.  I've seen the estimate up to that amount.  But I can't

13  estimate that many people.

14  Q.  But you've obviously dealt with large crowds in these

15  kind of protest situations, and that was a large crowd.

16  Right?

17  A.  It was large.

18  Q.  And they're all looking at that entryway.  Right?

19  A.  Yes.  The entryway is prominent from the perspective

20  that they have.

21  Q.  Because for 10 minutes or 15 minutes, people had been

22  going in that entryway.  Right?  So the crowd's down maybe

23  50 yards away, and all they see are people going in.  Right?

24  A.  So if -- again, I'm getting to the point where I'm

25  testifying to something that's going on outside my field of

1    view.

2              But from the videos, if that's what you're asking

3    me, that I've seen of that perspective, I'd say that, yes,

4    people are going in.  But there's also a lot of shields and

5    debris and other stuff flying up there.

6              And clearly, in my view from viewing the videos

7    that I've viewed from outside the Capitol at the time I was

8    inside, that if I were standing in that crowd I would have

9    known something violent is going on up there.

10             But again, I was not present.  So if you're just

11   asking for my opinion of what I've seen from that footage,

12   that's my opinion.

13   Q.  And would it be fair to say from what you've seen of the

14   footage and what you know about the psychology of the crowd

15   that day, the people that are looking at that entrance and

16   seeing people go inside, they're wanting to go up and go

17   inside that same entranceway?

18             MS. BOND:  Objection.

19             THE COURT:  Sustained.

20             MR. SHIPLEY:  Well, I guess that's a good place to

21   stop.

22             THE COURT:  Thank you, sir.

23             How long do you think your redirect is?

24             MS. BOND:  Five minutes or less.

25             THE COURT:  Let's do that.

```
1                       REDIRECT EXAMINATION

2    BY MS. BOND:

3    Q.  Sergeant Mastony, with respect to Exhibit 801, the

4    shield sitting here, is there any meaningful difference in

5    the weight of this shield here compared with the shields you

6    were holding on January 6?

7    A.  Not that I can perceive.

8    Q.  And then you talked about being trained on learning

9    shield strikes.  Why are you trained on that?

10   A.  To move people out of the way if you -- to move people

11   out of the way if you're holding a shield.  Essentially,

12   you've manned it.  You can't really unman a shield, a line

13   with shields.

14            If you put shields in officers' hands, that's

15   where they are.  You can't take them out and you can't just

16   sling a shield behind your back and then use your hands.  If

17   you have shields in your hand, you pretty much -- that

18   officer now, the only thing he can do, if you need him to

19   move forward, he has to move forward through people.  He has

20   to push people out of the way utilizing a shield and

21   physical force to get them out of the way.

22   Q.  So even though shields are generally defensive, they can

23   be used offensively.  Is that right?

24   A.  That's correct.

25   Q.  Now, OC spray, there was a lot of that going around.
```

1    Under what circumstances can an MPD officer -- when are they

2    permitted to use OC spray?

3    A.   Noncompliance.  So essentially, I give you a lawful

4    order to comply with.  You refuse.  I can spray you with OC

5    spray.

6    Q.   And in your perspective as a sergeant, was the -- were

7    the actions of the crowd justified for officers to be using

8    OC spray on them?

9    A.   Yeah.  In the civil disturbance fashion, the goal of the

10   OC spray is to disperse, disorient, distract, do anything to

11   get that person to stop doing what they're doing or to get

12   that person to move.  So even a noncompliant person who is

13   not assaulting you, by being present and refusing to vacate

14   an area, you can spray that person with OC spray to

15   encourage them to vacate that area and comply with your

16   order.

17   Q.   Now, Mr. Shipley just asked you about that time period

18   around 3:18.  I think his question was:  Was that the first

19   time that you had tried to push rioters out?

20           Was that the first time that you had tried to push

21   rioters out?

22   A.   So I would say from the moment that that gentleman who

23   came in to give the speech tried to penetrate the door, that

24   is the moment I began trying to push rioters out of that

25   hallway.  It may have been the first time we were successful

1    in getting to the exterior of the building and holding it at

2    that point.  Again, I'm very shaky on this because we did

3    this several times and I don't know exactly which one was

4    the first.  But I believe that's about right.  The first

5    time we made it back up to the exterior of the hallway is

6    when I got Mike Fanone and dragged him back out.

7    Q.  Mr. Shipley also asked about circumstances where you

8    could be in extreme distress.  I believe his question was:

9    Would other officers do everything that they could to assist

10   you?

11            Do you remember that question?

12   A.  Yes.

13   Q.  Now, given the circumstances of what was going on in

14   that tunnel, and you were in extreme distress, do you think

15   it is a foregone conclusion that everything an officer could

16   do would actually be successful to help you?

17   A.  No.  I believe that if -- we could have had a very --

18   easily a situation in which an officer was being killed or

19   any number of things where we would not be able to get to

20   him.  For example, you know, that video of a person who's

21   clearly hurt on the video screaming for help who I know who

22   because of what's going on I cannot hear and do anything to

23   assist.

24            MS. BOND:  I would ask Mr. Clements to pull up

25   Exhibit 232.19.  It's one of the still images.

1    BY MS. BOND:

2    Q.  What is the timestamp there, sir?

3    A.  1415 hours.

4    Q.  Is the police line holding at that point?

5    A.  Yeah.  The police line's intact.

6    Q.  It's holding even though there are aren't any bike racks

7    in your corner.  Is that right?

8    A.  So again, I can't remember when the bike racks go away.

9    But in this period of time, we lose the bike racks in our

10   corner.  I don't remember if this is -- I can't see them

11   here.  But I can't remember if this is particularly the

12   point.  But around this area, 4:15, in there, we have no

13   more bike racks in front of my portion of the line.

14   Q.  And then finally, Mr. Shipley also talked to you a bit

15   about the degrees of participation of different people in

16   the crowd.

17            Do you remember that line of questions?

18   A.  Yes.

19   Q.  And you talked about how there were different degrees.

20   How would you place along a continuum those rioters who

21   actually made it into the tunnel and were resisting you?

22   A.  Those are active resisters.  Outside of -- again, I'm

23   not going to get into the legal standard of what was posted

24   outside the U.S. Capitol grounds.  But in my view, once you

25   enter the U.S. Capitol where these people are and based on

1    what was going on outside this whole time and then into the

2    inside, you are now actively resisting.

3           Even if you are in there at that point trying to

4    talk to me and do what you were doing outside in there, you

5    are in an area where I need you gone from.  And at that

6    point, we're using force to get you out.  You are actively

7    in an area and by your physical presence not allowing me to

8    get to where I need to go.

9           And my ideal scenario here is one officer stands

10   at the door of that hallway and is just saying, "You can't

11   enter here."  And that complies with the thousands of people

12   outside.

13          That's not what I had there.  I had -- again, I

14   don't know if every one of the 10,000 people tried to get in

15   that door, but a lot of them did.  Every single one of those

16   people in my mind is trying to actively violate the U.S.

17   Capitol and enter illegally.

18          MS. BOND:  Thank you so much.  No further

19   questions.

20          THE COURT:  Sergeant Mastony, thank you for your

21   testimony here today.

22          THE WITNESS:  Yes, sir.

23          THE COURT:  You may step down.  You're free to

24   leave.

25          (Witness excused.)

1          THE COURT:  We'll resume at 9:30 tomorrow.

2          I'll direct the Defendants to return for your

3    continued trial at 9:30 in this courtroom.  If you fail to

4    appear, you may be subject to arrest and the trial will

5    continue up to and through verdict in your absence.

6          MR. SHIPLEY:  Your Honor, Mr. Mehaffie's

7    supervised recommendation conditions do not allow him to go

8    to the Capitol.  I would like the Court to give me

9    permission for him to travel to the Capitol with either

10   myself or Mr. Lopez today so that we can physically see the

11   path he took to get to where he was at with the acts that

12   he's been -- he's described them to me, but I'd like to walk

13   the grounds with him.  We haven't had a chance to do this.

14   I think it's important for his own testimony.

15         THE COURT:  Any objection?

16         MS. PASCHALL:  Are you planning on doing this this

17   evening?

18         MR. SHIPLEY:  Today or tomorrow, before he

19   testifies.

20         MS. PASCHALL:  I'd like to alert the U.S. Capitol

21   Police.  So if you don't mind giving me the opportunity to

22   alert them that that's going to be happening.  Maybe you

23   could do it tomorrow.  Just -- I'm just thinking timing-wise

24   I want to give them enough notice.

25         MR. SHIPLEY:  Shall I wear a scarlet letter so

1    they know I'm there?  That's fine.

2              MS. PASCHALL:  With that caveat, no objection.

3              THE COURT:  I think that's fine.

4              Why don't we say you can't do it tonight.  You can

5    do it tomorrow.  I want to be clear:  I'm not granting some

6    permission that the Capitol Police -- for you to go into

7    areas the Capitol Police would not allow.  I'm saying that

8    as far as his release conditions are concerned, he's allowed

9    to go with you to the Capitol.

10             MR. SHIPLEY:  Thank you.

11             THE COURT:  Thanks, folks.

12             (Proceedings concluded.)

1                        <u>**CERTIFICATE**</u>

2

3                    I, LISA EDWARDS, RDR, CRR, do hereby

4     certify that the foregoing constitutes a true and accurate

5     transcript of my stenographic notes, and is a full, true,

6     and complete transcript of the proceedings produced to the

7     best of my ability.

8

9

10                   Dated this 13th day of October, 2022.

11

12               <u>/s/ Lisa Edwards, RDR, CRR</u>
                 Official Court Reporter
13               United States District Court for the
                   District of Columbia
14               333 Constitution Avenue, Northwest
                 Washington, D.C. 20001
15               (202) 354-3269

16

17

18

19

20

21

22

23

24

25

**'**

**'07** [1] - 22:17
**'Captain** [1] - 36:19

---

**/**

**/s** [1] - 283:12

---

**0**

**0074** [1] - 92:17
**01** [1] - 161:8
**0530** [1] - 34:10
**06** [1] - 161:9
**06901** [1] - 1:21

---

**1**

**1** [35] - 1:10, 3:14, 15:4, 22:24, 22:25, 41:1, 41:10, 41:11, 41:12, 41:23, 42:20, 43:9, 43:16, 44:1, 44:17, 45:3, 45:18, 46:24, 47:14, 47:24, 48:11, 71:15, 71:23, 90:21, 93:24, 106:23, 107:10, 107:13, 107:25, 108:20, 109:5, 109:19, 110:11, 111:4
**1,000** [1] - 24:7
**1-D** [1] - 141:7
**10** [5] - 55:18, 98:4, 267:4, 267:20, 274:21
**10,000** [2] - 274:11, 280:14
**100** [3] - 144:14, 144:15
**1000** [1] - 16:5
**1001** [1] - 16:9
**1002** [1] - 16:13
**1003** [5] - 14:21, 15:4, 15:9, 17:7, 18:7, 18:8
**1004** [4] - 18:9, 18:11, 18:21, 19:3
**1005** [2] - 18:9, 18:22
**1006** [1] - 18:9
**101** [9] - 3:15, 48:21, 49:11, 49:18, 53:22, 54:7, 54:11, 98:22
**101.1** [26] - 3:15, 49:19, 50:5, 50:8, 52:19, 53:19, 54:7, 54:11, 72:18, 72:22, 73:2, 74:7, 99:2, 99:7,

99:9, 100:9, 100:12, 100:19, 100:24, 101:2, 101:9, 101:18, 101:24, 240:11, 240:14, 241:3
**101.2** [7] - 3:15, 49:19, 50:24, 51:2, 51:8, 54:7, 54:12
**101.3** [6] - 3:15, 49:19, 51:11, 51:14, 54:7, 54:12
**101.4** [6] - 3:15, 49:19, 51:25, 52:2, 54:7, 54:12
**101.5** [7] - 3:15, 49:19, 53:6, 53:8, 53:14, 54:8, 54:12
**102** [6] - 3:16, 54:14, 54:17, 55:5, 55:6, 55:8
**103** [6] - 3:16, 55:10, 55:13, 56:1, 56:2, 56:3
**1033** [3] - 154:9, 154:10, 154:13
**1038** [3] - 128:18, 130:11, 130:14
**1039** [2] - 127:1, 133:13
**1040** [2] - 126:5, 127:23
**1041** [2] - 121:22, 123:19
**1042** [3] - 118:23, 120:23, 120:25
**1043** [1] - 121:21
**106** [1] - 3:6
**10th** [4] - 148:14, 150:14, 150:21, 151:5
**11** [2] - 91:11, 229:20
**11-second** [1] - 61:16
**113** [1] - 3:7
**119** [1] - 34:13
**11:00** [1] - 148:8
**12** [21] - 9:13, 53:9, 53:15, 90:23, 140:13, 140:14, 141:8, 142:21, 142:23, 146:22, 170:25, 194:6, 194:10, 194:12, 202:5, 203:13, 211:8, 230:16, 267:5, 271:12
**12-minute** [1] - 267:20
**120** [1] - 3:19
**1250** [2] - 33:14, 88:16
**1253** [2] - 33:14,

88:16
**12:00** [2] - 86:24, 93:1
**12:50** [6] - 84:13, 86:14, 88:20, 90:23, 93:1, 93:22
**12:53** [3] - 88:20, 93:1, 93:9
**12th** [1] - 82:13
**13** [3] - 57:21, 58:11, 229:20
**1300** [2] - 34:22, 161:10
**136** [1] - 3:7
**139** [1] - 3:8
**13th** [1] - 283:10
**14** [4] - 229:15, 229:21, 229:23
**1415** [1] - 279:3
**14:00:43** [1] - 167:22
**14:03** [1] - 170:17
**14:06:20** [1] - 176:9
**14:09:28** [1] - 178:6
**14:13:12** [1] - 180:2
**14:15:44** [1] - 182:25
**14:25:30** [1] - 183:13
**14:26** [1] - 187:9
**14:27:50** [1] - 188:14
**14:37:50** [1] - 198:11
**14:38:55** [1] - 199:12
**14:41:45** [1] - 205:11
**14:48** [1] - 207:24
**14:53:30** [1] - 208:13
**14th** [1] - 118:10
**15** [5] - 90:3, 229:20, 229:21, 229:23, 274:21
**15:07:30** [1] - 209:9
**15:07:41** [1] - 209:24
**15:11:42** [1] - 218:4
**15:12:15** [1] - 218:9
**15:18:19** [1] - 220:18
**15:20:28** [1] - 223:2
**15th** [1] - 118:10
**162** [1] - 3:20
**16:45** [1] - 212:12
**16:47** [1] - 210:3
**16:48** [1] - 212:20
**17** [2] - 130:11, 130:14
**1752** [1] - 80:19
**17:17** [2] - 213:12, 213:20
**18** [6] - 2:5, 17:18, 80:19, 128:18, 128:21, 129:23
**19:02** [1] - 212:25
**19:06** [1] - 41:22
**19:28** [2] - 41:22,

42:18
**19:45** [1] - 130:18
**1:00** [4] - 86:14, 90:23, 228:13, 230:1
**1:10** [1] - 127:13
**1:20** [1] - 55:18
**1:23** [1] - 128:1
**1:30** [2] - 86:24, 139:10
**1:53** [1] - 161:10
**1:55** [1] - 160:23

---

**2**

**2** [9] - 15:4, 15:11, 16:8, 51:19, 52:19, 53:19, 91:19, 99:2, 202:19
**2-D** [1] - 141:7
**20** [13] - 50:20, 71:21, 80:11, 90:2, 90:3, 90:7, 90:10, 90:13, 110:13, 131:16, 131:18, 211:16
**20/20** [2] - 222:8, 235:16
**200** [1] - 1:25, 3:20
**20001** [2] - 2:10, 283:14
**2000s** [2] - 153:11, 153:17
**2004** [1] - 113:8
**2007** [1] - 22:12
**2014** [1] - 155:11
**2015** [3] - 113:17, 137:23, 155:11
**2017** [9] - 68:4, 68:5, 68:9, 68:13, 68:14, 68:20, 142:25, 202:22
**202** [2] - 2:11, 283:15
**2020** [15] - 114:14, 114:22, 115:5, 115:12, 116:12, 116:14, 117:2, 118:6, 143:8, 143:9, 143:19, 143:21, 174:8, 174:12, 174:18
**2021** [62] - 23:15, 23:18, 24:16, 25:25, 27:22, 28:13, 29:1, 30:20, 31:15, 34:6, 41:7, 49:14, 50:18, 51:19, 52:9, 53:15, 55:18, 56:7, 56:21, 58:3, 59:16, 62:3, 62:21, 63:20, 68:23, 69:25, 107:16, 109:25, 110:25,

118:15, 118:19, 119:18, 120:7, 121:2, 122:3, 122:10, 122:18, 123:12, 124:1, 124:18, 125:3, 125:16, 125:24, 126:9, 126:19, 126:24, 127:13, 128:1, 128:23, 129:5, 130:16, 131:19, 132:16, 133:18, 140:9, 140:16, 159:11, 161:8, 161:14, 236:10, 243:24, 244:18
**2022** [2] - 1:6, 283:10
**20530** [1] - 1:18
**20:04** [2] - 42:19, 43:7
**20:22** [1] - 43:8
**20:24** [1] - 43:15
**20:28** [1] - 43:25
**21** [2] - 3:5, 132:14
**21-00040** [1] - 1:3
**21-40** [1] - 4:3
**21-CR-208** [1] - 16:14
**21-CR-37** [1] - 16:10
**21-CR-94** [1] - 16:4
**212** [1] - 3:21
**216** [1] - 3:21
**21:03** [1] - 44:16
**21:30** [1] - 45:2
**22** [2] - 133:7, 141:8
**22:31** [1] - 45:20
**23** [2] - 131:16, 133:7
**231** [1] - 17:18
**232** [5] - 160:17, 160:19, 162:10, 162:14, 163:2
**232-234** [1] - 3:20
**232.1** [2] - 163:2, 163:4
**232.10** [4] - 188:13, 188:16, 190:8, 193:1
**232.11** [2] - 196:6, 196:8
**232.12** [1] - 197:9, 197:11
**232.13** [1] - 199:11, 199:14
**232.14** [2] - 205:10, 205:13
**232.15** [2] - 207:23, 208:1
**232.16** [2] - 208:12, 208:15
**232.18** [3] - 209:8, 209:11, 209:15
**232.19** [2] - 182:24,

278:25

**232.2** [3] - 164:10, 164:12, 220:17
**232.21** [1] - 183:6
**232.3** [2] - 166:2, 166:3
**232.4** [4] - 170:16, 170:19, 172:8, 173:10
**232.5** [2] - 176:8, 176:11
**232.6** [2] - 178:5, 178:7
**232.7** [3] - 180:1, 180:3, 182:19
**232.9** [4] - 183:12, 183:15, 183:21, 186:25
**233** [4] - 3:8, 160:17, 162:10, 162:14
**233.1** [2] - 218:4, 218:7
**233.2** [2] - 220:18, 220:21
**233.3** [2] - 223:1, 223:4
**234** [3] - 160:17, 162:10, 162:15
**235** [5] - 3:20, 200:12, 200:14, 200:17, 200:19
**236** [5] - 3:20, 200:12, 200:14, 200:17, 200:19
**23:08** [2] - 45:17, 46:23
**23:58** [1] - 47:12
**23rd** [1] - 82:20
**24** [7] - 3:12, 6:15, 7:1, 7:23, 8:23, 63:8, 71:21
**244** [1] - 3:9
**247** [1] - 3:9
**25** [12] - 111:1, 133:13, 133:16, 134:11, 134:19, 146:23, 166:21, 168:23, 180:11, 203:4, 229:17, 259:16
**25:38** [1] - 47:22
**26** [8] - 3:13, 7:13, 49:8, 133:25, 134:2, 185:3, 185:4, 185:11
**26:13** [1] - 47:20
**26:50** [1] - 48:9
**27** [2] - 133:25, 134:4
**276** [1] - 3:9
**27:15** [1] - 48:10
**28** [6] - 133:14, 133:25, 134:7, 147:1, 169:2, 230:18

**29** [3] - 1:6, 3:13, 229:21
**2:00** [2] - 167:22, 173:17
**2:00-to-2:30** [1] - 176:7
**2:12** [1] - 111:25
**2:12:49** [1] - 107:16
**2:15** [2] - 183:1, 256:13
**2:16** [1] - 109:25
**2:18** [1] - 111:1
**2:22** [3] - 183:8, 256:22, 256:23
**2:25** [1] - 257:23
**2:30** [12] - 50:18, 84:13, 84:19, 99:11, 99:12, 173:15, 173:18, 258:6, 258:18, 264:2, 264:3
**2:32** [1] - 100:7
**2:34** [1] - 100:10
**2:35** [1] - 100:17
**2:36** [2] - 100:21, 101:4
**2:37** [5] - 100:25, 101:4, 260:7, 260:10, 260:11
**2:38** [1] - 101:7
**2:39** [1] - 101:16
**2:40** [13] - 44:14, 45:15, 48:15, 64:7, 98:11, 101:20, 104:24, 105:7, 105:12, 206:14, 208:17, 225:2, 241:25
**2:40-ish** [1] - 224:1
**2:41** [6] - 42:23, 101:22, 102:15, 103:7, 103:9, 104:2
**2:42** [14] - 42:4, 42:9, 90:25, 91:24, 91:25, 92:7, 92:21, 93:5, 93:25, 94:1, 94:3
**2:42:05** [1] - 91:14
**2:43** [2] - 94:22, 271:9
**2:48** [6] - 45:12, 45:15, 45:25, 90:25, 92:11, 92:15
**2:49** [2] - 45:25, 51:10

## 3

**3** [11] - 1:21, 1:24, 15:11, 15:13, 22:18, 23:8, 52:19, 53:19, 91:25, 99:2, 152:20

**3-D** [1] - 141:7
**30** [6] - 47:22, 65:11, 229:21, 229:23, 251:1, 251:2
**301** [13] - 3:21, 17:22, 17:25, 19:5, 210:1, 210:5, 210:8, 212:6, 212:7, 212:9, 212:14, 213:2, 213:6
**301.7** [3] - 213:11, 213:17, 213:19
**302** [6] - 3:17, 61:11, 61:17, 62:6, 62:7, 62:8
**308** [10] - 3:19, 64:17, 64:19, 64:24, 65:13, 65:20, 66:4, 66:6, 66:7, 66:19
**309** [1] - 17:22
**31** [2] - 108:23, 109:3
**319** [1] - 17:25
**31st** [1] - 143:21
**32** [1] - 141:8
**32502** [1] - 1:25
**33** [1] - 3:14
**333** [2] - 2:9, 283:14
**35** [3] - 65:11, 127:1, 127:12
**354-3269** [2] - 2:11, 283:15
**37** [1] - 127:1
**38** [2] - 127:22, 127:25
**39** [1] - 127:22
**3:00** [5] - 47:9, 48:3, 90:25, 92:16, 230:5
**3:02** [2] - 90:25, 217:12
**3:07** [2] - 212:22, 215:8
**3:08** [1] - 217:13
**3:11** [1] - 218:2
**3:11:48** [1] - 51:19
**3:12** [1] - 218:3
**3:12:15** [1] - 219:5
**3:14** [1] - 48:4
**3:15:34** [1] - 52:9
**3:16** [1] - 48:15
**3:18** [3] - 219:7, 221:15, 277:18
**3:19** [4] - 98:11, 272:20, 273:6, 274:1
**3:20** [8] - 64:7, 112:5, 206:15, 208:17, 225:2, 244:17, 273:6, 274:2
**3:21** [2] - 272:9, 273:6
**3:30** [4] - 53:15, 264:3, 264:4

**3:40** [1] - 122:3
**3:41** [2] - 120:7, 121:2
**3:46** [2] - 122:18, 123:12
**3:47** [1] - 122:10
**3:53** [2] - 124:1, 124:15
**3:54** [1] - 124:18

## 4

**4** [8] - 15:16, 15:19, 52:20, 53:19, 92:7, 99:3, 179:11, 179:13
**4-footer** [1] - 57:20
**40** [3] - 127:22, 141:8, 143:10
**40-millimeter** [2] - 142:13
**400** [2] - 144:16
**41** [1] - 3:14
**414** [10] - 3:21, 215:20, 215:21, 215:23, 216:16, 216:17, 216:19, 217:8, 217:9, 245:18
**419.2** [7] - 3:18, 63:5, 63:10, 63:22, 63:24, 64:1, 64:3
**42** [20] - 109:21, 140:20, 140:22, 141:2, 141:8, 141:9, 142:19, 146:2, 146:21, 152:13, 152:16, 152:25, 157:3, 177:10, 181:25, 190:18, 199:20, 203:23, 204:1, 204:2
**43** [2] - 65:18, 167:23
**441** [1] - 215:17
**448** [2] - 119:10, 119:13
**45373** [1] - 2:6
**46** [4] - 126:4, 177:19, 178:14, 193:25
**46s** [1] - 193:15
**49** [1] - 126:18
**4:00** [1] - 230:6
**4:03** [1] - 125:3
**4:15** [1] - 279:12
**4:25** [6] - 160:23, 224:6, 224:7, 224:15, 225:3, 225:5
**4:33** [1] - 107:7
**4D** [3] - 227:13
**4th** [1] - 97:10

## 5

**5** [5] - 15:23, 15:24, 53:19, 92:11, 99:3
**50** [4] - 126:4, 126:8, 229:23, 274:23
**50-50** [1] - 103:23
**500** [3] - 148:14, 150:21, 151:5
**501** [1] - 18:4
**504** [8] - 3:18, 19:5, 62:10, 63:1, 63:2, 63:3, 129:18, 129:21
**507** [5] - 3:12, 24:10, 24:19, 24:22, 77:15
**508** [5] - 3:13, 28:22, 29:2, 29:4, 29:5
**509** [6] - 3:14, 30:9, 30:10, 32:24, 33:2, 33:3
**51** [2] - 123:18, 125:23
**510** [5] - 3:14, 31:2, 32:24, 33:2, 33:3
**511** [12] - 3:14, 31:19, 32:24, 33:2, 33:4, 33:6, 33:9, 33:25, 34:1, 83:12, 83:13, 85:24
**512** [6] - 3:13, 25:20, 26:3, 26:5, 32:24, 33:1
**513** [6] - 3:14, 18:4, 32:9, 32:25, 33:2, 33:4
**52** [1] - 125:15
**53** [2] - 125:1, 161:10
**54** [1] - 3:15, 124:17
**55** [4] - 3:16, 123:18, 123:22, 123:24
**555** [1] - 1:17
**56** [2] - 3:16, 123:8
**59** [1] - 123:10
**5:00** [8] - 34:16, 34:19, 145:10, 224:1, 224:9, 227:5, 230:5, 271:10
**5:09** [2] - 107:12, 107:23
**5:56** [4] - 125:16, 125:24, 126:9, 126:19
**5th** [1] - 202:19

## 6

**6** [18] - 25:25, 27:22, 29:1, 30:20, 31:15, 34:5, 39:1, 42:7,

50:18, 58:25, 68:23,
76:14, 83:6, 96:18,
120:7, 135:6, 159:11,
276:6
  **60** [2] - 3:17, 123:8
  **602** [10] - 3:19,
18:19, 118:23, 119:3,
119:21, 119:25,
120:2, 129:24,
130:11, 133:7
  **61** [3] - 121:21,
121:25, 122:17
  **62** [1] - 3:17
  **63** [3] - 3:18, 8:11,
122:9
  **64** [4] - 3:18, 121:21,
121:25, 122:2
  **65** [3] - 118:24,
119:2, 120:5
  **66** [5] - 3:5, 3:19,
120:23, 120:25, 123:3
  **6706** [1] - 2:10
  **6:00** [3] - 145:10,
145:11, 230:5
  **6:31** [1] - 130:16
  **6:41** [1] - 128:23
  **6:50** [1] - 131:19
  **6:51** [1] - 132:16
  **6:54** [1] - 133:18
  **6th** [83] - 17:23, 18:2,
23:18, 28:7, 28:9,
28:13, 40:18, 40:22,
41:6, 42:9, 49:14,
49:15, 51:10, 52:9,
53:15, 55:18, 56:6,
56:21, 57:23, 58:3,
58:8, 59:16, 60:7,
60:12, 60:14, 62:3,
62:20, 63:20, 69:24,
76:6, 81:18, 82:6,
82:10, 83:9, 87:22,
89:1, 95:10, 107:16,
109:25, 110:25,
118:17, 118:19,
119:18, 120:19,
121:2, 122:3, 122:10,
122:18, 123:12,
124:1, 124:15,
124:18, 125:3,
125:16, 125:24,
126:9, 126:19,
127:20, 140:9,
140:16, 144:9,
144:21, 145:8,
146:21, 146:22,
146:23, 147:4,
157:25, 158:2, 160:9,
161:14, 162:3,
177:13, 177:23,
202:20, 231:11,

233:22, 236:10,
236:20, 243:23,
243:24, 244:17,
250:25

**7**

  **7** [6] - 126:24,
127:13, 128:1,
128:23, 129:5, 135:6
  **701** [1] - 16:12
  **704** [1] - 16:13
  **705** [1] - 16:8
  **709** [1] - 16:9
  **74** [5] - 49:14, 50:15,
51:18, 52:6, 53:12
  **745** [1] - 2:3
  **75** [1] - 3:6
  **7:42** [1] - 110:10

**8**

  **8** [4] - 130:16,
131:19, 132:16,
133:18
  **80** [1] - 3:6
  **801** [9] - 3:17, 57:16,
58:17, 60:3, 191:16,
236:8, 236:9, 276:3
  **810** [1] - 1:20
  **8:00** [1] - 227:17
  **8:20** [1] - 111:3

**9**

  **90** [1] - 169:15
  **9278** [2] - 119:4,
119:9
  **96734** [1] - 2:3
  **9:30** [2] - 281:1,
281:3
  **9:38** [1] - 1:7

**A**

  **a.m** [7] - 1:7, 34:19,
127:13, 128:1,
145:10, 228:13, 230:1
  **Abdi** [2] - 147:10,
201:21
  **abide** [1] - 171:8
  **ability** [10] - 170:3,
192:12, 207:10,
214:8, 215:2, 232:22,
235:17, 255:24,
256:2, 283:7
  **able** [33] - 6:18, 7:17,

8:14, 38:23, 45:23,
54:1, 58:13, 58:14,
64:12, 79:11, 79:12,
79:18, 80:2, 97:12,
115:15, 132:7,
132:10, 170:13,
182:21, 195:19,
195:20, 206:10,
219:8, 220:23, 227:9,
255:3, 255:20, 266:5,
269:16, 269:25,
270:23, 272:22,
278:19
  **abrased** [1] - 228:16
  **absence** [1] - 281:5
  **absolutely** [2] - 33:8,
199:7
  **academy** [4] -
142:23, 203:11,
203:12, 203:13
  **accepted** [1] - 20:21
  **accepting** [1] - 5:17
  **accepts** [1] - 27:2
  **access** [12] - 54:1,
83:1, 85:21, 86:6,
88:24, 184:7, 186:10,
189:24, 190:4,
219:18, 235:2, 237:3
  **accomplish** [1] -
208:6
  **according** [2] -
49:23, 229:5
  **account** [2] - 175:17,
223:18
  **accountability** [1] -
202:14
  **accountable** [1] -
180:17
  **accounted** [1] -
225:19
  **accurate** [18] - 17:22,
18:1, 18:5, 18:20,
19:4, 19:5, 19:12,
19:14, 19:23, 161:12,
161:14, 167:2, 200:9,
212:2, 216:11, 225:1,
248:8, 283:4
  **accurately** [5] -
24:15, 25:24, 30:18,
41:6, 49:15
  **accused** [1] - 59:8
  **achieve** [2] - 182:14,
182:15
  **acronym** [2] -
125:21, 170:24
  **act** [2] - 253:16,
255:18
  **acting** [1] - 253:18
  **Action** [1] - 1:3
  **action** [13] - 87:24,

87:25, 88:7, 90:12,
90:14, 90:17, 95:6,
95:7, 114:3, 156:8,
252:19, 253:14,
264:11
  **actions** [3] - 204:9,
252:3, 277:7
  **activate** [1] - 160:2
  **activated** [3] -
143:13, 158:20,
161:22
  **activates** [1] - 160:7
  **activation** [4] -
159:1, 160:6, 162:4,
231:9
  **active** [13] - 143:11,
156:20, 166:12,
173:21, 249:22,
251:20, 251:22,
252:22, 252:25,
255:14, 255:19,
262:5, 279:22
  **actively** [11] - 176:2,
193:6, 247:1, 249:24,
250:5, 252:6, 255:14,
280:2, 280:6, 280:16
  **activities** [1] -
113:21
  **acts** [4] - 145:5,
145:6, 253:7, 281:11
  **actual** [4] - 24:9,
95:1, 143:4, 143:15,
143:16, 158:12,
235:17
  **ad** [1] - 85:5
  **added** [1] - 221:5
  **addiction** [3] - 7:5,
8:2, 9:2
  **adding** [1] - 218:19
  **addition** [4] - 89:10,
157:2, 223:6, 243:11
  **additional** [7] -
28:12, 107:4, 140:24,
141:19, 153:25,
168:19, 218:20
  **additionally** [2] -
140:19, 211:6
  **address** [2] - 21:11,
156:24
  **addressing** [2] -
140:25, 142:3
  **adjust** [1] - 140:2
  **administrative** [1] -
56:17
  **admission** [1] -
156:18
  **admit** [20] - 24:18,
29:2, 30:12, 32:24,
41:9, 49:17, 53:18,
55:5, 56:1, 58:16,

87:25, 88:7, 90:12,
90:14, 90:17, 95:6,
95:7, 114:3, 156:8,
252:19, 253:14,
264:11 ... 

59:22, 60:1, 62:5,
62:25, 63:22, 66:4,
119:22, 162:9, 212:5,
216:15
  **admitted** [10] - 26:3,
33:2, 54:8, 55:7, 64:2,
120:1, 162:13,
191:15, 210:2, 212:8
  **advance** [3] - 82:14,
209:5, 240:12
  **advancing** [1] -
259:10
  **advantage** [1] - 57:5
  **advantages** [4] -
10:14, 10:22, 11:12,
11:24
  **aerial** [1] - 24:14
  **aerosol** [2] - 153:9,
184:10
  **affect** [1] - 185:2
  **affirm** [1] - 256:8
  **affirmance** [1] - 20:5
  **after-action** [8] -
87:24, 87:25, 88:7,
90:12, 90:14, 90:17,
95:6, 95:7
  **after-incident** [2] -
84:2, 87:22
  **aftermath** [1] - 83:23
  **afternoon** [14] -
34:16, 92:21, 112:24,
113:2, 136:9, 136:10,
139:24, 230:5, 233:9,
233:10, 245:2, 245:3,
247:15, 247:16
  **afterwards** [3] -
105:5, 234:24, 235:14
  **agencies** [4] - 69:23,
70:7, 82:15, 82:17
  **agency** [2] - 155:23,
156:4
  **agent** [7] - 20:16,
20:17, 20:18, 22:20,
23:2, 36:10, 72:10
  **agents** [2] - 20:22,
70:4
  **ago** [6] - 104:15,
140:13, 142:23,
158:21, 203:14,
211:16
  **agree** [9] - 9:14,
28:7, 76:4, 77:4, 98:9,
98:13, 238:13, 246:1,
250:15
  **agreed** [1] - 16:6
  **agrees** [1] - 20:6
  **ahead** [9] - 6:7,
47:21, 65:10, 72:23,
80:13, 82:10, 126:24,
213:4, 251:1

**Aiding** [1] - 233:4
**aimless** [1] - 164:18
**air** [5] - 96:10, 149:17, 149:19, 185:16, 270:12
**airwaves** [2] - 121:4, 123:4
**Akers** [4] - 4:10, 105:25, 111:6, 112:8
**AKERS** [159] - 1:15, 21:24, 22:1, 24:10, 24:12, 24:18, 24:24, 25:1, 25:19, 25:21, 26:2, 26:13, 26:15, 28:22, 28:24, 29:2, 29:7, 29:10, 29:13, 29:14, 30:9, 30:12, 30:13, 31:2, 31:5, 31:7, 31:19, 31:20, 32:9, 32:11, 32:23, 33:9, 33:10, 33:20, 34:3, 34:4, 40:25, 41:2, 41:9, 41:14, 41:16, 41:21, 42:1, 42:18, 42:22, 43:7, 43:11, 43:15, 43:18, 43:25, 44:5, 44:19, 45:2, 45:5, 45:17, 45:20, 45:21, 46:22, 47:1, 47:12, 47:16, 47:20, 48:1, 48:9, 48:13, 48:20, 48:22, 49:8, 49:12, 49:17, 49:25, 50:5, 50:9, 50:10, 50:24, 51:3, 51:11, 51:15, 51:16, 51:25, 52:3, 52:4, 52:14, 52:24, 53:5, 53:9, 53:10, 53:18, 53:23, 54:13, 54:18, 54:19, 55:5, 55:10, 55:14, 56:1, 56:5, 57:11, 57:14, 58:16, 59:13, 60:5, 61:11, 61:12, 61:19, 62:5, 62:10, 62:12, 62:25, 63:5, 63:6, 63:11, 63:22, 63:25, 64:5, 64:16, 64:21, 65:1, 65:10, 65:14, 65:18, 65:21, 66:4, 66:9, 68:24, 70:18, 71:21, 72:7, 81:3, 86:19, 88:4, 106:1, 106:3, 107:7, 107:12, 107:14, 107:23, 108:2, 108:4, 108:18, 108:22, 108:24, 109:3, 109:7, 109:8, 109:17, 109:21,

109:23, 110:10, 110:13, 110:14, 111:3, 111:8, 111:10, 111:16, 111:21, 111:22, 112:7, 191:17
**alcohol** [3] - 6:25, 7:22, 8:22
**alcove** [7] - 46:2, 92:12, 94:6, 108:17, 189:8, 195:2, 195:3
**alcove-like** [1] - 189:8
**alert** [3] - 222:13, 281:20, 281:22
**allow** [2] - 281:7, 282:7
**allowed** [1] - 282:8
**allowing** [1] - 280:7
**allows** [1] - 221:8
**almost** [15] - 39:23, 39:24, 45:25, 113:25, 114:1, 114:17, 115:6, 143:9, 171:5, 171:24, 205:2, 219:21, 220:8, 236:19, 273:18
**alone** [2] - 10:5, 240:20
**altered** [2] - 18:5, 162:6
**Amendment** [5] - 82:13, 143:3, 143:5, 143:7, 149:10
**AMERICA** [1] - 1:3
**America** [1] - 4:3
**American** [1] - 176:17
**American-flagged** [1] - 176:17
**amount** [10] - 69:19, 73:24, 111:11, 145:6, 208:22, 228:9, 234:19, 246:23, 274:12
**amounts** [1] - 148:10
**amphitheater** [2] - 242:17, 242:19
**amphitheater-style** [1] - 242:17
**amplified** [2] - 171:3, 171:10
**amplifier** [1] - 170:22
**Amy** [1] - 38:13
**analogy** [1] - 235:9
**analyst** [2] - 113:10, 113:11
**anchored** [1] - 255:2
**angle** [1] - 220:5
**angry** [1] - 135:2
**announced** [1] - 117:3

**answer** [3] - 5:25, 66:11, 93:19
**anticipate** [1] - 14:2
**anticipated** [1] - 69:16
**antifa** [1] - 231:13
**anxiety** [1] - 149:6
**anyway** [3] - 21:14, 56:18, 221:6
**apart** [1] - 208:24
**apologies** [2] - 46:12, 69:9
**apologize** [1] - 147:5
**app** [4] - 117:23, 118:2, 118:19, 119:16
**apparel** [1] - 152:19
**appear** [6] - 51:8, 83:7, 101:15, 102:9, 102:22, 281:4
**aPPEARANCES** [1] - 1:13
**APPEARANCES** [1] - 2:1
**appeared** [2] - 194:4, 228:2
**application** [4] - 114:8, 114:11, 114:12, 251:11
**applications** [2] - 114:6, 121:18
**appreciate** [2] - 33:24, 53:1
**appreciated** [1] - 164:6
**approach** [6] - 5:5, 57:12, 83:17, 162:19, 164:15, 191:12
**approached** [2] - 36:8, 37:19
**approaches** [5] - 83:18, 83:21, 83:25, 84:3, 85:13
**appropriately** [1] - 155:6
**approve** [2] - 10:4, 13:9
**approximation** [1] - 88:18
**area** [73] - 25:8, 27:6, 27:7, 27:11, 30:2, 32:3, 35:22, 36:7, 36:23, 38:21, 44:10, 46:1, 49:2, 51:5, 54:24, 55:22, 61:23, 62:1, 62:2, 62:15, 62:18, 62:19, 62:24, 63:19, 63:21, 67:6, 69:20, 73:22, 78:3, 78:16, 78:18, 78:20, 78:21, 82:8, 85:22,

94:6, 97:13, 108:17, 109:12, 149:11, 149:12, 149:13, 149:14, 149:15, 189:8, 189:11, 189:25, 190:4, 198:17, 204:16, 235:3, 237:1, 239:6, 243:6, 247:22, 247:23, 248:4, 249:5, 249:12, 250:21, 257:8, 259:1, 262:7, 262:8, 272:15, 277:14, 277:15, 279:12, 280:5, 280:7
**Area** [2] - 31:9, 66:25
**areas** [8] - 30:3, 30:4, 31:12, 83:3, 84:18, 85:13, 85:23, 282:7
**arguments** [2] - 14:2, 232:12
**arm** [5] - 79:19, 210:16, 215:1, 215:8, 222:21
**arm's** [1] - 74:10
**armed** [1] - 126:17
**armholes** [1] - 222:6
**armor** [5] - 141:13, 141:20, 141:21, 164:4, 232:6
**arms** [11] - 79:13, 79:15, 79:24, 151:12, 206:5, 206:7, 214:9, 215:3, 228:18, 229:8, 265:12
**arrest** [3] - 171:9, 255:21, 281:4
**arrested** [2] - 68:12, 255:23
**arrests** [1] - 256:1
**arrive** [4] - 34:9, 70:3, 70:8, 83:7
**arrived** [3] - 34:20, 249:21, 250:5
**arriving** [2] - 162:18, 250:15
**article** [1] - 68:18
**artificial** [2] - 249:12, 252:19
**Ashley** [1] - 4:10
**ASHLEY** [1] - 1:15
**aside** [7] - 74:20, 137:22, 138:10, 164:21, 164:25, 165:7, 165:20
**asp** [3] - 141:15, 147:20, 157:19
**aspects** [1] - 236:19
**asphyxiant** [1] -

184:11
**ass** [1] - 125:21
**assault** [7] - 156:20, 166:12, 173:21, 173:24, 174:9, 193:6, 257:22
**assaulted** [8] - 172:12, 175:21, 175:23, 175:24, 258:13, 259:14
**assaulting** [12] - 166:14, 174:25, 175:8, 176:2, 176:18, 182:12, 238:8, 238:11, 255:1, 261:10, 261:15, 277:13
**assaultive** [1] - 193:6
**assaults** [3] - 173:6, 255:7, 261:7
**assemble** [2] - 189:5, 235:2
**assembled** [1] - 204:9
**assemblies** [3] - 143:3, 143:5, 143:7
**assembly** [1] - 171:6
**assessment** [1] - 23:10
**assets** [1] - 196:3
**assigned** [5] - 34:12, 56:18, 68:3, 68:5, 199:20
**assist** [6] - 150:1, 156:12, 195:19, 223:7, 278:9, 278:23
**assistance** [4] - 148:2, 153:20, 154:1, 154:16
**assistant** [4] - 23:15, 23:16, 38:12, 87:16
**associated** [1] - 231:15
**assume** [22] - 26:8, 67:19, 74:21, 84:12, 86:21, 87:3, 87:4, 100:4, 103:7, 103:9, 103:13, 104:4, 115:14, 115:15, 115:16, 115:19, 116:11, 209:1, 221:3, 221:4, 240:22, 256:10
**assumed** [5] - 122:25, 126:17, 130:9, 168:17, 198:4
**at-the-time** [1] - 116:19
**athletic** [1] - 141:20
**attach** [2] - 151:12,

185:23
**attached** [5] -
167:10, 167:11,
211:15, 221:2, 221:13
**Attachments** [2] -
128:24, 129:13
**attachments** [1] -
129:23
**attack** [8] - 166:20,
169:3, 237:3, 249:22,
249:24, 250:5,
251:20, 251:22
**attacked** [1] - 142:5
**attacking** [5] - 35:24,
37:25, 124:20,
124:24, 250:13
**attempt** [1] - 198:8
**attempting** [2] -
48:8, 242:12
**attended** [2] - 69:7
**attention** [7] - 11:6,
11:19, 12:5, 12:10,
105:11, 114:13,
207:21
**attire** [1] - 141:12
**attitude** [1] - 262:2
**attorney** [3] - 5:22,
10:13, 261:9
**ATTORNEYS** [1] -
1:16
**attorneys** [1] - 26:7
**audibly** [3] - 161:24,
171:16, 186:7
**audio** [7] - 40:2,
158:14, 158:16,
158:18, 158:21,
158:22, 161:16
**August** [1] - 1:6
**Austin** [2] - 151:25,
201:20
**authentic** [1] - 18:20
**authentication** [1] -
160:16
**authenticity** [2] -
15:18, 15:21
**authority** [1] - 81:8
**authorization** [3] -
151:1, 151:3, 151:4
**authorized** [3] -
89:20, 234:20, 238:10
**authorizing** [1] -
150:7
**available** [7] - 34:25,
83:4, 194:2, 207:1,
235:5, 235:6, 255:21
**Ave** [3] - 77:21,
85:22, 93:2
**Avenue** [19] - 2:9,
25:13, 29:17, 29:19,
29:23, 31:25, 33:16,

34:24, 38:20, 67:10,
67:12, 84:22, 86:2,
93:15, 145:14, 146:9,
148:6, 239:9, 283:14
**avenues** [1] - 219:19
**average** [1] - 106:8,
106:17, 143:1
**aware** [20] - 31:14,
31:16, 37:6, 45:15,
56:20, 59:2, 60:6,
61:6, 68:11, 68:16,
68:17, 72:6, 124:9,
192:21, 192:22,
196:20, 197:21,
198:19, 198:22, 199:3
**Axon** [1] - 158:9

# B

**bachelor's** [1] - 7:16
**back-and-forth** [4] -
173:5, 173:7, 214:12,
246:16
**backfill** [1] - 257:1
**background** [3] -
6:22, 7:20, 8:17
**backing** [3] - 189:16,
194:18, 194:20
**backpack** [1] - 182:9
**backwards** [4] -
222:11, 255:10,
264:17, 267:21
**bad** [4] - 151:23,
238:9, 266:1
**badge** [5] - 60:11,
60:24, 61:2, 210:15,
210:22
**Bagshaw** [1] -
221:21
**balance** [1] - 272:11
**ballistic** [1] - 141:16
**balls** [1] - 142:17
**Band** [1] - 233:4
**Band-Aiding** [1] -
233:4
**bands** [1] - 231:21
**bar** [9] - 43:2, 43:23,
55:16, 91:23, 92:2,
108:10, 110:4, 110:6,
192:11
**barely** [1] - 219:21
**barn** [2] - 235:15
**barricaded** [1] -
83:19
**barricades** [2] -
70:24, 162:25
**barrier** [10] - 84:8,
84:12, 84:14, 87:7,
96:10, 102:20,

167:12, 178:20,
195:8, 249:13
**barriers** [14] - 67:9,
82:25, 83:10, 85:4,
86:12, 86:17, 86:25,
248:18, 248:22,
254:22, 256:12,
256:14, 258:8
**barring** [1] - 159:1
**based** [29] - 23:22,
25:4, 33:11, 40:17,
41:5, 44:6, 49:13,
50:21, 52:10, 61:20,
62:13, 63:12, 67:2,
70:14, 90:12, 102:2,
102:22, 115:18,
115:22, 115:24,
121:12, 135:15,
219:3, 229:3, 230:12,
234:5, 245:11, 256:9,
279:25
**basement** [1] - 92:17
**basic** [1] - 58:6
**basis** [3] - 85:5, 97:2,
116:6
**baton** [10] - 56:18,
141:14, 141:15,
147:20, 157:16,
178:3, 212:18, 237:9
**batons** [2] - 56:11,
157:19
**battering** [1] - 247:5
**battery** [1] - 158:15
**battling** [1] - 235:23
**beanie** [1] - 65:23
**bear** [1] - 175:11
**became** [11] -
140:13, 199:3,
246:16, 260:25,
268:19, 269:6,
269:23, 272:3, 272:8,
273:23
**becomes** [2] - 27:9,
220:1
**Bedford** [1] - 1:20
**BEFORE** [1] - 1:11
**beforehand** [1] -
250:19
**began** [4] - 146:11,
146:13, 247:21,
277:24
**begin** [1] - 164:22
**beginning** [7] -
21:14, 21:15, 72:19,
98:23, 99:16, 142:24,
202:1
**begins** [2] - 158:14,
158:18
**behalf** [2] - 4:22,
4:23

**behaviors** [1] -
173:19
**behind** [54] - 35:7,
37:21, 83:14, 155:4,
163:11, 163:14,
166:19, 167:7,
167:14, 167:18,
168:20, 172:16,
175:7, 175:13,
179:10, 181:5,
189:10, 189:17,
189:20, 194:25,
195:8, 195:15,
196:23, 204:10,
206:10, 208:11,
219:13, 220:5,
220:14, 222:8,
222:25, 237:5,
240:21, 242:11,
242:14, 243:11,
243:17, 245:13,
249:14, 249:19,
252:9, 258:23, 259:7,
259:23, 264:24,
265:13, 265:20,
266:23, 266:25,
268:20, 268:25,
272:5, 273:11, 276:16
**belief** [1] - 219:4,
219:6, 226:2
**belong** [1] - 190:16
**below** [1] - 19:12
**belt** [1] - 38:16
**bench** [4] - 12:14,
13:10, 13:15, 13:18
**BENCH** [1] - 1:10
**beneath** [1] - 197:20
**benefit** [2] - 254:22,
256:13
**best** [8] - 88:19,
90:5, 178:3, 200:9,
202:25, 243:2, 260:6,
283:7
**best-case** [1] - 243:2
**better** [5] - 161:25,
162:1, 178:21,
181:10, 267:17
**between** [50] - 18:14,
21:10, 24:7, 45:15,
77:17, 88:16, 90:3,
90:23, 93:1, 98:11,
101:4, 102:22, 103:3,
103:11, 104:25,
115:2, 115:6, 119:17,
144:20, 150:19,
154:25, 155:14,
167:13, 168:5,
173:17, 174:1,
178:17, 178:24,
181:6, 181:13, 189:3,

193:22, 206:3,
206:14, 206:25,
207:3, 208:17, 214:3,
217:12, 225:2,
229:20, 231:24,
246:16, 249:21,
254:11, 265:7,
265:13, 267:7, 269:3,
270:17
**beyond** [3] - 97:21,
175:2, 207:19
**Biden** [1] - 117:3
**big** [14] - 35:7, 35:11,
61:6, 120:10, 120:14,
120:20, 121:8, 154:4,
181:19, 195:3, 229:6,
232:19, 249:11, 263:7
**bigger** [5] - 57:3,
106:12, 141:16,
168:14, 258:9
**biggest** [3] - 253:22,
253:24, 254:6
**bike** [98] - 28:16,
30:3, 30:19, 31:3,
31:24, 32:1, 35:7,
35:10, 77:13, 77:16,
77:20, 77:25, 81:22,
82:25, 83:13, 83:19,
84:8, 84:10, 84:12,
84:14, 84:15, 84:23,
85:2, 85:4, 85:12,
85:19, 85:23, 86:9,
86:11, 86:25, 87:1,
87:2, 87:9, 93:22,
100:1, 102:20,
109:15, 148:20,
167:1, 167:4, 167:5,
167:7, 167:9, 167:12,
167:14, 167:16,
167:17, 167:19,
168:1, 168:10,
168:14, 168:15,
172:22, 172:23,
173:1, 173:18,
178:19, 178:21,
178:22, 179:1, 179:2,
179:3, 179:5, 179:17,
179:23, 180:5, 181:1,
181:3, 181:4, 181:9,
181:10, 182:9, 188:5,
188:20, 188:22,
188:23, 188:24,
249:13, 249:21,
252:19, 254:17,
255:2, 255:3, 255:5,
255:10, 255:13,
256:12, 256:15,
256:19, 258:8, 279:6,
279:8, 279:9, 279:13
**Bill** [1] - 148:16

**bit** [18] - 60:22, 74:4, 77:3, 78:13, 95:8, 102:13, 123:7, 137:20, 137:21, 155:13, 155:19, 157:1, 161:4, 205:3, 236:7, 243:5, 265:25, 279:14
**blab** [1] - 132:18
**Black** [1] - 125:11
**black** [7] - 43:19, 43:21, 60:25, 125:7, 152:12, 272:1
**blends** [1] - 144:3
**block** [8] - 7:21, 145:22, 148:14, 150:21, 151:5, 246:2, 246:10, 246:11
**blocked** [1] - 122:25
**blocks** [1] - 145:15
**blow** [1] - 79:12
**blows** [1] - 79:1
**blue** [3] - 19:20, 56:9, 65:23
**Blue** [2] - 146:16, 231:18
**Bluetooth** [1] - 160:6
**blunt** [3] - 237:22, 237:25, 238:12
**blurry** [1] - 43:24
**Board** [1] - 31:10
**bodies** [4] - 205:16, 265:6, 265:7, 266:18
**Body** [1] - 120:8
**body** [60] - 15:20, 15:22, 104:24, 121:3, 122:4, 122:11, 122:19, 123:15, 124:2, 124:19, 125:4, 125:19, 125:24, 126:10, 126:20, 127:14, 128:2, 130:17, 131:20, 132:17, 133:19, 147:23, 158:4, 158:5, 158:7, 158:8, 158:23, 159:8, 159:10, 159:13, 159:16, 159:18, 159:24, 160:1, 160:3, 160:12, 160:3, 161:1, 161:16, 161:20, 162:5, 162:11, 182:12, 190:15, 199:24, 200:6, 205:18, 205:20, 205:22, 205:24, 206:2, 207:22, 212:21, 218:3, 223:15, 228:17,

228:22, 228:23, 265:5
**body-camera** [1] - 162:5
**body-worn** [25] - 15:20, 15:22, 104:24, 147:23, 158:4, 158:5, 158:7, 158:8, 158:23, 159:8, 159:10, 159:13, 159:16, 159:24, 160:3, 160:12, 160:13, 161:1, 162:11, 200:6, 205:22, 205:24, 207:22, 218:3, 265:5
**Bogner** [3] - 205:3, 263:22, 263:23
**Bond** [2] - 4:10, 217:3
**BOND** [99] - 1:15, 139:23, 140:4, 149:7, 160:19, 160:21, 162:9, 162:16, 163:2, 163:13, 164:10, 164:14, 165:24, 166:5, 166:6, 170:16, 171:15, 172:5, 172:20, 173:8, 173:11, 176:8, 176:12, 176:13, 178:5, 178:9, 180:1, 180:7, 182:20, 183:12, 183:16, 184:4, 186:23, 187:1, 187:2, 188:13, 188:17, 188:18, 190:6, 190:9, 190:10, 191:12, 191:14, 191:18, 193:2, 193:3, 196:6, 196:9, 196:10, 197:8, 197:12, 197:13, 199:11, 199:15, 200:11, 200:16, 200:21, 205:10, 205:14, 207:23, 208:2, 208:12, 208:16, 209:12, 209:16, 210:1, 210:6, 210:9, 210:10, 212:5, 212:11, 212:15, 212:16, 212:24, 213:3, 213:7, 213:8, 213:10, 213:15, 213:18, 215:17, 215:21, 215:24, 216:1, 216:15, 217:6, 217:11, 218:8, 220:17, 220:22, 223:1, 223:5, 230:22, 275:18, 275:24,

276:2, 278:24, 279:1, 280:18
**boots** [1] - 56:9
**boss** [1] - 38:14
**bottle** [2] - 269:24, 270:2
**bottom** [8] - 102:6, 109:10, 121:25, 123:21, 126:7, 196:25, 238:2, 261:19
**bounce** [2] - 151:15, 257:24
**bounces** [1] - 186:12
**boundary** [3] - 156:7, 181:6, 251:22
**box** [6] - 32:19, 158:8, 171:10, 171:18, 171:19, 221:2
**Box** [1] - 2:3
**Boys** [1] - 231:14
**brace** [1] - 192:4
**breach** [20] - 33:15, 34:24, 48:8, 70:7, 88:15, 88:20, 90:22, 93:2, 93:3, 93:12, 93:16, 93:18, 94:4, 94:7, 107:20, 110:7, 110:24, 204:23, 205:1, 271:21
**breached** [17] - 38:9, 38:21, 38:22, 44:13, 48:6, 48:18, 89:21, 90:13, 90:18, 91:2, 92:20, 92:22, 94:2, 133:8, 205:2, 225:24, 263:21
**breaches** [9] - 45:14, 93:3, 107:1, 107:4, 111:11, 111:13, 111:16, 111:24, 235:22
**break** [21] - 5:22, 43:14, 80:12, 105:17, 105:20, 107:18, 108:7, 139:10, 169:25, 177:12, 195:10, 206:24, 215:6, 216:20, 216:24, 224:2, 224:3, 250:14, 250:23, 255:11, 271:10
**breaking** [5] - 82:2, 108:12, 182:5, 187:18, 224:1
**breaks** [2] - 224:5, 261:5
**breastbone** [2] - 205:21, 205:23
**breathe** [6] - 184:12, 185:5, 185:12,

185:15, 267:8, 267:9
**breathers** [1] - 208:20
**breathing** [2] - 185:14, 185:21
**breezeway** [1] - 221:9
**Brian** [2] - 197:6, 201:19
**brief** [2] - 14:1, 41:19
**briefings** [6] - 68:22, 69:6, 69:7, 69:8, 69:13, 70:14
**briefly** [2] - 22:9, 136:17
**bring** [7] - 20:14, 127:22, 131:21, 169:7, 190:18, 213:11
**bringing** [2] - 166:21, 172:16
**brings** [1] - 215:5
**broke** [8] - 71:16, 72:5, 93:14, 224:3, 231:1, 233:4, 260:24, 263:17
**broken** [13] - 37:1, 37:2, 92:1, 94:22, 94:25, 95:3, 201:11, 232:10, 240:22, 258:18, 259:19, 261:5, 269:12
**Bronson** [2] - 199:17, 201:22
**brought** [8] - 70:10, 105:11, 115:10, 166:21, 166:22, 172:16, 248:17, 248:19
**brown** [2] - 18:12, 18:24
**bruise** [1] - 229:6
**bruised** [2] - 228:16, 229:8
**buddy** [2] - 185:14, 185:21
**buffer** [3] - 158:11, 158:13, 158:17
**bug** [1] - 142:12
**building** [37] - 23:24, 26:20, 27:5, 38:11, 39:17, 40:7, 42:12, 47:11, 68:12, 70:24, 73:9, 80:24, 88:25, 89:12, 90:16, 93:4, 93:10, 94:1, 94:7, 95:2, 96:21, 99:17, 99:21, 102:4, 108:13, 110:23, 148:20, 226:16, 238:22, 238:23, 238:24,

239:10, 239:17, 241:15, 254:15, 273:10, 278:1
**Building** [40] - 15:3, 24:6, 24:8, 24:9, 24:16, 26:17, 27:22, 28:1, 28:9, 29:15, 34:21, 35:1, 35:3, 37:10, 37:15, 39:8, 40:5, 42:10, 43:5, 45:7, 46:1, 46:4, 47:2, 48:16, 94:3, 106:5, 106:16, 107:5, 107:21, 108:15, 110:2, 110:8, 145:16, 148:3, 149:10, 155:8, 155:15, 199:10, 201:5, 232:19
**buildings** [2] - 38:15, 80:20
**builds** [1] - 99:20
**built** [3] - 26:24, 38:7, 138:1
**bullet** [1] - 152:20
**bullet-resistant** [1] - 152:20
**bulletproof** [3] - 147:18, 147:22, 228:19
**bullets** [5] - 125:6, 125:12, 126:11, 127:4, 142:18
**bunch** [2] - 47:10, 189:11
**Bureau** [2] - 70:5, 70:8
**bureau** [2] - 30:7, 39:21
**burned** [2] - 208:25, 225:20
**burner** [4] - 183:24, 183:25, 185:24, 186:12
**burning** [3] - 183:25, 184:3, 230:7
**bursts** [1] - 157:8
**business** [1] - 40:14
**button** [4] - 91:23, 158:11, 158:17, 158:22
**BY** [146] - 2:7, 22:1, 24:12, 25:1, 25:21, 26:15, 28:24, 29:14, 30:13, 31:7, 31:20, 32:11, 33:10, 34:4, 41:2, 41:14, 42:1, 42:22, 43:11, 43:18, 44:5, 44:19, 45:5, 45:21, 47:1, 47:16, 48:1, 48:13, 48:22,

49:12, 50:10, 51:3, 51:16, 52:4, 53:10, 54:19, 55:14, 56:5, 57:14, 60:5, 61:12, 61:19, 62:12, 63:6, 63:11, 64:5, 65:1, 65:14, 65:21, 66:16, 66:21, 69:3, 71:4, 72:1, 73:1, 74:8, 75:6, 75:23, 80:16, 81:10, 85:11, 86:3, 86:23, 88:8, 93:21, 99:10, 100:13, 101:10, 102:1, 104:14, 106:3, 107:14, 108:4, 108:24, 109:8, 109:23, 110:14, 111:22, 113:1, 116:8, 119:1, 120:4, 120:24, 121:23, 123:9, 123:20, 126:6, 127:2, 127:24, 128:20, 129:11, 129:19, 130:13, 131:17, 133:15, 134:16, 136:8, 137:7, 139:23, 140:4, 149:7, 160:21, 162:16, 163:13, 164:14, 166:6, 171:15, 172:20, 173:11, 176:13, 178:9, 180:7, 182:20, 183:16, 184:4, 187:2, 188:18, 190:10, 191:14, 191:18, 193:3, 196:10, 197:13, 199:15, 200:21, 205:14, 208:2, 208:16, 209:16, 210:10, 212:16, 213:8, 213:18, 216:1, 217:11, 218:8, 220:22, 223:5, 233:8, 240:16, 241:4, 243:21, 245:1, 247:14, 276:2, 279:1

**C**

C-L-I-F-F-O-R-D [1] - 8:9
**calm** [1] - 179:19
**calmed** [1] - 227:9
**cam** [3] - 161:16, 205:18, 212:22
**camera** [44] - 15:20, 40:8, 40:19, 43:1, 49:14, 50:15, 51:18, 51:21, 52:6, 53:12,

88:1, 104:24, 147:23, 158:4, 158:5, 158:7, 158:8, 158:12, 158:15, 158:19, 158:23, 159:2, 159:8, 159:10, 159:13, 159:16, 159:24, 160:7, 160:12, 160:13, 161:1, 161:20, 162:5, 162:11, 177:1, 199:24, 200:6, 205:20, 205:22, 205:24, 207:22, 218:3, 223:15, 265:5
**cameras** [13] - 15:22, 27:19, 39:8, 39:13, 39:16, 39:19, 39:22, 39:23, 40:2, 40:4, 160:3, 160:11, 162:1
**campaign** [1] - 115:10
**cams** [2] - 159:18, 160:1
**candidate** [2] - 114:24
**candidates** [2] - 115:4, 115:7
**canister** [4] - 142:11, 257:12, 257:24, 263:24
**canisters** [1] - 257:11
**cannister** [1] - 147:20
**cannot** [15] - 67:6, 67:23, 74:12, 78:17, 90:19, 175:9, 184:12, 207:12, 244:6, 265:20, 267:25, 269:1, 269:2, 278:22
**cantankerous** [1] - 115:2
**cap** [1] - 77:19
**capable** [2] - 204:16, 225:17
**capacity** [1] - 145:25
**Capitol** [253] - 15:3, 15:15, 15:18, 20:2, 22:4, 22:8, 22:10, 22:16, 23:16, 23:23, 23:24, 24:1, 24:6, 24:8, 24:9, 24:14, 24:16, 25:6, 25:10, 25:17, 25:23, 25:25, 26:17, 26:19, 27:22, 28:1, 28:8, 29:15, 29:24, 30:6, 30:17, 31:10, 31:11, 31:17, 32:16, 33:17, 33:18,

34:21, 35:1, 35:3, 35:5, 35:18, 35:23, 37:10, 37:12, 37:14, 37:16, 37:17, 39:2, 39:8, 39:16, 39:22, 40:5, 40:9, 40:11, 40:13, 42:10, 43:5, 43:20, 44:3, 44:10, 44:13, 45:6, 46:1, 46:3, 47:2, 47:18, 48:16, 54:24, 55:1, 55:20, 56:20, 57:1, 57:23, 58:7, 58:24, 59:15, 60:6, 60:11, 60:15, 60:21, 60:24, 61:1, 62:1, 62:18, 63:18, 65:15, 65:17, 67:25, 69:5, 69:10, 69:11, 69:22, 69:24, 70:1, 70:16, 71:11, 71:13, 71:16, 72:4, 75:10, 75:13, 76:2, 76:6, 76:19, 76:21, 77:5, 77:9, 77:24, 80:20, 81:8, 81:11, 81:21, 82:14, 85:13, 85:15, 86:4, 86:7, 87:11, 87:20, 88:15, 88:22, 88:24, 89:3, 89:8, 91:5, 92:24, 94:2, 95:5, 95:7, 103:18, 103:20, 106:5, 106:9, 106:16, 107:5, 107:20, 108:15, 109:12, 110:2, 110:7, 112:3, 121:10, 124:8, 128:8, 129:8, 130:9, 131:1, 145:16, 148:3, 148:10, 149:10, 149:11, 149:14, 149:16, 149:17, 149:18, 149:20, 149:22, 149:25, 150:1, 150:3, 152:15, 152:17, 153:20, 153:21, 154:19, 155:8, 155:14, 155:15, 155:24, 155:25, 156:1, 156:4, 156:7, 156:11, 156:12, 160:8, 162:18, 162:20, 162:24, 163:1, 163:21, 163:23, 163:24, 164:2, 164:15, 164:17, 168:4, 168:17, 179:2, 184:16, 184:17, 185:25, 186:3, 186:8, 186:11, 189:7,

190:17, 190:18, 190:20, 190:23, 190:25, 191:4, 191:10, 192:2, 192:8, 196:4, 198:12, 198:14, 199:10, 201:4, 201:17, 204:12, 204:14, 204:17, 209:19, 210:19, 214:17, 215:4, 215:5, 215:9, 219:19, 224:10, 225:25, 226:7, 227:11, 227:15, 228:4, 229:11, 230:13, 232:19, 232:25, 234:24, 235:12, 235:22, 239:4, 242:17, 247:22, 250:25, 268:15, 275:7, 279:24, 279:25, 280:17, 281:8, 281:9, 281:20, 282:6, 282:7, 282:9
**Capitol's** [1] - 156:6
**Captain** [55] - 20:3, 21:19, 22:7, 24:13, 25:22, 28:25, 30:15, 31:8, 31:21, 32:12, 33:11, 35:14, 37:20, 38:25, 41:3, 42:2, 44:20, 45:6, 45:22, 47:2, 47:17, 48:14, 49:13, 50:11, 51:17, 53:20, 54:20, 55:17, 56:6, 57:15, 58:13, 58:23, 59:14, 60:6, 61:14, 62:13, 63:12, 64:6, 65:2, 66:17, 66:22, 75:17, 75:24, 80:17, 103:15, 105:18, 106:25, 107:15, 108:5, 108:25, 109:9, 110:15, 111:23, 112:9, 263:9
**captain** [20] - 20:4, 22:2, 22:4, 22:8, 23:13, 23:19, 25:2, 26:16, 29:15, 34:5, 56:15, 63:7, 66:9, 66:11, 87:13, 87:18, 106:4, 176:23, 178:14, 221:21
**capture** [1] - 40:2
**car** [3] - 155:2, 155:3, 192:10
**cardinal** [1] - 25:3
**care** [4] - 38:15,

165:20, 180:20, 205:8
**Carl** [4] - 163:23, 164:3, 164:7, 164:9
**Carlton** [1] - 201:23
**carpenter** [1] - 6:23
**carpet** [1] - 137:17
**carriage** [6] - 37:24, 38:6, 38:7, 89:15, 89:16, 110:17
**carry** [5] - 157:4, 157:16, 157:17, 177:11, 177:18
**carrying** [5] - 176:22, 176:23, 177:25, 194:3, 236:10
**cars** [1] - 162:22
**case** [18] - 10:6, 14:14, 18:18, 20:16, 20:17, 20:18, 20:22, 41:18, 127:15, 127:19, 128:11, 144:19, 145:4, 177:12, 243:2, 246:5, 246:6, 253:14
**Case** [1] - 4:3
**cases** [2] - 16:1, 159:1
**catch** [1] - 38:3
**category** [1] - 257:17
**caught** [1] - 134:22
**caused** [3] - 172:24, 253:15, 255:1
**causes** [1] - 257:20
**causing** [2] - 166:1, 255:11
**cautious** [1] - 174:20
**caveat** [1] - 282:2
**CCTV** [6] - 48:23, 49:23, 50:12, 50:15, 54:22, 92:17
**CCV** [2] - 39:7, 39:8
**CDU** [41] - 75:7, 75:11, 140:22, 140:23, 141:2, 141:9, 141:12, 142:19, 142:22, 142:23, 143:10, 146:2, 146:21, 146:22, 147:1, 152:13, 152:16, 152:25, 156:19, 157:2, 157:3, 157:16, 157:18, 163:6, 163:9, 166:10, 169:1, 177:8, 177:10, 177:23, 190:18, 196:3, 199:20, 202:17, 211:9, 234:12, 236:21, 250:10, 250:15
**ceased** [2] - 28:3,

202:1
**ceases** [1] - 158:13
**cell** [7] - 18:17,
18:19, 18:24, 19:9,
19:16, 19:17, 19:18
**Center** [1] - 89:9
**center** [3] - 61:5,
67:11, 159:7
**ceremonial** [2] -
76:15, 82:1
**certain** [6] - 70:22,
82:8, 115:9, 158:12,
183:25, 262:7
**certainly** [6] - 85:4,
105:7, 190:4, 233:23,
245:5, 266:4
**CERTIFICATE** [1] -
283:1
**certification** [7] -
15:10, 68:4, 68:8,
68:20, 71:8, 235:24,
236:1
**certifications** [1] -
140:23
**certified** [6] - 142:9,
142:13, 142:20,
142:23, 170:24,
192:10
**certify** [2] - 113:12,
283:4
**certifying** [1] - 68:14
**Chaclan** [1] - 6:9
**Chad** [2] - 147:14,
201:21
**chain** [6] - 7:21,
18:11, 18:14, 18:23,
19:7, 19:19
**chain-of-custody** [1]
- 18:23
**chamber** [1] - 32:21
**chambers** [3] -
42:13, 64:10, 91:22
**chance** [3] - 160:13,
200:6, 281:13
**CHANDLER** [1] - 1:6
**Chandler** [2] - 4:4,
7:9
**change** [2] - 165:14,
272:1
**changes** [1] - 266:2
**channel** [9] - 132:2,
132:3, 132:4, 132:5,
132:8, 132:9, 132:10,
132:12, 186:8
**chanting** [1] - 252:25
**chants** [1] - 245:22
**charge** [3] - 17:11,
21:14, 23:10
**charges** [2] - 9:5,
72:12

**charging** [1] - 264:21
**chase** [1] - 144:5
**chat** [9] - 113:22,
114:6, 114:11, 119:3,
121:18, 132:9,
132:12, 136:19,
136:20
**chats** [1] - 121:17
**checked** [1] - 139:5
**chemical** [7] - 36:9,
145:1, 172:15,
176:20, 228:17,
228:24, 257:4
**chemicals** [1] - 75:3
**chest** [10] - 61:2,
141:23, 151:11,
158:9, 158:11, 159:7,
205:19, 205:22,
211:4, 219:2
**chief** [4] - 14:15,
87:16, 87:17
**choke** [2] - 243:7,
269:11
**Christmas** [1] -
137:12
**Circle** [1] - 67:12
**circle** [4] - 27:17,
53:5, 210:14, 213:21
**circled** [3] - 46:14,
210:20, 213:22
**circuit** [3] - 15:19,
40:8, 40:22
**circular** [1] - 192:7
**circumstance** [2] -
103:2, 222:18
**circumstances** [9] -
181:2, 207:2, 211:20,
222:10, 253:23,
265:19, 277:1, 278:7,
278:13
**citizen** [4] - 67:15,
144:5, 174:17, 245:19
**citizen-filmed** [1] -
245:19
**city** [5] - 125:25,
143:22, 144:8,
149:10, 231:23
**civil** [15] - 15:12,
17:9, 57:4, 57:6,
57:19, 58:14, 75:9,
75:13, 103:20,
111:18, 141:18,
142:19, 157:14,
195:21, 277:9
**Civil** [1] - 140:20
**civilian** [4] - 67:16,
72:10, 74:10, 74:20
**civilians** [4] - 75:2,
198:20, 240:5, 240:7
**clash** [1] - 263:7

**Class** [2] - 56:8, 56:9
**clawing** [2] - 215:3,
215:7
**cleaned** [2] - 161:20,
161:25
**clear** [24] - 36:13,
77:17, 91:9, 91:10,
94:16, 94:21, 95:14,
113:2, 116:10,
121:20, 126:3, 127:1,
127:22, 131:15,
133:12, 161:24,
178:16, 189:4,
193:23, 213:3,
230:10, 263:6,
263:17, 282:5
**clearly** [10] - 61:9,
102:8, 161:23,
193:16, 199:4,
260:15, 267:18,
267:19, 275:6, 278:21
**Clements** [14] - 4:11,
119:2, 120:22,
121:22, 123:6,
123:18, 126:3,
126:25, 127:21,
128:19, 133:12,
212:11, 213:10,
278:24
**clerical** [1] - 228:10
**client** [12] - 10:22,
11:3, 11:7, 11:11,
11:15, 11:24, 12:2,
12:6, 13:14, 13:17,
59:20, 72:12
**Clifford** [1] - 8:6
**clip** [16] - 42:24,
160:25, 163:3,
164:11, 178:10,
181:25, 188:14,
198:10, 199:21,
200:22, 205:15,
205:24, 208:4, 209:8,
210:11, 216:2
**Clip** [3] - 92:7, 92:11,
163:2
**clipped** [1] - 49:18
**clips** [4] - 48:14,
93:5, 163:17, 225:1
**clock** [1] - 273:6
**clogged** [1] - 206:11
**close** [12] - 31:12,
35:9, 79:8, 79:12,
79:20, 153:7, 192:16,
197:3, 242:2, 257:16,
262:21, 270:16
**closed** [5] - 14:15,
15:19, 40:8, 40:22,
205:5
**Closed** [1] - 31:9

**closed-circuit** [3] -
15:19, 40:8, 40:22
**closer** [2] - 67:12,
267:21
**closing** [1] - 270:17
**cloud** [2] - 183:23,
184:14
**CNN** [1] - 68:18
**CO** [1] - 2:5
**co** [1] - 104:13
**co-counsel** [1] -
104:13
**Cobb** [4] - 4:17,
4:19, 11:11, 13:17,
14:10, 20:9, 21:2,
75:20, 80:8, 244:23,
247:11
**COBB** [14] - 1:23,
4:17, 11:13, 11:17,
11:21, 13:19, 14:11,
20:10, 21:3, 75:21,
75:23, 80:7, 245:1,
247:10
**Code** [1] - 80:19
**code** [3] - 80:21,
81:20, 161:8
**cog** [1] - 193:11
**cohesion** [2] - 193:7,
202:2, 204:1
**cohesive** [1] -
144:16
**cold** [1] - 147:24
**collapse** [1] - 194:7
**collapsed** [2] - 37:6,
193:17
**collapses** [2] -
188:10, 194:4
**collapsible** [1] -
157:19
**colleagues** [1] - 4:10
**collected** [1] -
227:14
**collecting** [1] -
148:13
**collection** [1] - 233:1
**collects** [1] - 182:15
**College** [1] - 15:10
**college** [1] - 140:12
**colloquy** [1] - 6:8
**Columbia** [2] - 2:9,
283:13
**COLUMBIA** [2] - 1:1,
1:16
**column** [5] - 119:3,
119:8, 120:8, 120:9,
165:8
**coming** [42] - 79:19,
82:5, 85:15, 89:3,
99:20, 99:21, 101:5,
146:9, 149:14, 153:9,

165:10, 172:10,
174:18, 176:19,
176:25, 177:2, 177:3,
177:4, 188:22,
188:24, 195:6, 196:2,
199:5, 209:1, 220:10,
223:25, 232:20,
240:1, 240:24,
241:12, 241:19,
242:16, 242:18,
243:13, 243:15,
245:22, 246:3,
246:10, 260:4,
263:12, 273:20,
273:22
**command** [7] -
87:12, 87:14, 87:20,
186:7, 225:17, 269:5,
271:18
**commander** [10] -
23:15, 23:17, 38:13,
150:1, 169:1, 203:9,
204:18, 251:7, 258:25
**commanders** [1] -
258:25
**commands** [2] -
164:5, 203:25
**commerce** [1] -
17:17
**commercially** [1] -
194:2
**commit** [1] - 136:24
**common** [2] - 76:6,
146:16
**communicate** [1] -
114:4
**communicating** [2] -
114:15, 117:25
**communication** [1] -
123:1
**communications** [1]
- 118:20
**community** [1] -
174:14
**company** [1] - 158:9
**comparable** [2] -
144:24, 145:5
**compare** [1] - 144:21
**compared** [2] -
181:8, 276:5
**compelling** [1] -
230:23
**competent** [4] - 11:7,
11:19, 12:6, 12:11
**compilation** [1] -
64:6
**complete** [2] - 53:5,
283:6
**completed** [1] -
229:15

292

**completely** [7] -
48:17, 151:13,
195:18, 225:8, 235:4,
258:17, 273:7
  **complex** [1] - 180:10
  **compliance** [3] -
164:19, 165:2, 207:20
  **complied** [1] - 165:4
  **complies** [2] -
191:22, 280:11
  **complimented** [1] -
137:15
  **Comply** [2] - 5:7,
10:25
  **comply** [2] - 277:4,
277:15
  **components** [2] -
212:8, 216:18
  **comprehensive** [1] -
95:4
  **compromised** [2] -
83:25, 84:3
  **computer** [2] - 7:16,
117:23
  **computers** [1] -
138:1
  **concentrated** [1] -
184:25
  **concern** [3] - 135:25,
195:14, 202:11
  **concerned** [3] -
135:22, 272:8, 282:8
  **concerns** [3] - 33:24
  **concert** [3] - 97:11,
253:18
  **concerted** [1] -
266:17
  **concession** [1] -
170:1
  **conclude** [1] - 181:3
  **concluded** [1] -
282:12
  **conclusion** [2] -
81:4, 278:15
  **concrete** [7] - 85:23,
95:23, 96:6, 96:8,
97:22, 97:23, 269:13
  **concussion** [1] -
229:5
  **condition** [1] -
221:19
  **conditioning** [1] -
96:11
  **conditions** [4] -
149:8, 174:22, 281:7,
282:8
  **conduct** [2] - 39:13,
48:4
  **conference** [3] -
21:14, 132:5, 132:6

  **confers** [1] - 104:13
  **confident** [5] -
211:21, 256:18,
265:24, 266:9, 270:8
  **configuration** [1] -
221:4
  **confirm** [3] - 119:16,
138:25, 160:20
  **conflagration** [1] -
86:15
  **conflict** [1] - 267:3
  **confronted** [2] -
145:5, 175:6
  **confronting** [1] -
261:15
  **confuse** [1] - 239:1
  **confused** [1] - 135:8
  **confusion** [2] -
52:17, 52:23
  **congregated** [1] -
262:14
  **Congress** [5] - 24:3,
24:5, 64:9, 82:11,
226:22
  **congressional** [3] -
64:12, 68:6, 226:19
  **Connecticut** [2] -
1:21, 113:6
  **connecting** [1] -
29:22
  **Conner** [1] - 20:17
  **conscious** [1] -
174:16
  **consciousness** [1] -
270:11
  **consent** [1] - 13:8
  **consented** [1] - 13:8
  **consenting** [1] -
12:14
  **consider** [3] -
107:20, 110:7, 268:11
  **considered** [3] -
168:13, 251:6, 270:1
  **consistent** [1] -
229:5
  **consisting** [1] - 9:13
  **constant** [2] -
143:10, 183:24
  **constantly** [1] -
158:10
  **constitutes** [1] -
283:4
  **Constitution** [14] -
2:9, 25:13, 29:17,
29:18, 29:23, 145:13,
145:15, 146:9,
147:16, 148:2, 148:6,
150:14, 239:9, 283:14
  **constricted** [1] -
270:3

  **construction** [3] -
154:2, 177:4, 221:1
  **consult** [1] - 5:23
  **consumed** [3] - 6:25,
7:22, 8:22
  **CONT'D** [1] - 2:1
  **contact** [1] - 58:13
  **contacts** [1] - 229:1
  **contain** [1] - 153:15
  **contained** [1] -
195:21
  **container** [1] - 157:5
  **contaminant** [1] -
153:14
  **contents** [5] - 18:20,
19:10, 19:21, 105:19,
216:23
  **contested** [1] -
239:18
  **contingent** [1] -
241:17
  **continue** [9] - 45:17,
107:23, 150:18,
172:5, 173:8, 190:6,
211:16, 226:21, 281:5
  **continued** [2] -
238:7, 281:3
  **continues** [5] - 74:1,
74:2, 150:24, 165:13,
169:19
  **continuing** [1] -
241:6
  **continuous** [1] -
256:24
  **continuously** [2] -
184:1, 206:15
  **continuum** [1] -
279:20
  **contract's** [1] - 235:6
  **contractor** [1] -
235:1
  **control** [14] - 57:4,
78:11, 78:15, 140:24,
157:6, 157:12,
157:25, 177:14,
184:9, 190:15, 227:4,
271:18, 273:7, 273:8
  **controlled** [2] -
39:20, 184:10
  **controls** [3] - 39:19,
80:23, 178:2
  **convenes** [1] - 25:11
  **convenient** [1] -
21:12
  **conversation** [2] -
118:4, 131:12
  **conversations** [4] -
115:18, 116:17,
117:4, 117:6
  **convoy** [1] - 162:22

  **cooperative** [1] -
261:1
  **coordination** [1] -
82:17
  **copies** [2] - 15:25,
16:18
  **cops** [2] - 198:3,
241:6
  **copy** [3] - 18:20,
55:2, 68:17
  **cork** [2] - 269:23,
270:1
  **corner** [14] - 50:11,
50:22, 52:11, 129:13,
161:5, 171:11, 196:4,
221:2, 241:17,
268:15, 268:16,
279:7, 279:10
  **correct** [121] - 5:11,
5:12, 5:14, 8:20,
12:13, 16:22, 24:17,
27:13, 27:16, 28:10,
28:20, 33:19, 39:3,
40:6, 40:12, 40:15,
42:7, 42:8, 44:15,
45:13, 46:20, 48:5,
52:21, 52:25, 54:9,
63:25, 67:18, 68:2,
71:11, 71:12, 73:7,
73:10, 73:12, 73:16,
74:11, 74:14, 74:15,
76:13, 77:6, 78:7,
78:12, 78:13, 78:24,
79:5, 80:20, 81:14,
83:2, 83:11, 83:16,
84:15, 85:16, 86:5,
86:8, 86:13, 87:19,
88:13, 88:21, 89:18,
92:3, 92:6, 93:11,
93:14, 93:23, 94:18,
95:24, 96:2, 96:16,
96:25, 98:2, 98:19,
98:21, 99:18, 99:24,
102:4, 103:18,
104:18, 104:22,
105:10, 106:10,
107:3, 107:6, 109:2,
109:14, 116:16,
118:3, 121:6, 123:5,
127:6, 127:8, 127:9,
128:12, 135:21,
138:9, 220:16,
237:10, 238:15,
239:11, 239:17,
248:2, 252:23,
254:24, 256:3, 256:4,
258:20, 258:24,
259:13, 262:18,
263:1, 264:1, 264:9,
264:13, 264:18,

264:23, 265:17,
268:7, 269:15,
269:19, 269:22,
271:24, 272:17,
276:24
  **corrected** [1] -
215:21
  **correctly** [1] - 185:21
  **correspond** [1] -
212:21
  **corresponding** [1] -
16:23
  **corridor** [1] - 268:14
  **counsel** [5] - 4:6,
16:7, 20:5, 104:13,
139:6
  **count** [2] - 89:24,
90:10
  **counted** [1] - 185:4
  **counter** [1] - 148:9
  **counter-flow** [1] -
148:9
  **counting** [1] - 270:25
  **coup** [3] - 131:6,
131:7, 136:18
  **couple** [12] - 73:5,
75:24, 78:8, 188:19,
240:12, 241:5,
260:13, 262:11,
263:2, 263:25, 265:5
  **course** [9] - 20:19,
40:14, 148:12,
179:12, 193:20,
217:25, 228:14, 271:7
  **court** [86] - 30:11,
41:24, 42:21, 43:10,
43:17, 44:2, 44:18,
45:4, 45:19, 46:25,
47:15, 47:25, 48:12,
49:11, 50:8, 51:2,
51:14, 52:2, 53:8,
54:17, 55:13, 61:18,
63:10, 64:20, 64:24,
65:13, 65:20, 71:24,
72:22, 74:7, 99:9,
100:9, 100:12,
100:19, 100:24,
101:2, 101:9, 101:18,
101:24, 104:20,
107:11, 108:1,
108:21, 109:6,
109:20, 110:12,
111:5, 133:6, 163:5,
164:13, 166:4,
170:19, 172:8,
173:10, 176:11,
178:8, 180:4, 182:19,
183:15, 183:21,
186:25, 188:16,
190:8, 193:1, 196:8,

197:11, 199:14, 205:13, 208:1, 208:15, 209:11, 209:15, 210:5, 210:8, 212:14, 213:2, 213:6, 213:17, 215:20, 215:23, 217:10, 218:7, 220:21, 223:4, 240:14, 241:3

**COURT** [204] - 1:1, 4:1, 4:12, 4:15, 4:19, 4:25, 5:8, 5:13, 5:15, 5:17, 6:3, 6:5, 6:7, 6:11, 6:14, 6:16, 6:18, 6:21, 6:25, 7:3, 7:7, 7:10, 7:14, 7:17, 7:20, 7:22, 7:25, 8:4, 8:7, 8:10, 8:12, 8:14, 8:17, 8:19, 8:22, 8:25, 9:4, 9:8, 9:10, 9:12, 9:17, 9:19, 9:21, 9:25, 10:2, 10:4, 10:9, 10:11, 10:13, 10:17, 10:19, 10:21, 11:2, 11:6, 11:10, 11:14, 11:18, 11:22, 12:1, 12:5, 12:9, 12:13, 12:17, 12:21, 13:1, 13:4, 13:14, 13:17, 13:20, 13:22, 14:5, 14:10, 14:12, 14:16, 14:24, 15:5, 15:7, 16:19, 16:25, 17:4, 17:8, 17:11, 17:14, 17:19, 18:7, 20:4, 20:9, 20:11, 20:13, 20:21, 21:2, 21:4, 21:6, 21:13, 21:19, 21:23, 24:21, 26:4, 26:7, 29:4, 29:9, 29:11, 31:3, 33:1, 33:8, 33:21, 33:23, 41:11, 41:20, 49:20, 50:4, 53:1, 53:21, 53:24, 54:3, 54:6, 55:6, 56:2, 57:13, 58:19, 59:19, 62:7, 63:2, 63:24, 64:1, 66:6, 66:11, 69:1, 70:19, 71:2, 72:8, 72:11, 72:17, 74:25, 75:5, 75:19, 80:8, 80:13, 81:5, 85:9, 86:20, 88:5, 93:7, 93:13, 93:17, 104:7, 104:12, 105:16, 105:25, 111:6, 111:9, 111:14, 111:20, 112:8, 112:13, 112:22, 112:24, 115:24, 116:3, 116:7, 119:23,

119:25, 134:14, 136:5, 137:2, 137:5, 138:16, 138:18, 138:22, 139:5, 139:9, 139:14, 139:19, 140:2, 148:25, 162:12, 177:7, 178:4, 185:20, 185:24, 186:14, 186:22, 191:13, 200:14, 200:17, 212:7, 216:17, 216:21, 217:3, 230:23, 231:3, 231:7, 233:5, 244:22, 247:11, 275:19, 275:22, 275:25, 280:20, 280:23, 281:1, 281:15, 282:3, 282:11

**Court** [15] - 2:8, 2:8, 10:5, 22:2, 25:4, 26:14, 26:22, 29:7, 57:18, 113:3, 114:10, 118:2, 281:8, 283:12, 283:13

**Court's** [1] - 80:11

**courtroom** [7] - 20:22, 21:17, 21:20, 24:24, 112:17, 139:17, 281:3

**COURTROOM** [2] - 4:2, 112:19

**Couy** [1] - 16:4

**cover** [3] - 247:17, 257:9, 272:15

**coverall** [1] - 151:18

**covered** [10] - 151:11, 151:13, 220:4, 220:14, 221:7, 221:10, 228:11, 228:17, 228:19, 247:18

**covering** [1] - 35:11

**covers** [3] - 141:23, 141:24, 152:23

**COVID** [1] - 28:3

**crash** [3] - 108:10, 110:4, 110:6

**create** [1] - 255:12

**created** [4] - 85:4, 88:6, 142:24, 269:10

**creates** [1] - 136:21

**creating** [2] - 16:16, 256:25

**crest** [1] - 191:10

**Criminal** [2] - 1:3, 4:3

**critical** [1] - 91:1

**CROSS** [7] - 66:15, 75:22, 80:15, 136:7,

233:7, 244:24, 247:13

**Cross** [1] - 3:3

**cross** [8] - 54:2, 106:4, 107:1, 111:11, 156:6, 162:23, 211:5, 220:11

**CROSS-EXAMINATION**[7] - 66:15, 75:22, 80:15, 136:7, 233:7, 244:24, 247:13

**cross-examination** [4] - 54:2, 106:4, 107:1, 111:11

**cross-hand** [1] - 211:5

**crossing** [1] - 155:1

**crowd** [192] - 35:7, 35:11, 35:21, 37:1, 37:18, 37:24, 38:10, 38:17, 42:12, 42:15, 43:3, 44:8, 44:25, 45:10, 47:10, 47:19, 57:4, 70:17, 72:19, 73:17, 73:21, 73:24, 74:2, 78:11, 78:15, 78:21, 78:23, 79:16, 79:17, 83:10, 83:15, 83:25, 84:4, 84:9, 84:17, 84:20, 84:22, 84:24, 85:15, 90:16, 91:20, 98:17, 100:1, 100:3, 101:11, 101:13, 102:9, 102:17, 102:23, 103:4, 108:13, 110:19, 110:21, 110:22, 140:24, 142:3, 142:5, 142:6, 143:12, 145:3, 145:22, 146:6, 146:7, 146:8, 146:12, 148:9, 148:12, 148:17, 149:13, 149:17, 149:20, 149:21, 154:15, 154:24, 154:25, 156:17, 156:20, 156:23, 156:24, 157:6, 157:8, 157:13, 157:14, 157:25, 164:6, 164:16, 164:17, 164:20, 164:22, 164:24, 165:5, 165:7, 165:10, 165:14, 165:15, 166:8, 166:14, 166:15, 166:19, 167:13, 168:18, 170:5, 171:2, 171:5, 171:14,

172:15, 173:1, 173:20, 173:25, 176:20, 178:22, 181:3, 181:7, 181:20, 181:21, 184:9, 185:9, 185:10, 186:9, 186:12, 186:15, 186:17, 186:18, 186:20, 188:6, 188:25, 189:21, 190:2, 193:5, 193:21, 195:15, 197:20, 198:4, 198:9, 206:8, 206:20, 206:21, 206:25, 207:8, 208:7, 208:23, 214:21, 215:3, 219:13, 221:17, 232:7, 232:25, 234:6, 234:8, 234:9, 237:3, 243:7, 245:10, 245:13, 245:23, 246:14, 246:17, 247:23, 249:12, 250:22, 253:8, 253:17, 253:22, 253:24, 254:2, 254:4, 254:5, 254:6, 254:10, 254:14, 255:9, 259:10, 259:15, 259:21, 260:25, 264:12, 265:1, 265:14, 266:22, 270:16, 271:15, 274:3, 274:15, 275:8, 275:14, 277:7, 279:16

**crowd's** [2] - 253:22, 274:22

**crowd-designed** [1] - 157:8

**crowd-dispersal** [1] - 234:8

**crowds** [8] - 141:1, 141:10, 155:14, 165:1, 254:8, 254:9, 274:14

**CRR** [3] - 2:7, 283:3, 283:12

**cruiser** [1] - 56:10

**crunch** [1] - 151:21

**crushed** [3] - 207:3, 259:16, 259:21

**crutch** [2] - 225:13, 229:8

**crypt** [1] - 32:18

**Crypt** [2] - 227:15, 228:2

**CS** [23] - 142:16, 153:8, 153:13, 183:23, 184:3, 184:5,

184:10, 184:25, 185:2, 185:24, 186:10, 186:11, 187:25, 233:2, 234:4, 234:9, 257:10, 257:18, 257:24, 258:7

**cup** [1] - 141:20

**current** [1] - 140:7

**Curtice** [2] - 147:14, 201:21

**Cusanelli** [1] - 16:10

**custody** [5] - 18:11, 18:14, 18:23, 19:7, 19:19

**customers** [1] - 16:21

**cut** [3] - 43:1, 170:5, 196:4

**cut-off** [1] - 196:4

**cycled** [1] - 58:3

# D

**D.C** [20] - 1:6, 1:18, 2:10, 15:15, 118:5, 118:8, 118:14, 120:10, 120:20, 120:21, 121:8, 135:5, 136:24, 149:15, 155:23, 156:5, 156:6, 234:15, 283:14

**damn** [1] - 124:3

**dangerous** [2] - 21:11, 59:8

**Daniel** [8] - 16:6, 147:7, 201:22, 218:11, 218:15, 218:18, 218:22, 219:1

**dark** [1] - 227:23

**data** [3] - 113:10, 113:11, 113:12

**date** [4] - 40:19, 42:7, 161:8, 161:11

**Dated** [1] - 283:10

**dates** [1] - 96:18

**David** [9] - 4:5, 4:22, 4:24, 8:6, 13:5, 19:17, 19:24, 20:18, 201:21

**DAVID** [1] - 1:7

**DAY** [1] - 1:10

**day-to-day** [3] - 77:1, 82:8, 97:2

**daylight** [1] - 245:14

**days** [8] - 76:24, 77:8, 85:21, 86:6, 88:24, 228:18, 230:11, 231:24

**deactivated** [1] - 161:22

**dead** [1] - 185:10
**deadly** [2] - 21:11, 59:9
**deadly-and-dangerous-weapon** [1] - 21:11
**deal** [6] - 21:15, 38:20, 75:2, 176:3, 249:4, 251:18
**dealing** [1] - 37:18
**dealt** [3] - 174:4, 273:14, 274:14
**debilitated** [1] - 151:14
**debris** [1] - 275:5
**December** [3] - 118:5, 118:6, 118:10
**decide** [6] - 131:9, 151:25, 225:6, 226:24, 249:4, 262:9
**decided** [2] - 150:19, 238:10
**decision** [1] - 234:1
**decisions** [1] - 241:22
**deck** [11] - 196:21, 201:17, 201:25, 240:8, 241:12, 241:21, 242:6, 242:19, 261:13, 261:14, 261:25
**declared** [2] - 143:18, 144:22
**decontaminated** [1] - 36:14
**deep** [6] - 188:1, 259:16, 266:14, 271:5, 271:11, 272:2
**deescalation** [2] - 142:4, 174:8
**default** [1] - 268:19
**DEFENDANT** [50] - 1:19, 1:23, 2:2, 5:12, 5:14, 5:16, 6:2, 6:4, 6:6, 6:12, 6:15, 6:17, 6:20, 6:23, 7:2, 7:6, 7:9, 7:13, 7:15, 7:19, 7:21, 7:24, 8:3, 8:6, 8:9, 8:11, 8:13, 8:16, 8:18, 8:21, 8:24, 9:3, 9:7, 9:9, 9:11, 9:16, 9:18, 9:20, 9:24, 10:1, 10:3, 10:8, 10:10, 10:12, 10:16, 10:18, 10:20, 12:20, 12:25, 13:3
**Defendant** [5] - 4:23, 18:10, 19:4, 115:25, 244:5
**Defendants** [12] -

1:8, 5:2, 5:5, 6:8, 6:10, 12:11, 12:15, 13:4, 14:22, 244:17, 244:19, 281:2
**DEFENDANTS** [2] - 5:7, 10:25
**defended** [1] - 225:22
**DEFENDER** [1] - 1:23
**defense** [7] - 14:3, 20:5, 66:12, 70:21, 70:25, 139:1, 139:6
**defensible** [3] - 243:5, 259:2, 260:3
**defensive** [3] - 236:24, 236:25, 276:22
**defer** [1] - 14:3
**defined** [1] - 254:12
**defines** [2] - 80:19, 81:13
**definitely** [9] - 166:24, 208:20, 211:20, 238:24, 239:5, 250:4, 263:19, 267:10, 270:2
**degree** [1] - 192:5
**degrees** [4] - 248:9, 259:11, 279:15, 279:19
**Del** [1] - 38:19
**Delaware** [2] - 29:19, 38:19
**delay** [1] - 226:11
**demonstrate** [1] - 16:24
**demonstrations** [1] - 231:11
**denoted** [1] - 32:2
**denser** [3] - 164:22, 165:15, 166:8
**department** [9] - 69:8, 142:9, 164:25, 171:1, 203:18, 211:1, 231:6, 233:12
**Department** [24] - 57:13, 59:1, 59:1, 59:4, 59:10, 70:3, 74:20, 75:12, 140:6, 141:5, 141:12, 141:18, 148:14, 148:15, 148:17, 148:19, 148:22, 148:23, 150:17, 190:16, 191:10, 194:10, 194:14, 232:13
**Department's** [1] - 184:9

**department-only** [1] - 69:8
**departmental** [1] - 231:9
**depict** [5] - 24:15, 25:24, 30:18, 41:6, 49:15
**depicted** [2] - 29:24, 130:1
**depicting** [1] - 19:14
**depiction** [2] - 212:2, 216:12
**depictions** [6] - 17:22, 18:1, 18:5, 19:4, 19:6, 19:13
**depicts** [1] - 61:14
**deploy** [5] - 153:7, 153:13, 186:4, 237:1, 237:2
**deployed** [17] - 143:4, 143:6, 143:20, 144:1, 144:2, 144:6, 186:2, 186:3, 186:11, 186:19, 188:3, 190:23, 233:2, 233:12, 233:13, 234:11, 234:13
**deploying** [5] - 153:13, 171:13, 184:8, 217:22, 245:16
**deployment** [4] - 143:11, 202:18, 231:25, 234:12
**deployments** [3] - 143:14, 202:17, 250:10
**deploys** [1] - 234:15
**DEPUTY** [2] - 4:2, 112:19
**deputy** [2] - 21:20, 87:16
**derivatives** [4] - 160:17, 162:11, 212:6, 216:16
**describe** [15] - 26:22, 30:24, 31:23, 32:14, 43:12, 60:10, 60:22, 63:16, 146:12, 164:16, 193:5, 206:18, 219:11, 251:2, 255:16
**described** [15] - 62:20, 118:2, 151:9, 163:9, 206:20, 214:7, 217:24, 238:21, 244:10, 244:11, 249:20, 261:9, 264:20, 265:10, 281:12
**describing** [1] -

196:11
**description** [2] - 262:2, 267:17
**design** [3] - 58:6, 191:4, 269:4
**designated** [1] - 251:7
**designating** [1] - 252:13
**designator** [1] - 252:16
**designed** [3] - 140:25, 157:8, 237:9
**desire** [4] - 5:3, 5:9, 195:15, 249:3
**desperate** [1] - 259:8
**despite** [2] - 150:23, 174:5
**destination** [1] - 248:1
**detail** [3] - 36:19, 36:21, 263:13
**detailed** [1] - 78:14
**details** [2] - 88:1, 102:13
**detector** [4] - 28:12, 219:17, 219:20, 219:21
**detectors** [3] - 43:5, 224:20, 224:25
**determination** [1] - 220:9
**determine** [2] - 10:6, 84:3
**determined** [2] - 201:3, 204:15
**developed** [2] - 251:17, 265:3
**development** [1] - 7:21
**develops** [2] - 71:1, 181:16
**device** [5] - 18:17, 19:21, 19:22, 140:12, 183:23
**devices** [1] - 245:16
**dies** [1] - 158:15
**difference** [5] - 21:10, 111:14, 178:17, 193:22, 276:4
**different** [31] - 19:18, 44:10, 50:2, 52:17, 52:20, 52:25, 59:21, 82:20, 83:6, 85:1, 85:12, 85:17, 85:18, 93:18, 120:12, 134:24, 141:11, 145:7, 149:11, 156:22, 169:21, 232:15, 235:22,

236:15, 243:22, 250:25, 262:13, 267:23, 272:5, 279:15, 279:19
**differently** [1] - 135:4
**difficult** [4] - 144:7, 155:2, 213:13, 218:10
**dig** [1] - 38:17
**digital** [1] - 18:20
**digits** [1] - 119:4
**dignitary** [3] - 22:19, 22:21, 23:1
**dire** [1] - 58:18
**Direct** [1] - 3:3
**DIRECT** [3] - 21:25, 112:25, 139:22
**direct** [7] - 66:10, 68:25, 105:18, 107:2, 111:13, 132:1, 281:2
**direction** [8] - 26:16, 148:11, 170:14, 199:5, 206:11, 239:25, 240:24, 268:1
**directions** [6] - 25:3, 25:4, 84:20, 232:15, 241:16, 262:13
**directly** [2] - 119:8, 220:5
**disadvantages** [4] - 10:14, 10:22, 11:12, 11:24
**disagrees** [1] - 5:4
**disappears** [1] - 50:1
**disbursements** [1] - 272:5
**discipline** [2] - 251:16, 251:17
**Discord** [11] - 114:6, 131:22, 132:2, 132:3, 132:5, 132:8, 132:9, 132:10, 132:12
**discuss** [7] - 105:19, 117:11, 118:14, 131:21, 132:1, 213:9, 216:23
**discussed** [8] - 10:13, 10:21, 11:11, 11:23, 21:8, 106:24, 116:19, 121:17
**discussing** [2] - 118:16, 137:13
**discussion** [4] - 69:13, 69:15, 69:19, 118:11
**discussions** [4] - 69:21, 115:1, 115:11, 117:10
**disengaged** [1] - 99:25

**dishevelment** [1] - 172:12

**disintegrated** [1] - 256:12

**dismantling** [2] - 255:10, 255:13

**dismount** [1] - 163:1

**disorder** [4] - 15:13, 17:9, 57:6, 111:18

**disorient** [1] - 277:10

**dispenser** [2] - 177:19, 178:15

**dispensers** [1] - 176:22

**dispersal** [1] - 234:8

**disperse** [4] - 171:14, 234:9, 237:3, 277:10

**dispersed** [2] - 234:14, 247:23

**dispersing** [1] - 181:4

**display** [1] - 200:12

**displeasure** [1] - 253:6

**distance** [2] - 86:4, 206:25

**distract** [1] - 277:10

**distress** [4] - 270:6, 270:7, 278:8, 278:14

**District** [8] - 2:8, 2:9, 140:6, 140:18, 140:21, 144:4, 283:13

**district** [2] - 227:13, 283:13

**DISTRICT** [5] - 1:1, 1:1, 1:11, 1:16, 1:24

**districts** [2] - 141:6, 195:25

**disturbance** [13] - 7:5, 8:2, 9:2, 57:4, 57:20, 58:14, 75:9, 75:14, 141:18, 142:19, 157:14, 195:22, 277:9

**disturbances** [1] - 143:15

**divided** [2] - 202:7, 202:8

**division** [17] - 22:18, 22:20, 22:21, 22:24, 22:25, 23:1, 23:8, 23:10, 23:14, 23:16, 34:12, 35:25, 37:13, 38:12, 38:15, 38:18, 70:10

**document** [1] - 15:5

**domestic** [1] - 177:14

**Donald** [3] - 115:17,

116:14, 116:25

**done** [10] - 56:23, 80:2, 95:5, 138:3, 138:5, 170:6, 171:4, 238:6, 270:8

**door** [73] - 27:8, 27:10, 35:4, 37:24, 38:7, 38:19, 38:20, 42:11, 42:15, 43:2, 43:13, 43:19, 44:9, 44:21, 45:8, 45:10, 47:4, 48:6, 49:6, 50:14, 61:22, 71:16, 72:5, 89:6, 91:2, 91:11, 91:19, 91:23, 91:25, 92:8, 93:25, 97:1, 97:9, 108:10, 110:3, 110:6, 110:17, 110:20, 110:22, 204:3, 204:5, 204:24, 205:2, 205:3, 205:5, 205:6, 206:9, 223:12, 224:1, 226:5, 226:6, 235:15, 239:18, 240:25, 241:19, 241:25, 262:20, 263:21, 264:17, 265:2, 269:8, 269:9, 269:12, 270:17, 277:23, 280:10, 280:15

**doors** [61] - 48:18, 89:19, 89:23, 90:18, 91:5, 94:13, 94:21, 94:24, 95:3, 95:14, 95:15, 95:22, 95:25, 96:3, 96:5, 96:9, 96:14, 97:4, 97:18, 97:21, 201:9, 201:11, 201:14, 203:22, 204:6, 204:7, 204:10, 204:14, 204:17, 219:16, 219:17, 219:18, 221:8, 262:17, 263:4, 263:6, 263:8, 263:10, 263:15, 263:17, 263:18, 263:20, 263:25, 264:4, 267:22, 268:8, 268:10, 268:19, 268:21, 268:22, 268:24, 269:1, 269:5, 269:10, 269:13, 269:18, 269:21, 269:24, 270:18

**doorway** [3] - 102:9, 241:15, 241:23

**dots** [1] - 177:1

**double** [5] - 95:15,

219:16, 219:18, 221:8

**doubt** [3] - 11:2, 11:14, 12:1

**doubts** [1] - 266:4

**down** [64] - 10:24, 19:20, 29:20, 35:23, 36:3, 36:6, 46:11, 46:16, 78:2, 78:3, 79:13, 79:15, 92:16, 112:9, 123:7, 123:17, 129:10, 136:24, 139:7, 141:14, 143:25, 145:13, 145:16, 149:1, 152:5, 152:8, 152:9, 152:14, 152:16, 152:22, 152:23, 154:1, 154:5, 154:18, 160:4, 177:12, 179:6, 188:20, 193:12, 194:5, 204:14, 205:20, 205:22, 221:22, 222:1, 227:9, 229:7, 229:19, 232:1, 241:12, 250:14, 250:23, 251:25, 259:19, 260:1, 268:14, 268:17, 271:25, 273:22, 274:22, 280:23

**downturn** [1] - 16:21

**dozen** [4] - 73:5, 169:7, 241:5

**dozens** [7] - 105:8, 143:8, 143:16, 144:14, 145:4, 250:9, 262:12

**dragged** [2] - 221:16, 278:6

**draining** [1] - 195:25

**draw** [4] - 207:21, 210:13, 211:5, 239:3

**dressed** [2] - 211:10, 228:22

**drew** [1] - 27:17

**drill** [1] - 142:3

**drive** [3] - 16:16, 16:17, 154:19

**drop** [2] - 186:6, 257:25

**drops** [1] - 186:13

**drugs** [6] - 6:25, 7:5, 7:23, 8:2, 8:22, 9:2

**drunkenness** [1] - 138:10

**DSO** [1] - 177:15

**due** [2] - 28:3, 270:11

**duly** [1] - 6:10

**during** [26] - 20:19, 57:6, 64:7, 64:13, 68:3, 105:19, 111:17, 114:16, 146:12, 153:12, 157:25, 190:20, 192:13, 206:16, 206:19, 208:7, 208:17, 214:25, 217:23, 218:12, 219:23, 224:17, 228:14, 231:17, 261:12, 271:7

**duty** [6] - 69:11, 69:22, 145:8, 177:25, 228:24, 230:2

**duty-wise** [1] - 177:25

**dye** [1] - 193:15

**dyed** [2] - 176:24, 193:24

**dynamic** [2] - 180:13, 192:20

## E

**ear** [2] - 196:19

**earbuds** [1] - 19:20

**early** [7] - 67:3, 146:13, 153:11, 153:17, 182:5, 240:22, 263:17

**ears** [1] - 152:24

**eased** [1] - 219:14

**easier** [1] - 270:4

**easily** [2] - 203:14, 278:18

**east** [21] - 25:14, 25:15, 29:19, 29:20, 35:4, 35:7, 35:14, 37:5, 37:6, 37:8, 37:14, 37:16, 37:17, 37:25, 45:8, 45:10, 82:4, 92:7, 146:8, 162:23

**East** [1] - 2:5

**ebb** [1] - 252:20

**ebbed** [1] - 271:15

**ebbing** [1] - 268:4

**ebbs** [2] - 166:13, 174:7

**Eclipse** [2] - 145:14, 145:16

**Ed** [1] - 16:11

**edge** [4] - 237:25, 238:2, 238:12

**edification** [1] - 120:14

**Edward** [4] - 4:4, 6:12, 13:5

**EDWARD** [1] - 1:6

**Edwards** [1] - 283:12

**EDWARDS** [2] - 2:7, 283:3

**effect** [1] - 99:25

**effective** [2] - 181:8, 199:9

**effectively** [1] - 246:6

**effects** [2] - 230:8, 230:11

**effort** [3] - 266:17, 270:16, 272:19

**efforts** [2] - 253:4, 253:8

**eight** [7] - 22:25, 23:8, 51:4, 51:10, 95:21, 110:13, 271:5

**either** [22] - 78:16, 89:4, 117:7, 122:25, 186:2, 186:3, 196:17, 196:18, 207:2, 207:4, 234:6, 241:22, 243:14, 252:5, 255:10, 256:17, 257:7, 257:15, 259:5, 266:8, 269:8, 281:9

**eject** [1] - 272:19

**election** [14] - 71:9, 114:14, 114:22, 115:5, 115:13, 115:20, 116:12, 116:15, 117:3, 117:7, 117:8, 117:13, 118:1, 142:25

**elections** [1] - 116:21

**Electoral** [1] - 15:10

**electors** [2] - 68:4, 68:15

**element** [1] - 160:5

**elements** [4] - 21:9, 177:10, 235:8, 248:17

**elevation** [1] - 272:1

**Eleventh** [1] - 1:17

**eliminated** [1] - 83:10

**Ellipse** [2] - 146:7, 146:9

**emanate** [1] - 186:17

**emanated** [1] - 186:20

**emblem** [6] - 60:8, 60:11, 60:13, 60:18, 60:21, 61:6

**emergency** [3] - 89:23, 108:10, 177:12

**emitting** [1] - 184:3

**emotional** [3] - 7:4, 8:1, 9:1

**employed** [1] - 140:5
**employment** [4] -
6:21, 7:20, 8:17, 22:9
**enclosed** [1] -
195:17
**encountered** [3] -
70:9, 250:9, 254:7
**encountering** [1] -
173:19
**encourage** [1] -
277:15
**encouraging** [1] -
261:16
**end** [18] - 21:16,
34:17, 35:13, 37:9,
38:2, 38:4, 76:24,
76:25, 98:23, 102:21,
149:1, 165:18,
200:22, 237:22,
237:25, 238:12,
243:13, 259:17
**ended** [4] - 36:7,
37:8, 112:4, 201:16
**ending** [2] - 119:9
**ends** [3] - 205:15,
242:19, 271:4
**enforcement** [9] -
69:5, 69:23, 81:8,
82:15, 104:25,
155:23, 219:8, 240:6,
274:5
**engage** [1] - 120:17
**engaged** [2] - 250:7,
265:1
**engagement** [2] -
101:13, 102:22
**engaging** [2] - 36:5,
154:14
**engineering** [1] -
7:16
**English** [3] - 6:19,
7:18, 8:15
**ensure** [1] - 5:19
**Enter** [1] - 28:18
**enter** [17] - 14:19,
17:21, 30:4, 43:5,
47:11, 76:21, 81:24,
84:17, 89:4, 89:11,
108:9, 108:13,
170:14, 279:25,
280:11, 280:17
**entered** [30] - 21:17,
24:23, 26:6, 29:6,
33:4, 34:2, 35:3,
38:18, 41:12, 54:12,
55:9, 56:4, 60:4, 62:9,
63:4, 64:4, 66:8,
72:20, 112:17, 120:3,
139:17, 162:15,
199:10, 200:20,

201:6, 201:9, 212:10,
216:20, 239:18, 240:8
**entering** [5] - 38:24,
44:8, 45:10, 45:24,
89:6
**entire** [9] - 18:3,
180:10, 220:2,
223:25, 226:2,
264:25, 271:8,
271:13, 271:14
**entirety** [2] - 216:4,
216:5
**entitled** [2] - 9:5,
59:25
**entrance** [11] -
27:14, 27:15, 46:3,
46:5, 88:15, 89:7,
89:15, 89:16, 89:20,
227:7, 275:15
**entrances** [4] -
88:22, 88:23, 89:11,
225:23
**entranceway** [1] -
275:17
**entrapment** [2] -
70:21, 70:25
**entry** [9] - 95:2,
120:5, 219:15,
219:24, 240:9, 242:5,
263:19, 272:22,
273:20
**entryway** [3] -
274:18, 274:19,
274:22
**environment** [2] -
153:15, 180:13
**equipment** [5] -
40:17, 40:19, 98:16,
157:18, 193:20
**equipped** [6] - 56:11,
147:21, 157:22,
157:24, 160:5, 177:13
**equivalent** [1] -
132:7
**erected** [1] - 86:17
**ERT** [2] - 222:20,
222:24
**escalate** [3] - 150:24,
253:15
**escalated** [1] - 238:7
**escalating** [1] -
149:5
**escaped** [1] - 235:15
**ESQ** [7] - 1:14, 1:15,
1:15, 1:19, 1:23, 2:2,
2:4
**essential** [2] - 5:23,
214:13
**essentially** [28] -
16:21, 46:18, 64:7,

141:15, 141:17,
142:14, 147:18,
149:15, 151:9, 152:7,
155:1, 167:12, 169:6,
169:17, 174:3,
177:12, 179:18,
185:6, 195:21,
205:25, 206:4,
206:20, 247:5,
250:16, 261:21,
268:15, 276:11, 277:3
**establish** [5] - 81:22,
179:9, 189:12, 195:7,
259:6
**established** [3] -
82:7, 167:5, 173:13
**establishing** [3] -
82:24, 193:11, 195:11
**estimate** [3] - 90:5,
274:12, 274:13
**European** [1] - 161:7
**evacuated** [3] - 64:9,
64:11
**evaluate** [1] - 187:20
**evening** [2] - 140:19,
281:17
**event** [13] - 70:21,
70:22, 82:6, 82:10,
82:18, 118:17, 146:7,
149:18, 163:12,
168:18, 208:9,
217:23, 235:10
**events** [25] - 17:23,
18:1, 41:6, 57:4, 68:8,
68:23, 82:8, 82:21,
88:11, 95:5, 97:10,
98:10, 104:16,
106:12, 120:20,
124:7, 124:9, 130:9,
143:25, 149:4,
190:24, 210:24,
226:12, 243:23,
248:15
**eventually** [10] -
37:2, 38:5, 170:11,
173:13, 179:13,
187:3, 204:23,
222:20, 227:20,
270:21
**everywhere** [2] -
153:13, 229:3
**EVIDENCE** [1] - 3:11
**evidence** [36] -
14:19, 18:12, 18:18,
24:23, 26:6, 29:6,
33:4, 34:2, 41:13,
52:22, 54:12, 55:9,
56:4, 58:17, 60:4,
62:9, 63:1, 63:4,
63:23, 64:4, 66:5,

66:8, 70:23, 70:25,
71:1, 103:8, 104:7,
120:3, 127:8, 127:11,
162:15, 186:9,
200:13, 200:20,
212:10, 216:20
**ex** [1] - 268:13
**ex-hallway** [1] -
268:13
**exact** [11] - 51:21,
57:25, 64:11, 89:23,
90:3, 95:19, 98:6,
162:21, 166:19,
236:6, 236:18
**exactly** [17] - 33:23,
78:5, 95:3, 101:21,
149:2, 170:23,
171:20, 192:15,
203:15, 210:2,
214:13, 215:18,
238:21, 251:6,
252:12, 267:25, 278:3
**exam** [1] - 66:10
**EXAMINATION** [12] -
21:25, 66:15, 75:22,
80:15, 106:2, 112:25,
136:7, 139:22, 233:7,
244:24, 247:13, 276:1
**examination** [6] -
54:2, 68:25, 106:4,
107:1, 111:11, 111:13
**example** [4] -
176:16, 177:21,
251:11, 278:20
**except** [6] - 97:14,
152:6, 201:4, 220:5,
221:4, 251:14
**exception** [1] - 116:5
**excerpt** [1] - 73:2
**excerpts** [1] - 67:14
**exclusively** [1] -
76:11
**excuse** [2] - 49:13,
225:10
**excused** [3] -
112:12, 139:8, 280:25
**execute** [1] - 270:23
**executed** [1] - 195:6
**executing** [1] - 40:10
**exertion** [2] - 208:22,
209:2
**exhausted** [2] -
225:8, 225:9
**exhibit** [24] - 19:10,
19:22, 49:22, 49:23,
51:8, 52:18, 52:19,
52:21, 52:25, 53:4,
54:9, 60:17, 60:18,
67:8, 71:14, 71:18,
105:5, 105:10,

129:24, 165:24,
172:6, 209:23,
215:11, 217:12
**Exhibit** [208] - 3:12,
3:13, 3:13, 3:14, 3:14,
3:15, 3:16, 3:16, 3:17,
3:17, 3:18, 3:18, 3:19,
3:19, 3:20, 3:20, 3:21,
3:21, 14:21, 15:4,
16:5, 16:12, 18:19,
24:10, 24:19, 24:22,
25:19, 26:2, 26:5,
28:22, 29:2, 29:5,
30:9, 30:10, 31:2,
31:19, 32:9, 33:3,
34:1, 41:1, 41:10,
41:12, 41:23, 42:20,
43:9, 43:16, 44:1,
44:17, 45:3, 45:18,
46:24, 47:14, 47:24,
48:11, 48:21, 49:10,
49:18, 50:5, 50:7,
51:1, 51:11, 51:13,
52:1, 53:7, 54:11,
54:14, 54:16, 55:5,
55:6, 55:8, 55:10,
55:12, 56:1, 56:3,
57:16, 58:17, 60:3,
61:11, 61:17, 62:6,
62:8, 62:10, 63:1,
63:3, 63:5, 63:9, 64:1,
64:3, 64:16, 64:19,
64:23, 65:12, 65:19,
66:4, 66:7, 71:14,
71:15, 71:23, 72:21,
74:6, 77:15, 83:13,
85:24, 90:21, 93:24,
99:8, 100:8, 100:11,
100:18, 100:23,
101:1, 101:8, 101:17,
101:23, 106:23,
107:10, 107:13,
107:25, 108:20,
109:5, 109:19,
110:11, 111:4,
118:23, 119:3,
119:21, 120:2,
129:18, 129:21,
129:24, 130:11,
133:7, 162:14, 163:2,
163:4, 164:10,
164:12, 166:2, 166:3,
170:16, 170:18,
172:7, 173:9, 176:8,
176:10, 178:5, 178:7,
180:1, 180:3, 182:18,
182:24, 183:6,
183:12, 183:14,
183:20, 186:24,
188:13, 188:15,
190:7, 191:16,

297

192:25, 196:6, 196:7, 197:10, 199:11, 199:13, 200:19, 205:10, 205:12, 207:23, 207:25, 208:12, 208:14, 209:10, 209:14, 210:1, 210:4, 210:7, 212:5, 212:9, 212:13, 213:1, 213:5, 213:11, 213:16, 213:19, 215:17, 215:19, 215:21, 215:22, 216:15, 216:19, 217:8, 217:9, 218:4, 218:6, 220:17, 220:20, 223:1, 223:3, 236:8, 236:9, 240:13, 241:2, 245:18, 276:3, 278:25

**Exhibits** [9] - 16:8, 17:21, 17:25, 18:4, 19:5, 53:19, 160:17, 162:10, 200:12

**EXHIBITS** [1] - 3:11

**exhibits** [11] - 16:17, 16:23, 19:13, 32:24, 49:18, 49:22, 52:18, 54:1, 61:8, 160:18, 239:14

**existed** [1] - 170:25

**existence** [1] - 97:25

**exists** [3] - 95:4, 170:25, 221:6

**exit** [9] - 89:20, 108:10, 189:6, 196:24, 258:22, 259:3, 259:4, 259:18, 259:23

**exited** [3] - 35:3, 103:10, 247:21

**exiting** [2] - 221:12, 273:17

**expand** [1] - 178:23

**expandible** [1] - 157:16

**expands** [1] - 184:11

**expect** [3] - 79:9, 80:11, 245:18

**expected** [2] - 80:25, 156:23, 232:7

**expecting** [3] - 156:16, 156:17, 169:2

**expeditiously** [1] - 247:25

**experience** [13] - 41:5, 49:14, 60:14, 67:2, 73:24, 79:22, 80:5, 87:23, 144:7, 144:23, 155:7,

161:11, 194:6

**experienced** [3] - 203:14, 216:12, 253:25

**experiencing** [2] - 206:1, 265:19

**expert** [1] - 203:17

**expertise** [1] - 235:1

**explain** [6] - 25:4, 57:8, 57:18, 90:15, 108:5, 114:10

**explained** [2] - 210:18, 248:24

**explanation** [1] - 261:1

**exploited** [1] - 188:6

**explore** [1] - 181:22

**express** [1] - 179:20

**expressed** [2] - 135:25, 136:23

**expressing** [4] - 133:7, 146:15, 146:19, 253:6

**extend** [2] - 183:3, 183:10, 237:17

**extended** [5] - 141:15, 142:14, 205:24, 237:17, 270:5

**extending** [1] - 256:20

**extensive** [1] - 23:22

**extent** [3] - 52:24, 243:4, 273:23

**exterior** [19] - 37:12, 39:2, 40:4, 40:6, 61:22, 83:9, 93:4, 93:12, 94:15, 94:21, 95:14, 103:2, 110:16, 110:19, 263:6, 273:10, 278:1, 278:5

**external** [1] - 163:16

**extinguisher** [2] - 176:15, 177:5

**extra** [1] - 209:12

**extract** [2] - 270:9, 272:13

**extracted** [2] - 18:18, 18:21

**extraction** [4] - 18:17, 19:9, 19:21, 19:22

**extractions** [2] - 142:7, 270:23

**extreme** [3] - 270:6, 278:8, 278:14

**extremely** [1] - 174:20

**extremities** [4] - 141:24, 151:10, 163:19, 163:20

**eye** [2] - 205:21, 205:23

**eyes** [8] - 36:14, 172:14, 172:19, 180:24, 181:18, 228:25, 244:2, 257:5

# F

**face** [15] - 100:2, 134:23, 152:24, 172:14, 177:1, 215:4, 215:7, 221:23, 222:1, 228:18, 240:2, 244:10, 244:14, 244:19

**faced** [4] - 253:23, 254:8, 254:10

**facility** [1] - 89:5

**facing** [6] - 26:16, 72:12, 182:10, 214:3, 214:5, 264:5

**fact** [10] - 56:21, 59:15, 119:15, 158:24, 181:2, 194:1, 204:11, 218:20, 242:13, 270:15

**factor** [2] - 144:12, 144:24

**facts** [4] - 14:2, 15:2, 88:2, 248:19

**factual** [1] - 87:25

**fail** [3] - 194:9, 194:17, 281:3

**failed** [3] - 194:11, 194:14, 243:4

**failure** [2] - 171:8, 226:15

**fair** [60] - 17:22, 18:1, 18:4, 19:3, 19:5, 19:12, 19:14, 19:23, 23:18, 27:14, 38:25, 39:15, 40:4, 44:13, 45:11, 48:3, 50:19, 51:21, 60:14, 60:16, 67:2, 73:21, 76:8, 77:9, 77:10, 78:1, 78:15, 88:17, 90:5, 90:8, 95:13, 103:24, 107:4, 111:23, 117:25, 127:3, 133:6, 134:3, 198:18, 200:9, 212:2, 216:11, 236:24, 238:22, 246:19, 248:3, 248:6, 248:11, 248:12, 250:6, 251:9, 252:17, 252:22, 265:22, 268:2, 271:1, 271:6, 272:18, 275:13

**fairly** [8] - 24:15, 25:24, 30:18, 41:5, 146:14, 182:4, 256:18, 263:17

**fall** [4] - 189:1, 258:9, 258:11, 259:1

**falling** [3] - 258:21, 261:6

**falls** [2] - 231:21, 257:17

**familiar** [13] - 23:23, 39:7, 39:15, 48:24, 49:1, 61:13, 63:13, 81:2, 81:5, 81:7, 81:15, 191:5, 199:16

**familiarity** [2] - 62:1, 62:17

**fan** [1] - 203:16

**Fanone** [8] - 222:19, 222:23, 223:6, 224:21, 272:8, 272:13, 273:4, 278:6

**far** [7] - 6:16, 7:14, 8:12, 78:25, 208:19, 274:7, 282:8

**fashion** [2] - 268:25, 277:9

**fast** [2] - 151:23, 154:19

**favor** [2] - 116:22, 116:24

**FBI** [5] - 70:4, 70:16, 258:3, 260:23, 261:1

**fear** [1] - 175:17

**FEDERAL** [1] - 1:23

**Federal** [3] - 70:5, 70:8, 232:14

**feet** [5] - 95:21, 95:22, 98:4, 179:11, 179:13, 184:25, 221:23

**feigning** [1] - 179:6

**fellow** [2] - 254:7, 270:8

**felt** [6] - 203:4, 207:19, 236:8, 236:15, 262:6, 270:11

**female** [1] - 36:10

**fence** [3] - 232:25, 234:23, 235:2

**fenced** [2] - 235:3, 235:4

**fencing** [18] - 28:16, 30:19, 30:25, 31:1, 31:4, 31:6, 67:4, 77:13, 77:15, 77:19, 77:25, 81:22, 83:3, 84:16, 235:4, 235:12

**few** [25] - 70:12, 128:25, 144:13,

147:6, 176:6, 179:13, 179:22, 182:15, 197:8, 199:3, 204:1, 206:23, 207:21, 209:6, 214:19, 228:18, 230:11, 241:11, 241:20, 242:20, 245:4, 245:22, 246:22, 273:25

**Fidelity** [1] - 113:10

**field** [3] - 39:24, 58:4, 274:25

**fifth** [1] - 120:8

**fight** [5] - 170:13, 188:8, 231:22, 248:24, 261:24

**fighter** [1] - 185:22

**fighting** [15] - 103:3, 103:11, 104:2, 104:3, 104:8, 104:24, 105:12, 175:16, 224:22, 248:23, 248:25, 252:6, 261:3, 261:24, 267:11

**fights** [1] - 173:6

**figure** [4] - 36:3, 130:7, 169:17, 201:7

**figured** [1] - 195:9

**figuring** [1] - 228:5

**filed** [1] - 9:5

**fill** [2] - 102:13, 257:8

**filled** [4] - 257:7, 271:14, 273:23

**filling** [1] - 47:10

**filmed** [2] - 42:3, 55:21, 245:19

**filter** [1] - 153:10

**final** [6] - 18:3, 19:1, 21:9, 88:7, 119:13, 224:9

**finally** [9] - 8:4, 11:23, 13:1, 16:11, 19:15, 32:9, 219:8, 233:4, 279:14

**fine** [8] - 14:16, 14:24, 36:13, 80:13, 174:4, 231:25, 282:1, 282:3

**fire** [7] - 43:13, 176:15, 177:5, 184:2, 185:22, 228:17

**fired** [1] - 175:4

**firm** [2] - 78:17, 78:19

**first** [60] - 14:18, 15:2, 16:2, 20:2, 20:15, 50:12, 66:13, 88:15, 88:19, 90:22, 91:3, 93:3, 93:5, 93:6,

93:15, 93:25, 95:1,
95:25, 108:7, 110:5,
111:25, 112:1, 129:1,
129:9, 134:20,
142:25, 146:5,
158:24, 163:24,
163:25, 165:17,
166:25, 169:9, 171:6,
181:24, 187:8,
202:19, 205:2,
216:10, 219:8,
219:15, 221:8, 231:1,
248:12, 249:12,
249:21, 259:4,
265:24, 266:13,
269:9, 272:19,
272:21, 272:25,
273:2, 277:18,
277:20, 277:25, 278:4

**First** [8] - 29:18,
29:22, 65:9, 67:11,
143:3, 143:4, 143:7,
149:9

**fit** [2] - 98:15, 197:23

**five** [25] - 42:4, 53:6,
54:15, 54:18, 89:17,
92:4, 105:17, 163:8,
185:4, 187:15,
188:14, 199:6,
202:23, 210:6,
218:18, 220:10,
229:22, 253:21,
269:16, 269:17,
269:20, 271:3, 271:4,
275:24

**five-minute** [2] -
105:17, 188:14

**fixed** [1] - 258:19

**flagged** [1] - 176:17

**flame** [1] - 151:19

**flame-retardant** [1] -
151:19

**Floor** [1] - 1:17

**floor** [2] - 46:16,
76:22

**FLORIDA** [1] - 1:24

**Florida** [1] - 1:25

**flow** [3] - 99:20,
148:9, 252:20

**flowed** [2] - 100:5,
271:16

**flowing** [1] - 268:5

**flows** [2] - 166:14,
174:7

**Floyd** [2] - 143:21,
233:19

**flush** [1] - 172:18

**flying** [2] - 151:13,
275:5

**foam** [1] - 142:15

**focus** [4] - 85:19,
173:17, 206:14,
253:25

**focused** [5] - 144:19,
232:10, 232:11,
232:17, 254:10

**fold** [1] - 185:18

**folded** [4] - 187:13,
190:5, 258:7, 258:17

**folks** [2] - 4:12,
282:11

**follow** [3] - 76:4,
264:25, 265:2

**followed** [3] - 19:9,
155:3, 164:7

**following** [1] - 21:18,
105:24, 112:18,
139:13, 139:18,
217:2, 233:11

**followup** [2] - 75:25,
77:12

**foot** [5] - 95:15,
182:14, 182:15,
205:23, 261:21

**footage** [30] - 40:18,
40:22, 42:3, 48:2,
48:23, 49:2, 49:23,
50:15, 53:11, 54:20,
55:20, 59:16, 73:13,
73:23, 74:1, 74:12,
108:9, 108:16,
108:25, 109:11,
159:16, 160:12,
160:13, 161:1, 162:5,
162:11, 200:7,
207:22, 275:11,
275:14

**FOR** [7] - 1:1, 1:14,
1:16, 1:19, 1:23, 2:2,
3:4

**force** [25] - 39:24,
125:14, 165:22,
174:8, 174:13,
174:16, 176:4,
177:9, 179:7,
181:12, 203:12,
203:17, 228:9,
234:18, 234:19,
238:7, 238:10,
250:17, 250:18,
251:12, 253:15,
253:16, 255:3,
276:21, 280:6

**forces** [2] - 174:7,
206:3

**forearm** [4] - 211:15,
211:17, 237:16,
237:17

**forearms** [1] - 141:22

**foregoing** [1] - 283:4

**foregone** [1] -
278:15

**foreground** [1] -
242:3

**forget** [2] - 125:5,
125:6

**forgive** [1] - 213:3

**forgot** [1] - 19:1

**form** [9] - 12:19,
12:22, 13:2, 14:23,
156:24, 163:12,
195:2, 204:3, 231:21

**formation** [2] -
165:8, 247:21

**formed** [1] - 202:22

**forming** [1] - 206:21

**forms** [1] - 13:9

**forth** [7] - 36:5,
173:5, 173:7, 178:17,
214:12, 246:16,
271:15

**fortunately** [1] -
259:22

**forward** [28] - 4:6,
100:6, 100:10,
100:17, 100:20,
101:16, 182:10,
206:5, 208:11,
208:25, 218:2,
220:13, 222:11,
237:14, 237:19,
246:22, 259:16,
264:6, 266:21,
266:19, 266:24,
267:11, 267:21,
267:23, 269:1, 269:7,
276:19

**forwarding** [1] -
102:2

**foundation** [3] -
25:3, 33:6, 86:19

**four** [18] - 22:20,
64:22, 65:3, 119:4,
119:13, 145:15,
146:22, 146:24,
147:21, 162:22,
163:7, 169:2, 220:10,
229:22, 239:3, 243:2,
264:4

**Fourth** [6] - 1:17,
140:6, 140:18,
140:21, 144:4

**frame** [7] - 99:13,
102:7, 102:18,
102:25, 103:6, 243:19

**framed** [1] - 267:22

**frames** [1] - 263:7

**fraud** [2] - 117:7,
117:10

**free** [5] - 112:9,

138:23, 140:2, 252:8,
280:23

**frequently** [1] - 28:2,
106:15, 208:10

**friend** [4] - 130:23,
132:24, 133:1, 137:13

**friendly** [1] - 115:1

**friends** [3] - 113:20,
120:17, 133:9

**friendship** [2] -
135:20, 135:23

**front** [62] - 17:1,
17:15, 25:8, 26:18,
26:20, 30:16, 35:4,
35:15, 35:17, 35:19,
35:20, 35:21, 35:22,
36:24, 37:5, 38:6,
45:8, 45:10, 54:25,
55:23, 65:15, 65:17,
92:8, 98:16, 109:11,
129:20, 148:19,
148:22, 165:11,
171:19, 180:12,
188:20, 189:3,
189:21, 206:6,
206:24, 207:3,
207:11, 209:17,
209:21, 215:4, 215:9,
220:15, 221:23,
222:2, 222:3, 229:7,
238:8, 248:15,
248:16, 255:17,
263:3, 264:5, 264:25,
265:18, 266:13,
266:20, 266:24,
267:5, 272:14, 279:13

**frosted** [1] - 96:6

**frozen** [1] - 99:11

**FTP** [1] - 231:13

**full** [12] - 6:11, 7:8,
8:5, 113:3, 156:4,
190:15, 204:16,
211:9, 217:7, 231:9,
265:3, 283:5

**full-body** [1] - 190:15

**full-on** [1] - 265:3

**fully** [3] - 167:16,
233:12

**function** [1] - 82:13

**functioning** [1] -
201:9

## G

**gaining** [1] - 263:19

**games** [5] - 113:22,
113:23, 114:2, 114:3,
114:19

**gap** [3] - 257:16,

263:25, 267:7

**gaps** [3] - 255:11,
256:25, 258:9

**Garden** [1] - 1:24

**gas** [40] - 142:17,
152:25, 153:1, 153:4,
153:8, 153:9, 153:13,
172:13, 184:3, 184:5,
184:10, 184:20,
184:22, 184:25,
185:2, 185:12, 186:4,
186:5, 186:6, 186:10,
186:11, 187:25,
188:3, 233:2, 234:4,
234:9, 257:10,
257:12, 257:18,
257:24, 258:7, 261:21

**gather** [3] - 73:17,
74:2, 224:10

**gathered** [1] - 73:21

**gatherings** [1] -
143:2

**Gavin** [1] - 243:16,
273:21

**gear** [14] - 56:7,
141:11, 145:18,
147:19, 151:2, 151:3,
151:4, 151:7, 157:1,
163:8, 163:11,
163:15, 210:18,
210:19

**geared** [1] - 162:19

**gears** [1] - 56:6

**general** [20] - 16:7,
28:1, 76:21, 114:19,
146:7, 153:4, 159:21,
163:6, 176:21, 177:9,
177:20, 184:7,
198:16, 206:18,
207:1, 221:4, 254:3,
254:4, 270:3, 272:3

**generalizing** [1] -
144:15

**generally** [4] -
144:12, 161:12,
269:8, 276:22

**generic** [1] - 248:6

**gentleman** [6] -
71:15, 176:17, 205:7,
214:12, 214:24,
277:22

**gentleman's** [2] -
209:25, 212:22

**gentlemen** [3] - 4:25,
5:8, 10:23

**geography** [1] -
198:12

**George** [2] - 143:21,
233:19

**given** [9] - 24:6,

76:6, 81:18, 141:11, 179:9, 181:2, 184:19, 269:5, 278:13
**glass** [14] - 43:14, 94:16, 94:21, 95:14, 95:15, 95:22, 96:4, 96:5, 107:18, 108:7, 137:16, 138:11, 263:11, 263:18
**glove** [4] - 211:14, 211:15, 211:16, 211:17
**Glover** [3] - 150:2, 150:6, 180:18
**gloves** [3] - 141:13, 187:16, 229:2
**goal** [1] - 277:9
**gold** [9] - 210:21, 263:6, 267:22, 268:8, 268:9, 268:19, 268:21, 268:22, 269:1
**gold-framed** [1] - 267:22
**gonna** [1] - 150:23
**Google** [1] - 229:5
**government** [1] - 116:20
**GOVERNMENT** [5] - 1:14, 3:4, 21:21, 112:21, 139:21
**Government** [20] - 4:7, 12:13, 13:7, 13:10, 13:12, 13:22, 13:24, 17:21, 20:1, 53:3, 54:3, 88:9, 90:20, 112:16, 121:19, 139:16, 162:9, 200:11, 212:5, 216:15
**government's** [18] - 3:12, 3:13, 3:13, 3:14, 3:14, 3:15, 3:16, 3:16, 3:17, 3:17, 3:18, 3:18, 3:19, 3:19, 3:20, 3:20, 3:21, 3:21
**Government's** [118] - 14:14, 14:21, 16:5, 16:12, 17:25, 18:19, 19:5, 19:13, 19:22, 24:22, 26:5, 29:5, 30:10, 33:3, 34:1, 41:12, 41:23, 42:20, 43:9, 43:16, 44:1, 44:17, 45:3, 45:18, 46:24, 47:14, 47:24, 48:11, 49:10, 50:7, 51:1, 51:13, 52:1, 53:7, 54:11, 54:16, 55:8, 55:12, 56:3, 60:3, 61:17, 62:8,

63:3, 63:9, 64:3, 64:19, 64:23, 65:12, 65:19, 66:7, 71:23, 72:21, 74:6, 99:8, 100:8, 100:11, 100:18, 100:23, 101:1, 101:8, 101:17, 101:19, 101:23, 107:10, 107:25, 108:20, 109:5, 109:19, 110:11, 111:4, 118:23, 120:2, 129:18, 129:20, 129:24, 130:10, 162:14, 163:4, 164:12, 166:3, 170:18, 172:7, 173:9, 176:10, 178:7, 180:3, 182:18, 183:14, 183:20, 186:24, 188:15, 190:7, 192:25, 196:7, 197:10, 199:13, 200:19, 205:12, 207:25, 208:14, 209:10, 209:14, 210:4, 210:7, 212:9, 212:13, 213:1, 213:5, 213:16, 215:19, 215:22, 216:19, 217:9, 218:6, 220:20, 223:3, 240:13, 241:2
**gown** [1] - 165:9
**grab** [5] - 38:1, 38:16, 164:2, 179:23, 222:14
**grabbed** [2] - 222:22, 222:23
**grabbing** [2] - 165:19, 271:20
**grace** [1] - 158:19
**grade** [2] - 136:15, 236:15
**graduated** [2] - 6:17, 8:13
**graduating** [1] - 6:24
**grant** [1] - 254:1
**Grant's** [1] - 65:6
**granted** [2] - 97:3, 151:4
**granting** [1] - 282:5
**grass** [1] - 248:14
**grassy** [4] - 35:22, 85:13, 85:23, 247:22
**gray** [1] - 65:22
**great** [21] - 23:21, 27:21, 28:5, 28:21, 32:8, 32:22, 39:5, 40:16, 42:17, 44:6, 46:21, 49:7, 51:15,

51:24, 52:13, 64:15, 111:21, 169:6, 169:13, 170:9, 176:3
**greater** [1] - 192:5
**greatly** [1] - 101:19
**Greg** [1] - 20:17
**grenade** [1] - 142:14
**Griffin** [1] - 16:4
**ground** [20] - 67:18, 78:4, 92:5, 167:10, 179:4, 179:8, 179:9, 182:4, 182:6, 222:1, 237:6, 254:19, 254:20, 254:23, 255:1, 255:6, 255:7, 261:2, 261:3
**grounds** [48] - 15:3, 23:24, 29:25, 33:18, 34:21, 39:2, 39:9, 39:16, 54:24, 55:20, 59:6, 62:2, 62:20, 62:23, 65:16, 66:2, 67:16, 67:22, 80:20, 80:24, 81:9, 81:13, 81:19, 81:21, 81:24, 82:1, 83:6, 83:24, 84:20, 85:12, 85:15, 85:20, 109:1, 109:13, 149:16, 149:17, 149:18, 149:21, 149:22, 150:1, 155:16, 156:1, 156:13, 160:8, 163:24, 168:4, 279:24, 281:13
**group** [12] - 18:3, 31:24, 37:4, 37:17, 45:23, 130:25, 137:12, 203:24, 232:10, 242:23, 243:8, 258:14
**groups** [2] - 231:23, 232:15
**guard** [1] - 28:19
**Guard** [4] - 234:11, 234:13, 234:14, 234:22
**guess** [8] - 17:11, 59:20, 72:11, 72:13, 76:24, 112:24, 248:6, 275:20
**guilt** [1] - 10:6
**gun** [2] - 147:19, 211:2
**gun's** [1] - 211:3
**guy** [15] - 163:25, 179:5, 179:8, 182:8, 193:15, 193:24, 194:4, 210:15, 215:1, 222:14, 229:7, 237:5,

238:8, 242:11, 243:16
**guys** [18] - 133:20, 152:25, 163:11, 178:11, 185:7, 193:8, 196:12, 197:16, 197:23, 197:24, 227:16, 238:19, 255:4, 259:2, 262:25, 263:2, 266:19
**gym** [1] - 8:18

## H

**hacked** [2] - 121:4, 123:4
**Hackerman** [6] - 148:16, 150:19, 151:1, 201:19, 202:15, 202:25
**Hale** [1] - 16:10
**Hale-Cusanelli** [1] - 16:10
**half** [27] - 22:17, 22:20, 23:3, 86:16, 166:13, 168:21, 168:23, 170:17, 173:4, 175:20, 179:18, 195:2, 195:3, 195:7, 201:15, 201:16, 201:25, 203:6, 223:24, 230:21, 232:16, 238:23, 239:9, 244:7, 244:15
**half-hour** [4] - 166:13, 173:4, 175:20, 179:18
**hallway** [36] - 97:21, 199:10, 199:16, 200:23, 200:25, 201:16, 206:10, 206:11, 207:7, 208:8, 208:20, 217:25, 219:25, 220:1, 221:3, 221:12, 224:13, 224:16, 267:24, 268:13, 270:1, 270:3, 271:9, 271:12, 271:13, 271:22, 271:25, 272:2, 272:4, 272:22, 273:3, 273:12, 277:25, 278:5, 280:10
**hand** [28] - 43:23, 50:11, 50:21, 52:11, 108:8, 108:12, 112:20, 137:17, 138:11, 142:16, 149:14, 155:13, 161:5, 164:24, 178:2,

190:11, 190:25, 209:21, 209:25, 211:2, 211:5, 212:22, 215:5, 217:20, 221:5, 221:12, 276:17
**hand-off** [1] - 155:13
**hand-thrown** [1] - 142:16
**handed** [2] - 210:25, 211:13
**handful** [2] - 197:6, 197:24
**handheld** [1] - 263:24
**handle** [7] - 5:4, 156:1, 156:2, 156:4, 156:8, 237:18
**handled** [2] - 223:12, 234:15
**handoff** [1] - 149:16
**hands** [6] - 80:3, 110:6, 174:20, 191:6, 207:11, 212:17, 229:3, 276:14, 276:16
**hangs** [1] - 205:25
**happenstance** [3] - 266:18, 266:21, 269:7
**happily** [1] - 105:6
**happy** [2] - 5:22, 90:5
**hard** [11] - 16:16, 16:17, 55:15, 151:3, 163:8, 163:11, 163:14, 169:2, 210:18, 210:19, 250:20
**hardened** [1] - 234:7
**harder** [2] - 165:11, 181:13
**hardly** [1] - 232:21
**harm's** [1] - 270:10
**Harris** [1] - 106:14
**Hawa** [1] - 16:2
**Hawa's** [1] - 17:6
**Hawaii** [1] - 2:3
**hazardous** [1] - 75:1
**head** [9] - 34:20, 38:17, 46:9, 185:15, 192:6, 225:13, 229:6, 229:7, 229:8
**headed** [2] - 156:15, 199:22
**heading** [3] - 163:21, 239:9, 241:9
**headquarters** [1] - 34:13
**hear** [16] - 74:16, 92:18, 94:8, 154:6, 165:20, 171:16, 172:2, 177:16,

185:21, 186:4, 186:5, 208:3, 213:13, 218:9, 219:5, 278:22
**heard** [7] - 102:12, 181:24, 186:7, 196:22, 239:15, 245:22, 253:1
**hearing** [12] - 149:4, 149:8, 150:12, 151:22, 154:4, 154:13, 159:6, 165:16, 182:1, 196:20, 218:15, 226:19
**hearsay** [2] - 115:23, 115:24
**heart** [1] - 210:15
**heave** [1] - 224:19
**heave-hos** [1] - 224:19
**heavier** [2] - 236:9, 236:16
**hectic** [2] - 148:24, 149:3
**held** [9] - 110:6, 167:6, 182:17, 185:3, 205:3, 220:11, 220:12, 225:25, 259:20
**hello** [1] - 145:23
**helmet** [15] - 102:5, 141:16, 152:20, 164:4, 187:15, 187:22, 221:23, 223:9, 223:16, 223:17, 223:18, 225:11, 225:12
**helmets** [6] - 150:8, 152:17, 152:18, 184:17, 270:25, 272:2
**help** [13] - 155:18, 157:12, 163:22, 185:14, 218:12, 218:16, 218:22, 219:1, 249:9, 270:20, 278:16, 278:21
**helped** [5] - 176:4, 222:23, 233:23, 234:17, 241:11
**helpful** [1] - 101:20
**helping** [1] - 272:12
**hereby** [1] - 283:3
**high** [14] - 6:17, 6:24, 8:13, 57:3, 113:17, 113:19, 140:12, 145:17, 145:19, 150:20, 174:22, 232:6, 266:7, 266:10
**high-injury-prone** [1] - 266:10

**high-level** [1] - 57:3
**high-visibility** [2] - 145:17, 145:19
**higher** [1] - 246:23
**Hill** [2] - 68:10, 68:19
**himself** [3] - 214:14, 223:10
**hindsight** [2] - 222:8, 235:16
**hired** [3] - 22:11, 22:13, 22:14
**history** [4] - 22:9, 23:22, 194:13, 231:1
**hit** [18] - 36:9, 151:13, 158:11, 158:17, 158:22, 159:3, 159:5, 160:6, 184:13, 187:25, 203:16, 214:8, 237:24, 238:10, 238:11, 251:13, 251:15, 271:16
**hits** [1] - 154:4
**hitting** [4] - 43:2, 229:7, 242:18, 253:17
**HMRT** [2] - 74:20, 74:25
**hoc** [1] - 85:5
**Hodges** [10] - 147:7, 201:22, 218:11, 218:15, 218:18, 218:22, 219:1, 219:5, 239:15, 270:15
**hoedown** [1] - 124:3
**hold** [37] - 47:21, 73:25, 178:21, 182:21, 189:14, 190:1, 191:21, 192:4, 194:16, 194:24, 195:9, 196:25, 197:24, 197:25, 198:8, 199:1, 199:2, 199:6, 226:6, 232:18, 237:1, 237:6, 237:16, 238:19, 242:12, 243:1, 243:3, 243:8, 257:21, 262:8, 266:5, 268:12, 268:16, 268:17, 269:24, 270:4, 272:4
**holding** [18] - 98:14, 187:10, 193:16, 199:8, 203:21, 203:22, 212:18, 214:4, 222:16, 237:15, 237:18, 237:23, 238:20, 266:7, 276:11, 278:1, 279:4, 279:6
**hole** [2] - 167:9,

182:11
**holes** [4] - 181:19, 181:21, 181:22, 257:7
**home** [2] - 125:25, 233:3
**honest** [1] - 36:2
**honestly** [3] - 101:20, 175:3, 249:3
**Honor** [102] - 4:2, 4:8, 4:13, 4:17, 4:21, 5:12, 5:14, 5:16, 6:2, 6:4, 6:6, 7:2, 7:6, 11:1, 11:5, 11:9, 11:13, 11:21, 11:25, 12:4, 12:8, 12:12, 12:16, 12:20, 12:25, 13:12, 13:16, 13:19, 13:21, 13:24, 13:25, 14:3, 14:9, 14:11, 14:13, 14:18, 14:22, 15:6, 15:8, 16:2, 16:16, 16:22, 17:10, 20:8, 20:10, 20:12, 20:20, 21:1, 21:3, 21:5, 21:7, 21:12, 21:24, 24:18, 26:2, 26:13, 29:3, 31:5, 32:23, 33:5, 34:3, 41:9, 41:16, 41:18, 49:17, 49:21, 49:25, 50:2, 52:15, 52:24, 53:18, 57:11, 58:16, 58:18, 59:7, 59:14, 62:5, 62:25, 70:20, 75:21, 80:10, 81:3, 104:6, 104:10, 105:15, 105:22, 106:1, 111:10, 112:7, 112:15, 115:22, 116:6, 119:20, 134:12, 136:6, 138:15, 138:20, 139:11, 139:15, 191:12, 213:13, 281:6
**HONORABLE** [1] - 1:11
**hooded** [1] - 18:13
**hoodie** [1] - 65:22
**hooks** [1] - 141:22
**hope** [2] - 122:12, 122:13
**hopefully** [1] - 189:18, 201:8
**hoping** [2] - 180:22, 204:15
**horse** [1] - 235:14
**hos** [1] - 224:19
**hospital** [1] - 228:3
**hostile** [8] - 165:16, 166:8, 254:3, 254:4,

254:5, 254:6, 254:12
**hostilities** [1] - 259:11
**hour** [12] - 86:16, 98:25, 99:6, 148:12, 166:13, 173:4, 175:20, 179:12, 179:18, 223:24, 230:4, 250:19
**hours** [13] - 7:1, 7:23, 8:23, 33:15, 34:10, 34:22, 88:16, 88:17, 146:13, 161:10, 220:13, 226:2, 279:3
**house** [1] - 138:5
**House** [19] - 22:18, 22:24, 22:25, 25:16, 25:17, 32:19, 32:20, 32:21, 42:11, 42:13, 42:15, 43:2, 76:12, 89:7, 89:16, 91:11, 91:19, 93:25, 235:3
**humidity** [2] - 96:10, 96:11
**hundred** [1] - 144:13
**hundreds** [2] - 69:16, 145:4
**hurt** [2] - 220:6, 278:21
**Hyman** [1] - 38:14
**hypothetical** [2] - 86:24, 87:5

## I

**idea** [10] - 33:12, 55:3, 161:20, 192:23, 195:6, 201:2, 201:4, 209:18, 237:2, 249:6
**ideal** [1] - 280:9
**identical** [1] - 59:15
**identification** [2] - 19:2, 19:11
**identifications** [1] - 19:24
**identified** [5] - 72:4, 90:25, 211:25, 223:10, 239:15
**identify** [2] - 4:6, 60:25
**III** [3] - 1:6, 4:4, 6:13
**illegally** [1] - 280:17
**illegitimate** [1] - 117:13
**illness** [3] - 7:4, 8:1, 9:1
**image** [3] - 83:13, 83:17

**images** [2] - 52:20, 278:25
**IMF** [4] - 153:11, 153:16, 153:17, 177:8
**immediately** [5] - 38:12, 92:4, 106:21, 197:17, 205:2
**impact** [1] - 142:14
**impeded** [1] - 248:1
**impenetrable** [1] - 232:25
**implausible** [1] - 117:20
**implement** [1] - 157:9
**implements** [1] - 236:25
**important** [2] - 254:18, 281:14
**improvising** [1] - 238:13
**IN** [1] - 3:11
**inaugural** [5] - 26:23, 26:25, 35:24, 63:18, 142:25
**inauguration** [7] - 26:23, 26:25, 27:1, 27:20, 47:6, 177:21, 233:20
**incapacitation** [1] - 206:4
**inches** [1] - 98:4
**incident** [3] - 84:2, 87:22, 138:10
**included** [3] - 19:3, 19:23, 229:18
**including** [2] - 87:21, 200:17
**incorrect** [1] - 103:19
**increases** [1] - 266:23
**incrementally** [1] - 182:6
**indefinitely** [1] - 195:10
**Independence** [2] - 29:21
**independently** [1] - 105:12
**indicated** [1] - 67:21
**indicated** [2] - 5:3, 71:5
**indicating** [1] - 84:21
**indicating)** [1] - 237:12
**indication** [1] - 138:11
**indiscernible** [1] - 148:23

**individual** [17] - 18:10, 42:25, 43:14, 43:22, 75:13, 91:22, 107:18, 113:14, 209:17, 213:24, 215:8, 215:12, 258:15, 264:5, 264:11, 264:14, 264:19

**individual's** [1] - 212:17

**individuals** [9] - 30:4, 46:5, 81:23, 81:24, 82:5, 108:7, 108:9, 108:12, 110:4

**inebriated** [1] - 137:18

**ineffective** [1] - 195:18

**information** [8] - 84:7, 90:4, 127:11, 135:15, 135:17, 156:19, 236:3, 249:8

**informed** [1] - 5:9

**infrastructure** [1] - 232:21

**ingratiate** [1] - 214:14

**ingress** [1] - 97:25

**inhaling** [1] - 184:12

**initial** [13] - 33:15, 34:24, 93:15, 94:4, 94:5, 94:7, 131:2, 164:15, 166:10, 205:1, 219:15, 240:9, 259:5

**initiated** [1] - 186:18

**injured** [14] - 154:3, 154:7, 179:6, 179:8, 227:15, 228:5, 228:6, 228:7, 228:14, 229:12, 229:21, 229:23, 257:14

**injuries** [2] - 228:10, 229:10

**injury** [10] - 179:6, 228:16, 229:6, 229:9, 229:15, 230:12, 237:10, 266:7, 266:10

**inner** [5] - 168:18, 263:8, 263:10, 263:15, 263:18

**innocence** [1] - 10:6

**inquire** [1] - 53:25

**inside** [33] - 24:8, 42:10, 42:12, 47:19, 51:21, 52:6, 61:9, 68:11, 76:12, 88:25, 94:2, 94:11, 97:8, 102:4, 104:1, 110:22,

135:8, 140:20, 170:8, 201:8, 204:3, 226:9, 226:10, 239:12, 239:14, 239:16, 242:21, 262:11, 273:17, 275:8, 275:16, 275:17, 280:2

**insightful** [1] - 115:3

**insignia** [1] - 190:17

**Inspector** [3] - 38:13, 150:2, 180:18

**inspector** [2] - 87:16, 169:1

**instance** [2] - 120:18, 137:10

**instances** [1] - 171:5

**instead** [4] - 132:1, 169:5, 181:4, 184:22

**instinct** [1] - 259:5

**instruction** [1] - 21:11

**instructions** [1] - 21:9

**intact** [1] - 279:5

**integrity** [2] - 254:19, 254:20

**intellectual** [1] - 115:3

**intelligence** [1] - 23:11

**intelligent** [1] - 184:23

**intend** [1] - 59:18

**intended** [3] - 57:2, 79:2, 121:14

**intent** [1] - 135:14

**intention** [1] - 136:23

**intentional** [2] - 267:2, 269:5

**intentionally** [2] - 207:6, 207:8

**interacting** [1] - 175:22

**interaction** [4] - 214:25, 244:12, 244:13, 264:11

**interactions** [1] - 121:12

**interest** [2] - 116:2, 175:4

**interested** [5] - 115:12, 115:19, 116:12, 116:14, 264:8

**interference** [1] - 17:17

**interior** [15] - 32:15, 37:9, 37:11, 39:1, 39:3, 40:5, 40:7, 94:18, 96:14, 96:17, 110:16, 110:20,

221:9, 268:21, 268:22

**interject** [1] - 52:15

**interlocked** [2] - 167:8, 181:4

**intermittently** [1] - 175:21

**internet** [1] - 114:11

**internet-based** [1] - 114:11

**interrupt** [1] - 93:7

**interspersed** [2] - 143:24, 175:8

**interstate** [1] - 17:17

**interview** [1] - 258:4

**interviewed** [1] - 258:2

**intimately** [1] - 23:23

**introduce** [1] - 22:2, 59:17

**investigated** [1] - 156:9

**Investigation** [2] - 70:5, 70:8

**investigation** [1] - 156:2

**investigations** [2] - 23:9, 39:14

**investment** [1] - 113:12

**invisible** [1] - 67:17

**invited** [1] - 70:23

**invocation** [1] - 20:24

**invoke** [1] - 20:15

**involved** [4] - 68:7, 68:22, 74:16, 144:5

**involvement** [1] - 70:14

**involves** [3] - 82:24, 149:10, 228:9

**iPhone** [1] - 18:13

**issue** [5] - 81:4, 161:17, 161:21, 171:2, 187:20

**issued** [8] - 158:3, 177:21, 177:24, 211:16, 233:16, 233:18, 233:21, 233:22

**issues** [1] - 117:19

**issuing** [3] - 171:20, 171:21, 172:1

**it'll** [5] - 151:14, 160:16, 162:10, 176:8, 179:18

**items** [5] - 18:12, 18:15, 19:8, 19:19, 96:20

**itself** [7] - 170:1, 172:17, 188:10,

220:25, 240:7, 247:6, 273:8

---

**J**

**jacket** [4] - 56:10, 147:24, 176:17, 242:11

**jackets** [2] - 145:19, 147:17

**January** [112] - 17:23, 18:2, 23:18, 24:16, 25:25, 27:22, 28:7, 28:9, 28:13, 29:1, 30:19, 31:15, 34:5, 39:1, 40:18, 40:22, 41:6, 42:7, 42:9, 49:14, 49:15, 50:18, 51:10, 51:19, 52:9, 53:15, 55:18, 56:6, 56:21, 57:23, 58:3, 58:8, 58:25, 59:16, 60:7, 60:12, 60:13, 62:3, 62:20, 63:19, 68:4, 68:9, 68:13, 68:14, 68:19, 68:23, 69:24, 76:6, 76:14, 81:18, 82:6, 82:10, 83:6, 83:9, 87:22, 89:1, 95:9, 96:18, 107:16, 109:25, 110:25, 118:15, 118:19, 119:18, 120:7, 120:19, 121:2, 122:3, 122:10, 122:18, 123:12, 124:1, 124:15, 124:18, 125:3, 125:16, 125:24, 126:9, 126:19, 126:24, 127:13, 127:20, 128:1, 128:23, 129:5, 130:16, 131:19, 132:16, 133:18, 135:6, 140:9, 140:16, 144:9, 144:21, 159:11, 160:9, 161:14, 162:3, 177:13, 177:23, 202:19, 202:20, 231:11, 233:22, 236:10, 236:20, 243:23, 243:24, 244:17, 250:25, 276:6

**Jason** [3] - 3:8, 139:16, 140:1

**JASON** [2] - 139:21, 140:3

**jeopardize** [1] -

255:19

**Jessie** [1] - 201:22

**Jim** [1] - 201:20

**job** [3] - 104:20, 175:4, 180:20

**JOCELYN** [1] - 1:15

**Jocelyn** [1] - 4:10

**Joe** [1] - 117:3

**join** [1] - 132:6

**joined** [2] - 22:19, 140:11

**joint** [4] - 28:6, 75:11, 82:11, 155:17

**joke** [2] - 120:16, 121:9

**joke-speak** [1] - 120:16

**JOSE** [1] - 2:4

**Joseph** [1] - 201:20

**José** [1] - 4:23

**journalist** [1] - 136:22

**journalists** [1] - 128:7

**JR** [1] - 2:2

**judge** [1] - 53:25

**JUDGE** [1] - 1:11

**Judge** [1] - 137:6

**judge's** [1] - 233:11

**judgment** [1] - 165:21

**judgments** [1] - 251:12

**July** [2] - 22:12, 97:10

**jump** [1] - 126:24

**jumping** [1] - 26:9

**jurisdiction** [2] - 155:15, 155:17

**jurors** [1] - 9:14

**jury** [23] - 5:3, 5:10, 5:17, 9:5, 9:12, 9:13, 9:22, 10:5, 10:14, 11:4, 11:8, 11:12, 11:16, 11:19, 11:24, 12:3, 12:7, 12:11, 12:19, 12:22, 13:2, 13:7, 26:9

**Justice** [7] - 148:14, 148:15, 148:17, 148:19, 148:22, 148:23, 150:17

**justice** [1] - 73:23

**justified** [1] - 277:7

**justify** [1] - 225:20

---

**K**

**Kailua** [1] - 2:3

**Kamala** [1] - 106:14
**keep** [17] - 79:13, 96:10, 135:7, 135:18, 135:19, 143:13, 146:1, 151:15, 189:2, 189:4, 198:9, 204:4, 206:22, 209:24, 241:1, 260:4, 268:9
**kept** [1] - 40:13
**killed** [2] - 144:5, 278:18
**killing** [1] - 143:21
**Kimberly** [1] - 4:8
**KIMBERLY** [1] - 1:14
**kind** [40] - 7:5, 8:2, 9:2, 26:8, 83:23, 84:2, 87:21, 113:21, 114:2, 114:3, 136:24, 140:16, 141:9, 144:3, 145:23, 146:20, 148:13, 149:5, 149:9, 156:22, 164:17, 175:5, 180:12, 180:25, 185:12, 192:9, 214:18, 225:9, 225:14, 227:2, 230:25, 235:6, 251:8, 251:22, 253:23, 266:17, 266:18, 269:6, 270:15, 274:15
**kinds** [2] - 146:17, 251:18
**knee** [1] - 186:6
**knees** [1] - 141:21
**knocked** [5] - 67:4, 67:7, 137:16, 138:11
**knowing** [5] - 11:3, 11:15, 12:2, 121:8, 251:17
**knowingly** [1] - 13:6
**knowledge** [20] - 60:10, 69:22, 70:15, 168:3, 189:6, 189:9, 191:7, 194:11, 198:13, 200:9, 202:9, 207:17, 219:3, 225:4, 225:5, 241:16, 244:16, 249:5, 262:1
**knowledgeable** [1] - 62:19
**known** [12] - 25:8, 113:16, 114:8, 121:18, 136:15, 137:8, 137:9, 137:22, 137:24, 218:18, 222:22, 275:9
**knows** [1] - 203:24
**Kyle** [6] - 4:11, 20:19, 203:9, 204:12, 204:21, 204:22

**Kym** [1] - 19:18

# L

**labeled** [1] - 118:24
**Labor** [1] - 232:13
**lack** [1] - 267:16
**Lafayette** [1] - 144:1
**laid** [4] - 14:1, 70:21, 166:20, 180:11
**landing** [1] - 36:23
**Lanelle** [1] - 16:2
**large** [12] - 146:8, 148:10, 157:6, 194:22, 195:21, 206:20, 243:7, 257:20, 265:14, 274:14, 274:15, 274:17
**larger** [3] - 142:11, 222:21, 245:15
**last** [33] - 7:1, 7:23, 8:23, 53:6, 119:4, 127:3, 135:10, 137:2, 140:14, 143:23, 188:19, 195:23, 196:1, 197:1, 197:2, 197:6, 197:16, 200:22, 219:20, 224:7, 224:15, 224:22, 232:2, 235:10, 240:23, 240:24, 261:13, 262:19, 263:6, 268:19, 272:15
**lasted** [2] - 143:14, 230:11
**late** [3] - 45:11, 132:18, 224:6
**laughing** [1] - 125:21
**launcher** [1] - 142:15
**LAUREN** [1] - 1:23
**Lauren** [1] - 4:17
**law** [10] - 35:4, 69:4, 69:23, 81:8, 82:15, 104:25, 155:22, 219:8, 240:6, 274:5
**LAW** [2] - 1:20, 2:2
**lawful** [1] - 277:3
**lawn** [2] - 65:15, 93:13
**layer** [1] - 168:19
**layers** [1] - 214:6
**layman's** [1] - 80:22
**layout** [1] - 189:7
**lead** [9] - 20:16, 20:17, 20:18, 20:22, 58:13, 126:12, 155:2, 155:3, 163:22

**leader** [1] - 202:11
**leadership** [1] - 203:7
**leaning** [4] - 190:12, 231:12, 231:23, 255:2
**learn** [4] - 130:5, 196:16, 221:15, 237:11
**learned** [1] - 153:21
**learning** [2] - 87:23, 276:8
**least** [14] - 45:14, 77:21, 80:1, 101:13, 102:2, 102:8, 112:5, 171:1, 208:8, 224:2, 233:20, 238:3, 259:4, 272:12
**Leasure** [1] - 201:22, 204:2
**leather** [2] - 176:17, 211:15
**leave** [12] - 29:12, 99:11, 106:21, 179:21, 185:1, 207:20, 225:6, 251:5, 252:10, 253:20, 261:16, 280:24
**leaves** [1] - 197:16
**leaving** [3] - 174:6, 208:19, 252:10
**led** [2] - 143:22, 203:4
**left** [28] - 25:7, 50:11, 50:21, 52:11, 55:23, 108:8, 125:25, 129:12, 188:3, 189:15, 207:8, 210:25, 211:3, 211:5, 211:13, 217:20, 217:22, 219:22, 221:12, 227:1, 231:22, 242:10, 242:23, 256:13, 259:17, 261:23, 269:11, 271:16
**left-hand** [7] - 50:11, 50:21, 52:11, 108:8, 211:5, 217:20, 221:12
**left-handed** [2] - 210:25, 211:13
**leg** [2] - 185:12, 192:5
**legal** [4] - 14:2, 81:4, 155:20, 279:23
**legs** [3] - 151:12, 222:24, 228:18
**legwork** [1] - 235:6
**length** [4] - 74:10, 183:3, 183:10, 268:14
**less** [7] - 98:4, 98:20,

161:24, 204:14, 243:1, 271:11, 275:24
**let'** [1] - 50:24
**letter** [1] - 281:25
**letting** [1] - 214:22
**level** [16] - 32:18, 57:3, 87:21, 189:20, 189:24, 189:25, 196:25, 198:3, 198:23, 205:21, 205:23, 231:8, 232:23, 234:19, 238:18, 242:15, 242:19, 262:7
**library** [1] - 35:4
**Lieutenant** [5] - 150:19, 151:1, 201:19, 202:15, 202:25
**lieutenant** [10] - 23:7, 146:23, 146:24, 148:16, 163:7, 202:15, 202:16, 229:22, 230:17
**life** [2] - 58:3, 114:19
**life-cycled** [1] - 58:3
**lifted** [1] - 222:7
**lifting** [1] - 222:18
**lighten** [1] - 137:14
**lighter** [1] - 236:17
**lights** [1] - 96:5
**likelihood** [1] - 266:7
**limit** [1] - 271:16
**limited** [1] - 111:11
**limits** [1] - 97:19
**LINDY** [1] - 1:19, 1:20
**Lindy** [1] - 4:13
**line** [170] - 29:24, 148:23, 154:11, 156:17, 156:19, 156:24, 163:6, 163:12, 163:25, 164:1, 165:9, 166:10, 166:11, 166:12, 166:14, 166:16, 166:23, 167:5, 167:6, 167:20, 168:1, 168:16, 170:8, 170:12, 170:14, 170:15, 171:23, 172:11, 172:16, 172:22, 172:24, 173:1, 173:12, 174:5, 176:5, 178:19, 179:10, 180:6, 180:25, 181:1, 181:8, 181:9, 181:14, 181:15, 182:10, 182:13, 182:16,

182:22, 182:25, 183:3, 183:7, 184:15, 185:1, 185:17, 186:13, 187:3, 187:9, 187:12, 187:18, 187:19, 187:25, 188:2, 188:3, 188:4, 188:5, 188:8, 188:9, 188:10, 188:11, 189:1, 189:5, 189:12, 189:15, 190:5, 193:6, 193:9, 193:11, 193:17, 194:3, 194:4, 194:7, 194:9, 194:11, 194:14, 194:17, 194:22, 195:2, 195:3, 195:7, 195:11, 197:18, 203:20, 204:2, 204:3, 204:5, 204:9, 209:5, 219:24, 226:25, 231:1, 233:4, 237:4, 238:19, 238:20, 240:21, 240:22, 242:4, 243:4, 249:14, 249:21, 250:4, 250:15, 252:19, 254:20, 255:8, 255:19, 256:3, 256:13, 256:16, 256:21, 256:23, 256:25, 257:6, 257:7, 257:15, 257:16, 257:21, 257:25, 258:6, 258:12, 258:13, 258:16, 258:17, 258:18, 259:3, 259:6, 259:20, 260:24, 261:5, 261:6, 264:21, 264:25, 265:18, 266:14, 267:16, 267:20, 267:24, 268:8, 268:24, 269:6, 269:7, 270:5, 271:8, 271:11, 272:4, 272:6, 272:14, 273:9, 273:11, 276:12, 279:4, 279:13, 279:17
**Line** [26] - 122:2, 122:9, 122:17, 123:3, 123:10, 123:22, 123:24, 124:17, 125:1, 125:15, 125:23, 126:8, 126:18, 127:12, 127:25, 128:18, 128:21, 129:23, 130:11, 130:14, 131:18, 132:14, 133:16, 134:2, 134:4, 134:11

**line's** [1] - 279:5
**linear** [1] - 252:5
**lines** [6] - 133:5,
133:25, 181:5,
194:15, 239:4
**Lines** [10] - 121:21,
121:24, 123:7,
123:18, 126:4, 127:1,
127:22, 131:16,
133:7, 133:13
**lingering** [2] - 230:8,
230:11
**link** [1] - 130:18
**linked** [1] - 192:17
**Lisa** [1] - 283:12
**LISA** [2] - 2:7, 283:3
**list** [6] - 52:18, 52:19,
52:21, 52:25, 53:4,
54:10
**listen** [2] - 205:9,
218:5
**listening** [2] -
196:19, 264:8
**lit** [1] - 186:15
**live** [7] - 113:5,
113:6, 158:10,
158:12, 158:14,
160:11
**lived** [1] - 113:7
**Lives** [1] - 125:11
**living** [1] - 113:9
**Liz** [2] - 132:19,
132:25
**LMAO** [2] - 125:20,
125:21
**load** [1] - 154:18
**located** [1] - 50:12
**location** [6] - 51:21,
52:5, 86:9, 97:5,
99:17, 101:13
**locations** [3] - 39:15,
92:20, 92:21
**lock** [10] - 96:10,
96:15, 96:17, 192:13,
204:5, 204:14,
235:15, 263:10,
263:15, 263:16
**lockdown** [1] -
204:16
**locked** [3] - 204:7,
204:10, 205:6
**log** [2] - 136:19,
136:20
**LOL** [1] - 125:5
**long-sleeved** [2] -
56:9, 152:6
**long-term** [3] -
76:16, 76:23, 76:24
**look** [17] - 52:19,
84:9, 84:14, 86:10,

86:11, 91:14, 104:19,
105:6, 113:12,
119:15, 123:10,
124:17, 125:1, 129:5,
187:23, 240:17,
271:25
**looked** [17] - 16:19,
24:16, 25:25, 30:19,
32:24, 44:11, 48:2,
49:1, 64:6, 77:16,
104:19, 182:25,
183:7, 221:22,
240:18, 271:2
**looking** [33] - 25:6,
25:9, 26:16, 26:18,
26:21, 36:5, 53:21,
55:22, 63:17, 65:7,
66:20, 67:14, 87:2,
100:21, 120:19,
123:21, 123:24,
126:18, 128:18,
131:18, 132:14,
133:16, 164:19,
167:24, 169:19,
187:8, 212:21,
227:11, 227:12,
227:18, 272:18,
274:18, 275:15
**looks** [11] - 60:22,
61:1, 73:8, 134:6,
142:11, 170:21,
192:15, 205:15,
244:6, 245:21, 250:25
**loop** [1] - 237:17
**Lopez** [2] - 4:23,
281:10
**LOPEZ** [4] - 2:4, 2:5,
4:23, 213:13
**lose** [5] - 169:15,
254:23, 255:1, 255:7,
279:9
**losing** [2] - 182:6,
255:6
**loss** [2] - 257:2,
257:20
**lost** [9] - 149:2,
179:4, 180:24,
193:17, 193:19,
214:20, 227:11,
258:7, 270:11
**loud** [4] - 113:2,
133:5, 171:3, 171:20
**love** [1] - 231:19
**low** [1] - 227:2
**lower** [37] - 27:8,
27:9, 36:4, 36:23,
46:15, 46:16, 47:4,
49:6, 50:13, 55:22,
61:22, 62:15, 63:17,
73:2, 84:23, 85:5,

85:8, 91:2, 92:17,
94:11, 94:25, 109:10,
189:20, 189:25,
190:11, 198:11,
198:14, 198:15,
198:16, 239:13,
260:21, 261:13,
261:14, 261:25,
262:12, 273:18
**lowering** [1] - 162:25
**LRAD** [5] - 170:23,
171:16, 171:22,
172:1, 251:4
**lull** [1] - 249:23
**lulls** [1] - 267:10
**lumber** [1] - 177:4
**lunch** [1] - 139:10
**luncheon** [1] -
139:12
**lungs** [1] - 153:10
**lying** [2] - 221:23,
222:1

# M

**M-A-S-T-O-N-Y** [1] -
140:3
**ma'am** [20] - 23:20,
28:14, 28:20, 30:1,
32:4, 32:7, 32:13,
34:8, 42:8, 46:12,
46:20, 51:23, 52:12,
76:3, 77:10, 77:14,
79:5, 106:7, 142:4,
245:3
**machines** [3] -
96:24, 117:12, 117:14
**mag** [10] - 96:19,
96:20, 97:4, 97:16,
98:1, 98:20, 263:3,
267:21, 268:12
**MAGA** [3] - 131:6,
131:7, 136:18
**magazines** [1] -
147:20
**magnetometer** [4] -
96:22, 96:24, 97:5,
268:13
**main** [1] - 89:7
**maintain** [7] - 176:4,
249:14, 254:18,
254:19, 256:2,
265:25, 268:9
**maintained** [5] -
15:21, 18:15, 18:18,
40:13, 258:19
**maintaining** [3] -
15:18, 265:14, 265:15
**majority** [4] - 103:22,

106:13, 106:19,
227:14
**Mall** [5] - 154:24,
154:25, 155:1, 162:23
**man** [9] - 65:22,
77:19, 197:1, 197:2,
197:6, 222:21,
238:11, 244:11,
262:20
**manage** [2] - 37:18,
219:23
**managed** [3] -
169:25, 224:23,
227:25
**manipulate** [1] -
255:9
**manned** [3] - 167:16,
256:13, 276:12
**manner** [11] -
145:17, 158:12,
171:10, 189:2,
194:14, 202:9,
234:13, 237:16,
237:22, 238:16, 255:6
**manpower** [3] -
227:6, 232:20, 257:20
**manually** [1] - 171:4
**manufacturer** [1] -
140:13
**map** [1] - 46:14
**marble** [1] - 130:8
**March** [2] - 23:15,
82:20
**marched** [1] - 202:2
**marches** [1] - 231:15
**Mark** [2] - 177:19,
178:14
**mark** [2] - 122:5,
264:3
**marked** [3] - 53:14,
57:15, 61:4
**marking** [1] - 60:7
**mask** [1] - 21:22,
153:5, 153:8, 153:9,
184:22, 185:12,
185:23, 186:6,
187:16, 203:15,
270:12
**masked** [2] - 184:18,
185:7
**masks** [7] - 152:25,
153:1, 172:13, 177:1,
184:20, 185:8, 257:4
**massive** [3] - 233:1,
253:22, 259:10
**massively** [1] -
144:11
**MASTONY** [1] -
139:21
**Mastony** [6] - 3:8,

139:16, 140:1, 233:9,
276:3, 280:20
**materials** [1] - 75:1
**matter** [4] - 116:3,
152:18, 172:3, 202:16
**Matter** [1] - 125:11
**McCaughey** [71] -
1:6, 1:20, 4:4, 4:14,
4:16, 5:11, 5:12, 6:1,
6:2, 6:11, 6:12, 6:15,
6:17, 6:20, 6:23, 7:2,
7:6, 9:8, 9:9, 9:15,
9:16, 9:23, 9:24, 10:7,
10:8, 10:15, 10:16,
12:17, 12:20, 13:5,
18:12, 19:2, 19:4,
20:16, 113:14,
113:24, 114:5,
114:16, 115:12,
117:4, 117:18, 118:1,
118:4, 118:14,
118:20, 119:17,
121:5, 121:12, 122:7,
122:8, 123:14,
125:18, 126:2,
126:14, 126:23,
127:7, 127:17, 129:3,
130:2, 131:10,
132:21, 133:10,
133:23, 137:16,
137:20, 138:12,
244:2, 244:3, 244:11,
244:14
**McCaughey's** [3] -
128:9, 134:11, 137:15
**McFADDEN** [1] -
1:11
**mean** [32] - 16:19,
17:8, 30:2, 72:13,
72:14, 76:24, 78:16,
79:15, 79:20, 101:20,
111:14, 115:9,
120:15, 121:7,
126:16, 127:19,
130:21, 131:25,
135:19, 148:18,
158:24, 174:12,
193:19, 226:13,
237:14, 237:25,
242:7, 250:7, 253:12,
254:6, 258:2, 259:14
**meaning** [2] - 30:3,
96:4
**meaningful** [1] -
276:4
**meaningless** [1] -
199:7
**means** [5] - 9:13,
49:6, 167:10, 170:24,
210:22

304

**meant** [6] - 31:6, 157:6, 245:9, 246:2, 246:11
**measured** [1] - 219:14
**measurements** [1] - 98:7
**measures** [2] - 28:11, 28:13
**mechanically** [2] - 167:8, 192:17
**media** [2] - 27:19, 168:7
**medical** [2] - 140:12, 229:10
**medicine** [3] - 7:1, 7:23, 8:23
**meet** [1] - 25:17
**meets** [1] - 32:20
**MEHAFFIE** [19] - 1:7, 2:2, 5:16, 6:6, 8:6, 8:9, 8:11, 8:13, 8:16, 8:18, 8:21, 8:24, 9:3, 9:7, 9:20, 10:3, 10:12, 10:20, 13:3
**Mehaffie** [20] - 4:5, 4:22, 4:24, 5:1, 6:5, 8:4, 8:6, 9:4, 9:19, 10:2, 10:11, 10:19, 13:1, 13:6, 19:16, 19:17, 19:18, 19:24, 20:18
**mehaffie** [1] - 5:15
**Mehaffie's** [1] - 281:6
**melee** [1] - 231:12
**member** [5] - 87:12, 104:25, 142:19, 152:13, 159:23
**members** [21] - 24:3, 24:6, 24:7, 42:15, 64:8, 64:9, 69:4, 89:11, 102:9, 102:17, 110:22, 151:24, 152:16, 165:14, 174:14, 177:18, 194:11, 202:24, 241:19, 246:17, 262:21
**meme** [3] - 120:10, 120:14, 120:20
**memorable** [1] - 214:20
**memorial** [1] - 97:10
**Memorial** [1] - 97:11
**memory** [2] - 68:18, 71:18
**men** [5] - 78:10, 79:10, 154:17, 169:10, 230:14

**menacing** [1] - 73:12
**Mendoza** [1] - 58:13
**mental** [3] - 7:4, 8:1, 9:1
**mentality** [2] - 134:21, 135:14
**mentioned** [11] - 16:15, 29:15, 67:25, 75:7, 116:11, 118:7, 120:20, 120:21, 136:18, 147:16, 157:19
**message** [54] - 120:11, 120:13, 121:1, 121:3, 121:5, 121:9, 121:13, 122:4, 122:11, 122:19, 123:2, 123:13, 123:15, 123:25, 124:2, 124:4, 124:6, 124:19, 124:21, 124:22, 124:23, 125:2, 125:4, 125:8, 125:10, 125:17, 125:19, 126:1, 126:10, 126:13, 126:15, 126:20, 126:22, 127:14, 127:18, 128:4, 128:10, 128:24, 130:15, 130:17, 130:19, 131:20, 131:23, 131:25, 132:17, 132:20, 133:2, 133:19, 133:22, 133:24, 134:11, 134:19, 171:4, 258:11
**messages** [13] - 117:22, 119:16, 121:11, 122:15, 122:16, 122:24, 127:3, 132:7, 134:10, 134:18, 135:5, 135:7, 135:23
**met** [2] - 163:23, 174:22
**metal** [9] - 28:12, 43:4, 177:4, 219:17, 219:20, 219:21, 224:20, 224:24, 256:14
**method** [1] - 54:4
**methods** [1] - 114:4
**Metro** [2] - 142:4, 145:22
**Metropolitan** [21] - 15:15, 15:22, 59:1, 59:4, 59:10, 70:2, 70:16, 74:19, 75:11,

75:12, 103:17, 103:19, 103:22, 140:6, 141:5, 141:12, 141:18, 184:9, 190:16, 194:10, 194:13
**Metz** [1] - 20:19
**mic** [1] - 196:19
**Michael** [1] - 222:22
**microphone** [3] - 140:2, 161:23, 213:14
**middle** [10] - 7:11, 8:7, 30:25, 32:17, 118:5, 136:17, 168:8, 195:4, 206:23, 271:2
**might** [15] - 38:21, 82:20, 83:1, 83:3, 93:17, 104:1, 135:22, 151:16, 177:16, 182:14, 194:19, 214:10, 229:19, 267:14, 269:16
**Mike** [3] - 224:21, 273:4, 278:6
**military** [2] - 161:9, 234:18
**mind** [15] - 21:22, 26:7, 71:18, 91:8, 174:22, 175:14, 188:22, 194:23, 198:3, 207:19, 209:24, 222:12, 266:5, 280:16, 281:21
**mine** [2] - 122:12, 122:13
**minimum** [2] - 268:10, 268:11
**minute** [18] - 41:21, 44:11, 64:17, 95:1, 99:19, 105:17, 107:7, 110:13, 158:11, 158:13, 158:17, 158:18, 163:3, 164:11, 170:17, 188:14, 216:21, 217:8
**minutes** [44] - 50:20, 71:21, 80:11, 88:18, 99:19, 107:12, 108:2, 108:19, 108:22, 109:3, 109:7, 109:17, 109:21, 158:21, 158:24, 159:4, 172:3, 179:13, 182:15, 187:15, 188:19, 199:3, 209:7, 217:17, 240:12, 241:11, 241:20, 241:24, 242:20, 260:13, 262:11, 263:2, 265:7, 265:24, 266:12,

267:5, 271:3, 271:4, 272:12, 273:25, 274:21, 275:24
**misheard** [1] - 147:5
**missed** [1] - 148:25
**missing** [1] - 169:9
**mission** [2] - 24:1, 40:10
**misspoke** [1] - 31:5
**mist** [1] - 100:15
**misty** [1] - 245:21
**misunderstanding** [1] - 93:17
**misunderstood** [2] - 26:10, 93:19
**mix** [1] - 103:23
**mob** [2] - 134:21, 135:13
**model** [1] - 58:6
**models** [1] - 113:12
**modifier** [1] - 171:8
**moment** [40] - 28:4, 51:5, 52:16, 104:11, 104:15, 134:22, 138:14, 139:20, 158:22, 159:5, 161:21, 161:22, 166:19, 167:21, 176:1, 187:21, 198:7, 198:23, 208:6, 212:20, 212:25, 216:9, 238:6, 246:24, 249:23, 250:15, 250:23, 251:6, 261:4, 261:9, 261:12, 261:18, 263:19, 264:10, 264:19, 265:23, 277:22, 277:24
**moments** [13] - 153:20, 176:6, 187:6, 187:12, 189:16, 194:19, 196:11, 198:19, 206:1, 207:22, 220:23, 250:14, 250:24
**momentum** [2] - 219:12, 246:25
**monitoring** [1] - 154:14
**monitors** [1] - 29:12
**montage** [10] - 41:5, 41:17, 41:22, 64:6, 90:21, 90:24, 91:4, 93:24, 106:23, 111:12
**montages** [1] - 93:5
**month** [1] - 161:9
**months** [6] - 22:25, 23:8, 23:12, 143:14, 144:3, 232:2

**Monument** [1] - 123:16
**mood** [1] - 137:14
**morning** [25] - 4:1, 4:8, 4:12, 4:13, 4:15, 4:16, 4:17, 4:19, 4:20, 4:21, 4:25, 5:1, 5:8, 21:24, 34:19, 58:21, 66:17, 66:18, 75:24, 80:17, 80:18, 112:22, 112:23, 145:9
**most** [18] - 103:16, 115:17, 116:19, 121:18, 144:7, 147:23, 151:23, 155:5, 159:1, 159:22, 177:10, 203:16, 225:16, 247:7, 247:8, 253:9, 257:3, 260:25
**mostly** [3] - 172:13, 172:15, 200:25
**motioning** [1] - 237:14
**motivation** [1] - 184:21
**mounted** [6] - 176:22, 177:19, 193:16, 193:24, 210:22, 211:4
**mouth** [1] - 272:15
**move** [59] - 24:18, 26:2, 29:2, 30:12, 32:23, 39:7, 41:9, 49:17, 53:18, 53:21, 55:5, 56:1, 58:16, 62:5, 62:10, 62:25, 63:22, 66:4, 119:22, 120:23, 122:17, 150:23, 156:25, 164:20, 164:23, 164:24, 164:25, 165:18, 172:21, 174:22, 179:21, 182:13, 189:4, 189:5, 195:7, 200:13, 206:5, 207:14, 208:3, 210:2, 215:11, 237:19, 241:17, 247:3, 247:24, 255:18, 265:11, 265:12, 276:10, 276:19, 277:12
**moved** [8] - 35:17, 35:23, 74:22, 77:22, 155:14, 188:9, 207:5, 267:23
**moves** [6] - 149:13, 162:9, 200:11, 212:5, 216:15, 246:25
**moving** [25] - 70:24,

72:24, 74:13, 79:25,
122:9, 146:8, 148:21,
156:24, 165:7,
165:10, 178:5, 180:1,
183:6, 207:9, 207:23,
208:12, 208:25,
218:2, 219:7, 247:24,
267:20, 267:21,
267:25, 269:7, 269:8
  **MPD** [35] - 140:11,
140:14, 142:21,
149:11, 149:13,
149:14, 149:25,
150:2, 152:11, 153:7,
153:11, 155:14,
155:15, 186:2,
186:11, 190:18,
191:3, 191:7, 191:9,
192:7, 206:21,
208:10, 210:20,
210:21, 211:13,
222:1, 224:8, 227:18,
231:1, 231:10,
231:25, 241:17,
268:9, 273:8, 277:1
  **MPD's** [1] - 184:20
  **MPDC** [1] - 184:18
  **MR** [112] - 4:13, 4:21,
4:23, 11:1, 11:5, 11:9,
11:25, 12:4, 12:8,
13:16, 13:21, 14:8,
14:13, 20:8, 20:12,
21:1, 21:5, 24:20,
32:9, 33:5, 33:22,
49:21, 52:15, 53:25,
54:5, 58:18, 58:20,
58:23, 59:3, 59:6,
66:14, 66:16, 66:19,
66:21, 69:3, 70:20,
71:4, 71:20, 72:1,
72:9, 72:13, 72:18,
72:23, 73:1, 74:3,
74:8, 74:24, 75:6,
75:16, 80:10, 80:16,
81:10, 85:11, 86:1,
86:3, 86:23, 88:8,
93:19, 93:21, 98:22,
99:2, 99:5, 99:7,
99:10, 100:6, 100:10,
100:13, 100:17,
100:20, 100:25,
101:3, 101:7, 101:10,
101:16, 101:19,
101:25, 102:1, 104:6,
104:10, 104:13,
104:14, 105:15,
115:22, 116:1, 116:4,
119:24, 134:12,
136:6, 136:8, 137:4,
137:6, 137:7, 138:14,
138:17, 139:3,

213:13, 233:6, 233:8,
240:11, 240:15,
240:16, 241:1, 241:4,
243:20, 243:21,
244:20, 247:14,
275:20, 281:6,
281:18, 281:25,
282:10
  **MS** [333] - 4:8, 4:17,
11:13, 11:17, 11:21,
12:12, 12:16, 13:12,
13:19, 13:24, 14:11,
14:18, 15:1, 15:6,
15:8, 16:22, 17:3,
17:6, 17:10, 17:13,
17:16, 17:20, 18:8,
20:10, 20:14, 21:3,
21:7, 21:24, 22:1,
24:10, 24:12, 24:18,
24:24, 25:1, 25:19,
25:21, 26:2, 26:13,
26:15, 28:22, 28:24,
29:2, 29:7, 29:10,
29:13, 29:14, 30:9,
30:12, 30:13, 31:2,
31:5, 31:7, 31:19,
31:20, 32:11, 32:23,
33:9, 33:10, 33:20,
34:3, 34:4, 40:25,
41:2, 41:9, 41:14,
41:16, 41:21, 42:1,
42:18, 42:22, 43:7,
43:11, 43:15, 43:18,
43:25, 44:5, 44:19,
45:2, 45:5, 45:17,
45:20, 45:21, 46:22,
47:1, 47:12, 47:16,
47:20, 48:1, 48:9,
48:13, 48:20, 48:22,
49:8, 49:12, 49:17,
49:25, 50:5, 50:9,
50:10, 50:24, 51:3,
51:11, 51:15, 51:16,
51:25, 52:3, 52:4,
52:14, 52:24, 53:5,
53:9, 53:10, 53:18,
53:23, 54:13, 54:18,
54:19, 55:5, 55:10,
55:14, 56:1, 56:5,
57:11, 57:14, 58:16,
59:13, 60:5, 61:11,
61:12, 61:19, 62:5,
62:10, 62:12, 62:25,
63:5, 63:6, 63:11,
63:22, 63:25, 64:5,
64:16, 64:21, 65:1,
65:10, 65:14, 65:18,
65:21, 66:4, 66:9,
68:24, 70:18, 71:21,
72:7, 75:21, 75:23,
80:7, 81:3, 86:19,

88:4, 98:25, 99:4,
99:6, 106:1, 106:3,
107:7, 107:12,
107:14, 107:23,
108:2, 108:4, 108:18,
108:22, 108:24,
109:3, 109:7, 109:8,
109:17, 109:21,
109:23, 110:10,
110:13, 110:14,
111:3, 111:8, 111:10,
111:16, 111:21,
111:22, 112:7,
112:15, 113:1, 116:8,
118:22, 119:1,
119:20, 120:4,
120:22, 120:24,
121:20, 121:23,
123:6, 123:9, 123:17,
123:20, 126:3, 126:6,
126:25, 127:2,
127:21, 127:24,
128:17, 128:20,
129:9, 129:11,
129:17, 129:19,
130:10, 130:13,
131:15, 131:17,
133:12, 133:15,
134:16, 136:3,
138:20, 138:25,
139:4, 139:11,
139:15, 139:23,
140:4, 149:7, 160:19,
160:21, 162:9,
162:16, 163:2,
163:13, 164:10,
164:14, 165:24,
166:5, 166:6, 170:16,
171:15, 172:5,
172:20, 173:8,
173:11, 176:8,
176:12, 176:13,
178:5, 178:9, 180:1,
180:7, 182:20,
183:12, 183:16,
184:4, 186:23, 187:1,
187:2, 188:13,
188:17, 188:18,
190:6, 190:9, 190:10,
191:12, 191:14,
191:17, 191:18,
193:2, 193:3, 196:6,
196:9, 196:10, 197:8,
197:12, 197:13,
199:11, 199:15,
200:11, 200:16,
200:21, 205:10,
205:14, 207:23,
208:2, 208:12,
208:16, 209:12,
209:16, 210:1, 210:6,

210:9, 210:10, 212:5,
212:11, 212:15,
212:16, 212:24,
213:3, 213:7, 213:8,
213:10, 213:15,
213:18, 215:17,
215:21, 215:24,
216:1, 216:15, 217:6,
217:11, 218:8,
220:17, 220:22,
223:1, 223:5, 230:22,
245:1, 247:10,
275:18, 275:24,
276:2, 278:24, 279:1,
280:18, 281:16,
281:20, 282:2
  **mulled** [1] - 137:15
  **multiple** [11] - 44:14,
48:17, 48:18, 83:18,
83:20, 83:21, 89:23,
132:8, 245:9, 256:10,
272:24
  **multiplier** [3] - 39:25,
178:20, 181:12
  **Mumble** [1] - 114:6
  **munition** [5] - 184:9,
186:19, 233:21,
233:22, 253:17
  **munitions** [30] -
140:24, 142:8, 142:9,
142:15, 142:16,
142:18, 145:1,
157:15, 171:13,
171:14, 172:15,
172:19, 177:3, 177:8,
177:14, 177:17,
177:22, 177:23,
177:24, 178:11,
178:13, 178:17,
193:13, 228:17,
228:24, 233:16,
233:18, 233:24, 257:4
  **murder** [2] - 155:23,
156:3
  **muscle** [1] - 247:7
  **must** [2] - 9:14,
72:15
  **mutual** [4] - 70:2,
113:20, 132:24, 133:1

---

# N

**name** [10] - 6:11, 7:8,
7:11, 8:5, 8:7, 22:3,
113:3, 139:25, 203:2,
244:19
  **named** [1] - 113:14
  **names** [5] - 137:3,
147:6, 193:8, 203:25,
262:24

**narcotic** [3] - 7:5,
8:2, 9:2
  **narrate** [1] - 150:6
  **narrated** [1] - 256:23
  **narrative** [1] - 169:13
  **narrow** [5] - 197:22,
238:18, 239:22,
259:24, 273:21
  **narrower** [2] - 97:25,
269:13
  **NASCAR** [1] - 151:18
  **National** [4] - 234:11,
234:12, 234:14,
234:21
  **nature** [4] - 56:17,
76:15, 127:5, 266:21
  **Naval** [1] - 76:12
  **navigate** [2] - 37:4,
37:7
  **near** [3] - 121:10,
178:14, 199:21
  **nearing** [1] - 238:10
  **necessarily** [5] -
54:9, 81:18, 116:1,
248:7, 255:1
  **necessary** [2] -
227:6, 228:8
  **necessitated** [1] -
250:20
  **need** [21] - 5:18,
29:9, 35:11, 35:14,
35:15, 38:14, 98:23,
142:6, 153:8, 157:7,
164:3, 235:12, 243:2,
243:3, 249:3, 251:5,
253:21, 271:19,
276:18, 280:5, 280:8
  **needed** [3] - 69:20,
153:21, 222:13
  **needs** [2] - 97:7,
169:3
  **negotiate** [1] -
214:14
  **neighborhood** [1] -
90:10
  **Nelson** [2] - 243:16,
273:21
  **neon** [3] - 145:19,
147:16, 147:24
  **nervous** [2] - 180:14,
180:16
  **never** [16] - 28:1,
88:7, 136:23, 154:13,
186:7, 192:12,
194:12, 194:16,
202:5, 202:6, 208:19,
221:3, 221:18,
234:12, 235:14
  **new** [1] - 209:23
  **newer** [1] - 60:17

**news** [6] - 117:16, 117:19, 120:19, 124:11, 124:13, 124:14
**next** [25] - 17:20, 17:24, 34:19, 64:16, 78:10, 92:7, 112:13, 133:5, 133:25, 148:15, 165:24, 166:13, 170:22, 173:4, 187:15, 204:3, 221:21, 228:18, 229:24, 230:14, 230:20, 241:24, 245:13, 272:12
**nice** [2] - 77:16
**night** [8] - 114:17, 143:23, 227:17, 228:13, 229:25, 231:21, 231:24
**nights** [2] - 143:23, 144:2
**NIKHIL** [2] - 112:21, 113:4
**Nikhil** [3] - 3:7, 112:16, 113:4
**nine** [1] - 271:21
**ninja** [1] - 211:14
**nobody** [8] - 5:4, 73:12, 93:9, 105:11, 196:2, 203:24, 228:3, 261:23
**non** [9] - 177:10, 180:13, 193:23, 193:24, 198:20, 235:4, 237:21, 240:6, 274:5
**non-dyed** [1] - 193:24
**non-dynamic** [1] - 180:13
**non-law** [2] - 240:6, 274:5
**non-officers** [1] - 198:20
**non-scalable** [1] - 235:4
**non-SOD** [1] - 177:10
**non-training** [1] - 237:21
**noncompliance** [1] - 277:3
**noncompliant** [1] - 277:12
**none** [1] - 38:22
**nonpublic** [1] - 89:10
**normal** [3] - 40:14, 56:8, 163:9
**normally** [2] - 148:7,

161:24
**north** [20] - 25:9, 32:17, 35:13, 46:10, 67:13, 89:4, 89:5, 154:20, 154:21, 154:23, 154:24, 155:3, 162:22, 162:24, 168:6, 168:9, 168:11, 187:24, 239:1, 239:5
**northbound** [1] - 29:22
**Northeast** [1] - 34:13
**NORTHERN** [1] - 1:24
**northern** [1] - 238:23
**northwest** [4] - 29:18, 92:12, 256:21, 258:14
**Northwest** [3] - 1:17, 2:9, 283:14
**northwestern** [1] - 256:16
**Nos** [6] - 3:14, 3:15, 33:3, 54:11, 162:14, 200:19
**note** [1] - 20:16
**noted** [3] - 60:17, 90:22, 90:23
**notes** [2] - 260:10, 283:5
**nothing** [13] - 67:17, 75:16, 84:5, 84:7, 146:14, 149:21, 157:15, 170:2, 170:5, 174:4, 179:21, 217:24, 231:18
**notice** [1] - 281:24
**noticeable** [1] - 236:19
**noticed** [3] - 35:6, 35:8, 263:9
**notifications** [2] - 228:10, 228:12
**noting** [1] - 53:19
**notwithstanding** [1] - 20:23
**Novak** [2] - 151:19, 152:2
**November** [2] - 114:22, 117:2
**number** [18] - 5:18, 48:14, 89:24, 90:3, 119:4, 119:6, 119:7, 119:12, 119:13, 119:14, 145:2, 187:25, 194:23, 198:7, 225:19, 245:18, 259:11, 278:19

**numbered** [1] - 52:18
**numbers** [4] - 119:9, 119:13, 141:2, 144:11
**numerous** [2] - 70:11, 111:23

# O

**O-R-T-E-G-A** [1] - 22:5
**oath** [1] - 217:4
**object** [6] - 26:10, 59:6, 144:20, 151:14, 269:2
**objection** [41] - 20:24, 21:1, 24:20, 24:21, 26:4, 26:8, 29:4, 33:1, 33:22, 41:11, 53:24, 54:7, 55:6, 56:2, 59:13, 59:22, 60:2, 62:7, 63:22, 64:1, 66:6, 68:24, 70:18, 71:2, 72:7, 72:17, 81:3, 86:19, 88:4, 115:22, 116:7, 119:24, 119:25, 134:12, 162:12, 200:14, 212:7, 216:17, 275:18, 281:15, 282:2
**objective** [3] - 254:11, 254:14
**objects** [3] - 141:25, 173:6
**observations** [2] - 150:16, 251:11
**Observatory** [1] - 76:12
**observe** [1] - 39:23
**observed** [3] - 70:13, 166:7, 212:3
**observer** [1] - 251:13
**observers** [1] - 248:15
**observing** [3] - 176:14, 198:1, 248:14
**obstacle** [1] - 178:24
**obstacles** [1] - 189:3
**obtain** [1] - 84:7
**obvious** [1] - 83:10
**obviously** [10] - 52:22, 54:8, 59:23, 94:10, 95:8, 156:19, 259:14, 272:7, 274:14
**OC** [35] - 142:11, 142:17, 147:20, 157:3, 157:7, 157:20, 174:21, 175:1,

176:20, 176:21, 176:22, 176:24, 177:19, 178:1, 178:14, 184:8, 184:22, 193:16, 194:5, 205:4, 205:5, 207:12, 234:8, 245:8, 245:15, 253:21, 257:14, 263:24, 276:25, 277:2, 277:4, 277:8, 277:10, 277:14
**occasionally** [1] - 208:23
**occasions** [3] - 44:14, 177:22, 233:21
**occupied** [2] - 207:11, 272:8
**occur** [1] - 64:12
**occurred** [3] - 88:15, 111:17, 153:17
**occurrence** [1] - 76:6
**occurs** [1] - 21:7
**October** [1] - 283:10
**OF** [8] - 1:1, 1:3, 1:10, 1:16, 1:20, 1:23, 1:24, 2:2
**offended** [1] - 26:11
**offense** [1] - 156:1
**offensively** [2] - 237:3, 276:23
**offhand** [1] - 80:21
**OFFICE** [2] - 1:16, 1:23
**Office** [1] - 2:3
**office** [17] - 23:4, 36:20, 36:21, 39:12, 68:5, 71:10, 76:2, 76:7, 76:10, 76:13, 76:17, 76:22, 76:23, 77:5, 106:17, 106:22, 177:15
**Officer** [15] - 145:23, 147:7, 147:10, 147:14, 151:25, 175:18, 199:17, 201:21, 219:5, 223:6, 239:15, 244:20, 270:15, 272:8, 272:13
**officer** [67] - 22:14, 22:15, 22:16, 36:8, 36:10, 36:11, 48:2, 49:13, 57:9, 61:25, 62:17, 98:17, 102:6, 104:25, 140:13, 141:13, 141:17, 145:22, 145:23, 145:24, 147:12, 152:11, 156:5, 163:9, 163:23, 165:17,

174:14, 178:21, 178:22, 179:3, 180:14, 185:14, 198:24, 199:20, 202:23, 204:14, 206:9, 209:19, 210:20, 215:4, 215:5, 215:9, 220:4, 221:16, 221:18, 221:22, 221:24, 221:25, 222:1, 222:3, 222:17, 222:20, 222:24, 223:9, 238:8, 238:11, 241:21, 242:17, 261:11, 272:3, 276:18, 277:1, 278:15, 278:18, 280:9
**officer's** [1] - 223:11
**officers** [215] - 15:14, 15:23, 28:19, 28:20, 31:25, 35:8, 35:9, 35:24, 36:4, 37:19, 37:23, 38:5, 40:1, 43:20, 44:4, 44:7, 44:23, 45:23, 56:20, 57:23, 58:7, 58:25, 59:10, 59:16, 69:10, 69:19, 70:15, 70:24, 73:6, 73:14, 73:25, 74:1, 74:9, 74:13, 74:19, 77:23, 79:16, 81:23, 83:14, 84:16, 84:19, 84:24, 85:6, 88:1, 92:4, 99:16, 99:20, 99:22, 99:23, 100:2, 100:5, 101:5, 102:3, 102:10, 102:11, 102:15, 102:21, 102:23, 103:7, 103:9, 103:14, 103:17, 103:25, 110:21, 140:21, 146:21, 146:22, 146:23, 146:25, 147:2, 154:3, 154:6, 157:3, 157:10, 157:21, 159:17, 162:17, 163:8, 163:11, 163:14, 163:17, 163:18, 163:20, 164:2, 165:10, 166:11, 166:21, 166:23, 167:7, 167:14, 167:18, 167:19, 168:19, 168:23, 169:2, 169:6, 170:2, 172:21, 175:6, 177:17, 179:24, 180:11, 180:17, 180:20, 181:5, 181:6,

181:8, 181:9, 181:14, 181:15, 181:17, 184:16, 184:24, 187:18, 188:1, 188:3, 188:4, 188:5, 188:7, 188:24, 189:4, 189:11, 189:18, 194:23, 195:6, 195:7, 195:8, 196:23, 197:4, 197:19, 198:8, 198:20, 199:6, 201:15, 201:21, 202:14, 203:4, 203:6, 203:24, 204:1, 206:23, 207:3, 207:15, 208:11, 219:12, 220:8, 223:18, 224:3, 227:1, 227:3, 227:12, 227:19, 228:2, 228:3, 229:12, 229:16, 229:21, 230:16, 240:19, 240:21, 241:6, 241:14, 241:16, 242:1, 242:24, 243:3, 243:8, 243:15, 245:12, 245:15, 246:3, 249:17, 253:9, 254:7, 255:11, 256:1, 256:24, 256:25, 257:2, 257:3, 257:13, 258:7, 258:9, 258:21, 259:5, 259:11, 259:23, 260:19, 261:7, 261:13, 261:14, 261:25, 262:12, 265:13, 265:18, 269:16, 269:18, 270:8, 270:13, 271:5, 271:11, 271:12, 271:14, 271:19, 271:21, 272:5, 277:7, 278:9
**officers'** [2] - 246:16, 276:14
**OFFICES** [2] - 1:20, 2:2
**official** [2] - 231:5, 283:12
**Official** [1] - 2:8
**officials** [5] - 166:22, 169:3, 177:18, 225:17, 229:18
**often** [5] - 39:13, 78:20, 106:8, 113:23, 114:15
**Ohio** [1] - 2:6
**oil** [1] - 229:3

**oil-based** [1] - 229:3
**old** [4] - 6:14, 6:15, 7:12, 8:10
**OMG** [2] - 130:18, 130:21
**on-call** [1] - 196:1
**once** [19] - 37:1, 84:21, 84:22, 97:17, 155:9, 158:11, 158:17, 162:18, 187:22, 190:4, 201:7, 202:2, 203:6, 227:9, 233:2, 237:22, 251:4, 268:16, 279:24
**one** [136] - 17:2, 17:8, 19:17, 37:19, 43:21, 44:10, 45:11, 46:14, 46:16, 47:21, 50:1, 50:6, 50:9, 50:24, 51:15, 52:3, 53:6, 56:9, 56:19, 57:22, 59:21, 61:8, 64:17, 66:20, 66:23, 67:9, 78:10, 83:17, 85:4, 85:24, 87:18, 91:6, 91:9, 91:20, 92:7, 93:25, 94:5, 95:15, 99:4, 99:5, 104:15, 107:18, 109:7, 109:25, 111:25, 112:1, 119:9, 126:4, 133:13, 135:10, 137:10, 138:10, 141:5, 144:17, 144:19, 145:2, 146:23, 146:24, 150:21, 153:4, 154:4, 157:4, 157:7, 157:14, 157:17, 162:25, 163:3, 163:6, 164:2, 164:11, 165:9, 170:4, 173:5, 177:21, 178:1, 178:21, 178:22, 188:7, 188:8, 192:11, 193:14, 195:3, 195:23, 197:16, 197:20, 201:23, 202:18, 203:1, 207:2, 208:8, 209:12, 210:20, 211:7, 214:3, 220:23, 222:21, 224:2, 225:8, 225:12, 229:6, 229:22, 232:11, 232:17, 235:11, 236:19, 237:7, 238:3, 240:23, 240:24, 241:18, 245:9, 245:19, 246:21, 254:10,

258:25, 261:12, 261:13, 262:14, 262:19, 263:10, 264:5, 264:10, 266:24, 267:18, 270:23, 272:25, 273:11, 278:3, 278:25, 280:9, 280:14, 280:15
**one's** [2] - 187:18, 226:6
**one-foot** [1] - 95:15
**one-minute** [2] - 163:3, 164:11
**one-minute-and-six -second** [1] - 64:17
**ones** [9] - 58:4, 58:7, 90:24, 96:16, 157:19, 184:21, 240:23, 240:24, 262:19
**onesie** [3] - 151:18, 152:12
**ongoing** [1] - 101:12
**opaque** [7] - 94:18, 96:3, 96:6, 263:11, 263:16, 263:20, 264:4
**open** [100] - 17:21, 27:15, 27:23, 28:1, 30:11, 41:24, 42:14, 42:21, 43:10, 43:17, 44:2, 44:18, 45:4, 45:19, 46:25, 47:15, 47:25, 48:12, 49:11, 50:8, 51:2, 51:14, 52:2, 53:8, 54:17, 55:13, 61:18, 63:10, 64:20, 64:24, 65:13, 65:20, 68:1, 71:24, 72:22, 74:7, 89:9, 91:19, 96:18, 97:10, 99:9, 100:9, 100:12, 100:19, 100:24, 101:2, 101:9, 101:18, 101:24, 107:11, 108:1, 108:10, 108:21, 109:6, 109:20, 110:12, 111:5, 163:5, 164:13, 166:4, 170:19, 172:8, 172:25, 173:10, 176:11, 178:8, 180:4, 182:19, 183:15, 183:21, 186:25, 188:16, 190:8, 193:1, 196:8, 197:11, 199:14, 205:7, 205:13, 208:1, 208:15, 209:11, 209:15, 210:5, 210:8, 212:14, 213:2, 213:6,

213:17, 215:20, 215:23, 217:10, 218:7, 220:15, 220:21, 221:10, 221:11, 223:4, 240:14, 241:3
**open-source** [1] - 17:21
**opened** [6] - 71:16, 72:5, 110:6, 173:2, 264:4, 268:25
**opening** [9] - 13:23, 13:25, 14:6, 14:8, 14:11, 14:14, 43:2, 172:23, 274:1
**operating** [1] - 39:8
**operation** [1] - 150:2
**operational** [1] - 56:16
**operations** [1] - 23:11
**opining** [1] - 234:3
**opinion** [3] - 231:5, 275:11, 275:12
**opportunity** [6] - 159:15, 211:24, 255:4, 267:8, 267:9, 281:21
**opposed** [3] - 141:1, 166:21, 263:16
**opposite** [3] - 148:10, 206:10, 206:22
**oppositely** [1] - 214:5
**opposition** [1] - 252:15
**Order** [1] - 31:9
**order** [9] - 150:24, 160:2, 174:24, 184:19, 184:20, 188:11, 189:5, 277:4, 277:16
**orderly** [1] - 189:2
**orders** [5] - 84:17, 159:25, 185:6, 207:15, 207:18
**ordinarily** [2] - 83:18, 89:3
**ordinary** [4] - 40:14, 86:6, 88:24, 89:2
**ordnance** [1] - 233:1
**organizations** [1] - 70:12
**oriented** [1] - 214:5
**originally** [1] - 34:14
**ornery** [1] - 148:13
**Ortega** [42] - 3:5, 20:3, 22:4, 22:5, 22:7, 25:2, 33:11, 34:5,

36:19, 38:25, 41:3, 47:2, 48:14, 49:13, 50:11, 51:17, 53:20, 54:20, 55:17, 56:6, 57:15, 59:14, 60:6, 62:13, 63:7, 63:12, 64:6, 65:2, 66:9, 75:24, 80:17, 105:18, 106:4, 106:25, 107:15, 108:5, 108:25, 109:9, 110:15, 111:23, 112:9, 263:9
**ORTEGA** [1] - 21:21
**otherwise** [8] - 83:1, 83:4, 85:20, 86:6, 101:20, 104:24, 222:15, 257:14
**ounce** [1] - 157:5
**ourselves** [1] - 237:19
**out-of-town** [1] - 139:1
**outcome** [1] - 195:16
**outer** [3] - 210:21, 263:17, 263:20
**outfit** [1] - 163:9
**outlets** [2] - 124:11, 124:13
**outline** [1] - 60:25
**outnumbered** [3] - 44:25, 144:11, 144:12
**outside** [39] - 56:10, 68:24, 92:2, 103:5, 104:17, 105:1, 105:13, 134:9, 135:11, 152:12, 156:3, 157:18, 162:25, 170:8, 195:25, 201:17, 209:19, 211:12, 220:1, 220:2, 221:8, 221:9, 234:25, 235:17, 239:21, 239:24, 242:2, 243:8, 243:9, 249:13, 273:7, 274:25, 275:7, 279:22, 279:24, 280:1, 280:4, 280:12
**outskirts** [1] - 164:17
**overall** [2] - 72:15, 150:2
**overcome** [1] - 84:8
**overlap** [1] - 216:7
**overlapped** [1] - 159:2
**overly** [1] - 203:4
**overreact** [1] - 253:11, 253:13
**overruled** [4] - 69:1,

86:20, 88:5, 134:14
**overruling** [1] -
116:7
**overrun** [3] - 173:13,
187:4, 193:21
**oversee** [1] - 35:21
**overt** [3] - 253:4,
253:8, 253:16
**overtaken** [1] - 35:22
**overview** [2] - 88:10,
90:15
**overwhelmed** [3] -
48:17, 100:1, 194:4
**overwhelming** [1] -
180:10
**own** [13] - 5:21, 59:3,
59:5, 74:13, 75:13,
119:16, 170:3,
193:13, 193:18,
244:1, 251:10,
264:21, 281:14
**owned** [1] - 220:3
**owner** [1] - 8:18

## P

**P-A-R-A-N-J-A-P-E**
[1] - 113:4
**p.m** [51] - 34:16,
42:4, 42:9, 45:12,
45:15, 45:25, 47:9,
48:3, 48:4, 50:18,
51:10, 51:20, 52:9,
53:16, 55:19, 107:16,
110:1, 111:1, 112:5,
120:7, 121:2, 122:3,
122:10, 122:18,
123:12, 124:1,
124:15, 124:18,
125:3, 125:16,
125:24, 126:9,
126:19, 128:23,
130:16, 131:19,
132:16, 133:18,
160:23, 161:10,
173:15, 183:1, 183:8,
206:14, 206:15,
217:13, 218:3,
221:15, 224:6, 244:17
**packed** [2] - 274:3,
274:5
**padding** [1] - 141:13
**pads** [7] - 141:22,
151:9, 151:10,
151:12, 152:8,
152:11, 211:12
**PAGE** [1] - 3:11
**page** [7] - 15:5,
121:21, 123:7,

123:19, 126:5,
127:23, 133:13
**Page** [12] - 15:13,
15:16, 15:19, 15:23,
15:24, 118:23,
120:23, 120:25,
127:1, 128:17,
130:11, 130:14
**Pages** [2] - 15:4,
15:11
**pair** [1] - 141:13
**panels** [3] - 95:15,
95:23, 269:12
**panic** [2] - 36:3,
265:25
**panicked** [1] - 266:3
**pants** [1] - 56:9
**paper** [2] - 14:23,
16:18
**paperwork** [1] -
228:8
**paralegal** [1] - 4:11
**PARANJAPE** [1] -
112:21
**Paranjape** [11] - 3:7,
112:16, 113:4, 113:5,
119:2, 121:1, 121:24,
127:25, 128:21,
130:14, 133:16
**Park** [5] - 144:1,
153:12, 201:20,
202:8, 217:22
**park** [1] - 162:25
**Parliamentarian** [1] -
110:3
**part** [21] - 40:9,
63:19, 65:15, 103:15,
104:20, 108:15,
110:2, 119:21,
142:22, 146:21,
151:16, 198:2, 202:3,
214:25, 236:21,
238:4, 249:7, 249:8,
256:16, 256:21,
258:16
**participate** [1] - 9:22
**participating** [2] -
145:6, 252:7
**participation** [2] -
248:10, 279:15
**particular** [8] -
151:3, 184:13, 193:5,
193:21, 208:9, 218:5,
227:19, 237:12
**particularly** [4] -
117:11, 140:25,
237:7, 279:11
**parties** [6] - 14:20,
16:6, 18:14, 21:8,
21:10, 137:18

**partner** [1] - 223:10
**parts** [2] - 168:4,
235:22
**party** [2] - 137:12,
237:10
**Paschall** [8] - 4:9,
12:9, 13:10, 13:22,
14:17, 112:13,
138:19, 139:14
**PASCHALL** [66] -
1:14, 4:8, 12:12,
12:16, 13:12, 13:24,
14:18, 15:1, 15:6,
15:8, 16:22, 17:3,
17:6, 17:10, 17:13,
17:16, 17:20, 18:8,
20:14, 21:7, 98:25,
99:4, 99:6, 112:15,
113:1, 116:8, 118:22,
119:1, 119:20, 120:4,
120:22, 120:24,
121:20, 121:23,
123:6, 123:9, 123:17,
123:20, 126:3, 126:6,
126:25, 127:2,
127:21, 127:24,
128:17, 128:20,
129:9, 129:11,
129:17, 129:19,
130:10, 130:13,
131:15, 131:17,
133:12, 133:15,
134:16, 136:3,
138:20, 138:25,
139:4, 139:11,
139:15, 281:16,
281:20, 282:2
**pass** [4] - 96:20,
97:17, 214:15, 249:25
**passed** [1] - 78:9
**passive** [7] - 173:22,
174:5, 175:10,
175:14, 182:8, 255:16
**passively** [3] - 175:7,
175:22, 250:1
**past** [9] - 43:4,
45:23, 206:13,
207:14, 214:16,
214:22, 220:7,
250:16, 268:16
**Pat** [2] - 136:15,
138:12
**pat** [2] - 136:23,
137:5
**path** [1] - 281:11
**paths** [1] - 262:16
**pathway** [1] - 86:16
**Patrick** [11] - 4:4,
6:12, 13:5, 19:4,
20:16, 113:14, 129:8,

129:16, 244:2,
244:11, 244:14
**PATRICK** [1] - 1:6
**Patrick's** [1] - 119:14
**patrol** [4] - 140:18,
141:23, 147:19,
157:17
**Paul** [3] - 203:11,
203:12, 203:17
**pause** [13] - 108:22,
110:13, 111:8, 150:9,
174:11, 176:12,
187:1, 188:17, 193:2,
209:12, 212:15,
213:3, 213:7
**PD-42s** [1] - 229:16
**pdf** [1] - 117:23
**Peace** [1] - 67:12
**peaceably** [1] -
231:16
**peaceful** [3] -
125:13, 134:9, 135:12
**Peeke** [4] - 197:6,
201:19, 202:7, 261:20
**peg** [1] - 167:8
**pellets** [2] - 142:18,
242:18
**Pence** [1] - 106:14
**penetrate** [1] -
277:23
**penetrated** [2] -
271:9, 273:3
**penetration** [1] -
226:4
**penetrations** [1] -
187:17
**Penn** [11] - 31:25,
33:16, 34:24, 67:10,
67:12, 77:21, 84:22,
85:22, 86:2, 93:2,
93:15
**Pensacola** [1] - 1:25
**people** [125] - 9:13,
35:14, 43:4, 43:19,
59:8, 67:3, 69:17,
70:22, 70:23, 70:24,
73:11, 74:11, 78:16,
78:17, 78:19, 84:19,
87:14, 89:21, 92:24,
94:2, 98:13, 98:14,
128:7, 132:8, 136:1,
145:2, 145:3, 145:4,
145:6, 146:14,
146:18, 147:7,
147:22, 147:23,
148:7, 148:10,
148:21, 149:14,
154:4, 164:18,
164:19, 164:20,
164:23, 164:24,

165:11, 165:19,
165:22, 169:7,
171:12, 172:16,
174:5, 174:9, 174:20,
175:7, 175:10,
175:14, 175:21,
181:22, 184:20,
187:19, 189:14,
194:15, 194:25,
198:1, 199:4, 203:2,
204:4, 207:18,
207:20, 214:8,
218:16, 227:16,
229:23, 232:16,
232:17, 233:3,
234:19, 234:20,
235:2, 237:19,
237:20, 237:22,
237:24, 238:16,
242:2, 243:11,
246:14, 248:3,
248:13, 248:23,
249:4, 250:7, 250:16,
251:13, 252:8, 253:5,
253:7, 254:21,
254:22, 259:16,
260:4, 264:24, 265:2,
266:14, 273:14,
273:18, 273:22,
274:5, 274:13,
274:21, 274:23,
275:4, 275:15,
275:16, 276:10,
276:19, 276:20,
279:15, 279:25,
280:11, 280:14,
280:16
**pepper** [1] - 126:21
**per** [1] - 132:9
**perceive** [1] - 276:7
**percent** [3] - 143:10,
169:15, 229:23
**percentage** [1] -
210:25
**perception** [2] -
175:14, 245:25
**perform** [1] - 82:12
**perimeter** [16] - 29:1,
29:16, 30:5, 30:6,
37:2, 37:23, 38:7,
48:17, 81:22, 82:7,
93:12, 163:1, 168:18,
168:20, 179:14
**perimeters** [1] -
48:18
**period** [19] - 48:15,
64:8, 64:13, 138:7,
158:19, 173:17,
175:6, 176:7, 206:14,
206:16, 206:19,

209:3, 216:8, 216:10, 218:1, 225:3, 267:20, 277:17, 279:9

**periods** [6] - 138:8, 224:17, 252:18, 252:20, 252:21, 252:24

**permanent** [2] - 71:10, 230:12

**permission** [3] - 57:11, 281:9, 282:6

**permitted** [1] - 277:2

**perpetrated** [1] - 253:7

**person** [29] - 72:5, 86:24, 87:5, 87:6, 132:22, 156:9, 157:7, 158:23, 159:21, 175:13, 175:18, 181:13, 203:16, 211:1, 225:16, 238:3, 238:11, 244:10, 245:9, 255:17, 255:18, 255:23, 261:10, 264:16, 277:11, 277:12, 277:14, 278:20

**personal** [3] - 157:4, 157:7, 225:5

**personally** [4] - 24:8, 79:24, 106:20, 156:12

**personnel** [3] - 69:8, 70:10, 240:6

**perspective** [7] - 176:3, 217:19, 220:7, 234:5, 274:19, 275:3, 277:6

**pertaining** [1] - 15:3

**phone** [18] - 18:17, 18:19, 18:21, 18:24, 19:10, 19:17, 19:18, 117:23, 119:4, 119:6, 119:7, 119:9, 119:12, 119:14, 121:10, 122:25

**phones** [1] - 19:17

**photo** [24] - 24:13, 24:15, 25:5, 25:7, 25:14, 25:22, 25:23, 28:25, 29:25, 30:14, 30:16, 30:22, 31:1, 31:8, 31:9, 31:21, 32:12, 32:15, 33:11, 33:12, 46:18, 67:7, 77:15, 77:18

**photograph** [7] - 33:7, 62:13, 62:14, 129:22, 130:1, 130:3, 130:5

**photographs** [6] -

18:4, 18:5, 19:3, 19:12, 127:8, 129:4

**photos** [3] - 128:25, 129:8, 146:19

**physical** [12] - 18:12, 95:12, 150:16, 178:20, 178:24, 181:6, 195:8, 209:2, 255:18, 270:6, 276:21, 280:7

**physically** [15] - 83:7, 148:21, 154:11, 164:23, 165:19, 165:22, 172:23, 172:25, 174:3, 193:10, 208:21, 234:7, 237:18, 281:10

**pick** [2] - 79:11, 253:20

**picked** [4] - 31:24, 222:5, 222:6, 236:16

**picks** [1] - 223:16

**picture** [3] - 129:16, 171:12, 258:15

**pictures** [1] - 19:23

**piece** [1] - 157:17

**pills** [3] - 7:1, 7:23, 8:23

**pinned** [1] - 270:16

**piping** [1] - 33:24

**Pitt** [1] - 201:22

**place** [20] - 28:13, 45:7, 85:14, 85:24, 86:15, 98:11, 107:15, 139:9, 150:21, 163:19, 232:18, 248:18, 249:2, 255:21, 259:12, 259:17, 262:14, 272:13, 275:20, 279:20

**placed** [1] - 255:22

**places** [2] - 88:24, 102:20

**Plaintiff** [1] - 1:4

**plan** [6] - 29:1, 82:21, 139:2, 196:24, 201:6, 201:7

**planned** [3] - 82:14, 82:19, 223:8

**planning** [3] - 82:18, 82:24, 281:16

**plastic** [2] - 206:6, 236:15

**platform** [5] - 26:24, 239:23, 241:18, 241:23

**platoon** [52] - 140:20, 140:22, 141:19, 146:3,

146:22, 147:1, 147:8, 147:14, 150:20, 151:17, 151:24, 159:17, 159:23, 162:18, 166:20, 168:21, 169:2, 169:4, 169:15, 169:20, 169:21, 169:25, 170:5, 170:11, 172:10, 172:22, 173:18, 177:23, 193:9, 201:13, 201:15, 201:16, 201:24, 202:2, 202:3, 202:6, 202:21, 211:8, 224:10, 225:16, 225:17, 227:14, 230:19, 232:5, 247:20, 249:4, 250:20, 271:14

**platoons** [14] - 141:4, 141:5, 141:6, 141:7, 141:8, 142:24, 150:3, 152:9, 153:25, 193:7, 195:23, 210:18, 210:19, 211:7

**play** [48] - 41:16, 41:22, 42:18, 43:8, 43:15, 43:25, 44:16, 45:2, 46:22, 47:12, 47:20, 47:22, 48:9, 48:23, 49:8, 50:6, 50:24, 53:6, 54:14, 55:11, 61:13, 61:16, 63:7, 64:18, 64:21, 65:10, 65:18, 98:22, 105:8, 109:3, 113:22, 164:10, 165:13, 165:24, 166:2, 176:8, 181:24, 183:12, 186:23, 187:5, 188:13, 191:11, 197:8, 210:6, 212:24, 217:7, 240:11, 251:1

**played** [4] - 90:20, 113:23, 218:5, 222:10

**playing** [16] - 45:17, 107:23, 108:18, 109:17, 110:10, 114:2, 163:2, 170:16, 172:5, 196:6, 197:8, 199:11, 205:10, 220:17, 223:1, 241:1

**plays** [3] - 166:18, 172:11, 184:15

**plaza** [26] - 25:15, 29:20, 35:7, 35:14, 37:5, 37:6, 37:8, 82:4, 103:8, 103:10, 103:17, 104:16,

105:1, 105:13, 167:23, 168:2, 168:5, 168:13, 183:4, 183:10, 187:20, 188:10, 220:15, 221:10, 221:11

**pleased** [2] - 226:11, 226:13

**plenty** [4] - 94:9, 126:21, 251:16, 251:20

**plug** [1] - 181:22

**plugged** [1] - 182:11

**plus** [3] - 181:9, 181:10, 226:2

**plywood** [2] - 221:2, 221:13

**PMAC** [3] - 130:18, 130:22, 134:6

**podium** [1] - 5:6

**point** [162] - 14:25, 17:2, 20:20, 21:16, 35:17, 36:1, 36:2, 36:22, 37:3, 37:5, 37:7, 37:9, 37:11, 37:24, 38:8, 38:11, 38:14, 42:13, 44:20, 45:6, 45:14, 45:16, 48:19, 59:19, 59:23, 59:24, 60:1, 67:3, 67:15, 67:16, 71:3, 73:18, 74:18, 77:21, 77:25, 83:9, 83:23, 92:25, 99:12, 101:14, 102:2, 102:3, 102:19, 103:3, 103:10, 104:3, 108:14, 110:23, 111:9, 119:20, 124:10, 128:14, 134:25, 135:4, 146:18, 148:1, 150:5, 150:23, 151:2, 159:3, 160:11, 163:10, 164:16, 164:19, 166:11, 166:16, 172:10, 173:12, 174:18, 182:9, 185:13, 187:10, 189:6, 193:5, 196:14, 196:18, 196:21, 196:25, 197:15, 198:3, 202:16, 203:8, 203:23, 206:4, 207:4, 207:9, 207:17, 207:20, 210:20, 211:4, 214:2, 214:5, 214:7, 214:8, 214:11, 217:7, 218:21, 219:13, 219:15, 219:23, 221:18,

223:13, 223:14, 223:21, 224:13, 225:9, 225:11, 225:14, 226:4, 226:7, 226:21, 227:2, 227:10, 227:24, 231:11, 232:18, 235:11, 235:20, 238:7, 238:9, 241:14, 242:5, 243:7, 247:8, 249:22, 250:4, 250:6, 251:4, 253:18, 254:25, 256:15, 257:3, 258:16, 258:22, 259:15, 260:15, 260:19, 260:25, 261:23, 261:25, 262:3, 262:6, 266:3, 267:17, 267:18, 268:20, 269:6, 269:11, 270:4, 270:7, 270:23, 271:16, 273:5, 273:12, 273:13, 274:24, 278:2, 279:4, 279:12, 280:3, 280:6

**pointing** [2] - 53:1, 195:5

**points** [11] - 190:20, 198:7, 202:4, 216:5, 224:24, 257:5, 265:5, 266:21, 267:1, 268:20, 270:2

**Police** [82] - 15:15, 15:16, 15:18, 15:22, 20:2, 22:4, 22:8, 22:10, 22:17, 23:23, 24:2, 30:6, 31:10, 31:11, 39:22, 40:13, 43:20, 44:3, 56:20, 57:1, 57:23, 58:7, 58:24, 59:1, 59:4, 59:10, 59:15, 60:7, 60:11, 60:15, 60:24, 61:1, 62:1, 62:18, 69:5, 69:10, 69:22, 70:1, 70:2, 70:11, 70:16, 71:13, 72:4, 74:20, 75:10, 75:11, 75:12, 75:13, 81:11, 81:21, 82:14, 87:11, 87:20, 95:5, 95:7, 103:17, 103:18, 103:19, 103:20, 103:22, 140:6, 141:5, 141:12, 141:18, 149:25, 153:12, 184:9, 184:16, 185:25, 186:8, 190:16, 190:20, 190:23, 191:10,

192:3, 194:10,
194:13, 227:6,
281:21, 282:6, 282:7
**police** [72] - 22:14,
22:15, 22:16, 39:25,
72:23, 73:5, 84:16,
84:19, 84:24, 85:6,
97:10, 99:22, 102:6,
102:10, 102:11,
103:4, 103:11,
124:20, 124:25,
125:5, 125:12,
140:13, 141:6,
141:12, 141:15,
144:4, 145:24,
155:14, 156:4, 156:5,
156:8, 156:10,
164:25, 165:17,
167:13, 167:20,
170:12, 170:14,
170:15, 171:23,
172:21, 173:12,
174:13, 174:14,
182:21, 182:25,
183:3, 183:7, 187:3,
187:9, 188:2, 188:11,
189:18, 192:10,
194:7, 194:9, 194:11,
198:24, 203:13,
209:19, 230:16,
232:7, 241:6, 249:14,
252:9, 252:15,
253:11, 253:13,
267:18, 279:4, 279:5
**Police's** [1] - 40:10
**policies** [1] - 114:24
**political** [5] - 231:12,
231:16, 231:23,
250:12, 253:1
**political-leaning** [1]
- 231:23
**politics** [4] - 114:19,
114:21, 137:13,
137:14
**polyester** [1] - 152:6
**poorly** [1] - 195:6
**population** [1] -
210:25
**portion** [9] - 41:17,
67:1, 72:19, 111:12,
181:25, 195:21,
220:15, 221:7, 279:13
**portions** [3] - 66:24,
119:22, 120:1
**portrayed** [1] - 28:17
**position** [18] - 22:13,
56:15, 158:20, 159:3,
170:9, 187:14, 198:6,
230:15, 259:2, 260:4,
260:15, 262:6,

265:14, 265:15,
265:25, 266:8, 270:7,
270:10
**positions** [3] -
116:22, 116:24,
252:11
**positive** [1] - 146:14
**possible** [7] -
117:20, 136:17,
186:16, 234:7, 246:4,
246:8, 246:12
**possibly** [4] -
136:16, 145:10,
246:2, 247:25
**Post** [1] - 2:3
**post** [1] - 132:10
**posted** [2] - 136:22,
279:23
**potential** [1] - 72:10
**pounds** [3] - 57:21,
58:10, 58:11
**pouring** [1] - 42:16
**powders** [1] - 75:3
**powers** [1] - 156:10
**practice** [1] - 40:10
**PRATT** [1] - 2:5
**preceded** [1] -
102:20
**preceding** [1] -
111:19
**precise** [1] - 218:23
**prefabricated** [1] -
221:1
**prefer** [1] - 16:18
**pregnant** [1] - 36:17
**preparation** [4] -
40:21, 41:4, 117:21,
200:7
**prepare** [1] - 156:18
**prepared** [2] -
105:10, 231:8
**prerecorded** [1] -
171:3
**presence** [1] - 188:2,
280:7
**present** [20] - 4:18,
28:8, 69:5, 76:5,
81:14, 81:19, 173:4,
180:9, 193:10,
198:22, 203:10,
204:19, 210:19,
225:5, 229:22, 232:9,
250:21, 256:18,
275:10, 277:13
**presented** [2] -
172:17, 221:19
**preservation** [3] -
175:3, 225:14, 238:5
**presidency** [1] - 27:3
**President** [3] -

106:14, 116:24
**president** [30] - 27:2,
27:3, 27:5, 28:8, 47:5,
71:5, 71:8, 71:10,
76:5, 76:7, 76:9,
76:10, 76:11, 76:13,
76:16, 76:20, 77:4,
77:8, 80:25, 81:13,
81:14, 81:19, 81:25,
82:3, 82:12, 106:5,
106:9, 106:16
**president's** [1] - 76:2
**presidential** [9] -
114:14, 114:22,
115:5, 115:13,
116:12, 116:15,
116:21, 117:2, 118:1
**pressed** [5] - 205:16,
206:3, 206:7, 206:9,
207:1
**pressing** [4] - 73:11,
165:11, 206:10, 215:1
**pressure** [6] -
222:10, 246:23,
266:22, 266:23
**pressured** [1] -
73:16
**presumably** [2] -
96:19, 196:24
**pretty** [40] - 94:25,
115:3, 121:18,
141:24, 142:18,
143:22, 145:21,
146:6, 146:10,
146:17, 148:7, 149:9,
153:22, 155:25,
163:17, 173:21,
175:12, 179:9,
189:10, 193:7,
195:22, 201:7, 206:6,
206:11, 207:12,
211:21, 217:20,
217:24, 219:12,
225:13, 228:18,
241:19, 256:12,
258:6, 258:18, 259:8,
261:3, 266:9, 272:11,
276:17
**prevent** [8] - 38:23,
44:8, 45:24, 78:19,
79:10, 79:24, 79:25,
85:14
**prevents** [1] - 82:5
**previous** [9] - 49:21,
68:3, 125:12, 127:22,
128:10, 129:23,
135:23, 159:1, 188:23
**previously** [5] - 32:6,
46:7, 48:2, 52:5,
118:2

**primarily** [1] - 141:11
**primary** [9] - 81:8,
81:12, 127:15,
127:18, 128:10,
128:15, 128:16,
155:22, 155:25
**printed** [1] - 60:8
**privacy** [1] - 133:8
**private** [1] - 17:25
**privately** [1] - 104:13
**problem** [5] - 79:20,
103:16, 162:2,
172:13, 248:13
**problematic** [1] -
220:2
**problems** [2] - 166:1,
231:14
**procedure** [1] -
153:7
**procedures** [1] -
204:12
**proceed** [1] - 80:14
**proceeding** [1] -
64:12
**proceedings** [7] -
21:18, 105:24,
112:18, 139:13,
139:18, 217:2, 283:6
**Proceedings** [1] -
282:12
**process** [1] - 236:1
**produced** [2] -
158:9, 283:6
**product** [1] - 88:7
**professional** [2] -
23:4, 39:12
**progress** [1] - 247:8
**progresses** [3] -
50:19, 50:20, 189:23
**projectiles** [2] -
150:7, 177:3
**projector** [1] - 161:1
**prominent** [1] -
274:19
**promoted** [5] -
22:22, 22:23, 23:6,
23:12, 202:17
**prone** [1] - 266:10
**prong** [1] - 17:17
**proper** [5] - 18:14,
19:21, 46:5, 56:23,
238:25
**properly** [3] - 18:18,
40:19, 156:18
**protect** [6] - 24:3,
40:10, 79:1, 79:3,
194:25, 237:5
**protectee** [1] - 80:24
**protecting** [2] -
179:14, 179:15

**protection** [11] -
22:19, 22:21, 23:1,
57:9, 78:11, 78:25,
141:20, 145:18,
163:16, 163:19,
163:20
**protector** [2] -
211:15, 211:17
**protects** [1] - 192:5
**protest** [7] - 69:16,
125:11, 134:9,
135:12, 143:11,
251:1, 274:15
**protester** [4] - 188:9,
251:15, 252:1, 252:2
**protesters** [22] -
38:10, 38:21, 68:11,
79:10, 125:13,
130:25, 189:19,
239:25, 240:2, 240:3,
240:7, 240:9, 242:15,
250:8, 250:9, 261:14,
265:19, 267:19,
269:20, 272:20,
273:11, 274:4
**protesting** [2] -
125:7, 232:16
**protests** [6] - 153:12,
174:19, 231:13,
232:12, 233:19
**protocol** [1] - 18:16
**protocols** [2] - 19:9,
19:21
**proud** [2] - 185:3,
185:5
**Proud** [1] - 231:14
**proverbial** [2] -
269:23, 270:25
**provide** [3] - 16:18,
53:3, 58:14
**provided** [3] - 54:10,
192:3, 218:25
**provides** [1] - 57:9
**providing** [1] - 68:7
**provision** [1] - 80:22
**provoke** [2] - 253:5,
253:9
**psychology** [1] -
275:14
**public** [17] - 27:15,
27:23, 28:2, 68:1,
81:17, 83:1, 83:4,
83:18, 85:13, 85:21,
86:6, 88:23, 96:19,
97:1, 97:4, 103:12,
105:1
**publish** [5] - 24:24,
26:14, 29:7, 30:9,
162:10
**published** [84] -

30:11, 41:24, 42:21,
43:10, 43:17, 44:2,
44:18, 45:4, 45:19,
46:25, 47:15, 47:25,
48:12, 49:11, 50:8,
51:2, 51:14, 52:2,
53:8, 54:17, 55:13,
61:18, 63:10, 64:20,
64:24, 65:13, 65:20,
71:24, 72:22, 74:7,
99:9, 100:9, 100:12,
100:19, 100:24,
101:2, 101:9, 101:18,
101:24, 107:11,
108:1, 108:21, 109:6,
109:20, 110:12,
111:5, 163:5, 164:13,
166:4, 170:19, 172:8,
173:10, 176:11,
178:8, 180:4, 182:19,
183:15, 183:21,
186:25, 188:16,
190:8, 193:1, 196:8,
197:11, 199:14,
205:13, 208:1,
208:15, 209:11,
209:15, 210:5, 210:8,
212:14, 213:2, 213:6,
213:17, 215:20,
215:23, 217:10,
218:7, 220:21, 223:4,
240:14, 241:3
**puff** [1] - 184:1
**pull** [47] - 24:10,
28:22, 31:2, 31:19,
32:9, 33:9, 40:25,
48:20, 50:5, 50:24,
51:11, 51:25, 54:3,
54:14, 55:10, 61:11,
63:5, 64:16, 66:19,
72:18, 74:1, 86:1,
99:7, 106:23, 118:22,
121:20, 123:6,
123:17, 129:17,
130:11, 133:13,
150:20, 160:19,
194:16, 196:21,
210:1, 218:3, 222:9,
222:14, 222:19,
229:9, 256:7, 256:24,
257:15, 278:24
**pulled** [10] - 58:4,
102:21, 119:2,
120:25, 121:24,
128:21, 130:14,
131:2, 222:24, 273:4
**pulling** [12] - 74:4,
74:18, 102:23, 150:3,
160:16, 182:24,
196:18, 213:19,
215:11, 215:17,

217:21, 223:6
**pullout** [1] - 123:21
**purpose** [4] - 82:1,
168:15, 246:13,
253:12
**purposes** [2] - 6:8,
87:22
**pursuant** [1] -
136:13
**pursued** [1] - 101:11
**push** [39] - 43:2,
43:23, 45:23, 78:20,
78:22, 108:10, 110:4,
110:20, 173:6,
173:24, 178:24,
179:7, 181:25, 185:6,
206:21, 208:3, 208:7,
208:10, 208:11,
212:12, 217:21,
219:8, 219:13,
219:22, 221:15,
222:11, 222:15,
224:8, 224:18, 227:6,
229:9, 237:19, 255:3,
269:25, 272:22,
276:20, 277:19,
277:20, 277:24
**pushed** [24] - 31:25,
67:9, 78:2, 78:3,
83:14, 84:9, 84:12,
86:10, 87:1, 87:9,
91:23, 134:21, 185:9,
188:7, 196:12,
196:13, 219:24,
220:12, 220:13,
265:20, 269:1, 269:2,
273:9
**pushing** [18] - 43:23,
78:16, 83:15, 110:21,
148:22, 165:15,
165:19, 182:10,
209:6, 217:21, 247:1,
247:2, 247:6, 247:7,
255:10, 265:16,
271:14
**pushout** [1] - 224:9
**put** [41] - 38:23, 54:1,
72:14, 72:15, 85:14,
85:24, 95:21, 96:20,
120:10, 145:21,
151:19, 151:25,
152:13, 153:4, 155:4,
155:22, 163:14,
167:6, 168:19,
174:20, 178:21,
184:22, 185:14,
185:25, 186:6, 191:9,
192:10, 192:14,
192:15, 221:2,
228:23, 229:2, 232:5,

234:23, 235:6,
235:12, 239:4,
257:16, 270:2,
271:19, 276:14
**puts** [1] - 35:4
**putting** [6] - 151:4,
151:7, 151:10,
164:24, 178:16,
203:20
**puzzles** [1] - 114:3

## Q

**quadrant** [1] - 239:5
**qualified** [1] - 177:11
**quarters** [3] - 79:8,
79:12, 79:21
**queries** [1] - 113:13
**questions** [18] -
5:18, 5:20, 5:21,
13:25, 14:4, 66:12,
75:25, 78:8, 80:7,
104:15, 112:7, 136:4,
139:6, 230:22, 245:4,
247:10, 279:17,
280:19
**quick** [3] - 91:6,
106:19, 266:1
**quickly** [3] - 188:4,
205:7, 220:1
**quit** [1] - 261:3
**quite** [3] - 124:3,
137:8, 249:11
**quote** [1] - 123:3

## R

**rack** [44] - 28:16,
31:24, 32:1, 35:7,
35:10, 82:25, 84:8,
84:10, 84:12, 84:14,
84:15, 85:4, 87:9,
93:22, 102:20, 167:1,
167:4, 167:5, 167:7,
167:8, 167:9, 167:16,
167:17, 167:19,
168:1, 168:10,
168:14, 168:15,
172:22, 172:23,
173:1, 178:18,
178:21, 178:22,
179:3, 179:23, 181:4,
182:9, 188:5, 254:17,
256:12, 256:20
**rack's** [1] - 179:1
**racks** [53] - 30:3,
30:19, 31:3, 77:13,
77:16, 77:20, 77:25,
81:22, 83:14, 83:19,

84:23, 85:2, 85:12,
85:20, 85:24, 86:9,
86:11, 86:25, 87:1,
87:2, 100:1, 109:15,
148:20, 148:21,
167:12, 167:15,
172:25, 178:19,
179:2, 179:5, 179:17,
180:5, 181:1, 181:3,
181:9, 181:10,
188:20, 188:22,
188:23, 188:24,
249:13, 249:14,
249:22, 255:2, 255:3,
255:5, 255:10,
255:13, 256:16,
279:6, 279:8, 279:9,
279:13
**radio** [14] - 37:6,
38:9, 74:17, 93:3,
149:4, 150:12,
150:13, 150:24,
153:22, 154:14,
177:16, 186:7,
186:11, 196:18
**railing** [7] - 171:18,
221:1, 221:5, 221:6,
221:11, 221:13
**railings** [1] - 221:5
**raincoat** [1] - 147:25
**raise** [1] - 112:19
**raised** [2] - 171:18,
239:22
**raises** [1] - 59:24
**rally** [1] - 227:24
**ram** [1] - 247:5
**Ramey** [3] - 203:9,
204:12, 204:21
**ramp** [2] - 232:1,
232:22
**ramshackle** [1] -
203:24
**ran** [1] - 42:14
**range** [2] - 90:23,
203:13
**rank** [6] - 22:22,
23:6, 23:12, 69:7,
140:7, 140:9
**rapid** [11] - 140:22,
141:4, 141:7, 141:19,
142:24, 151:17,
152:9, 211:6, 211:8,
211:9, 250:20
**rated** [1] - 152:20
**rather** [1] - 270:21
**rays** [1] - 96:24
**RDR** [3] - 2:7, 283:3,
283:12
**re** [2] - 116:9, 139:2
**re-ask** [1] - 116:9

**re-call** [1] - 139:2
**reach** [1] - 178:1
**reach-out-and** [1] -
178:1
**reached** [3] - 14:20,
260:2, 264:16
**react** [2] - 173:1,
175:13
**reactions** [1] -
165:14
**read** [3] - 14:22,
122:15, 133:5
**reading** [1] - 121:11
**ready** [5] - 13:10,
13:13, 13:14, 13:17,
162:17
**real** [3] - 91:6,
155:20, 264:11
**reality** [1] - 95:12
**realize** [10] - 165:3,
166:18, 169:9, 198:4,
235:21, 242:20,
249:18, 259:4,
259:22, 263:15
**realized** [5] - 197:17,
199:8, 242:13,
260:14, 261:2
**realizing** [1] - 196:22
**really** [33] - 17:1,
35:8, 77:16, 135:14,
137:23, 137:24,
137:25, 146:10,
149:6, 153:11, 155:4,
156:3, 156:23,
169:12, 170:1,
172:14, 174:7, 175:1,
184:8, 185:17,
194:24, 214:20,
217:18, 225:20,
234:21, 242:7,
247:17, 252:16,
264:8, 268:12,
270:23, 276:12
**realm** [2] - 174:14,
234:25
**reason** [8] - 59:7,
90:9, 141:3, 162:6,
181:17, 192:18,
209:1, 242:1
**reasoned** [1] -
214:23
**reasons** [2] - 104:19,
225:19
**reassigned** [5] -
23:4, 23:7, 23:9,
23:14, 23:16
**receipts** [1] - 122:16
**receive** [1] - 229:10
**RECEIVED** [1] - 3:11
**received** [12] - 7:3,

7:25, 8:25, 122:15, 122:16, 122:24, 126:15, 127:18, 129:1, 129:4, 133:2, 154:10

**receiving** [1] - 178:12

**recently** [4] - 7:4, 8:1, 9:1, 106:12

**recess** [3] - 105:23, 139:12, 217:1

**reckoning** [1] - 174:13

**recognize** [8] - 31:21, 32:12, 54:20, 57:16, 65:2, 218:24, 221:24, 244:5

**recognized** [1] - 202:3

**recollection** [6] - 88:19, 100:14, 171:22, 245:11, 256:9, 260:6

**recollections** [1] - 217:16

**recommendation** [1] - 281:7

**record** [8] - 4:7, 22:3, 27:20, 91:9, 139:25, 158:13, 158:16, 185:20

**recorded** [2] - 217:12, 219:1

**recording** [12] - 54:22, 158:10, 158:13, 158:14, 158:18, 158:19, 159:6, 198:22, 218:10, 218:11, 218:25

**recordings** [1] - 218:20

**records** [1] - 224:15

**recounted** [1] - 194:13

**recounting** [1] - 150:11

**recovered** [1] - 17:24

**rectangular** [1] - 191:7

**Red** [1] - 3:3

**red** [8] - 29:24, 65:23, 176:19, 176:24, 177:1, 178:16, 193:23

**REDIRECT** [2] - 106:2, 276:1

**redirect** [3] - 138:19, 138:20, 275:23

**reduced** [3] - 145:2,

194:23, 226:25

**reestablish** [3] - 189:14, 259:3, 266:6

**reestablished** [1] - 197:19

**refer** [3] - 27:11, 47:3, 49:5

**reference** [3] - 91:8, 248:7, 267:17

**referenced** [4] - 46:8, 136:19, 193:22, 231:12

**referencing** [4] - 51:6, 53:11, 123:2, 124:7

**referred** [3] - 27:7, 198:14, 200:25

**referring** [11] - 27:12, 32:5, 46:13, 79:15, 79:17, 85:22, 120:18, 122:13, 132:22, 146:2, 153:16

**reflected** [1] - 260:23

**refrain** [1] - 165:25

**refresh** [1] - 68:18

**refuse** [1] - 277:4

**refusing** [1] - 277:13

**regained** [1] - 227:3

**regularly** [1] - 40:9

**reholstered** [1] - 160:10

**reinforce** [1] - 169:3

**rejoined** [1] - 22:25

**relates** [2] - 72:12, 72:14

**relation** [1] - 46:7

**relatively** [1] - 16:20

**release** [1] - 282:8

**relent** [1] - 208:18

**relented** [1] - 208:19

**relevance** [7] - 59:6, 59:13, 70:19, 72:8, 72:15, 88:4, 134:12

**relevant** [5] - 17:5, 41:17, 59:7, 72:16, 111:17

**relieved** [1] - 266:23

**remain** [1] - 139:20

**remainder** [3] - 37:15, 143:24, 186:23

**remained** [2] - 36:22, 37:12

**remarks** [1] - 165:17

**remember** [28] - 67:9, 71:14, 71:17, 72:2, 91:11, 131:3, 131:12, 153:20, 162:21, 187:6, 187:12, 201:18, 205:1, 213:24, 214:1,

214:12, 215:12, 217:22, 223:22, 244:8, 244:12, 245:18, 264:7, 278:11, 279:8, 279:10, 279:11, 279:17

**remind** [1] - 217:4

**removed** [4] - 77:20, 77:25, 78:2, 86:9

**rental** [2] - 154:18, 162:22

**repeat** [2] - 84:11, 123:23

**repellent** [1] - 142:12

**replaced** [2] - 58:5, 181:19

**replay** [1] - 71:18

**report** [9] - 34:11, 88:7, 95:6, 95:7, 156:2, 228:16, 229:6, 229:9, 230:15

**REPORTED** [1] - 2:7

**reported** [2] - 103:25, 230:21

**REPORTER** [3] - 85:9, 148:25, 185:20

**Reporter** [2] - 2:8, 283:12

**reports** [6] - 87:24, 87:25, 90:12, 90:14, 90:17, 229:15

**represent** [1] - 94:8

**Representatives** [2] - 25:17, 32:20

**represented** [1] - 69:24

**representing** [1] - 32:20

**represents** [1] - 60:24

**Republican** [2] - 116:19, 116:22

**Reserve** [1] - 232:14

**reserve** [2] - 14:13, 196:1

**reset** [1] - 255:5

**resistance** [6] - 173:22, 182:8, 255:14, 255:16, 259:19

**resistant** [1] - 152:20

**resisters** [1] - 279:22

**resisting** [3] - 175:7, 279:21, 280:2

**resistor** [1] - 255:20

**resolved** [1] - 161:21

**resources** [1] - 255:21

**respect** [11] - 15:9,

15:12, 15:17, 15:21, 18:22, 18:25, 21:8, 117:10, 117:14, 251:11, 276:3

**respond** [6] - 34:25, 133:24, 141:9, 150:3, 154:17, 155:5

**responded** [3] - 92:4, 153:4, 157:23

**response** [26] - 14:1, 75:2, 104:15, 124:25, 128:9, 134:2, 134:11, 134:18, 137:16, 140:22, 141:4, 141:7, 141:19, 142:24, 151:17, 152:9, 156:22, 195:22, 211:6, 211:8, 211:9, 214:18, 232:22, 246:1, 250:20, 252:12

**responsibilities** [1] - 140:17

**responsibility** [8] - 23:5, 39:13, 68:6, 81:12, 149:11, 149:12, 149:15, 202:24

**responsible** [1] - 203:4

**rest** [6] - 36:24, 166:20, 181:24, 191:11, 267:8, 267:9

**restarted** [1] - 236:4

**restate** [1] - 134:15

**restricted** [18] - 30:2, 32:2, 62:2, 62:20, 62:23, 62:24, 63:19, 63:21, 65:16, 66:2, 67:18, 80:19, 81:13, 84:17, 97:24, 109:1, 109:13

**Restricted** [1] - 66:25

**restricts** [1] - 97:16

**result** [1] - 171:9

**resume** [2] - 217:3, 281:1

**retardant** [1] - 151:19

**retired** [1] - 8:19

**retreat** [2] - 73:12, 74:10

**retreated** [2] - 44:24, 257:8

**retreating** [5] - 73:8, 73:20, 73:22, 209:5, 241:15

**retrieved** [1] - 18:17

**return** [3] - 39:3, 224:2, 281:2

**returned** [1] - 227:24

**reversing** [1] - 252:11

**review** [10] - 40:18, 40:22, 63:12, 84:2, 87:22, 90:17, 117:22, 159:15, 160:13, 160:22

**reviewed** [8] - 41:4, 84:5, 84:7, 90:14, 111:12, 119:15, 218:17

**ride** [1] - 207:10

**rides** [1] - 29:17

**Ridgefield** [1] - 113:6

**right-hand** [4] - 108:12, 161:5, 190:11, 211:2

**rights** [2] - 5:3, 13:6

**Riley** [6] - 203:12, 203:17, 203:19, 203:21

**ring** [1] - 242:16

**riot** [16] - 141:14, 143:18, 144:7, 145:18, 153:16, 177:14, 178:3, 190:15, 248:9, 248:10, 250:23, 251:3, 251:5, 251:7, 251:23, 252:14

**rioter** [3] - 252:1, 252:2, 252:13

**rioters** [25] - 44:20, 124:24, 125:14, 126:17, 130:25, 198:4, 199:5, 204:23, 207:16, 208:17, 220:4, 220:24, 224:18, 248:7, 251:23, 260:15, 260:16, 263:19, 267:19, 272:20, 274:4, 277:19, 277:21, 277:24, 279:20

**rioting** [2] - 250:8, 252:6

**riots** [4] - 143:16, 143:23, 144:5, 144:22

**role** [3] - 27:2, 76:20, 203:7

**rolled** [1] - 93:20

**RONALD** [2] - 21:21, 22:5

**Ronald** [4] - 3:5, 20:3, 22:4, 22:5

**Room** [1] - 2:10

**room** [6] - 98:18,

98:20, 132:5, 219:22, 244:4, 247:24
**rotation** [2] - 266:18, 267:2
**Rotunda** [3] - 32:18, 47:18, 47:19
**roughly** [2] - 258:4, 258:5
**round** [1] - 142:15
**rounding** [1] - 73:14
**routine** [1] - 157:17
**row** [5] - 77:8, 118:24, 119:2, 120:23, 120:25
**rows** [1] - 271:11
**rubber** [7] - 125:6, 125:12, 126:11, 127:4, 142:17, 142:18, 229:2
**rule** [2] - 20:15, 20:23
**run** [5] - 110:5, 158:9, 160:22, 179:23, 264:20
**running** [5] - 43:19, 145:15, 178:11, 178:12, 180:23
**runs** [2] - 58:13, 158:10

**S**

**safely** [1] - 257:6
**safety** [3] - 243:11, 255:19, 272:13
**Safeway** [3] - 16:12, 16:23, 17:9
**sarcastic** [2] - 120:16, 121:9
**save** [5] - 26:8, 26:12, 107:5, 134:23
**savior** [1] - 125:6
**saw** [43] - 43:12, 67:19, 71:15, 77:15, 77:18, 86:21, 87:3, 87:8, 88:7, 91:3, 104:23, 105:7, 107:18, 108:5, 108:7, 108:25, 130:23, 134:5, 134:20, 144:21, 144:22, 176:19, 176:23, 179:16, 183:23, 185:7, 188:23, 193:4, 195:4, 199:21, 208:24, 222:3, 224:21, 244:10, 251:20, 259:23, 259:24, 260:19,

263:7, 263:22, 263:24, 264:14, 265:4
**scaffolding** [9] - 36:7, 36:22, 37:2, 154:1, 168:5, 168:6, 168:7, 168:9, 256:20
**scalable** [1] - 235:4
**scale** [1] - 234:16
**scanned** [2] - 96:20, 97:7
**scared** [1] - 126:11
**scarlet** [1] - 281:25
**scenario** [3] - 243:2, 270:12, 280:9
**scenarios** [1] - 80:1
**scene** [3] - 70:3, 255:16, 255:24
**schedule** [1] - 230:2
**scheduled** [5] - 28:8, 34:6, 34:14, 232:1, 232:4
**schematic** [1] - 32:16
**scheme** [1] - 179:11
**school** [10] - 6:16, 6:17, 6:24, 7:14, 8:12, 8:13, 113:17, 113:19, 136:17, 140:12
**Schwager** [1] - 16:7
**scope** [1] - 68:24
**scores** [1] - 144:14
**scout** [1] - 162:22
**scream** [2] - 218:9, 218:16
**screaming** [10] - 218:11, 218:17, 218:22, 219:1, 219:5, 222:8, 239:15, 250:12, 278:21
**screen** [16] - 55:24, 65:23, 99:11, 120:25, 121:24, 128:10, 128:21, 129:20, 131:3, 167:22, 187:9, 190:11, 210:13, 210:14, 213:3, 217:20
**screening** [2] - 89:4, 97:12
**screenshot** [2] - 213:11, 213:19
**screw** [1] - 94:12
**scuffle** [1] - 200:5
**scuffles** [1] - 173:4
**se** [1] - 132:9
**searching** [2] - 223:16, 223:17
**seating** [2] - 242:17, 242:19
**second** [31] - 15:9, 18:16, 45:11, 47:21,

50:1, 50:6, 50:9, 50:25, 51:15, 52:3, 64:17, 64:22, 65:3, 93:8, 96:3, 96:9, 96:14, 97:18, 97:21, 109:7, 110:1, 150:9, 171:7, 191:21, 205:3, 209:13, 219:16, 219:17, 224:3, 238:18, 269:9
**seconds** [41] - 42:4, 47:23, 49:9, 50:18, 51:4, 51:10, 51:20, 52:9, 53:6, 53:9, 53:15, 54:15, 54:18, 55:11, 55:15, 55:19, 63:8, 65:11, 65:18, 71:22, 88:18, 107:16, 108:3, 108:19, 108:23, 109:4, 109:18, 109:22, 110:13, 111:1, 167:23, 179:22, 185:3, 185:11, 197:9, 210:6, 215:18, 215:25, 251:2
**Secret** [7] - 16:3, 17:7, 70:10, 80:23, 80:24, 81:20, 82:16
**secretary** [1] - 16:7
**Section** [5] - 22:18, 22:24, 22:25, 23:8, 80:19
**section** [3] - 23:11, 128:24
**secure** [8] - 69:20, 78:21, 82:4, 82:7, 121:18, 204:17, 232:19, 260:14
**secured** [3] - 112:3, 167:6, 227:7
**securing** [2] - 69:24, 187:19
**security** [11] - 28:11, 28:12, 30:7, 39:20, 48:16, 68:7, 68:22, 88:10, 148:19, 177:15, 232:21
**see** [157] - 25:12, 25:15, 30:17, 30:22, 30:25, 31:1, 31:3, 31:17, 33:11, 35:20, 35:24, 39:25, 42:6, 42:11, 42:25, 43:4, 43:13, 43:21, 43:22, 46:10, 47:8, 47:10, 47:17, 55:15, 55:23, 61:9, 65:3, 65:22, 65:25, 66:23, 66:24, 67:1, 67:19, 67:21,

67:23, 72:11, 73:14, 74:1, 74:9, 74:12, 76:4, 77:22, 86:15, 86:22, 86:25, 87:1, 87:3, 87:6, 87:9, 94:19, 96:4, 96:6, 101:4, 102:5, 102:11, 103:3, 104:3, 107:17, 108:12, 109:15, 119:4, 119:8, 120:5, 122:2, 129:12, 131:11, 133:7, 147:3, 150:18, 152:10, 154:12, 159:4, 159:7, 161:5, 166:10, 166:25, 168:25, 169:18, 170:21, 171:12, 171:18, 171:19, 171:25, 172:10, 172:11, 173:3, 175:5, 177:2, 177:3, 177:5, 178:11, 178:15, 178:18, 179:2, 180:5, 180:11, 181:16, 181:19, 182:4, 184:15, 184:17, 186:14, 187:22, 188:19, 189:23, 190:12, 191:19, 192:6, 194:3, 198:7, 198:21, 201:11, 203:3, 204:1, 206:2, 209:4, 209:21, 210:11, 210:14, 210:15, 212:17, 213:20, 213:22, 214:2, 216:2, 217:21, 217:23, 219:20, 220:25, 221:6, 221:11, 221:13, 222:16, 241:11, 242:7, 243:13, 243:16, 243:17, 244:8, 252:8, 256:15, 257:24, 258:9, 259:16, 261:4, 263:11, 263:20, 271:25, 272:1, 274:2, 274:7, 274:23, 279:10, 281:10
**seeing** [28] - 55:6, 86:17, 103:11, 105:3, 105:4, 105:12, 108:13, 109:9, 110:15, 110:16, 110:18, 110:19, 110:20, 120:19, 121:9, 130:8, 146:5, 148:9, 148:17, 148:20, 162:12, 205:21, 212:7,

217:18, 240:5, 240:9, 244:1, 275:16
**seeking** [1] - 200:15
**seem** [4] - 116:22, 116:24, 125:13, 235:7
**sees** [1] - 181:21
**segment** [2] - 188:9, 271:8
**segments** [76] - 41:23, 42:20, 43:9, 43:16, 44:1, 44:17, 45:3, 45:18, 46:24, 47:14, 47:24, 48:11, 49:10, 50:7, 51:1, 51:13, 52:1, 53:7, 54:16, 55:12, 63:9, 64:23, 65:12, 65:19, 71:23, 72:21, 74:6, 90:20, 99:8, 100:8, 100:11, 100:18, 100:23, 101:1, 101:8, 101:17, 101:23, 107:10, 107:25, 108:20, 109:5, 109:19, 110:11, 111:4, 170:18, 172:7, 173:9, 176:10, 182:18, 183:14, 183:20, 186:24, 188:15, 190:7, 192:25, 196:7, 197:10, 199:13, 205:12, 207:25, 208:14, 209:10, 209:14, 210:4, 210:7, 212:13, 213:1, 213:5, 213:16, 215:19, 215:22, 218:6, 220:20, 223:3, 240:13, 241:2
**seized** [1] - 19:8
**selection** [1] - 9:22
**self** [4] - 156:18, 175:3, 225:14, 238:5
**self-admission** [1] - 156:18
**self-preservation** [3] - 175:3, 225:14, 238:5
**selfishly** [1] - 226:20
**semblance** [3] - 188:11, 197:18, 259:19
**semesters** [1] - 7:15
**semicircle** [1] - 26:21
**Senate** [30] - 16:8, 23:8, 23:14, 25:10, 25:11, 32:17, 34:12, 35:25, 37:13, 37:24, 38:6, 38:9, 38:15,

38:18, 38:20, 38:24, 43:13, 46:2, 46:9, 46:11, 76:22, 89:6, 89:15, 91:25, 92:12, 94:6, 106:13, 108:17, 110:17
**send** [7] - 122:6, 122:7, 131:9, 132:7, 133:3, 134:18, 135:12
**sender** [5] - 123:13, 125:17, 126:13, 126:22, 133:22
**senior** [3] - 113:17, 113:18, 203:16
**sensation** [2] - 184:11, 230:7
**sense** [3] - 79:14, 92:12, 133:8
**sent** [33] - 36:19, 36:21, 38:12, 117:22, 119:17, 120:11, 120:12, 120:13, 121:5, 121:9, 122:6, 122:15, 124:4, 124:6, 124:21, 124:22, 124:23, 124:25, 125:8, 125:10, 126:1, 127:16, 128:4, 129:2, 130:19, 131:23, 132:18, 132:20, 132:23, 133:9, 133:10, 134:10, 136:1
**sentiment** [1] - 133:6
**separate** [3] - 208:8, 208:23, 211:18
**separated** [2] - 180:25, 249:19
**sequel** [1] - 113:13
**sequence** [8] - 88:2, 88:11, 170:21, 207:18, 208:9, 210:24, 224:21, 261:11
**sequences** [1] - 190:24
**sergeant** [27] - 22:22, 22:23, 37:20, 139:19, 140:1, 140:8, 140:10, 140:18, 140:20, 166:22, 169:5, 180:19, 202:21, 203:11, 203:14, 210:11, 210:23, 211:8, 211:13, 216:2, 216:23, 217:4, 230:17, 241:11, 276:3, 277:6, 280:20
**Sergeant** [19] - 139:16, 139:24,

151:24, 177:7, 197:6, 201:19, 201:20, 202:7, 202:8, 205:3, 217:22, 230:23, 233:9, 240:17, 247:15, 261:19, 263:22, 263:23
**sergeants** [6] - 146:23, 146:24, 147:21, 163:7, 229:19, 229:22
**series** [1] - 171:6
**serious** [1] - 173:6
**Service** [7] - 16:3, 17:7, 70:10, 80:23, 80:24, 82:16, 140:20
**service** [4] - 103:20, 123:16, 157:10, 157:20
**Service's** [1] - 81:20
**services** [2] - 30:7, 39:20
**session** [3] - 24:5, 28:6, 82:11
**set** [29] - 19:15, 19:20, 30:5, 30:6, 37:23, 46:10, 57:15, 94:15, 94:18, 95:14, 95:25, 96:9, 96:12, 96:14, 97:18, 97:21, 127:3, 168:6, 168:17, 170:22, 171:2, 219:16, 219:18, 221:8, 263:8, 263:15
**Seth** [4] - 163:23, 164:3, 164:7, 164:9
**sets** [6] - 27:19, 85:2, 94:13, 168:5, 263:3, 263:10
**setting** [1] - 242:4
**seven** [12] - 15:5, 98:14, 108:2, 109:7, 109:17, 109:21, 137:24, 137:25, 141:4, 141:6, 202:24, 271:5
**seven-page** [1] - 15:5
**seventh** [1] - 136:15
**several** [12] - 45:16, 90:20, 92:20, 92:21, 143:7, 144:13, 169:7, 173:4, 262:16, 266:12, 272:12, 278:3
**severely** [1] - 44:25
**SEVERT** [1] - 2:5
**shaky** [1] - 278:2
**shall** [1] - 281:25
**shield** [71] - 56:18, 57:5, 57:19, 57:25,

58:12, 59:7, 59:11, 59:20, 59:23, 60:13, 60:15, 60:21, 61:3, 61:5, 79:3, 79:7, 79:8, 79:10, 79:13, 79:19, 141:17, 172:14, 190:20, 191:24, 192:9, 192:14, 192:15, 194:5, 204:3, 204:5, 206:6, 207:11, 214:3, 214:4, 214:5, 214:6, 214:9, 215:1, 236:8, 236:9, 236:18, 236:19, 237:4, 237:5, 237:10, 237:11, 237:12, 237:15, 237:23, 238:1, 238:2, 238:12, 238:16, 245:22, 246:1, 246:8, 246:11, 246:12, 247:4, 261:10, 264:16, 264:21, 276:4, 276:5, 276:9, 276:11, 276:12, 276:16, 276:20
**shields** [60] - 37:21, 38:1, 38:3, 38:5, 56:11, 56:21, 56:24, 57:1, 57:3, 57:22, 58:3, 58:24, 59:3, 59:5, 59:9, 59:14, 60:7, 60:11, 78:9, 78:25, 98:14, 157:21, 157:22, 157:24, 157:25, 190:15, 190:18, 190:19, 190:25, 191:3, 191:4, 191:5, 191:8, 191:9, 192:7, 192:13, 192:16, 214:3, 214:6, 215:2, 236:7, 236:22, 236:24, 237:4, 237:7, 246:15, 246:16, 246:17, 263:7, 265:6, 265:7, 275:4, 276:5, 276:13, 276:14, 276:17, 276:22
**shifting** [1] - 56:6
**shins** [1] - 141:21
**shipley** [1] - 20:11
**Shipley** [14] - 4:22, 11:23, 13:20, 14:12, 21:4, 33:21, 49:20, 53:2, 80:9, 105:16, 247:12, 277:17, 278:7, 279:14
**SHIPLEY** [53] - 2:2, 2:2, 4:21, 11:25, 12:4, 12:8, 13:21, 14:13, 20:12, 21:5, 33:5,

33:22, 49:21, 52:15, 80:10, 80:16, 81:10, 85:11, 86:1, 86:3, 86:23, 88:8, 93:19, 93:21, 98:22, 99:2, 99:5, 99:7, 99:10, 100:6, 100:10, 100:13, 100:17, 100:20, 100:25, 101:3, 101:7, 101:10, 101:16, 101:19, 101:25, 102:1, 104:6, 104:10, 104:13, 104:14, 105:15, 247:14, 275:20, 281:6, 281:18, 281:25, 282:10
**shirt** [2] - 152:6, 152:7
**shirts** [1] - 176:25
**shocked** [1] - 135:9
**shooters** [1] - 114:3
**shoots** [1] - 142:15
**short** [6] - 16:20, 147:4, 157:8, 168:12, 232:25, 233:3
**shorter** [1] - 192:11
**shortly** [3] - 166:18, 221:15, 223:9
**shot** [3] - 182:24, 183:7, 225:13
**shoulder** [27] - 98:16, 141:22, 142:11, 165:19, 176:22, 177:19, 188:1, 189:13, 193:16, 193:24, 206:12, 220:10, 258:10, 269:16, 269:17, 269:18, 269:20, 274:3, 274:5
**shoulder-mounted** [4] - 176:22, 177:19, 193:16, 193:24
**shoulder-to-shoulder** [3] - 189:13, 274:3, 274:5
**shout** [1] - 185:6
**shouting** [1] - 193:8
**shoved** [1] - 264:17
**show** [11] - 12:17, 17:4, 59:17, 59:18, 103:8, 105:5, 105:6, 169:2, 169:5, 241:10, 250:22
**showed** [6] - 61:9, 67:8, 68:17, 111:18, 264:2, 267:13
**showing** [7] - 54:24, 83:12, 83:13, 91:8,

104:24, 191:15, 209:8
**shown** [3] - 52:21, 90:24, 93:6
**shows** [1] - 88:1
**sic** [3] - 67:17, 119:13, 125:5
**sic]** [2] - 145:14, 175:16
**side** [81] - 25:7, 25:9, 25:10, 25:14, 25:16, 32:16, 32:17, 32:19, 35:13, 37:7, 37:14, 37:16, 37:17, 37:25, 42:14, 42:16, 43:22, 55:23, 67:10, 67:12, 86:10, 87:1, 89:5, 89:7, 91:22, 92:12, 93:2, 95:22, 96:5, 98:17, 108:8, 108:12, 110:3, 154:20, 154:21, 154:22, 154:23, 154:24, 155:4, 162:23, 162:24, 167:9, 180:6, 184:20, 187:17, 187:23, 187:24, 188:10, 190:11, 196:4, 198:13, 206:22, 207:4, 211:2, 211:5, 214:15, 217:20, 221:12, 231:13, 238:22, 238:24, 238:25, 239:2, 239:3, 239:5, 239:21, 243:3, 246:21, 250:24, 256:21, 257:21, 258:14, 265:15, 267:18, 269:12
**sides** [13] - 39:2, 77:24, 95:16, 95:25, 97:20, 97:22, 97:23, 208:21, 259:6, 265:16, 266:8, 267:7, 273:14
**sign** [2] - 13:9, 31:9
**signage** [2] - 28:17, 30:22
**Signal** [8] - 114:8, 114:10, 117:22, 118:2, 118:19, 119:16, 131:21, 132:1
**signal** [1] - 114:11
**signature** [3] - 12:18, 12:22, 13:2
**signs** [13] - 28:18, 31:1, 31:12, 31:14, 32:5, 66:25, 67:1, 67:4, 67:6, 81:23, 84:16

**silence** [1] - 26:11
**similar** [9] - 61:2, 78:10, 152:5, 184:2, 192:2, 192:14, 225:2, 243:4, 244:6
**simultaneously** [2] - 95:1, 108:11
**single** [6] - 159:21, 159:23, 165:9, 203:1, 245:8, 280:15
**single-use** [1] - 245:8
**sit** [4] - 10:23, 88:14, 104:23, 244:1
**site** [2] - 154:2, 177:5
**sits** [1] - 205:24
**sitting** [4] - 179:8, 184:25, 244:4, 276:4
**situation** [16] - 88:11, 100:3, 103:1, 141:20, 169:22, 192:20, 203:5, 252:10, 253:10, 255:20, 255:22, 259:8, 266:10, 270:14, 270:22, 278:18
**situations** [3] - 251:18, 255:22, 274:15
**six** [20] - 23:12, 64:17, 95:21, 98:10, 98:13, 108:2, 108:18, 108:19, 108:22, 109:3, 143:16, 143:17, 144:22, 215:18, 215:24, 217:8, 232:2, 271:3, 271:4
**six-minute** [1] - 217:8
**sixth** [1] - 120:9
**size** [3] - 61:8, 234:5, 234:9
**skin** [2] - 228:25, 230:8
**skip** [3] - 47:21, 65:10, 209:23
**skirmish** [2] - 179:22, 267:16
**skirmishes** [4] - 252:22, 252:25, 256:24, 257:2
**sleeved** [2] - 56:9, 152:6
**slides** [1] - 266:25
**sling** [1] - 276:16
**sloganeering** [1] - 253:1
**slogans** [1] - 250:13

**slow** [4] - 149:1, 168:20, 185:24, 249:24
**small** [10] - 41:16, 129:12, 147:20, 158:8, 173:3, 178:1, 189:11, 210:25, 243:8, 245:7
**smaller** [7] - 192:9, 194:22, 234:15, 257:8, 259:6, 259:11, 270:4
**smashed** [1] - 91:20
**smoke** [1] - 176:14
**smoking** [1] - 184:1
**snake** [1] - 184:2
**snow** [12] - 28:16, 30:19, 30:25, 31:1, 31:4, 31:6, 77:12, 77:15, 77:25, 81:22, 83:3, 84:15
**soaked** [1] - 228:19
**SOD** [5] - 171:12, 177:8, 177:10, 177:14, 177:18
**solely** [1] - 17:16
**solutions** [1] - 234:6
**someone** [19] - 42:14, 67:19, 79:13, 175:10, 175:15, 175:16, 179:19, 179:23, 186:12, 191:6, 208:3, 218:9, 220:5, 235:13, 246:9, 249:9, 266:24, 266:25, 271:16
**someplace** [3] - 252:7, 260:16, 266:6
**sometime** [2] - 77:17, 227:23
**sometimes** [12] - 143:12, 166:14, 166:15, 167:11, 175:8, 175:9, 179:24, 179:25, 206:23, 206:24, 253:12
**somewhat** [2] - 32:15, 247:23
**somewhere** [11] - 37:21, 95:4, 150:22, 150:23, 180:14, 181:21, 197:19, 207:2, 224:10, 249:19, 273:6
**sooner** [1] - 270:22
**soonly** [1] - 242:13
**sorry** [25] - 12:23, 17:10, 19:1, 31:3, 38:19, 84:6, 93:7, 120:9, 121:22,

123:23, 124:12, 129:1, 136:12, 137:4, 137:6, 148:25, 153:22, 160:4, 168:25, 213:15, 220:18, 220:19, 223:8, 237:14
**sort** [36] - 26:20, 26:21, 36:9, 48:4, 56:11, 60:7, 79:13, 85:4, 91:1, 102:19, 126:7, 128:15, 137:13, 147:24, 155:13, 161:16, 205:7, 238:22, 239:23, 245:14, 245:20, 246:10, 246:15, 246:21, 248:14, 249:12, 255:9, 255:11, 264:19, 264:24, 264:25, 265:19, 266:17, 267:17, 269:23
**sorts** [1] - 114:19
**sound** [1] - 158:25
**sounds** [4] - 29:13, 159:5, 159:6, 218:19
**source** [6] - 17:21, 127:15, 127:19, 128:10, 136:21, 191:2
**sources** [2] - 128:15, 128:16
**south** [7] - 25:16, 32:19, 89:6, 154:22, 168:6, 168:12, 187:17
**southeast** [1] - 145:14
**southwest** [2] - 241:17, 241:22
**space** [7] - 35:12, 97:17, 97:19, 178:23, 181:23, 185:10, 247:3
**spaces** [1] - 79:22
**span** [2] - 168:1, 223:25
**speaker** [1] - 171:3
**speaking** [3] - 171:10, 204:13, 271:8
**speaks** [1] - 247:6
**special** [4] - 22:20, 23:1, 82:6, 82:21
**specially** [1] - 85:14
**specific** [11] - 13:25, 14:4, 31:14, 75:10, 91:5, 99:1, 101:13, 141:2, 176:6, 217:16
**specifically** [9] - 79:9, 82:5, 89:9, 115:4, 117:12, 118:7,

185:2, 236:14, 245:6
**specifications** [2] - 58:15, 95:19
**specifics** [2] - 117:8, 118:16
**specify** [1] - 267:25
**spectrum** [1] - 173:21
**speculate** [1] - 98:6
**speech** [7] - 146:11, 146:13, 148:8, 205:8, 264:7, 277:23
**speeches** [1] - 174:2
**spell** [4] - 8:7, 22:3, 113:3, 139:25
**spend** [1] - 223:23
**spent** [13] - 22:16, 22:17, 22:20, 22:24, 23:3, 23:5, 23:8, 23:11, 143:10, 143:19, 223:14, 227:17, 231:24
**spewing** [1] - 184:1
**spilling** [1] - 137:17
**spin** [1] - 222:23
**split** [3] - 106:13, 201:24, 202:6
**spoken** [1] - 157:2
**Spooner** [4] - 147:12, 199:17, 201:22, 204:2
**spray** [42] - 126:21, 142:11, 142:17, 147:20, 157:3, 157:7, 157:20, 173:25, 174:21, 175:2, 175:11, 176:24, 177:19, 178:1, 193:14, 193:16, 193:21, 193:23, 193:24, 194:5, 205:4, 205:5, 207:12, 234:9, 245:8, 245:21, 246:2, 246:10, 253:21, 263:24, 276:25, 277:2, 277:4, 277:5, 277:8, 277:10, 277:14
**sprayed** [9] - 79:6, 172:15, 177:5, 181:18, 184:22, 193:17, 205:4, 245:21, 257:14
**spraying** [6] - 176:18, 176:23, 245:12, 245:14, 246:9, 253:16
**sprays** [2] - 175:10, 194:5
**spread** [1] - 35:10
**spreadsheet** [1] -

118:25
**squad** [5] - 145:21, 202:7, 202:8, 202:24, 262:22
**squads** [1] - 202:7
**Square** [1] - 144:1
**square** [1] - 32:19
**staff** [3] - 24:3, 24:7, 89:11
**staffed** [2] - 140:21, 167:17
**stage** [7] - 26:23, 26:25, 27:9, 35:24, 63:18, 102:11, 170:22
**staged** [3] - 145:13, 146:4, 190:23
**stagnant** [1] - 269:5
**stagnated** [1] - 268:24
**staining** [1] - 176:25
**stair** [2] - 26:21, 242:12
**stair-looking** [1] - 26:21
**stairs** [12] - 46:10, 193:12, 197:14, 197:17, 198:20, 199:2, 199:9, 199:22, 241:12, 243:15, 260:3, 273:22
**stairwell** [23] - 168:6, 168:7, 168:10, 168:11, 189:9, 196:14, 196:16, 197:22, 197:25, 198:9, 198:25, 199:1, 199:6, 238:18, 239:22, 242:4, 242:5, 242:12, 242:14, 259:24, 260:5, 261:19, 273:21
**Stamford** [1] - 1:21
**stamps** [1] - 161:11
**stance** [1] - 115:9
**stand** [9] - 21:19, 75:7, 78:19, 139:20, 163:11, 175:12, 209:7, 219:20, 257:6
**standard** [11] - 18:16, 19:9, 140:23, 141:11, 145:19, 146:6, 147:19, 149:21, 152:7, 186:5, 279:23
**standing** [29] - 65:25, 77:19, 78:17, 139:20, 148:16, 150:14, 164:18, 166:15, 167:14, 167:18, 173:23,

174:1, 174:9, 174:24, 174:25, 176:18, 199:6, 199:21, 208:24, 209:17, 221:21, 238:25, 241:21, 243:17, 248:14, 255:17, 264:16, 273:14, 275:8
**standoffs** [1] - 267:6
**stands** [1] - 280:9
**staring** [1] - 167:21
**start** [33] - 29:17, 35:2, 38:2, 41:15, 41:21, 42:18, 43:7, 64:21, 72:23, 88:23, 95:13, 108:13, 108:18, 109:17, 110:10, 111:3, 118:23, 145:9, 148:21, 148:24, 151:4, 154:4, 158:20, 158:22, 159:6, 162:17, 165:7, 172:10, 195:3, 215:18, 230:6, 235:10, 268:21
**started** [26] - 21:15, 22:12, 37:3, 37:4, 74:3, 74:4, 143:2, 148:7, 148:8, 148:16, 149:3, 149:4, 149:5, 150:16, 159:4, 165:16, 171:24, 185:15, 186:18, 202:19, 221:21, 222:8, 228:5, 231:18, 256:24, 259:23
**starting** [15] - 4:7, 22:17, 66:13, 73:17, 74:9, 110:19, 111:24, 143:9, 150:5, 150:6, 151:11, 151:22, 199:11, 205:10, 258:9
**starts** [14] - 148:12, 148:13, 149:23, 150:2, 164:22, 168:10, 168:11, 170:17, 185:18, 187:17, 188:14, 251:4, 255:18, 271:3
**State** [3] - 70:11, 80:19, 227:5
**state** [8] - 8:5, 48:16, 113:3, 116:20, 121:9, 121:14, 152:19
**statement** [11] - 13:23, 14:7, 14:8, 14:11, 14:14, 77:9, 116:2, 231:5, 246:19, 258:3, 260:24

**statements** [1] - 146:16
**states** [2] - 120:10, 172:12
**States** [39] - 2:8, 4:3, 4:9, 16:3, 16:4, 16:8, 16:9, 16:13, 20:2, 22:4, 22:8, 23:23, 24:1, 24:14, 25:6, 25:10, 25:17, 25:23, 27:4, 30:17, 31:10, 31:11, 32:16, 47:18, 54:25, 61:1, 62:1, 63:18, 70:1, 70:9, 75:13, 87:11, 95:5, 148:3, 149:16, 209:19, 219:19, 230:12, 283:13
**STATES** [4] - 1:1, 1:3, 1:11, 1:16
**station** [1] - 144:6
**stationed** [1] - 145:12
**statue** [3] - 65:2, 65:5, 65:6
**statute** [4] - 81:2, 81:6, 81:12, 144:1
**stay** [8] - 36:24, 37:14, 195:10, 206:12, 207:13, 228:7, 242:1, 253:21
**stayed** [1] - 144:2
**staying** [1] - 79:25
**steady** [3] - 99:21, 99:22, 101:4
**steel** [3] - 181:12, 181:14, 269:2
**stenographic** [1] - 283:5
**step** [4] - 112:9, 139:7, 227:10, 280:23
**steps** [2] - 246:22
**Steve** [1] - 20:17
**STEVENS** [17] - 1:6, 1:23, 5:14, 6:4, 7:9, 7:13, 7:15, 7:19, 7:21, 7:24, 8:3, 9:11, 9:18, 10:1, 10:10, 10:18, 12:25
**Stevens** [19] - 4:4, 4:18, 4:20, 5:13, 6:3, 7:7, 7:9, 9:10, 9:17, 9:25, 10:9, 10:17, 12:21, 13:5, 18:23, 19:7, 19:12, 19:13, 20:17
**still** [32] - 12:23, 42:23, 48:8, 78:3, 80:1, 81:8, 87:10, 97:21, 103:14, 148:8,

150:25, 156:7, 160:25, 182:21, 182:24, 183:3, 183:6, 183:10, 185:3, 187:9, 187:10, 188:25, 197:4, 201:9, 217:4, 221:9, 224:5, 241:12, 252:6, 253:19, 261:7, 278:25
**sting** [1] - 142:17
**stipulated** [1] - 15:24
**stipulation** [21] - 14:21, 15:2, 15:9, 15:12, 15:14, 15:17, 15:20, 16:11, 17:20, 17:24, 18:3, 18:13, 18:16, 18:23, 18:25, 19:1, 19:2, 19:8, 19:11, 19:19, 19:20
**stipulations** [7] - 14:19, 18:10, 18:22, 19:15, 19:25, 20:6, 119:21
**Stokes** [1] - 151:25
**stood** [2] - 169:25, 182:16
**stop** [39] - 45:20, 50:9, 51:4, 51:15, 52:3, 53:9, 54:18, 74:24, 79:19, 91:6, 98:23, 101:25, 107:8, 107:12, 108:2, 109:7, 109:21, 110:21, 153:9, 156:24, 166:5, 170:20, 172:9, 183:22, 190:9, 196:9, 197:12, 210:9, 215:3, 215:24, 232:20, 234:19, 238:8, 246:9, 248:24, 269:6, 269:7, 275:21, 277:11
**stopped** [9] - 226:18, 226:22, 232:24, 234:4, 235:23, 236:1, 236:2, 236:3, 236:5
**stopping** [3] - 55:15, 226:20, 252:9
**stops** [1] - 153:10
**storm** [1] - 131:1
**story** [1] - 194:13
**straight** [4] - 143:18, 165:1, 165:6, 250:22
**strange** [1] - 134:5
**strangers** [1] - 83:7
**strapping** [1] - 151:5
**straps** [1] - 222:6
**stream** [4] - 99:21, 99:22, 101:4, 183:25
**street** [4] - 65:7, 162:23, 211:11,

228:23
**Street** [12] - 1:17, 1:20, 1:24, 2:5, 29:18, 29:22, 34:13, 65:9, 67:11, 148:15, 150:21, 151:5
**streets** [1] - 162:21
**strength** [1] - 230:21
**stretch** [1] - 167:17
**stretched** [1] - 145:17
**stretches** [1] - 29:19
**strewn** [1] - 249:13
**strike** [12] - 174:21, 175:1, 175:18, 207:12, 215:3, 237:15, 237:19, 237:22, 238:3, 238:15, 261:10, 265:11
**strikes** [3] - 206:25, 237:11, 276:9
**strong** [1] - 188:2
**struck** [1] - 141:25
**structure** [8] - 27:18, 87:12, 87:14, 87:20, 181:13, 181:14, 189:9, 234:7
**struggling** [1] - 111:6
**stuck** [1] - 196:3
**studied** [1] - 104:19
**stuff** [22] - 75:3, 114:20, 141:22, 150:24, 151:6, 156:3, 157:15, 176:19, 176:24, 177:11, 178:12, 178:15, 178:16, 193:18, 207:1, 228:10, 228:11, 228:25, 231:19, 232:6, 249:8, 275:5
**style** [3] - 236:13, 236:14, 242:17
**subcomponents** [2] - 200:15, 200:18
**subject** [2] - 259:15, 281:4
**submissions** [1] - 21:8
**submitting** [2] - 14:23, 15:25
**subpoena** [2] - 136:11, 136:13
**subway** [1] - 46:11
**subways** [3] - 38:9, 38:20, 38:24
**success** [1] - 165:1
**successful** [5] -

195:11, 222:12, 272:19, 277:25, 278:16
**successfully** [4] - 110:5, 166:23, 170:14, 257:21
**suck** [1] - 184:24
**sudden** [1] - 266:22
**sufficient** [1] - 14:23
**suggest** [1] - 186:2
**suggested** [1] - 59:20
**suggesting** [6] - 11:7, 11:19, 12:6, 12:10, 81:11, 186:14
**suicide** [1] - 264:20
**suit** [11] - 151:17, 151:19, 152:2, 152:3, 152:6, 152:11, 152:12, 152:13, 211:9, 228:22, 228:23
**Suite** [2] - 1:21, 1:25
**summarize** [1] - 15:1
**sun** [1] - 232:1
**sunrise** [2] - 146:10, 146:13
**supervised** [1] - 281:7
**supervising** [1] - 182:11
**supervisory** [2] - 23:1, 170:9
**support** [3] - 70:2, 186:21, 188:7
**supportive** [1] - 231:15
**suppose** [2] - 115:21, 186:10
**supposed** [3] - 169:6, 180:20, 249:7
**surge** [3] - 148:17, 148:18, 173:3
**surges** [1] - 207:9
**surprise** [2] - 38:3, 105:8
**surprising** [1] - 231:18
**surrounded** [1] - 189:10
**surroundings** [1] - 80:23
**surveillance** [2] - 121:8, 121:14
**survey** [1] - 83:24
**sustain** [2] - 71:2, 72:17
**sustainable** [1] - 232:18
**sustained** [3] - 36:8, 229:11, 275:19

**SWAT** [1] - 70:9
**swear** [2] - 6:8, 21:20
**sweatshirt** [3] - 18:13, 18:24, 65:22
**switch** [1] - 160:7
**SWORN** [3] - 21:21, 112:21, 139:21
**sworn** [3] - 6:10, 27:3, 156:5
**symptoms** [1] - 229:5
**system** [5] - 39:7, 170:23, 170:25, 171:16, 171:22
**systems** [1] - 40:8

# T

**tackling** [1] - 187:19
**tactic** [1] - 78:24
**tactical** [2] - 57:5, 266:8
**tall** [1] - 27:18
**tampered** [1] - 117:17
**tap** [1] - 258:10
**taps** [1] - 158:12
**target** [2] - 175:9, 232:17
**targeted** [1] - 255:7
**Taser** [8] - 160:5, 160:6, 160:9, 210:22, 211:3, 211:4, 211:14, 217:22
**Tasers** [1] - 147:21
**taught** [1] - 232:2
**team** [3] - 70:9, 75:2, 211:9
**teams** [1] - 177:15
**TeamSpeak** [1] - 114:7
**teargas** [5] - 125:6, 126:21, 127:4, 184:6, 184:12
**tears** [1] - 36:10
**technical** [1] - 168:4
**technically** [2] - 133:20, 170:24
**technology** [1] - 121:17
**temper** [1] - 214:21
**temporary** [1] - 239:23
**ten** [9] - 50:18, 55:11, 55:15, 89:25, 90:3, 95:21, 216:21, 230:4, 271:21
**ten-hour** [1] - 230:4
**ten-minute** [1] -

216:21
**tended** [1] - 252:20
**tens** [2] - 69:16, 230:3
**term** [3] - 76:16, 76:23, 76:24
**terms** [5] - 69:24, 80:22, 117:9, 121:19, 135:7
**terrace** [35] - 27:8, 27:9, 35:18, 36:4, 36:23, 37:3, 46:15, 46:16, 47:4, 49:6, 50:13, 55:22, 61:22, 62:15, 63:17, 73:3, 84:23, 85:5, 85:8, 91:2, 92:17, 94:6, 94:11, 94:25, 99:14, 109:10, 198:11, 198:14, 198:15, 198:16, 239:13, 260:21, 262:12, 273:18
**territorial** [1] - 254:18
**territory** [1] - 247:18
**testified** [15] - 16:9, 16:13, 51:22, 53:20, 59:14, 60:19, 78:9, 90:22, 101:11, 235:20, 236:7, 245:7, 246:15, 251:16, 263:9
**testifies** [1] - 281:19
**testify** [2] - 186:1, 233:15
**testifying** [2] - 81:4, 274:25
**testimony** [22] - 15:24, 16:1, 16:3, 16:6, 16:17, 17:6, 20:22, 40:21, 41:4, 71:7, 94:24, 102:12, 104:20, 105:19, 117:21, 138:22, 216:24, 230:24, 260:11, 264:6, 280:21, 281:14
**testing** [2] - 121:4, 123:3
**text** [3] - 122:19, 126:22, 132:7
**that'll** [2] - 19:10, 185:18
**THE** [256] - 1:1, 1:11, 1:14, 1:16, 1:19, 1:23, 1:23, 2:2, 3:4, 4:1, 4:2, 4:12, 4:15, 4:19, 4:25, 5:7, 5:8, 5:13, 5:15, 5:17, 6:3, 6:5, 6:7, 6:11, 6:14, 6:16,

6:18, 6:21, 6:25, 7:3, 7:7, 7:10, 7:14, 7:17, 7:20, 7:22, 7:25, 8:4, 8:7, 8:10, 8:12, 8:14, 8:17, 8:19, 8:22, 8:25, 9:4, 9:8, 9:10, 9:12, 9:17, 9:19, 9:21, 9:25, 10:2, 10:4, 10:9, 10:11, 10:13, 10:17, 10:19, 10:21, 10:25, 11:2, 11:6, 11:10, 11:14, 11:18, 11:22, 12:1, 12:5, 12:9, 12:13, 12:17, 12:21, 13:1, 13:4, 13:14, 13:17, 13:20, 13:22, 14:5, 14:10, 14:12, 14:16, 14:24, 15:5, 15:7, 16:19, 16:25, 17:4, 17:8, 17:11, 17:14, 17:19, 18:7, 20:4, 20:9, 20:11, 20:13, 20:21, 21:2, 21:4, 21:6, 21:13, 21:19, 21:22, 21:23, 24:21, 26:4, 26:7, 29:4, 29:9, 29:11, 31:3, 31:4, 33:1, 33:8, 33:21, 33:23, 41:11, 41:20, 44:3, 49:20, 50:4, 53:1, 53:21, 53:24, 54:3, 54:6, 55:6, 56:2, 57:13, 58:19, 58:22, 59:2, 59:4, 59:19, 62:7, 63:2, 63:24, 64:1, 66:6, 66:11, 69:1, 69:2, 70:19, 71:2, 72:8, 72:11, 72:17, 74:25, 75:1, 75:5, 75:18, 75:19, 80:8, 80:13, 81:5, 81:7, 85:9, 85:10, 86:2, 86:20, 86:21, 88:5, 88:6, 93:7, 93:11, 93:13, 93:14, 93:17, 104:7, 104:9, 104:12, 105:16, 105:22, 105:25, 111:6, 111:9, 111:14, 111:20, 112:8, 112:11, 112:13, 112:19, 112:22, 112:23, 112:24, 115:24, 116:3, 116:7, 119:23, 119:25, 134:14, 134:15, 136:5, 137:2, 137:5, 138:16, 138:18, 138:22, 138:24, 139:5, 139:9, 139:14, 139:19,

140:2, 140:3, 148:25, 149:2, 162:12, 163:6, 170:20, 172:9, 177:7, 177:9, 178:4, 180:5, 183:22, 185:20, 185:22, 185:24, 186:1, 186:14, 186:16, 186:22, 191:13, 200:14, 200:17, 212:7, 216:17, 216:21, 216:25, 217:3, 217:5, 230:23, 231:2, 231:3, 231:4, 231:7, 231:8, 233:5, 244:21, 244:22, 247:11, 275:19, 275:22, 275:25, 280:20, 280:22, 280:23, 281:1, 281:15, 282:3, 282:11
**themselves** [4] - 146:15, 262:6, 269:10, 269:13
**then-President** [1] - 116:24
**then-vice** [1] - 28:7
**there're** [1] - 167:19
**thereafter** [2] - 221:16, 260:21
**Thereupon** [6] - 21:17, 105:23, 112:17, 139:12, 139:17, 217:1
**they've** [8] - 80:2, 121:4, 123:3, 165:3, 172:12, 172:14, 184:17, 255:2
**thick** [1] - 165:10
**thicker** [1] - 165:7
**thighs** [1] - 141:21
**thin** [2] - 165:6, 271:10
**thinking** [12] - 93:20, 124:6, 124:23, 125:10, 125:11, 128:13, 134:10, 134:13, 135:4, 197:15, 259:1, 281:23
**thinned** [2] - 258:13
**thinned-out** [1] - 258:13
**thins** [1] - 184:16
**third** [6] - 15:12, 119:3, 143:23, 171:7, 224:3
**Thomas** [1] - 16:14
**thoughts** [1] - 114:25
**thousands** [9] -

69:16, 144:19, 189:21, 197:20, 232:17, 234:10, 243:1, 274:9, 280:11
**threat** [1] - 23:10
**threatened** [1] - 227:8
**three** [22] - 5:2, 5:5, 7:15, 10:23, 12:10, 12:14, 13:4, 15:25, 18:9, 23:5, 101:5, 133:25, 143:22, 147:4, 168:5, 175:10, 175:13, 241:5, 262:21, 265:24, 266:14, 271:11
**threshold** [7] - 220:8, 220:9, 220:11, 220:14, 221:7, 269:9, 273:2
**threw** [2] - 186:17, 222:21
**throughout** [6] - 38:25, 39:16, 163:17, 190:24, 193:20, 267:4
**throw** [3] - 79:11, 79:12, 188:20
**throwing** [5] - 160:4, 171:13, 178:12, 253:17, 253:19
**thrown** [8] - 79:4, 141:25, 142:16, 144:25, 154:2, 173:5, 177:3, 186:19
**thumbnail** [4] - 129:12, 129:23, 136:20, 136:21
**tie** [2] - 56:9, 82:2
**tiebreaker** [1] - 106:15
**tied** [1] - 214:9
**ties** [1] - 167:11
**tight** [4] - 35:9, 79:22, 98:15, 179:14
**time-marked** [1] - 53:14
**timeframe** [4] - 88:20, 99:1, 114:16, 117:4
**timeline** [2] - 95:5, 252:5
**timestamp** [50] - 42:6, 49:22, 52:10, 55:2, 66:22, 83:12, 105:4, 109:24, 120:5, 121:1, 122:2, 122:9, 122:17, 123:11, 123:22, 123:24, 124:17, 125:1, 125:15, 125:24,

126:8, 126:18,
127:12, 127:25,
128:22, 130:15,
130:23, 131:18,
132:14, 133:16,
161:7, 170:17, 176:9,
183:13, 187:8,
188:14, 198:10,
199:12, 205:11,
208:12, 209:24,
210:2, 212:20,
212:25, 213:12,
213:20, 218:4, 219:4,
242:9, 279:2

**timestamped** [6] -
178:6, 180:2, 207:24,
209:8, 220:18, 223:2

**timestamps** [6] -
49:22, 52:17, 52:19,
52:20, 53:19, 161:5

**timing** [3] - 80:11,
111:16, 281:23

**timing-wise** [1] -
281:23

**Tippet** [3] - 16:12,
16:13, 17:16

**title** [1] - 136:19

**today** [10] - 40:21,
88:10, 117:21,
138:23, 200:7,
238:25, 244:1,
280:21, 281:10,
281:18

**toes** [1] - 192:6

**together** [7] - 5:4,
98:15, 113:21, 144:3,
167:11, 198:8, 205:16

**tomorrow** [7] -
226:23, 226:25,
228:8, 281:1, 281:18,
281:23, 282:5

**tone** [1] - 146:12

**tonight** [2] - 232:3,
282:4

**took** [13] - 51:4,
98:11, 118:15, 160:9,
208:21, 223:8, 224:1,
224:5, 225:15,
255:21, 261:21,
262:7, 281:11

**top** [20] - 32:16, 42:6,
55:16, 109:11, 122:1,
126:7, 129:12,
130:12, 140:23,
142:2, 142:8, 145:20,
152:8, 197:14,
197:17, 229:4,
242:12, 242:23,
260:2, 273:22

**topic** [1] - 137:14

**topics** [2] - 114:23,
115:9

**torso** [1] - 222:7

**total** [1] - 223:24

**touch** [1] - 178:2

**touch-you** [1] -
178:2

**touched** [1] - 155:13

**touching** [1] - 159:7

**tour** [2] - 140:19,
230:4

**tourist** [1] - 155:9

**tours** [3] - 28:2, 28:3,
89:9

**toward** [2] - 43:19,
155:14

**towards** [13] - 35:18,
35:23, 46:11, 78:16,
145:16, 146:9, 148:9,
163:21, 239:9,
245:13, 245:14,
246:10, 247:22

**tower** [8] - 168:7,
168:9, 168:11,
168:12, 168:13,
186:13, 256:20,
257:25

**towers** [1] - 121:10

**town** [1] - 139:1

**traditional** [1] -
109:11

**train** [2] - 236:21

**trained** [10] - 157:15,
177:10, 191:4,
203:12, 237:16,
237:18, 238:14,
238:15, 276:8, 276:9

**training** [16] - 56:23,
78:24, 79:23, 80:2,
140:24, 141:9, 142:2,
143:4, 169:14,
180:12, 186:5,
194:12, 234:21,
237:11, 237:21, 238:4

**training-wise** [1] -
143:4

**transcript** [2] -
283:5, 283:6

**TRANSCRIPT** [1] -
1:10

**transferred** [1] -
22:24

**transmission** [5] -
149:3, 154:13,
186:11, 196:20,
196:22

**transmissions** [6] -
149:5, 150:13,
151:22, 153:23,
177:16, 196:20

**transpired** [1] -
88:12

**transpiring** [1] -
124:7

**trapped** [10] - 190:5,
194:19, 195:14,
195:15, 265:7,
265:12, 265:13,
268:25, 270:17,
273:13

**Trav** [2] - 132:18,
132:23

**TRAV** [1] - 132:23

**travel** [1] - 281:9

**travels** [1] - 29:21

**treatment** [4] - 7:3,
7:25, 8:25, 229:10

**TREVOR** [1] - 1:11

**trial** [32] - 5:3, 5:10,
5:18, 9:5, 9:12, 10:5,
10:14, 10:22, 11:4,
11:8, 11:12, 11:16,
11:20, 11:24, 12:3,
12:7, 12:11, 12:14,
12:19, 12:22, 13:2,
13:7, 13:11, 13:15,
13:18, 14:1, 20:19,
25:3, 59:17, 70:21,
281:3, 281:4

**TRIAL** [1] - 1:10

**trick** [2] - 91:16,
256:6

**tried** [15] - 9:13,
37:7, 92:1, 110:5,
143:25, 197:25,
205:4, 235:11, 257:1,
268:9, 277:19,
277:20, 277:23,
280:14

**trigger** [1] - 92:2

**triggers** [1] - 264:24

**trip** [5] - 118:5,
118:7, 118:12,
118:14, 135:5

**Tristan** [5] - 4:4, 7:9,
13:5, 18:23, 20:17

**TRISTAN** [1] - 1:6

**trouble** [1] - 261:8

**Troy** [1] - 2:6

**true** [5] - 95:25,
133:9, 245:11, 283:4,
283:5

**Trump** [6] - 68:15,
115:17, 115:21,
116:14, 116:25,
233:20

**Trump's** [2] - 142:25,
177:20

**trunk** [1] - 192:10

**try** [15] - 10:5, 78:22,

116:9, 171:14,
175:13, 179:23,
189:13, 199:2,
204:23, 207:15,
207:17, 223:9, 246:2,
254:18, 259:2

**trying** [60] - 26:12,
36:3, 37:4, 37:18,
44:8, 45:24, 47:10,
72:11, 91:16, 100:21,
110:21, 131:1,
134:23, 135:7,
135:15, 135:17,
135:18, 137:13,
146:19, 163:10,
163:18, 164:23,
169:17, 172:18,
174:3, 175:2, 179:19,
185:6, 189:2, 189:4,
193:10, 194:20,
206:8, 206:21,
206:22, 207:6, 207:8,
208:6, 208:7, 209:5,
214:14, 214:21,
222:11, 222:15,
223:18, 224:10,
226:5, 227:1, 227:19,
237:5, 238:19,
248:21, 249:2,
249:14, 255:9, 256:6,
268:11, 277:24,
280:3, 280:16

**tug** [3] - 178:18,
179:2, 179:24

**tunnel** [89] - 27:9,
27:11, 27:14, 46:7,
46:9, 46:12, 46:15,
46:17, 46:18, 47:3,
47:5, 47:8, 47:10,
48:3, 48:7, 49:5,
50:13, 51:5, 51:22,
52:6, 61:9, 61:23,
72:20, 73:3, 92:17,
94:11, 94:25, 95:8,
95:13, 95:14, 98:4,
98:11, 102:16,
102:17, 103:2,
199:22, 200:25,
201:1, 201:2, 201:6,
201:18, 201:25,
203:7, 206:15, 212:3,
216:8, 216:10,
216:13, 219:9,
219:14, 220:15,
222:11, 223:13,
223:23, 224:4, 224:8,
224:18, 224:22,
225:6, 225:22, 226:3,
227:4, 227:7, 229:9,
239:13, 240:4, 240:6,
240:8, 242:2, 243:6,

243:23, 244:2, 244:9,
244:17, 245:7,
245:12, 246:14,
260:21, 262:12,
267:3, 272:15,
272:20, 273:6, 273:7,
273:17, 278:14,
279:21

**turn** [6] - 25:19,
114:13, 159:13,
169:11, 243:17, 252:2

**turned** [8] - 122:25,
160:9, 161:8, 171:25,
200:4, 240:2, 253:25

**turning** [2] - 160:10,
196:17

**turnout** [1] - 117:9

**tussle** [1] - 179:16

**twice** [1] - 159:3

**two** [82] - 16:1, 17:1,
17:14, 19:8, 19:16,
23:3, 78:10, 85:1,
85:17, 85:18, 89:10,
94:12, 95:1, 95:22,
96:5, 97:4, 99:19,
101:5, 109:18, 110:4,
119:9, 133:5, 133:9,
141:4, 141:6, 144:20,
145:2, 151:24, 157:5,
157:8, 158:11,
158:12, 158:13,
158:17, 158:18,
158:21, 158:24,
159:4, 162:22, 165:8,
166:22, 168:23,
169:6, 169:7, 169:8,
188:1, 192:16,
197:23, 201:23,
202:17, 206:3,
210:19, 211:7,
211:17, 214:3, 214:6,
220:13, 222:6,
225:11, 226:2,
227:11, 227:16,
227:19, 228:2,
229:18, 231:24,
232:15, 234:6, 239:4,
241:16, 241:22,
241:24, 263:3,
263:10, 266:14,
267:7, 270:18,
271:11, 273:11

**two's** [1] - 187:18

**two-column** [1] -
165:8

**two-minute** [4] -
158:11, 158:13,
158:17, 158:18

**two-ounce** [1] -
157:5

**two-plus** [1] - 226:2
**type** [11] - 7:4, 8:1, 9:1, 56:7, 76:6, 114:4, 117:18, 174:16, 191:24, 192:14, 245:8
**types** [5] - 114:18, 114:22, 115:7, 115:18, 173:19
**typical** [2] - 28:11, 154:6
**typically** [20] - 20:21, 21:13, 31:11, 43:4, 47:5, 56:15, 56:17, 57:1, 57:3, 75:2, 76:11, 76:15, 76:19, 76:23, 77:1, 78:19, 106:11, 106:19, 106:21

## U

**U.S** [32] - 15:18, 26:18, 35:18, 35:22, 39:8, 65:17, 69:5, 69:10, 69:22, 70:16, 89:3, 103:18, 109:12, 121:19, 149:17, 149:20, 154:19, 155:24, 163:24, 168:4, 168:17, 184:17, 185:25, 186:3, 189:7, 204:11, 204:17, 279:24, 279:25, 280:16, 281:20
**ultimate** [3] - 170:1, 257:17, 269:9
**ultimately** [5] - 156:9, 184:13, 188:6, 200:13, 225:6
**unauthorized** [1] - 30:4
**under** [20] - 82:13, 120:8, 129:13, 136:11, 156:20, 166:12, 169:3, 193:6, 205:23, 217:4, 249:22, 249:24, 250:5, 251:20, 251:22, 253:23, 270:6, 272:15, 277:1
**undercover** [2] - 70:15, 72:10
**understood** [4] - 17:19, 80:6, 121:13, 247:9
**unfold** [1] - 190:25
**unfortunately** [2] - 165:9, 254:21
**uniform** [7] - 56:8,

152:7, 193:8, 210:21, 211:10, 211:13, 228:25
**uniformed** [1] - 70:10
**uniforms** [3] - 145:19, 145:20, 152:8
**unintelligible** [1] - 205:8
**unintentionally** [2] - 202:6, 202:8
**unit** [7] - 57:20, 58:14, 75:9, 140:22, 193:7, 202:2, 204:1
**Unit** [1] - 140:20
**united** [1] - 2:8
**United** [39] - 4:3, 4:9, 16:2, 16:3, 16:8, 16:9, 16:13, 20:2, 22:4, 22:8, 23:23, 24:1, 24:14, 25:6, 25:10, 25:16, 25:23, 27:3, 30:17, 31:10, 31:11, 32:16, 47:18, 54:25, 61:1, 61:25, 63:18, 70:1, 70:9, 75:12, 80:19, 87:11, 95:5, 148:3, 149:16, 209:19, 219:19, 230:12, 283:13
**UNITED** [4] - 1:1, 1:3, 1:11, 1:16
**units** [4] - 34:25, 75:14, 103:20
**unlawful** [1] - 171:5
**unlawfully** [1] - 174:23
**unless** [5] - 13:25, 14:3, 174:21, 200:4, 266:1
**unlike** [1] - 237:9
**unman** [1] - 276:12
**unmovable** [1] - 206:3
**unnecessarily** [1] - 247:18
**unquote** [1] - 123:4
**unrest** [1] - 143:22
**unscalable** [1] - 235:12
**unsecurable** [1] - 232:20
**unsecured** [1] - 242:14
**untenable** [1] - 100:3
**unusual** [5] - 146:14, 149:21, 149:23, 149:24, 201:24
**up** [196] - 12:23, 21:19, 24:10, 26:9,

27:19, 28:22, 31:2, 31:19, 31:24, 32:9, 33:9, 33:24, 34:17, 36:7, 36:10, 37:8, 37:9, 37:23, 38:23, 40:25, 43:2, 47:5, 48:20, 50:5, 50:24, 51:11, 51:25, 54:4, 54:14, 55:10, 55:16, 61:11, 63:5, 63:18, 64:16, 65:22, 66:19, 71:7, 72:18, 73:11, 73:14, 76:4, 77:3, 79:11, 79:19, 79:25, 86:1, 86:16, 86:24, 94:9, 94:12, 96:12, 99:7, 103:10, 104:3, 106:23, 114:23, 118:22, 119:2, 120:25, 121:21, 121:24, 123:7, 127:22, 128:21, 129:17, 129:20, 129:24, 130:11, 130:14, 131:2, 131:21, 133:13, 134:22, 139:19, 143:8, 146:9, 148:7, 151:16, 152:22, 152:23, 160:16, 160:19, 162:19, 165:11, 166:10, 167:6, 168:17, 169:2, 169:5, 170:22, 171:2, 177:4, 178:11, 179:9, 179:13, 181:25, 182:9, 182:24, 185:7, 185:9, 185:10, 185:18, 187:9, 189:16, 189:24, 190:12, 194:18, 195:6, 195:7, 197:1, 197:2, 197:5, 197:7, 197:16, 197:18, 197:21, 197:23, 198:9, 198:25, 199:5, 201:16, 203:19, 206:9, 210:1, 213:11, 213:19, 214:9, 215:8, 215:11, 215:17, 218:3, 219:24, 220:10, 221:2, 222:5, 222:6, 222:7, 222:19, 223:10, 223:16, 224:11, 226:16, 229:8, 232:1, 232:10, 232:22, 233:11, 235:6, 236:16, 238:17, 238:18, 239:22, 241:10, 241:11, 241:20,

241:22, 242:4, 242:7, 242:9, 242:23, 243:15, 247:3, 247:17, 249:12, 249:24, 250:22, 255:4, 256:7, 259:17, 259:23, 260:4, 261:20, 262:9, 263:2, 265:6, 266:22, 267:5, 267:14, 271:23, 272:14, 273:9, 273:14, 273:20, 273:21, 274:12, 275:5, 275:9, 275:16, 278:5, 278:24, 281:5
**updated** [1] - 53:3
**upped** [1] - 144:24
**upper** [21] - 35:18, 37:3, 38:19, 42:11, 42:14, 43:1, 50:11, 50:21, 52:10, 91:11, 91:19, 93:25, 94:6, 189:24, 196:21, 198:2, 201:17, 201:25, 239:22, 240:7
**upset** [2] - 135:3, 174:5
**urban** [1] - 153:15
**Urso** [21] - 4:13, 4:15, 10:21, 11:2, 11:10, 13:14, 14:6, 20:7, 20:25, 59:24, 66:13, 72:8, 75:19, 76:1, 119:23, 136:5, 137:2, 138:18, 139:4, 233:5, 244:22
**URSO** [60] - 1:19, 1:20, 4:13, 11:1, 11:5, 11:9, 13:16, 14:8, 20:8, 21:1, 24:20, 53:25, 54:5, 58:18, 58:20, 58:23, 59:3, 59:6, 66:14, 66:16, 66:19, 66:21, 69:3, 70:20, 71:4, 71:20, 72:1, 72:9, 72:13, 72:18, 72:23, 73:1, 74:3, 74:8, 74:24, 75:6, 75:16, 115:22, 116:1, 116:4, 119:24, 134:12, 136:6, 136:8, 137:4, 137:6, 137:7, 138:14, 138:17, 139:3, 233:6, 233:8, 240:11, 240:15, 240:16, 241:1, 241:4, 243:20, 243:21, 244:20
**Urso's** [1] - 59:19
**USC** [1] - 17:18

**USCP** [1] - 34:13
**use-of-force** [1] - 203:17
**uses** [2] - 142:9, 245:9
**utility** [1] - 268:14
**utilize** [2] - 57:3, 79:7
**utilized** [15] - 31:15, 31:16, 39:13, 40:9, 57:19, 58:4, 58:7, 58:24, 60:12, 76:23, 77:2, 77:22, 97:12, 192:13, 246:12
**utilizing** [4] - 30:6, 57:9, 79:19, 276:20

## V

**vacate** [2] - 277:13, 277:15
**vacated** [1] - 185:10
**valid** [2] - 5:19, 5:24
**vans** [4] - 154:18, 162:22, 177:15
**varies** [1] - 106:11
**various** [6] - 121:17, 124:11, 124:13, 128:7, 266:11, 266:13
**varying** [3] - 172:12, 257:5, 259:10
**vehicles** [1] - 247:21
**verbal** [2] - 20:5, 207:18
**verbally** [1] - 214:21
**verdict** [2] - 9:14, 281:5
**version** [2] - 50:2, 60:17
**versus** [5] - 4:3, 16:4, 16:9, 16:14, 144:16
**vest** [10] - 141:23, 147:19, 147:23, 151:10, 151:11, 210:21, 222:5, 222:7, 228:19
**Vice** [2] - 106:14
**vice** [25] - 28:7, 71:5, 71:8, 71:10, 76:1, 76:5, 76:7, 76:9, 76:10, 76:11, 76:13, 76:15, 76:20, 77:4, 77:8, 80:25, 81:13, 81:18, 81:25, 82:3, 82:12, 106:5, 106:9, 106:16
**vice-president** [1] - 80:25
**vicinity** [1] - 160:7

**victory** [2] - 68:15, 262:7

**video** [133] - 40:8, 40:17, 41:3, 41:18, 50:19, 51:6, 53:11, 60:14, 61:14, 61:16, 61:20, 61:21, 63:7, 63:12, 63:13, 64:7, 64:17, 66:22, 67:20, 73:6, 77:18, 77:22, 98:22, 99:13, 104:23, 105:4, 105:7, 105:12, 107:15, 107:17, 108:6, 109:24, 111:3, 113:22, 113:23, 128:25, 130:23, 130:24, 130:25, 131:2, 131:9, 132:13, 133:3, 133:10, 134:6, 134:20, 134:24, 135:16, 135:23, 136:19, 136:20, 136:22, 158:16, 158:24, 159:4, 159:6, 160:22, 162:3, 165:13, 166:17, 166:19, 166:25, 169:18, 170:20, 170:21, 171:17, 172:11, 175:15, 181:16, 184:15, 184:16, 185:19, 187:5, 189:23, 192:7, 198:21, 198:22, 199:21, 211:24, 212:12, 213:12, 213:20, 214:2, 216:4, 216:6, 216:7, 216:11, 217:8, 217:15, 217:18, 217:19, 217:23, 218:20, 219:1, 219:4, 220:25, 221:12, 221:14, 224:15, 238:17, 238:19, 241:6, 241:10, 241:20, 242:4, 244:12, 245:17, 245:20, 245:25, 247:5, 250:22, 251:1, 251:21, 256:15, 256:22, 257:3, 257:23, 259:24, 261:4, 262:11, 264:2, 264:14, 265:4, 267:13, 268:12, 271:1, 271:2, 271:7, 272:7, 272:9, 272:12, 278:20, 278:21

**video's** [1] - 217:19

**videocameras** [1] -

15:19

**videos** [26] - 17:21, 17:24, 17:25, 67:17, 67:20, 91:3, 98:10, 99:13, 104:16, 127:7, 128:3, 128:7, 128:13, 128:15, 129:4, 152:10, 188:23, 218:12, 218:18, 243:22, 245:19, 256:6, 256:7, 256:9, 275:2, 275:6

**view** [17] - 24:14, 44:6, 61:20, 110:16, 110:18, 134:25, 163:18, 200:6, 231:16, 232:24, 234:5, 242:3, 262:3, 265:5, 275:1, 275:6, 279:24

**viewed** [2] - 226:15, 275:7

**viewing** [2] - 134:24, 275:6

**viewpoints** [1] - 116:20

**views** [1] - 179:20

**violate** [1] - 280:16

**violence** [8] - 101:12, 102:19, 136:24, 144:21, 144:22, 234:6, 253:16, 254:2

**violent** [11] - 137:9, 138:12, 140:25, 142:3, 142:6, 232:3, 253:7, 253:24, 254:1, 254:3, 275:9

**Virginia** [2] - 70:11, 227:5

**visibility** [4] - 145:17, 145:19, 150:20, 232:6

**visible** [1] - 82:25

**vision** [1] - 167:17

**visit** [1] - 106:17

**visiting** [2] - 71:5, 106:5

**Visitor** [1] - 89:9

**visitors** [2] - 24:4, 88:24

**visits** [3] - 76:19, 106:16

**visor** [3] - 141:16, 152:21, 152:22

**voice** [6] - 113:2, 114:6, 114:12, 132:12, 150:6, 182:1

**voices** [1] - 171:4

**voir** [1] - 58:18

**volition** [1] - 74:14

**voluntarily** [3] - 11:3, 11:15, 13:6

**voluntary** [1] - 12:2

**vote** [4] - 15:10, 82:2, 106:15, 106:21

**voter** [1] - 117:9

**votes** [1] - 82:4

**voting** [3] - 117:9, 117:12, 117:14

**vs** [1] - 1:5

**vulnerable** [1] - 198:6

---

## W

**waive** [7] - 5:3, 5:9, 11:7, 11:19, 12:6, 12:11, 13:25

**waived** [1] - 13:6

**waiver** [11] - 5:17, 5:19, 5:24, 10:5, 11:3, 11:15, 12:2, 12:19, 12:22, 13:2, 13:8

**waiver-of-trial-by-jury** [3] - 12:19, 12:22, 13:2

**waivers** [1] - 13:9

**walk** [10] - 27:5, 47:5, 73:15, 86:16, 163:1, 231:17, 241:23, 241:25, 247:22, 281:12

**walked** [16] - 36:5, 38:17, 73:15, 91:22, 103:10, 104:3, 155:11, 171:23, 171:24, 239:21, 239:24, 240:3, 240:5, 240:18

**walking** [15] - 28:11, 43:4, 67:15, 67:16, 86:24, 87:5, 146:15, 146:18, 160:8, 164:18, 165:6, 166:7, 200:23, 243:18, 249:5

**walkway** [6] - 31:25, 33:16, 34:24, 86:2, 86:7, 93:15

**walkways** [2] - 83:18, 85:23

**wall** [22] - 77:19, 96:7, 96:8, 189:19, 189:20, 190:12, 195:4, 195:8, 209:21, 209:25, 212:17, 212:22, 217:20, 245:22, 246:1, 246:8, 258:23, 259:7,

259:18, 259:21, 269:17

**walls** [1] - 95:23, 97:22, 269:13

**wander** [2] - 169:17, 231:21

**wandered** [2] - 227:11, 227:12

**wandering** [1] - 227:18

**wants** [1] - 181:20

**war** [3] - 178:18, 179:2, 179:24

**warning** [8] - 171:7, 171:8, 171:9, 171:21, 186:3

**warnings** [5] - 171:2, 171:6, 171:20, 172:1, 174:6

**washed** [1] - 180:24

**Washington** [10] - 1:6, 1:18, 2:10, 15:15, 118:5, 123:16, 155:23, 156:5, 234:14, 283:14

**watch** [6] - 50:20, 107:5, 107:8, 169:18, 211:24, 214:2

**watched** [20] - 48:14, 66:24, 67:14, 67:20, 107:1, 162:3, 183:17, 200:22, 216:4, 216:5, 238:17, 238:18, 239:13, 239:14, 245:17, 245:19, 256:9, 256:22, 262:10, 272:7

**watching** [6] - 73:2, 124:14, 158:23, 245:25, 248:16, 251:14

**Water** [1] - 2:5

**water** [5] - 36:13, 36:14, 172:17, 181:18

**wave** [2] - 219:9, 232:6

**ways** [4] - 85:21, 93:18, 153:14, 268:17

**weaken** [1] - 172:24

**weapon** [5] - 21:11, 59:9, 59:21, 77:23, 142:14

**weapons** [4] - 157:10, 157:20, 231:22, 236:24

**wear** [8] - 141:23, 158:8, 205:18, 210:24, 211:16, 211:18, 229:1, 281:25

**wearing** [25] -

145:18, 145:19, 147:16, 147:17, 147:18, 147:23, 152:5, 152:11, 152:14, 152:17, 153:2, 158:5, 159:18, 159:23, 172:13, 199:24, 210:21, 211:6, 211:7, 211:12, 211:13, 211:14, 211:19, 228:21

**wears** [1] - 151:17

**Weatherhead** [1] - 20:18

**Webster** [1] - 16:14

**Wednesday** [9] - 50:18, 51:10, 51:19, 52:9, 53:15, 55:18, 107:16, 109:25, 110:25

**week** [1] - 229:1

**weekend** [1] - 113:25

**weeks** [4] - 76:24, 77:7, 144:2, 202:16

**weighed** [1] - 58:12

**weighs** [1] - 57:20

**weight** [5] - 58:6, 59:25, 182:12, 236:11, 276:5

**West** [1] - 1:24

**west** [62] - 25:7, 25:8, 26:18, 27:8, 27:9, 30:16, 35:15, 35:17, 35:18, 35:19, 35:20, 35:21, 35:22, 36:4, 36:23, 36:24, 37:3, 46:15, 46:16, 47:4, 49:6, 50:13, 54:25, 55:22, 55:23, 61:22, 62:15, 63:17, 65:17, 72:20, 73:3, 84:23, 85:5, 85:8, 91:2, 92:17, 94:6, 94:11, 94:25, 109:10, 109:11, 146:8, 155:11, 167:23, 168:2, 168:3, 198:11, 198:13, 238:21, 238:24, 238:25, 239:3, 239:5, 239:12, 239:13, 239:21, 250:24, 256:21, 260:21, 262:12, 273:18

**westbound** [1] - 29:21

**whereas** [2] - 144:11, 235:14

**White** [2] - 76:12, 235:3

**white** [5] - 31:1, 56:8,
71:15, 100:15, 178:16
**whoa** [1] - 124:20
**whole** [13] - 27:23,
130:8, 158:10,
166:13, 168:1, 195:2,
206:8, 206:16,
214:25, 217:23,
225:3, 230:19, 280:1
**wide** [6] - 95:15,
95:17, 95:19, 98:4,
98:8, 98:9
**wider** [1] - 270:3
**Wilhoit** [2] - 201:23,
204:2
**William** [1] - 4:21
**WILLIAM** [2] - 2:2,
2:2
**willing** [5] - 166:2,
212:11, 213:10,
215:18, 234:20
**window** [6] - 71:16,
72:5, 91:21, 92:1,
108:11, 108:12
**windows** [3] - 96:5,
107:19, 108:8
**wine** [2] - 137:15,
137:17
**wing** [1] - 231:16
**winner** [1] - 117:2
**winning** [5] - 115:12,
115:20, 116:12,
116:14, 225:14
**winter** [1] - 147:24
**wise** [3] - 143:4,
177:25, 281:23
**wish** [1] - 14:6
**withdrawn** [1] -
194:15
**witness** [15] - 20:2,
20:15, 21:17, 24:11,
25:20, 28:23, 57:12,
88:10, 112:14,
112:17, 139:1, 139:2,
139:6, 139:17, 191:12
**WITNESS** [43] -
21:21, 21:22, 31:4,
44:3, 58:22, 59:2,
59:4, 69:2, 75:1,
75:18, 81:7, 85:10,
86:2, 86:21, 88:6,
93:11, 93:14, 104:9,
105:22, 112:11,
112:21, 112:23,
134:15, 138:24,
139:21, 140:3, 149:2,
163:6, 170:20, 172:9,
177:9, 180:5, 183:22,
185:22, 186:1,
186:16, 216:25,

217:5, 231:2, 231:4,
231:8, 244:21, 280:22
**Witness** [4] - 112:12,
139:8, 191:22, 280:25
**witnessed** [2] -
106:20, 225:2
**witnesses** [3] -
15:25, 20:15, 20:23
**WITNESSES** [1] - 3:4
**won** [3] - 261:2,
262:3
**word** [4] - 81:15,
81:16, 129:13, 200:24
**words** [3] - 214:23,
253:9, 267:6
**wore** [2] - 56:8,
56:10
**worn** [27] - 15:20,
15:22, 104:24,
147:23, 158:4, 158:5,
158:7, 158:8, 158:23,
159:8, 159:10,
159:13, 159:16,
159:24, 160:3,
160:12, 160:13,
161:1, 162:11, 200:6,
205:20, 205:22,
205:24, 207:22,
218:3, 265:5
**worried** [2] - 135:2,
135:25
**worry** [2] - 134:8,
135:10
**write** [2] - 113:12,
260:1
**wrote** [2] - 92:11,
264:3

# X

**x-rays** [1] - 96:24

# Y

**yards** [1] - 274:23
**year** [15] - 22:11,
22:17, 113:17,
113:18, 125:12,
143:1, 143:7, 143:10,
143:24, 155:10,
161:8, 174:13, 244:7,
244:14
**years** [21] - 6:15,
22:21, 23:3, 23:5,
137:22, 137:24,
137:25, 140:13,
140:14, 142:21,
142:23, 170:25,
194:6, 194:10,

194:12, 202:5,
202:23, 203:13,
211:16, 218:19,
235:10
**yell** [3] - 173:23,
250:1, 254:9
**yelled** [1] - 203:23
**yelling** [8] - 208:3,
208:10, 214:23,
222:19, 250:12,
251:15, 252:25,
270:20
**yellow** [2] - 147:24,
242:11
**yourself** [11] - 22:2,
58:12, 79:3, 79:7,
210:11, 210:14,
211:25, 216:2,
226:13, 228:14, 244:8
**yourselves** [1] - 4:7
**YouTube** [2] -
130:18, 131:2

# Z

**zip** [2] - 65:22,
167:11
**zip-up** [1] - 65:22
**zone** [1] - 149:4
**zoom** [1] - 118:24