Letter to The Honorable Judge McFadden re: inmate Patrick E. McCaughey

November 25, 2022

Dear Judge McFadden,

I've been told to tell you about myself about myself before describing my relationship with the young ma who has been sentenced. As a 90 year old, long time resident of Wilton CT, I am a friend of the family and have known Patrick since 2004. I am a U.S. Air Force veteran, former New Canaan CT Police Auxiliary Member and Commander Emeritus of the Wilton American Legion Post.

I think of myself as a patriotic citizen and did not approve of the so called Jan 6th insurrection.

Thank you for taking the time to read this.

At times when I attended gatherings it was obvious that Patrick looked for ways to help the group.  He would arrange things, set the table, offer and pour drinks and as well as oversee the grill. This happened often both indoors and outside.

There was a recent incident when I needed extra help. There is only an exterior entrance to my basement, and it is steep. Patrick showed up as soon as I called upon him and installed a sturdy railing that is safe and useful.

I appreciated the improvement and his generous and upbeat attitude.

I hope this sheds some light on his character. Thank you Judge.

Sincerely,

Ernest Ventres

Eventres@snet.net

146 Old Kings Highway Wilton CT 06897   2037629401

Gerald J Matthews
40 Riverside Avenue Apt. 7
Stamford CT 06905

To whom it may concern,

I am writing this letter on behalf of my friend and acquaintance, Patrick McCaughey. I want to bring to your attention the kind of person that he is despite the grave allegations that he has faced in recent time. I have known him through middle school, high school, and beyond as a neighbor to my best friend. He has always been a genuine individual and true to his words. His calm and collected personality have led to many good memories and pastimes in our community.

I am aware of the charges that he is facing and the consequences of those but looking at the situation of the bereaved family, and I would like to plead for leniency. He is well-mannered and I am sure he will learn from this experience and will not think of repeating it.

I hope you look into this matter and consider this character reference letter before passing on any verdict. Pat will strive to make amends, and I am sure we will get to see his good works and rehabilitation to society bringing fruitful results.

Thank you.


Best Regards,

Gerald Matthews

Jane Marie Grassi
46 Highview Road
Ridgefield, CT 06877

November, 22 2022

Honorable Judge Trevor N. Mc Fadden
US District Court
333 Constitution Ave NW
Washington, DC 20001

RE: Sentencing of Patrick McCaughey III

Dear Judge McFadden,

I am a twenty-one year resident of Ridgefield, Connecticut. I have been a teacher in the Ridgefield Public Schools since 1991. I am active through my role as a teacher at Ridgefield High School in giving back to the community to organizations such as Ann's Place in Danbury, and the Ridgefield Food Pantry. I do fundraising for organizations related to animal welfare and elder care on Cape Cod.

I have been the McCaughey's neighbor and friend since his family moved to Ridgefield in 2005. Patrick grew up with my son and they have been close friends. Patrick has always been respectful and kind. Over the years Patrick has helped us with any work around the house and property when we needed an extra hand. I have trusted Patrick for many years to take care of our animals and look after our home while we were on vacation. I would trust Patrick to do so again.

In school I observed Patrick to be a very engaged, intelligent, and motivated student. This was especially so in his Latin classes.

I believe the activities in which Patrick participated are extremely out of character.

Patrick has always treated our family with respect, kindness and helpfulness. In high school I observed the same positive behaviors in Patrick. Patrick comes from a loving, hard working family and extended family.

I hope you will consider some leniency when sentencing Patrick McCaughey III.


Respectfully,

Jane M. Grassi

Jane Marie Grassi

December 20, 2022

Maria McCaughey

36 Highview Road

Ridgefield, CT 06877

mmmccaughey94@gmail.com

(203) 770-5518

Re: Patrick Edward McCaughey III - Sentencing

To Judge McFadden,

While you are considering the extent of punishment to give my little brother, I would just like to share some information about him, and our childhood, to shed some light on who he is and why he behaved the way he did on January 6, 2021.

I am sure you know by now that our parents are divorced, that they separated when my brother was still in diapers, and not too long after my father moved to the other side of the country. While my mother did end up deciding to follow him here there was a large chunk of my brother's formative years my father was primarily absent from.

Of course, when my father was present, I think he caused more harm than good. My father did not foster a loving relationship between my brother and I. We were consistently encouraged to compete with each other from things as mundane as who can be quietest the longest to as strange as who knows what 16 x 16 is at the dinner table. A dictionary and an encyclopedia sat next to my father's dinner table for as long as I can remember to settle any potential factual disputes that may have come up.

We did not watch Saturday morning cartoons, we dug holes, raked leaves, learned how to mix concrete, etc. And when we were given some sort of opportunity for down time, we would usually end up watching a John Wayne or Clint Eastwood Western. With my father we were not allowed to be children, we were meant to be seen and not heard, speak only when spoken to, and to respond to commands with "yes sir" or "no sir." I distinctly remember my brother and I goofing around at the dinner table only for my father to snap, "Do I need to retrain you both every time I get you from your mother?"

December 20, 2022

The reality was that the child who was most able to relate to our 40-year-old father, to keep him the most interested, was the one who was going to receive the most praise and positive attention. Of course, my brother, who is my father's namesake, was usually the one striving to shine around my father. He did this by adapting to my fathers' interests. Patrick read The Hobbit in the 5th grade because his reading level had been so advanced by trying to keep up with my father's vocabulary and knowledge tests that books appropriate for his age group were too easy for him.

There is about a three-year age gap between my brother and I. This age gap allowed me a different perspective on the conditions in my father's household. I was able to observe the drastic differences between our parents' parenting styles more objectively than my brother. This meant that I was able to really understand how weird my father's house was, and I was more easily able to separate his expectations of me and what seemed to me to be reasonable expectations of someone my age.

The disparity between how my brother's expectations of my father and my own expectations of my father continued to grow as we aged. I expected my father to check in, to take me to dinner, to listen to my high school drama, because that was all that I was willing to give him. My brother, on the other hand, so desperately wanted my father's approval that he would do as much as he could to please him.

Around 2015 my brother began spending the majority of his time working for my father; he was not out partying with his friends in the evenings, he was at some dark construction site hanging sheetrock or framing a room. This also meant that Patrick did not spend the majority of his time with his contemporaries but instead with grown men. This again created an environment where my brother either had to adapt or die (metaphorically), so he adjusted his preferences and interests so that he could be a part of the group that he was spending so much time with.

2015 was when I became intensely aware of the negative influence my father was having on my little brother. I chose to live with my father while finishing my first undergraduate degree. He was about 30 minutes closer to my college campus than my mother and seeing how it was already a 45-minute drive from there it seemed to make the most sense. As I am sure most of us recall, 2015 was the year that the idea of Donald Trump for president really took off. While I was not always certain of my father's political beliefs, they became abundantly clear that year when the only two TV channels he would have on were Fox News and Turner Classic Movies. Those were the watching options when my father was in front of the TV. Thankfully, I had a heavy course load so I could spend more time hiding out with history texts than watching the talking heads on the TV or something in black and white.

It became more tense in our household as my father touted the greatness of this "well educated billionaire businessman who really was looking out for the average Joe." I had heard of Donald's

December 20, 2022

business and personal failings, needless to say I was not a fan from the get-go. But of course, living with my father there was only so much I could say to the contrary before things would get ugly. If you had a contrary opinion, you better have every specific fact and reference ready to back up your position. Not that my father had these himself, but he was never going to believe you without the equivalent of a works cited at your disposal. And even then, if he decided your source was untrustworthy that was the end of the discussion, and your point was moot. I lived with my father until about February of 2017. I was there through the entire process. And what I witnessed was my radical father attempting to convert everyone around him to the glory that was Donald Trump to him.

While he allowed for some level of discourse that slowly vanished as Donald Trump continued in his tenure as president. The reality became that if you disagreed with my father's opinion your opinion no longer mattered. This eventually devolved into not only your opinion not mattering, but you not mattering. I have not seen my father in person since Christmas 2019 when I told him that Trumps tax plan did not change every tax bracket, he told me I was wrong, I showed him the White House website, he continued to say I was wrong, then to call me a "Liberal Liar". The last time I spoke to my father was July of 2020, I called him, and I believe we spoke for a maximum of 10 minutes, in which he scoffed at the reality of COVID-19 and told me it was all a hoax to take away citizens' rights. I disagreed with my father and so he left me by the wayside.

While the reality of the destroyed relationship with my father did hurt for a time, it did not have the largest impact on my life. I no longer lived with him, I did not depend on him for anything, and I had an entire life outside of our relationship. It was easy for me to separate my life from his. The same cannot be said for my brother. By this time, they were something akin to business partners, Patrick was just as much of a part of my father's construction business as my father was. Patrick's entire livelihood depended on having a good relationship with my father. While he did not have many bills at the time, living at my mom's house, he did have goals to move to Montana and have a farm, and to visit Japan. He had dreams that required money to achieve, my father was his source of income.

I believe my father's dedication to ignoring all issues that did not interest him, and his tendency to cut out those who disagreed with him forced my brother to adapt to his interests once again and therefore, radicalize himself too. I firmly believe that my brother would not have gone so far to the extreme without his need to cultivate a positive relationship with my father, and that he would not have been anywhere near the Capitol building on January 6, 2021 without my father's fervor about a "stolen election." My little brother is an even keeled, intelligent, and odd person, but he is also just a kid who wants his dad to not only love him, but to like him, and he would do anything to make that happen.

December 20, 2022

I would hope you would take into consideration the malleability of children and our idealization of our parents when deciding an appropriate punishment for my brother. He is a good kid, who did a dumb thing that I firmly believe he never would have without our father's influence.

Thank you for your attention to this letter.

Sincerely,

Maria McCaughey

Dear, Judge

I'm writing on behalf of my friend Patrick Edward McCaughey. I understand the severity of the charges against him but I hope you may be able to show some leniency as his actions that day are not an accurate representation of the man he really is. Patrick has always been a kind,honest, rational and hard working man. While he may not be out doing community service he's always been there for his friends and his family. I've spent hours helping him do work on his mother's house as well as spent a day moving his sister into her apartment. He does this without ever asking for anything in return he only does it's the right thing to do. The time I spent with him was always about talking through problems not using violence had it just been him by himself be would have long conversation with anyone who would be interested in having a dialogue.

From

*Michael Bellino*

Michael Bellino

(203) 312-3616

To: Honorable Judge McFadden          Re: Inmate Patrick McCaughey

Thank you for reading this Your Honor. Yours cannot be an easy job.

I'm the grandmother- so I have known Patrick since childhood. When he was about 5 years old. I asked him:
"Goodness, so many family members are named Patrick- great grandfather, grandfather, your father. What shall I call you?" He said: "Pat, I guess". So that's what I call him Pat-I-guess. He calls me GP for Grandma Peggy.

Your Honor, I am a small business owner and very active community volunteer. In New Canaan for over 50 years, I have diligently worked for and served on many Boards of Directors and still do. Most of them are non-profits.

Pat-I-Guess recently told me that he was a DUMMY to have been present on January 6th in Washington. I am glad that he volunteered that statement to me.

Of course, I'm interested in whatever leniency is possible. He is skilled in many phases of residential construction and a reliable hard worker. Among them, for me, he has repaired an aging flagstone terrace, helped to install wood flooring and assisted in much exterior painting. All of these chores were done with a pleasant, upbeat attitude. These chores don't include many examples of trash removal, heavy lifting and scut work. I often have to smile when watching him work. He doesn't stroll around; he scurries from job to job.

I remember how especially gentle he was with his cat. And when we've been in groups he pitches in with preparations, cooking and seeing that others' needs are taken care of.

He was an honor student in High School, never arrested, doesn't smoke, drink alcohol or do drugs. There are many admirable qualities that he possesses. He is trustworthy and his sense of humor is a plus.

Thank you in advance for your attention to this matter.
I can be reached at 203 966 2531, home phone.

Respectfully,
Peggy Jay

Margaret 'Peggy' Jay Realtor Consultant
Ombudsman 2018-2022
Owner/Broker/Founder Real Estate information Center
New Canaan CT 06840
203 977 3218     Realpegjay@aol.com

Ulrike Fein-McCaughey
36 Highview Road
Ridgefield, CT 06877
(203) 770-0246
ulrikefein@sbcglobal.net


11/28/22


Honorable Judge Trevor N. McFadden
US District Court
333 Constitution Ave NW
Washington, DC 20001


RE: Patrick E. McCaughey III – Sentencing


To the Honorable Judge McFadden,

Thank you for taking the time to learn more about Patrick McCaughey, my son.

During the trial, there was a lot of information on "what" happened on January 6th, 2021 and my son's actions. I would like to share some details about my son with you so that you can learn more about him and his true character. I do hope that you will show some leniency when deciding on his sentence.


Maybe it would be best to start from the beginning to create a clearer picture.

Patrick's father and I separated on Mother's Day in 1998 after ten years of marriage; Patrick was then just eight months old, his older sister, Maria, was three and a half years old. We all lived in Northern California at that time. For the next six years, the kids had ample of access to their father since our houses were connected through their backyards. Patrick's father was born on the East Coast and decided in 2003 to join his mother's real estate company in Connecticut. He would come about once a month back to California to spend some time with the children. Since I lost my father at an early age, I was quite concerned that these visits would

1

stop and so I decided in 2004 to move to the East Coast so that the children would have again easy access to their father.

Patrick became more closed off once we moved to Connecticut and he also had a difficult time connecting with his father. His father challenged him and his sister with word games etc. but also wanted Patrick to play sports and be outdoorsy, but Patrick preferred to read, learn languages, play chess and play role-playing computer games. Patrick stopped playing football since he thought it too violent a sport. All through middle school and high school it was quite difficult to get these two together. I was so happy when they connected finally over carpentry when Patrick helped his father the summer after he graduated high school. They both enjoyed working with their hands and building things. Patrick started working full-time with his father.

His father became a fervent Trump supporter and "anti-masker". He has not spoken with his 82-year-old mother in over two years and also broke off all contact with our daughter since Christmas of 2019 – because both are not Trump fans and followed COVID protection guidelines. I am sure that this rift has occurred in many families in this country in recent years since politics have become so confrontational.

When Patrick's father asked him to come to the Trump rally, Patrick agreed, of course. This was just the second time that he went to a political event. His father was quite clear about his expectations that Patrick needed to conform to his wishes and Patrick also started to believe that the election was "stolen", that Trump was the solution for all woes of this country, and that all "patriots" needed to show their support. My son would have not driven alone to the rally on January 6th.

I certainly do not excuse my son's actions that day; Patrick himself believes that he deserves to be punished for breaking the law. I was not aware what he had done until the FBI knocked on the door at dinner time. It really shows Patrick's young age, naivety, and immaturity, that he did not check the media in the aftermath of the 1/6/21 events. If his friend had contacted him and told him that the FBI was searching for him, Patrick would have turned himself in. Patrick told me that he was very ashamed and embarrassed by his actions and therefore did not share anything of that day with anyone. He was and is perplexed by his own actions and behavior.

2

There are plenty of theories about how masses behave, how individuals change their behavior when inserted in a crowd, how people become herd animals. These are all explanations, not excuses for the individuals' behaviors.

It was painful to see all the video footage that showed my son imitating other people's actions and words and then participating himself. I can understand that when he said on the stand that he "probably did not think" that that was so. How can an untrained person make sense of all the yelling, pushing and shoving, close contact with other people without any room to move, air filled tear gas and emotions running so high?

Patrick went to a rally and ended up in a riot. He had a cell phone on him and wore a fleece-lined sweatshirt which the FBI confiscated. He did not wear an armored vest nor did he bring goggles; there was not tear gas/bear spray nor any kind of weapon in his possession. He had no plans to go that far – not an excuse, but there was no pre-deliberation, no plan. He also did not speak of these events until he was arrested by the FBI; he most certainly never felt that his actions were justified nor honorable.

I know my son to be very gentle, never threatening nor violent. The last few years have been filled with discussions about our political views which are quite different but not once his sister nor I even considered that Patrick would try to physically assert his view over us – although he is about a head taller and physically much stronger than me.

Patrick was never formally diagnosed with autism, but several school and private therapists suggested that he exhibited behavior associated with Asperger's (which is now classified on the lower scale of the autistic spectrum).  He has difficulty accessing and expressing his emotion; he often cannot detach from a topic or an argument; when his sister asks him to stop talking to her about a certain topic, he cannot let up. He usually lives in his head. He is compassionate but I need to be very clear about my needs and wants.  It is difficult for him to get in tune with other people's emotions and needs. He used to greet me when I came home from work with "Hi mom, what's for dinner?". I asked him to stop asking me about dinner as soon as I stepped in the door. So, the next day, the moment I came back from work, he asked "Hi mom, how was your day? What's for dinner?". Technically, dinner was not the first question.

My son is much more comfortable when by himself or surrounded by just a few friends, large crowds are not his thing. He works diligently towards a goal and will

3

not need praise to get something done. He is selfless and gives freely – his time, attention, and also material goods. He expects no thanks when he takes his axe and saw on hikes after storms so that he can clear paths for others to have easier access. If he sees that someone needs help, he will offer it. He always is attentive and gently with all our pets. It is really difficult for me to reconcile my son with the images I saw during the trial since they were so very contrary to my son's usual behavior, demeanor, and actions.

You questioned why my son did not leave after he alerted other officers about Officer Hodges precarious situation. Since that scene was played again and again frame by frame, I could observe Patrick's facial expressions. They reminded me of him as a little boy in one of these ball pits. He was lost, not sure how to proceed, caught in the moment and just repeating the previous behavior like being caught in a loop. Only when Officer Foulds' baton connects with Patrick's head, he seems to wake up from his stupor and finally gets himself removed from this situation.

Patrick left the Capitol Plaza and then returned accompanying a female foreign journalist, carrying her tripod and making her more comfortable in the riotous crowd. There he was again his true self, a person concerned about others and eager to lend a helping hand where needed. He did not engage in any more violent acts nor discussed or posted about his experiences and deeds after he left DC. He was never proud but ashamed and embarrassed that he was captured in the herd mentality.

I am asking that you take Patrick's young age, inexperience, and remorse into account when deciding on his sentence. I hope you do not allow one moment of my son's life define him entirely.


Thank you very much for your time reading this letter,


Ulrike Fein-McCaughey

4

November 26, 2022

Veronica L Tyrell
7 Sil Cam Drive
Danbury, CT  06811
203-948-1662

Your Honorable Judge McFadden,

I have known Patrick's Mother, Ulrike Fein since 2007, during those 15 years I have had many interactions with Patrick and his family over the years.

He has always shown respect towards his family, friends and strangers.  He is a kind young man, a true gentleman.  As you are aware he has never been in any trouble with the law, he has been an honor student and has been active in his town working at Concerts in the Park and the Ridgefield Symphony. He is a young man who has been a model citizen.

For these and many reasons I'm asking you for leniency when deciding on sentencing for Patrick.  His mother's life has been subjected to threats of violence on top of worry and concerns about her son's safety.  He has been "the man of the house" helping her with house projects and is an integral part of his family, living with his mom and sister over the years. It has been difficult emotionally and financially for them without him there.  He has also been working with his Father over the years as an apprentice learning all aspects of the construction business, his absence has put a strain on the family business.  Through many conversations with his Mother and being with her during phone conversations with Patrick I know he accepts and knows he was wrong and had made regrettable decisions.  He understands there are always consequences for decisions made regardless of the situation, again I'm asking for leniency in sentencing Patrick as he is a good young man who has family and friends that love and need him back in their lives.

Over the years his mother and I have shared stories of our kids' lives as they grew up.  Patrick was always willing to help his neighbor out with little things like moving heavy items and to his Mom's delight and pride he would never accept money for his acts of kindness.  He enjoyed working with the Ridgefield Symphony and Ballard Park Concerts in the Park events in his town and they enjoyed working with him, they reached out to him to help each season.  She spoke about his relationships with his friends, his compassion for them during difficult times, consoling and comforting them over the years.

I hope that you can see him as the person his family and friends know.

Thank you for your time,

Veronica Tyrell

FROM THE DESK OF

# Nikhil Paranjape

December 9, 2022

Trevor McFadden
U.S. District Court for the District of Columbia
333 Constitution Avenue,
N.W., Washington D.C. 20001

To the Honorable Judge McFadden,

My name is Nikhil Paranjape and I am currently working as an Investment Data Analyst at Fidelity Investments. I have known the defendant, Patrick McCaughey since we were in high school (Around 2014). We were planning on going to the same university after graduating, however, Patrick was unable to due to work. However, we kept in touch as we live in the same town, and I was a commuter student at the University of Connecticut (Stamford Campus). We were able to chat online about life, school, and our hobbies. As well as play video games, and engage in engaging discourses. We sometimes saw eye to eye on some topics, but usually tried to understand each persons point of views on a given topic without bringing emotion into the discussion. At the end of the day, Patrick is my friend. While he made a mistake, I would not call it his defining moment. I am disappointed in his actions, but I know he is remorseful and was definitely caught in the moment with the crowd. Patrick has been an invaluable friend to me, as we both share interests in computers, as well as construction and housework. Patrick has been very helpful to my family in many ways. To name a few, he helped, and taught me how to install a water heater. He went through the process of the plumbing work, as well as the various checks that need to be done to ensure it is a sound installation, as well as it being up to code. Patrick has worked in construction, as well as other contractor type jobs. While we did not go as in depth as we probably should have, I know he does good, concise work and works hard in what he is good at. Patrick had mentioned plans to build up his career to allow him to work on himself, to be able to provide for his mother, and establish his own business to sustain his needs and goals. I would like to help Patrick grow from this dark chapter in his life, and help him move on, be a better person both to himself, his family, and most importantly, to the world around him. I know that with his friends around him, we can ensure he continues to be the upstanding citizen he has always been.

Thank you for your time in reading this letter. I hope you consider all the information presented and I request you to consider leniency.

Nikhil Paranjape

519 BRANCHVILLE RD RIDGEFIELD CT 06877 UNITED STATES   1 (203) 617-9278   ADMIN@NIKHILP.ORG

1/29/2021

To whom it may concern,

I am writing in reference to Patrick E McCaughey who is currently incarcerated after the incident at the Capitol on January 6, 2021, and he has been denied bail at this time.

I have known Pat since 2016 when I spent significant time with him while his company did renovations in my home. Everyday for about 3 months he was at my home from 8AM to 5PM.

Since that time, he has been at my home doing odd jobs or consulting about a project I anticipate to start in the spring of this year. I have no reservations about continuing that plan with him involved.

I have found Pat to be respectful at all times to me and others in my family including my dog of 13 years who was quite frail. He always comported himself in an honorable and dignified way. We had many conversations on various subjects and I was always amazed at his vast knowledge on many topics. I never had one doubt about his honesty or ability to be responsible with my personal possessions.

I also was impressed at his ability to work along side his father in a respectful and humble manner while he learned and often contributed professionally to the process.

Other aspects of his nature are kindness and compassion as I also recommended him and his his company to senior citizens, many who would be considered the most vulnerable in any community.

Please consider returning Patrick McCaughey back to his home where he will be able to handle this process with the support of his family, friends and those who know this man and what he is capable of accomplishing in life.

If you have any questions on the above information, don't hesitate to contact me.

Respectfully submitted,

Donna Simone
340 White Oak Shade Rd
New Canaan, CT. 06840

DonnaOSimone@gmail.com
203-966-0332

To Whom It May Concern,

I met Patrick McCaughey on a job with his father three years ago. Since then, we have worked on several projects together around Fairfield County. Through both his work and our time spent working together I have discovered that Patrick is a hard-working, respectful, considerate, and empathetic individual. I trust Patrick as a worker and as an individual, and always enjoyed my time working with him and his father.

Sincerely,

Joseph Haas
New Canaan Forge

To Whom It May Concern,

We have known Patrick E McCaughey III for at least six years.

We have trusted him with repairs and construction on our house and have left him alone in our house with our belongings many times while we have been away. Several years ago when our car broke down and we were stranded in nearly 100 degree heat, he dropped what he was doing to rescue us and bring us back home.

Based on our experience, Pat is honest, trustworthy, respectful, and kind.

We have known his grandmother well over 10 years and his father for many years as well.

Pat poses absolutely no danger to the community and, in our opinion, Pat does not belong in jail.


Mary Griffin

John Griffin

Re: Patrick McCaughey
January 31, 2021

Dear Sir or Madam,

I am writing to you regarding Patrick McCaughey and, despite the devastating charges against him, feel it is important to attest to the character of this young man as I have known him over the years.

As concert manager for the Ridgefield Symphony Orchestra, I hire and supervise the stage crew. Patrick joined the crew in the fall of 2013 (I believe his junior year in high school) and very quickly became my key person, staying with us beyond high school graduation since he continued to live and work in the area. The last time he was on the payroll was May of 2018.

I have had the pleasure to work with and get to know many young people on the crew over the years. Patrick stood out amongst his peers. Patrick is very personable and gracious with a natural reserve and a sense of responsibility beyond his years. Once he "learned the ropes", he knew instinctively how to anticipate what was required and I could trust him to cover the most responsible of tasks. A key part of the job involved installing and taking down overhead sound baffles (a ceiling), and the crew had the heavy work of cranking hand winches, the worst of which moved a loaded electric. There were safety issues involved with this task (and others we undertook such as hanging and focusing stage lighting), and I could count on Patrick observe protocols correctly and to keep everyone else safe. In fact, I was so impressed with his performance that I asked him, should I consider stepping down from my position, if could I recommend him to take over my job. (At that time, he anticipated moving away from the area, and I decided to stay on with the orchestra, so nothing came of it.) But out of all the young people I have worked with, I would trust Patrick most to not only safely install and take down the orchestra set-up, but to interact with our musicians, staff, guest artists and patrons in a professional manner.

In the 5 plus years I worked with Patrick, I found him to very respectful, loyal, dedicated and caring. Amongst other young folks I would see occasional shenanigans and irresponsible behavior. Patrick had a sense of humor too, but he knew how to be appropriate and he never got out of line. Because of his maturity,

I would assign him to welcome our conductors and guest artists and bring them to the stage during rehearsals and escort them backstage before their concert entrances. Before the concerts he would also help with the reserved patron parking, interacting respectfully with our important donors, and once inside I would count on him to go into the lobby to talk with our front of house managers to determine when we were ready to begin the concert. In all these cases he interacted with all people (including our cherished senior population) with dignity and grace. I was paying attention and did observe him in action and I was always proud of him.

In quiet moments while the orchestra was rehearsing, I had time to sit with the crew, to chat and get to know them better. Patrick always spoke positively of school and clearly had a passion for history and intellectual pursuits. It's been a long time now and I do not recall the exact nature of our conversations, but he always impressed me as a deep thinker who cared about academics, his school and his community.

He is a passionate and kind young man, and I am deeply saddened to learn that he was caught up in that tragic day in Washington, DC. I cannot imagine what brought him to be involved in this event; this is not the character of the young man I got to know and who I still believe him to be. There is so much good in him. He grew up in a community that encourages people to care for each other and to stand up to do the right thing with honor.

Thank you for your consideration.
Respectfully yours,
Catherine

Catherine Hazlehurst (formerly Catherine da Cruz)
8 Canaan Close
New Canaan, CT 06840
(203)241-4822

To Whom It May Concern,


It is my pleasure to write this letter on behalf of Patrick McCaughey.  I have known Patrick for the past six years.  During this time, I have interacted with him through the Fox Hill Lake Association where he has donated his time to this non-profit group.  I have also had the pleasure of knowing Patrick on a more personal level.  I have joined him and his family for the past few years on Christmas Eve for a traditional German dinner.  He has always welcomed me into his house and made me feel comfortable.  I have had the pleasure of seeing the gentle bond between him and his mother.  He is a very smart and quiet young man.  I have seen him have a passion for cultivating food for his family and also cooking.  Patrick also shared a very loving relationship with his late cat Gracie.  Having gotten to know Patrick, I do not believe he would ever have the intentions of hurting anyone.  I believe that he was at the wrong place at the wrong time.  I truly believe he is a good person.


Regards,

Felicia Clem

January 31, 2021

To Whom it May Concern,

This is a character reference letter for Patrick McCaughey.

My company provides theatrical sound and lighting equipment and labor for large scale outdoor live events.

Patrick was a part time worker during the summer months (June, July & August) for my company during the years 2015 thru 2018.

I had complete confidence in his ability to complete all tasks assigned. He was always prompt, polite, hard working and respectful of both his fellow workers and audience members at the performances.

Whenever I needed to have anything done that was outside of the crew's usual responsibilities, he was the first one to jump in and take on the task.

It was a pleasure to have him on my crew and If asked, I would be happy to recommend him for a position in a field that he was qualified for.

Please feel free to reach out to me if you have any questions.

Respectfully.

Mark Murray

BOID Entertainment Systems, Inc.

115 Boutonville Road

South Salem. NY 10590

914-629-8002 cell

To whom it may concern,

My name is Timothy Currie and I own a small business owner in Norwalk Connecticut named Currie's Tires. Currie's Tires has been in my family for four generations and has been in business for almost 95 years starting in 1929. It is my belief that it is things like this that our great nation was built on; small business, good hard-working people, honest people, people with morals, and the ability to co-exist with our fellow Americans regardless of any differences including beliefs.

Although I have not known Patrick for very long, I could tell right away that Patrick is a respectful, intelligent, and caring individual which is not easy to come by in the world that we live in. After a few short discussions, I could see that Patrick is a man of morals that will stand up for what he believes in. What I am trying to say is that Patrick encompasses these things that I believe make America the best country in the world. His presence on January 6th was simply an outcry for justice, fairness, and equality. We have all seen many "protests" over the last few years that have resulted in far more violence, damage, and destruction of property that resulted in far less punishment being handed out to those involved, if any.

Respectfully,

Timothy P Currie Jr
Currie's Tires
Phone: (203) 866-0775
Cell: (475) 238-3969
Email: CurrieTire@gmail.com

January 5, 2023

Re:    Patrick McCaughey

To Whom It May Concern:

I respectfully submit this character reference on behalf of Patrick McCaughey in connection with his sentencing.  In the many years that I have known Patrick, I have found him to be courteous, considerate, thoughtful, hard-working and professional.

While working for his family business, Patrick has performed numerous home improvement projects at my house, so I have seen first-hand his strong work ethic and his respect among his colleagues.  Patrick always brought a smile to the job, and he maintained a bright and positive attitude even when the work was most challenging.

I particularly recall an occasion when Patrick had made a minor but important error in his work.  Patrick immediately took accountability for the error and then worked as hard as he could to make it right. What stood out to me was his honesty in admitting fault and then his positive attitude in remedying the issue.

My impression of Patrick is that he is a bright and kind young man who has worked hard while finding his way in the world.  My sincere hope is that this Court will show Pat leniency in light of his many positive qualities and afford him an opportunity to make things right.  I truly believe he is deserving of a second chance.

Sincerely,

Chris Krediet
Darien, Connecticut

Hunter MacMaster Danforth
1253 Preston Estate Circle
Vero Beach, FL 32960-3722
(203) 321-6114

To Whom is May Concern,

I got the opportunity to meet Pat years ago because our parents were friends. Never have I known him to be aggressive or violent in any manner. He became a good friend of mine. Even when I was away at college and Pat was still in High school, we remained friends.  We stayed in touch, because we were friends.  I never heard any kind of negative feelings.  He is really a great kid. During our younger days, we had plenty of sleepovers and all-night gaming sessions. (Not that long ago.) He was fun to be around. Never have I seen him act in a threatening way.

To the jury making this decision, I know you didn't have the experience of knowing Pat, however, consider someone that you call a friend, like Pat who has always been compassionate, cheerful, and never violent. Then that friend makes one very poor decision, which lands them in this horrendous position. He doesn't belong in Jail; I can't imagine how scared he must be. I know this is a day that will go down in history and examples will be made out of this group that attended, but please understand Pat didn't go there to hurt anybody. Pat went there to protest and got caught up with a group that made a horrible judgment call. If this letter is read at Pat's hearing, please let him know there are people still thinking and caring about him.

He's a young guy that made a poor decision.  His intent was never to harm anyone.


Hunter Danforth

Laura MacMaster Danforth
109 Millport Avenue
New Canaan, CT 06840
(203) 801-8001

January 2, 2023

To Whom it May Concern,

It has been my pleasure knowing Patrick McCaughey for 17 years.  His father and I went to high school together.   Over the years, he has demonstrated that he is kind and decent young man.  In no way is he a threat to the community.

Patrick became good friends with my son Hunter.  He has always been a harmless, non-threatening, and good friend.

I fear he got herded into the crowd after planning a peaceful protest supporting Donald Trump. I was so happy to see the video where Pat was shown helping an officer who was in harm's way.  He called out to the officers behind the door, asking them to help the officer who was getting crushed and was in pain.  He was trying to help the officer, not harm him.  The officers were able to help the one who was hurt because Pat spoke out.  Please review this video as proof of this.

He is a young man who made a bad decision in being there.  He is not a threat to the community and he certainly did not intend to hurt anyone.

Please don't hesitate to contact me with any questions.

Thank you,

Laura MacMaster Danforth

The Honorable Trevor N. McFadden
United States District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

RE: Patrick E McCaughey
Case #21-CR-00040

Your Honor,

I am writing on behalf of my nephew, Patrick. He is to be sentenced in a criminal case before you.

I am Patrick's aunt. My brother is Patrick's father. My nephew was born in California in 1997, and at that time I was an airline pilot living in Massachusetts. Due to the nature of my job, I was able to travel to California several times per year, and I was delighted to spend time with my niece and nephew. Patrick was a placid, happy baby who grew into an inquisitive and sweet little boy. Patrick's mother and father divorced when he was small, and his father moved to CT shortly afterwards.

When Patrick was 7 years old, he and his mother and sister moved to CT. I was able to spend time with the children from time to time. As he grew up, Patrick was an especially kind and thoughtful child. He was well read, and enjoyed intellectual discussions. After he graduated high school, I had less contact with him, mostly due to my job demands. But whenever I did see him, Patrick was the same sweet, kind person that I had known since his birth.

After Patrick finished high school, he worked with his father in construction. He is a very helpful and thorough worker. My mother, who is in real estate in Connecticut, often had occasion to enlist Patrick in varied odd jobs for her business. I know that he was a great help to her, and that he was dependable and courteous—not just to his grandmother, but to her clients as well.

When I heard about January 6 2021 and the attack on the Capitol, I was shocked. When I learned that Patrick was involved, I was overcome with disbelief and dismay. I can scarcely think of a person less likely to have committed the acts of which he was convicted. I do not recognize my nephew in the descriptions, although I know that he was tried and convicted. Patrick has always been the most docile and loving person imaginable. I am truly stunned by his behavior that day.

I hope that you will consider leniency in sentencing for my nephew. I know that Patrick is an intelligent and caring person, and I know he has much to offer.

Please contact me if I can provide further information.

Respectfully,

Margaret Siderwicz
4 Sea Lane
Sagamore Beach, MA 02562

508-367-5531
meg.siderwicz@gmail.com

Michelle I Tobey

204 West Ave

Darien CT 06820

December 29,2022

To whom it may concern,

I am writing this on behalf of Patrick E McCaughey III. I was both troubled and very surprised to learn that Pat is facing many charges including jail time. I strongly believe and I know in my gut and heart that this is not who Patrick E McCaughey IV is. I have always known him to be a good person, a caring and kind individual and a great son.

I have known Patrick (Pat) McCaughey for the past 8 years. A family friend, if you will. He frequented my place of business where I have worked for the past 29 years. Pat would come in to pick up materials for a job he and his Dad were working on. He has always been polite and respectful. As well as a very responsible person for his 25 years. He has good moral character just like his dad and grandfather who I have had the pleasure of knowing for the past 45 years. Over the past 15 years I have come to know about Pat through his dad, who has always been very proud of him. He is a good boy without a mean bone in his body. I have never known him to be malicious or intentionally hurtful to anyone. There were videos I have seen in the news where Pat is heard saying to another police office that another office needs help and to get him (the injured officer) out of there. He is a good person. He is an honorable person. I understand this is very serious and the charges are not to be taken lightly but I am hoping for leniency in this case. I am hoping you will see the good and honorable person that he is.

Sincerely,

Michelle I Tobey

28

Bernadette Flory
Wilton, CT 06897
Bernafleur10@aol.com

Dear Judge,

With all due respect I am sending this letter with regard to Patrick Edward McCaughey III, (Pat).
I first met Pat when he was 6 or 7 and had just moved to Connecticut from California; as with
all young children that age he was quite engaging when he would talk about things he was
doing and enjoying such as baseball, fishing etc.

Fast forward to teenager and Young Adult, Pat ended up being a tremendous help to me, he
was quite handy and would come to my house to help me with various projects, as a Widow
this was a very welcome situation for me.

One particular time stands out when my hot water heat was not working and Pat came to the
rescue. I doubt he had ever replaced one before, but he did not run away from the job. He and
I both assessed the situation, and he went to work on figuring out if he could replace it, always
very patient and careful he went to work. I stayed right by his side in case he needed a gopher
(my Husband had been quite handy and I always seemed to end up being that for various
projects we worked on).  Pat was so patient and careful and stuck with it. We decided that it
needed to be replaced, so we removed it, and then Pat offered to go to Home Depot to pick up
a new one. I gave him my Home Depot card and off he went only to get there and find out I
gave him the one that had expired, he had to come back and get the new card I had forgotten
they had sent

He returned to pick it up and went back to get the new heater, only to find when he returned
with the heater, we realized it was the wrong size, so he went back again and bought the right
size, back home he hooked it up, and then I had hot water again. He was so kind and patient
about it, and so conscientious about figuring out how to replace it.

This is just only one of my great experiences with Pat, he was always so patient and kind and
helpful.  He would stop by my house to see if I needed anything, or just to say Merry Christmas
and Happy New Year, he truly is one kind and caring young man.  I think I know a good young
man when I see one as I have 3 sons of my own, I always appreciated how patient and
considerate Pat was when he was here helping me with various projects, as well as coming by
with good wishes for Holidays etc.

I thought his patience with the hot water heater was about above and beyond and so
appreciated his patience and determination to get it done.

On other various occasions he gave me a ride to drop off my car to be repaired and to pick it
up when it was done.

I respectfully submit this letter to you to highlight what a truly wonderful young man Pat
McCaughey is.

My name is Bernadette Flory and I live in Wilton, Connecticut.
Thank you for accepting this letter highlighting  the  true character of Patrick Edward
McCaughey III, (Pat)

Respectfully submitted,
Bernadette Flory.