UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**PATRICK MCCAUGHEY,**<br><br>Defendant. | Case No. 21-cr-40-01 (TNM) |

## GOVERNMENT'S SENTENCING EXHIBITS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this notice of the following exhibits in support of the government's sentencing memorandum. The government has uploaded these videos for defense counsel and Chambers to the USAfx platform. Due to the length of the videos, the government directs Court and counsel to the following relevant time-stamps, which the government will reference during the sentencing hearing:

EX 001 Kyle Ramey Statement: All

EX 002 Officer Chapman Body Worn Camera: 14:06:00 p.m. to 14:24:00 p.m.

EX 003 Officer Green Body Worn Camera: 14:26:00 p.m. to 14:28:00 p.m.

EX 004 CCV Footage Southwest Scaffolding: 2:33:20 p.m. to 2:33:55 p.m.

EX 005 CCV Footage Lower West Terrace Tunnel: 2:50:30 p.m. to 2:51:10 p.m.; 3:07:03 p.m. to 3:12:00 p.m.

EX 006 Defendant Bisignano Video: All

EX 007 Defendant Cantwell Video 1: 5:00 minutes to 6:03 minutes

EX 008 Defendant Cantwell Video 2: 00:00 to 2:45 minutes

EX 009 Farina Full Footage: 19:19 minutes to 23:00 minutes

EX 010 Officer Foulds Body Worn Camera: 15:13:30 p.m. to 15:14:00 p.m.

The government respectfully requests that these exhibits be made part of the record in this case.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY:     /s/
KIMBERLY L. PASCHALL
Assistant United States Attorney
National Security Section
D.C. Bar No. 1015665
601 D Street, N.W.,
Washington, D.C. 20530
202-252-2650
Kimberly.Paschall@usdoj.gov