1                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
2
      * * * * * * * * * * * * * * *    )
3     UNITED STATES OF AMERICA,        )      Criminal Action
                                       )       No. 21-00040
4                     Plaintiff,       )
                                       )
5        vs.                           )
                                       )
6     PATRICK EDWARD McCAUGHEY, III,   )      Washington, D.C.
      TRISTAN CHANDLER STEVENS and     )      August 30, 2022
7     DAVID MEHAFFIE,                  )      9:32 a.m.
                                       )
8                     Defendants.      )
                                       )
9     * * * * * * * * * * * * * * *    )

10
                  TRANSCRIPT OF BENCH TRIAL - DAY 2
11            BEFORE THE HONORABLE TREVOR N. McFADDEN,
                   UNITED STATES DISTRICT JUDGE
12

13
      APPEARANCES:
14
      FOR THE GOVERNMENT:      KIMBERLY L. PASCHALL, ESQ.
15                             JOCELYN P. BOND, ESQ.
                               ASHLEY AKERS, ESQ.
16                             UNITED STATES ATTORNEY'S OFFICE
                                 FOR THE DISTRICT OF COLUMBIA
17                             555 Fourth Street, Northwest
                               Eleventh Floor
18                             Washington, D.C. 20530

19
      FOR THE DEFENDANT        LINDY R. URSO, ESQ.
20         McCAUGHEY:          LAW OFFICES OF LINDY R. URSO
                               810 Bedford Street
21                             Suite 3
                               Stamford, Connecticut 06901
22

23    FOR THE DEFENDANT        LAUREN COBB, ESQ.
           STEVENS:            OFFICE OF THE FEDERAL DEFENDER
24                             NORTHERN DISTRICT OF FLORIDA
                               3 West Garden Street
25                             Suite 200
                               Pensacola, Florida 32502

```
1    APPEARANCES, CONT'D:

2    FOR THE DEFENDANT          WILLIAM L. SHIPLEY, JR., ESQ.
            MEHAFFIE:          LAW OFFICES OF WILLIAM L. SHIPLEY
3                              Post Office Box 745
                               Kailua, Hawaii 96734
4
                               JOSE M. LOPEZ, ESQ.
5                              LOPEZ, SEVERT & PRATT CO.
                               18 East Water Street
6                              Troy, Ohio 45373

7
     REPORTED BY:              LISA EDWARDS, RDR, CRR
8                              Official Court Reporter
                               United States District Court for the
9                                District of Columbia
                               333 Constitution Avenue, Northwest
10                             Room 6706
                               Washington, D.C. 20001
11                             (202) 354-3269

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

<pre>
1                           I N D E X

2                          Direct      Cross        Red.

3

4    WITNESSES FOR THE GOVERNMENT:

5    Damian Chapman                5

6    George Donigian              20          41
                                              52            54
7
     Chad Curtice                 56
8
     Abdulkadir Abdi              67          92
9                                            105
                                             107
10
     William Christopher Bogner  109         155
11                                           172          173

12   Daniel Hodges                176         213          231

13

14   EXHIBITS RECEIVED IN EVIDENCE                        PAGE

15   Government's Exhibit No. 210                            8
     Government's Exhibit No. 241                           15
16   Government's Exhibit No. 215                           24
     Government's Exhibit No. 305                           34
17   Government's Exhibit No. 214.1                         63
     Government's Exhibit No. 201, 201.1                    69
18   Government's Exhibit No. 201.2                         81
     Government's Exhibit No. 206                          114
19   Government's Exhibit No. 411                          139
     Government's Exhibit No. 412                          141
20   Government's Exhibit No. 413                          147
     Government's Exhibit No. 304                          150
21   Government's Exhibit No. 222                          182
     Government's Exhibit No. 303                          190
22   Government's Exhibit No. 203.1                        207
     Government's Exhibit No. 501                          209
23   Government's Exhibit No. 502                          210
     Government's Exhibit No. 503                          210
24

25   Defendant McCaughey's Exhibit A                       225
</pre>

```
 1              THE COURT:  Good morning.

 2              THE COURTROOM DEPUTY:  Your Honor, this is

 3    Criminal Case 21-40, the United States of America versus

 4    Patrick Edward McCaughey, III, Tristan Chandler Stevens and

 5    David Mehaffie.

 6              Counsel, please come forward to identify

 7    yourselves for the record, starting with the Government.

 8              MS. PASCHALL:  Good morning, your Honor.  Kimberly

 9    Paschall for the United States with my colleagues Jocelyn

10    Bond, Ashley Akers and paralegal Kyle Clements.

11              THE COURT:  Good morning, folks.

12              MR. URSO:  Good morning, your Honor.  Lindy Urso

13    for Mr. McCaughey.

14              THE COURT:  Good morning, Mr. Urso.

15              Good morning, Mr. McCaughey.

16              MS. COBB:  Good morning, your Honor.  Lauren Cobb

17    for Tristan Stevens.

18              THE COURT:  Good morning, Ms. Cobb.

19              Good morning, Mr. Stevens.

20              MR. SHIPLEY:  Good morning, your Honor.  William

21    Shipley and José Lopez on behalf of the Defendant David

22    Mehaffie, who's present.

23              THE COURT:  Good morning, Mr. Shipley.

24              Good morning, Mr. Lopez.

25              And good morning, Mr. Mehaffie.
```

1          Anything for us to address before we resume?

2          MS. PASCHALL:  Just briefly, your Honor.

3          I forgot to ask yesterday.  I believe it's your

4     Honor's preference that we not publish the exhibits to the

5     media Dropbox until the conclusion of the trial.  Is that

6     still the practice you'd like us to employ?

7          THE COURT:  No.  That's just because -- for a jury

8     trial.

9          MS. PASCHALL:  Oh, okay.

10         THE COURT:  For this, I'd encourage you to do it

11    as soon as you can.

12         MS. PASCHALL:  We will.

13         THE COURT:  Ms. Paschall, if you could call your

14    next witness.

15         MS. PASCHALL:  The Government calls officer Damian

16    Chapman.

17         (Thereupon, the witness entered the courtroom and

18    the following proceedings were had:)

19         THE COURT:  Good morning, Officer.  If you could

20    stand over there for just a moment.

21         DAMIAN CHAPMAN, GOVERNMENT WITNESS, SWORN.

22         THE COURT:  Feel free to have a seat, sir.  That

23    microphone is adjustable.  Make sure it's comfortable for

24    you.

25                    DIRECT EXAMINATION

```
 1    BY MS. PASCHALL:
 2    Q.  Good morning.  Could you please state and spell your
 3    full name for the record?
 4    A.  First name is Damian, D-A-M-I-A-N; last name Chapman,
 5    C-H-A-P-M-A-N.
 6    Q.  Where are you employed?
 7    A.  Metropolitan Police Department.
 8    Q.  How long have you been with the Metropolitan Police
 9    Department?
10    A.  Just over seven years.
11    Q.  What's your current duty assignment?
12    A.  Patrol in the Fifth District.
13    Q.  Were you working on January 6th, 2021, in your capacity
14    as a Metropolitan Police Department officer?
15    A.  Yes.
16    Q.  What was your duty assignment on that day?
17    A.  As a member of CDU 54, rapid response team.
18    Q.  And as a rapid response team, what were the duties you
19    thought you would be executing on that particular day?
20    A.  Just managing the crowds, responding to any kind of
21    incidents that might occur.
22    Q.  Is that typically something you would do as a member of
23    a CDU platoon?
24    A.  Yes.
25    Q.  Where were you originally stationed when you first
```

1    checked in for duty on January 6th, 2021?

2    A.   Roughly around the area of the African-American Museum.

3    Q.   Did there come a time where your platoon was called to

4    the grounds of the United States Capitol?

5    A.   Yes.

6    Q.   Why were you called to the Capitol?

7    A.   They said that there was a large group of people coming

8    to the Capitol and attempting to get onto the grounds.  So

9    they wanted us to go there to assist with preventing them

10   from getting any further.

11   Q.   And on January 6th, 2021, were you wearing your

12   department-issued body-worn camera?

13   A.   Yes, ma'am.

14   Q.   And was it activated during your time at the U.S.

15   Capitol grounds?

16   A.   Yes.

17   Q.   And have we reviewed that in preparation for your

18   testimony here today?

19   A.   Yes.

20   Q.   And did that appear to be a fair and accurate

21   representation of what you witnessed on January 6th, 2021?

22   A.   Yes.

23            MS. PASCHALL:  If we could please pull up Exhibit

24   210.

25            (Whereupon, segments of Government's Exhibit

```
 1   No. 210 were published in open court.)

 2            MS. PASCHALL:  If we could pause it.

 3   BY MS. PASCHALL:

 4   Q.  We've pulled up what is marked as Exhibit No. 210 at

 5   14:04:40.  Officer, is this a fair and accurate

 6   representation of your body-worn camera from January 6th,

 7   2021?

 8   A.  Yes.

 9            MS. PASCHALL:  At this time, your Honor, the

10   Government would move the admission of Exhibit 210 and its

11   derivatives.

12            THE COURT:  Seeing no objection, I will admit it.

13   210 and its derivatives.

14            (Whereupon, Government's Exhibit No. 210 was

15   entered into evidence.)

16            MS. PASCHALL:  If we could please pull up 210.3.

17            (Whereupon, segments of Government's Exhibit

18   No. 210.3 were published in open court.)

19            MS. PASCHALL:  Pause it, please.

20   BY MS. PASCHALL:

21   Q.  Officer, what is the timestamp in the corner of 210.3?

22   A.  It says 13:59.

23   Q.  And so at roughly 1359 hours on January 6th, where were

24   you?

25   A.  Right at the bottom of the steps of the Capitol.
```

Chapman - DIRECT - By Ms. Paschall

1   Q.  Why were you standing there?

2   A.  We were there assisting Capitol Police with forming a

3   line to prevent everybody that you see here in the crowd

4   from passing -- to get further into Capitol grounds.

5           MS. PASCHALL:  If we could please play 210.3.

6           (Whereupon, segments of Government's Exhibit

7   No. 210.3 were published in open court.)

8           MS. PASCHALL:  Pause it for a second.  We stopped

9   at 14:00:33.

10  BY MS. PASCHALL:

11  Q.  Can you hear the chanting that's going on from the

12  crowd?

13  A.  I can hear the chanting.  I couldn't make out exactly

14  what they were saying.

15  Q.  That's fine.  I just wanted to ask you, generally, what

16  type of statements were coming from the crowd while you were

17  standing there on the west front?

18  A.  That we were wrong to be preventing them from coming

19  into the Capitol, that they should be able to go in, we were

20  on the wrong side, things of that nature.

21          MS. PASCHALL:  If we could start again at

22  14:00:33.

23          (Whereupon, segments of Government's Exhibit

24  No. 210.3 were published in open court.)

25          MS. PASCHALL:  Pause the video.

Chapman - DIRECT - By Ms. Paschall

1    BY MS. PASCHALL:

2    Q.  We stopped at 14:01:49.  Officer, what just happened in

3    this portion of the video?

4    A.  I believe that a group was attempting to push through

5    these barricades that were over here.  So we came over to

6    kind of reinforce that because it didn't seem like there was

7    a lot of officers over there at the time.

8    Q.  And when we saw you running there on your left-hand

9    side, what did you see?

10   A.  I'm sorry.  I didn't see what was on --

11        MS. PASCHALL:  Let's just run it back about 15

12   seconds, Mr. Clements.  That's fine.  We'll start at

13   14:01:33.

14        (Whereupon, segments of Government's Exhibit

15   No. 210.3 were published in open court.)

16   BY MS. PASCHALL:

17   Q.  To your left-hand side, do you see that structure there

18   at 14:01:36?

19   A.  Yes.

20   Q.  Do you know what that is?

21   A.  I think it's some construction that was going on over

22   there along the steps.

23        MS. PASCHALL:  If we could pull up 210.1, please.

24        (Whereupon, segments of Government's Exhibit

25   No. 210.1 were published in open court.)

1          MS. PASCHALL:  If we could stop the video.  Go

2     back to 14:05:27, so two seconds back, please.

3               (Whereupon, segments of Government's Exhibit

4     No. 210.1 were published in open court.)

5     BY MS. PASCHALL:

6     Q.  Officer, on your screen here, I'm going to circle an

7     individual right in the middle of your body-worn camera at

8     14:05:27.

9               Do you see that individual?

10    A.  Yes.

11    Q.  Is that a person that you know?

12    A.  No, not personally.

13              MS. PASCHALL:  If we could start the video again

14    at 14:05:27.

15              (Whereupon, segments of Government's Exhibit

16    No. 210.1 were published in open court.)

17              MS. PASCHALL:  And if we could stop the video at

18    14:06:16.

19    BY MS. PASCHALL:

20    Q.  Officer, were you able to hear what that individual just

21    spoke to you?

22    A.  It sounded like something about "Why are you protecting

23    them?"

24    Q.  Was that consistent with things you were hearing from

25    the crowd on January 6th, 2021?

```
 1    A.  Yes.

 2              MS. PASCHALL:  If we could pull ahead,

 3    Mr. Clements, to timestamp 14:07:08.

 4              (Whereupon, segments of Government's Exhibit

 5    No. 210.1 were published in open court.)

 6              MS. PASCHALL:  I'm sorry.  Go back a few to

 7    14:07:04.  We can start from there.

 8              (Whereupon, segments of Government's Exhibit

 9    No. 210.1 were published in open court.)

10              MS. PASCHALL:  Stop the video at 14:07:21 and pull

11    ahead to 14:10:22.  Play from that point, please.

12              (Whereupon, segments of Government's Exhibit

13    No. 210.1 were published in open court.)

14              MS. PASCHALL:  Stop at 14:11:07.

15    BY MS. PASCHALL:

16    Q.  Officer, do you see the individual there pointing behind

17    you, the guy in the Trump hat?  Do you see him point in the

18    direction behind you?

19    A.  Yes.  Off in the distance, yes.

20    Q.  Do you know what was directly behind you at that point

21    in time?

22    A.  I mean, there was that construction that was going on

23    back there in the steps.  But...

24    Q.  Fair to say construction that was on the Capitol

25    Building?
```

1    A.  Yes.

2              MS. PASCHALL:  If we could please bring up 210.2.

3    Video 210.2 starts at 14:18:55.  Please play from there.

4              (Whereupon, segments of Government's Exhibit

5    No. 210.2 were published in open court.)

6              MS. PASCHALL:  If you could stop it at 14:20:31.

7    BY MS. PASCHALL:

8    Q.  Officer, are there bike racks still immediately in front

9    of you at 14:20:31?

10   A.  Yes.

11   Q.  And off to the bike rack on the left there, do you see

12   what looks like a white placard in front of that bike rack

13   facing away from you and towards the crowd?

14   A.  Yes.

15   Q.  And now in this particular clip, do several individuals

16   have their hands on that bike rack?

17   A.  Yes.

18             MS. PASCHALL:  If we could move ahead to 14:21:04.

19             (Whereupon, segments of Government's Exhibit

20   No. 210.2 were published in open court.)

21             MS. PASCHALL:  Pause the video 14:21:13.

22   BY MS. PASCHALL:

23   Q.  Officer, do you see the same individual that I circled

24   earlier off to the right-hand side of this screen at

25   14:21:13?

1    A.  Yes.

2    Q.  Now, did you and I also review other officers' body-worn

3    camera from the Metropolitan Police Department who were in

4    the same area here with you at this bike rack?

5    A.  Yes.

6    Q.  And were you able to hear somebody in the crowd actually

7    identify you in that body-worn camera video by your name tag

8    D. Chapman?

9    A.  Yes.

10   Q.  Was that video that we watched a fair and accurate

11   depiction of what you were seeing on January 6th, 2021?

12   A.  Yes.

13          MS. PASCHALL:  At this point, could we please pull

14   up Exhibit 241.  And if we could move 241 to timestamp

15   14:04:40.

16          (Whereupon, segments of Government's Exhibit No.

17   241 were published in open court.)

18          MS. PASCHALL:  Stop the video.

19   BY MS. PASCHALL:

20   Q.  Officer, is this again a fair and accurate

21   representation of where you were at approximately 14:04:34

22   on January 6th, 2021?

23   A.  Yes.

24          MS. PASCHALL:  At this time, your Honor, the

25   Government would move the admission of Government's Exhibit

```
1    241.
2              THE COURT:  Seeing no objection, 241 is in.
3              (Whereupon, Government's Exhibit No. 241 was
4    entered into evidence.)
5              MS. PASCHALL:  If we could please move Exhibit 241
6    ahead to timestamp 14:06:45.
7              (Whereupon, segments of Government's Exhibit
8    No. 241 were published in open court.)
9              MS. PASCHALL:  Pause the video.  We stopped at
10   14:06:54.
11   BY MS. PASCHALL:
12   Q.  Again, Officer, I'm circling an individual in the center
13   right-hand side of the screen in a dark brown sweatshirt.
14   Do you see that individual?
15   A.  Yes.
16   Q.  Is that the same individual we've pointed out in your
17   videos as well?
18   A.  Yes.
19             MS. PASCHALL:  If we could continue playing
20   Exhibit 241.
21             (Whereupon, segments of Government's Exhibit
22   No. 241 were published in open court.)
23             MS. PASCHALL:  Pause the video.
24   BY MS. PASCHALL:
25   Q.  Did you hear that individual just say, "Our issue is not
```

Chapman - DIRECT - By Ms. Paschall

1    with you; you can just leave"?

2    A.  Yes.

3            MS. PASCHALL:  If we could keep playing at

4    14:07:11.

5            (Whereupon, segments of Government's Exhibit

6    No. 241 were published in open court.)

7            MS. PASCHALL:  Pause the video.

8    BY MS. PASCHALL:

9    Q.  Did you hear that individual pointing at the Capitol

10   saying, "They don't do shit.  You're out here risking your

11   life for them.  Why?"

12   A.  Yes.

13           MS. PASCHALL:  If we could continue playing at

14   14:07:44.

15           (Whereupon, segments of Government's Exhibit

16   No. 241 were published in open court.)

17           MS. PASCHALL:  Stop the video again.

18   BY MS. PASCHALL:

19   Q.  Did you hear the guy in the gray sweatshirt at that

20   point in time saying, "President got beat out for fraud and

21   you guys allowed that crap"?

22   A.  Yes.

23           MS. PASCHALL:  If we could continue again at

24   14:08:37.

25           (Whereupon, segments of Government's Exhibit

1      No. 241 were published in open court.)

2                     MS. PASCHALL:  Stop the video at 14:09:31, please.

3      And if we could move ahead to timestamp 14:15:46.

4                     (Whereupon, segments of Government's Exhibit

5      No. 241 were published in open court.)

6                     MS. PASCHALL:  And if we could stop the video at

7      14:15:53.

8      BY MS. PASCHALL:

9      Q.  Can you hear the guy in the blue jacket with the beard

10     saying something to the effect of, "Do you have any idea

11     what's going on in there?"

12     A.  Yes.

13                     MS. PASCHALL:  Start again at 14:15:53.

14                     (Whereupon, segments of Government's Exhibit

15     No. 241 were published in open court.)

16                     MS. PASCHALL:  And if we could stop at 14:16:00.

17     BY MS. PASCHALL:

18     Q.  Do you hear that same gentleman in the blue jacket

19     saying, "They are stealing our fucking country"?

20     A.  Yes.

21                     MS. PASCHALL:  If we could now move ahead to

22     timestamp 14:22:54.

23                     (Whereupon, segments of Government's Exhibit

24     No. 241 were published in open court.)

25                     MS. PASCHALL:  Stop the video.

```
 1    BY MS. PASCHALL:
 2    Q.  We stopped at 14:23:25.  What have we just witnessed
 3    here?
 4    A.  The group pulling out the bike racks, the crowd.
 5             MS. PASCHALL:  If we could please pull ahead to
 6    14:26:09.
 7             (Whereupon, segments of Government's Exhibit
 8    No. 241 were published in open court.)
 9             MS. PASCHALL:  Stop the video.
10    BY MS. PASCHALL:
11    Q.  We stopped at 14:26:16.  Can you hear officers in that
12    video talking about teargas?
13    A.  Yes.
14    Q.  And what does it appear is happening at this point in
15    time?
16    A.  A large cloud of teargas is moving through the crowd.
17    Q.  Again, sort of in the center off to the right of this
18    screen I've circled an individual.  Does that appear to be
19    the same individual we've circled in previous body-worn
20    camera, both yours and Officer Green's?
21    A.  Yes.
22             THE COURT:  I've got a question for you, Officer.
23    That teargas, do you know where that was coming from?
24             THE WITNESS:  Just off to the right somewhere.  I
25    don't know who -- if it was deployed by officers or if it
```

1    came from the crowd.

2              MS. PASCHALL:  If we could continue at 14:26:16.

3              (Whereupon, segments of Government's Exhibit

4    No. 241 were published in open court.)

5              MS. PASCHALL:  Stop the video at 14:26:33.

6    BY MS. PASCHALL:

7    Q.  What's happened to the state of the line that you all

8    had previously established here in this corner?

9    A.  It's beginning to break down.

10   Q.  And what about the bike racks?

11   A.  They are getting dragged out into the crowd.

12   Q.  After approximately this point in time, the 14:26 point

13   in time, did you actually leave this area?

14   A.  I did eventually leave this area.

15   Q.  Where did you go?

16   A.  Back towards the steps and then eventually up to the

17   upper part of the steps on the Capitol grounds.

18   Q.  Why did you do that?  Why did you leave this area?

19   A.  I'd been OC sprayed by someone in the crowd and, like I

20   said, the crowd began to kind of surge forward so we all

21   retreated.  The officers retreated up to the top to kind of

22   establish ground again.

23   Q.  Is that because that was the best tactical decision for

24   you all to make at that point in time?

25   A.  Yes.

Chapman - DIRECT - By Ms. Paschall

```
 1                    MS. PASCHALL:  Thank you, Officer.  I have no
 2      further questions.
 3                    THE COURT:  Mr. Urso?
 4                    MR. URSO:  I have no questions.  Thank you,
 5      Officer.
 6                    THE COURT:  Any other defense counsel?
 7                    Officer Chapman, I appreciate your testimony here
 8      today.  You may step down.  You're free to go.
 9                    THE WITNESS:  Thank you.
10                    (Witness excused.)
11                    THE COURT:  Ms. Paschall, you may call your next
12      witness.
13                    MS. PASCHALL:  Thank you, your Honor.
14                    The Government calls Lieutenant George Donigian.
15                    (Thereupon, the witness entered the courtroom and
16      the following proceedings were had:)
17                 GEORGE DONIGIAN, GOVERNMENT WITNESS, SWORN.
18                    THE COURT:  Good morning, Lieutenant.
19                    THE WITNESS:  Good morning.
20                    THE COURT:  Feel free to have a seat and adjust
21      the microphone.
22                             DIRECT EXAMINATION
23      BY MS. PASCHALL:
24      Q.  Good morning.  Could you please state and spell your
25      full name for the Court?
```

1    A.   Good morning.  I'm Lieutenant George Donigian,

2    G-E-O-R-G-E; last name Donigian, D-O-N-I-G-I-A-N.

3    Q.   Where are you employed?

4    A.   The Metropolitan Police Department.

5    Q.   How long have you been with the Metropolitan Police

6    Department?

7    A.   Thirteen years.

8    Q.   What's your current duty assignment?

9    A.   I'm a lieutenant assigned to the Fifth District.

10   Q.   What do you do as a lieutenant with the Fifth District?

11   A.   Currently I'm assigned to the admin office, so I manage

12   a lot of paperwork.

13   Q.   On January 6th, 2021, were you working as a lieutenant

14   with the Metropolitan Police Department?

15   A.   Yes, I was.

16   Q.   What was your duty assignment that day?

17   A.   I was assigned to the First District in charge of CDU

18   Platoon 12.

19   Q.   And what were some of your responsibilities as the

20   lieutenant assigned to CDU Platoon 12?

21   A.   Everything from accountability of the members on the

22   platoon, making sure they came to work and were accounted

23   for and went home, and taking our direction for the day from

24   the incident commander of where to go and what to do and

25   then making sure that we carried out whatever we were asked

1    to do.

2    Q.  So where were you originally stationed when you began

3    work on January 6th, 2021?

4    A.  For the beginning of the day, we were in the 300 block

5    of C Street Northwest.

6    Q.  And what did you expect to be doing there?

7    A.  Hopefully staying there the whole day until we went

8    home.

9    Q.  And what was the purpose of CDU 12 being stationed in

10   that specific area?

11   A.  We were in hard gear, protective gear, and my

12   understanding was that we were close to the Capitol in the

13   event that assistance from a hard platoon was needed there.

14   Q.  And did there come a time where assistance from a hard

15   platoon was called?

16   A.  Yes.

17   Q.  And who made that decision?

18   A.  Inspector Glover.

19   Q.  And what did you all do in response?

20   A.  We drove down there as quickly as we could and then went

21   to where he was asking for help.

22   Q.  And where was that?

23   A.  On the lower west terrace.

24   Q.  On January 6th, 2021, were you wearing a body-worn

25   camera?

 1    A.  Yes, I was.

 2    Q.  And is it presently affixed to your uniform as well on

 3    your breast pocket area?

 4    A.  Yes.

 5    Q.  And was it activated when you came to the west front of

 6    the Capitol on January 6th, 2021?

 7    A.  Yes.

 8    Q.  Did you and I review that in preparation for your

 9    testimony today?

10    A.  Yes.

11          MS. PASCHALL:  If we could pull up Exhibit 215,

12    please.  Just play a little bit at the beginning.

13          (Whereupon, segments of Government's Exhibit

14    No. 215 were published in open court.)

15          MS. PASCHALL:  Stop 215.

16    BY MS. PASCHALL:

17    Q.  Lieutenant, I've played Exhibit 215 at the timestamp

18    13:16:50.  Does this look like a fair and accurate

19    representation of your body-worn camera as it was recording

20    while you approached the Capitol grounds on January 6th,

21    2021?

22    A.  Yes.

23          MS. PASCHALL:  At this time, the Government would

24    move Exhibit 215 and its derivatives into evidence.

25          THE COURT:  Seeing no objection, 215 and its

 1       subcomponents are in.

 2                 (Whereupon, Government's Exhibit No. 215 was

 3       entered into evidence.)

 4       BY MS. PASCHALL:

 5       Q.  Now, where we have the screen stopped at 13:16:50, what

 6       were you doing at that point in time?

 7       A.  That was just as I was driving onto Capitol grounds.  I

 8       believe it's Capitol Plaza Southeast, is the specific road

 9       name there.  But it was when we got there.

10       Q.  And this body-worn camera is in military tame.  But fair

11       to say that's about 1:16 p.m.; is that accurate?

12       A.  Yes.

13       Q.  Do you know whether or not CDU 12 was one of the first

14       platoons called to the Capitol by Inspector Glover to

15       assist?

16       A.  Yes.

17       Q.  Why were you one of the first platoons called?

18       A.  We were the closest platoon in hard gear and we were

19       already in our gear at the time.

20                 MS. PASCHALL:  If we could now pull up 215.1,

21       please.

22                 (Whereupon, segments of Government's Exhibit

23       No. 215.1 were published in open court.)

24       BY MS. PASCHALL:

25       Q.  Lieutenant, I've stopped 215.1 at 14:26:27.  What were

1    we looking at at this point in time?

2    A.  This is about an hour and ten minutes after I got there.

3    It is my body-worn camera video showing -- it's facing west

4    from the west terrace of the Capitol alongside some

5    scaffolding.

6    Q.  And the scaffolding, is that what is immediately in the

7    left of the screen there?

8    A.  Yes.

9    Q.  Can you describe over the approximately hour and ten

10   minutes that we skipped over in your body-worn camera, what

11   was the crowd like between the time that you arrived there

12   versus now that we're looking at 14:26:47?

13   A.  Well, it was violent, not very responsive to what we

14   were telling them to do as far as moving back off the

15   grounds.  There were a lot of people that were trying to

16   steal the bike racks that had been placed to try to keep

17   people away.

18          There was -- there was a lot of OC spray and bear

19   spray and other stuff sprayed on us from members in the

20   crowd.  A lot of objects were thrown at us from people in

21   the crowd and struck -- you know, swung towards us.  Nobody

22   was really listening to us as far as moving back and leaving

23   like we were trying to tell them to do.

24   Q.  And as we're looking from your perspective at 14:26:47,

25   is it fair to say the Capitol Building is behind you at this

1    point?

2    A.  Yes.

3    Q.  The officers who are immediately in front of you, what

4    are they attempting to do?

5    A.  They are trying to hold people back.

6    Q.  Do you still see any of those bike racks in front of

7    them that you mentioned?

8    A.  No.

9    Q.  And does it appear that the officers are elevated on a

10   step above the crowd that is below them?

11   A.  Yes.

12   Q.  And is that where the officers were primarily stationed

13   during your time in the preceding hour on the west front up

14   on the top of that stair area over here near this particular

15   scaffolding?

16   A.  Yes.

17             MS. PASCHALL:  If we could continue to play the

18   video from 14:26:47.

19             (Whereupon, segments of Government's Exhibit

20   No. 215.1 were published in open court.)

21             MS. PASCHALL:  If we could stop the video.

22   BY MS. PASCHALL:

23   Q.  At 14:27:20, Lieutenant, what are you doing in that

24   portion of the video?

25   A.  I was scanning, trying to find -- essentially trying to

1    find some work, what needed to be done.  So in that

2    particular moment, I saw an officer that looked to be

3    overwhelmed with something in his eye, either OC, bear,

4    Mace, whatever it was.  So I was trying to get him further

5    back to rinse out his eyes.

6              MS. PASCHALL:  If we could start the video again

7    at 14:27:20.

8              (Whereupon, segments of Government's Exhibit No.

9    215.1 were published in open court.)

10             MS. PASCHALL:  If we could stop the video.

11   BY MS. PASCHALL:

12   Q.  We've paused at 14:28:06.  What has just happened during

13   this portion of the video?

14   A.  That part of the line got overwhelmed and pretty much

15   fell apart.

16   Q.  And off to your left here, do we see some individuals

17   with bright yellow on their jackets -- on the arms of the

18   jackets or immediately in the center on the jacket?

19   A.  Yes.

20   Q.  Who are those individuals?

21   A.  With the exception of the one person right in the middle

22   of the screen, those are mountain bike officers.  The person

23   right in front is a sergeant that works at the academy.

24   Q.  Do you know who it is?

25   A.  Yes.  It's Sergeant Riley, Paul Riley.

1      MS. PASCHALL:  If we could continue at 14:28:06.

2          (Whereupon, segments of Government's Exhibit No.

3      215.1 were published in open court.)

4          MS. PASCHALL:  If we could stop the video at

5      14:28:43.

6      BY MS. PASCHALL:

7      Q.  Lieutenant, did you just see an officer duck underneath

8      that scaffolding there?

9      A.  Yes.

10     Q.  Do you know why officers would have been doing that at

11     this point in time?

12     A.  Trying to get further away from the crowd so they could

13     decon, so they could see or breathe easily.

14     Q.  When you say "decon," can you describe what that process

15     is for us?

16     A.  At this point for the most part it was finding a bottle

17     of water that Capitol Police seemed to have a lot of and

18     pouring it or squirting it in your eyes to wash away

19     whatever was obstructing your vision.

20     Q.  Is that in an attempt to counteract whatever chemical

21     irritants the officers have come into contact with at that

22     point?

23     A.  Yes.

24     Q.  Is it fair to say, though, that the officers are not

25     retreating because they are simply giving up the line there?

1   A.  Correct.

2           MS. PASCHALL:  If we could continue the video at

3   14:28:43.

4           (Whereupon, segments of Government's Exhibit No.

5   215.1 were published in open court.)

6           MS. PASCHALL:  And if we could stop the video at

7   14:29:52.

8   BY MS. PASCHALL:

9   Q.  Lieutenant, did you hear what the officer who just came

10  from there from the right of the screen was saying to you?

11  A.  I did not.

12          MS. PASCHALL:  If we could just pull it back

13  another five seconds and listen for that individual.

14          (Whereupon, segments of Government's Exhibit No.

15  215.1 were published in open court.)

16          MS. PASCHALL:  Stop the video.

17  BY MS. PASCHALL:

18  Q.  Were you able to hear him that time?

19  A.  Yes.

20  Q.  What was he saying?

21  A.  "They're pulling us back.  They're pulling us back."

22  Q.  At this point in time, when you were there on January

23  6th, 2021, do you remember being given any orders to pull

24  back?

25  A.  I don't.

 1              MS. PASCHALL:  If we could continue at 14 -- well,

 2     actually, before we go on --

 3     BY MS. PASCHALL:

 4     Q.  Directly ahead of you in this video, approximately how

 5     many officers would you say are still in between the Capitol

 6     behind you and the crowd in front of you just in your shot

 7     of your body-worn camera here?

 8     A.  About ten.

 9              MS. PASCHALL:  If we could continue at 14:29:52.

10              (Whereupon, segments of Government's Exhibit No.

11     215.1 were published in open court.)

12              MS. PASCHALL:  Stop the video at 14:31:26.

13     BY MS. PASCHALL:

14     Q.  Did you hear that individual off to the right say, "This

15     is our House; we're patriots"?

16     A.  Yes.

17     Q.  At this point in time, now, at 14:31:26, what are you

18     attempting to do here?

19     A.  Kind of a combination of doing what the captain and

20     lieutenant that were just on the video said about trying to

21     form a line.  But then also kind of evaluating our

22     circumstances and seeing that I don't -- I didn't think we

23     were going to be able to hold anyone back for much longer.

24     Q.  Why was that?

25     A.  We were being overwhelmed between -- from all of the

Donigian - DIRECT - By Paschall

1   various types of assaults and just the huge crowd surge that

2   was, you know, continuing to come towards us.

3          MS. PASCHALL:  If we could start the video again

4   at 14:31:26.

5          (Whereupon, segments of Government's Exhibit No.

6   215.1 were published in open court.)

7          MS. PASCHALL:  Stop the video, please, at

8   14:32:36.

9   BY MS. PASCHALL:

10  Q.  Lieutenant, I'm going to have you look in the direct

11  center of the frame in the scaffolding there.  What do you

12  see happening?

13  A.  There are two people climbing up the scaffolding.

14         MS. PASCHALL:  If we could continue at 14:32:36.

15         (Whereupon, segments of Government's Exhibit No.

16  215.1 were published in open court.)

17         MS. PASCHALL:  If we could stop the video at

18  14:33:32.

19  BY MS. PASCHALL:

20  Q.  Off to the left in the scaffolding there, what are we

21  seeing at this point?

22  A.  There are a lot more people climbing up that

23  scaffolding.

24         MS. PASCHALL:  If we could pull up screenshot

25  215.2, please.

1          (Whereupon, segments of Government's Exhibit No.

2     215.2 were published in open court.)

3     BY MS. PASCHALL:

4     Q.  Lieutenant, is this a screenshot from your body-worn

5     camera at 14:33:37?

6     A.  Yes.

7     Q.  And what are we looking at here?

8     A.  It's my body camera pointing at the scaffolding showing

9     a good number of people climbing up the scaffolding.

10          MS. PASCHALL:  If we could please go back to 215.1

11    and start again at 14:33:30.

12          (Whereupon, segments of Government's Exhibit

13    No. 215.1 were published in open court.)

14          MS. PASCHALL:  If we could pause, please.

15    BY MS. PASCHALL:

16    Q.  We stopped at 14:33:41.  Lieutenant, I'm circling an

17    individual there on the scaffolding all the way off to the

18    left in a gray sweatshirt and jeans.  Do you see that

19    individual?

20    A.  Yes.

21    Q.  Do you know that person?

22    A.  No.

23          MS. PASCHALL:  If we could continue the video at

24    14:33:41.

25          (Whereupon, segments of Government's Exhibit

1    No. 215.1 were published in open court.)

2         MS. PASCHALL:  Stop the video at 14:33:55.

3    BY MS. PASCHALL:

4    Q.  Lieutenant, did you just hear somebody from below you

5    screaming into that bullhorn?

6    A.  Yes.

7    Q.  What was that individual saying?

8    A.  He's saying, "You're defending pedophiles.  You should

9    quit your effing job."

10   Q.  Did that phrase about pedophiles have any particular

11   meaning for you?

12   A.  Not at the time.  And honestly, for the most part I

13   wasn't listening to what was being said in realtime.

14   Q.  That's fair.

15        MS. PASCHALL:  If we could please pull up Exhibit

16   No. 305.

17   BY MS. PASCHALL:

18   Q.  And while Mr. Clements is pulling that up, let me ask

19   you, Lieutenant, while you were on the grounds of the

20   Capitol on January 6th, 2021, were there individuals within

21   the crowd who were taking videos that you were able to see?

22   A.  Yes.

23        MS. PASCHALL:  I'm going to play, if we could,

24   Exhibit 305 for about five seconds.

25             (Whereupon, segments of Government's Exhibit No.

1    305 were published in open court.)

2            MS. PASCHALL:  And if we could pause the video.

3    BY MS. PASCHALL:

4    Q.  Lieutenant, does this look like the same scaffolding on

5    the southwest side of the Capitol that you were adjacent to

6    in your body-worn camera in Exhibit 215?

7    A.  Yes.

8    Q.  And is it a fair and accurate representation of what the

9    scaffolding looked like with the crowd of rioters on January

10   6th, 2021?

11   A.  Yes.

12           MS. PASCHALL:  At this time, I'd move the

13   admission of Exhibit 305.

14           THE COURT:  Seeing no objection, 305 is in.

15           (Whereupon, Government's Exhibit No. 305 was

16   entered into evidence.)

17           MS. PASCHALL:  If we could continue to play

18   Exhibit No. 305.

19           (Whereupon, segments of Government's Exhibit

20   No. 305 were published in open court.)

21           MS. PASCHALL:  If we could pause the video.

22   BY MS. PASCHALL:

23   Q.  We've paused the video at about 19 seconds.  Lieutenant

24   Donigian, are we still seeing some individuals climbing in

25   the scaffolding like we did in your body-worn camera?

Donigian - DIRECT - By Paschall

```
 1    A.  Yes.
 2              MS. PASCHALL:  If we could continue at 19 seconds
 3    in Exhibit 305.
 4              (Whereupon, segments of Government's Exhibit
 5    No. 305 were published in open court.)
 6              MS. PASCHALL:  If we could pause the video.
 7    BY MS. PASCHALL:
 8    Q.  Now, up at the very top left corner of this video, did
 9    you see an individual in one of those neon yellow jackets?
10    A.  Yes.
11    Q.  Do you believe that to be a Metropolitan Police
12    Department officer?
13    A.  Yes.
14              MS. PASCHALL:  If we could continue the video at
15    38 seconds.
16              (Whereupon, segments of Government's Exhibit
17    No. 305 were published in open court.)
18              MS. PASCHALL:  If we could go back just a little
19    bit to 45 seconds in the video.
20              (Whereupon, segments of Government's Exhibit
21    No. 305 were published in open court.)
22              MS. PASCHALL:  Pause right there.
23    BY MS. PASCHALL:
24    Q.  Lieutenant, do you see some individuals in the center of
25    the screen there?
```

1    A.  Yes.

2    Q.  And what do they appear to be doing?

3    A.  Yelling.

4    Q.  And can you still see that Metropolitan Police

5    Department officer directly above them on the stairs in that

6    yellow jacket?

7    A.  Yes.

8             MS. PASCHALL:  If we could continue the video at

9    45 seconds.

10            (Whereupon, segments of Government's Exhibit

11   No. 305 were published in open court.)

12            MS. PASCHALL:  If we could stop the video.

13   BY MS. PASCHALL:

14   Q.  We stopped at one minute and 19 seconds.  Officer --

15   Lieutenant, at the very, very top right-hand side of the

16   screen, what are we seeing up above there?

17   A.  There are MPD officers on top of -- I believe it's the

18   inaugural stage, is the name of that.  But it's about one

19   story higher than the lower west terrace, where I was.

20   Q.  And what about the bottom third of the photograph?  What

21   are we seeing here?

22   A.  That's a lot of MPD and Capitol officers trying to get

23   up a very narrow stairwell.

24   Q.  And is that in fact the same stairwell that you went up

25   a little bit after the end of your body-worn camera that we

1    just watched in 215.1?

2    A.  Yes.

3    Q.  And once you went up that stairwell, were you also up on

4    the inaugural stage platform?

5    A.  Yes.

6              MS. PASCHALL:  If we could go back to Exhibit

7    215.1.

8              (Whereupon, segments of Government's Exhibit No.

9    215.1 were published in open court.)

10             MS. PASCHALL:  If we could go ahead in time to

11   14:37:30.

12             (Whereupon, segments of Government's Exhibit No.

13   215.1 were published in open court.)

14             MS. PASCHALL:  Stop the video.

15   BY MS. PASCHALL:

16   Q.  We've stopped at 14:37:57.  Directly in front of you,

17   what are we seeing?

18   A.  The stage where the president will get inaugurated soon.

19   There are MPD and Capitol officers up on the stands as well

20   as on the -- I guess the wider stage trying to recover, the

21   decon that I talked about earlier of rinsing off, trying to

22   catch their breath.  There's also the scaffolding.  At the

23   top of the scaffolding, it looked like -- I guess almost

24   like bleachers with nonpolice on top of it.

25   Q.  I'm going to circle for you on the bottom right area of

1    your body-worn camera.  What are we seeing there?

2    A.  Those are officers.  It looks like a mountain bike

3    officer, Sergeant Riley in the yellow, one of my sergeants

4    from CDU 12 to the left.  He doesn't look like he's paying

5    attention to what's coming.  Those are people coming up

6    those stairs that we just had run up.

7    Q.  So is that area there going to be a choke point for

8    rioters who are coming up the scaffolding and getting to the

9    inaugural platform?

10   A.  Yes.

11            MS. PASCHALL:  If we could continue to play at

12   14:37:57.

13            (Whereupon, segments of Government's Exhibit No.

14   215.1 were published in open court.)

15            MS. PASCHALL:  If we could stop the video

16   14:38:40.

17   BY MS. PASCHALL:

18   Q.  Lieutenant Donigian, is it fair to say you are now

19   turned almost 180 degrees from where I stopped the video

20   earlier at 14:37:47?

21   A.  Yes.

22   Q.  And what are we seeing on this side of the inaugural

23   stage?

24   A.  On this side it's the north side -- there's essentially

25   no police presence.  I don't know if there was a stairwell

1    over there.  But the platform and stage area has a lot of

2    people on it that were not law enforcement.

3              MS. PASCHALL:  If we could start again at

4    14:38:40.

5              (Whereupon, segments of Government's Exhibit

6    No. 215.1 were published in open court.)

7              MS. PASCHALL:  And if we could stop the video at

8    14:39:50.

9    BY MS. PASCHALL:

10   Q.  What has just happened here, Lieutenant?

11   A.  That small contingent of officers trying to hold back

12   the group, that choke point, had to go.  So the choke point

13   opened up and people started coming through.

14   Q.  From your experience as a lieutenant with CDU, would it

15   have made any tactical sense for those two or three officers

16   to remain at that choke point given the number of rioters

17   that are out on the stairs behind them?

18   A.  No, not at all.

19             MS. PASCHALL:  Let's start the video again at

20   14:39:50.

21             (Whereupon, segments of Government's Exhibit No.

22   215.1 were published in open court.)

23             MS. PASCHALL:  If we could stop the video.

24   BY MS. PASCHALL:

25   Q.  At 14:40:17, what are we seeing at this point?

```
 1    A.  I had recognized the futility of staying out there and

 2    how dangerous it was becoming again at that point.  So I

 3    gathered all the officers I could find and told them to get

 4    inside the building.

 5              MS. PASCHALL:  If we could please pull up Exhibit

 6    215.3.

 7              MR. LOPEZ:  Excuse me?

 8              MS. PASCHALL:  215.3.

 9              (Whereupon, segments of Government's Exhibit No.

10    215.3 were published in open court.)

11    BY MS. PASCHALL:

12    Q.  Lieutenant Donigian, can you see the timestamp in the

13    corner of 215.3?

14    A.  Yes.

15    Q.  And what is the timestamp there?

16    A.  14:39:53.

17    Q.  I'm going to draw on the bottom right-hand corner of

18    215.3.  Do you see as individual that I've circled there?

19    A.  Yes.

20    Q.  And is that an individual that looks to be wearing a

21    light gray colored top?

22    A.  Yes.

23    Q.  What did you do after you were collecting your men at

24    around 14:40 there on the lower west terrace inaugural

25    platform?
```

1    A.   I went inside the Capitol.

2    Q.   Why did you do that?

3    A.   It seemed like it was a safer place to be.

4    Q.   Lieutenant, in the 13 years that you've been with the

5    Metropolitan Police Department, how many large rallies or

6    marches or First Amendment assemblies would you estimate

7    you've attended to do crowd control?

8    A.   Probably over -- probably over 40.

9    Q.   Have you ever seen anything like the crowd you

10   encountered on January 6th, 2021?

11   A.   No.

12             MS. PASCHALL:  Thank you.  I have no further

13   questions.

14             THE COURT:  Mr. Shipley?

15             MR. SHIPLEY:  I think all counsel have questions.

16   I'll go first.

17             THE COURT:  I beg your pardon?

18             MR. SHIPLEY:  I think all counsel have questions,

19   but I'll go first.

20             THE COURT:  Okay.

21             MR. SHIPLEY:  Could we have 215.1 up?

22             (Whereupon, segments of Government's Exhibit No.

23   215.1 were published in open court.

24             MR. SHIPLEY:  You can pause it.

25                          CROSS-EXAMINATION

```
 1    BY MR. SHIPLEY:

 2    Q.  Lieutenant Donigian, 215.1 is timestamped 2:26:48.

 3    Correct?

 4    A.  Yes.

 5    Q.  Now, yesterday, we had testimony that at 2:25 there was

 6    a tear gas munition discharged in sort of -- at the skirmish

 7    line, for lack of a better word, the division line between

 8    the police and the protesters, rioters, that caused unmasked

 9    officers as well as rioters to begin to disperse.

10          I don't see that in this image.  Was that teargas

11    munition at a different place on the line?

12    A.  Yes.

13    Q.  Okay.  So let's say we're facing the west Capitol or

14    we're facing the Capitol from the west vantage point.  Right

15    or left?  Which side are you on?

16    A.  At the point that the video is paused, I am -- if you're

17    looking at the Capitol from the west, I'm to the right.

18    Q.  You're on the right edge.  You're actually on your left

19    flank with your back to the Capitol.  You're on your left

20    flank and the teargas munition is over on the right side.

21    Right?

22    A.  Yes.

23    Q.  Okay.  So you said that as your officers in front of you

24    were beginning to fall back, it was, you know, due to CS

25    contamination or other episodes in the line, that the line
```

1    wasn't collapsing?

2    A.  It was just individual officers having to come back.

3    Right.  I guess initially until kind of a critical mass was

4    achieved and the whole line --

5    Q.  Eventually --

6    A.  -- fell apart.

7    Q.  Eventually, it was just futile.  There was too many

8    people and not enough officers.  Right?

9    A.  Yes.

10   Q.  Now, in this timeframe, though, you testified that no

11   one was moving back, meaning the crowd.  No one was moving

12   back.  Right?

13   A.  Yes.

14   Q.  Okay.  And you could hear your officers giving

15   instructions: "Move back.  Move back."  Right?

16   A.  Yes.

17   Q.  But that was primarily just to back away from the bike

18   racks.  "Don't handle the bike racks.  Let -- maintain that

19   integrity of that barrier."  Right?

20   A.  It was not just to get away from the bike racks; it was

21   also to get away from the officers, to create distancing.

22   Obviously, also it was much earlier in the pandemic.  So

23   just spacing.  But it was to get them far enough away that

24   people would stop hitting the officers.

25   Q.  Minimize the contact, minimize the threat?

Donigian - CROSS - By Mr. Shipley

1    A.  Yes.

2    Q.  Okay.  But those weren't really commands to disperse,

3    telling people, you know, "Leave and go home"?

4    A.  No.

5    Q.  And did the CS gas discharged on the other, did that

6    ever impact or play any role on your side of the line?

7    A.  Yes.

8    Q.  It did eventually?

9    A.  Yes.

10   Q.  And why don't you describe that.

11   A.  It felt like the wind was blowing very west that day --

12   I'm sorry -- very east that day.  And when the CS went off

13   on the north side, it seemed to just affect everyone in the

14   area.  The north part in particular.  But you could smell CS

15   everywhere.

16   Q.  Like smoke from a barbecue is always coming in your

17   face.  You can never get away from smoke from a barbecue.

18   Same thing.  It's just going to occupy the space.  Right?

19   A.  That's the way it felt.

20   Q.  Now, this was, you know, true for the civilians, whether

21   they be rioters, actively engaging the officers or other

22   people standing back and just watching.  Same effect.

23   Right?

24   A.  I would imagine so.

25   Q.  And in the same way that it impacted your officers'

Donigian - CROSS - By Mr. Shipley

1    behavior, it's going to impact the behavior of the crowd?

2    A.  I think it's going to have a different impact on

3    behavior.

4    Q.  Well, you don't think it had any tendency to agitate the

5    crowd at all, the reaction to the use of those munitions

6    against them?

7    A.  No.  I think non-law enforcement would or should

8    interpret smelling CS gas as yet another indication to leave

9    the area.

10   Q.  And I don't have -- again, I don't think we need to

11   watch the videos again.  But about 2:31, your testimony was

12   that at that point you were evaluating or you were engaged

13   in a combination of evaluating whether you could form a new

14   line or whether forming a new line was really sort of a

15   futile or hopeless exercise.  Right?

16   A.  Yes.

17   Q.  And then at 2:31, you eventually just began -- I think

18   there's a female officer in a white shirt.  Was that the

19   captain?

20   A.  She was a lieutenant.

21   Q.  And you can hear her saying, "Pull back."  Right?

22   A.  I don't remember what she was saying.

23   Q.  I think that's the same video at -- I don't have the

24   exhibit number.  It's 2:31:26 on the timestamp.

25              (Whereupon, segments of Government's Exhibit

Donigian - CROSS - By Mr. Shipley

1    No. 215 were published in open court.)

2              MR. SHIPLEY:  It's 215 at 2:31:26.

3              I think I've got my notes in the wrong place.

4    Actually, it's 2:29:52.  Same video.  Why don't we try now.

5              (Whereupon, segments of Government's Exhibit

6    No. 215 were published in open court.)

7              MR. SHIPLEY:  Stop it there.

8    BY MR. SHIPLEY:

9    Q.  I may have misheard her comments.  Was she directing

10   people to move back and trying to reestablish a new line?

11   A.  No.  She was saying, "New line.  This way."

12   Q.  So -- but the instruction was to try to establish a new

13   line?

14   A.  Yes.

15   Q.  Now, as that was taking place in the videos that we've

16   seen, the officers are not being pursued by the crowd in any

17   way.  Right?  The crowd is pretty stable.  The officers are

18   looking for a more -- a position with more integrity?

19   A.  There were individuals in the crowd that just within the

20   last five seconds before this video was paused were coming

21   out to assault the officers and then other members were -- I

22   guess leaders of the crowd were trying to restrain them.

23   Q.  The reality is that, had any significant number of that

24   crowd made any kind of concerted effort, whether organized

25   or unorganized, they would have simply engulfed and

1    overwhelmed the number of officers.  Right?

2    A.  Yes.

3    Q.  And that didn't happen?

4    A.  Not in one instant moment.  No.

5    Q.  Fair enough.

6           Lots of skirmishes, twos and threes, a fourth,

7    maybe in different places.  But there was no moment in time

8    where, like, 500 crowd members came forward and just

9    engulfed a large number of officers?

10   A.  The entire crowd kind of had this slow push that was

11   essentially constant movement, moving forward for that

12   entire time until we were inside the building.

13   Q.  And we had testimony yesterday that you were continually

14   losing ground to the crowd and restricting your options as a

15   result?

16   A.  Yes.

17   Q.  But eventually, we saw that large congregation of

18   officers being able to go up that narrow hallway.  We saw a

19   picture of that.  And there are no crowd members around.

20   They were able to egress through that narrow passageway and

21   go up the stairs to the lower plaza, lower west terrace

22   landing, so to speak.

23   A.  We all got up those stairs.  I wouldn't say that it was

24   necessarily easy to do or that it was -- it certainly wasn't

25   peaceful to get up there.

1    Q.  Well, I'll agree with you.  Nothing was easy that day.

2    Right?  Nothing was easy.

3    A.  My morning was.

4    Q.  Okay.  Let's talk about the scaffolding for a second.

5    Now, the scaffolding, the way it was erected, it wasn't a

6    barrier.  Right?

7    A.  I don't know what -- well, I would assume it wasn't

8    built as a barrier.  No.

9    Q.  Because we saw the crowd-shot video, not a body cam, but

10   the crowd-shot video of people going up a stairwell with a

11   scaffolding over the top of them on both sides.  Right?

12   A.  Yes.

13   Q.  The stairs were there.  The scaffolding was built in a

14   way so that there was still a stairway up to the next level.

15   A.  Yes.

16   Q.  And at the same time, there were people sort of climbing

17   through the scaffolding like, you know, it was a monkey

18   bars, going from bar to bar, station to station, moving

19   forward.  Right?

20   A.  Yes.

21   Q.  But they were really doing nothing different than the

22   people walking up the stairs.  They were just not in the

23   crowd.

24   A.  Except I think it's pretty obvious where there's an

25   intended passageway and where there's not.  So if you have

1    to climb, you know, through monkey bars, that's pretty

2    obviously not an appropriate passageway.

3    Q.  Well, it's not the easiest, but it's not a barrier.

4    A.  Still not a passageway, though.

5    Q.  I understand.

6            But in other words, to move from the lower level

7    to the upper level, the stairway is available.  You can go

8    on the stairway.  There's nothing that stops you, right,

9    except the crowd?

10   A.  And the -- I mean, just -- it's obvious if you're

11   ducking and crawling through scaffolding bars, that's -- to

12   me, that's pretty obvious it's not where you should be.

13   Q.  Okay.  At the photograph when the officers are entering

14   that tunnel, after getting to the lower west terrace plaza,

15   which I distinguish between the lower west terrace front

16   down below, then you're on the plaza and the plaza takes you

17   to the top.  Do you follow me?

18   A.  Okay.

19   Q.  At the point where the officers are going in the tunnel,

20   there's no crowd out on the plaza with the officers.  Right?

21   There's crowd around them.  You can see members of the

22   crowd.  But the plaza itself is just officers?

23   A.  Right.  But the crowd was continuing to come forward and

24   close in.

25   Q.  And one of the reasons that the officers, you in command

1    or among them commanders at that level, decided to go into

2    the tunnel was that area wasn't secure.  The crowd could

3    come into there just as easily as they could end up coming

4    in below.  Right?

5    A.  Right.

6    Q.  No defensible line, no barriers, nothing to try to

7    protect yourselves from further engagement with the crowd?

8    A.  Yes.

9    Q.  And so everybody heads into the tunnel or many head into

10   the tunnel.  There may have been some other direction others

11   took.  But many headed into the tunnel, and they're not in

12   any way pursued by the crowd as they go into the tunnel?

13   A.  I don't think I would agree that we weren't pursued into

14   the tunnel in the doorway there.  The crowd -- members

15   weren't running after us at, you know, a high speed.  But

16   they certainly closed that distance and kept the distance

17   closed afterwards.

18   Q.  And at some point after -- at any point in time, maybe

19   over the next 20 minutes or half an hour, maybe 45 minutes,

20   I don't know when, did you ever find yourself back out to

21   the front of the tunnel so you could see what happened

22   outside the tunnel with respect to the crowd?

23   A.  Not in the next 20 minutes.  No.

24   Q.  Now, you've seen videos since that day.  Right?

25   A.  I also eventually did get to the front of that tunnel.

1   Q.  Okay.  So at some point in the afternoon on the 6th, you

2   made it to the front of the tunnel that was occupied by

3   Metropolitan Police and Capitol Police for portions of the

4   afternoon until eventually control was regained?

5   A.  Yes.

6   Q.  And outside the mouth of that tunnel at that point was

7   just a sea of people.  Right?

8   A.  That's a tame way to describe it.  Yes.

9   Q.  And in fact, outside the tunnel on that plaza area it

10  didn't look any different at that point than it did down

11  below where there were thousands of people.  Right?

12  A.  Right.  It was incredibly crowded and just absolutely

13  smushed together.

14  Q.  A mass of humanity that had all just kept coming forward

15  until the Capitol was their obstacle for going any further.

16  Right?

17  A.  The Capitol and the police officers standing in the

18  doorway.

19  Q.  Absolutely.  Police officers at the tunnel.  The tunnel

20  was the only way in from that location.

21  A.  Yes.

22          MR. SHIPLEY:  Nothing further, your Honor -- your

23  Honor, could I just have a moment?

24          THE COURT:  Sure.

25          MR. SHIPLEY:  (Confers with co-counsel privately.)

```
1                    Thank you.
2                    THE COURT:  Mr. Urso?
3                    MR. URSO:  No questions, your Honor.
4                    THE COURT:  Ms. Cobb?
5                              CROSS-EXAMINATION
6    BY MS. COBB:
7    Q.  Good morning.
8    A.  Good morning.
9    Q.  I have just a few questions about the easy part of the
10   day.
11                   What time did you and your men stage there at the
12   300 block of C Street?
13   A.  Men and women.
14   Q.  And women.  Excuse me.
15   A.  We had a 7:30 a.m. roll call, so we were probably on
16   C Street no later than 8:30 in the morning.
17   Q.  And so at 8:30 in the morning, you and the men and women
18   in your group are on C Street.  And I think you testified
19   that at that time you're already wearing your hard gear.  Is
20   that correct?
21   A.  Yes.
22   Q.  Who gave the order for you guys to be in your hard gear?
23   A.  That would have been the CDU branch director, would be
24   the position.  I believe it would have been -- I'm not sure
25   what exactly it was, but it was an SOD or special operations
```

1    division lieutenant or captain that when I checked in that

2    morning had told me that we needed to be in that attire for

3    the day.

4    Q.  And is that common, for you and your group starting at

5    7:30 or the beginning of your shift to suit up in your hard

6    gear?

7    A.  Over the past, I guess at that point, seven months of

8    CDU activations, yes.  It was pretty common for us.

9    Q.  And what is the purpose if you're just going to stand on

10   C Street for you to be in your hard gear?

11   A.  So that we are ready to go.  If the situation becomes

12   violent enough that the enhanced protective gear is

13   necessary, so that whomever is in charge of the event,

14   whether it was Inspector Glover or another captain or a

15   commander or assistant chief, would authorize us to respond

16   and help out once it's become essentially violent enough

17   that a regular uniform just isn't safe enough anymore.

18   Q.  So is it safe to say that if you're ordered at the

19   beginning of your shift to put on your hard gear that it is

20   anticipating some sort of violence?

21   A.  No.  I'd say it's not anticipating; planning for the

22   possibility of violence, where a lot of times that we were

23   suited up in hard gear all day and essentially never left

24   our cars.

25               That's why I joke that it was the easy part, was

1    the morning, was that there was a lot of days wearing all

2    that gear that we essentially just sit in the car, doze,

3    watch Netflix on our phones, but don't actually -- aren't

4    needed to actually respond to anything.

5    Q.  I think you testified that you have worked approximately

6    40 First Amendment type of demonstrations?

7    A.  Large-scale ones.  I'd say it was about 40 large.

8    Q.  Large ones.

9          How many of those, if you can estimate, were you

10   in your hard gear?

11   A.  That's a good question.  I'd say maybe half.

12   Q.  And are you ever the one who makes that decision or does

13   the decision of whether to wear hard gear or soft gear

14   always come from above you?

15   A.  From above.

16          MS. COBB:  No other questions.  Thank you.

17          THE COURT:  Thank you.

18          MS. PASCHALL:  Just briefly, your Honor.

19                      REDIRECT EXAMINATION

20   BY MS. PASCHALL:

21   Q.  Lieutenant, what is the point of a line of bike racks

22   when a CDU is present?

23   A.  To even more clearly indicate that there's a police line

24   and that the line should not be crossed.

25   Q.  What is the point of officers standing behind a line of

1    bike racks when the CDU platoon is deployed?

2    A.  To further emphasize that it's a police line that should

3    not be crossed.

4    Q.  What is the point of deploying OC spray when there is

5    bike rack and a CDU platoon line?

6    A.  To generate compliance from people who are not obeying

7    commands and respecting the fact that there's a police line

8    that should not be crossed.

9    Q.  What is the point in deploying CS gas when there are

10   bike racks and a CDU deployment and OC spray?

11   A.  I don't think -- if bike racks were working and a mere

12   line of officers with the bike racks was working, I don't

13   think CS would be deployed.  But the CS would be deployed

14   when a large number of the people in the group that the CS

15   is deployed on are not complying and are engaged in violence

16   and the bike racks and the line of police officers isn't

17   working at holding and establishing that police line.

18   Q.  Is it fair to say that each of those steps that I've

19   discussed, bike rack, individual line, OC spray, CS gas, are

20   escalating tools that your unit is able to use when the

21   crowd is not being compliant?

22   A.  Yes.

23   Q.  Fair to say that that's not an invitation to then cross

24   that line?

25   A.  Correct.

```
 1                  MS. PASCHALL:  No further questions.
 2                  THE COURT:  Thank you, Lieutenant.  I appreciate
 3        your testimony here today.  You may step down.  You're free
 4        to leave.
 5                  THE WITNESS:  Thank you.
 6                  (Witness excused.)
 7                  THE COURT:  Folks, why don't we take our
 8        midmorning break.  Be back at 11:10.
 9                  (Thereupon a recess was taken, after which the
10        following proceedings were had:)
11                  THE COURT:  The Government may call its next
12        witness.
13                  MS. BOND:  Good morning, your Honor.  The
14        Government is calling Officer Chad Curtice.  He should be in
15        shortly.
16                  (Thereupon, the witness entered the courtroom and
17        the following proceedings were had:)
18                  CHAD CURTICE, GOVERNMENT WITNESS, SWORN.
19                  THE COURT:  Good morning, Officer.
20                  THE WITNESS:  Good morning.
21                  THE COURT:  Feel free to make that -- get that
22        microphone where it's comfortable for you.
23                          DIRECT EXAMINATION
24        BY MS. BOND:
25        Q.  Good morning, sir.
```

1    A.  Good morning.

2    Q.  Would you say your name and spell it for the record?

3    A.  Chad Curtice, C-H-A-D C-U-R-T-I-C-E.

4    Q.  And where are you employed?

5    A.  Fourth District, Metropolitan Police Department.

6    Q.  And what's your current rank?

7    A.  Officer.

8    Q.  How long have you been with MPD?

9    A.  About six years.

10   Q.  And so were you on duty more than a year and a half ago

11   back on January 6th, 2021?

12   A.  Yes.

13   Q.  And what was your duty assignment at that time?

14   A.  I was a part of the CDU 42, rapid response platoon.

15   Q.  And who were your sergeants of CDU 42 at that time?

16   A.  At that time, it was Sergeant Mastony, Jason Mastony,

17   Sergeant Brian Peeke, Sergeant Joseph Austin.  And I want to

18   say the fourth one was Sergeant Park, Jin Park.  I think

19   that's J-I-N.

20   Q.  And do you remember other officers from your platoon

21   being with you on January 6th?

22   A.  Yes.

23   Q.  Who do you remember?

24   A.  I remember Officer Abdi, Officer Hodges, Officer

25   Chasten, Officer Whalen.  There's a lot to mention.  Officer

1    Eveland.

2    Q.  That's a pretty solid list there.  Thank you.

3              What kind of gear did you start the day in?

4    A.  I was just in my regular police uniform to start the

5    day.

6    Q.  Did that change at some point?

7    A.  Yes.  That changed at some point.  We got the call.  We

8    were to help at the Capitol.  So we then geared up in our

9    hard gear, which is like black plastic padding that we put

10   over all our bones, you know, forearms, shins, thighs, all

11   that, helmets.

12   Q.  At some point in that day, did you get a call for

13   assistance at the United States Capitol?

14   A.  Yes.

15   Q.  And how did that call come through to you?

16   A.  To me, my radio was off at the time.  So I heard it

17   through somebody else in the van that had their radio on.

18   We immediately reacted, called everybody to come back to the

19   van because they had us stationed through -- I believe it

20   was Constitution Avenue in separate groups.

21             So we called everyone back to the van, called our

22   sergeants, asked where we were supposed to meet up.  We met

23   up wherever that was.  I can't remember exactly.  Then we

24   got our hard gear on.

25   Q.  And did you get your hard gear on before you drove to

1    the Capitol or after?

2    A.  Before we drove to the Capitol.  We all met up at one

3    location, put our hard gear on, drove to the Capitol.

4    Q.  So you drove to the Capitol.  And do you recall where

5    you arrived when you got there?

6    A.  I do not know where that was.

7    Q.  So tell me about your approach to the Capitol.  What was

8    the crowd like as you started heading toward the Capitol?

9    A.  So at the back of the crowd, they sent us -- I believe

10   it was a Capitol Police officer -- through the rear of the

11   crowd, CDU 42.  The back of the crowd:  semi-hostile.  They

12   weren't touching or grabbing.  But as we got to the middle

13   and to the front, they had narrowed it in so much that we

14   had to form a single-file line, and that the line got cut

15   off at some point.  So our platoon got separated and trapped

16   in the crowd, essentially.

17   Q.  And were you one of the members who got trapped in the

18   crowd?

19   A.  No.  I made it through with about three other people.

20   So --

21   Q.  And --

22   A.  -- I believe of 32 people, only four of us I think made

23   it through the crowd.

24   Q.  So when you say you made it through, what did you make

25   it through to?

1    A.  So made it through to get behind the barrier in order to

2    protect the west lawn -- I believe we were going up to the

3    Capitol -- the barrier separating the crowd of people trying

4    to get into the Capitol from the Capitol.

5    Q.  And what kind of barrier was it?

6    A.  It was like a metal fencing type of barrier that

7    connected to one another.

8    Q.  So when you arrived behind the barrier, what could you

9    hear?

10   A.  So I mean, I could hear the crowd chanting various

11   things.  I can't remember specifics on that.  But we as

12   Metropolitan Police Department had an LRAD system going off

13   that was telling the crowd to disperse or risk being

14   arrested.

15   Q.  And how loud was that LRAD system?

16   A.  It was very loud, because I could hear it myself over

17   the crowd.

18   Q.  And do you remember about how long that was going off

19   for?

20   A.  It had to have been going off for -- if I had to guess,

21   at least -- at least an hour while I was standing there.

22   Q.  So by the time you got behind that police line barrier,

23   what was the crowd in front of you -- what was the tone of

24   that crowd?

25   A.  Hostile in language.  Periodically they were hostile in

1    physical violence, trying to push us back while we were

2    trying to hold the line in an attempt to not let them into

3    the Capitol.  Most of the language was hostile, telling us

4    we were traitors, whatnot.  Yeah.

5    Q.  So were you on that west plaza from about 2:20, 2:30

6    p.m.?

7    A.  Yes.

8    Q.  So how would you describe that half-hour period when you

9    were out there?

10   A.  Chaotic, in one word.  It just seemed like it was

11   something I've never experienced in my CDU, civil

12   disturbance unit, career.

13   Q.  Did you experience any physical opposition during that

14   time period?

15   A.  Oh, absolutely.  There were multiple times where the

16   crowd in front of me while I was trying to secure the metal

17   fencing that was standing behind would charge at me and the

18   people around me in attempts to push us back.

19   Q.  Were you wearing a body-worn camera that day?

20   A.  Yes.

21   Q.  Was it on?

22   A.  Yes.

23   Q.  Have you had a chance to review your body-worn camera

24   footage in preparation for this testimony?

25   A.  Parts of it, yes.

Curtice - DIRECT - By Ms. Bond

1          MS. BOND:  Would you please pull up Exhibit 214.4.

2          (Whereupon, segments of Government's Exhibit No.

3     214 were published in open court.)

4     BY MS. BOND:

5     Q.  Now, is this your body-worn camera footage that we're

6     looking at here?

7     A.  I can't tell from this angle that I'm looking at.

8     Q.  Sure.

9          MS. BOND:  Would you play just a few seconds.

10         (Whereupon, segments of Government's Exhibit

11    No. 214 were published in open court.)

12    BY MS. BOND:

13    Q.  Do you recognize this as your body-worn camera footage?

14    A.  No.

15         MS. BOND:  Let's stop that there.  Oh, I'm so

16    sorry.  214 is what I want.

17         (Whereupon, segments of Government's Exhibit

18    No. 214 were published in open court.)

19         MS. BOND:  Stopping there.  We are going to just

20    bring up 214.1.

21         (Whereupon, segments of Government's Exhibit

22    No. 214.1 were published in open court.)

23    BY MS. BOND:

24    Q.  Now having seen just a few seconds of 214.1, do you

25    recognize that as your body-worn camera footage?

Curtice - DIRECT - By Ms. Bond

 1      A.  Yes.  By the pads that I'm wearing and the gloves and

 2      where I'm positioned, it looks like it should be my

 3      body-worn camera.

 4              MS. BOND:  The Government moves to admit just

 5      214.1 at this point.

 6              THE COURT:  Seeing no objection, 214.1 is in.

 7              (Whereupon, Government's Exhibit No. 214.1 was

 8      entered into evidence.)

 9              MS. BOND:  I'd like to play this clip at this

10      point.

11              (Whereupon, segments of Government's Exhibit

12      No. 214.1 were published in open court.)

13              MS. BOND:  Stop there.

14      BY MS. BOND:

15      Q.  So do you see the individual that I've circled right

16      there?

17      A.  Yes.

18      Q.  Do you know that individual?

19      A.  No.

20              MS. BOND:  Continue.

21              (Whereupon, segments of Government's Exhibit No.

22      214.1 were published in open court.)

23              MS. BOND:  Stop the clip there.  Thank you.

24      BY MS. BOND:

25      Q.  So what is it that you're holding onto right there,

1    Officer?

2    A.   So that's the metal barrier separating the police line

3    from the crowd trying to enter the Capitol.

4    Q.   Now, the individual that I circled earlier, this

5    individual right there, what was he saying to you?

6    A.   He was asking me if I knew what happened to traitors and

7    saying that they get tied to a post and shot.  And then he

8    asked me if I'm ready for that to happen to me.

9    Q.   Did you respond to him?

10   A.   Not that I remember.  I don't think so.

11   Q.   What did you take his words to mean?

12   A.   I mean, it sounded like a threat now that I hear it

13   again played on BWC.  It sounded like he was going to then

14   enact that act.

15            MS. BOND:  And then I'd like to move to pull up

16   Government's Exhibit 232.22.  It's a still shot.

17   BY MS. BOND:

18   Q.   So do you see Exhibit 232.22 here?

19   A.   Yes.

20   Q.   Now, can you mark for me on the screen approximately

21   where on this police line you were when that encounter we

22   just watched took place?

23   A.   I know I was near the tower.  I believe I was somewhere

24   around there (indicating).

25   Q.   And did you stay in that place for most of the time that

1    you were on the police line on the west plaza?

2    A.  Yes.

3    Q.  At some point, did the crowd eventually overwhelm that

4    police line?

5    A.  Yes.

6    Q.  So what do you remember about those moments?

7    A.  I remember in front of me -- I was in control of my

8    barrier gate.  They kept pushing back on it, you know.  It

9    felt like it was inching back slower and slower -- or faster

10   and faster every time.  Sorry.

11          Then all of a sudden it's like they joined

12   together and just charged the gates, so knocking us all

13   back.  But me, I was getting knocked back slowly.  I looked

14   to my right and my left.  I see my fellow officers back

15   further than me.

16          After that, I remember an individual trying to

17   trip me from underneath with his foot from underneath the

18   barrier.  So I stepped back away from the push and we ended

19   up getting pushed back all the way to where the stairs are

20   on the left of the still shot.

21   Q.  After you got pushed back, where did you go?

22   A.  I went up.  Somebody found a doorway up to the stage,

23   the inaugural stage.  We ended up going on top to the upper

24   terrace, I believe it's called.

25   Q.  So when you say the upper stage, you continued going up

Curtice - DIRECT - By Ms. Bond

```
1    even beyond that?

2    A.  Yes.  So I went up one flight of stairs.  I believe I

3    stayed there for a short amount of time and then we were

4    overrun there, so I had to go up another flight of stairs.

5    Q.  At any point during your day, did you ever go into that

6    tunnel?

7    A.  No.

8             MS. BOND:  Thank you.  No further questions.

9             THE WITNESS:  Thank you.

10            THE COURT:  Ms. Cobb?

11            MS. COBB:  Your Honor, I don't have any questions.

12            THE COURT:  Mr. Urso?

13            MR. URSO:  No questions, your Honor.

14            THE COURT:  Mr. Shipley?

15            MR. SHIPLEY:  Nothing, your Honor.

16            THE COURT:  Thank you, Officer Curtice.  You

17   may step down.  You're free to go.

18            THE WITNESS:  Thank you.

19            (Witness excused.)

20            THE COURT:  The Government may call its next

21   witness.

22            MS. BOND:  Thank you.  I believe Officer Abdi will

23   be coming in momentarily.

24            (Thereupon, the witness entered the courtroom and

25   the following proceedings were had:)
```

1          THE COURT:  Good morning, Officer.  If you can

2     just remain standing over here for a moment.

3          ABDULKADIR ABDI, GOVERNMENT WITNESS, SWORN.

4          THE COURT:  All right, sir.  Have a seat.  Adjust

5     the microphone there.  Do whatever is comfortable for you.

6                    DIRECT EXAMINATION

7     BY MS. AKERS:

8     Q.  Good morning, Officer.  Can you please state and spell

9     your name for our reporter here?

10    A.  Yes.  My name is Officer Abdi.  First name's Abdulkadir,

11    A-B-D-U-L-K-A-D-I-R; last name's Abdi, A-B-D-I.

12    Q.  Where are you employed, Officer?

13    A.  With the Metropolitan Police Department, Fourth

14    District, crime suppression team.

15    Q.  What's your job title?

16    A.  I'm sorry?

17    Q.  What's your title?

18    A.  I'm an officer right now.

19    Q.  How long have you worked for the Metropolitan Police

20    Department?

21    A.  Close to four years.

22    Q.  What's your current duty assignment?

23    A.  I currently work with the crime suppression team with

24    the Fourth District.

25    Q.  Were you working on January 6th, 2021?

1    A.  Yes.

2    Q.  And what time did your duties start?

3    A.  I believe 0700, 7:00 a.m.

4    Q.  Do you recall where you originally were stationed that

5    day?

6    A.  I believe around the area of 3rd and Constitution,

7    Northwest.

8    Q.  And what were your expectations for that day?

9    A.  Peaceful protest.

10   Q.  What type of gear were you wearing on January 6th, 2021,

11   when you started your day?

12   A.  The gear I'm wearing right now:  my vest, just the

13   regular gear I wear for patrol.

14   Q.  At some point, did you make your way to the Capitol

15   Building from where you were originally stationed?

16   A.  Yes.

17   Q.  Do you recall when that was?

18   A.  I don't know the exact time, but I believe sometime

19   around 1:30.

20   Q.  And why did you make your way to the Capitol Building?

21   A.  We heard on the radio there was a breach in the Capitol

22   and there was possibly a riot there and we were asked to

23   respond immediately.

24   Q.  And were you wearing your body-worn camera on January

25   6th?

Abdi - DIRECT - By Ms. Akers

1   A.  Yes.

2   Q.  Where is it on your person?  Where were you wearing it?

3   A.  Right about my -- right between my chest.

4   Q.  And have you reviewed your body-worn camera footage in

5   preparation for your testimony here today?

6   A.  Yes.

7   Q.  To your knowledge, is it a fair and accurate depiction

8   of what you experienced and saw on January 6th, 2021?

9   A.  Yes.

10              MS. AKERS:  We're going to pull up Exhibit 201,

11   please.  This starts at 13:53:39.

12              (Whereupon, segments of Government's Exhibit No.

13   201 were published in open court.)

14   BY MS. AKERS:

15   Q.  Is this the body-worn camera footage that you reviewed

16   for your testimony today?

17   A.  Yes.

18              MS. AKERS:  We would move to admit Exhibit 201 and

19   its derivatives.

20              THE COURT:  Seeing no objection, 201 and 201.1 are

21   in.

22              (Whereupon, Government's Exhibit Nos. 201 and

23   201.1 were entered into evidence.)

24   BY MS. AKERS:

25   Q.  Officer, after you made it to the Capitol Building, at

1    some point did you make it to the tunnel area?

2    A.  Yes.

3    Q.  And can you describe to us what the tunnel area was,

4    based on your recollection?

5    A.  It's actually -- once after, I realized that's where the

6    actual president comes out of during inauguration.

7    Q.  Had you ever been to the Capitol prior to January 6th,

8    2021?

9    A.  On the steps here and there, but not extensively.

10   Q.  And when you got to the Capitol Building, did you

11   immediately go to the tunnel area?

12   A.  No.

13   Q.  Why did you end up going to the tunnel area?

14   A.  Well, we lost a line down on the lower terrace and I

15   heard some of our officials telling us to make our way up

16   top because we could no longer sustain the area.

17   Q.  When you went into the tunnel, were there already

18   rioters in the tunnel or was it clear?

19   A.  When we were making our way into the tunnel, there were

20   no rioters in there.

21   Q.  And what do you remember about the time when you entered

22   the tunnel?  Were there officers inside?  What were you

23   seeing?

24   A.  Yep.  All of us were just kind of going into the tunnel

25   from the lower terrace.  There was two main doors that we

1    were trying to -- it was pretty much the last stand.  All of

2    us made our way to the tunnel.  We felt like that's the last

3    area we could make a stand, to be honest.

4    Q.  And did the officers close the doors?

5    A.  The first door we closed and we closed the second door

6    as well.

7              MS. AKERS:  Let's pull up Exhibit 201.1, please.

8    We're going to play the first approximately 50 seconds until

9    14:42:04.

10             (Whereupon, segments of Government's Exhibit

11   No. 201.1 were published in open court.)

12             MS. AKERS:  And stop it.

13             THE COURT:  What do you think -- was that the

14   inspector there in the --

15             THE WITNESS:  Which one?

16             THE COURT:  The one who was going through, who

17   said, "It's going to be old-school CDU."  Did you hear that?

18             THE WITNESS:  I think that was the commander at

19   the time, Commander Kyle.

20             THE COURT:  And what did you understand that to

21   mean?

22             THE WITNESS:  It looks like it was going to be a

23   hand-to-hand battle.  It's -- it's pretty much:  Get ready

24   for battle.  The way they were breaking into the door, it

25   looked like it was going to be a really hard fight.  So they

1    were saying pretty much:  Get ready.  You're going to be --

2    you're going to hit somebody or get hit.

3              THE COURT:  Okay.  Thank you.

4              You may continue.

5              MS. AKERS:  We'll play nine more seconds, please.

6              (Whereupon, segments of Government's Exhibit

7    No. 201.1 were published in open court.)

8    BY MS. AKERS:

9    Q.  Do you hear sort of -- what do you hear when you're

10   watching your body-worn camera here?

11   A.  A lot of banging.  You see they're banging through the

12   front door.

13   Q.  And someone asks if you have -- if someone has body-worn

14   camera or hard gear.  What did you interpret that to mean?

15   A.  Just trying to make sure we capture the video of what's

16   transpiring.

17   Q.  And did you have hard gear on at this point?

18   A.  At this point, yes, I did.

19   Q.  Is that why you were at the front of the line here?

20   A.  Yes.

21             MS. AKERS:  We're going to play until 14:43:13,

22   which is exactly at two minutes.

23             (Whereupon, segments of Government's Exhibit

24   No. 201.1 were published in open court.)

25

1   BY MS. AKERS:

2   Q.  Officer, right when the rioters started to rush into the

3   tunnel, what were you thinking?

4   A.  Well, they broke through the front door.  And I'm at

5   that point -- I pretty much realized that they didn't --

6   they were going to go break through the second door as well.

7   And we had a few individuals rush towards the second door

8   and up to the officers.  And that's when the whole battle

9   pretty much began.

10  Q.  What was the demeanor of the people who were rushing

11  toward your line?

12  A.  They were extremely physical.  I don't think anybody was

13  talking at that point.  It was just physical, people hitting

14  each other, punching, people with poles, metal poles.

15  Q.  Was the demeanor of the rioters violent in your

16  assessment?

17  A.  Extremely violent.

18          MS. AKERS:  And we're going to play just one

19  second, please, if you can.

20          (Whereupon, segments of Government's Exhibit

21  No. 201.1 were published in open court.)

22          MS. AKERS:  Can we go back somewhere in between

23  two minutes and two minutes and one second?  We'll just try

24  that again.

25          (Whereupon, segments of Government's Exhibit

 1    No. 201.1 were published in open court.)

 2               MS. AKERS:  Go forward one or two frames, if you

 3    could.

 4               (Whereupon, segments of Government's Exhibit

 5    No. 201.1 were published in open court.)

 6               MS. AKERS:  Stop there.

 7    BY MS. AKERS:

 8    Q.  Officer, do you see a gray sweatshirt right here and a

 9    hand, although it's a little blurry because we're in the

10    middle of a second?

11    A.  Yes.

12               MS. AKERS:  Go forward maybe two more frames.

13               (Whereupon, segments of Government's Exhibit

14    No. 201.1 were published in open court.)

15               MS. AKERS:  Stop there.

16    BY MS. AKERS:

17    Q.  Officer, do you see something in the hand of that gray

18    arm?

19    A.  Yes.

20    Q.  What does it look like?

21    A.  Some kind of a pole.  I'm not sure if it's metal or

22    plastic.

23    Q.  And what does it appear -- based on your view of this

24    footage and your memory, what does it appear to be doing?

25    A.  A metal pole.

 1            MS. AKERS:  Let's go forward until 14:43:14, so

 2     maybe one more second, if you can.

 3            (Whereupon, segments of Government's Exhibit

 4     No. 201.1 were published in open court.)

 5     BY MS. AKERS:

 6     Q.  Do you still see that gray arm right there?

 7     A.  Yes.

 8     Q.  Do you see a face right here?

 9     A.  Yes.

10     Q.  I'm going to have you keep watching that.

11            MS. AKERS:  Go forward another second, please.

12            (Whereupon, segments of Government's Exhibit

13     No. 201.1 were published in open court.)

14            MS. AKERS:  Now we're going to play this until

15     14:43:19, please, which is at 2:05.

16            (Whereupon, segments of Government's Exhibit

17     No. 201.1 were published in open court.)

18     BY MS. AKERS:

19     Q.  Officer, do you see this face right here?

20     A.  Yes.

21     Q.  And is that person at the very front of the line that

22     rushed the officers in the tunnel?

23     A.  Yes.

24            MS. AKERS:  At this point -- well, let's go

25     forward until 14:43:23, please.

```
 1                    (Whereupon, segments of Government's Exhibit
 2        No. 201.1 were published in open court.)
 3        BY MS. AKERS:
 4        Q.  And what did you see that person in the gray sweatshirt
 5        doing in this last second or two?
 6        A.  He pretty much came right through the line of the
 7        police.
 8                    MS. AKERS:  If we could go back to 14:43:19 to 20.
 9        I just want to identify one more thing, please.
10                    (Whereupon, segments of Government's Exhibit
11        No. 201.1 were published in open court.)
12                    MS. AKERS:  Stop there, please.
13        BY MS. AKERS:
14        Q.  Officer, what could you see the man in the gray
15        sweatshirt doing right here?
16        A.  It looks like he's trying to rush in.  His arm is pretty
17        much inside of the line.  He's trying to gain space to come
18        into the line.
19        Q.  Do you understand that that person with the gray
20        sweatshirt was trying to open the door?
21        A.  Yes.  I believe that door was originally closed, but I
22        believe right now it's partially closed.
23        Q.  And when this first rush of rioters came through the
24        door, what do you remember thinking about them, if anything?
25        A.  I probably never experienced anything like that.  I just
```

1    saw a bunch of people.  First, originally, few people rushed

2    the front of the line; and then that kind of instigated the

3    rest of them to follow suit.  At that point, it was just

4    complete hand-to-hand combat, but very little space to

5    maneuver.

6              MS. AKERS:  Let's continue playing the video,

7    please.

8              (Whereupon, segments of Government's Exhibit

9    No. 201.1 were published in open court.)

10             MS. AKERS:  Stop it there.  Go back one second,

11   please.

12             (Whereupon, segments of Government's Exhibit

13   No. 201.1 were published in open court.)

14   BY MS. AKERS:

15   Q.  Do you see, Officer, a hand in the top left-hand corner

16   with sort of a gray sleeve?

17   A.  Yes.

18             MS. AKERS:  Let's continue playing.

19             (Whereupon, segments of Government's Exhibit

20   No. 201.1 were published in open court.)

21             MS. AKERS:  And we'll stop at 14:44:18.

22   BY MS. AKERS:

23   Q.  Officer, it looks like you're sort of right next to

24   something on your right there.  Can you explain to us at

25   this moment what was happening?

1    A.  Yeah.  I got stuck here.  I got pinned.  I think it's --

2    I'm not sure what that was exactly.  It could have been the

3    security checkpoint or the conveyor belt that was there.

4    But I got stuck.  It was very hard for me to get out of

5    that.

6    Q.  What caused you to be stuck?

7    A.  The rioters coming in and pushing the line, which in

8    effect pretty much pushed the officers back.  And we ended

9    up just kind of being extremely tight.  There's no space for

10   us to move around, so I kind of got stuck there.  I had no

11   room to shift.

12   Q.  Was it uncomfortable?  Did it hurt?  Can you describe to

13   us what you were feeling at the time?

14   A.  Oh, yeah.  It was extremely, extremely uncomfortable.

15   With all that gear on and all the vest and all that stuff

16   and the air kind of being congested, it was hard for me to

17   breathe.

18   Q.  What did you understand -- based on what you were seeing

19   and hearing, what did you understand the rioters were

20   wanting to do?  What was their objective in entering the

21   tunnel right now?

22   A.  The objective was to get into the Capitol.  And we were

23   pretty much in their way.

24          MS. AKERS:  Let's play the remainder of the video,

25   which I think is about 30 seconds.

Abdi - DIRECT - By Ms. Akers

1              (Whereupon, segments of Government's Exhibit

2    No. 201.1 were published in open court.)

3    BY MS. AKERS:

4    Q.  Officer, for these last 30 seconds that we just watched,

5    you couldn't see much because your body-worn camera was

6    blocked.  But do you recall what you were experiencing right

7    there?

8    A.  Yeah.  I was pushed into the -- I think it might be the

9    conveyor belt, because it was a security checkpoint

10   originally.  That was what it was supposed to be.  But I got

11   stuck there.  So I found myself just kind of stuck there.  I

12   couldn't move, because people were all around me.  So -- but

13   with a little bit of movement and shift, I got myself out of

14   there.

15   Q.  At this point, when you were stuck up against the

16   conveyor belt, smushed up against it, were the rioters still

17   progressing forward?

18   A.  Yes.

19              MS. AKERS:  We can take that exhibit down.

20   BY MS. AKERS:

21   Q.  Officer, when you were in the tunnel, did you get

22   sprayed with any chemical irritants?

23   A.  Yes.

24   Q.  Do you remember how many times?

25   A.  I can't.  It was constant.  So I can't give you an exact

1    number, but it was constant.

2    Q.  And did you get sprayed by some sort of chemical

3    irritant by the rioters?

4    A.  Yes.

5    Q.  And did there come a point when you were in the tunnel

6    that law enforcement was able to push the rioters out of the

7    tunnel?

8    A.  Yes.

9    Q.  How did they do that?

10   A.  Through sheer will, pretty much, just coming together,

11   banding together and through training and experience we

12   managed to push them back beyond the first door.

13   Q.  Did it take a while?

14   A.  Yes.

15              MS. AKERS:  Let's go to Exhibit 201.2, please.

16              (Whereupon, segments of Government's Exhibit No.

17   201.2 were published in open court.)

18   BY MS. AKERS:

19   Q.  If you'll see in the top right corner, we're jumping

20   ahead to about 3:22 p.m.  We were just at 2:45 p.m.

21              From about 2:45 p.m. until 3:22 p.m., can you

22   describe for the Court what you were experiencing in the

23   tunnel?

24   A.  Yeah.  They are coming at us.  At one point, actually,

25   they were switching, bringing in fresh bodies to the front.

 1   We had to continue fighting individuals who just came to the

 2   front of the line.  So every about five to ten minutes, they

 3   would switch and then we would end up fighting a new batch

 4   of fresh bodies.  That just continued on.

 5         But as you can see a lot of the officers here,

 6   they did not want to let that door go.  So a lot of them

 7   were injured and so on.  And they just maintained that line

 8   to the best of their will.

 9         MS. AKERS:  We're going to play this clip.  We'll

10   stop at about one minute and 44 seconds.

11         THE COURT:  And I should say, 201.2 I think is in

12   as well.  I think I had mentioned 201.1.  I hadn't realized

13   there was a 201.2.

14         MS. AKERS:  Thank you, your Honor.

15         (Whereupon, Government's Exhibit No. 201.2 was

16   entered into evidence.)

17         (Whereupon, segments of Government's Exhibit

18   No. 201.2 were published in open court.)

19         MS. AKERS:  Actually, stop here at 54 seconds.

20   BY MS. AKERS:

21   Q.  Do you hear what the crowd is chanting, Officer?

22   A.  Yes.

23   Q.  What?

24   A.  "No Trump, no peace."

25   Q.  What did you understand that to mean?

1    A.  At that point, it was pretty much:  He's our president;

2    and if we don't get him as president, we're not going to

3    leave.  It's going to be a battle all night long.  So...

4    Q.  And at this point, 3:23 p.m. and you started in the

5    tunnel at 2:45 p.m., did you believe that the fighting in

6    the tunnel was over since the officers had gained some

7    ground in the tunnel?

8    A.  Far from over.

9    Q.  Why did you believe that it was far from over?

10   A.  They were right next to us.  They had formed their own

11   line.  If you looked beyond them, there were hundreds and

12   hundreds of people.  And I don't think it looked like they

13   were about to go home.

14              MS. AKERS:  Let's actually jump ahead to 2:25.

15              (Whereupon, segments of Government's Exhibit

16   No. 201.2 were published in open court.)

17              MS. AKERS:  We'll stop right there.

18   BY MS. AKERS:

19   Q.  Officer, I'm going to direct you to the -- I'm going to

20   put an arrow.  Do you see this man?

21   A.  Yes.

22   Q.  And how would you characterize him as far as in relation

23   to the officers?  Very close?

24   A.  Extremely close.

25              MR. SHIPLEY:  I'm going to object.  Lack of

Abdi - DIRECT - By Ms. Akers

1    foundation.

2              THE COURT:  Overruled.

3    BY MS. AKERS:

4    Q.  You had just mentioned that the rioters were holding a

5    line.  Can you explain to the Court what holding a line

6    means to you as far as what you meant?

7    A.  Yeah.  Pretty much it means maintaining a line, making

8    sure no one passes through.

9    Q.  And who of the rioters -- in your assessment, based on

10   what you saw on this date, who were the people holding the

11   line for the rioters?

12   A.  Individuals right at the front.

13   Q.  Does that include the person who you just identified?

14   A.  Yes.

15             MS. AKERS:  Let's play this video, please.

16             (Whereupon, segments of Government's Exhibit No.

17   201.2 were published in open court.)

18             MS. AKERS:  Stop there, please, at 3:56.

19   BY MS. AKERS:

20   Q.  Officer, did you just hear someone say, "You don't just

21   expect them to let us in, do you?"

22   A.  Yes.

23   Q.  Was it your understanding at this point that the rioters

24   were still trying to get into the Capitol Building?

25   A.  Yes.

84

```
1              MR. SHIPLEY:  Objection.  Lacks foundation.
2              THE COURT:   The objection is overruled.
3    BY MS. AKERS:
4    Q.  Based on what you were seeing here, were the rioters
5    still holding a line in front of the officers?
6    A.  Yes.
7    Q.  Did you see about one second before a megaphone get
8    handed to another rioter?
9    A.  Yes.
10   Q.  And do you recall seeing that megaphone on January 6th,
11   2021?
12   A.  I heard the individuals speaking, but I don't recall the
13   actual conversation that took place.
14   Q.  And what were the rioters using the -- the rioters at
15   the front of the line here using the megaphone for?
16   A.  To maintain the line and continue on, pretty much.
17   Don't give up.
18   Q.  Were they encouraging the other rioters at all?
19   A.  Yes.
20             MS. AKERS:  Let's continue playing the video,
21   please.
22             (Whereupon, segments of Government's Exhibit No.
23   201.2 were published in open court.)
24             MS. AKERS:  Can you please stop the video at 5:50,
25   which is 15:28:49.
```

Abdi - DIRECT - By Ms. Akers

1    BY MS. AKERS:

2    Q.  Officer, did you hear the man on the megaphone say,

3    "We're not moving until we get our way"?

4    A.  Yes.

5    Q.  What did you understand that to mean?

6              MR. SHIPLEY:  Objection.  Calls for speculation.

7              THE COURT:  Overruled.

8              THE WITNESS:  That means they're not going home.

9    They're going to be here until they actually make

10   entrance -- gain entrance into the Capitol.

11   BY MS. AKERS:

12   Q.  Based on what you were seeing and things that you were

13   hearing in the tunnel, why in your assessment, if you have

14   one, were these rioters holding the line trying to get into

15   the Capitol?

16   A.  I believe the objective was either to hurt members of

17   Congress, either the Senate, House, destroy property within

18   inside the Capitol.

19   Q.  Did you hear anything when you were in the tunnel about

20   the election results or Trump maintaining presidency?

21   A.  Yeah.  There was a lot of chatter about that.

22   Q.  And the person on the megaphone said, "We're holding the

23   line; we're holding the line."  Is that the same line that

24   you previously described, that front row of rioters, in your

25   assessment?

 1    A.  Yes.

 2              MS. AKERS:  Let's continue playing the video at

 3    5:50, please.

 4              (Whereupon, segments of Government's Exhibit No.

 5    201.2 were published in open court.)

 6              MS. AKERS:  And let's stop the video at 6:31.

 7    BY MS. AKERS:

 8    Q.  Did you just hear what the person on the megaphone said,

 9    Officer?

10    A.  Yes.

11    Q.  What did he say?

12    A.  If they have to be there all night, they will.

13    Q.  Did you believe that?

14    A.  Yes.

15              MS. AKERS:  Continue playing, please.

16              (Whereupon, segments of Government's Exhibit No.

17    201.2 were published in open court.)

18              MS. AKERS:  Stop at 7:20 and just fast-forward to

19    about 8:40, please.

20    BY MS. AKERS:

21    Q.  Before we press "play," Officer, the people that are

22    standing here at 5:31:38, are they mostly the same people

23    who have been there since we started this clip about eight

24    minutes and 30 seconds ago?

25    A.  Yes.

```
1    Q.  Did the line of rioters at the forefront stay there for

2    quite a while?

3    A.  Yes.

4            MS. AKERS:  Let's play the video, please, starting

5    at 8:39.

6            (Whereupon, segments of Government's Exhibit No.

7    201.2 were published in open court.)

8            MS. AKERS:  And we'll stop at video at 38:47.

9    BY MS. AKERS:

10   Q.  Did you see the man who's been on the megaphone hand off

11   the megaphone to another rioter?

12   A.  Yes.

13           MS. AKERS:  We'll continue playing, please, at

14   8:47.

15           (Whereupon, segments of Government's Exhibit No.

16   201.2 were published in open court.)

17           MS. AKERS:  And please stop at 9:47.

18   BY MS. AKERS:

19   Q.  Did you just hear that man, Officer?

20   A.  Yes.

21   Q.  And did you hear him say, "Get the bullhorn guy.  Remind

22   him we have to stay while they're negotiating right now"?

23   A.  Yes.

24   Q.  Do you have any idea what that -- first off, who they

25   were referring to when they said "the bullhorn guy"?
```

Abdi - DIRECT - By Ms. Akers

1    A.   The individual that's currently on the bullhorn.

2    Q.   Is the bullhorn a synonym for a megaphone?

3    A.   Yes.

4    Q.   Do you have any idea what this -- or what were you

5    thinking this rioter meant when he said, "Remind him we have

6    to stay while they're negotiating right now"?

7                MR. SHIPLEY:   Objection.   It's irrelevant what the

8    officer is thinking he meant.

9                THE COURT:   Overruled.

10               THE WITNESS:   Well, a negotiation involves two

11   parties.   I don't think we're negotiating on our part.   And

12   at this point, they were there to stay for a while.

13   BY MS. AKERS:

14   Q.   Were the rioters attempting to negotiate with the

15   officers in some way to your recollection?

16   A.   Negative.   No.

17   Q.   And at any point, did you hear rioters ask to be let

18   into the Capitol Building?

19   A.   To the best of my recollection, yes, they did try to

20   ask.

21               MS. AKERS:   So let's continue playing at 9:47,

22   please.

23               (Whereupon, segments of Government's Exhibit No.

24   201.2 were published in open court.)

25               MS. AKERS:   Please stop the video at 10:30.

1    BY MS. AKERS:

2    Q.  Did you just see the megaphone be handed back to that

3    individual with -- it looks like a black sort of shirt on, a

4    blackish-gray shirt on?

5    A.  Yes.

6    Q.  Do you have any idea -- what were you thinking this guy

7    at the front of the line here was talking about just now?

8    A.  He was trying to find somebody or he was trying to get

9    two of his colleagues to come negotiate with us to

10   eventually let them in, which would never happen.

11   Q.  And in your assessment, seeing these people on the

12   megaphone, were they facing a crowd of rioters?

13   A.  Yes.

14   Q.  What do you think the effect or impact of using this

15   megaphone was on the group?

16   A.  Well, it instigated them to stay there and fight on.

17   Q.  We can't really see anyone beyond this initial line of

18   rioters.  Were there a lot of rioters behind them at this

19   point?

20   A.  It was a sea of people that went all the way down to the

21   lower parts of the Capitol.

22             MS. AKERS:  And we can take this exhibit down,

23   please.

24   BY MS. AKERS:

25   Q.  Officer, did you have -- did you sustain any injuries

1    after January 6th --

2    A.  Yes.

3    Q.  -- or from January 6th?

4    A.  Yes.

5    Q.  Can you describe those to us?

6    A.  I hyperextended my knee because I got stuck in between

7    the crowd and the officers.  And I lost control of my knee

8    and it went past the limit.

9           I think I sustained a concussion.  I had massive

10   headaches for about a week and a half.  I couldn't really

11   sleep and all that, getting hit in the head with metal poles

12   and getting sprayed with bear spray and OC and gas.  Just --

13   yeah.  That was pretty much it.

14   Q.  And after about 3:25, the video we were just watching,

15   did the riot maintain having a violent nature to it or did

16   it completely calm down?

17   A.  No.  It maintained it.  The violence continued.

18   Q.  Officer, have you worked other large-scale rallies or

19   protests in Washington, D.C.?

20   A.  Yes.

21   Q.  And have you ever seen anything like what happened on

22   January 6th, 2021?

23   A.  No.

24          MS. AKERS:  We have no further questions, your

25   Honor.

1          THE COURT:  Mr. Shipley?

2          MR. SHIPLEY:  Your Honor, we're willing to have

3     the record reflect right now that the person in the gray

4     sweater or the gray shirt referred to over and over in the

5     video is Mr. Mehaffie.

6          THE COURT:  And to be clear, both the person at

7     the end there and in the sweatshirt that we're seeing at the

8     very beginning with the pole in the tunnel?

9          MR. SHIPLEY:  Yes.  At the very beginning.  The

10    gray sweatshirt, the officer testified to that is

11    Mr. Mehaffie.  And at the entrance to the tunnel, the last

12    several minutes there, it's Mr. Mehaffie.  So rather than

13    keep saying, "this rioter, this rioter," I'm going to ask --

14    say it's Mr. Mehaffie.

15         THE COURT:  And I just want to be clear.  I

16    understand what you're saying.  I think there's testimony

17    that you can see an arm with a pole at the very front of the

18    line in the tunnel.  Are you saying that is your client?

19         MR. SHIPLEY:  Well, we'll get to the pole.

20         THE COURT:  All right.  Tell me what --

21         MR. SHIPLEY:  Yeah.  There's a video.  He doesn't

22    have anything in either hand.  But I understand that was

23    this officer's perception from what he saw and looking at

24    his body-worn camera.

25         THE COURT:  Right.

```
 1                MR. SHIPLEY:  He sees something there.  But we'll
 2      see other video that both hands -- there's nothing in either
 3      one.
 4                THE COURT:  So you're saying that was your
 5      client --
 6                MR. SHIPLEY:  That was my client.
 7                THE COURT:  -- but he wasn't holding a pole?
 8                MR. SHIPLEY:  He wasn't holding anything.  Well,
 9      that's a matter of disputed fact.
10                THE COURT:  Absolutely.  I'm just trying to figure
11      out what is disputed.  You're saying whether he's holding
12      something is disputed, but that his hand is not?
13                MR. SHIPLEY:  Correct.  And, you know, I'm just
14      trying to make the point that identity is not an issue.
15                THE COURT:  I very much appreciate that.  Thanks.
16                          CROSS-EXAMINATION
17      BY MR. SHIPLEY:
18      Q.  Officer Abdi, thank you for being here.  Your testimony
19      has been, you know, enlightening in many respects.  You were
20      right there in the tunnel and your body-worn camera shows
21      quite a bit.
22                MR. SHIPLEY:  Can we play 201 again, starting at
23      2:42:10.  I'm not sure that's exactly the point, but we'll
24      get to the point I want to see after just a few seconds.
25                (Whereupon, segments of Government's Exhibit
```

Abdi - CROSS - By Mr. Shipley

```
 1        No. 201 were published in open court.)

 2                MR. SHIPLEY:  Stop it there.

 3        BY MR. SHIPLEY:

 4        Q.  You had a chance to watch that again as it was being

 5        played?

 6        A.  Yes.  I watched.

 7        Q.  I'm sorry?

 8        A.  Yes.

 9        Q.  Can you see who opened the door?

10        A.  No.

11        Q.  You could never see who opened the door.  Right?

12        A.  No.

13        Q.  That glass is opaque.  You can't see through it.

14        Correct?

15        A.  Correct.

16        Q.  So now the door opens.

17                MR. SHIPLEY:  And why don't we play another 15

18        seconds.

19                (Whereupon, segments of Government's Exhibit

20        No. 201 were published in open court.)

21                MR. SHIPLEY:  Stop, please.

22        BY MR. SHIPLEY:

23        Q.  Okay.  Now, this one individual comes forward and starts

24        talking.  Right?

25        A.  Yes.
```

1    Q.  And that's not Mr. Mehaffie.  That's not the person in

2    the gray sweater.  That's somebody else.  Correct?

3    A.  Right.

4              MR. SHIPLEY:  Let's go forward again.

5              (Whereupon, segments of Government's Exhibit

6    No. 201 were published in open court.)

7              MR. SHIPLEY:  Stop.

8    BY MR. SHIPLEY:

9    Q.  That person is now ejected with the force of a shield.

10   Right?  He was shoved back out the door?

11   A.  Yes.

12   Q.  But that's not Mr. Mehaffie.  Right?

13   A.  Correct.

14             MR. SHIPLEY:  Let's go forward again.

15             (Whereupon, segments of Government's Exhibit

16   No. 201 were published in open court.)

17             MR. SHIPLEY:  Stop right there.

18   BY MR. SHIPLEY:

19   Q.  Is that Mr. Mehaffie's arm?

20   A.  No.

21             MR. SHIPLEY:  Go forward again.

22             (Whereupon, segments of Government's Exhibit

23   No. 201 were published in open court.)

24             MR. SHIPLEY:  Stop.

25

1    BY MR. SHIPLEY:

2    Q.  I'm just asking for your recollection, your perception

3    and -- based on what you see here.  Is it your testimony

4    that Mr. Mehaffie had a pole in his hand?

5    A.  To the best of my recollection or based on what I just

6    watched?

7    Q.  Okay.  If there's other video angles that show that he

8    doesn't have anything in his hand, then it'd be fair to say

9    this is just your recollection based on this particular

10   angle what you're seeing.  Right?

11   A.  Yes.

12   Q.  So if in fact another camera angle shows he doesn't have

13   anything in his hand, you wouldn't necessarily doubt that

14   other camera angle.  It might have a better view.

15   A.  Correct.

16   Q.  Okay.

17              THE COURT:  So I just want to understand what we

18   agreed upon here.

19              You're saying you don't have a recollection from

20   the day about whether Defendant Mehaffie had a pole in his

21   hands.  Is that correct?

22              THE WITNESS:  Correct.

23              THE COURT:  You look at this video and you think

24   he does have a pole in his hand?

25              THE WITNESS:  Yes.

```
 1                    THE COURT:  I think I understand.

 2                    Again, you're agreeing that that is your client

 3       there that we've --

 4                    MR. SHIPLEY:  Correct.

 5                    THE COURT:  -- just watched?

 6                    MR. SHIPLEY:  Correct.  And we'll evaluate

 7       multiple angles.

 8                    THE COURT:  Please proceed.

 9       BY MR. SHIPLEY:

10       Q.  I think you also testified after watching this kind of

11       initial sequence --

12                    MR. SHIPLEY:  Why don't we go forward, because it

13       happens in just a couple of minutes or a couple seconds.

14                    (Whereupon, segments of Government's Exhibit

15       No. 201 were published in open court.)

16                    MR. SHIPLEY:  Stop.

17       BY MR. SHIPLEY:

18       Q.  You see, this is Mr. Mehaffie, the blue jeans and the

19       gray shirt.  So we're constantly talking about the same

20       person.  Right?

21       A.  Correct.

22                    THE COURT:  For the record, this is 14:43.23.

23                    MR. SHIPLEY:  23.

24                    (Whereupon, segments of Government's Exhibit

25       No. 201 were published in open court.)
```

```
 1    BY MR. SHIPLEY:
 2    Q.  At this point, his body is now orientated sideways to
 3    the shields.  Right?
 4    A.  From this angle, yes.
 5    Q.  Sorry?
 6    A.  From this angle, yes.
 7    Q.  Yeah.  Okay.  So as he came forward, he ended up turned.
 8    He's not, like, full front on the shields.  He ends up
 9    turned sideways?
10    A.  From this angle, yes.
11    Q.  Is that what you interpreted as him trying to get
12    through the line?
13    A.  Yes.
14    Q.  But you -- that's your impression based upon watching
15    the video and seeing the movement of his body.  Right?
16    A.  Correct.
17    Q.  You don't know what he was actually trying to do in his
18    own mind?
19    A.  There's too many people for me to look and see what
20    they're doing.  So --
21    Q.  Now, did you see the man behind him in a black hat?
22    A.  From this angle?
23    Q.  At any point, either watching the videos or what you
24    recall.  Do you remember seeing a man in a black hat?
25    A.  From the video, yes.
```

Abdi - CROSS - By Mr. Shipley

1    Q.  And what was the man behind him in a black hat doing?

2    A.  Fighting.

3    Q.  Sorry?

4    A.  Fighting.

5    Q.  And do you remember seeing the man behind the man in the

6    black hat?  So now we're three deep.

7    A.  No.

8    Q.  So you don't know what that man was doing either, do

9    you?

10   A.  There's too many people for me to tell you what they

11   were doing.

12   Q.  Now, we could play the next ten minutes of your

13   body-worn camera.  Were you pretty much in the tunnel in the

14   scrum at various points over that entire time period?

15   A.  Yes.  I would say so.

16   Q.  So you were among a collection of 15 or 20 officers or

17   maybe more that were ebb and flowing with the rioters on the

18   other side and also kind of moving positions within the

19   officers on your side.  Right?

20   A.  Correct.

21   Q.  And even when you were at the front, I mean, there's a

22   couple of dozen officers behind you.  Right?

23   A.  Correct.

24   Q.  And I think you said that based on training and

25   experience and the equipment you had and the management, you

Abdi - CROSS - By Mr. Shipley

1    know, you understood over time how you were going to push

2    this crowd out --

3    A.   Correct.

4    Q.   -- if you had the opportunity?

5    A.   Yes.

6    Q.   And then I think the Government just jumped ahead to

7    roughly 3:20, which is about when that happened.  Then you

8    see all this extended conversation at the front?

9    A.   Yes.

10   Q.   And you're standing, like, two deep at that point,

11   because your body-worn camera captures a lot of that.

12   Right?

13   A.   Yes.

14   Q.   And isn't it true that at one point in those

15   exchanges -- and it's Mr. Mehaffie and the other gentleman.

16   I don't know the other gentleman's name or I would refer to

17   him by his name.  I don't know who that guy is.  But those

18   are the two individuals who are most often face to face with

19   the officers at the front.

20           Now, were you engaging in conversation or were you

21   just sitting back listening?

22   A.   I was mostly sitting back.  But once in a while they

23   would try to engage me and ask me a question and I'd give

24   them a brief answer.

25   Q.   And did you -- do you have your face covered or full

 1   face?

 2   A.  I have a gas mask on.  Yes.

 3   Q.  But you could hear most of the conversation back and

 4   forth?

 5   A.  Yes.

 6   Q.  Now, isn't it true that -- I mean, you described it as

 7   maintaining a line.  But the fact is, it was just a sea of

 8   people outside.  Right?

 9   A.  I wouldn't say that.

10   Q.  You don't think there was -- you would not describe the

11   area outside the tunnel as a sea of people?

12   A.  No.  I would.  Yes.

13   Q.  And so you got -- the officers got to the front of the

14   tunnel, and it's not really a line.  It's just now everybody

15   is outside the tunnel except the officers.  Right?

16   A.  To my perception, it's a line.

17   Q.  But the crowd quit pushing, because for 15 minutes both

18   sides -- they're both standing, talking to each other.

19   Right?

20   A.  Correct.

21   Q.  So nobody at the front was pushing.  People behind them

22   weren't pushing.  Right?

23   A.  For a brief period of time.

24   Q.  Now, at some point, both Mr. Mehaffie and the other

25   gentleman had the bullhorn, turning around talking to the

 1    crowd.  Right?

 2    A.  Yes.

 3    Q.  Is it your testimony that you heard -- I'm asking.  I'm

 4    not certain.  Is it your testimony that you heard

 5    Mr. Mehaffie agitating the crowd, trying to get them to

 6    reinitiate the attack on the tunnel?

 7    A.  To the best of my recollection, no.  I couldn't really

 8    hear what he was saying on the BWC camera.

 9    Q.  You could not hear what he was saying?

10    A.  Based on my own recollection from that day, I don't

11    remember.  And based on what I just watched right now on the

12    BWC camera, I couldn't really hear exactly what he was

13    saying.

14    Q.  Fair enough.  So it's not your testimony here today

15    based on either your recollection or what you're seeing that

16    Mr. Mehaffie was communicating in any way to the crowd for

17    the purpose of agitating them?

18    A.  Yes.  I believe he was communicating for the purpose of

19    agitating them.  But I don't know the exact words that he

20    was using.

21    Q.  Well, paraphrase, then.  If you think he was agitating

22    them, what is he saying in substance?

23    A.  Like I said, based on the previous guy that was on the

24    bullhorn and what he was saying, I didn't think anybody

25    would use that bullhorn to tell individuals to be peaceful.

1    I think they were just using it to rile up the crowd.

2    Q.  To be peaceful would be to rile up the crowd?

3    A.  No.  I said they were not trying to get on the bullhorn

4    to be peaceful.  They were getting on the bullhorn to be --

5    to rile up the individuals behind them.

6    Q.  But what did they say on the bullhorn that led you to

7    conclude that was their intention?

8    A.  I told you.  I have no recollection of exactly the

9    words.

10   Q.  Did you see -- and I'm just asking if you saw --

11   Mr. Mehaffie put both hands in the air and give a signal to

12   the crowd to sit down?

13   A.  No.

14   Q.  You never saw that?

15   A.  On the camera?

16   Q.  Either your recollection or what you saw on your

17   body-worn camera.

18   A.  To my recollection, no.  On the camera, I did not see

19   it.  If you want to replay it, I'd love to watch it.

20   Q.  If he had given a signal trying to get the crowd to sit

21   down, it would have been more difficult for them to attack

22   the tunnel from a sitting position.  Right?

23   A.  Correct.

24   Q.  I thought I heard -- you tell me if you heard

25   different -- I thought I heard Mr. Mehaffie on the bullhorn

1    say, "You're hurting your country," talking to the crowd.

2    Did you hear that?

3    A.  I did not hear that.

4    Q.  You -- a couple of times in response to the Government's

5    questions, you gave kind of generic incorporated answers

6    where you said the rioters were asking to come inside.  Did

7    Mr. Mehaffie ask to come inside?

8    A.  To my recollection, no.

9    Q.  You heard the other gentleman on the bullhorn say to the

10   crowd that We'll sit here all night until we get our way.

11   Right?

12   A.  Correct.

13   Q.  And that sitting means sitting outside all night.

14   Right?

15   A.  You can interpret that many ways.

16   Q.  And if that had been sort of the static position, in

17   other words, if that had been the dynamic that took hold,

18   and the crowd remained outside, the officers remained in the

19   tunnel, eventually the crowd would have melted away and

20   left.  Right?

21   A.  You could say that.  But the purpose of us being there

22   was to get these individuals past the Capitol lines.  And at

23   that time, they were trespassing on government property.

24   Q.  No question.  No question.

25   A.  So we would have preferred them to be completely

1    dispersed.

2    Q.  But while you lacked the manpower to disperse them --

3    A.  Correct.

4    Q.  -- a static position, a stalemate, so to speak, was

5    about the best outcome that you could have right then?

6    A.  Correct.

7    Q.  And eventually, the crowd was going to get hungry or get

8    thirsty or would have to use the bathroom and they were

9    going to begin to leak away.  Right?

10   A.  You would think so.  Yes.

11   Q.  You would think so.  Okay.

12           Did you see -- I think it happens a couple minutes

13   after we stopped watching the video, so we're just -- I'm

14   going to ask you your recollection.  Did you see within five

15   minutes or so other members of the crowd attack

16   Mr. Mehaffie?

17   A.  No.  The --

18   Q.  You didn't see Mr. Mehaffie get punched by somebody else

19   in the crowd?

20   A.  To my recollection, no.

21   Q.  You didn't see Mr. Mehaffie get choked by the gaiter

22   that he was wearing from behind by somebody else in the

23   crowd?

24   A.  To my recollection, no.

25   Q.  At times, when either Mr. Mehaffie or the other

1    gentleman were using the bullhorn and talking to the crowd,

2    did you hear booing coming from the crowd?

3    A.  No.  You're going to have to replay it for me to hear it

4    maybe closely.  But I didn't hear that.

5    Q.  You didn't hear when the other gentleman said to the

6    crowd, "This is a peaceful protest," that members of the

7    crowd booed in response?

8    A.  I did not hear that.

9              MR. SHIPLEY:  Could I have just a minute, your

10   Honor?

11             THE COURT:  You may.

12             MR. SHIPLEY:  (Confers with co-counsel privately.)

13             Nothing else.  Thank you.

14             THE COURT:  Mr. Urso?

15             MR. URSO:  Briefly, your Honor.  Thank you.

16                        CROSS-EXAMINATION

17   BY MR. URSO:

18   Q.  Good afternoon, Officer.

19   A.  Good afternoon.

20   Q.  So you were in that tunnel continuously from the

21   beginning until when?  The beginning of the video, around

22   2:44, something like that.  Right?

23   A.  Yeah.  I can't give you the exact time, but I would say

24   sometime around 4:00, maybe, sometime after that.

25   Q.  Were you anywhere near -- did you happen to see Officer

1    Hodges when he got stuck, pinned in the doorway?

2    A.  I can't say -- I can't say that I saw him.  I might have

3    been right behind him, but there was too many people and too

4    many moving parts for me to remember him exactly.

5    Q.  And did you -- you've seen a lot of video since January

6    6th.  Correct?

7    A.  Correct.

8    Q.  A lot of video, different angles.  Do you recall seeing

9    Patrick McCaughey, this gentleman here, at all in that

10   tunnel that day?

11   A.  Based on BWC, yes.  Based on my recollection --

12   Q.  Based on other officers' BWC or yours?

13   A.  On mine, I did.

14   Q.  You saw him on your camera?

15   A.  Yes.  It was pointed out.

16          THE COURT:  You might want -- why don't you have

17   your client stand up.

18          MR. URSO:  Yes.

19   BY MR. URSO:

20   Q.  I'm talking about this gentleman here.

21   A.  Sorry.  I thought it was a different client.  I'm sorry.

22   I apologize.

23   Q.  That's okay.

24          You have no recollection of seeing him in the

25   tunnel?

```
1    A.  No.

2              MR. URSO:  Thank you, sir.

3              THE COURT:  Ms. Cobb?

4                        CROSS-EXAMINATION

5    BY MS. COBB:

6    Q.  Good afternoon.

7    A.  Good afternoon.

8    Q.  Can you tell us who the other officers with you when you

9    guys finally made it to the front of the tunnel -- we spent

10   a lot of time watching video.  It looks like you're at the

11   front.  Everyone sort of takes a break.  Can you tell me who

12   those other officers were next to you?

13   A.  I can't tell you.  I don't know their names.

14   Q.  Do you know --

15   A.  It's a 4,000-manpower MPD officers.  I can't tell you

16   exactly who those officers were that were next to me.

17   Q.  Okay.

18   A.  Unfortunately.  I'm sorry.

19   Q.  That's okay.

20   A.  I actually got lost between my platoon.  We actually got

21   lost.  So some of us weren't even in the same place.  So I

22   can't tell you exactly who's who.

23   Q.  Okay.

24              MS. COBB:  Thank you.

25              THE WITNESS:  No problem.
```

```
1              THE COURT:  Any redirect?

2              MS. AKERS:  No, your Honor.

3              THE COURT:  Officer Abdi, you may step down.

4    You're free to go.

5              THE WITNESS:  Thank you.

6              (Witness excused.)

7              THE COURT:  Why don't we get started with the next

8    witness.

9              MS. PASCHALL:  We have another witness who might

10   take a good amount of time.  He's here and available, if we

11   want to start with him and then break whenever you're ready.

12             THE COURT:  Why don't we go about 20 minutes or

13   so.

14             MS. PASCHALL:  Okay.  The Government calls

15   Sergeant William Bogner.

16             Your Honor, just for the Government's planning, we

17   had planned to put on Officer Bogner, who may take about an

18   hour or so on direct.  Our next witness was going to be

19   Daniel Hodges.

20             We were not planning on bringing another witness

21   after that because we think it's possible that the length of

22   time may be used.  But I just wanted to take a poll maybe of

23   the defense counsel to see if we should prepare to have our

24   next witness available.  We're going to do Bogner now.  We

25   would do Hodges after Bogner.  I'm just not certain how long
```

Abdi - CROSS - By Ms. Cobb

1    we think that might take.  And over the lunch break we could

2    potentially get our next officer.  I'm just not sure if

3    that's going to be necessary or whether we should wait until

4    the following morning.

5              THE COURT:  So if you want to chat with them for a

6    moment until your officer arrives.  I don't think we need to

7    do this on the record.

8              (Discussion had off the record amongst counsel.)

9              (Thereupon, the witness entered the courtroom and

10   the following proceedings were had:)

11             THE COURT:  Good afternoon, Sergeant.  If you

12   could stand up there for just a moment and we'll get you

13   sworn in.

14     WILLIAM CHRISTOPHER BOGNER, GOVERNMENT WITNESS, SWORN.

15             THE COURT:  Good afternoon, Sergeant.  Just take a

16   seat there and feel free to adjust the microphone.

17             THE WITNESS:  Okay.

18                        DIRECT EXAMINATION

19   BY MS. PASCHALL:

20   Q.  Good afternoon.

21   A.  Hi.

22   Q.  Could you please state and spell your full name for the

23   Court?

24   A.  William Christopher Bogner, W-I-L-L-I-A-M

25   C-H-R-I-S-T-O-P-H-E-R B-O-G-N-E-R.

1    Q.   Where do you work?

2    A.   The Metropolitan Police Department.

3    Q.   How long have you worked for the Metropolitan Police

4    Department?

5    A.   Just over 14 years.

6    Q.   What's your current duty assignment?

7    A.   I'm assigned to the Metropolitan Police Academy as the

8    operations sergeant.

9    Q.   And what is your rank?

10   A.   I'm a sergeant.

11   Q.   And what do you do in your current position?

12   A.   Plan, like, logistics and operations of our police

13   academy and various trainings throughout the department.

14   Q.   What type of things do you train new officers on in the

15   academy?

16   A.   Personally?  Anything from OC spray, civil disturbance,

17   riot control to, like, academic subjects in the classroom.

18   I don't do that as much anymore, but that was something I

19   did for a long time.

20   Q.   And before you were working at the academy, what type of

21   work were you doing for the department?

22   A.   Patrol.  So when I first got promoted, when I first -- I

23   was assigned to the police academy as an officer.  I was

24   promoted, sent to the First District.  Then I went back to

25   the police academy as a sergeant.  And while I'm at the

1    academy, I also do some adjunct instructor work and details

2    with our special operations division, domestic security

3    office.

4    Q.  And did I ask how long you've been with the Metropolitan

5    Police Department?

6    A.  Fourteen years.

7    Q.  Were you working as a sergeant with the Metropolitan

8    Police Department on January 6th, 2021?

9    A.  I was.

10    Q.  What was your duty assignment that day?

11    A.  I was detailed to the special operations division,

12    domestic security office, and I was assigned to work with

13    the lieutenant in charge of moving our CDU platoons and

14    moving things around the city that day.  Yeah.

15    Q.  Can you explain what the special operations division of

16    the DSO does?

17    A.  It's -- so they're responsible for both training and

18    then implementing, so they have two roles.  But in the

19    training role, they train everything civil

20    disturbance-related, how we handle riots, how we handle

21    munitions, OC spray, all of that sort of stuff.

22            And then in their more operational role, they have

23    response teams that bring special gear to situations.

24    Q.  So on January 6th, 2021, what was the DSO deploying

25    individuals like yourself to do that day?

1    A.  We were responding that day to what we call a 1033,

2    which is like an "Officers need assistance" type of call.  I

3    believe it was called by then-Inspector Glover.  We

4    responded from the office down to that location that day.

5    Q.  So when you say you were at the office, where were you?

6    A.  Blue Plains.

7    Q.  Fair to say you were not out on the street at that point

8    in time?

9    A.  No, I was not.

10   Q.  And so when you receive that call when you're at Blue

11   Plains, what do you do?

12   A.  The lieutenant and I got in the vehicle and responded

13   lights and sirens to the Capitol.

14   Q.  What happened when you got to the Capitol?

15   A.  We parked the vehicle.  And you could see a crowd, but

16   you couldn't really see what was going on because we had to

17   park a ways away.  Then as we -- the crowd out there, the

18   crowd that we could see, they were loud but, like, they

19   just -- it seemed normal.  But then as we got -- the closer

20   we got, the more we could see going on with resisting the

21   officers and pushing and back and forth.  And it escalated

22   from there.

23   Q.  What was a part of your duty uniform when you showed up

24   at the United States Capitol that day?

25   A.  Like what did I have on my uniform?

1    Q.  Yeah.  What were you deployed -- what were you wearing

2    when you were deployed to the Capitol?

3    A.  I was in full uniform.

4    Q.  Did you have a body-worn camera as a part of that

5    uniform?

6    A.  I did.

7    Q.  And was it working on January 6th, 2021?

8    A.  It was.  I lost it for a period of time and then it was

9    returned to me.  But I did have it and it was operational.

10   Q.  We'll talk about that point in time where you lost that

11   body-worn camera.

12           But before that point in time, was it recording

13   the activities of the day from your perspective fairly and

14   accurately?

15   A.  Yes.

16   Q.  Have we reviewed that body-worn camera in preparation

17   for your testimony?

18   A.  To some degree, yes.

19           MS. PASCHALL:  Could we pull up Exhibit 206,

20   please.

21           (Whereupon, segments of Government's Exhibit No.

22   206 were published in open court.)

23           MS. PASCHALL:  And if we could stop Exhibit No

24   206.

25

1  BY MS. PASCHALL:

2  Q.  We stopped 206 at 13:47:22.  Sergeant, do you recognize

3  Exhibit 206?

4  A.  I do.  This is the vehicle I was driving that day, a

5  Ford Excursion.  And it is just right next to the Capitol,

6  just on the south side before you get to South Capitol

7  Street, it looks like.

8  Q.  And is what we have pulled up here in Exhibit 206 fair

9  and accurate as to what you were witnessing on January 6th,

10  2021?

11  A.  It does.

12          MS. PASCHALL:  At this time, your Honor, the

13  Government would move the admission of Exhibit 206 and all

14  of its derivatives.

15          THE COURT:  Seeing no objection, 206 and its

16  components are in.

17          (Whereupon, Government's Exhibit No. 206 was

18  entered into evidence.)

19          MS. PASCHALL:  Could we please pull up 206.7.

20          (Whereupon, segments of Government's Exhibit

21  No. 206.7 were published in open court.)

22          MS. PASCHALL:  Pause.

23  BY MS. PASCHALL:

24  Q.  All right, Sergeant.  We've pulled up Exhibit 206.7.

25  What is the timestamp on this portion of your body-worn

1      camera?

2      A.  It says 1351 hours.

3      Q.  What's happening at this moment?

4      A.  We are -- it looks like Lieutenant Horos and I are

5      walking from the vehicle.  This is pretty close, I believe,

6      to where we parked, just after we exited the vehicle.

7      That's H-O-R-O-S.

8      Q.  Do you know which direction, cardinal direction, you

9      were coming up to the Capitol?

10     A.  We parked on the southwest corner, so we were walking up

11     to the west front.  So we had to do kind of like a

12     roundabout.  But I'm not exactly sure which direction we

13     were heading in this second.  But overall, we're moving

14     north and east.

15             MS. PASCHALL:  Let's start this video again at

16     13:51:00.

17             (Whereupon, segments of Government's Exhibit

18     No. 206.7 were published in open court.)

19             MS. PASCHALL:  Stop again at 13:51:04.

20     BY MS. PASCHALL:

21     Q.  Sergeant, do you see off to the left-hand side of the

22     screen what appears to be some fencing with signs on it?

23     A.  I do.

24             MS. PASCHALL:  If we could start again at

25     13:51:04.

1          (Whereupon, segments of Government's Exhibit

2     No. 206.7 were published in open court.)

3          MS. PASCHALL:  Pause the video.

4     BY MS. PASCHALL:

5     Q.  We stopped at 13:51:27.  What are we seeing directly in

6     front of you here?

7     A.  We see a fence to the left and right with signs that say

8     Area Closed and then two sections of bike rack, what appears

9     to be two sections of bike rack, which is typically used as

10    fencing in these types of circumstances where First

11    Amendment activities are expected.  And it's tipped over.

12          MS. PASCHALL:  If we could continue the video from

13    13:51:27.

14          (Whereupon, segments of Government's Exhibit

15    No. 206.7 were published in open court.)

16          MS. PASCHALL:  And let's stop the video there at

17    13:52:07.

18    BY MS. PASCHALL:

19    Q.  What did we just witness there?

20    A.  We witnessed the lieutenant and I discussing masks.  And

21    then a lady asked -- walked up and I believe she asked where

22    she could exit.  And I advised her kind of behind us where

23    we had just walked over the bike rack.

24    Q.  Earlier in your testimony, you were describing as you

25    were approaching the Capitol the crowd was more dispersed

1    and acting in a certain manner and then that tenor changed.

2    Is that kind of what we're seeing here?

3    A.  As we advance -- as you -- like when you're a ways away,

4    we can hear the noise, which isn't necessarily indicative

5    one way or the other of what type of crowd it is.  I guess

6    maybe that's kind of where my mind's at here.  And then as

7    we progress and the deeper you get into the crowd, the

8    demeanor changes.

9              MS. PASCHALL:  If we could please pull up 206.8.

10             (Whereupon, segments of Government's Exhibit

11   No. 206.8 were published in open court.)

12             MS. PASCHALL:  Stop that there, please.

13   BY MS. PASCHALL:

14   Q.  Let me just ask for the record:  Did you have to go back

15   to your car to collect some --

16   A.  I believe so, yes.

17   Q.  -- masks?  What was that for?

18   A.  So the department had taken a really strict stance

19   during this event on -- during actually all the events

20   during this timeframe regarding masks, wearing masks.  And

21   we were making sure we had what we needed.

22   Q.  Just to be clear, you were thinking of masks in the

23   COVID context, not in the gas mask context.  Is that

24   accurate?

25   A.  Yes.  That's accurate.

1    Q.  So now what we see in 206.8 at 13:56:26, are you once

2    again crossing over that same broken-down barrier we

3    previously saw?

4    A.  Yes.

5             MS. PASCHALL:  Could we please move ahead to

6    13:58:09.

7             (Whereupon, segments of Government's Exhibit

8    No. 206.8 were published in open court.)

9             MS. PASCHALL:  That's fine right there.

10   BY MS. PASCHALL:

11   Q.  We're stopped at 13:58:10.  Do you see the individual

12   who's directly in front of you?

13   A.  I do.

14   Q.  Who is that person?

15   A.  I don't know his name, but he's a United States Capitol

16   Police officer by his uniform.

17   Q.  And what is he doing at this moment?

18   A.  Directing us.  I believe in this moment I'm asking how

19   we can get to where we need to go, which is that west front

20   terrace.  And he's giving us directions how to get there.

21            MS. PASCHALL:  And let's start that video at

22   13:58:10.

23            (Whereupon, segments of Government's Exhibit

24   No. 206.8 were published in open court.)

25            MS. PASCHALL:  Stop the video.

Bogner - DIRECT - By Ms. Paschall

1    BY MS. PASCHALL:

2    Q.  We stopped at 13:58:47.  What are you doing here?

3    A.  We're cutting through the woods because to the left what

4    you couldn't see on camera is the crowd was large and kind

5    of came up to the wood line.  I believe they have a fence

6    along the wood line, so they're cutting us through the woods

7    to kind of get around the end of the crowd to get to where

8    the police officers are.

9            MS. PASCHALL:  Start again at 13:58:47.

10           (Whereupon, segments of Government's Exhibit

11   No. 206.8 were published in open court.)

12           MS. PASCHALL:  Stop the video there at 13:59:08.

13   BY MS. PASCHALL:

14   Q.  What are we seeing at this point?

15   A.  Sort of the initial -- so from standing on the west

16   front terrace, it would be the left kind of flank of where

17   our line is, where the police line is.

18   Q.  Is that to the left, the farthest southwest point of the

19   police line at this moment, almost 2:00 p.m.?

20   A.  Yes.  The center of the video is actually pointed

21   directly to where we parked.  So we parked at the dome you

22   see there in the center.  That's directly next to where we

23   parked, the southwest corner of the Capitol.

24   Q.  And do we see any barriers between you and the crowd at

25   this point?

Bogner - DIRECT - By Ms. Paschall

1    A.  Yes.  This is that same bike rack I referenced earlier

2    that we use during First Amendment assemblies.  I think all

3    agencies in the city do use bike rack.

4              MS. PASCHALL:  If we could please pull up 206.9.

5              (Whereupon, segments of Government's Exhibit

6    No. 206.9 were published in open court.)

7              MS. PASCHALL:  Stop 206.9 there.

8    BY MS. PASCHALL:

9    Q.  What's the timestamp on this video, Sergeant?

10   A.  14:03:00.

11   Q.  Where are you now?

12   A.  The west front terrace of the Capitol, between the two

13   scaffolding or, like, grandstands that were built for the

14   inauguration.

15   Q.  So directly in front of you, what are we seeing?

16   A.  This is a police officer.  I can't quite -- it's Matt

17   McFadyen, I believe.  And then we're seeing the rear line of

18   the officers more towards the center of where our position

19   was for the day.

20   Q.  Do you know, is this McFadyen M-C-F-A-D-Y-E-N?

21   A.  I'm not sure how you spell it.

22   Q.  At the beginning of this clip, were you able to hear

23   some audio?

24   A.  The buzzing, yes.

25   Q.  What was that noise?

1    A.  That noise is a warning tone that comes from our LRAD,

2    which is like essentially a directional loudspeaker.

3    Q.  And that LRAD, is that a device that you have been

4    trained to use in your duties as a sergeant?

5    A.  Yes.

6    Q.  How often would you say you deployed that?

7    A.  In these circumstances, fairly rarely.  We do deploy it

8    in training.  This is -- normally, I would use it after it's

9    turned on.  In this case, it was one of the first times I

10   had actually turned the device on.  But it's frequently

11   used.

12   Q.  And what is its purpose?

13   A.  To deliver warnings or audible tones.  It can do all

14   kinds of things.  But in this case, today, it was to deliver

15   a dispersal warning and an unlawful assembly warning.

16          MS. PASCHALL:  Let's start playing again at

17   14:03:00.

18          (Whereupon, segments of Government's Exhibit

19   No. 206.9 were published in open court.)

20          MS. PASCHALL:  Stop the video, please.

21   BY MS. PASCHALL:

22   Q.  We've stopped at 14:03:23.

23          What are we seeing at the bottom left corner of

24   the screen there?

25   A.  So that appears to be a Capitol Police line that I see

1    to the far left.  Then there's some protesters beyond them.

2    And then that is the LRAD, that square box that you see.

3    That's the back of the directional speaker.

4    Q.  So when you say it's directional, is the sound going now

5    in our view at 14:03:23 away from you and towards that line

6    of rioters?

7    A.  Yes.

8          MS. PASCHALL:  If we could continue the video at

9    14:03:23.

10          (Whereupon, segments of Government's Exhibit

11    No. 206.9 were published in open court.)

12          MS. PASCHALL:  Your Honor, this may be a good

13    stopping point.

14          THE COURT:  Why don't we take our lunch break.

15    We'll come back at 1:45.

16          Sergeant Bogner, I'll ask you not to discuss the

17    subject of your testimony with anyone over the lunch break.

18          THE WITNESS:  Yes, sir.

19          (Thereupon, a luncheon recess was taken, after

20    which the following proceedings were had:)

21          THE COURT:  Can we re-call Sergeant Bogner?

22          MS. PASCHALL:  Just one quick matter before we

23    re-call him, your Honor.

24          The Government has been in discussions with

25    defense counsel for Mr. Mehaffie and just wanted to let the

1    Court know that we are stipulating that in the prior

2    body-worn camera from Officer Abdi, it is not the

3    Government's belief that he was affirmatively using that

4    pole on the police line.  There is footage from the other

5    perspective.

6              The Government thinks either that he was trying to

7    cover himself from the pole that was coming from behind him

8    or disarm the person behind him.  So we just wanted to make

9    the record clear.  This is what it appeared to be from

10   Officer Abdi's perspective.  But defense counsel brought up

11   some other videos, and we concur the other videos do not

12   affirmatively demonstrate him using that pole.

13             THE COURT:  I appreciate that.  I was a little

14   confused, actually, because I didn't remember having the

15   impression from your trial brief or frankly from your

16   indictment that you were suggesting he was armed.  So I

17   appreciate both Mr. Shipley raising that with the Government

18   and the Government being diligent in its review.

19             Let's proceed.

20             THE WITNESS:  (Retakes the witness stand.)

21             THE COURT:  Welcome back, Sergeant Bogner.  I'll

22   remind you you're still under oath.

23             THE WITNESS:  Okay.

24   BY MS. PASCHALL:

25   Q.  Good afternoon, Sergeant Bogner.

1          So when we left off with your testimony, you were

2     on the west front and you had set up that LRAD system to

3     disperse the crowd with that dispersal order.  Do you

4     remember that?

5     A.  Yes.

6     Q.  Now, when you were on the west front --

7          THE COURT:  And can we just say for the record, I

8     think that stands for a long-range acoustic device.  Does

9     that sound right?

10         THE WITNESS:  That sounds right.  Yes.

11         THE COURT:  Google.  It's amazing.

12    BY MS. PASCHALL:

13    Q.  So at that point in time, when you were on the west

14    front, can you explain, what other munitions or tools were

15    the MPD using to disperse the crowd?

16    A.  So we would have had a whole host of things.  At that

17    moment, I don't recall exactly what had been disbursed, but

18    I can tell you what we had with us that day.

19    Q.  Yes.

20    A.  Anything from -- we had numerous configurations of

21    different types of OC spray ranging from like a fire

22    extinguisher size, which is what we call an MK-46, to the

23    small size that's on our belt and a few in between.  But it

24    would all be roughly the same formulations, some a little

25    stronger than others, but it's all OC spray.

1         And then we would have 40-millimeter munitions

2    including impact and SCAT -- that's S-C-A-T, all caps --

3    and CS gas.  We had that in the form of both a grenade and

4    able to be launched from the 40-millimeter launcher.

5              MS. PASCHALL:  I would like to bring up Exhibit

6    206.1.

7    BY MS. PASCHALL:

8    Q.  Sergeant, do you see what is depicted in the right-hand

9    portion of this screen in Government's Exhibit 206.1?

10   A.  I see some sort of black bag, a shield, a flag on what

11   looks like a piece of paper.

12   Q.  I want to focus on that shield there.  Is that a

13   Metropolitan Police Department shield, a Capitol Police

14   Department shield or something else?

15   A.  That's a U.S. Capitol Police shield.

16   Q.  How do you know that?

17   A.  The emblem that's on the shield itself.  We don't have

18   those on ours.

19   Q.  And on January 6th, 2021, were you utilizing shields

20   that were provided from the Capitol Police Department?

21   A.  So not yet.  To my knowledge, not yet at this time.  But

22   when we did eventually get back to the building, we did at

23   times use Capitol Police shields.  Yes.

24   Q.  Do you ever recall personally using any MPD

25   department-issued shields?

1    A.  I do not.  There were none in my vehicle, and I don't

2    believe that I ever handled an MPD-issued shield on that

3    day.

4    Q.  Now, did there come a point in time where you left this

5    lower plaza of the west front and went up to the inaugural

6    stage?

7    A.  Yes.

8    Q.  And why did that happen?

9    A.  The decision was made that we were not going to be able

10   to maintain the line on the west front terrace.  And then

11   we -- the decision was made that we would move to the next

12   area where we could establish a line, which was on the

13   inaugural stage.

14   Q.  When you say the decision was made, do you know who

15   personally made that decision?

16   A.  I know there was discussion between Sergeant Frank

17   Edwards and Commander Hanes.  However, I don't know who made

18   the final decision.

19   Q.  Fair to say that decision was made for tactical reasons.

20   Is that right?

21   A.  Absolutely.  Yes.

22   Q.  So when you then went up to the next story up to the

23   inaugural platform stage, did you then walk through what we

24   are now calling the lower west terrace tunnel?

25   A.  Walk through it?  We walked into it.  Yes.

 1           MS. PASCHALL:  If we could please pull up Exhibit

 2      206.2.

 3      BY MS. PASCHALL:

 4      Q.  Sergeant Bogner, is Government's Exhibit 206.2 a view of

 5      what you would have seen walking into the lower west terrace

 6      tunnel towards the Capitol Building?

 7      A.  Yes.  This appears to be the exterior doors.

 8      Q.  And do you see the sign that is on those doors?

 9      A.  I do.

10      Q.  What does that sign say?

11      A.  Member Entrance Only.

12      Q.  Did there come a time where nearly all of the

13      Metropolitan Police Department officers who had been on the

14      west front came either through this door or up to the upper

15      platform above this door?

16      A.  Yes.

17      Q.  And why did you guys go through this door?

18      A.  So in the moments prior to where this photo is, the

19      officers are advancing up.  I was one of the first to go up.

20      And the crowd was kind of pushing through our lines and

21      pushing past, and everyone was quickly moving, trying to

22      move the equipment.

23           Once we got up here, the various units kind of got

24      separated.  Some went up another set of stairs above this

25      door and some of us went here.

1    Q.  You mentioned equipment.  What equipment are you talking

2    about?

3    A.  All the equipment I mentioned before, including the

4    LRAD.  There was members carrying -- I can't remember who,

5    but carrying bags of what we call MK-46s, which are those

6    fire extinguisher-size OC canisters.

7    Q.  Why was it important to bring that equipment up to this

8    level and inside the building?

9    A.  Because with the conflict happening below and the lines

10   deteriorating, we didn't want those items to fall into other

11   people's hands.

12            THE COURT:  An Afghanistan type of situation?

13            THE WITNESS:  Yes, sir.

14   BY MS. PASCHALL:

15   Q.  You have to answer him.  He's the judge.

16            MS. PASCHALL:  If you could please pull up Exhibit

17   206.3.

18   BY MS. PASCHALL:

19   Q.  Sergeant, in Government's Exhibit 206.3, what is the

20   timestamp at this point?

21   A.  It says 14:40:09.

22   Q.  Where are you facing at this point in time?

23   A.  I'm at the second set of doors on that -- I forget what

24   you called it -- the west tunnel there.  It's the second

25   set -- the interior set of doors for the little foyer.

1    Q.  And what is happening at this moment?

2    A.  Officers are coming into the Capitol and started to come

3    off the inaugural stage.

4             MS. PASCHALL:  And let's start the video at

5    14:40:09.

6             (Whereupon, segments of Government's Exhibit

7    No. 206.3 were published in open court.)

8             MS. PASCHALL:  Stop the video.

9    BY MS. PASCHALL:

10   Q.  We stopped at 14:40:56.  Do you see the officer

11   immediately to your left there?

12   A.  The female officer?

13   Q.  Yes.

14   A.  Yes.

15   Q.  Do you know who that is?

16   A.  That's Officer Christina Lawrey.

17   Q.  And do you know what type of discussion you were having

18   with her in this moment?

19   A.  I didn't hear exactly what was said, but I believe we

20   were talking about the situation.

21             MS. PASCHALL:  If we could start again at

22   14:40:56.

23             (Whereupon, segments of Government's Exhibit

24   No. 206.3 were published in open court.)

25             MS. PASCHALL:  And if we could stop.

```
 1    BY MS. PASCHALL:

 2    Q.  We stopped at 14:41:02.  What is happening in this

 3    portion of the video?

 4    A.  The U.S. Capitol Police officer who was manning the

 5    station inside the door is locking the doors, the exterior

 6    doors.

 7    Q.  And right over the right shoulder of that Capitol Police

 8    officer who's locking the doors, can you see somebody

 9    through the clear glass on the other side?

10    A.  Yes.

11    Q.  Does that person appear to be a law enforcement officer?

12    A.  No.

13            MS. PASCHALL:  Start the video again at 14:41:02.

14            (Whereupon, segments of Government's Exhibit

15    No. 206.3 were published in open court.)

16            MS. PASCHALL:  Stop the video.

17    BY MS. PASCHALL:

18    Q.  We stopped at 14:41:40.  In the background off the

19    screen there, were you able to hear someone say, "We are not

20    losing the U.S. Capitol today"?

21    A.  Yes.

22    Q.  Do you happen to know who that person is?

23    A.  No.  I don't know.  I know a short list of people who it

24    would be, but I don't know who it is.

25    Q.  That's just fine.
```

Bogner - DIRECT - By Ms. Paschall

1          THE COURT:  Can you remind me, what exhibit are we

2     on?

3          MS. PASCHALL:  This is Exhibit 206.3.

4          THE COURT:  Thank you.

5          MS. PASCHALL:  Start the video again at 14:41:40.

6          (Whereupon, segments of Government's Exhibit

7     No. 206.3 were published in open court.)

8          MS. PASCHALL:  And if we could stop the video at

9     14:41:59.

10    BY MS. PASCHALL:

11    Q.  What's happening in this portion of the video?

12    A.  Sergeant Riley and I are kind of observing the doors,

13    the exterior doors to the Capitol.  And Sergeant Riley asked

14    if someone could film; and I informed him that I had a

15    camera, a body camera on.

16          MS. PASCHALL:  If we could pull this back about

17    two seconds, please, Mr. Clements.

18          (Whereupon, segments of Government's Exhibit

19    No. 206.3 were published in open court.)

20          MS. PASCHALL:  And there is just fine.

21    BY MS. PASCHALL:

22    Q.  We've now pulled up a still shot at 14:41:57.  And I'm

23    going to circle a square in the middle of this screen there.

24    What are you seeing happen there?

25    A.  I see someone banging on the window.  It appears they

1    may have a black object in their left hand.

2    Q.  And do you recall --

3              MR. SHIPLEY:  Your Honor, we'll stipulate that

4    that's Mr. Mehaffie.

5              THE COURT:  Thank you.

6    BY MS. PASCHALL:

7    Q.  Do you recall this incident from January 6th?

8    A.  I do.

9    Q.  And what do you remember about how that individual had

10   his hand up on the glass there?

11   A.  I remember there being an object in his hand and at some

12   point feeling the end of the object and then banging on the

13   window and then the window broke.

14   Q.  Just for the record, I saw you take your left hand and

15   rub your right hand against the heel of it when you were

16   describing that moment.

17   A.  Yes.

18   Q.  Is that what you witnessed this person who I have

19   circled here do?

20   A.  Yes.

21   Q.  Is that what indicated to you that you thought something

22   was in his hand?

23   A.  Yes.  In my opinion of what it was, was a lot of modern

24   pocketknives have a glass breaker or an end on it.  It was

25   like they were feeling for that to bang on the window.  That

1   was my impression of what occurred.

2   Q.  And then I just saw you do a motion again with your left

3   hand where you were banging.  But instead of your front four

4   knuckles coming towards the glasses, it was the outside of

5   your hand coming towards the glass.  Is that accurate to

6   what you recall this individual doing on January 6th?

7   A.  Yes.

8           MS. PASCHALL:  Let's continue with the video at

9   14:41:57.

10          (Whereupon, segments of Government's Exhibit

11  No. 206.3 were published in open court.)

12          MS. PASCHALL:  If we could stop the video.

13  BY MS. PASCHALL:

14  Q.  We've stopped at 14:42:17.  What have we just seen

15  there?

16  A.  So we saw the gentleman in the black come from around

17  and break the window with an object in his hand.  And then

18  right before the stop, you see me reach up with what's

19  called an MK-9, which is one of those intermediate-sized OC

20  sprays that I was talking about, and spray.  And I can tell

21  you I was spraying through the hole that was just broken.

22  Q.  Why were you doing that?

23  A.  To attempt to give the officers behind me more time to

24  form a line.

25  Q.  Why did you need to form a line?

1    A.  Because they were breaking into the Capitol and we

2    needed to stop them from doing that.

3            MS. PASCHALL:  Let's start the video again at

4    14:42:17.

5            (Whereupon, segments of Government's Exhibit

6    No. 206.3 were published in open court.)

7            MS. PASCHALL:  If you can stop.

8    BY MS. PASCHALL:

9    Q.  At 14:43:15, can you hear a faint noise in the

10   background there?

11   A.  It sounds like an alarm.

12   Q.  Do you recall on January 6th around this time whether an

13   alarm was going off?

14   A.  I don't.

15   Q.  But based on the audio in this video, do you believe an

16   alarm would have been going off?

17   A.  Yes, I do.

18           MS. PASCHALL:  Let's start again at 14:43:15.

19           (Whereupon, segments of Government's Exhibit

20   No. 206.3 were published in open court.)

21           MS. PASCHALL:  You can stop.

22   BY MS. PASCHALL:

23   Q.  At 14:43:34, is that your voice that we're hearing

24   there, Sergeant?

25   A.  Yes.

1    Q.  What are you saying?

2    A.  "No spray."

3    Q.  Why?

4    A.  Because a number of the officers didn't have masks on

5    and the spray at this point -- at this point, the wind was

6    kind of blowing in through the set of open doors and blowing

7    into our face.  So I was telling the officers, "Don't spray"

8    because they're having -- it's also having effect on the

9    officers.

10              MS. PASCHALL:  If we could start the video again

11   at 14:43:34.

12              (Whereupon, segments of Government's Exhibit

13   No. 206.3 were published in open court.)

14              MS. PASCHALL:  And stop the video.

15   BY MS. PASCHALL:

16   Q.  We stopped at 14:44:29.  What just happened in this

17   interchange?

18   A.  This individual that you can see his face here in the

19   stocking hat to the -- just to the left of the officer's

20   head in the red stocking hat has his hand on the door and is

21   pressing into the officers.  He's kind of much bigger than I

22   am.  And he's pressing into the officers and the officers

23   are having a difficult time holding their ground.  It

24   appears the officer wanted him to stay there for some

25   reason, which could be he saw something worse that could

1    happen if he moved out of the way.  I mean, I can't answer

2    why.  But he wanted him to stay, so I trusted him.

3    Q.  Fair to say were you issuing commands to those

4    individuals right in front of you?

5    A.  Yes.

6    Q.  And in fact, did we hear you say, "We can't let you in

7    the building"?

8    A.  Yes.

9            MS. PASCHALL:  Continue at 14:44:29.

10           (Whereupon, segments of Government's Exhibit

11   No. 206.3 were published in open court.)

12           MS. PASCHALL:  If we can stop at 14:44:49.

13   BY MS. PASCHALL:

14   Q.  Sergeant, did you just hear an individual say, "They

15   fucking stole this and you fucking know it"?

16   A.  I did.

17   Q.  And did you see a black sleeve sort of shaking a finger

18   as well?

19   A.  I can see it here.  Yes.

20           MS. PASCHALL:  If we could briefly go to Exhibit

21   235.2, which is already in evidence.

22   BY MS. PASCHALL:

23   Q.  What's the timestamp here?

24   A.  14:41:17.

25   Q.  So now are we back a few minutes before the rioters had

1    broken through the glass?

2    A.  Uh-huh.

3           THE COURT:  We need a "yes" or "no," sir.

4           THE WITNESS:  Yes.  I'm sorry.

5    BY MS. PASCHALL:

6    Q.  I'm going to have you listen for the individual that I

7    was referencing earlier about "We're not going to lose the

8    U.S. Capitol today."  You let me know if you can identify

9    who is speaking.

10   A.  Uh-huh.

11          MS. PASCHALL:  If we could please play at

12   14:41:17.

13          (Whereupon, segments of Government's Exhibit

14   No. 235.2 were published in open court.)

15          MS. PASCHALL:  Stop the video, please.

16   BY MS. PASCHALL:

17   Q.  We stopped at 14:41:45.  Did you see the individual who

18   was speaking?

19   A.  Commander Ramey Kyle is his name.

20   Q.  What was Commander Kyle's position during this point in

21   time?  What is he trying to publish?

22   A.  He had assumed command in this area of the Capitol and

23   he was attempting to establish a line and get the officers

24   prepared for holding the Capitol.

25   Q.  How important was it during this moment for someone like

Bogner - DIRECT - By Ms. Paschall

1    Commander Kyle to take charge of that situation?

2    A.  Important.  Very important.

3    Q.  And do you know if Commander Kyle stayed in the area as

4    you guys continued to fight with the rioters?

5    A.  He stayed the entire time.

6    Q.  How important was that?

7    A.  Very important.

8           MS. PASCHALL:  If we could please go to Exhibit

9    441.

10   BY MS. PASCHALL:

11   Q.  Sergeant, during the time that you were here in the

12   tunnel, were you able to observe individuals in the crowd of

13   rioters who were taking video back at your line?

14   A.  Yes.

15          (Whereupon, segments of Government's Exhibit No.

16   411 were published in open court.)

17          THE COURT:  Sorry.  You said 441?

18          MS. PASCHALL:  My apologies.  It should be 411.

19          (Whereupon, segments of Government's Exhibit

20   No. 411 were published in open court.)

21          MS. PASCHALL:  If we could pause.

22   BY MS. PASCHALL:

23   Q.  We've stopped Exhibit 411.  Sergeant, do you know, is

24   this the opposite perspective that we see on your body-worn

25   camera at around 14:41 there where you are filming the

1    rioters coming through that lower west terrace tunnel door?

2    A.  It's definitely the opposing view.

3              MS. PASCHALL:  If we could play that a little bit

4    farther, please.

5              (Whereupon, segments of Government's Exhibit

6    No. 411 were published in open court.)

7              MS. PASCHALL:  If we could stop.

8    BY MS. PASCHALL:

9    Q.  And off to the kind of upper right, do you see that guy

10   in the red stocking cap that you were talking about?

11   A.  I do.

12   Q.  And immediately behind him, are we able to see that line

13   of officers that you were a part of inside the Capitol

14   Building?

15   A.  Yes.

16   Q.  So is Exhibit 411, then, a fair and accurate

17   representation of what was occurring at the tunnel doors at

18   about 14:41 on January 6th?

19   A.  In my opinion, yes.

20             MS. PASCHALL:  At this time, we'd move the

21   admission of Government's Exhibit 411.

22             THE COURT:  With no objection, 411 is in.

23             (Whereupon, Government's Exhibit No. 411 was

24   entered into evidence.)

25             MS. PASCHALL:  If we could please continue to play

1    411.

2              (Whereupon, segments of Government's Exhibit

3    No. 411 were published in open court.)

4              MS. PASCHALL:  If we could stop and go back maybe

5    one second.

6              (Whereupon, segments of Government's Exhibit

7    No. 411 were published in open court.)

8    BY MS. PASCHALL:

9    Q.  We're now at 00:37 in Exhibit 411.  Do you see the

10   individual on the far right of the screen here with both of

11   his hands up?

12   A.  I do.

13             MS. PASCHALL:  If we could continue to play

14   Exhibit 411.

15             (Whereupon, s4egments of Government's Exhibit

16   No. 411 were published in open court.)

17             MS. PASCHALL:  Now I'm going to ask that we pull

18   up Exhibit 412.  If we could play a little bit into Exhibit

19   412.

20             (Whereupon, segments of Government's Exhibit

21   No. 412 were published in open court.)

22             MS. PASCHALL:  Stop now.

23   BY MS. PASCHALL:

24   Q.  Sergeant, does this appear to be the same view that is

25   the opposing view of your body-worn camera as you are in

1    line inside of the lower west terrace tunnel at around 4:42

2    p.m. on January 6th?

3    A.  It does.

4    Q.  In fact, do we see that same individual that I stopped

5    and identified before in the gray hooded sweatshirt now sort

6    of off to the left side at the front of the line there?

7    A.  Yes.

8             MS. PASCHALL:  At this time, your Honor, we would

9    move the admission of Government's Exhibit 412.

10            THE COURT:  Seeing no objection, 412 is in.

11            (Whereupon, Government's Exhibit No. 412 was

12   entered into evidence.)

13            MS. PASCHALL:  If we could please continue to play

14   412.

15            (Whereupon, segments of Government's Exhibit

16   No. 412 were published in open court.)

17            MS. PASCHALL:  And if we could just stop there.

18   BY MS. PASCHALL:

19   Q.  We've stopped Exhibit 412 at 00:57 seconds.  Do you see

20   that individual that we've previously identified in the gray

21   sweatshirt again at the front of the line there?

22   A.  Yes, I do.

23   Q.  Can you see where his hands are?

24   A.  At least one hand is up and it looks like his other hand

25   is underneath.  But it's difficult to tell.

1          MS. PASCHALL:  Let's start Exhibit 412 again at

2     counter 00:57.

3          (Whereupon, segments of Government's Exhibit

4     No. 412 were published in open court.)

5          MS. PASCHALL:  We've reached the end of 412.

6     Could we please pull up Exhibit 206.10.

7          (Whereupon, segments of Government's Exhibit

8     No. 206.10 were published in open court.)

9          MS. PASCHALL:  And if we could stop the video.

10    BY MS. PASCHALL:

11    Q.  So we've stopped the video at 14:48:21.  Sergeant, are

12    you able to hear your own voice again?

13    A.  I am.

14    Q.  Do you believe this to be another portion of your

15    body-worn camera?

16    A.  It is.

17    Q.  What is happening at this point at 14:48:21?

18    A.  It appears we're still in the same position we were.

19    But I heard myself say, "We're trying to get someone out" or

20    something to that effect.  And I recall having to pull up a

21    couple of officers off the front line for various reasons

22    throughout the time.  I'm not sure which one this was.

23         MS. PASCHALL:  Let's start the video again at

24    14:48:21.

25         (Whereupon, segments of Government's Exhibit

1    No. 206.10 were published in open court.)

2              MS. PASCHALL:  And stop.

3    BY MS. PASCHALL:

4    Q.  We stopped the video at 14:48:51.  What did we just hear

5    you say there, Sergeant?

6    A.  I'm trying to get shields in the proper position so we

7    can relieve the officers at the front of the line.

8    Basically, what we have here is a compacted mass of officers

9    in the hallway and a compacted mass of protesters in the --

10   or rioters in the entryway or in the foyer.  And they're

11   compressing against each other.  And I'm -- what I'm trying

12   to do is not keep the same officers in the front of the line

13   the whole time taking the brunt of it.  That's what I'm

14   doing here, is trying to switch that up.

15   Q.  Why was that necessary?

16   A.  Because physically officers can't handle -- people can't

17   handle that for a prolonged period of time, so swapping them

18   out keeps the officers fresh, keeps them making good

19   decisions.  So that was my goal at that moment.

20             MS. PASCHALL:  Let's continue at 14:48:51.

21             (Whereupon, segments of Government's Exhibit

22   No. 206.10 were published in open court.)

23             MS. PASCHALL:  If we could stop the video.

24   BY MS. PASCHALL:

25   Q.  So we've stopped at 14:49:21.  What has just happened in

1    that portion of the video?

2    A.  I'm trying to inform the officers that it's just a fire

3    extinguisher.  I remember I could see -- I could see the red

4    of the fire extinguisher.  And I don't want them to panic

5    and think it's something other than a fire extinguisher

6    because, you know, the mind in situations like this is a

7    powerful thing.  So I'm just trying to keep their heads

8    focused.

9              MS. PASCHALL:  Let's start again at 14:49:21.

10             (Whereupon, segments of Government's Exhibit

11   No. 206.10 were published in open court.)

12             MS. PASCHALL:  And let's stop at 14:49:33.

13   BY MS. PASCHALL:

14   Q.  Just to be clear, no Metropolitan Police Department

15   officer or Capitol Police officer is deploying that fire

16   extinguisher in this moment.  Is that accurate?

17   A.  No.  We would not deploy a fire extinguisher.

18             MS. PASCHALL:  Let's start again at 14:49:33.

19             (Whereupon, segments of Government's Exhibit

20   No. 206.10 were published in open court.)

21             MS. PASCHALL:  Let's stop at 14:50:05.

22   BY MS. PASCHALL:

23   Q.  Are you able to see the officer directly in front of you

24   there?

25   A.  I can.

1    Q.  It appear to be somebody who's wearing a green COVID

2    safety mask?

3    A.  I can see the green strap -- a green strap.  But I can't

4    tell the mask.

5            MS. PASCHALL:  Let's play for another second or

6    two here at 14:50:05.

7            (Whereupon, segments of Government's Exhibit

8    No. 206.10 were published in open court.)

9            MS. PASCHALL:  And if we could stop at 14:50:28.

10   BY MS. PASCHALL:

11   Q.  Were you able to better see that green COVID mask?

12   A.  Yes.  I can see a green COVID mask.

13   Q.  In this portion that we've just watched, what are you

14   instructing people to do?

15   A.  I wanted to attempt to make a push to push the rioters

16   back.  Any measure would have been a win.  So I was just

17   trying to make an attempt to push to see what we could do.

18           MS. PASCHALL:  Let's start again at 14:50:28.

19           (Whereupon, segments of Government's Exhibit

20   No. 206.10 were published in open court.)

21           MS. PASCHALL:  And let's stop at 14:51:02.

22   BY MS. PASCHALL:

23   Q.  So what have we just seen during that portion of the

24   video?

25   A.  I'm conversing with a sergeant from the Fourth District.

1    I cannot remember his name.  But I can tell it's him because

2    his finger was injured in that manner.  And I remember him

3    standing next to me.  His name escapes me at the moment.

4    Q.  So in the 30 seconds or so prior where you had testified

5    that you were hoping to push back on the crowd and make any

6    measure that you could, were you successful?

7    A.  Not by much, if at all.

8              MS. PASCHALL:  If we could now please go to

9    Exhibit 413.  If we could pull Exhibit 413 ahead to about

10   five -- actually, let's just play it straight through.

11   Sorry.  Let's start at 00:00.

12             (Whereupon, segments of Government's Exhibit

13   No. 413 were published in open court.)

14             MS. PASCHALL:  Stop at 00:04.

15   BY MS. PASCHALL:

16   Q.  What are we viewing at that moment?

17   A.  The reciprocal view from someone's personal device,

18   apparently, of that red fire extinguisher being deployed

19   into the tunnel.

20   Q.  So based on viewing this video, is it fair to say that

21   this video is the exact counterpoint of what we saw in your

22   video at 14:49:12?

23   A.  Yes.

24   Q.  And does it appear to be a fair and accurate

25   representation of what that lower west terrace tunnel doors

1      looked like at around that time on January 6th?

2      A.  It does.

3              MS. PASCHALL:  At this time, the Government would

4      move the admission of Exhibit 413.

5              THE COURT:  Seeing no objection, 413 is admitted.

6              (Whereupon, Government's Exhibit No. 413 was

7      entered into evidence.)

8      BY MS. PASCHALL:

9      Q.  Staying here at time marker 00:04, do you see the person

10     that I am circling sort of in the center but bottom half of

11     the photograph?

12     A.  I do.

13     Q.  Is that somebody who appears to be wearing a gray

14     sweater?

15     A.  It does.

16             MS. PASCHALL:  If we could play Exhibit 413 from

17     time marker 00:04.

18             (Whereupon, segments of Government's Exhibit

19     No. 413 were published in open court.)

20             MS. PASCHALL:  Having reached the end of Exhibit

21     413, could we please pull up Exhibit 301, which I believe is

22     already in evidence.  If we could pull Exhibit 301 ahead to

23     time marker five minutes, 28 seconds.  Push "play" there.

24             (Whereupon, segments of Government's Exhibit

25     No. 301 were published in open court.)

1              MS. PASCHALL:  Stop the exhibit.

2    BY MS. PASCHALL:

3    Q.  Sergeant, what are we looking at in Exhibit 301?

4    A.  That's a reciprocal view of our position inside the

5    interior doors of the west tunnel.

6    Q.  And fair to say that the officer with the name tag W.

7    Bogner, is that you?

8    A.  It is.

9    Q.  And based on this view, do you believe this to be a fair

10   and accurate depiction of what your position would have

11   looked like inside the lower west terrace tunnel doors on

12   January 6th, 2021?

13   A.  I do.

14             MS. PASCHALL:  I think this is already in

15   evidence.  But if it's not, we'd move the admission.

16             MS. COBB:  It is.

17             MS. PASCHALL:  Great.  Thank you.

18             And can we continue to play from 5:32 on Exhibit

19   301.

20             (Whereupon, segments of Government's Exhibit

21   No. 301 were published in open court.)

22             MS. PASCHALL:  If we could stop right at 5:47.

23   BY MS. PASCHALL:

24   Q.  I know it's a little blurry, but, Sergeant, are you

25   aware of law enforcement officers who appear to be above you

1    over your right shoulder in this photograph --

2    A.  Yes.

3    Q.  -- still?

4         Do you know what they were doing up there?

5    A.  I can't say specifically.  But like there was several

6    times both inside these doors and when we moved out further

7    later when we were able to push back where an officer would

8    get up on that right-hand side and would either spray or do

9    different things from that vantage point to attempt to, you

10   know, have a better aim and sight line.

11   Q.  Do you know if Commander Kyle, who we discussed

12   previously, ever got up on that vantage point?

13   A.  I don't recall that.

14        MS. PASCHALL:  If we could please go to Exhibit

15   304.  If we could pull Exhibit 304 ahead to ten minutes, 25

16   seconds.

17        (Whereupon, segments of Government's Exhibit

18   No. 304 were published in open court.)

19        MS. PASCHALL:  Stop there.

20   BY MS. PASCHALL:

21   Q.  We've stopped Exhibit 304 at 11:02.  Right in the very

22   bottom corner of this exhibit on the left-hand side, do you

23   see who I've circled there?

24   A.  That's me.

25   Q.  And at this point, where has your line established?

1    A.  So we are at the exterior set of doors and have

2    apparently pushed through the foyer.

3    Q.  So at some point from when we were previously watching

4    your body-worn camera, you've now made a little bit of

5    ground from inside -- fully inside the Capitol doors to now

6    the exterior, second double doors.  Is that fair to say?

7    A.  Yes.

8            MS. PASCHALL:  Let's continue to play Exhibit 304

9    at 11:02.

10           THE COURT:  Did you want to move 304 in?

11           MS. PASCHALL:  Yes.

12   BY MS. PASCHALL:

13   Q.  Well, first, is this a fair and accurate depiction of

14   what you experienced on January 6th, 2021?

15   A.  It appears to be.  Yes.

16           MS. PASCHALL:  We would move the admission of

17   Exhibit 304.

18           THE COURT:  Seeing no objection, 304 is in.

19           (Whereupon, Government's Exhibit No. 304 was

20   entered into evidence.)

21           (Whereupon, segments of Government's Exhibit

22   No. 304 were published in open court.)

23           MS. PASCHALL:  And please stop Exhibit 304 at

24   11:56.

25

```
1    BY MS. PASCHALL:

2    Q.  So what have we just witnessed during this interval of

3    the video?

4    A.  A continued violent exchange between the protesters and

5    the officers.  You can see the officers attempting to strike

6    them there with the batons.  We are still at that exterior

7    set of doors.  One of them is now closed.

8    Q.  Do you recall if that door that was then closed --

9    whether the glass in that door frame was broken or still

10   intact?

11   A.  It appears to be broken in this video.

12               MS. PASCHALL:  If we could now pull up Exhibit

13   206.4.

14               (Whereupon, segments of Government's Exhibit

15   No. 206.4 were published in open court.)

16               MS. PASCHALL:  Stop there.

17   BY MS. PASCHALL:

18   Q.  We stopped that at 14:54:34.  Are we back to your

19   body-worn camera now?

20   A.  It appears to be.  Yes.

21               MS. PASCHALL:  Let's start the video.  Actually,

22   let's move ahead to 14:56:25.  We can start from there.

23               (Whereupon, segments of Government's Exhibit

24   No. 206.4 were published in open court.)

25               MS. PASCHALL:  We can stop.
```

 1    BY MS. PASCHALL:

 2    Q.  We've stopped at 14:56:33.  Sergeant, do you see a big

 3    piece of equipment directly in front of you there?

 4    A.  Yes.  I see like a large TV camera almost, but not quite

 5    that big.

 6              MS. PASCHALL:  We'll start again at 14:56:33.

 7              (Whereupon, segments of Government's Exhibit

 8    No. 206.4 were published in open court.)

 9              MS. PASCHALL:  If we could stop at 14:57:03.

10    BY MS. PASCHALL:

11    Q.  What have we just witnessed there?

12    A.  We witnessed -- there was this lady that's visible in

13    the video.  She was starting to panic and eventually had

14    difficulty breathing.  I was trying to appeal to the

15    individuals immediately around.  I think at one point I even

16    asked them if they could stop, we'll get her help and then

17    we can go back to what we're doing or something to that

18    effect.  I don't remember exactly what I said, but I

19    remember trying to appeal to them to stop momentarily so we

20    could help her.

21    Q.  And when you're asking them to stop, you're asking them

22    to stop that forward momentum against the line.  Is that

23    accurate?

24    A.  Yes.  The mass of officers and the mass of people

25    pressing against each other.  It was a tremendous force on

Bogner - DIRECT - By Ms. Paschall

1    everyone at that moment.

2                    MS. PASCHALL:  If we could move ahead to 14:59:15.

3                    (Whereupon, segments of Government's Exhibit

4    No. 206.4 were published in open court.)

5                    MS. PASCHALL:  And stop the video.

6    BY MS. PASCHALL:

7    Q.  At 14:59:31, what have we just heard you say?

8    A.  I can't remember exactly what the gentleman said, but I

9    was telling him:  We're defending the building.  I think he

10   was accusing us of something, and then I said:  We're

11   defending the building.

12   Q.  In the 14 years that you've been with MPD, how many

13   large rallies, marches, First Amendment activities do you

14   think you've manned as an officer?

15   A.  Numerous.  It would be difficult for me to guess.

16   Q.  But over 14 years, maybe multiple every year?

17   A.  Yes.

18   Q.  In that entire 14 years, have you ever seen anything

19   like this?

20   A.  Not specifically just like this.  No.

21   Q.  How difficult was this as a sergeant to be trying to

22   take charge of the men that are your officers in this

23   situation?

24   A.  It's difficult.  It's hard to hear.  It's hard for

25   people to focus past all of this, everything that's

1    happening, the pressure, the noise.  So it's difficult.

2    Q.  Is it fair to say that this is the most violent rally or

3    march that you have had to man as a police officer in your

4    14 years?

5    A.  It's definitely in the top five.

6              MS. PASCHALL:  Thank you.

7              THE COURT:  We had heard testimony yesterday from

8    one of your colleagues that he felt like officers informally

9    at least responded differently to this riot because of what

10   they'd experienced during the Black Lives Matter protest.

11   Would you agree with that?

12             THE WITNESS:  I can't say that I do believe that

13   we responded differently.  I think that we defended

14   ourselves in accordance with our policies.  I think we do

15   that on a day-to-day basis.  I mean, we use the same tools

16   here that we did the summer before.  In this instance, it's

17   more concentrated.

18             But it's different in that way and the intensity

19   is different.  But I think the response to the same action

20   by an individual is the same.  I think this is just more

21   concentrated.  That's how I would characterize it.

22             THE COURT:  Your policies didn't change in 2020?

23             THE WITNESS:  Maybe some, but not significantly to

24   where this type of response would change.

25             THE COURT:  Mr. Shipley?

```
1                        CROSS-EXAMINATION
2    BY MR. SHIPLEY:
3    Q.  Good afternoon, Sergeant Bogner.
4              MR. SHIPLEY:  Can we have 206.3 played again from
5    about 14:41.
6              (Whereupon, segments of Government's Exhibit
7    No. 206.3 were published in open court.)
8    BY MR. SHIPLEY:
9    Q.  This is your body cam.  We're going to see again the
10   glass break.
11   A.  Okay.
12             (Whereupon, segments of Government's Exhibit
13   No. 206.3 were published in open court.)
14             MR. SHIPLEY:  It's 57, so almost 14:42.
15             (Whereupon, segments of Government's Exhibit
16   No. 206.3 were published in open court.)
17             MR. SHIPLEY:  Pause that there.
18   BY MR. SHIPLEY:
19   Q.  You see the gentleman you described earlier pounding on
20   the glass with his left hand, with the front of his fist.
21   Right?
22   A.  I do.
23   Q.  And now we're going to see him a couple times again in a
24   few minutes.  Just for simplicity's sake, I'm going to tell
25   you that's my client, Mr. Mehaffie, sitting back there.
```

```
 1    A.  Okay.

 2    Q.  I'll just refer to him as Mr. Mehaffie.

 3    A.  All right.

 4    Q.  So that's Mr. Mehaffie's left hand pounding on the

 5    glass.  Right?

 6    A.  Yes.

 7    Q.  Okay.

 8              MR. SHIPLEY:  Run it forward.

 9              (Whereupon, segments of Government's Exhibit

10    No. 206.3 were published in open court.)

11              MR. SHIPLEY:  Pause.

12    BY MR. SHIPLEY:

13    Q.  Mr. Mehaffie, you see he steps aside there.  Right?  He

14    moves to his right?

15    A.  Yes.

16              MR. SHIPLEY:  Run it again.

17              (Whereupon, segments of Government's Exhibit

18    No. 206.3 were published in open court.)

19              MR. SHIPLEY:  Stop it, please.

20    BY MR. SHIPLEY:

21    Q.  That's somebody different.  Right?

22    A.  Yes.

23    Q.  So if you said earlier that it was the same person

24    pounding on the door that broke the glass, that was just a

25    mistaken recollection.  In fact, it's somebody different who
```

Bogner - CROSS - By Mr. Shipley

```
 1    breaks the glass.  Right?
 2    A.  Yes.  I believe what I said earlier was that I remember
 3    someone feeling for the breaker, which I saw there, and then
 4    smashing the glass.  But if I said that, it was a mistake.
 5    Q.  Yeah.
 6              THE COURT:  Sir -- you go ahead.
 7    BY MR. SHIPLEY:
 8    Q.  That's clearly not Mr. Mehaffie --
 9    A.  That is not.
10    Q.  -- with an object in his hand?
11    A.  Yes.  That is not.
12              THE COURT:  I guess my question is, it looked to
13    me like there were two different people, like first
14    Mr. Mehaffie and then this second individual.
15              Are you now saying that you don't believe
16    Mr. Mehaffie had something in his hand?
17              THE WITNESS:  I still believe Mr. Mehaffie had
18    something in his hand.  It appears there's a black object in
19    his hand when he's banging on the glass.
20              THE COURT:  But you're just saying it's the second
21    guy who broke the window?
22              THE WITNESS:  Yes.
23              THE COURT:  Thank you.
24              You may continue.
25              MR. SHIPLEY:  232.5 -- no.  I'm sorry.  411 and
```

1    412.  Can we run them both, beginning to end?  Let's do 411

2    first.

3              (Whereupon, segments of Government's Exhibit

4    No. 411 were published in open court.)

5              MR. SHIPLEY:  Stop it for me.

6    BY MR. SHIPLEY:

7    Q.  I'm going to refer to that person as White Hat.  Do you

8    see the gentleman with the white hat and the backpack?

9    A.  The one with the kind of tan backpack in the middle?

10   Q.  The one with the white hat and the backpack --

11   A.  I do.

12   Q.  -- or beanie, whatever it is?

13   A.  Yes.

14   Q.  He's the first person through the door.  Right?

15   A.  It appears from this camera, yes.

16   Q.  And you're right in the front.  I mean, you're coming

17   face to face with whoever is coming through that door.

18   Right?

19   A.  Yes.

20   Q.  This gentleman pauses for a moment and starts to say

21   something, starts to give some kind of speech or whatever.

22   And momentarily he's by himself.  Right?

23   A.  I don't remember what happens after this.  But you're

24   saying in this moment here it appears he's a few feet from

25   the front of the line.

```
1              MR. SHIPLEY:  Why don't we go forward a little
2    bit.
3              (Whereupon, segments of Government's Exhibit
4    No. 411 were published in open court.)
5              MR. SHIPLEY:  Pause it.
6    BY MR. SHIPLEY:
7    Q.  It's out of the frame.  You can't see it.  But you could
8    see for three or four seconds he was the only one who had
9    moved forward to the line of shields in front of him.
10   A.  Yes.
11             MR. SHIPLEY:  Let's keep going.
12             (Whereupon, segments of Government's Exhibit
13   No. 411 were published in open court.)
14             MR. SHIPLEY:  Stop it.  Well, can you back it up
15   about four seconds?
16             (Whereupon, segments of Government's Exhibit
17   No. 411 were published in open court.)
18             MR. SHIPLEY:  Right there.
19   BY MR. SHIPLEY:
20   Q.  Do you see the gentleman -- I've never done this before.
21   Here we go.  Do you see that -- you can see his left
22   shoulder, the gray hoodie and gray hair?
23   A.  I do.
24   Q.  That's Mr. Mehaffie, too.  Right?
25   A.  It appears to be.  Yes.
```

1    Q.  I'll represent to you that's Mr. Mehaffie, too.  So can

2    you kind of keep an eye on him as we continue to play?

3              MR. SHIPLEY:  Go ahead.

4              (Whereupon, segments of Government's Exhibit

5    No. 411 were published in open court.)

6              MR. SHIPLEY:  Pause right there.

7    BY MR. SHIPLEY:

8    Q.  Now, at this point, Mr. Mehaffie has not moved forward

9    any further between those doors.  Right?  He's stayed right

10   there?

11   A.  It appears he's at the interior set of doors in the

12   foyer.  Yes.

13   Q.  And now at this point he's actually turning around and

14   his -- his mannerisms, he's directing to the crowd, he's got

15   both hands in the air.  Right?

16   A.  He does.

17   Q.  Fair to say he's telling the crowd to stop?

18   A.  I don't know what he's saying, but he does have them up

19   as if that's what he's trying to say.

20             MR. SHIPLEY:  And why don't we back up just, you

21   know, right there.

22             (Whereupon, segments of Government's Exhibit

23   No. 411 were published in open court.)

24   BY MR. SHIPLEY:

25   Q.  Do you see anything in either hand?

```
1    A.  No.

2    Q.  Now, I accept your representation earlier you thought he

3    had something in your [sic] hand.  But at least by this

4    point, if he had something in his hand, he's dropped it,

5    because it's not in his hand anymore?

6    A.  I would agree to that.  He -- it's not in his hands.  I

7    can see that.  I don't know what he would have done with it

8    if there was something.

9    Q.  I'm going to apologize to you.  Whatever -- one of my

10   hearing aids quit working.  I've only got one in and I'm not

11   hearing exactly what you're saying.  Could you repeat that

12   answer, please?

13   A.  I'm saying, if he had something, it's no longer in his

14   hands because his hands are open.  But I don't know if he

15   dropped it or not.

16   Q.  So the two alternatives are either he had something and

17   he dropped it or you were mistaken earlier and he didn't

18   have anything in his hands?

19   A.  There are many other alternatives.  He could have put

20   something in his pocket, anything of that nature.  I don't

21   know what happened to it.

22   Q.  Fine.  But at least one clear possibility here is he

23   never, ever had anything in his hand and you were just

24   mistaken?

25   A.  I don't believe that to be true.
```

Bogner - CROSS - By Mr. Shipley

1    Q.  I'm just asking you if that's a possibility.

2    A.  Anything's possible.  But I don't believe that to be

3    true.

4              MR. SHIPLEY:  Can we go now to -- well, let's --

5    so play this forward to see if there's anything more.  I

6    think this ends before there's anything more.

7              (Whereupon, segments of Government's Exhibit

8    No. 411 were published in open court.)

9              MR. SHIPLEY:  That's the end of that one.  Can we

10   go to 412 now.

11             (Whereupon, segments of Government's Exhibit

12   No. 412 were published in open court.)

13   BY MR. SHIPLEY:

14   Q.  There's Mr. Mehaffie again.  Right?  You can see him

15   there.  This is him now at this point?

16   A.  Uh-huh.

17             THE COURT REPORTER:  Could I have a "yes" or "no,"

18   please?

19             THE WITNESS:  Yes.

20   BY MR. SHIPLEY:

21   Q.  His left hand is the lower and his right hand is kind of

22   over his head.  Right?

23   A.  It's difficult to tell, but it appears that that's

24   correct.

25   Q.  Okay.  Yeah.  You think there's a shield there?  There

```
1    very well may be.  It's kind of hard to make it out.

2    A.  It's difficult to tell in this picture.

3            MR. SHIPLEY:  Go ahead.

4            (Whereupon, segments of Government's Exhibit

5    No. 412 were published in open court.)

6            MR. SHIPLEY:  Stop.

7    BY MR. SHIPLEY:

8    Q.  Still in this position, Mr. Mehaffie's still got his

9    hands up.  Right?

10   A.  He's kind of like this, it appears.  One hand -- the

11   left hand is in front and the other hand is up.

12   Q.  Well, granted.  Where we had frozen it, that's the

13   position of his two hands.  But through that -- that little

14   sequence there of two or three seconds, both hands are up in

15   the air?

16   A.  He's moving his hands around.  Yes.

17           MR. SHIPLEY:  Keep going.

18           (Whereupon, segments of Government's Exhibit

19   No. 412 were published in open court.)

20           MR. SHIPLEY:  Pause.

21   BY MR. SHIPLEY:

22   Q.  Right there, you saw somebody behind him hitting him

23   with a baton?

24   A.  It appears a member of the group was hitting him.  Yeah.

25           MR. SHIPLEY:  Keep going.
```

 1                    (Whereupon, segments of Government's Exhibit

 2      No. 412 were published in open court.)

 3                    MR. SHIPLEY:  Pause -- go.

 4      BY MR. SHIPLEY:

 5      Q.  At that point, you could see one of your officers

 6      hitting him with a baton?  Not saying unjustified.  Saying

 7      one of your officers strikes him.

 8      A.  I didn't get past where he was.  I kind of got

 9      distracted.  Can we play that segment again?

10      Q.  Yeah.

11                    MR. SHIPLEY:  Can we go back?  Why don't we let it

12      run for a second.

13                    (Whereupon, segments of Government's Exhibit

14      No. 412 were published in open court.)

15                    MR. SHIPLEY:  Pause there.

16                    THE WITNESS:  I am uncertain if they were hitting

17      him or if they were hitting the guy who was hitting him.

18      But it was an officer striking with a baton.

19      BY MR. SHIPLEY:

20      Q.  And it was either him or like right over the top of his

21      head?

22      A.  Yes.

23      Q.  Just before we paused there, Mr. Mehaffie had both hands

24      on top of his head.  Right?

25      A.  When the individual behind him was hitting him, yeah.

1     He put both hands up like that.

2     Q.  Right.

3     A.  That is correct.

4     Q.  Now he's turned around and has his back to the line?

5     A.  He does.

6          MR. SHIPLEY:  Let's see if we can see any more.  I

7     think he disappears here, though.

8          (Whereupon, segments of Government's Exhibit

9     No. 412 were published in open court.)

10         MR. SHIPLEY:  Let's pause.  I think that flag is

11    in the way for most of the footage after that.

12    BY MR. SHIPLEY:

13    Q.  And I know we're dealing with, you know,

14    18-plus-months-ago recollection and really what you're

15    watching here and imperfect, you know, visual

16    representation.  Do you have any idea how long Mr. Mehaffie

17    was at the front in that location?

18    A.  I don't have a specific timeframe.  No.

19    Q.  And so if there's other video that shows that not too

20    long after this he's headed out, would that surprise you?

21    A.  No.  On that day, numerous people would leave, come

22    back.  Some wouldn't come back; some would come back.  But

23    you would see the same faces.  I mean, it's not surprising

24    in the least.

25    Q.  I think there's video we saw from the crowd's

1    perspective looking at the officers that you're right in

2    front.  Right?

3    A.  Yes.

4    Q.  So at least for some parts of this.  I mean, you're

5    leading your guys?

6    A.  Yes.

7    Q.  And so you were in the thick of the press up front from

8    both in front of you and behind you?

9    A.  Yes.

10   Q.  And then I think you said that, you know, your tactical

11   command in that position -- understanding that you had

12   superiors further back, but your tactical command in that

13   position, you were rotating people in and out as best you

14   could because you can't leave the same guys up front the

15   whole time?

16   A.  That's accurate.

17   Q.  Now, let me ask you, though:  You understood going in

18   there that your tactical position was such that, worst-case

19   scenario, your guys could retreat.  You had room behind you

20   if the command structure behind you started to say:  Okay.

21   We need to pull back from here, because this is

22   unsustainable?

23   A.  I actually had no idea where we were.  And when you go

24   inside of that area, it's like a T, like two tunnels.  It's

25   a very precarious situation.  I'm not sure -- I didn't learn

1   until later where those hallways would take me or what they

2   would do.  But all the doors were locked.  So to say we had

3   a place to retreat to, I'm not sure that's accurate.  But

4   also, it wasn't on the table.

5            You heard the --

6   Q.  No.  Fair enough.  And I understand it's a different

7   question --

8   A.  Yeah.

9   Q.  -- whether or not, you know, you were prepared to give

10  access to the crowd through that hallway.  But if the choice

11  was my guys dying up front being crushed between the two

12  forces or us backing up to give some relief, you had that

13  option?

14  A.  It would have been an option, though I don't think in

15  this case it would have been the right option.

16  Q.  Well, it would have been the last option, desperate,

17  avoid-death option?

18  A.  Perhaps.

19  Q.  It would have been a difficult call to make, but one

20  that -- that somebody might have had to make if that had

21  developed?

22  A.  Perhaps.

23  Q.  As -- you said over time you made efforts to manage your

24  forces, rotating people in and out, staying fresh up front,

25  and then taking advantage when the opportunity presented to

Bogner - CROSS - By Mr. Shipley

1    try to push the crowd forward?

2    A.  Absolutely.

3    Q.  And at one point you managed to push the crowd beyond

4    those exterior doors, the gold-paneled doors with the broken

5    clear glass?

6    A.  Yes.

7    Q.  I think we actually saw one, like -- it might have been

8    15 -- 14:50.  So we're about six, seven minutes into the

9    exchange where it looks like your guys actually have been

10   moved back or were closer to the interior set of doors.

11   A.  For a while, there was a little ebb and flow with that

12   position.

13   Q.  That's the point I was going to make, was there was a

14   period of time for several minutes that the -- let's call it

15   the skirmish line where the police and the protestors,

16   rioters, came together -- it moved?

17   A.  Yes.

18   Q.  It moved out and then it moved back?

19   A.  Almost certainly the entire time.  It moved at some

20   point or another.

21   Q.  You've seen -- from the crowd's side, you've seen some

22   of these videos -- had you seen these crowd videos before

23   today?

24   A.  Some of them.

25   Q.  But from the crowd's side, back behind you, the hallway,

1    for lack of a better description, starts to slope up.

2    Right?

3    A.  It does.

4    Q.  So there's an ability to see behind -- what's behind the

5    front line of the officers looking in?

6    A.  Uh-huh.

7    Q.  I mean, to see what's back there?

8    A.  Yes.

9    Q.  I mean, I'm not going to ask you -- and I think I did

10   the same thing with one of your predecessors.  I'm not going

11   to ask you to count helmets.  But in a couple of these

12   videos, there's a lot of helmets going back there.

13   A.  Accurate.

14   Q.  Yeah.  30, 40?  Again, not counting helmets, but just

15   with -- sort of an understanding of the circumstances of

16   your personnel and other units that were engaged, 30 or 40

17   officers there?

18   A.  That would be accurate.  Yeah.

19   Q.  And equipped and trained with shields and with CS gas

20   and being managed, being managed by the command structure.

21   Pushing through that line would have been an enormous task

22   by the crowd?

23   A.  Well, I would say this:  With -- there were some

24   considerations.  We didn't -- at this point, we did not have

25   CS gas.  We were running low on OC spray.  So those

1   resources were not readily available to us at this point.

2   However, we had no intention of moving to allow anyone in,

3   if that's what you're asking.

4   Q.  My mistake.  I said CS gas.  That's obviously, you know,

5   teargas, which is different as opposed to OC spray.

6   A.  We're even running low on OC at some point during this.

7   I don't know at what point.  I can't pinpoint that exactly.

8   But we got down to the point where that large can I had had

9   nothing left in it.

10  Q.  But eventually, through just sort of tactical coherence

11  and management and training, you were able to gain ground

12  steadily, push the crowd through the second set of doors and

13  eventually recapture or regain all the territory up to the

14  entrance?

15  A.  That's accurate.

16  Q.  Were you still with your guys at the front when you got

17  to the entrance or had you kind of fallen back to take other

18  responsibilities?

19  A.  So there were a number of times where I had been sprayed

20  with OC throughout this interaction, because the

21  interaction's much longer than what we have seen here.  And

22  there were a number of times where I was sprayed and had to

23  fall back and kind of regroup myself.  Sergeant Paul Riley,

24  the guy with the long hair that was there in the beginning,

25  he and I were almost passing front to back as he was sprayed

1    and I was sprayed.  And it happened more than six times.

2    Q.  Okay.  And we know, because we've seen other body-worn

3    cameras with timestamps, that it's roughly 3:20 when MPD

4    kind of gained the upper hand at the entrance and the sort

5    of pushing stopped.  And there was a long period of kind of

6    a stalemate with the people at the front of the crowd and

7    the officers at the front of the MPD contingent talking back

8    and forth.

9          Were you there or were you in the back?

10   A.  There was a period of time towards the very -- I'm not

11   sure what moment you're referencing.  But -- like I can't

12   say for sure without seeing the video.

13   Q.  You're not watching your watch, are you?

14   A.  No.  In fact, my watch broke and was in my pocket.

15   So...

16   Q.  All I'm getting at is, there's been testimony and we've

17   seen video that Mr. Mehaffie's one of the people in the

18   crowd that was right at the front.  And I'm just wondering,

19   were you one of the people engaging with him?  Because the

20   officers are wearing masks.  We can't see.

21   A.  If there's a video of it, I could probably identify

22   myself.  But I can't say that I was or I was not.

23          MR. SHIPLEY:  (Confers with co-counsel privately.)

24          Nothing further, your Honor.  Thank you.

25          THE COURT:  Thank you, Mr. Shipley.

```
 1                 Mr. Urso?
 2                      CROSS-EXAMINATION
 3      BY MR. URSO:
 4      Q.  Good afternoon, Sergeant Bogner.
 5      A.  Good afternoon.
 6      Q.  How long were you in the tunnel?  Do you remember?  Like
 7      until what time, roughly?
 8      A.  It was a long time, but I don't know the exact time.
 9      Q.  Until you gained full control?
10      A.  Until full control was gained.  Yeah.  It was a long
11      time.
12      Q.  And you've watched some videos, other videos regarding
13      what went on in that tunnel that day?
14      A.  I've seen the videos that are on TV.  I've seen the
15      videos here.  Yes.
16      Q.  Were you -- do you recall being nearby in the tunnel --
17      did you witness when Officer Hodges got pinned in the
18      doorway and screamed for help?
19      A.  I was nearby.
20      Q.  Did you help to get him out of there?
21      A.  I can't remember exactly where I was in that moment.
22      That was a -- if I recall, Officer Hodges was to the right,
23      and I remember it was one of the doors on the right and I
24      remember the screaming.  But I can't remember -- it was
25      difficult to move.  So where you were is where you were, and
```

1   pretty much the people next to you had to help.

2   Q.  And I think Sergeant Mastony made that point.

3   Basically, if you were near the front of that line on either

4   side, the protesters' side or the police side, you weren't

5   able to move very much, if at all?

6   A.  Not without the people behind you allowing it.

7   Q.  Do you recall seeing Mr. McCaughey -- do you have a

8   recollection of seeing him in the tunnel that day yourself?

9   A.  Possibly.  It's difficult for me to remember.

10              MR. URSO:  Thank you, Sergeant.

11              THE COURT:  Thank you, Mr. Urso.

12              Ms. Cobb?

13              MS. COBB:  No questions, your Honor.

14              THE COURT:  We direct?

15                       REDIRECT EXAMINATION

16   BY MS. PASCHALL:

17   Q.  Sergeant, Mr. Shipley asked you whether you could have

18   pulled back further into the Capitol.

19              Do you recall that line of questioning?

20   A.  I do.

21   Q.  And did there actually come a time where there was an

22   injured rioter in front of you in the line that you helped

23   to pull back into the Capitol?

24   A.  There was.

25              MS. PASCHALL:  Could we please pull up his

1    body-worn camera, 206, and pull it forward to about

2    15:00:00.

3              (Whereupon, segments of Government's Exhibit

4    No. 206 were published in open court.)

5              MS. PASCHALL:  So we can go there.  That's

6    14:59:58.  We'll play from there.

7              (Whereupon, segments of Government's Exhibit

8    No. 206 were published in open court.)

9              MS. PASCHALL:  Stop.

10   BY MS. PASCHALL:

11   Q.  We stopped at 15:00:11.  At the very bottom right corner

12   of the screen, who are we seeing there?

13   A.  That's one of the individuals that I brought in.  I

14   believe he said he had difficulty breathing.  I can't

15   remember exactly what his symptoms were.  But I remember him

16   distinctly because of his flannel coat and his face.  But we

17   got him in and there was, I believe, a Capitol Police

18   officer who was a paramedic who assisted him.

19   Q.  Fair to say that if somebody at the front of the

20   rioters' line pushing against the police line was in some

21   sort of mortal danger, you were in a position to help them?

22   Is that accurate?

23   A.  It's -- well, it is accurate that we would try.  One

24   individual during this entire interaction did, I believe,

25   pass away.  But we did try.  They were doing CPR on her in

1       the hallway.

2       Q.  Mr. Shipley also asked you --

3               THE COURT:  Sorry.  You mean in the tunnel?

4       Somebody died there in the tunnel?

5               THE WITNESS:  Yes.

6       BY MS. PASCHALL:

7       Q.  Mr. Shipley asked you about the number of helmets.  He

8       estimated about 30 to 40 helmets.  And you sort of agreed

9       that that was probably the estimate for officers in the

10      tunnel at that time.  Does that seem accurate?

11      A.  I would agree -- I agree with him in the extent that

12      there were many.  I don't know the number.

13      Q.  Looking out ahead of you into the tunnel and beyond, how

14      many rioters would you estimate for that approximate number

15      of officers?

16      A.  Thousands.  I mean, I don't know that they were all

17      rioters, but from that perspective, all you see is a sea of

18      people.  And so you get that feeling in the moment for sure.

19      Q.  Did you know at any point when you were fighting in the

20      tunnel here that the Capitol had already been breached?

21      A.  Actually, no.  At this point -- well, actually, long

22      before this point, my radio had come out.  And really, the

23      only person that was concerned with their radio or

24      attempting to make communications was Commander Kyle.  And

25      he was 30 feet behind us.

```
 1                And to -- as far as I remember, there weren't a
 2     lot of people in this area trying to, because it was just
 3     too loud, too many people.  It would have been futile to try
 4     to make radio communication.
 5     Q.  Is it fair to say that Commander Kyle during this point
 6     in time never told you to pull back further into the
 7     Capitol?
 8     A.  No.  Absolutely not.
 9     Q.  Did you think that this was the last stand?
10     A.  We had the mindset that we were not allowing anyone into
11     the Capitol.
12                MS. PASCHALL:  Thank you.  No further questions.
13                THE COURT:  Sergeant Bogner, I appreciate your
14     testimony here today.  You're free to go.
15                THE WITNESS:  Thank you.
16                (Witness excused.)
17                THE COURT:  The Government may call its next
18     witness.
19                MS. PASCHALL:  Thank you, your Honor.  The
20     Government calls Officer Daniel Hodges.
21                (Thereupon, the witness entered the courtroom and
22     the following proceedings were had:)
23                DANIEL HODGES, GOVERNMENT WITNESS, SWORN.
24                THE COURT:  Good afternoon, Officer.  Feel free to
25     have a seat and make the microphone comfortable for you
```

1    where you are.

2              THE WITNESS:  Thank you.

3                        DIRECT EXAMINATION

4    BY MS. PASCHALL:

5    Q.  Good afternoon.  Could you please state and spell your

6    full name for the Court?

7    A.  My name is Daniel Hodges, D-A-N-I-E-L H-O-D-G-E-S.

8    Q.  Where do you work?

9    A.  I work for the Metropolitan Police Department of

10   Washington, D.C.

11   Q.  How long have you worked for the Metropolitan Police

12   Department?

13   A.  I've been with the MPD for about seven and a half years.

14   Q.  What is your current duty assignment?

15   A.  Currently I'm assigned to patrol in the Fourth District

16   and also assigned to Civil Disturbance Unit 42.

17   Q.  What do you do as a part of your assignment with the CDU

18   42?

19   A.  Civil Disturbance Unit 42, we are activated in response

20   to planned First Amendment assemblies within the District of

21   Columbia.  We police those assemblies and provide crowd

22   control, traffic direction and, in case they become violent,

23   riot control.

24   Q.  Were you working on January 6th, 2021, in your capacity

25   as a CDU officer?

1    A.  I was.

2    Q.  On the morning of January 6th, 2021, where were you

3    originally stationed?

4    A.  The morning of January 6th, our initial assignment was

5    in a high-visibility capacity on Constitution Avenue near

6    the Ellipse.

7    Q.  When you say high-visibility capacity, what does that

8    mean?

9    A.  In the high visibility, we are assigned to be out on

10   foot and visible to the public, simply making our presence

11   known and making it known that the police are aware of the

12   event and the people attending it.

13   Q.  What uniform were you wearing at that point in time?

14   A.  At that point in time I was wearing the uniform I'm in

15   now, my normal patrol uniform.

16   Q.  What did you expect to be doing?

17   A.  I expected to be on foot observing the crowd, giving

18   direction to people who asked for it and keeping a lookout

19   for any crime, any signs of violence that might occur.

20   Q.  Where were you originally stationed in the city?  What

21   streets?

22   A.  I was on the 1100 block of Constitution Avenue in front

23   of the IRS building.

24   Q.  And about what time did you start your tour of duty that

25   morning?

```
 1   A.  I believe it was -- I believe I was on duty around 7:00

 2   in the morning.  It was fairly early.

 3   Q.  And when did you arrive to the -- outside of the IRS

 4   building on Constitution?

 5   A.  It would have been an hour or two later, about I'd say

 6   8:00 or 9:00.

 7   Q.  At around that timeframe, the 8:00 or 9:00 a.m.

 8   timeframe, what were you noticing around you?

 9   A.  There were many people going into the Ellipse to attend

10   the rally there.  There were people who were wearing what

11   you would expect, clothes in support of the former President

12   Donald Trump, and there were those who were wearing tactical

13   gear who seemed very out of place to attend a rally by a

14   politician.

15   Q.  At some point in time, did you notice the crowd changing

16   its flow of direction?

17   A.  I did.

18   Q.  And what was that change of direction?

19   A.  After the -- I would say after the speech in the Ellipse

20   concluded, they started flowing in the opposite direction on

21   Constitution Avenue toward the Capitol Building.

22   Q.  During that timeframe, were you still in front of the

23   IRS building when the direction of traffic started to

24   change?

25   A.  I was.  Yes.
```

Hodges - DIRECT - By Ms. Paschall

1    Q.  Did you witness any incidents while you were at that

2    post?

3    A.  I did.  To my left, closer toward the Capitol Building

4    than the Ellipse, there was a confrontation between members

5    of the crowd and another person.  They began arguing,

6    looking like it was going to get -- become a physical

7    confrontation.

8              So myself and other officers ran to intervene.  We

9    separated the two parties.  We were able to get the second

10   person, who I'm going to refer to as a counter-protester, to

11   move along and we were able to keep the rest of the crowd

12   from becoming violent towards that person.

13   Q.  So after that incident, did there come a time where you

14   heard over the radio a call to go to the United States

15   Capitol?

16   A.  That's correct.

17   Q.  What did you hear?

18   A.  I heard our then-commander becoming agitated, becoming

19   increasingly pressured by the violence he was experiencing

20   at the Capitol Building.  And eventually, it got to the

21   point where he required additional backup from MPD units

22   such as CDU 42.  He then called us from our posts on

23   Constitution to respond to the Capitol.

24   Q.  So when you got that call, what did the unit do?

25   A.  When we got that call, we ran back to our vans that we

1   had taken down to Constitution Avenue.  We got out our hard

2   gear, our padded gear designed to defend us against attacks,

3   started putting that on.  It took about ten minutes, I'd

4   say.

5           After we got that on, we got in the vans and

6   started making our way towards the Capitol Building and we

7   got about toward the northwestern portion of the Capitol

8   property, got out on foot and started making our way towards

9   the west terrace.

10  Q.  Now, on that day, were you wearing a body-worn camera?

11  A.  I was.

12  Q.  Was it activated on that day?

13  A.  It was.

14  Q.  Have we reviewed that body-worn camera as a part of your

15  preparation for your testimony here today?

16  A.  We have.

17  Q.  Did that appear to be a fair and accurate representation

18  of what happened during certain portions of the day on

19  January 6th, 2021?

20  A.  It did.

21          MS. PASCHALL:  At this time, your Honor, the

22  Government would move the admission of Exhibit 222, which is

23  Officer  Hodges's body-worn camera.

24          THE COURT:  Seeing no objection, Exhibit 222 is

25  in.  I take it you're looking to admit the subcomponents as

1      well?

2                 MS. PASCHALL:  Yes, your Honor.

3                 THE COURT:  They will be admitted.

4                 (Whereupon, Government's Exhibit No. 222 was

5      entered into evidence.)

6      BY MS. PASCHALL:

7      Q.  Officer Hodges, I've pulled up on the screen here

8      Exhibit 222.  What are we seeing here at timestamp 13:50:04?

9      A.  Right here, we're seeing members of CDU 42 as observed

10     from my body-worn camera finishing putting on their hard

11     gear and getting in the vans so we can make our way towards

12     the United States Capitol Building.

13                MS. PASCHALL:  Can we please move ahead to

14     13:55:00.

15                (Whereupon, segments of Government's Exhibit

16     No. 222 were published in open court.)

17                MS. PASCHALL:  If we could stop the video.

18     BY MS. PASCHALL:

19     Q.  We stopped at 13:55:59.  What is happening during this

20     portion of the video?

21     A.  At this portion of the video, we are arriving on scene

22     at the United States Capitol property.  We get out and we

23     form up into two columns.  Our sergeants are issuing us

24     orders telling us to check our gear, put our face shields

25     down and various other ways to prepare for our duties.

1            MS. PASCHALL:  Let's pull the video ahead to

2       13:57:15.

3               (Whereupon, segments of Government's Exhibit

4       No. 222 were published in open court.)

5            MS. PASCHALL:  If we could stop.

6       BY MS. PASCHALL:

7       Q.  Officer, I believe you said you were coming from the

8       northwest onto the Capitol grounds.  Is that accurate?

9       A.  That's accurate.

10      Q.  And then do you see off to the right of the screen here

11      a barricade -- and I'll circle it -- all the way to the

12      right there?

13      A.  I do.

14      Q.  Do you know what that is?

15      A.  That is a barricade erected by Capitol Police in order

16      to keep people into -- or out of a restricted area, I should

17      say.

18             MS. PASCHALL:  Let's start again at 13:57:21.

19               (Whereupon, segments of Government's Exhibit

20      No. 222 were published in open court.)

21             MS. PASCHALL:  And let's stop the video at

22      13:58:01.

23      BY MS. PASCHALL:

24      Q.  Officer Hodges, at this point, as you are approaching

25      the crowd, what is going through your mind?

1    A.  I am mentally preparing myself for what I have to do,

2    what I should expect, the violence that I heard over the

3    radio.  I knew I was going to be in the thick of it.  I was

4    trying to observe the path we needed to take, observe the

5    nature of the crowd that we had to go through and make sure

6    I was ready to protect the people inside of the building and

7    protect my fellow officers.

8              MS. PASCHALL:  Let's pull ahead to 14:01:38.

9    BY MS. PASCHALL:

10   Q.  Did there come a point in time when you became separated

11   from the other members of your CDU platoon as you were

12   walking onto the Capitol grounds?

13   A.  There was that time.  Yes.

14   Q.  Can you explain what happened?

15   A.  While we were marching toward the west terrace of the

16   U.S. Capitol Building, we were making our way through the

17   crowd.  And the closer we got to the western terrace, the

18   more dense and aggressive the crowd became until eventually

19   the crowd attacked us.  They separated us from our

20   leadership, which is at the head of our column.  And they

21   started attacking us, punching, kicking, pushing.  One of

22   them tried to steal my baton.  We were able to repel our

23   attackers and we took a defensive posture.

24   Q.  I'm going to move ahead to 14:03:25.  We'll play from

25   there.

```
 1                   (Whereupon, segments of Government's Exhibit
 2       No. 222 were published in open court.)
 3                   MS. PASCHALL:   Stop the video.
 4       BY MS. PASCHALL:
 5       Q.  Officer Hodges, did you see down at the floor there when
 6       we started that video at 14:03:24 to 25 a red gas?
 7       A.  I did.
 8       Q.  Is that a gas that would be dispersed by the
 9       Metropolitan Police Department?
10       A.  It is not.
11       Q.  Is that because it's red in color?  That's how you know
12       that?
13       A.  That's how I know that.  Yes.
14                   MS. PASCHALL:   If we can pull ahead to 14:04:03.
15                   (Whereupon, segments of Government's Exhibit
16       No. 222 were published in open court.)
17                   MS. PASCHALL:   If we could stop the video.
18       BY MS. PASCHALL:
19       Q.  At 14:04:31 there, were you able to hear something over
20       a loudspeaker?
21       A.  I was.
22       Q.  And do you know what that was?
23       A.  It was a prerecorded message notifying the public in the
24       area that this was not a legal First Amendment assembly,
25       that it was a riot, and that it was giving them a lawful
```

1    order to disperse.

2    Q.  And right at this same moment, at 14:04:31, what have we

3    just witnessed you do?

4    A.  At this moment in the video, we had just witnessed

5    myself clearing a path through the crowd leading the rest of

6    my platoon through the crowd to the west terrace.

7    Q.  So the portion of the platoon that you stayed with that

8    had gotten separated from your leadership, you're now able

9    to bring them across the barricade to the west front where

10   other officers were staging.  Is that accurate?

11   A.  That is accurate.  Yes.

12          MS. PASCHALL:  Let's pull ahead to 14:06:00.

13   Before we push play here --

14   BY MS. PASCHALL:

15   Q.  Do you see another officer in front of you on your

16   body-worn camera here?

17   A.  I do.

18   Q.  And so once you had crossed that police line and gotten

19   to where the other officers were staging, what were you

20   doing here?

21   A.  Once we crossed the police line into the area in front

22   of the west terrace you see here, we were attempting to

23   regroup, reorganize into our platoon so that we could be

24   deployed effectively by our leadership.

25          MS. PASCHALL:  Let's start the video here at

Hodges - DIRECT - By Ms. Paschall

```
 1      14:06:00.

 2                  (Whereupon, segments of Government's Exhibit

 3      No. 222 were published in open court.)

 4                  MS. PASCHALL:  Stop the video.

 5      BY MS. PASCHALL:

 6      Q.  At 14:06:56, did you just hear something audible again

 7      on your BWC?

 8      A.  I did.

 9      Q.  What was that?

10                  THE COURT:  I got the LRAD thing.  I think I've

11      got that.

12      BY MS. PASCHALL:

13      Q.  Do you see directly in front of you there on the left

14      sort of a tower there?

15      A.  I do.

16      Q.  And what are you doing in this moment?

17      A.  At this moment, we're trying to repel the attackers,

18      maintain the police line and keep them out of the United

19      States Capitol.

20                  MS. PASCHALL:  If we could pull ahead to 14:24:16.

21      BY MS. PASCHALL:

22      Q.  Officer, we've just jumped about 20 minutes ahead.  But

23      in those intervening 20 minutes, what were you doing on the

24      west front?

25      A.  In those 20 minutes, I was continuing to maintain the
```

1    police line, look for areas where it was weak, where it

2    needed help and be the support in order to maintain it.

3    Q.  And are you in a substantially similar position to the

4    area you were in when we previously stopped the video at

5    about 14:06 --

6    A.  Yes.

7    Q.  -- minutes?

8         MS. PASCHALL:  If we could please play at

9    14:24:15.

10         (Whereupon, segments of Government's Exhibit

11    No. 222 were published in open court.)

12         MS. PASCHALL:  If we could stop the video.

13    BY MS. PASCHALL:

14    Q.  At 14:24:34, Officer Hodges, did you observe that

15    individual in the center of the screen here who I will

16    circle who appears to be holding an object that goes a

17    little bit above his head?

18    A.  I did.

19    Q.  And do you remember this person from January 6th, 2021?

20    A.  I do.

21    Q.  And what do you remember?

22    A.  I remember that he was insisting that we give him our

23    equipment.  He asked us to surrender and let them in the

24    Capitol.  He said that -- they weren't his exact words, but

25    he said even if we used our guns against the crowd that

1    their sheer numbers would overwhelm us and they would run

2    over us.

3              MS. PASCHALL:  And I'll continue from this point

4    at 14:24:34.

5              (Whereupon, segments of Government's Exhibit

6    No. 222 were published in open court.)

7              MS. PASCHALL:  Stop the video.

8    BY MS. PASCHALL:

9    Q.  We've stopped at 14:25:20.  At this point, can we have a

10   better view of that individual you were describing?

11   A.  Yes.

12   Q.  And do you see he's holding something in his right hand

13   there?

14   A.  I do.

15   Q.  Do you know what that is?

16   A.  It appears to be some kind of a tripod for the camera

17   function of a cell phone.

18             MS. PASCHALL:  Could we pull up Exhibit 303.

19             (Whereupon, segments of Government's Exhibit

20   No. 303 were published in open court.)

21             MS. PASCHALL:  Stop Exhibit 303 and just go back

22   maybe two seconds.

23             (Whereupon, segments of Government's Exhibit

24   No. 303 were published in open court.)

25             MS. PASCHALL:  And stop it there, please.

1    BY MS. PASCHALL:

2    Q.  We've stopped at 00:01 on Exhibit 303.  Officer Hodges,

3    what do we see directly in the center of the frame here in

4    Exhibit 303?

5    A.  I am directly in the center of the frame.

6    Q.  How do you know that?

7    A.  You can see my badge with my badge number, 4518.  You

8    can see my name tape, D. Hodges.  You can also see my badge

9    number on my helmet.  And I recognize myself by my build and

10   the face mask I was wearing that day.

11   Q.  Were you able to hear the audio that was playing with

12   303?

13   A.  I was.

14   Q.  Did it appear to be the same voice that we just heard on

15   your body-worn camera in Exhibit 222?

16   A.  It did.

17   Q.  And is this footage a fair and accurate representation

18   of what you were experiencing on the west front of the

19   Capitol on January 6th?

20   A.  It is.

21        MS. PASCHALL:  At this time, the Government would

22   move the admission of Exhibit 303.

23        THE COURT:  Seeing no objection, 303 is in.

24        (Whereupon, Government's Exhibit No. 303 was

25   entered into evidence.)

1          MS. PASCHALL:  If we could pull this ahead to

2     about 27 seconds.  28 seconds is great.  Play from there.

3               (Whereupon, segments of Government's Exhibit

4     No. 303 were published in open court.)

5          MS. PASCHALL:  If we could stop the video.

6     BY MS. PASCHALL:

7     Q.  We've stopped Exhibit 303 at 01:25.  What is happening

8     in this moment?

9     A.  At this moment, there appears to be some sort of

10    smoke-based munition going off behind us.

11         MS. PASCHALL:  Start the video again at 01:25.

12              (Whereupon, segments of Government's Exhibit

13    No. 303 were published in open court.)

14         MS. PASCHALL:  We can stop at 01:47.

15    BY MS. PASCHALL:

16    Q.  Officer Hodges, did there come a point in time where the

17    police line that you were holding became overrun?

18    A.  There was.

19    Q.  And what happened?  What did you do?

20    A.  We attempted to repel the attackers again.

21    Unfortunately, we were unsuccessful.  They were able to

22    breach our line, and the line collapsed and we broke into

23    fighting in front of the west terrace.

24         MS. PASCHALL:  If we could go back to Exhibit 222

25    and pull it to 14:29:45.

```
 1                  (Whereupon, segments of Government's Exhibit
 2      No. 222 were published in open court.)
 3                  MS. PASCHALL:  And if we could stop the video.
 4      BY MS. PASCHALL:
 5      Q.  We've stopped at 14:30:36.  What are you thinking at
 6      this moment in time now that that line has collapsed?
 7      A.  I had never been at the United States Capitol Building
 8      before this day.  I didn't have my radio.  My radio was
 9      stolen before this moment.  So I didn't know where my
10      leadership was.  I didn't know where my platoon was.  I
11      didn't know where I was going.  I didn't know whether there
12      was an avenue of egress for us to take.  So I was afraid
13      that eventually we would get put up against the wall,
14      literally and figuratively.
15      Q.  Eventually, did you find a point of egress?
16      A.  We did.
17      Q.  Where was that?
18      A.  There is a staircase that was part of the inaugural
19      stage that we took upwards to the inaugural stage and the
20      west terrace itself.
21                  MS. PASCHALL:  If we could pull ahead to 14:32:20.
22      We'll start the video at 14:32:18.
23                  (Whereupon, segments of Government's Exhibit
24      No. 222 were published in open court.)
25                  MS. PASCHALL:  Stop the video here.
```

1     BY MS. PASCHALL:

2     Q.  At 14:33:09, are you now up on the inaugural stage

3     platform area of the Capitol?

4     A.  Correct.

5     Q.  What are you witnessing now?

6     A.  Witnessing officers retreating and attempting to hold

7     that particular part of the west terrace against the

8     attackers.

9     Q.  At some point in time, was the decision made to fall

10    back inside the Capitol Building itself?

11    A.  Yes.

12    Q.  And once you were inside the Capitol Building, what

13    happened next?

14    A.  There was a CS gas munition that went off nearby or a

15    teargas munition that was disabling to those who did not

16    currently have gas mask equipment, including myself.  This

17    encouraged us to go inside the building and get prepared.

18            Once inside the building, I decontaminated as best

19    I could, equipped my gas mask and went to find a place where

20    I could be useful in the defense of the Capitol.

21            MS. PASCHALL:  Let's go ahead to 14:36:25.  We can

22    start the video at 14:36:22.

23            (Whereupon, segments of Government's Exhibit

24    No. 222 were published in open court.)

25            MS. PASCHALL:  Stop at 34 seconds.

 1    BY MS. PASCHALL:

 2    Q.  Officer, what are you doing at that moment?

 3    A.  At that moment, I'm going inside the Capitol Building

 4    and coughing.

 5    Q.  And is that coughing in response to that munition that

 6    you just mentioned going off?

 7    A.  It is.

 8            MS. PASCHALL:  Let's go forward in time to

 9    14:48:00.

10    BY MS. PASCHALL:

11    Q.  We've moved ahead about 12 minutes.  What are we looking

12    at now at 14:48:00?

13    A.  Right now we're looking at the tunnel that connects the

14    west terrace to the room in the Capitol known as the Crypt.

15            MS. PASCHALL:  Let's play from 14:48:00.

16            (Whereupon, segments of Government's Exhibit

17    No. 222 were published in open court.)

18            MS. PASCHALL:  Stop the video.

19    BY MS. PASCHALL:

20    Q.  So we just heard a shout there of "74" at 14:48:47.  Do

21    you know what that's about?

22    A.  I do not know for certain.  However, my guess would be

23    that that was CDU Platoon 74 being called by their

24    leadership to go to another area of the Capitol where

25    they're needed.

```
 1              MS. PASCHALL:  Continue at 14:48:47.

 2              (Whereupon, segments of Government's Exhibit

 3    No. 222 were published in open court.)

 4              MS. PASCHALL:  Stop the video.

 5    BY MS. PASCHALL:

 6    Q.  At 14:49:22, what are we seeing here?

 7    A.  There's a cloud of smoke emanating from the area that

 8    the attackers are controlling toward the police line inside

 9    the tunnel.

10              MS. PASCHALL:  Let's pull ahead to 14:52:50.

11    BY MS. PASCHALL:

12    Q.  We've gone ahead a couple of minutes here.  Where are

13    you at this point in time?

14    A.  At this point in time, I believe I am at the head of

15    the -- our defense line in the tunnel, going body to body

16    with either another officer in front of me or the attackers.

17              MS. PASCHALL:  Let's play from 14:52:45.

18              (Whereupon, segments of Government's Exhibit

19    No. 222 were published in open court.)

20              MS. PASCHALL:  If you can stop the video.

21    BY MS. PASCHALL:

22    Q.  At 14:33:01, our screen appears to be black here.  Do

23    you know why that is?

24    A.  My body-worn camera is mounted on my chest.  So as we

25    are going body to body attempting to repel the attackers,
```

1    the lens of the camera would be covered up and you wouldn't

2    be able to see anything.

3    Q.  And at some point in time about four minutes after this,

4    do you actually lose your body-worn camera in the tunnel

5    here?

6    A.  I do.

7          THE COURT:  Ms. Paschall, why don't we take about

8    a ten-minute break.

9          MS. PASCHALL:  Okay.

10          THE COURT:  Officer Hodges, I'll direct you not to

11   discuss the substance of your testimony with anyone during

12   the break.

13          THE WITNESS:  Yes, sir.

14          (Thereupon a recess was taken, after which the

15   following proceedings were had:)

16          THE COURT:  Officer Hodges, you may retake the

17   stand.

18          THE WITNESS:  (Complies.)

19          THE COURT:  I'll remind you you're still under

20   oath, sir.

21   BY MS. PASCHALL:

22   Q.  Officer Hodges, on January 6th, were you able to observe

23   members of the crowd who were inside of that tunnel filming

24   either with phones or with larger cameras?

25   A.  I was.

1    Q.  And in preparation for your testimony here today, have

2    we reviewed some videos from the opposite perspective of

3    your body-worn camera that would have come from members of

4    the crowd?

5    A.  We did.

6                MS. PASCHALL:  If we could please pull up Exhibit

7    301, which is already in evidence.  If we could pull ahead

8    to internal time marker 19:19.  Let's actually pull back

9    until about 19:15.  We'll play from here.

10               (Whereupon, segments of Government's Exhibit

11   No. 301 were published in open court.)

12               MS. PASCHALL:  We can stop.

13   BY MS. PASCHALL:

14   Q.  We've stopped at internal time marker 19:39.  In those

15   20 seconds there, were you able to see an individual in a

16   brown hooded sweatshirt?

17   A.  I was.

18   Q.  And can you see the figure that is now in the still shot

19   on our screen at 19:39?

20   A.  Yes.

21   Q.  Do you know who this is that's on our screen now at

22   19:39?

23   A.  I can't tell from the photo.

24               MS. PASCHALL:  Let's play it a little bit farther.

25               (Whereupon, segments of Government's Exhibit

```
 1    No. 301 were published in open court.)
 2              MS. PASCHALL:  Let's stop.
 3    BY MS. PASCHALL:
 4    Q.  We've stopped at 19:49.  At the very bottom left-hand
 5    side of your screen, I'm circling a helmet down here.  Do
 6    you see that?
 7    A.  I do.
 8    Q.  Do you see the four numbers on that helmet?
 9    A.  I do.
10    Q.  What four numbers are they?
11    A.  4518.
12    Q.  And do those numbers mean anything to you?
13    A.  Yes.  Those are my badge numbers and that is my helmet,
14    which would make that me.
15    Q.  Now I'm going to circle the individual that's on the
16    lower right-hand side of the screen.  Do you see that
17    person?
18    A.  I do.
19    Q.  And what does that person appear to be holding at this
20    point?
21    A.  The person appears to be holding a police riot shield.
22    Q.  What do you remember about this moment in time?
23    A.  At this moment, I was at the front of our defense in the
24    tunnel attempting to repel the attackers.  We were -- it was
25    a fight of inches.  I was attempting to push the attackers
```

1    out of the tunnel.  I braced myself against a metal door

2    frame on my right in order to have a position of power to

3    push forward.

4           At this moment or soon after the momentum had

5    shifted, however.  The strength -- the force of the people

6    trying to attack us and make their way into the Capitol had

7    me pinned against the door frame.

8    Q.  Are you carrying a police shield at this moment in time?

9    A.  No.

10          MS. PASCHALL:  Start the video at 19:49.

11          (Whereupon, segments of Government's Exhibit

12   No. 301 were published in open court.)

13          MS. PASCHALL:  Stop the video.

14   BY MS. PASCHALL:

15   Q.  At 19:57, were you able to hear what that person holding

16   that shield is saying to you at that point?

17   A.  Are you asking about January 6th or are you asking about

18   when I'm listening to this video?

19   Q.  Well, let's do both.  Do you recall -- do you have a

20   present recollection on January 6th of what this individual

21   said to you?

22   A.  At the time, no.  I couldn't hear it.

23   Q.  Listening to this video now, though, are you able to

24   hear what this individual is saying to you?

25   A.  Yes.

1     Q.  And what is he telling you?

2     A.  I heard him telling us to go home and not use that stick

3     on me, boy.

4     Q.  Was that consistent with what you were hearing from the

5     crowd during your time in the tunnel?

6     A.  It was.  Telling us to surrender.

7               MS. PASCHALL:  Let's continue at 19:57.

8               (Whereupon, segments of Government's Exhibit

9     No. 301 were published in open court.)

10              MS. PASCHALL:  And let's stop the video.

11    BY MS. PASCHALL:

12    Q.  I stopped the video at 2:53.  So we've seen a couple of

13    things happen there.  First, when the video was right on

14    your face, what are we watching there?

15    A.  The attackers are trying to break through our defenses

16    and make their way into the Capitol.  I'm pinned to the door

17    frame on my right by the force of the attackers and the riot

18    shield.  And someone -- as I'm pinned, my arms are

19    functionally useless.  I can't move them.  And I'm pinned in

20    such a position that I can't get any functional strength

21    from my legs.  So I was very vulnerable at that moment.

22              Someone in the crowd, taking advantage of that

23    moment of my vulnerability, started trying to pull on my

24    face, my gas mask, trying to rip it off my head and injuring

25    my neck.

1    Q.  Then after that moment, the camera pulls away.  We see

2    the view that we're seeing now.  Did you hear the crowd

3    yelling "Heave-ho" in that moment?

4    A.  Yes.

5    Q.  Talk to me about how it felt with that riot shield

6    pressed up against you in this moment of heave-ho pressure.

7    A.  The pressure from the crowd was not entirely on me, as

8    you can see the police line going back and forth as well.

9    But as I was at the front of the line and the person holding

10   the shield was at the front of their line, a lot of that

11   pressure was being focused onto me, creating my moment of

12   vulnerability and causing me pain in that moment.  And as

13   you play the video, it gets worse.

14   Q.  I know it's not easy to talk about the pain.  But can

15   you describe that for the Court?

16   A.  I can't really put a number on it or anything like that.

17   But I know that it was significant enough to contribute to

18   my injuries of the day and contributing to my mental state

19   and the -- my ability to perform my duties and to repel the

20   attackers.

21   Q.  Let's talk about the effect of that shield.  Would it be

22   accurate to say that the use of that shield was a force

23   multiplier in the moment that the crowd is doing their

24   heave-ho?

25   A.  Yes.

1    Q.  Were there other moments during the day where you were

2    pushed up against people who didn't have shields but you

3    were directly body-to-body with somebody who was not pushing

4    on you with a shield?

5    A.  Yes.

6    Q.  Does that feel different getting the force just of

7    someone's body versus the force that is multiplied by that

8    shield?

9    A.  Yes.

10   Q.  How is it different?

11   A.  The force is much greater.  As there are so many people

12   pushing forward on that one object, a hard object,

13   unyielding, pushing into you, doing what it's designed to

14   do, is repel a body, but being used on the police.  It's

15   much greater.  It's inflexible.  There's no good way to

16   fight back against it, really.  It just -- you have to

17   endure the pressure that it creates.

18           MS. PASCHALL:  Let's start the video again at

19   20:53.

20           (Whereupon, segments of Government's Exhibit

21   No. 301 were published in open court.)

22           MS. PASCHALL:  And please stop the video at 21:14.

23   BY MS. PASCHALL:

24   Q.  What's happening here?

25   A.  When the camera panned away, you can't see it, but the

1    person who was assaulting me with his hands was able to

2    wrest away my baton from me, which I had in front of me.

3    However, because I was pinned by the shield, I was unable to

4    retain my weapon.

5            He also -- actually, I should say before that he

6    was able to rip off my gas mask, rip off my face, which then

7    dislodged my helmet.  And then he was able to tear away my

8    riot baton.  He struck me in the head with it, causing a

9    large contusion on top of my head.  And that's when I felt

10   my mouth start to bleed, so likely causing the injury inside

11   my mouth.

12   Q.  And where we are stopped at 21:14, are we able to see

13   that blood in your mouth there?

14   A.  Yes.

15   Q.  What has happened to your helmet at this point?

16   A.  The strap, the chin strap that keeps it secure in place,

17   was dislodged or rather undone.  And it is starting to fall

18   off my head.

19   Q.  In the moments just before where we stopped at 21:14,

20   were we able to hear you screaming audibly?

21   A.  Yes.

22   Q.  And in the moment directly before this, are you

23   screaming for help?

24   A.  Yes.

25   Q.  Here at 21:14, is that shield that we've been discussing

1    still up against your body?

2    A.  It is.

3    Q.  Let's talk about your position relative to the shield

4    and relative to this brass kind of object that's on the left

5    third of the screen.  What is that brass object?

6    A.  That object is the frame of a door that leads through

7    the tunnel.

8    Q.  And is it made of metal?  Wood?  Something else?

9    A.  As far as I know, it's made of metal.

10   Q.  When you were pressed up against it in this moment, what

11   did that feel like?

12   A.  It hurt a great deal.  It, combined with everything else

13   that was going on, made it difficult to breathe.  Being

14   crushed by the shield and the people behind it made me

15   defenseless, injured, made me -- contributed to my

16   diminishing senses after the assault, which is why I was

17   calling for help, because I knew maintaining that position

18   and staying upright was untenable.  If I was there much

19   longer being assaulted in such a way, I knew that it was

20   very likely I wouldn't be able to maintain my consciousness

21   and become a liability to the other officers.

22   Q.  You mentioned that being crushed in this way made it

23   difficult to breathe.  Was that compounded by the fact that

24   now your gas mask was also gone?

25            MR. LOPEZ:  Your Honor, I apologize.  I didn't

1     hear one word.

2     BY MS. PASCHALL:

3     Q.  So you said in this moment it was difficult to breathe.

4     Is that compounded by the fact that now your gas mask is

5     gone?

6     A.  Yes.

7     Q.  But are you also not able to breathe because of the

8     physical position of your body between that hard brass metal

9     and that hard shield?

10    A.  Correct.

11             MS. PASCHALL:  Let's play again at 21:14.

12             (Whereupon, segments of Government's Exhibit

13    No. 301 were published in open court.)

14             MS. PASCHALL:  Stop at 21:37.

15    BY MS. PASCHALL:

16    Q.  What have we just witnessed happen there?

17    A.  After being assaulted, I was able to extricate myself

18    from the position I was in with the help of the officers

19    behind me, making room for me.  And yeah.  That's what we

20    saw in the video.

21             MS. PASCHALL:  Let's now pull up Exhibit 415,

22    which I believe is already in evidence.

23             (Whereupon, segments of Government's Exhibit

24    No. 415 were published in open court.)

25    BY MS. PASCHALL:

1    Q.  We're stopped at 00:03.  Officer Hodges, does it appear

2    to be a different perspective but of a similar timeframe of

3    what we have just witnessed in Government's Exhibit 301?

4    A.  It does.

5           MS. PASCHALL:  Let's play that video from 00:03.

6           (Whereupon, segments of Government's Exhibit

7    No. 415 were published in open court.)

8           MS. PASCHALL:  Stop the video.

9    BY MS. PASCHALL:

10   Q.  We stopped at 01:34.  Officer Hodges, from that

11   perspective, are we able to see the top of your helmet again

12   with your badge number on it?

13   A.  Yes.

14   Q.  And are we also able to witness a little more of the

15   crowd doing that heave-ho motion?

16   A.  Yes.

17   Q.  Were you eventually able to retreat from the front line

18   where we see you here?

19   A.  I was.

20   Q.  And did you run into one of your sergeants, Sergeant

21   Austin, once you had retreated back into the building?

22   A.  I did.

23          MS. PASCHALL:  Could we please pull up Exhibit

24   203.1, please.

25          (Whereupon, segments of Government's Exhibit

1    No. 203.1 were published in open court.)

2              MS. PASCHALL:  If we could pull that video ahead

3    to 15:13:30.

4              (Whereupon, segments of Government's Exhibit

5    No. 203.1 were published in open court.)

6              MS. PASCHALL:  Stop the video at 15:13:56.

7    BY MS. PASCHALL:

8    Q.  Officer, do you see the person in the left-hand side of

9    this video?

10   A.  I do.

11   Q.  Who is that?

12   A.  That is me.

13   Q.  Is that a fair and accurate depiction of what you looked

14   like after you retreated from the tunnel at about 15:13:56

15   on January 6th, 2021?

16   A.  It is.

17             MS. PASCHALL:  At this time, the Government would

18   move the admission of Exhibit 203.1.

19             THE COURT:  Seeing no objection, 203.1 is in.

20             (Whereupon, Government's Exhibit No. 203.1 was

21   entered into evidence.)

22             MS. PASCHALL:  And if we could play the video from

23   this point at 15:13:56.

24             (Whereupon, segments of Government's Exhibit

25   No. 203.1 were published in open court.)

```
1              MS. PASCHALL:  You can stop the video.

2    BY MS. PASCHALL:

3    Q.  We stopped the video at 15:14:26.  What were you feeling

4    in this moment?

5    A.  In this moment, I was feeling relief and a little bit of

6    embarrassment at having to fall back so soon after having

7    gone out there, but glad to be out of there and hoping that

8    I could convalesce and return as soon as possible.

9    Q.  You mentioned feeling embarrassment.  Has this whole

10   thing caused you some embarrassment?

11   A.  Some, yes.

12   Q.  Subsequently, later on in the day, did one of your other

13   sergeants take some photographs of your injuries?

14   A.  He did.

15              MS. PASCHALL:  If we could please pull up Exhibit

16   501.

17   BY MS. PASCHALL:

18   Q.  I've pulled up to the screen Exhibit 501.  Do you

19   recognize this?

20   A.  I do.

21   Q.  What is this?

22   A.  This is myself in the Crypt in the United States Capitol

23   Building.

24   Q.  Would it be after the point in time that we've just

25   watched after you got extracted from the tunnel at 1513
```

 1   hours?

 2   A.  It is.

 3   Q.  And what are we seeing here?

 4   A.  The sergeant is photographing me for documentation of

 5   visible injuries.

 6   Q.  What injuries had you sustained at this point in time?

 7   A.  At this point in time, I would have sustained all the

 8   injuries I sustained from that day, which was pain and

 9   bruising about my entire body, a large contusion on the top

10   of my head -- you can't see it; it's under my hair -- busted

11   mouth, bleeding, lacerations, swollen hand, just generalized

12   pain.

13          MS. PASCHALL:  At this time, your Honor, the

14   Government would move the admission of Government's 501.

15          THE COURT:  Seeing no objection, 501 is admitted.

16          (Whereupon, Government's Exhibit No. 501 was

17   entered into evidence.)

18          MS. PASCHALL:  Let's pull up Government's Exhibit

19   502.

20   BY MS. PASCHALL:

21   Q.  Officer Hodges, what are we looking at in Government's

22   Exhibit 502?

23   A.  Government 502 appears to be my sergeant continuing to

24   photograph my injuries; in particular, the injury on my

25   bottom lip sustained from fighting in the tunnel.

1    Q.  Is 502 a fair and accurate representation of the

2    injuries that you sustained fighting in the tunnel on

3    January 6th, 2021?

4    A.  It is.

5            MS. PASCHALL:  At this time, the Government would

6    move the admission of Government's Exhibit 502.

7            THE COURT:  Without objection, 502 is in.

8            (Whereupon, Government's Exhibit No. 502 was

9    entered into evidence.)

10           MS. PASCHALL:  If we could go to 503.

11   BY MS. PASCHALL:

12   Q.  Officer Hodges, what are we seeing in Government's

13   Exhibit 503?

14   A.  Here the sergeant is continuing to photograph the

15   injuries I sustained from the day.  In this case, it would

16   appear to be on the left hand, which is swollen.

17   Q.  Is this a fair and accurate representation of what your

18   hand looked like after sustaining injuries at the Capitol on

19   January 6th, 2021?

20   A.  It is.

21           MS. PASCHALL:  At this time, the Government would

22   move the admission of Government's Exhibit 503.

23           THE COURT:  Without objection, 503 is in.

24           (Whereupon, Government's Exhibit No. 503 was

25   entered into evidence.)

```
 1    BY MS. PASCHALL:

 2    Q.  After this point in time, did you seek medical treatment

 3    for any of your injuries?

 4    A.  After this point in time, the next morning, I went to

 5    the police and fire clinic to be seen by a doctor.

 6    Q.  And what sort of injuries were you treated for there?

 7    A.  They found the large contusion on my head and I was sent

 8    to Washington Hospital Center to receive an MRI.

 9    Q.  Do you know the result of that MRI?

10    A.  It was negative for any -- I'm not sure what the medical

11    term is, but for the relevant injuries.

12    Q.  Have you had any long-term effects, physical long-term

13    effects, from the injuries you sustained on January 6th,

14    2021?

15    A.  Not to my knowledge.

16    Q.  What about the mental effects?

17    A.  Witnessing recordings of the day always makes my heart

18    race, my blood pressure shoot up.  But that so far seems to

19    be the extent of it.

20    Q.  You mentioned that you spent several years with MPD.

21    How many years have you been with CDU?

22    A.  I was CDU trained from the onset in the academy, so I

23    would have been CDU capable the entire time.

24    Q.  So how many large rallies, First Amendment assemblies,

25    marches, would you say that you have attended as a
```

1    Metropolitan Police Department officer in your CDU capacity?

2    A.  I honestly wouldn't be able to count.  We have a large

3    number of First Amendment assemblies in this city every

4    year.

5    Q.  So would it be fair to say more than five a year?

6    A.  Yes.

7    Q.  And for how many years?

8    A.  Seven -- about seven years.

9    Q.  My math is not amazing, but five times seven, somewhere

10   maybe in the range of 30.  Would that be at least the bottom

11   number?

12   A.  Very bottom number.  Yes.

13   Q.  Have you ever seen anything like what you witnessed on

14   January 6th?

15   A.  Never.

16   Q.  How was it different?

17   A.  When First Amendment assemblies become violent, when

18   there are riots, it's very directionless violence.  It's

19   very -- I would say more akin to anarchy.  When there is a

20   notion to be violent in a crowd, it is often for the sake of

21   the violence itself.  They appear to find it cathartic, a

22   release.

23              Whereas January 6th, everyone who participated in

24   that violence and everyone in the crowd who was nonviolent

25   but was supportive was of a mind of two particular

1    objectives:  to make their way inside the Capitol, and they

2    were using -- willing to use whatever means necessary to

3    achieve their objective and disrupt the proceedings within.

4                MS. PASCHALL:  Thank you.  I have no further

5    questions.

6                THE COURT:  Mr. Urso?

7                MR. URSO:  Thank you, Judge.  If I could have a

8    minute to set up, Judge.

9                THE COURT:  Sure.

10               MR. URSO:  Can you play your videos from here?

11               MS. PASCHALL:  No.  I think you have --

12               THE COURTROOM DEPUTY:  It's showing.

13               MR. URSO:  But I need their videos as well.  Let

14   me take this off for now.

15                              CROSS-EXAMINATION

16   BY MR. URSO:

17   Q.  Good afternoon, Officer Hodges.  Good afternoon, Officer

18   Hodges.

19   A.  Good afternoon.

20   Q.  If I can just start with the injuries.  Where did you

21   suffer -- well, isn't it true you suffered the injury to the

22   head earlier in the day when something -- somebody dropped

23   something from above?

24   A.  I had -- I did believe that at one point.  However, I

25   think it's more likely that I suffered it in the tunnel,

1    looking back on it today.

2    Q.  Well, that's -- when you said that the person that

3    was -- the person that ripped your gas mask off and took

4    your baton, that was not Mr. McCaughey.  Correct?

5    A.  Correct.

6    Q.  And you indicated that that person struck you -- once he

7    got the baton from you, he struck you in the head?

8    A.  Correct.

9    Q.  Is there any -- I mean, did your helmet fall off at any

10   point at that point in the video or in the tunnel?

11   A.  It didn't look like it completely fell off.

12   Q.  So did he strike your helmet or he struck your skull?

13   A.  He struck my skull.

14   Q.  Is that anywhere captured on any video?  Do you know?

15   A.  Not to my knowledge.

16   Q.  And how did -- how did he get through your helmet to

17   your skull?

18   A.  Well, the helmet was askance on top of my head, exposing

19   part of my skull.

20   Q.  Okay.  And how did you get the injury -- how did you get

21   the swollen left hand?

22   A.  I don't know specifically.  I sustained many injuries

23   that day.

24   Q.  What injury -- now, the lip, the cut on your lip, that

25   also came from the person who was not Patrick McCaughey?

Hodges - CROSS - By Mr. Urso

1    A.  As far as I know, yes.

2    Q.  Well, Mr. McCaughey never touched you on the lip and the

3    shield never touched you on the lip.  Correct?

4    A.  We were body-to-body.  It's possible.  It may have.

5    Q.  Haven't you watched that video a number of times?

6    A.  Yes.

7    Q.  Have you seen anywhere in that video where that shield

8    hits you in the face?

9    A.  No.

10   Q.  Okay.  Where did you feel pain at the time that you

11   were -- your arms were pinned in this doorway?

12   A.  My arms, my legs.  Trying to breathe, my body.  Lungs,

13   head, face, hands.

14   Q.  Did you scream -- did you scream -- when you screamed in

15   that video, when you screamed at that moment, were you

16   screaming in pain?

17   A.  That was part of it.  Yes.

18   Q.  Well, do you recall giving an interview maybe a little

19   more than a week after these events to WUSA in D.C.?

20   A.  Yes.

21   Q.  And isn't it true that you told them the reason you

22   screamed was because you were defenseless and you wanted

23   your fellow officers to come help?

24   A.  That is true.  Yes.

25   Q.  And you didn't say anything about screaming in pain to

1     the -- in that interview.  Correct?

2     A.  Correct.

3     Q.  Why is that?

4     A.  Because both are true.

5     Q.  So the reason you didn't say it is because it's true?

6     A.  No.  Both are true.  Either one is true.  The pain

7     contributed to the need for me to extricate myself.

8     Q.  Why did you not tell that to the interviewer?

9     A.  I don't know.

10    Q.  Okay.  You are familiar with who Patrick McCaughey is by

11    now.  Correct?

12    A.  Correct.

13    Q.  You've seen lots of videos involving him, right, or

14    different angles?

15    A.  I've seen the one or two or so videos of the tunnel.

16    Q.  Have you seen any other videos of him out in the crowd,

17    body-worn camera videos?

18    A.  Not that I can recall.

19    Q.  Well, you watched your body-worn camera video.  Right?

20    A.  Correct.

21    Q.  And did you ever -- besides the time in the tunnel where

22    Mr. McCaughey was in the tunnel, did you see him anywhere

23    else on your body-worn camera video?

24    A.  I could not positively identify him.  No.

25    Q.  Did you see somebody that looked like him that you

```
1    couldn't identify?

2    A.  I saw many people, most of whom I cannot positively

3    identify.

4    Q.  You didn't see him.  Right?

5    A.  I cannot positively identify him.

6    Q.  Okay.  And you've -- you met with the AUSAs to discuss

7    Mr. McCaughey?

8    A.  I know that he's the Defendant.

9    Q.  Did you discuss him with any U.S. attorney's office in

10   the Department of Justice?

11   A.  In what manner?

12   Q.  In any manner.

13   A.  That he's the Defendant in this case.

14   Q.  That's it?

15   A.  Yeah.

16   Q.  Did anybody from the Department of Justice ask you what

17   your feelings were about whether they should seek his

18   detention at the beginning of the case when he was arrested?

19           MS. PASCHALL:  Objection.  Relevance.

20           THE COURT:  Sustained.

21           MR. URSO:  Can we cue up Exhibit 301, please.  Can

22   you go to about 20:05.  Can you play about seven seconds of

23   that.

24           (Whereupon, segments of Government's Exhibit

25   No. 301 were published in open court.)
```

Hodges - CROSS - By Mr. Urso

```
 1              MR. URSO:  That's good.
 2    BY MR. URSO:
 3    Q.  Did you hear that part where Mr. McCaughey repeated,
 4    "Don't hit me with that stick"?
 5    A.  Yes.
 6    Q.  What else did he say to you?
 7    A.  I think he said, "I'm not hurting you."
 8    Q.  Right.  Right.  Okay.  That was true.  Right?  He was
 9    not hurting you at that point?
10    A.  No.
11    Q.  Okay.
12    A.  Excuse me.  I need to elaborate.  No.  It is not true.
13    Q.  I'm sorry?
14    A.  It is not true.
15    Q.  What's not true?
16    A.  He was hurting me.
17    Q.  Are you changing your answer?
18    A.  No.  I said -- you asked:  Is it true?  And I said no.
19    It was grammatically ambiguous.  However, the correct answer
20    is:  No.  It is not true.  He was hurting me.
21    Q.  And where were you hurting at that point?
22    A.  Wherever the shield made contact.
23    Q.  The shield was hurting your body?
24    A.  Correct.
25    Q.  A flat plastic shield was hurting your body?
```

```
1    A.  Yes.

2    Q.  This was before you were pinned in the doorway.

3    Correct?

4    A.  Correct.

5    Q.  By the way, you've been with your CDU 42?

6    A.  Yes.

7    Q.  And you've been with them for how many years?

8    A.  I don't remember the year I was assigned.  But many.

9    Q.  Many?

10   A.  I would say many.  At least five.

11   Q.  And you get a lot of training as part of being on that

12   CDU?

13   A.  Correct.

14   Q.  And you train with police shields?

15   A.  Correct.

16   Q.  And what's your understanding of the purpose of a police

17   shield, riot shield?

18   A.  To defend the one who has it equipped and to repel those

19   who need to be repelled.

20   Q.  And how -- how were you trained to repel them with the

21   shield?

22   A.  We can push forward.

23   Q.  And if you push forward with somebody on a shield [sic],

24   you're not likely to cause any kind of serious physical

25   injury or anything like that.  Correct?
```

```
 1    A.  Generally speaking.
 2    Q.  Is there -- do you think there's a way you can push
 3    somebody with a shield, push them forward and it can cause
 4    serious physical injury?
 5    A.  Yes.
 6    Q.  If you push them down the stairs, something like that?
 7    A.  That would be a part of it.  Yeah.
 8    Q.  What other ways?
 9    A.  I mean, a shield is a hard object.  Any hard object can
10    cause injury if you use it in a particular way.
11    Q.  But if you use a shield the way it's designed, you're
12    not generally going to really injure somebody.  Would you
13    agree with that?
14    A.  It depends on how you're using it.  But yes.
15    Q.  Right.  If you're using it the way it was designed,
16    you're not likely to generally hurt somebody.  Right?
17    A.  It's designed to be used in many different contexts.  So
18    it would --
19    Q.  Is it not a defensive implement?
20    A.  It is a defensive implement.
21    Q.  It's a shield, right, to protect the person holding the
22    shield.  Correct?
23    A.  Correct.
24    Q.  So would you agree -- you would agree that, but for that
25    crowd, that crowd behind Mr. McCaughey yelling "Heave-ho and
```

 1    pushing all their might forward, that you would not have
 2    felt that pain that you were feeling when you were pinned in
 3    that doorway?
 4    A.  It would definitely be diminished, the pain.  However, I
 5    do not know Mr. -- the Defendant's strength on his own.  So
 6    I cannot testify as to whether I would experience pain or
 7    not.
 8    Q.  Well, you've acknowledged that the reason you were
 9    pinned and the reason you felt that pain was because the mob
10    was pushing forward with all their might.  Right?
11    A.  Correct.
12    Q.  And you testified to that in a trial a couple weeks ago
13    in New Mexico.  Right?
14    A.  Correct.
15    Q.  That it was the mob that was hurting you, not
16    Mr. McCaughey.  Correct?
17    A.  Well, Mr. McCaughey is part of the mob.  So...
18    Q.  But just in his role as part of the hundred people or so
19    that were pushing?
20    A.  Sure.
21    Q.  Actually, you don't even know if he was pushing.  Right?
22    A.  I mean, it's pretty clear in the video he's pushing.
23    Q.  It was clear to you that he was pushing you?
24    A.  Yeah.
25    Q.  Okay.  And you do know that right after this -- right

1    after you allege he was pushing you that he made efforts to

2    free you from your position.  Right?

3    A.  I did hear in the video him saying -- trying to call for

4    people to get me out.

5    Q.  So is that a yes?

6    A.  Yes.

7    Q.  Now, does that make sense to you, that he would be

8    trying to push at you one second and then to pin you and

9    hurt you and then free you up a second or two later?

10   A.  Yes.

11   Q.  That makes sense to you?

12   A.  Yes.

13   Q.  Explain that, please.

14   A.  Because he was trying to get us to surrender to join

15   them.  He knows that every officer injured and falling back

16   is one less that stands in their way to getting entrance to

17   the Capitol.

18   Q.  You think that's what this 22-year-old man was thinking?

19   A.  Yes.

20            MS. PASCHALL:  Objection.

21            THE COURT:  Overruled.

22   BY MR. URSO:

23   Q.  You do, you said?

24   A.  Yes.

25            MR. URSO:  Can we move forward, please, to maybe

```
 1    21:13.  Play that.

 2               (Whereupon, segments of Government's Exhibit No.

 3    301 were published in open court.)

 4               MR. URSO:  Pause that.

 5    BY MR. URSO:

 6    Q.  Did you hear Mr. McCaughey yelling anything at that

 7    point?

 8    A.  No, I didn't.

 9    Q.  You didn't hear him saying anything even in the video?

10    A.  I heard me yelling, but I didn't hear him saying

11    anything.

12    Q.  Okay.  I'm going to hook up my computer for a moment.

13               So this is a clip of the same video.  I just for

14    some reason think I can hear it better on this clip, so I'm

15    going to play it if we can -- if the Government will agree

16    we can admit this, your Honor.  It's Defendant McCaughey's

17    Exhibit A, I guess.

18               THE COURT:  Well, why don't we hear it and we can

19    decide if -- they can decide and I can decide.  Go ahead,

20    sir.

21               MR. URSO:  The Government has a copy of this.

22               (Whereupon, Defendant McCaughey's Exhibit A was

23    published in open court.)

24    BY MR. URSO:

25    Q.  Do you hear that, saying "Let me back"?  Let --
```

1          (Whereupon, Defendant McCaughey's Exhibit A was

2     published in open court.)

3     BY MR. URSO:

4     Q.  Again, did you hear it?

5     A.  I did not, no.

6     Q.  Let me just back it up again.

7          (Whereupon, Defendant McCaughey's Exhibit A was

8     published in open court.)

9          MR. URSO:  I'll just play that a little more.

10          (Whereupon, segments of Defendant McCaughey's

11     Exhibit A were published in open court.)

12     BY MR. URSO:

13     Q.  Right there, you don't hear him saying, "Let me back,

14     let me back, let me back"?

15     A.  I do hear that.

16     Q.  Let me just play it again.

17          (Whereupon, Defendant McCaughey's Exhibit A was

18     published in open court.)

19     BY MR. URSO:

20     Q.  Three times, right, in rapid succession?

21     A.  Yes.

22          MR. URSO:  I'd ask that it be admitted, your

23     Honor.  It's just easier to hear.

24          MS. PASCHALL:  No objection.

25          THE COURT:  Without objection, Defendant

1    McCaughey's Exhibit A is entered.

2              (Whereupon, Defendant McCaughey's Exhibit A was

3    entered into evidence.)

4              MR. URSO:   Thank you, Judge.  I'm going to play

5    this forward to see what else happens next.

6              (Whereupon, segments of Defendant McCaughey's

7    Exhibit A were published in open court.)

8    BY MR. URSO:

9    Q.  Now, that's right when you can see him be able to move

10   himself back and the shield moved and then you were able to

11   pull out.  Is that correct?

12   A.  I do see that.  Yes.

13   Q.  So do you think -- would you agree that it's likely that

14   the crowd heeded Mr. McCaughey's calls and gave him some

15   room to back up to let you free?

16   A.  I don't know.

17             (Whereupon, segments of Defendant McCaughey's

18   Exhibit A were published in open court.

19   BY MR. URSO:

20   Q.  Now, right there, you see somebody's hands coming in the

21   picture putting down your protective -- deploying your

22   protective face shield for you.  Do you see that?

23   A.  I do.

24   Q.  Do you know whose hands those are?

25   A.  I believe it's the Defendant's.

1    Q.  Which one?  We've got three here.

2    A.  Mr. McCaughey.  McCaughey.

3    Q.  It's -- you pronounce it "McCaughey."

4    A.  "McCaughey."  Excuse me.

5    Q.  Thank you.

6              (Whereupon, segments of Defendant McCaughey's

7    Exhibit A were published in open court.)

8    BY MR. URSO:

9    Q.  He's got two hands on your helmet, right, straightening

10   your helmet, push your face shield down?

11   A.  Uh-huh.

12             (Whereupon, segments of Defendant McCaughey's

13   Exhibit A were published in open court.)

14   BY MR. URSO:

15   Q.  You hear him yell, "Hey you," to one of the officers?

16   A.  I did, yes.

17             (Whereupon, segments of Defendant McCaughey's

18   Exhibit A were published in open court.)

19   BY MR. URSO:

20   Q.  Do you see him tapping on the shoulder of an officer?

21   A.  Yes.

22   Q.  By the way, do you know the identity of the officer

23   whose shoulder he tapped?

24   A.  No.

25   Q.  You never found that out?

Hodges - CROSS - By Mr. Urso

```
 1    A.  No.

 2               MR. URSO:  I'll play it again.

 3               (Whereupon, segments of Defendant McCaughey's

 4    Exhibit A were published in open court.)

 5    BY MR. URSO:

 6    Q.  Do you see him tap the shoulder again --

 7    A.  Yes.

 8    Q.  -- for a second time?  He's pointing down at you.

 9    Correct?

10    A.  Uh-huh.

11               THE COURT:  I just need you to say "yes" or "no"

12    for the record, sir.

13               THE WITNESS:  Yes.

14               (Whereupon, segments of Defendant McCaughey's

15    Exhibit A were published in open court.)

16    BY MR. URSO:

17    Q.  He's sort of frantically pointing at you.  Would you

18    agree with that?

19    A.  He is.

20    Q.  As he's looking at your fellow officers.  Correct?

21    A.  Correct.

22    Q.  You would agree it appears he's trying to get someone's

23    attention?

24    A.  Correct.

25               (Whereupon, segments Defendant McCaughey's Exhibit
```

Hodges - CROSS - By Mr. Urso

1    A were published in open court.)

2    BY MR. URSO:

3    Q.  You see there one of the officers finally acknowledged

4    him and shook his head yes.  Do you see that?

5    A.  I did not see.

6    Q.  I'll go back.  Right now we're at one minute, nine

7    seconds of the exhibit.  I'll go back.  I don't know what

8    that is.

9              (Whereupon, segments of Defendant McCaughey's

10   Exhibit A were published in open court.)

11   BY MR. URSO:

12   Q.  Right there.  Did you see that?

13   A.  Okay.  Yes.

14   Q.  Then that officer looks over his shoulder as if to call

15   for help for you?

16   A.  He does look over his shoulder.  Yes.

17   Q.  You don't know the officer -- who that was?

18   A.  I do not.

19   Q.  Now, that -- would you agree that now that Mr. McCaughey

20   got the attention of your fellow officers that they were

21   going to get you help, that he stopped looking for

22   attention?  He was done with that?

23   A.  Okay.

24   Q.  Do you agree with that?

25   A.  I do not see him gesturing to me anymore.

Hodges - CROSS - By Mr. Urso

1    Q.  Or anybody behind you.  Right?

2    A.  Correct.

3    Q.  Your fellow officers.

4          MR. URSO:  Let me just have a moment, your Honor.

5          (Confers with Defendant McCaughey privately.)

6    BY MR. URSO:

7    Q.  Officer Hodges, are you trained -- I mean, withdraw

8    that.

9          You were involved in that skirmish in the tunnel

10   for quite some time that day.  Correct?

11   A.  Correct.

12   Q.  And on your side -- and on both sides, there were

13   multiple people deep.  The crowd was multiple people deep.

14   Right?

15   A.  Correct.

16   Q.  Would you agree there were officers behind the front of

17   the line at various times with shields pushing on the

18   officers in front of them?

19   A.  I do not know that.

20   Q.  Let me see if I can catch some in this video.

21          (Whereupon, segments of Defendant McCaughey's

22   Exhibit A were published in open court.)

23   BY MR. URSO:

24   Q.  I don't think I have the video handy.  So you don't

25   think that happened that day?

1    A.  I don't know.

2    Q.  And in terms of, like, you said that the shield sort of

3    caused you more pain because it's a shield, a force

4    multiplier.  If you think of basic physics, wouldn't you

5    agree that when you have a larger area surface that's

6    pressing up against you that the pain would be distributed,

7    the force would be distributed, as opposed to something very

8    small like if he was holding a baton at your chest, the same

9    pressure would hurt a lot more than a shield.  Right?

10   A.  The focal point of the object in contact would serve as

11   the point where all the pressure would be deployed.

12   Correct.

13   Q.  Right.  So a smaller object -- so like, for instance, if

14   you didn't have a shield and it was just his shoulder

15   pressing against you, it probably would have hurt a lot more

16   than his shield.  Right?

17   A.  No.  The shoulder is part of the body, much more

18   malleable, can be moved more than a hard plastic shield

19   designed for riot conditions.  So it's possible, but it's

20   possible not as well.

21           MR. URSO:  Thank you, sir.  One moment.

22           (Confers with Defendant McCaughey privately.)

23           MR. URSO:  Nothing further, Officer.  Thank you.

24           THE COURT:  Ms. Cobb?

25           MS. COBB:  No questions, your Honor.

```
 1                    THE COURT:  Mr. Shipley?

 2                    MR. SHIPLEY:  Thank you.  No questions.

 3                    THE COURT:  Ms. Paschall, redirect?

 4                    MS. PASCHALL:  Your Honor, may I approach the

 5       witness?

 6                    THE COURT:  You may.

 7                    MS. PASCHALL:  Thank you.

 8                         REDIRECT EXAMINATION

 9       BY MS. PASCHALL:

10       Q.  I'm approaching you with what has been marked and

11       admitted as Government's 801.

12                    MS. PASCHALL:  May he step down to hold the

13       exhibit?

14                    THE COURT:  He may.

15       BY MS. PASCHALL:

16       Q.  Officer Hodges, will you take hold of Exhibit 801 for

17       me?

18       A.  Yes.

19       Q.  You were asked on cross-examination about whether it was

20       a defensive or offensive weapon.  You said that you could

21       use this to defend the person behind it or repel a person in

22       front of it.  Is that fair?

23       A.  That is fair.

24       Q.  How would you repel a person in front of you using

25       Government's Exhibit 801?
```

1    A.  By pushing.

2    Q.  And where are your hands currently located?

3    A.  Currently they're located on the handles behind the

4    shield.

5    Q.  And as we're looking at Government's Exhibit 801, how

6    much of your body is now covered by Government's Exhibit

7    801?

8    A.  The vast majority of it.

9    Q.  So if this object is pushed forward in the manner you

10   described, how much of your body is making contact with

11   Government's Exhibit 801?

12   A.  The vast majority of it.

13   Q.  Can you describe for the Court the weight of

14   Government's Exhibit 801?

15   A.  It's significant.  It's got some heft to it.

16   Q.  It's not a flimsy shield.  Is that fair to say?

17   A.  No.

18          MS. PASCHALL:  I'll take Government's Exhibit 801

19   back from you and you can retake the stand.

20          THE WITNESS:  (Complies.)

21   BY MS. PASCHALL:

22   Q.  So in fact, when the Defendant was using a riot shield

23   against you that day, how much of your body was being pushed

24   against when the Defendant was using that shield?

25   A.  A large part of it.

1    Q.  You were asked on cross-examination about

2    Mr. McCaughey's actions versus the mob.  We talked about how

3    that shield was a force multiplier and how the mob's actions

4    on that day contributed to your injuries.

5              Do you remember that discussion?

6    A.  Yes.

7    Q.  In this particular moment that we have been looking at

8    in Government's Exhibits 301 and 415, how are

9    Mr. McCaughey's actions specifically in that moment causing

10   you pain?

11   A.  Mr. McCaughey was at the front of the assault at the

12   time when I was at the front of the defense.  His actions in

13   deploying the police riot shield against me caused me pain,

14   rendered me defenseless against assaults by his -- by others

15   in the mob with him and resulted in injuries that took weeks

16   to recover from.

17             MS. PASCHALL:  Let's pull up again Government's

18   Exhibit 301.  I think this is going to be substantially

19   similar to -- I'm sorry, Mr. Urso.  What exhibit number did

20   you say?

21             MR. URSO:  A.

22   BY MS. PASCHALL:

23   Q.  -- to Defense Exhibit A.  And he showed you the point in

24   time after what we're looking at now at 21:16.  Is that fair

25   to say?

 1     A.  Yes.

 2             MS. PASCHALL:  In Government's Exhibit 301, can we

 3     please move back in time to approximately 19:15.  Let's play

 4     Government's Exhibit 301 from 19:15.

 5             (Whereupon, segments of Government's Exhibit

 6     No. 301 were published in open court.)

 7             MS. PASCHALL:  Let's stop at 19:20.

 8     BY MS. PASCHALL:

 9     Q.  Now, there's an American flag that we see over part of

10     this frame.  Is that correct?

11     A.  Correct.

12     Q.  But beneath and behind that, are we seeing the Defendant

13     that we've been discussing, Mr. McCaughey?

14     A.  Correct.

15     Q.  And at this point in time, does he appear to have his

16     hands close to his face with a black object in them?

17     A.  Correct.

18     Q.  Does that black object appear to be substantially

19     similar to what I had you put your hands on on that riot

20     shield, on Government's Exhibit 801?

21     A.  It does.

22     Q.  So fair to say that at 19:20 minutes in Government's

23     Exhibit 301, the Defendant has that shield up by his face?

24     Is that fair to say?

25     A.  It is.

```
 1              MS. PASCHALL:  Let's start again at 19:20.
 2              (Whereupon, segments of Government's Exhibit
 3    No. 301 were published in open court.)
 4              MS. PASCHALL:  Let's stop the exhibit.  We're now
 5    at 19:35.
 6    BY MS. PASCHALL:
 7    Q.  From 19:20 to 19:35, is the Defendant pushing that
 8    shield into you?
 9    A.  He is.
10              MS. PASCHALL:  Let's start again at 19:35.
11              (Whereupon, segments of Government's Exhibit
12    No. 301 were published in open court.)
13              MS. PASCHALL:  Let's stop the video at 19:59.
14    BY MS. PASCHALL:
15    Q.  From 19:35 to 19:59, is the Defendant pushing that
16    shield into you?
17    A.  He is.
18              MS. PASCHALL:  Start the video at 19:59.
19              (Whereupon, segments of Government's Exhibit
20    No. 301 were published in open court.)
21              MS. PASCHALL:  Let's stop it there.
22    BY MS. PASCHALL:
23    Q.  We've now stopped at 20:28.  From 19:59 to 20:28, is the
24    Defendant pushing the shield into you?
25    A.  He is.
```

1          MS. PASCHALL:  Start the video again.

2               (Whereupon, segments of Government's Exhibit

3     No. 301 were published in open court.)

4          MS. PASCHALL:  Let's stop the video.

5     BY MS. PASCHALL:

6     Q.  We're at 21:11.  From 20:28 to 21:11, is the Defendant

7     continuously pushing the shield into you?

8     A.  He is.

9          MS. PASCHALL:  Let's start the video again at

10    21:11.

11              (Whereupon, segments of Government's Exhibit

12    No. 301 were published in open court.)

13         MS. PASCHALL:  Let's stop the video at 21:20.

14    BY MS. PASCHALL:

15    Q.  Is this the moment in time that you discussed with

16    defense counsel where the Defendant is starting to say some

17    stuff and he pulls back and then you're able to sort of pull

18    away from the metal door frame there at 21:20?

19    A.  It is.

20    Q.  So from 19:15 until 21:20, is it accurate to say that

21    the Defendant is pushing you with that shield for that

22    entire two minutes?

23    A.  Yes.

24         MS. PASCHALL:  No further questions.

25         THE COURT:  Officer Hodges, you may step down.

1    You're free to leave.  Thank you for your testimony and for

2    your service to the country.

3              (Witness excused.)

4              THE COURT:  This is a good place for us to break

5    for the evening.  Why don't we resume at 9:30 tomorrow.

6              Sir?

7              MR. SHIPLEY:  Both sides are talking back and

8    forth about scheduling in the absence of a jury with a

9    three-day weekend coming up and being dark on Friday.

10             It's a little unpredictable.  Obviously, as in all

11   cases, some witnesses are taking longer than expected; some

12   take less than expected.  They're going to have three case

13   agents cover a broad range of activity.  Hard to predict how

14   long they'll take.

15             The question simply is:  If we get to Thursday

16   afternoon and the Government rests, I think at least two of

17   the Defendants are likely to testify and there may be a

18   couple more witnesses.  Can we just roll over to Tuesday

19   morning?  I think we'll finish Tuesday and then we can argue

20   Wednesday.  Or --

21             THE COURT:  I'm sorry.  I'm not quite sure --

22             MR. SHIPLEY:  So not jump to the defense case on

23   Thursday afternoon.

24             THE COURT:  I guess it depends where we are.  I do

25   want to keep it moving.  I mean, obviously, if it's 4:00 and

1     the Government is resting, I imagine there will be motions,

2     that type of thing.  But if the Government has rested at

3     1:30, I'm not just going to want to take off the rest of the

4     afternoon.

5               MR. SHIPLEY:  That's fine.  I just was looking for

6     that clarification.

7               THE COURT:  Sure.

8               Ms. Paschall, anything from the Government?

9               MS. PASCHALL:  No, your Honor.  Thank you.

10              THE COURT:  Anything else from defense?

11              I'll remind the Defendants the same thing I told

12    you yesterday:  You do need to return for your continued

13    trial at 9:30 tomorrow in this courtroom.  Failure to appear

14    could lead to your arrest, additional charges and the case

15    continuing to verdict in your absence.

16              Thanks, folks.

17              (Proceedings concluded.)

18

19

20

21

22

23

24

25

1                            **CERTIFICATE**

2

3                    I, LISA EDWARDS, RDR, CRR, do hereby

4       certify that the foregoing constitutes a true and accurate

5       transcript of my stenographic notes, and is a full, true,

6       and complete transcript of the proceedings produced to the

7       best of my ability.

8

9

10                   Dated this 13th day of October, 2022.

11

12               /s/ Lisa Edwards, RDR, CRR
                 Official Court Reporter
13               United States District Court for the
                   District of Columbia
14               333 Constitution Avenue, Northwest
                 Washington, D.C. 20001
15               (202) 354-3269

16

17

18

19

20

21

22

23

24

25

## /

**/s** [1] - 239:12

## 0

**00:00** [1] - 146:11
**00:01** [1] - 190:2
**00:03** [2] - 206:1, 206:5
**00:04** [3] - 146:14, 147:9, 147:17
**00:37** [1] - 140:9
**00:57** [2] - 141:19, 142:2
**01:25** [2] - 191:7, 191:11
**01:34** [1] - 206:10
**01:47** [1] - 191:2
**06901** [1] - 1:21
**0700** [1] - 68:3

## 1

**1033** [1] - 112:1
**105** [1] - 3:9
**107** [1] - 3:9
**109** [1] - 3:10
**10:30** [1] - 88:25
**1100** [1] - 178:22
**114** [1] - 3:18
**11:02** [2] - 149:21, 150:9
**11:10** [1] - 56:8
**11:56** [1] - 150:24
**12** [6] - 21:18, 21:20, 22:9, 24:13, 38:4, 194:11
**13** [1] - 41:4
**1351** [1] - 115:2
**1359** [1] - 8:23
**139** [1] - 3:19
**13:16:50** [2] - 23:18, 24:5
**13:47:22** [1] - 114:2
**13:50:04** [1] - 182:8
**13:51:00** [1] - 115:16
**13:51:04** [2] - 115:19, 115:25
**13:51:27** [1] - 116:5, 116:13
**13:52:07** [1] - 116:17
**13:53:39** [1] - 69:11
**13:55:00** [1] - 182:14
**13:55:59** [1] - 182:19
**13:56:26** [1] - 118:1
**13:57:15** [1] - 183:2

**13:57:21** [1] - 183:18
**13:58:01** [1] - 183:22
**13:58:09** [1] - 118:6
**13:58:10** [2] - 118:11, 118:22
**13:58:47** [2] - 119:2, 119:9
**13:59** [1] - 8:22
**13:59:08** [1] - 119:12
**13th** [1] - 239:10
**14** [6] - 30:1, 110:5, 153:12, 153:16, 153:18, 154:4
**141** [1] - 3:19
**147** [1] - 3:20
**14:00:33** [2] - 9:9, 9:22
**14:01:33** [1] - 10:13
**14:01:36** [1] - 10:18
**14:01:38** [1] - 184:8
**14:01:49** [1] - 10:2
**14:03:00** [2] - 120:10, 121:17
**14:03:23** [1] - 121:22, 122:5, 122:9
**14:03:24** [1] - 185:6
**14:03:25** [1] - 184:24
**14:04:03** [1] - 185:14
**14:04:31** [2] - 185:19, 186:2
**14:04:34** [1] - 14:1
**14:04:40** [2] - 8:5, 14:15
**14:05:27** [3] - 11:2, 11:8, 11:14
**14:06:00** [2] - 186:12, 187:1
**14:06:16** [1] - 11:18
**14:06:45** [1] - 15:6
**14:06:54** [1] - 15:10
**14:06:56** [1] - 187:6
**14:07:04** [1] - 12:7
**14:07:08** [1] - 12:3
**14:07:11** [1] - 16:4
**14:07:21** [1] - 12:10
**14:07:44** [1] - 16:14
**14:08:37** [1] - 16:24
**14:09:31** [1] - 17:2
**14:10:22** [1] - 12:11
**14:11:07** [1] - 12:14
**14:15:46** [1] - 17:3
**14:15:53** [2] - 17:7, 17:13
**14:16:00** [1] - 17:16
**14:18:55** [1] - 13:3
**14:20:31** [2] - 13:6, 13:9
**14:21:04** [1] - 13:18

**14:21:13** [2] - 13:21, 13:25
**14:22:54** [1] - 17:22
**14:23:25** [1] - 18:2
**14:24:15** [1] - 188:9
**14:24:16** [1] - 187:20
**14:24:34** [2] - 188:14, 189:4
**14:25:20** [1] - 189:9
**14:26** [1] - 19:12
**14:26:09** [1] - 18:6
**14:26:16** [2] - 18:11, 19:2
**14:26:27** [1] - 24:25
**14:26:33** [1] - 19:5
**14:26:47** [3] - 25:12, 25:24, 26:18
**14:27:20** [2] - 26:23, 27:7
**14:28:06** [2] - 27:12, 28:1
**14:28:43** [2] - 28:5, 29:3
**14:29:45** [1] - 191:25
**14:29:52** [2] - 29:7, 30:9
**14:30:36** [1] - 192:5
**14:31:26** [3] - 30:12, 30:17, 31:4
**14:32:18** [1] - 192:22
**14:32:20** [1] - 192:21
**14:32:36** [2] - 31:8, 31:14
**14:33:01** [1] - 195:22
**14:33:09** [1] - 193:2
**14:33:30** [1] - 32:11
**14:33:32** [1] - 31:18
**14:33:37** [1] - 32:5
**14:33:41** [2] - 32:16, 32:24
**14:33:55** [1] - 33:2
**14:36:22** [1] - 193:22
**14:36:25** [1] - 193:21
**14:37:30** [1] - 37:11
**14:37:47** [1] - 38:20
**14:37:57** [2] - 37:16, 38:12
**14:38:40** [2] - 38:16, 39:4
**14:39:50** [2] - 39:8, 39:20
**14:39:53** [1] - 40:16
**14:40** [1] - 40:24
**14:40:09** [2] - 128:21, 129:5
**14:40:17** [1] - 39:25
**14:40:56** [2] - 129:10, 129:22
**14:41** [3] - 138:25,

139:18, 155:5
**14:41:02** [2] - 130:2, 130:13
**14:41:17** [2] - 136:24, 137:12
**14:41:40** [2] - 130:18, 131:5
**14:41:45** [1] - 137:17
**14:41:57** [2] - 131:22, 133:9
**14:41:59** [1] - 131:9
**14:42** [1] - 155:14
**14:42:04** [1] - 71:9
**14:42:17** [2] - 133:14, 134:4
**14:43:23** [1] - 96:22
**14:43:13** [1] - 72:21
**14:43:14** [1] - 75:1
**14:43:15** [2] - 134:9, 134:18
**14:43:19** [2] - 75:15, 76:8
**14:43:23** [1] - 75:25
**14:43:34** [2] - 134:23, 135:11
**14:44:18** [1] - 77:21
**14:44:29** [2] - 135:16, 136:9
**14:44:49** [1] - 136:12
**14:48:00** [3] - 194:9, 194:12, 194:15
**14:48:21** [3] - 142:11, 142:17, 142:24
**14:48:47** [2] - 194:20, 195:1
**14:48:51** [2] - 143:4, 143:20
**14:49:12** [1] - 146:22
**14:49:21** [2] - 143:25, 144:9
**14:49:22** [1] - 195:6
**14:49:33** [2] - 144:12, 144:18
**14:50** [1] - 168:8
**14:50:05** [2] - 144:21, 145:6
**14:50:28** [2] - 145:9, 145:18
**14:51:02** [1] - 145:21
**14:52:45** [1] - 195:17
**14:52:50** [1] - 195:10
**14:54:34** [1] - 151:18
**14:56:25** [1] - 151:22
**14:56:33** [2] - 152:2, 152:6
**14:57:03** [1] - 152:9
**14:59:15** [1] - 153:2
**14:59:31** [1] - 153:7
**14:59:58** [1] - 174:6

**15** [6] - 3:15, 10:11, 93:17, 98:16, 100:17, 168:8
**150** [1] - 3:20
**1513** [1] - 208:25
**155** [1] - 3:9
**15:00:00** [1] - 174:2
**15:00:11** [1] - 174:11
**15:13:30** [1] - 207:3
**15:13:56** [3] - 207:6, 207:14, 207:23
**15:14:26** [1] - 208:3
**15:28:49** [1] - 84:25
**172** [1] - 3:11
**173** [1] - 3:11
**176** [1] - 3:12
**18** [1] - 2:5
**18-plus-months-ago** [1] - 165:14
**180** [1] - 38:19
**182** [1] - 3:21
**19** [3] - 34:23, 35:2, 36:14
**190** [1] - 3:21
**19:15** [4] - 197:9, 234:3, 234:4, 236:20
**19:19** [1] - 197:8
**19:20** [4] - 234:7, 234:22, 235:1, 235:7
**19:35** [1] - 234:5, 235:7, 235:10, 235:15
**19:39** [3] - 197:14, 197:19, 197:22
**19:49** [2] - 198:4, 199:10
**19:57** [2] - 199:15, 200:7
**19:59** [4] - 235:13, 235:15, 235:18, 235:23
**1:16** [1] - 24:11
**1:30** [2] - 68:19, 238:3
**1:45** [1] - 122:15

## 2

**2** [1] - 1:10
**20** [10] - 3:6, 50:19, 50:23, 76:8, 98:16, 108:12, 187:22, 187:23, 187:25, 197:15
**200** [1] - 1:25
**20001** [2] - 2:10, 239:14
**201** [14] - 3:17, 69:10, 69:13, 69:18, 69:20, 69:22, 92:22,

93:1, 93:20, 94:6, 94:16, 94:23, 96:15, 96:25

**201.1** [21] - 3:17, 69:20, 69:23, 71:7, 71:11, 72:7, 72:24, 73:21, 74:1, 74:5, 74:14, 75:4, 75:13, 75:17, 76:2, 76:11, 77:9, 77:13, 77:20, 79:2, 81:12

**201.2** [15] - 3:18, 80:15, 80:17, 81:11, 81:13, 81:15, 81:18, 82:16, 83:17, 84:23, 86:5, 86:17, 87:7, 87:16, 88:24

**202** [2] - 2:11, 239:15

**2020** [1] - 154:22

**2021** [39] - 6:13, 7:1, 7:11, 7:21, 8:7, 11:25, 14:11, 14:22, 21:13, 22:3, 22:24, 23:6, 23:21, 29:23, 33:20, 34:10, 41:10, 57:11, 67:25, 68:10, 69:8, 70:8, 84:11, 90:22, 111:8, 111:24, 113:7, 114:10, 125:19, 148:12, 150:14, 177:24, 178:2, 181:19, 188:19, 207:15, 210:3, 210:19, 211:14

**2022** [2] - 1:6, 239:10

**203.1** [8] - 3:22, 206:24, 207:1, 207:5, 207:18, 207:19, 207:20, 207:25

**20530** [1] - 1:18

**206** [13] - 3:18, 113:19, 113:22, 113:24, 114:2, 114:3, 114:8, 114:13, 114:15, 114:17, 174:1, 174:4, 174:8

**206.1** [2] - 125:6, 125:9

**206.10** [8] - 142:6, 142:8, 143:1, 143:22, 144:11, 144:20, 145:8, 145:20

**206.2** [2] - 127:2, 127:4

**206.3** [19] - 128:17, 128:19, 129:7, 129:24, 130:15, 131:3, 131:7, 131:19, 133:11, 134:6, 134:20, 135:13,

136:11, 155:4, 155:7, 155:13, 155:16, 156:10, 156:18

**206.4** [5] - 151:13, 151:15, 151:24, 152:8, 153:4

**206.7** [6] - 114:19, 114:21, 114:24, 115:18, 116:2, 116:15

**206.8** [6] - 117:9, 117:11, 118:1, 118:8, 118:24, 119:11

**206.9** [5] - 120:4, 120:6, 120:7, 121:19, 122:11

**207** [1] - 3:22

**209** [1] - 3:22

**20:05** [1] - 217:22

**20:28** [3] - 235:23, 236:6

**20:53** [1] - 202:19

**21-00040** [1] - 1:3

**21-40** [1] - 4:3

**210** [9] - 3:15, 3:23, 3:23, 7:24, 8:1, 8:4, 8:10, 8:13, 8:14

**210.1** [7] - 10:23, 10:25, 11:4, 11:16, 12:5, 12:9, 12:13

**210.2** [4] - 13:2, 13:3, 13:5, 13:20

**210.3** [7] - 8:16, 8:18, 8:21, 9:5, 9:7, 9:24, 10:15

**213** [1] - 3:12

**214** [4] - 62:3, 62:11, 62:16, 62:18

**214.1** [3] - 3:17, 62:20, 62:22, 62:24, 63:5, 63:6, 63:7, 63:12, 63:22

**214.4** [1] - 62:1

**215** [12] - 3:16, 23:11, 23:14, 23:15, 23:17, 23:24, 23:25, 24:2, 34:6, 46:1, 46:2, 46:6

**215.1** [24] - 24:20, 24:23, 24:25, 26:20, 27:9, 28:3, 29:5, 29:15, 30:11, 31:6, 31:16, 32:10, 32:13, 33:1, 37:1, 37:7, 37:9, 37:13, 38:14, 39:6, 39:22, 41:21, 41:23, 42:2

**215.2** [2] - 31:25, 32:2

**215.3** [5] - 40:6, 40:8, 40:10, 40:13, 40:18

**21:11** [3] - 236:6, 236:10

**21:13** [1] - 223:1

**21:14** [5] - 202:22, 203:12, 203:19, 203:25, 205:11

**21:16** [1] - 233:24

**21:20** [3] - 236:13, 236:18, 236:20

**21:37** [1] - 205:14

**22-year-old** [1] - 222:18

**222** [21] - 3:21, 181:22, 181:24, 182:4, 182:8, 182:16, 183:4, 183:20, 185:2, 185:16, 187:3, 188:11, 189:6, 190:15, 191:24, 192:2, 192:24, 193:24, 194:17, 195:3, 195:19

**225** [1] - 3:25

**23** [1] - 96:23

**231** [1] - 3:12

**232.22** [2] - 64:16, 64:18

**232.5** [1] - 157:25

**235.2** [2] - 136:21, 137:14

**24** [1] - 3:16

**241** [19] - 3:15, 14:14, 14:17, 15:1, 15:2, 15:3, 15:5, 15:8, 15:20, 15:22, 16:6, 16:16, 17:1, 17:5, 17:15, 17:24, 18:8, 19:4

**25** [2] - 149:15, 185:6

**27** [1] - 191:2

**28** [2] - 147:23, 191:2

**2:00** [1] - 119:19

**2:05** [1] - 75:15

**2:20** [1] - 61:5

**2:25** [2] - 42:5, 82:14

**2:26:48** [1] - 42:2

**2:29:52** [1] - 46:4

**2:30** [1] - 61:5

**2:31** [2] - 45:11, 45:17

**2:31:26** [2] - 45:24, 46:2

**2:42:10** [1] - 92:23

**2:44** [1] - 105:22

**2:45** [3] - 80:20, 80:21, 82:5

**2:53** [1] - 200:12

# 3

**3** [2] - 1:21, 1:24

**30** [10] - 1:6, 78:25, 79:4, 86:24, 146:4, 169:14, 169:16, 175:8, 175:25, 212:12

**300** [2] - 22:4, 52:12

**301** [28] - 147:21, 147:22, 147:25, 148:3, 148:19, 148:21, 197:7, 197:11, 198:1, 199:12, 200:9, 202:21, 205:13, 206:3, 217:21, 217:25, 223:3, 233:8, 233:18, 234:2, 234:4, 234:6, 234:23, 235:3, 235:12, 235:20, 236:3, 236:12

**303** [14] - 3:21, 189:18, 189:20, 189:21, 189:24, 190:2, 190:4, 190:12, 190:22, 190:23, 190:24, 191:4, 191:7, 191:13

**304** [12] - 3:20, 149:15, 149:18, 149:21, 150:8, 150:10, 150:17, 150:18, 150:19, 150:22, 150:23

**305** [14] - 3:16, 33:16, 33:24, 34:1, 34:13, 34:14, 34:15, 34:18, 34:20, 35:3, 35:5, 35:17, 35:21, 36:11

**32** [1] - 59:22

**32502** [1] - 1:25

**333** [2] - 2:9, 239:14

**34** [2] - 3:16, 193:25

**354-3269** [2] - 2:11, 239:15

**38** [1] - 35:15

**38:47** [1] - 87:8

**3:20** [2] - 99:7, 171:3

**3:22** [2] - 80:20, 80:21

**3:23** [1] - 82:4

**3:25** [1] - 90:14

**3:56** [1] - 83:18

**3rd** [1] - 68:6

# 4

**4,000-manpower** [1]

- 107:15

**40** [6] - 41:8, 54:6, 54:7, 169:14, 169:16, 175:8

**40-millimeter** [2] - 125:1, 125:4

**41** [1] - 3:6

**411** [25] - 3:19, 138:16, 138:18, 138:20, 138:23, 139:6, 139:16, 139:21, 139:22, 139:23, 140:1, 140:3, 140:7, 140:9, 140:14, 140:16, 157:25, 158:1, 158:4, 159:4, 159:13, 159:17, 160:5, 160:23, 162:8

**412** [21] - 3:19, 140:18, 140:19, 140:21, 141:9, 141:10, 141:11, 141:14, 141:16, 141:19, 142:1, 142:4, 142:5, 158:1, 162:10, 162:12, 163:5, 163:19, 164:2, 164:14, 165:9

**413** [10] - 3:20, 146:9, 146:13, 147:4, 147:5, 147:6, 147:16, 147:19, 147:21

**415** [4] - 205:21, 205:24, 206:7, 233:8

**42** [9] - 57:14, 57:15, 59:11, 177:16, 177:18, 177:19, 180:22, 182:9, 219:5

**44** [1] - 81:10

**441** [2] - 138:9, 138:17

**45** [3] - 35:19, 36:9, 50:19

**4518** [2] - 190:7, 198:11

**45373** [1] - 2:6

**4:00** [2] - 105:24, 237:25

**4:42** [1] - 141:1

# 5

**5** [1] - 3:5

**50** [1] - 71:8

**500** [1] - 47:8

**501** [6] - 3:22, 208:16, 208:18, 209:14, 209:15, 209:16

**502** [8] - 3:23, 209:19, 209:22, 209:23, 210:1, 210:6, 210:7, 210:8
**503** [6] - 3:23, 210:10, 210:13, 210:22, 210:23, 210:24
**52** [1] - 3:6
**54** [3] - 3:6, 6:17, 81:19
**555** [1] - 1:17
**56** [1] - 3:7
**57** [1] - 155:14
**5:31:38** [1] - 86:22
**5:32** [1] - 148:18
**5:47** [1] - 148:22
**5:50** [2] - 84:24, 86:3

---

**8**

**8** [1] - 3:15
**801** [9] - 231:11, 231:16, 231:25, 232:5, 232:7, 232:11, 232:14, 232:18, 234:20
**81** [1] - 3:18
**810** [1] - 1:20
**8:00** [2] - 179:6, 179:7
**8:30** [2] - 52:16, 52:17
**8:39** [1] - 87:5
**8:40** [1] - 86:19
**8:47** [1] - 87:14

---

**6**

**63** [1] - 3:17
**67** [1] - 3:8
**6706** [1] - 2:10
**69** [1] - 3:17
**6:31** [1] - 86:6
**6th** [59] - 6:13, 7:1, 7:11, 7:21, 8:6, 8:23, 11:25, 14:11, 14:22, 21:13, 22:3, 22:24, 23:6, 23:20, 29:23, 33:20, 34:10, 41:10, 51:1, 57:11, 57:21, 67:25, 68:10, 68:25, 69:8, 70:7, 84:10, 90:1, 90:3, 90:22, 106:6, 111:8, 111:24, 113:7, 114:9, 125:19, 132:7, 133:6, 134:12, 139:18, 141:2, 147:1, 148:12, 150:14, 177:24, 178:2, 178:4, 181:19, 188:19, 190:19, 196:22, 199:17, 199:20, 207:15, 210:3, 210:19, 211:13, 212:14, 212:23

---

**7**

**74** [2] - 194:20, 194:23
**745** [1] - 2:3
**7:00** [2] - 68:3, 179:1
**7:20** [1] - 86:18
**7:30** [2] - 52:15, 53:5

---

**9**

**92** [1] - 3:8
**96734** [1] - 2:3
**9:00** [2] - 179:6, 179:7
**9:30** [2] - 237:5, 238:13
**9:32** [1] - 1:7
**9:47** [2] - 87:17, 88:21

---

**A**

**A-B-D-I** [1] - 67:11
**a.m** [4] - 1:7, 52:15, 68:3, 179:7
**ABDI** [1] - 67:3
**Abdi** [8] - 3:8, 57:24, 66:22, 67:10, 67:11, 92:18, 108:3, 123:2
**Abdi's** [1] - 123:10
**Abdulkadir** [2] - 3:8, 67:10
**ABDULKADIR** [2] - 67:3, 67:11
**ability** [3] - 169:4, 201:19, 239:7
**able** [49] - 9:19, 11:20, 14:6, 29:18, 30:23, 33:21, 47:18, 47:20, 55:20, 80:6, 120:22, 125:4, 126:9, 130:19, 138:12, 139:12, 142:12, 144:23, 145:11, 149:7, 170:11, 173:5, 180:11, 181:10, 184:22, 185:19, 186:8, 190:11,

191:21, 196:2, 196:22, 197:15, 199:15, 199:23, 203:1, 203:6, 203:7, 203:12, 203:20, 204:20, 205:7, 205:17, 206:11, 206:14, 206:17, 212:2, 225:9, 225:10, 236:17
**absence** [2] - 237:8, 238:15
**absolutely** [7] - 51:12, 51:19, 61:15, 92:10, 126:21, 168:2, 176:8
**academic** [1] - 110:17
**academy** [8] - 27:23, 110:13, 110:15, 110:20, 110:23, 110:25, 111:1, 211:22
**Academy** [1] - 5:23
**accept** [1] - 161:2
**access** [1] - 167:10
**accordance** [1] - 154:14
**accountability** [1] - 21:21
**accounted** [1] - 21:22
**accurate** [38] - 7:20, 8:5, 14:10, 14:20, 23:18, 24:11, 34:8, 69:7, 114:9, 117:24, 117:25, 133:5, 139:16, 144:16, 146:24, 148:10, 150:13, 152:23, 166:16, 167:3, 169:13, 169:18, 170:15, 174:22, 174:23, 175:10, 181:17, 183:8, 183:9, 186:10, 186:11, 190:17, 201:22, 207:13, 210:1, 210:17, 236:20, 239:4
**accurately** [1] - 113:14
**accusing** [1] - 153:10
**achieve** [1] - 213:3
**achieved** [1] - 43:4
**acknowledged** [2] - 221:8, 228:3
**acoustic** [1] - 124:8
**act** [1] - 64:14
**acting** [1] - 117:1
**Action** [1] - 1:3

**action** [1] - 154:19
**actions** [4] - 233:2, 233:3, 233:9, 233:12
**activated** [4] - 7:14, 23:5, 177:19, 181:12
**activations** [1] - 53:8
**actively** [1] - 44:21
**activities** [3] - 113:13, 116:11, 153:13
**activity** [1] - 237:13
**actual** [2] - 70:6, 84:13
**additional** [2] - 180:21, 238:14
**address** [1] - 5:1
**adjacent** [1] - 34:5
**adjunct** [1] - 111:1
**adjust** [3] - 20:20, 67:4, 109:16
**adjustable** [1] - 5:23
**admin** [1] - 21:11
**admission** [15] - 8:10, 14:25, 34:13, 114:13, 139:21, 141:9, 147:4, 148:15, 150:16, 181:22, 190:22, 207:18, 209:14, 210:6, 210:22
**admit** [5] - 8:12, 63:4, 69:18, 181:25, 223:16
**admitted** [5] - 147:5, 182:3, 209:15, 224:22, 231:11
**advance** [1] - 117:3
**advancing** [1] - 127:19
**advantage** [2] - 167:25, 200:22
**advised** [1] - 116:22
**affect** [1] - 44:13
**affirmatively** [2] - 123:3, 123:12
**affixed** [1] - 23:2
**Afghanistan** [1] - 128:12
**afraid** [1] - 192:12
**African** [1] - 7:2
**African-American** [1] - 7:2
**afternoon** [21] - 51:1, 51:4, 105:18, 105:19, 107:6, 107:7, 109:11, 109:15, 109:20, 123:25, 155:3, 172:4, 172:5, 176:24, 177:5, 213:17, 213:19, 237:16, 237:23, 238:4
**afterwards** [1] -

50:17
**agencies** [1] - 120:3
**agents** [1] - 237:13
**aggressive** [1] - 184:18
**agitate** [1] - 45:4
**agitated** [1] - 180:18
**agitating** [4] - 101:5, 101:17, 101:19, 101:21
**ago** [3] - 57:10, 86:24, 221:12
**agree** [17] - 48:1, 50:13, 154:11, 161:6, 175:11, 220:13, 220:24, 223:15, 225:13, 227:18, 227:22, 228:19, 228:24, 229:16, 230:5
**agreed** [2] - 95:18, 175:8
**agreeing** [1] - 96:2
**ahead** [39] - 12:2, 12:11, 13:18, 15:6, 17:3, 17:21, 18:5, 30:4, 37:10, 80:20, 82:14, 99:6, 118:5, 146:9, 147:22, 149:15, 151:22, 153:2, 157:6, 160:3, 163:3, 175:13, 182:13, 183:1, 184:8, 184:24, 185:14, 186:12, 187:20, 187:22, 191:1, 192:21, 193:21, 194:11, 195:10, 195:12, 197:7, 207:2, 223:19
**aids** [1] - 161:10
**aim** [1] - 149:10
**air** [4] - 78:16, 102:11, 160:15, 163:15
**AKERS** [78] - 1:15, 67:7, 69:10, 69:14, 69:18, 69:24, 71:7, 71:12, 72:5, 72:8, 72:21, 73:1, 73:18, 73:22, 74:2, 74:6, 74:7, 74:12, 74:15, 74:16, 75:1, 75:5, 75:11, 75:14, 75:18, 75:24, 76:3, 76:8, 76:12, 76:13, 77:6, 77:10, 77:14, 77:18, 77:21, 77:22, 78:24, 79:3, 79:19, 79:20, 80:15, 80:18, 81:9, 81:14, 81:19, 81:20,

82:14, 82:17, 82:18, 83:3, 83:15, 83:18, 83:19, 84:3, 84:20, 84:24, 85:1, 85:11, 86:2, 86:6, 86:7, 86:15, 86:18, 86:20, 87:4, 87:8, 87:9, 87:13, 87:17, 87:18, 88:13, 88:21, 88:25, 89:1, 89:22, 89:24, 90:24, 108:2

**Akers** [1] - 4:10
**akin** [1] - 212:19
**alarm** [3] - 134:11, 134:13, 134:16
**allege** [1] - 222:1
**allow** [1] - 170:2
**allowed** [1] - 16:21
**allowing** [2] - 173:6, 176:10
**almost** [7] - 37:23, 38:19, 119:19, 152:4, 155:14, 168:19, 170:25
**alongside** [1] - 25:4
**alternatives** [2] - 161:16, 161:19
**amazing** [2] - 124:11, 212:9
**ambiguous** [1] - 218:19
**Amendment** [10] - 41:6, 54:6, 116:11, 120:2, 153:13, 177:20, 185:24, 211:24, 212:3, 212:17
**AMERICA** [1] - 1:3
**America** [1] - 4:3
**American** [2] - 7:2, 234:9
**amount** [2] - 66:3, 108:10
**anarchy** [1] - 212:19
**angle** [8] - 62:7, 95:10, 95:12, 95:14, 97:4, 97:6, 97:10, 97:22
**angles** [4] - 95:7, 96:7, 106:8, 216:14
**answer** [6] - 99:24, 128:15, 136:1, 161:12, 218:17, 218:19
**answers** [1] - 103:5
**anticipating** [2] - 53:20, 53:21
**apart** [2] - 27:15, 43:6
**apologies** [1] - 138:18

**apologize** [3] - 106:22, 161:9, 204:25
**appeal** [2] - 152:14, 152:19
**appear** [21] - 7:20, 18:14, 18:18, 26:9, 36:2, 74:23, 74:24, 130:11, 140:24, 145:1, 146:24, 148:25, 181:17, 190:14, 198:19, 206:1, 210:16, 212:21, 234:15, 234:18, 238:13
**APPEARANCES** [1] - 2:1
**aPPEARANCES** [1] - 1:13
**appeared** [1] - 123:9
**appreciate** [6] - 20:7, 56:2, 92:15, 123:13, 123:17, 176:13
**approach** [2] - 59:7, 231:4
**approached** [1] - 23:20
**approaching** [3] - 116:25, 183:24, 231:10
**appropriate** [1] - 49:2
**approximate** [1] - 175:14
**Area** [1] - 116:8
**area** [36] - 7:2, 14:4, 19:13, 19:14, 19:18, 22:10, 23:3, 26:14, 37:25, 38:7, 39:1, 44:14, 45:9, 50:2, 51:9, 68:6, 70:1, 70:3, 70:11, 70:13, 70:16, 71:3, 100:11, 126:12, 137:22, 138:3, 166:24, 176:2, 183:16, 185:24, 186:21, 188:4, 193:3, 194:24, 195:7, 230:5
**areas** [1] - 188:1
**argue** [1] - 237:19
**arguing** [1] - 180:5
**arm** [5] - 74:18, 75:6, 76:16, 91:17, 94:19
**armed** [1] - 123:16
**arms** [4] - 27:17, 200:18, 215:11, 215:12
**arrest** [1] - 238:14
**arrested** [2] - 60:14, 217:18
**arrive** [1] - 179:3

**arrived** [3] - 25:11, 59:5, 60:8
**arrives** [1] - 109:6
**arriving** [1] - 182:21
**arrow** [1] - 82:20
**ASHLEY** [1] - 1:15
**Ashley** [1] - 4:10
**aside** [1] - 156:13
**askance** [1] - 214:18
**assault** [3] - 46:21, 204:16, 233:11
**assaulted** [2] - 204:19, 205:17
**assaulting** [1] - 203:1
**assaults** [2] - 31:1, 233:14
**assemblies** [7] - 41:6, 120:2, 177:20, 177:21, 211:24, 212:3, 212:17
**assembly** [2] - 121:15, 185:24
**assessment** [5] - 73:16, 83:9, 85:13, 85:25, 89:11
**assigned** [11] - 21:9, 21:11, 21:17, 21:20, 110:7, 110:23, 111:12, 177:15, 177:16, 178:9, 219:8
**assignment** [1] - 6:11, 6:16, 21:8, 21:16, 57:13, 67:22, 110:6, 111:10, 177:14, 177:17, 178:4
**assist** [2] - 7:9, 24:15
**assistance** [4] - 22:13, 22:14, 58:13, 112:2
**assistant** [1] - 53:15
**assisted** [1] - 174:18
**assisting** [1] - 9:2
**assume** [1] - 48:7
**assumed** [1] - 137:22
**attack** [4] - 101:6, 102:21, 104:15, 199:6
**attacked** [1] - 184:19
**attackers** [12] - 184:23, 187:17, 191:20, 193:8, 195:8, 195:16, 195:25, 198:24, 198:25, 200:15, 200:17, 201:20
**attacking** [1] - 184:21
**attacks** [1] - 181:2
**attempt** [6] - 28:20,

61:2, 133:23, 145:15, 145:17, 149:9
**attempted** [1] - 191:20
**attempting** [13] - 7:8, 10:4, 26:4, 30:18, 88:14, 137:23, 151:5, 175:24, 186:22, 193:6, 195:25, 198:24, 198:25
**attempts** [1] - 61:18
**attend** [2] - 179:9, 179:13
**attended** [2] - 41:7, 211:25
**attending** [1] - 178:12
**attention** [4] - 38:5, 227:23, 228:20, 228:22
**attire** [1] - 53:2
**ATTORNEY'S** [1] - 1:16
**attorney's** [1] - 217:9
**audible** [2] - 121:13, 187:6
**audibly** [1] - 203:20
**audio** [3] - 120:23, 134:15, 190:11
**August** [1] - 1:6
**AUSAs** [1] - 217:6
**Austin** [2] - 57:17, 206:21
**authorize** [1] - 53:15
**available** [4] - 49:7, 108:10, 108:24, 170:1
**avenue** [1] - 192:12
**Avenue** [7] - 2:9, 58:20, 178:5, 178:22, 179:21, 181:1, 239:14
**avoid** [1] - 167:17
**avoid-death** [1] - 167:17
**aware** [2] - 148:25, 178:11

---

**B**

**B-O-G-N-E-R** [1] - 109:25
**background** [2] - 130:18, 134:10
**backing** [1] - 167:12
**backpack** [3] - 158:8, 158:9, 158:10
**backup** [1] - 180:21
**badge** [5] - 190:7, 190:8, 198:13, 206:12
**bag** [1] - 125:10

**bags** [1] - 128:5
**banding** [1] - 80:11
**bang** [1] - 132:25
**banging** [6] - 72:11, 131:25, 132:12, 133:3, 157:19
**bar** [2] - 48:18
**barbecue** [2] - 44:16, 44:17
**barricade** [3] - 183:11, 183:15, 186:9
**barricades** [1] - 10:5
**barrier** [14] - 43:19, 48:6, 48:8, 49:3, 60:1, 60:3, 60:5, 60:6, 60:8, 60:22, 64:2, 65:8, 65:18, 118:2
**barriers** [2] - 50:6, 119:24
**bars** [3] - 48:18, 49:1, 49:11
**based** [22] - 70:4, 74:23, 78:18, 83:9, 84:4, 85:12, 95:3, 95:5, 95:9, 97:14, 98:24, 101:10, 101:11, 101:15, 101:23, 106:11, 106:12, 134:15, 146:20, 148:9, 191:10
**basic** [1] - 230:4
**basis** [1] - 154:15
**batch** [1] - 81:3
**bathroom** [1] - 104:8
**baton** [9] - 163:23, 164:6, 164:18, 184:22, 203:2, 203:8, 214:4, 214:7, 230:8
**batons** [1] - 151:6
**battle** [4] - 71:23, 71:24, 73:8, 82:3
**beanie** [1] - 158:12
**bear** [3] - 25:18, 27:3, 90:12
**beard** [1] - 17:9
**beat** [1] - 16:20
**became** [3] - 184:10, 184:18, 191:17
**become** [5] - 53:16, 177:22, 180:6, 204:21, 212:17
**becomes** [1] - 53:11
**becoming** [4] - 40:2, 180:12, 180:18
**Bedford** [1] - 1:20
**BEFORE** [1] - 1:11
**beg** [1] - 41:17
**began** [5] - 19:20, 22:2, 45:17, 73:9, 180:5

**begin** [2] - 42:9, 104:9

**beginning** [14] - 19:9, 22:4, 23:12, 42:24, 53:5, 53:19, 91:8, 91:9, 105:21, 120:22, 158:1, 170:24, 217:18

**behalf** [1] - 4:21

**behavior** [3] - 45:1, 45:3

**behind** [44] - 12:16, 12:18, 12:20, 25:25, 30:6, 39:17, 54:25, 60:1, 60:8, 60:22, 61:17, 89:18, 97:21, 98:1, 98:5, 98:22, 100:21, 102:5, 104:22, 106:3, 116:22, 123:7, 123:8, 133:23, 139:12, 163:22, 164:25, 166:8, 166:19, 166:20, 168:25, 169:4, 173:6, 175:25, 191:10, 204:14, 205:19, 220:25, 229:1, 229:16, 231:21, 232:3, 234:12

**belief** [1] - 123:3

**below** [6] - 26:10, 33:4, 49:16, 50:4, 51:11, 128:9

**belt** [4] - 78:3, 79:9, 79:16, 124:23

**BENCH** [1] - 1:10

**beneath** [1] - 234:12

**best** [9] - 19:23, 81:8, 88:19, 95:5, 101:7, 104:5, 166:13, 193:18, 239:7

**better** [7] - 42:7, 95:14, 145:11, 149:10, 169:1, 189:10, 223:14

**between** [18] - 25:11, 30:5, 30:25, 42:7, 49:15, 69:3, 73:22, 90:6, 107:20, 119:24, 120:12, 124:23, 126:16, 151:4, 160:9, 167:11, 180:4, 205:8

**beyond** [7] - 66:1, 80:12, 82:11, 89:17, 122:1, 168:3, 175:13

**big** [2] - 152:2, 152:5

**bigger** [1] - 135:21

**bike** [27] - 13:8, 13:11, 13:12, 13:16, 14:4, 18:4, 19:10,

25:16, 26:6, 27:22, 38:2, 43:17, 43:18, 43:20, 54:21, 55:1, 55:5, 55:10, 55:11, 55:12, 55:16, 55:19, 116:8, 116:9, 116:23, 120:1, 120:3

**bit** [12] - 23:12, 35:19, 36:25, 79:13, 92:21, 139:3, 140:18, 150:4, 159:2, 188:17, 197:24, 208:5

**Black** [1] - 154:10

**black** [14] - 58:9, 89:3, 97:21, 97:24, 98:1, 98:6, 125:10, 132:1, 133:16, 136:17, 157:18, 195:22, 234:16, 234:18

**blackish** [1] - 89:4

**blackish-gray** [1] - 89:4

**bleachers** [1] - 37:24

**bleed** [1] - 203:10

**bleeding** [1] - 209:11

**block** [3] - 22:4, 52:12, 178:22

**blocked** [1] - 79:6

**blood** [2] - 203:13, 211:18

**blowing** [3] - 44:11, 135:6

**blue** [3] - 17:9, 17:18, 96:18

**Blue** [2] - 112:6, 112:10

**blurry** [2] - 74:9, 148:24

**bodies** [2] - 80:25, 81:4

**body** [84] - 7:12, 8:6, 11:7, 14:2, 14:7, 18:19, 22:24, 23:19, 24:10, 25:3, 25:10, 30:7, 32:4, 32:8, 34:6, 34:25, 36:25, 38:1, 48:9, 61:19, 61:23, 62:5, 62:13, 62:25, 63:3, 68:24, 69:4, 69:15, 72:10, 72:13, 79:5, 91:24, 92:20, 97:2, 97:15, 98:13, 99:11, 102:17, 113:4, 113:11, 113:16, 114:25, 123:2, 131:15, 138:24, 140:25, 142:15, 150:4, 151:19, 155:9, 171:2, 174:1, 181:10,

181:14, 181:23, 182:10, 186:16, 190:15, 195:15, 195:24, 195:25, 196:4, 197:3, 202:3, 202:7, 202:14, 204:1, 205:8, 209:9, 215:4, 215:12, 216:17, 216:19, 216:23, 218:23, 218:25, 230:17, 232:6, 232:10, 232:23

**body-to-body** [2] - 202:3, 215:4

**body-worn** [58] - 7:12, 8:6, 11:7, 14:2, 14:7, 18:19, 22:24, 23:19, 24:10, 25:3, 25:10, 30:7, 32:4, 34:6, 34:25, 36:25, 38:1, 61:19, 61:23, 62:5, 62:13, 62:25, 63:3, 68:24, 69:4, 69:15, 72:10, 72:13, 79:5, 91:24, 92:20, 98:13, 99:11, 102:17, 113:4, 113:11, 113:16, 114:25, 123:2, 138:24, 140:25, 142:15, 150:4, 151:19, 171:2, 174:1, 181:10, 181:14, 181:23, 182:10, 186:16, 190:15, 195:24, 196:4, 197:3, 216:17, 216:19, 216:23

**BOGNER** [1] - 109:14

**Bogner** [15] - 3:10, 108:15, 108:17, 108:24, 108:25, 109:24, 122:16, 122:21, 123:21, 123:25, 127:4, 148:7, 155:3, 172:4, 176:13

**BOND** [21] - 1:15, 56:13, 56:24, 62:1, 62:4, 62:9, 62:12, 62:15, 62:19, 62:23, 63:4, 63:9, 63:13, 63:14, 63:20, 63:23, 63:24, 64:15, 64:17, 66:8, 66:22

**Bond** [1] - 4:10

**bones** [1] - 58:10

**booed** [1] - 105:7

**booing** [1] - 105:2

**bottle** [1] - 28:16

**bottom** [12] - 8:25,

36:20, 37:25, 40:17, 121:23, 147:10, 149:22, 174:11, 198:4, 209:25, 212:10, 212:12

**box** [1] - 122:2

**Box** [1] - 2:3

**boy** [1] - 200:3

**braced** [1] - 199:1

**branch** [1] - 52:23

**brass** [3] - 204:4, 204:5, 205:8

**breach** [2] - 68:21, 191:22

**breached** [1] - 175:20

**break** [14] - 19:9, 56:8, 73:6, 107:11, 108:11, 109:1, 122:14, 122:17, 133:17, 155:10, 196:8, 196:12, 200:15, 237:4

**breaker** [2] - 132:24, 157:3

**breaking** [2] - 71:24, 134:1

**breaks** [1] - 157:1

**breast** [1] - 23:3

**breath** [1] - 37:22

**breathe** [7] - 28:13, 78:17, 204:13, 204:23, 205:3, 205:7, 215:12

**breathing** [2] - 152:14, 174:14

**Brian** [1] - 57:17

**brief** [3] - 99:24, 100:23, 123:15

**briefly** [4] - 5:2, 54:18, 105:15, 136:20

**bright** [1] - 27:17

**bring** [6] - 13:2, 62:20, 111:23, 125:5, 128:7, 186:9

**bringing** [2] - 80:25, 108:20

**broad** [1] - 237:13

**broke** [6] - 73:4, 132:13, 156:24, 157:21, 171:14, 191:22

**broken** [6] - 118:2, 133:21, 137:1, 151:9, 151:11, 168:4

**broken-down** [1] - 118:2

**brought** [2] - 123:10, 174:13

**brown** [2] - 15:13,

197:16

**bruising** [1] - 209:9

**brunt** [1] - 143:13

**build** [1] - 190:9

**building** [14] - 40:4, 47:12, 125:22, 128:8, 136:7, 153:9, 153:11, 178:23, 179:4, 179:23, 184:6, 193:17, 193:18, 206:21

**Building** [21] - 12:25, 25:25, 68:15, 68:20, 69:25, 70:10, 83:24, 88:18, 127:6, 139:14, 179:21, 180:3, 180:20, 181:6, 182:12, 184:16, 192:7, 193:10, 193:12, 194:3, 208:23

**built** [3] - 48:8, 48:13, 120:13

**bullhorn** [14] - 33:5, 87:21, 87:25, 88:1, 88:2, 100:25, 101:24, 101:25, 102:3, 102:4, 102:6, 102:25, 103:9, 105:1

**bunch** [1] - 77:1

**busted** [1] - 209:10

**but..** [1] - 12:23

**buzzing** [1] - 120:24

**BWC** [6] - 64:13, 101:8, 101:12, 106:11, 106:12, 187:7

**BY** [250] - 2:7, 6:1, 8:3, 8:20, 9:10, 10:1, 10:16, 11:5, 11:19, 12:15, 13:7, 13:22, 14:19, 15:11, 15:24, 16:8, 16:18, 17:8, 17:17, 18:1, 18:10, 19:6, 20:23, 23:16, 24:4, 24:24, 26:22, 27:11, 28:6, 29:8, 29:17, 30:3, 30:13, 31:9, 31:19, 32:3, 32:15, 33:3, 33:17, 34:3, 34:22, 35:7, 35:23, 36:13, 37:15, 38:17, 39:9, 39:24, 40:11, 42:1, 46:8, 52:6, 54:20, 56:24, 62:4, 62:12, 62:23, 63:14, 63:24, 64:17, 67:7, 69:14, 69:24, 72:8, 73:1, 74:7, 74:16, 75:5, 75:18, 76:3, 76:13, 77:14, 77:22, 79:3, 79:20,

80:18, 81:20, 82:18,
83:3, 83:19, 84:3,
85:1, 85:11, 86:7,
86:20, 87:9, 87:18,
88:13, 89:1, 89:24,
92:17, 93:3, 93:22,
94:8, 94:18, 95:1,
96:9, 96:17, 97:1,
105:17, 106:19,
107:5, 109:19, 114:1,
114:23, 115:20,
116:4, 116:18,
117:13, 118:10,
119:1, 119:13, 120:8,
121:21, 123:24,
124:12, 125:7, 127:3,
128:14, 128:18,
129:9, 130:1, 130:17,
131:10, 131:21,
132:6, 133:13, 134:8,
134:22, 135:15,
136:13, 136:22,
137:5, 137:16,
138:10, 138:22,
139:8, 140:8, 140:23,
141:18, 142:10,
143:3, 143:24,
144:13, 144:22,
145:10, 145:22,
146:15, 147:8, 148:2,
148:23, 149:20,
150:12, 151:1,
151:17, 152:1,
152:10, 153:6, 155:2,
155:8, 155:18,
156:12, 156:20,
157:7, 158:6, 159:6,
159:19, 160:7,
160:24, 162:13,
162:20, 163:7,
163:21, 164:4,
164:19, 165:12,
172:3, 173:16,
174:10, 175:6, 177:4,
182:6, 182:18, 183:6,
183:23, 184:9, 185:4,
185:18, 186:14,
187:5, 187:12,
187:21, 188:13,
189:8, 190:1, 191:6,
191:15, 192:4, 193:1,
194:1, 194:10,
194:19, 195:5,
195:11, 195:21,
196:21, 197:13,
198:3, 199:14,
200:11, 202:23,
205:2, 205:15,
205:25, 206:9, 207:7,
208:2, 208:17,
209:20, 210:11,

211:1, 213:16, 218:2,
222:22, 223:5,
223:24, 224:3,
224:12, 224:19,
225:8, 225:19, 226:8,
226:14, 226:19,
227:5, 227:16, 228:2,
228:11, 229:6,
229:23, 231:9,
231:15, 232:21,
233:22, 234:8, 235:6,
235:14, 235:22,
236:5, 236:14

---

# C

**C-H-A-P-M-A-N** [1] -
6:5
**C-U-R-T-I-C-E** [1] -
57:3
**calm** [1] - 90:16
**cam** [2] - 48:9, 155:9
**camera** [74] - 7:12,
8:6, 11:7, 14:3, 14:7,
18:20, 22:25, 23:19,
24:10, 25:3, 25:10,
30:7, 32:5, 32:8, 34:6,
34:25, 36:25, 38:1,
61:19, 61:23, 62:5,
62:13, 62:25, 63:3,
68:24, 69:4, 69:15,
72:10, 72:14, 79:5,
91:24, 92:20, 95:12,
95:14, 98:13, 99:11,
101:8, 101:12,
102:15, 102:17,
102:18, 106:14,
113:4, 113:11,
113:16, 115:1, 119:4,
123:2, 131:15,
138:25, 140:25,
142:15, 150:4,
151:19, 152:4,
158:15, 174:1,
181:10, 181:14,
181:23, 182:10,
186:16, 189:16,
190:15, 195:24,
196:1, 196:4, 197:3,
201:1, 202:25,
216:17, 216:19,
216:23
**cameras** [2] - 171:3,
196:24
**canisters** [1] - 128:6
**cannot** [4] - 146:1,
217:2, 217:5, 221:6
**cap** [1] - 139:10
**capable** [1] - 211:23
**capacity** [5] - 6:13,

177:24, 178:5, 178:7,
212:1
**Capitol** [126] - 7:4,
7:6, 7:8, 7:15, 8:25,
9:2, 9:4, 9:19, 12:24,
16:9, 19:17, 22:12,
23:6, 23:20, 24:7,
24:8, 24:14, 25:4,
25:25, 28:17, 30:5,
33:20, 34:5, 36:22,
37:19, 41:1, 42:13,
42:14, 42:17, 42:19,
51:3, 51:15, 51:17,
58:8, 58:13, 59:1,
59:2, 59:3, 59:4, 59:7,
59:8, 59:10, 60:3,
60:4, 61:3, 64:3,
64:18, 68:20, 68:21,
69:25, 70:7, 70:10,
78:22, 83:24, 85:10,
85:15, 85:18, 88:18,
89:21, 103:22,
112:13, 112:14,
112:24, 113:2, 114:5,
114:6, 115:9, 116:25,
118:15, 119:23,
120:12, 121:25,
125:13, 125:15,
125:20, 125:23,
127:6, 129:2, 130:4,
130:7, 130:20,
131:13, 134:1, 137:8,
137:22, 137:24,
139:13, 144:15,
150:5, 173:18,
173:23, 174:17,
175:20, 176:7,
176:11, 179:21,
180:3, 180:15,
180:20, 180:23,
181:6, 181:7, 182:12,
182:22, 183:8,
183:15, 184:12,
184:16, 187:19,
188:24, 190:19,
192:7, 193:3, 193:10,
193:12, 193:20,
194:3, 194:14,
194:24, 199:6,
200:16, 208:22,
210:18, 213:1, 222:17
**caps** [1] - 125:2
**captain** [4] - 30:19,
45:19, 53:1, 53:14
**capture** [1] - 72:15
**captured** [1] - 214:14
**captures** [1] - 99:11
**car** [2] - 54:2, 117:15
**cardinal** [1] - 115:8
**career** [1] - 61:12

**carried** [1] - 21:25
**carrying** [3] - 128:4,
128:5, 199:8
**cars** [1] - 53:24
**case** [11] - 121:9,
121:14, 166:18,
167:15, 177:22,
210:15, 217:13,
217:18, 237:12,
237:22, 238:14
**Case** [1] - 4:3
**cases** [1] - 237:11
**catch** [1] - 37:22,
229:20
**cathartic** [1] - 212:21
**caused** [5] - 42:8,
78:6, 208:10, 230:3,
233:13
**causing** [4] - 201:12,
203:8, 203:10, 233:9
**CDU** [32] - 6:17,
6:23, 21:17, 21:20,
22:9, 24:13, 38:4,
39:14, 52:23, 53:8,
54:22, 55:1, 55:5,
55:10, 57:14, 57:15,
59:11, 61:11, 71:17,
111:13, 177:17,
177:25, 180:22,
182:9, 184:11,
194:23, 211:21,
211:22, 211:23,
212:1, 219:5, 219:12
**cell** [1] - 189:17
**Center** [1] - 211:8
**center** [12] - 15:12,
18:17, 27:18, 31:11,
35:24, 119:20,
119:22, 120:18,
147:10, 188:15,
190:3, 190:5
**certain** [5] - 101:4,
108:25, 117:1,
181:18, 194:22
**certainly** [3] - 47:24,
50:16, 168:19
**CERTIFICATE** [1] -
239:1
**certify** [1] - 239:4
**Chad** [3] - 3:7, 56:14,
57:3
**CHAD** [2] - 56:18,
57:3
**chance** [2] - 61:23,
93:4
**CHANDLER** [1] - 1:6
**Chandler** [1] - 4:4
**change** [5] - 58:6,
154:22, 154:24,
179:18, 179:24

**changed** [2] - 58:7,
117:1
**changes** [1] - 117:8
**changing** [2] -
179:15, 218:17
**chanting** [4] - 9:11,
9:13, 60:10, 81:21
**chaotic** [1] - 61:10
**CHAPMAN** [1] - 5:21
**Chapman** [5] - 3:5,
5:16, 6:4, 14:8, 20:7
**characterize** [2] -
82:22, 154:21
**charge** [6] - 21:17,
53:13, 61:17, 111:13,
138:1, 153:22
**charged** [1] - 65:12
**charges** [1] - 238:14
**Chasten** [1] - 57:25
**chat** [1] - 109:5
**chatter** [1] - 85:21
**check** [1] - 182:24
**checked** [2] - 7:1,
53:1
**checkpoint** [2] -
78:3, 79:9
**chemical** [3] - 28:20,
79:22, 80:2
**chest** [3] - 69:3,
195:24, 230:8
**chief** [1] - 53:15
**chin** [1] - 203:16
**choice** [1] - 167:10
**choke** [2] - 38:7,
39:12, 39:16
**choked** [1] - 104:21
**Christina** [1] -
129:16
**CHRISTOPHER** [2] -
109:14, 109:25
**Christopher** [2] -
3:10, 109:24
**circle** [6] - 11:6,
37:25, 131:23,
183:11, 188:16,
198:15
**circled** [8] - 13:23,
18:18, 18:19, 40:18,
63:15, 64:4, 132:19,
149:23
**circling** [4] - 15:12,
32:16, 147:10, 198:5
**circumstances** [4] -
30:22, 116:10, 121:7,
169:15
**city** [4] - 111:14,
120:3, 178:20, 212:3
**Civil** [2] - 177:16,
177:19
**civil** [3] - 61:11,

110:16, 111:19
**civilians** [1] - 44:20
**clarification** [1] - 238:6
**classroom** [1] - 110:17
**clear** [11] - 70:18, 91:6, 91:15, 117:22, 123:9, 130:9, 144:14, 161:22, 168:5, 221:22, 221:23
**clearing** [1] - 186:5
**clearly** [2] - 54:23, 157:8
**Clements** [5] - 4:10, 10:12, 12:3, 33:18, 131:17
**client** [7] - 91:18, 92:5, 92:6, 96:2, 106:17, 106:21, 155:25
**climb** [1] - 49:1
**climbing** [5] - 31:13, 31:22, 32:9, 34:24, 48:16
**clinic** [1] - 211:5
**clip** [8] - 13:15, 63:9, 63:23, 81:9, 86:23, 120:22, 223:13, 223:14
**close** [8] - 22:12, 49:24, 67:21, 71:4, 82:23, 82:24, 115:5, 234:16
**closed** [8] - 50:16, 50:17, 71:5, 76:21, 76:22, 151:7, 151:8
**Closed** [1] - 116:8
**closely** [1] - 105:4
**closer** [4] - 112:19, 168:10, 180:3, 184:17
**closest** [1] - 24:18
**clothes** [1] - 179:11
**cloud** [2] - 18:16, 195:7
**co** [3] - 51:25, 105:12, 171:23
**CO** [1] - 2:5
**co-counsel** [3] - 51:25, 105:12, 171:23
**coat** [1] - 174:16
**Cobb** [7] - 4:16, 4:18, 52:4, 66:10, 107:3, 173:12, 230:24
**COBB** [10] - 1:23, 4:16, 52:6, 54:16, 66:11, 107:5, 107:24, 148:16, 173:13, 230:25
**coherence** [1] -

170:10
**collapsed** [2] - 191:22, 192:6
**collapsing** [1] - 43:1
**colleagues** [3] - 4:9, 89:9, 154:8
**collect** [1] - 117:15
**collecting** [1] - 40:23
**collection** [1] - 98:16
**color** [1] - 185:11
**colored** [1] - 40:21
**Columbia** [3] - 2:9, 177:21, 239:13
**COLUMBIA** [2] - 1:1, 1:16
**column** [1] - 184:20
**columns** [1] - 182:23
**combat** [1] - 77:4
**combination** [2] - 30:19, 45:13
**combined** [1] - 204:12
**comfortable** [4] - 5:23, 56:22, 67:5, 176:25
**coming** [28] - 7:7, 9:16, 9:18, 18:23, 38:5, 38:8, 39:13, 44:16, 46:20, 50:3, 51:14, 66:23, 78:7, 80:10, 80:24, 105:2, 115:9, 123:7, 129:2, 133:4, 133:5, 139:1, 158:16, 158:17, 183:7, 225:20, 237:9
**command** [6] - 49:25, 137:22, 166:11, 166:12, 166:20, 169:20
**commander** [5] - 21:24, 53:15, 71:18, 137:19, 180:18
**Commander** [8] - 71:19, 126:17, 137:20, 138:1, 138:3, 149:11, 175:24, 176:5
**commanders** [1] - 50:1
**commands** [3] - 44:2, 55:7, 136:3
**comments** [1] - 46:9
**common** [2] - 53:4, 53:8
**communicating** [2] - 101:16, 101:18
**communication** [1] - 176:4
**communications** [1] - 175:24
**compacted** [2] -

143:8, 143:9
**complete** [2] - 77:4, 239:6
**completely** [3] - 90:16, 103:25, 214:11
**compliance** [1] - 55:6
**compliant** [1] - 55:21
**Complies** [1] - 232:20
**complies** [1] - 196:18
**complying** [1] - 55:15
**components** [1] - 114:16
**compounded** [2] - 204:23, 205:4
**compressing** [1] - 143:11
**computer** [1] - 223:12
**concentrated** [2] - 154:17, 154:21
**concerned** [1] - 175:23
**concerted** [1] - 46:24
**conclude** [1] - 102:7
**concluded** [2] - 179:20, 238:17
**conclusion** [1] - 5:5
**concur** [1] - 123:11
**concussion** [1] - 90:9
**conditions** [1] - 230:19
**confers** [5] - 51:25, 105:12, 171:23, 229:5, 230:22
**configurations** [1] - 124:20
**conflict** [1] - 128:9
**confrontation** [2] - 180:4, 180:7
**confused** [1] - 123:14
**congested** [1] - 78:16
**congregation** [1] - 47:17
**Congress** [1] - 85:17
**connected** [1] - 60:7
**Connecticut** [1] - 1:21
**connects** [1] - 194:13
**consciousness** [1] - 204:20
**considerations** [1] - 169:24

**consistent** [2] - 11:24, 200:4
**constant** [3] - 47:11, 79:25, 80:1
**constantly** [1] - 96:19
**constitutes** [1] - 239:4
**Constitution** [10] - 2:9, 58:20, 68:6, 178:5, 178:22, 179:4, 179:21, 180:23, 181:1, 239:14
**construction** [3] - 10:21, 12:22, 12:24
**CONT'D** [1] - 2:1
**contact** [5] - 28:21, 43:25, 218:22, 230:10, 232:10
**contamination** [1] - 42:25
**context** [2] - 117:23
**contexts** [1] - 220:17
**contingent** [2] - 39:11, 171:7
**continually** [1] - 47:13
**continue** [42] - 15:19, 16:13, 16:23, 19:2, 26:17, 28:1, 29:2, 30:1, 30:9, 31:14, 32:23, 34:17, 35:2, 35:14, 36:8, 38:11, 63:20, 72:4, 77:6, 77:18, 81:1, 84:16, 84:20, 86:2, 86:15, 87:13, 88:21, 116:12, 122:8, 133:8, 136:9, 139:25, 140:13, 141:13, 143:20, 148:18, 150:8, 157:24, 160:2, 189:3, 195:1, 200:7
**continued** [6] - 65:25, 81:4, 90:17, 138:4, 151:4, 238:12
**continuing** [6] - 31:2, 49:23, 187:25, 209:23, 210:14, 238:15
**continuously** [2] - 105:20, 236:7
**contribute** [1] - 201:17
**contributed** [3] - 204:15, 216:7, 233:4
**contributing** [1] - 201:18
**control** [9] - 41:7, 51:4, 65:7, 90:7,

110:17, 172:9, 172:10, 177:22, 177:23
**controlling** [1] - 195:8
**contusion** [3] - 203:9, 209:9, 211:7
**convalesce** [1] - 208:8
**conversation** [4] - 84:13, 99:8, 99:20, 100:3
**conversing** [1] - 145:25
**conveyor** [3] - 78:3, 79:9, 79:16
**copy** [1] - 223:21
**corner** [12] - 8:21, 19:8, 35:8, 40:13, 40:17, 77:15, 80:19, 115:10, 119:23, 121:23, 149:22, 174:11
**correct** [66] - 29:1, 42:3, 52:20, 55:25, 92:13, 93:14, 93:15, 94:2, 94:13, 95:15, 95:21, 95:22, 96:4, 96:6, 96:21, 97:16, 98:20, 98:23, 99:3, 100:20, 102:23, 103:12, 104:3, 104:6, 106:6, 106:7, 162:24, 165:3, 180:16, 193:4, 205:10, 214:4, 214:5, 214:8, 215:3, 216:1, 216:2, 216:11, 216:12, 216:20, 218:19, 218:24, 219:3, 219:4, 219:13, 219:15, 219:25, 220:22, 220:23, 221:11, 221:14, 221:16, 225:11, 227:9, 227:20, 227:21, 227:24, 229:2, 229:10, 229:11, 229:15, 230:12, 234:10, 234:11, 234:14, 234:17
**coughing** [2] - 194:4, 194:5
**counsel** [12] - 4:6, 20:6, 41:15, 41:18, 51:25, 105:12, 108:23, 109:8, 122:25, 123:10, 171:23, 236:16
**count** [2] - 169:11,

212:2
**counter** [2] - 142:2, 180:10
**counter-protester** [1] - 180:10
**counteract** [1] - 28:20
**counterpoint** [1] - 146:21
**counting** [1] - 169:14
**country** [3] - 17:19, 103:1, 237:2
**couple** [12] - 96:13, 98:22, 103:4, 104:12, 142:21, 155:23, 169:11, 195:12, 200:12, 221:12, 237:18
**Court** [12] - 2:8, 2:8, 20:25, 80:22, 83:5, 109:23, 123:1, 177:6, 201:15, 232:13, 239:12, 239:13
**COURT** [140] - 1:1, 4:1, 4:11, 4:14, 4:18, 4:23, 5:7, 5:10, 5:13, 5:19, 5:22, 8:12, 15:2, 18:22, 20:3, 20:6, 20:11, 20:18, 20:20, 23:25, 34:14, 41:14, 41:17, 41:20, 51:24, 52:2, 52:4, 54:17, 56:2, 56:7, 56:11, 56:19, 56:21, 63:6, 66:10, 66:12, 66:14, 66:16, 66:20, 67:1, 67:4, 69:20, 71:13, 71:16, 71:20, 72:3, 81:11, 83:2, 84:2, 85:7, 88:9, 91:1, 91:6, 91:15, 91:20, 91:25, 92:4, 92:7, 92:10, 92:15, 95:17, 95:23, 96:1, 96:5, 96:8, 96:22, 105:11, 105:14, 106:16, 107:3, 108:1, 108:3, 108:7, 108:12, 109:5, 109:11, 109:15, 114:15, 122:14, 122:21, 123:13, 123:21, 124:7, 124:11, 128:12, 131:1, 131:4, 132:5, 137:3, 138:17, 139:22, 141:10, 147:5, 150:10, 150:18, 154:7, 154:22, 154:25, 157:6, 157:12,

157:20, 157:23, 162:17, 171:25, 173:11, 173:14, 175:3, 176:13, 176:17, 176:24, 181:24, 182:3, 187:10, 190:23, 196:7, 196:10, 196:16, 196:19, 207:19, 209:15, 210:7, 210:23, 213:6, 213:9, 217:20, 222:21, 223:18, 224:25, 227:11, 230:24, 231:1, 231:3, 231:6, 231:14, 236:25, 237:4, 237:21, 237:24, 238:7, 238:10
**court** [213] - 8:1, 8:18, 9:7, 9:24, 10:15, 10:25, 11:4, 11:16, 12:5, 12:9, 12:13, 13:5, 13:20, 14:17, 15:8, 15:22, 16:6, 16:16, 17:1, 17:5, 17:15, 17:24, 18:8, 19:4, 23:14, 24:23, 26:20, 27:9, 28:3, 29:5, 29:15, 30:11, 31:6, 31:16, 32:2, 32:13, 33:1, 34:1, 34:20, 35:5, 35:17, 35:21, 36:11, 37:9, 37:13, 38:14, 39:6, 39:22, 40:10, 41:23, 46:1, 46:6, 62:3, 62:11, 62:18, 62:22, 63:12, 63:22, 69:13, 71:11, 72:7, 72:24, 73:21, 74:1, 74:5, 74:14, 75:4, 75:13, 75:17, 76:2, 76:11, 77:9, 77:13, 77:20, 79:2, 80:17, 81:18, 82:16, 83:17, 84:23, 86:5, 86:17, 87:7, 87:16, 88:24, 93:1, 93:20, 94:6, 94:16, 94:23, 96:15, 96:25, 113:22, 114:21, 115:18, 116:2, 116:15, 117:11, 118:8, 118:24, 119:11, 120:6, 121:19, 122:11, 129:7, 129:24, 130:15, 131:7, 131:19, 133:11, 134:6, 134:20, 135:13, 136:11,

137:14, 138:16, 138:20, 139:6, 140:3, 140:7, 140:16, 140:21, 141:16, 142:4, 142:8, 143:1, 143:22, 144:11, 144:20, 145:8, 145:20, 146:13, 147:19, 147:25, 148:21, 149:18, 150:22, 151:15, 151:24, 152:8, 153:4, 155:7, 155:13, 155:16, 156:10, 156:18, 158:4, 159:4, 159:13, 159:17, 160:5, 160:23, 162:8, 162:12, 163:5, 163:19, 164:2, 164:14, 165:9, 174:4, 174:8, 182:16, 183:4, 183:20, 185:2, 185:16, 187:3, 188:11, 189:6, 189:20, 189:24, 191:4, 191:13, 192:2, 192:24, 193:24, 194:17, 195:3, 195:19, 197:11, 198:1, 199:12, 200:9, 202:21, 205:13, 205:24, 206:7, 207:1, 207:5, 207:25, 217:25, 223:3, 223:23, 224:2, 224:8, 224:11, 224:18, 225:7, 225:18, 226:7, 226:13, 226:18, 227:4, 227:15, 228:1, 228:20, 229:22, 234:6, 235:3, 235:12, 235:20, 236:3, 236:12
**courtroom** [7] - 5:17, 20:15, 56:16, 66:24, 109:9, 176:21, 238:13
**COURTROOM** [2] - 4:2, 213:12
**cover** [2] - 123:7, 237:13
**covered** [3] - 99:25, 196:1, 232:6
**COVID** [4] - 117:23, 145:1, 145:11, 145:12
**CPR** [1] - 174:25
**crap** [1] - 16:21
**crawling** [1] - 49:11
**create** [1] - 43:21
**creates** [1] - 202:17
**creating** [1] - 201:11
**crime** [3] - 67:14,

67:23, 178:19
**Criminal** [2] - 1:3, 4:3
**critical** [1] - 43:3
**Cross** [1] - 3:2
**cross** [3] - 55:23, 231:19, 233:1
**CROSS** [8] - 41:25, 52:5, 92:16, 105:16, 107:4, 155:1, 172:2, 213:15
**cross-examination** [2] - 231:19, 233:1
**CROSS-EXAMINATION** [8] - 41:25, 52:5, 92:16, 105:16, 107:4, 155:1, 172:2, 213:15
**crossed** [5] - 54:24, 55:3, 55:8, 186:18, 186:21
**crossing** [1] - 118:2
**crowd** [141] - 9:3, 9:12, 9:16, 11:25, 13:13, 14:6, 18:4, 18:16, 19:1, 19:11, 19:19, 19:20, 25:11, 25:20, 25:21, 26:10, 28:12, 30:6, 31:1, 33:21, 34:9, 41:7, 41:9, 43:11, 45:1, 45:5, 46:16, 46:17, 46:19, 46:22, 46:24, 47:8, 47:10, 47:14, 47:19, 48:9, 48:10, 48:23, 49:9, 49:20, 49:21, 49:22, 49:23, 50:2, 50:7, 50:12, 50:14, 50:22, 55:21, 59:8, 59:9, 59:11, 59:16, 59:18, 59:23, 60:3, 60:10, 60:13, 60:17, 60:23, 60:24, 61:16, 64:3, 65:3, 81:21, 89:12, 90:7, 99:2, 100:17, 101:1, 101:5, 101:16, 102:1, 102:2, 102:12, 102:20, 103:1, 103:10, 103:18, 103:19, 104:7, 104:15, 104:19, 104:23, 105:1, 105:2, 105:6, 105:7, 112:15, 112:17, 112:18, 116:25, 117:5, 117:7, 119:4, 119:7, 119:24, 124:3, 124:15, 127:20, 138:12, 146:5, 160:14,

160:17, 167:10, 168:1, 168:3, 168:22, 169:22, 170:12, 171:6, 171:18, 177:21, 178:17, 179:15, 180:5, 180:11, 183:25, 184:5, 184:17, 184:18, 184:19, 186:5, 186:6, 188:25, 196:23, 197:4, 200:5, 200:22, 201:2, 201:7, 201:23, 206:15, 212:20, 212:24, 216:16, 220:25, 225:14, 229:13
**crowd's** [3] - 165:25, 168:21, 168:25
**crowd-shot** [2] - 48:9, 48:10
**crowded** [1] - 51:12
**crowds** [1] - 6:20
**CRR** [3] - 2:7, 239:3, 239:12
**crushed** [3] - 167:11, 204:14, 204:22
**Crypt** [2] - 194:14, 208:22
**CS** [15] - 42:24, 44:5, 44:12, 44:14, 45:8, 55:9, 55:13, 55:14, 55:19, 125:3, 169:19, 169:25, 170:4, 193:14
**cue** [1] - 217:21
**current** [7] - 6:11, 21:8, 57:6, 67:22, 110:6, 110:11, 177:14
**Curtice** [4] - 3:7, 56:14, 57:3, 66:16
**CURTICE** [1] - 56:18
**cut** [2] - 59:14, 214:24
**cutting** [2] - 119:3, 119:6

---

# D

**D-O-N-I-G-I-A-N** [1] - 21:2
**D.C** [7] - 1:6, 1:18, 2:10, 90:19, 177:10, 215:19, 239:14
**DAMIAN** [2] - 5:21, 6:4
**Damian** [3] - 3:5, 5:15, 6:4
**danger** [1] - 174:21
**dangerous** [1] - 40:2
**DANIEL** [2] - 176:23,

177:7
**Daniel** [4] - 3:12, 108:19, 176:20, 177:7
**dark** [2] - 15:13, 237:9
**date** [1] - 83:10
**Dated** [1] - 239:10
**DAVID** [1] - 1:7
**David** [2] - 4:5, 4:21
**DAY** [1] - 1:10
**day-to-day** [1] - 154:15
**days** [1] - 54:1
**deal** [1] - 204:12
**dealing** [1] - 165:13
**death** [1] - 167:17
**decide** [3] - 223:19
**decided** [1] - 50:1
**decision** [11] - 19:23, 22:17, 54:12, 54:13, 126:9, 126:11, 126:14, 126:15, 126:18, 126:19, 193:9
**decisions** [1] - 143:19
**decon** [3] - 28:13, 28:14, 37:21
**decontaminated** [1] - 193:18
**deep** [4] - 98:6, 99:10, 229:13
**deeper** [1] - 117:7
**defend** [3] - 181:2, 219:18, 231:21
**DEFENDANT** [3] - 1:19, 1:23, 2:2
**Defendant** [35] - 3:25, 4:21, 95:20, 217:8, 217:13, 223:16, 223:22, 224:1, 224:7, 224:10, 224:17, 224:25, 225:2, 225:6, 225:17, 226:6, 226:12, 226:17, 227:3, 227:14, 227:25, 228:9, 229:5, 229:21, 230:22, 232:22, 232:24, 234:12, 234:23, 235:7, 235:15, 235:24, 236:6, 236:16, 236:21
**Defendant's** [2] - 221:5, 225:25
**Defendants** [3] - 1:8, 237:17, 238:11
**defended** [1] - 154:13
**DEFENDER** [1] - 1:23

defending [3] - 33:8, 153:9, 153:11
**defense** [11] - 20:6, 108:23, 122:25, 123:10, 193:20, 195:15, 198:23, 233:12, 236:16, 237:22, 238:10
**Defense** [1] - 233:23
**defenseless** [3] - 204:15, 215:22, 233:14
**defenses** [1] - 200:15
**defensible** [1] - 50:6
**defensive** [4] - 184:23, 220:19, 220:20, 231:20
**definitely** [3] - 139:2, 154:5, 221:4
**degree** [1] - 113:18
**degrees** [1] - 38:19
**deliver** [2] - 121:13, 121:14
**demeanor** [3] - 73:10, 73:15, 117:8
**demonstrate** [1] - 123:12
**demonstrations** [1] - 54:6
**dense** [1] - 184:18
**department** [5] - 7:12, 110:13, 110:21, 117:18, 125:25
**Department** [29] - 6:7, 6:9, 6:14, 14:3, 21:4, 21:6, 21:14, 35:12, 36:5, 41:5, 57:5, 60:12, 67:13, 67:20, 110:2, 110:4, 111:5, 111:8, 125:13, 125:14, 125:20, 127:13, 144:14, 177:9, 177:12, 185:9, 212:1, 217:10, 217:16
**department-issued** [2] - 7:12, 125:25
**depicted** [1] - 125:8
**depiction** [5] - 14:11, 69:7, 148:10, 150:13, 207:13
**deploy** [2] - 121:7, 144:17
**deployed** [11] - 18:25, 55:1, 55:13, 55:15, 113:1, 113:2, 121:6, 146:18, 186:24, 230:11
**deploying** [6] - 55:4, 55:9, 111:24, 144:15,

225:21, 233:13
**deployment** [1] - 55:10
**DEPUTY** [2] - 4:2, 213:12
**derivatives** [5] - 8:11, 8:13, 23:24, 69:19, 114:14
**describe** [12] - 25:9, 28:14, 44:10, 51:8, 61:8, 70:3, 78:12, 80:22, 90:5, 100:10, 201:15, 232:13
**described** [4] - 85:24, 100:6, 155:19, 232:10
**describing** [3] - 116:24, 132:16, 189:10
**description** [1] - 169:1
**designed** [6] - 181:2, 202:13, 220:11, 220:15, 220:17, 230:19
**desperate** [1] - 167:16
**destroy** [1] - 85:17
**detailed** [1] - 111:11
**details** [1] - 111:1
**detention** [1] - 217:18
**deteriorating** [1] - 128:10
**developed** [1] - 167:21
**device** [4] - 121:3, 121:10, 124:8, 146:17
**died** [1] - 175:4
**different** [23] - 42:11, 45:2, 47:7, 48:21, 51:10, 102:25, 106:8, 106:21, 124:21, 149:9, 154:18, 154:19, 156:21, 156:25, 157:13, 167:6, 170:5, 202:6, 202:10, 206:2, 212:16, 216:14, 220:17
**differently** [2] - 154:9, 154:13
**difficult** [15] - 102:21, 135:23, 141:25, 153:15, 153:21, 153:24, 154:1, 162:23, 163:2, 167:19, 172:25, 173:9, 204:13, 204:23, 205:3

difficulty [2] - 152:14, 174:14
**diligent** [1] - 123:18
**diminished** [1] - 221:4
**diminishing** [1] - 204:16
**direct** [5] - 31:10, 82:19, 108:18, 173:14, 196:10
**DIRECT** [6] - 5:25, 20:22, 56:23, 67:6, 109:18, 177:3
**Direct** [1] - 3:2
**directing** [3] - 46:9, 118:18, 160:14
**direction** [12] - 12:18, 21:23, 50:10, 115:8, 115:12, 177:22, 178:18, 179:16, 179:18, 179:20, 179:23
**directional** [3] - 121:2, 122:3, 122:4
**directionless** [1] - 212:18
**directions** [1] - 118:20
**directly** [16] - 12:20, 30:4, 36:5, 37:16, 116:5, 118:12, 119:21, 119:22, 120:15, 144:23, 152:3, 187:13, 190:3, 190:5, 202:3, 203:22
**director** [1] - 52:23
**disabling** [1] - 193:15
**disappears** [1] - 165:7
**disarm** [1] - 123:8
**disbursed** [1] - 124:17
**discharged** [2] - 42:6, 44:5
**discuss** [4] - 122:16, 196:11, 217:6, 217:9
**discussed** [3] - 55:19, 149:11, 236:15
**discussing** [3] - 116:20, 203:25, 234:13
**discussion** [4] - 109:8, 126:16, 129:17, 233:5
**discussions** [1] - 122:24
**dislodged** [2] - 203:7, 203:17
**dispersal** [2] -

121:15, 124:3
**disperse** [7] - 42:9, 44:2, 60:13, 104:2, 124:3, 124:15, 186:1
**dispersed** [3] - 104:1, 116:25, 185:8
**disputed** [3] - 92:9, 92:11, 92:12
**disrupt** [1] - 213:3
**distance** [3] - 12:19, 50:16
**distancing** [1] - 43:21
**distinctly** [1] - 174:16
**distinguish** [1] - 49:15
**distracted** [1] - 164:9
**distributed** [2] - 230:6, 230:7
**district** [1] - 239:13
**DISTRICT** [5] - 1:1, 1:1, 1:11, 1:16, 1:24
**District** [14] - 2:8, 2:9, 6:12, 21:9, 21:10, 21:17, 57:5, 67:14, 67:24, 110:24, 145:25, 177:15, 177:20, 239:13
**disturbance** [3] - 61:12, 110:16, 111:20
**Disturbance** [2] - 177:16, 177:19
**disturbance-related** [1] - 111:20
**division** [5] - 42:7, 53:1, 111:2, 111:11, 111:15
**doctor** [1] - 211:5
**documentation** [1] - 209:4
**dome** [1] - 119:21
**domestic** [2] - 111:2, 111:12
**Donald** [1] - 179:12
**done** [4] - 27:1, 159:20, 161:7, 228:22
**Donigian** [8] - 3:6, 20:14, 21:1, 21:2, 34:24, 38:18, 40:12, 42:2
**DONIGIAN** [1] - 20:17
**door** [33] - 71:5, 71:24, 72:12, 73:4, 73:6, 73:7, 76:20, 76:21, 76:24, 80:12, 81:6, 93:9, 93:11, 93:16, 94:10, 127:14, 127:15, 127:17,

127:25, 130:5, 135:20, 139:1, 151:8, 151:9, 156:24, 158:14, 158:17, 199:1, 199:7, 200:16, 204:6, 236:18
**doors** [29] - 70:25, 71:4, 127:7, 127:8, 128:23, 128:25, 130:5, 130:6, 130:8, 131:12, 131:13, 135:6, 139:17, 146:25, 148:5, 148:11, 149:6, 150:1, 150:5, 150:6, 151:7, 160:9, 160:11, 167:2, 168:4, 168:10, 170:12, 172:23
**doorway** [8] - 50:14, 51:18, 65:22, 106:1, 172:18, 215:11, 219:2, 221:3
**double** [1] - 150:6
**doubt** [1] - 95:13
**down** [28] - 19:9, 20:8, 22:20, 49:16, 51:10, 56:3, 66:17, 70:14, 79:19, 89:20, 89:22, 90:16, 102:12, 102:21, 108:3, 112:4, 118:2, 170:8, 181:1, 182:25, 185:5, 198:5, 220:6, 225:21, 226:10, 227:8, 231:12, 236:25
**doze** [1] - 54:2
**dozen** [1] - 98:22
**dragged** [1] - 19:11
**draw** [1] - 40:17
**driving** [2] - 24:7, 114:4
**Dropbox** [1] - 5:5
**dropped** [4] - 161:4, 161:15, 161:17, 213:22
**drove** [5] - 22:20, 58:25, 59:2, 59:3, 59:4
**DSO** [2] - 111:16, 111:24
**duck** [1] - 28:7
**ducking** [1] - 49:11
**due** [1] - 42:24
**during** [25] - 7:14, 26:13, 27:12, 61:13, 66:5, 70:6, 117:19, 117:20, 120:2, 137:20, 137:25, 138:11, 145:23, 151:2, 154:10, 170:6,

174:24, 176:5, 179:22, 181:18, 182:19, 196:11, 200:5, 202:1
**duties** [5] - 6:18, 68:2, 121:4, 182:25, 201:19
**duty** [14] - 6:11, 6:16, 7:1, 21:8, 21:16, 57:10, 57:13, 67:22, 110:6, 111:10, 112:23, 177:14, 178:24, 179:11
**dying** [1] - 167:11
**dynamic** [1] - 103:17

## E

**early** [1] - 179:2
**easier** [1] - 224:23
**easiest** [1] - 49:3
**easily** [2] - 28:13, 50:3
**East** [1] - 2:5
**east** [2] - 44:12, 115:14
**easy** [6] - 47:24, 48:1, 48:2, 52:9, 53:25, 201:14
**ebb** [2] - 98:17, 168:11
**edge** [1] - 42:18
**Edward** [1] - 4:4
**EDWARD** [1] - 1:6
**Edwards** [2] - 126:17, 239:12
**EDWARDS** [2] - 2:7, 239:3
**effect** [8] - 17:10, 44:22, 78:8, 89:14, 135:8, 142:20, 152:18, 201:21
**effectively** [1] - 186:24
**effects** [3] - 211:12, 211:13, 211:16
**effing** [1] - 33:9
**effort** [1] - 46:24
**efforts** [2] - 167:23, 222:1
**egress** [3] - 47:20, 192:12, 192:15
**eight** [1] - 86:23
**either** [20] - 27:3, 85:16, 85:17, 91:22, 92:2, 97:23, 98:8, 101:15, 102:16, 104:25, 123:6, 127:14, 149:8,

160:25, 161:16, 164:20, 173:3, 195:16, 196:24, 216:6
**ejected** [1] - 94:9
**elaborate** [1] - 218:12
**election** [1] - 85:20
**elevated** [1] - 26:9
**Eleventh** [1] - 1:17
**Ellipse** [4] - 178:6, 179:9, 179:19, 180:4
**emanating** [1] - 195:7
**embarrassment** [3] - 208:6, 208:9, 208:10
**emblem** [1] - 125:17
**emphasize** [1] - 55:2
**employ** [1] - 5:6
**employed** [4] - 6:6, 21:3, 57:4, 67:12
**enact** [1] - 64:14
**encounter** [1] - 64:21
**encountered** [1] - 41:10
**encourage** [1] - 5:10
**encouraged** [1] - 193:17
**encouraging** [1] - 84:18
**end** [12] - 36:25, 50:3, 70:13, 81:3, 91:7, 119:7, 132:12, 132:24, 142:5, 147:20, 158:1, 162:9
**ended** [4] - 65:18, 65:23, 78:8, 97:7
**ends** [2] - 97:8, 162:6
**endure** [1] - 202:17
**enforcement** [5] - 39:2, 45:7, 80:6, 130:11, 148:25
**engage** [1] - 99:23
**engaged** [3] - 45:12, 55:15, 169:16
**engagement** [1] - 50:7
**engaging** [3] - 44:21, 99:20, 171:19
**engulfed** [2] - 46:25, 47:9
**enhanced** [1] - 53:12
**enlightening** [1] - 92:19
**enormous** [1] - 169:21
**enter** [1] - 64:3
**entered** [27] - 5:17, 8:15, 15:4, 20:15,

24:3, 34:16, 56:16, 63:8, 66:24, 69:23, 70:21, 81:16, 109:9, 114:18, 139:24, 141:12, 147:7, 150:20, 176:21, 182:5, 190:25, 207:21, 209:17, 210:9, 210:25, 225:1, 225:3
**entering** [2] - 49:13, 78:20
**entire** [10] - 47:10, 47:12, 98:14, 138:5, 153:18, 168:19, 174:24, 209:9, 211:23, 236:22
**entirely** [1] - 201:7
**entrance** [7] - 85:10, 91:11, 170:14, 170:17, 171:4, 222:16
**Entrance** [1] - 127:11
**entryway** [1] - 143:10
**episodes** [1] - 42:25
**equipment** [9] - 98:25, 127:22, 128:1, 128:3, 128:7, 152:3, 188:23, 193:16
**equipped** [3] - 169:19, 193:19, 219:18
**erected** [2] - 48:5, 183:15
**escalated** [1] - 112:21
**escalating** [1] - 55:20
**escapes** [1] - 146:3
**ESQ** [7] - 1:14, 1:15, 1:15, 1:19, 1:23, 2:2, 2:4
**essentially** [8] - 26:25, 38:24, 47:11, 53:16, 53:23, 54:2, 59:16, 121:2
**establish** [4] - 19:22, 46:12, 126:12, 137:23
**established** [2] - 19:8, 149:25
**establishing** [1] - 55:17
**estimate** [4] - 41:6, 54:9, 175:9, 175:14
**estimated** [1] - 175:8
**evaluate** [1] - 96:6
**evaluating** [3] - 30:21, 45:12, 45:13
**Eveland** [1] - 58:1

**evening** [1] - 237:5
**event** [4] - 22:13, 53:13, 117:19, 178:12
**events** [2] - 117:19, 215:19
**eventually** [22] - 19:14, 19:16, 43:5, 43:7, 44:8, 45:17, 47:17, 50:25, 51:4, 65:3, 89:10, 103:19, 104:7, 125:22, 152:13, 170:10, 170:13, 180:20, 184:18, 192:13, 192:15, 206:17
**everywhere** [1] - 44:15
**evidence** [25] - 8:15, 15:4, 23:24, 24:3, 34:16, 63:8, 69:23, 81:16, 114:18, 136:21, 139:24, 141:12, 147:7, 147:22, 148:15, 150:20, 182:5, 190:25, 197:7, 205:22, 207:21, 209:17, 210:9, 210:25, 225:3
**EVIDENCE** [1] - 3:14
**exact** [7] - 68:18, 79:25, 101:19, 105:23, 146:21, 172:8, 188:24
**exactly** [20] - 9:13, 52:25, 58:23, 72:22, 78:2, 92:23, 101:12, 102:8, 106:4, 107:16, 107:22, 115:12, 124:17, 129:19, 152:18, 153:8, 161:11, 170:7, 172:21, 174:15
**EXAMINATION** [17] - 5:25, 20:22, 41:25, 52:5, 54:19, 56:23, 67:6, 92:16, 105:16, 107:4, 109:18, 155:1, 172:2, 173:15, 177:3, 213:15, 231:8
**examination** [2] - 231:19, 233:1
**except** [3] - 48:24, 49:9, 100:15
**exception** [1] - 27:21
**exchange** [2] - 151:4, 168:9
**exchanges** [1] - 99:15
**Excursion** [1] -

114:5
**excuse** [4] - 40:7, 52:14, 218:12, 226:4
**excused** [6] - 20:10, 56:6, 66:19, 108:6, 176:16, 237:3
**executing** [1] - 6:19
**exercise** [1] - 45:15
**Exhibit** [357] - 3:15, 3:15, 3:16, 3:16, 3:17, 3:17, 3:18, 3:18, 3:19, 3:19, 3:20, 3:20, 3:21, 3:21, 3:22, 3:22, 3:23, 3:23, 3:25, 7:23, 7:25, 8:4, 8:10, 8:14, 8:17, 9:6, 9:23, 10:14, 10:24, 11:3, 11:15, 12:4, 12:8, 12:12, 13:4, 13:19, 14:14, 14:16, 14:25, 15:3, 15:5, 15:7, 15:20, 15:21, 16:5, 16:15, 16:25, 17:4, 17:14, 17:23, 18:7, 19:3, 23:11, 23:13, 23:17, 23:24, 24:2, 24:22, 26:19, 27:8, 28:2, 29:4, 29:14, 30:10, 31:5, 31:15, 32:1, 32:12, 32:25, 33:15, 33:24, 33:25, 34:6, 34:13, 34:15, 34:18, 34:19, 35:3, 35:4, 35:16, 35:20, 36:10, 37:6, 37:8, 37:12, 38:13, 39:5, 39:21, 40:5, 40:9, 41:22, 45:25, 46:5, 62:1, 62:2, 62:10, 62:17, 62:21, 63:7, 63:11, 63:21, 64:16, 64:18, 69:10, 69:12, 69:18, 69:22, 71:7, 71:10, 72:6, 72:23, 73:20, 73:25, 74:4, 74:13, 75:3, 75:12, 75:16, 76:1, 76:10, 77:8, 77:12, 77:19, 79:1, 80:15, 80:16, 81:15, 81:17, 82:15, 83:16, 84:22, 86:4, 86:16, 87:6, 87:15, 88:23, 92:25, 93:19, 94:5, 94:15, 94:22, 96:14, 96:24, 113:19, 113:21, 113:23, 114:3, 114:8, 114:13, 114:17, 114:20, 114:24, 115:17, 116:1, 116:14,

117:10, 118:7, 118:23, 119:10, 120:5, 121:18, 122:10, 125:5, 125:9, 127:1, 127:4, 128:16, 128:19, 129:6, 129:23, 130:14, 131:3, 131:6, 131:18, 133:10, 134:5, 134:19, 135:12, 136:10, 136:20, 137:13, 138:8, 138:15, 138:19, 138:23, 139:5, 139:16, 139:21, 139:23, 140:2, 140:6, 140:9, 140:14, 140:15, 140:18, 140:20, 141:9, 141:11, 141:15, 141:19, 142:1, 142:3, 142:6, 142:7, 142:25, 143:21, 144:10, 144:19, 145:7, 145:19, 146:9, 146:12, 147:4, 147:6, 147:16, 147:18, 147:20, 147:21, 147:22, 147:24, 148:3, 148:18, 148:20, 149:14, 149:15, 149:17, 149:21, 150:8, 150:17, 150:19, 150:21, 150:23, 151:12, 151:14, 151:23, 152:7, 153:3, 155:6, 155:12, 155:15, 156:9, 156:17, 158:3, 159:3, 159:12, 159:16, 160:4, 160:22, 162:7, 162:11, 163:4, 163:18, 164:1, 164:13, 165:8, 174:3, 174:7, 181:22, 181:24, 182:4, 182:8, 182:15, 183:3, 183:19, 185:1, 185:15, 187:2, 188:10, 189:5, 189:18, 189:19, 189:21, 189:23, 190:2, 190:4, 190:15, 190:22, 190:24, 191:3, 191:7, 191:12, 191:24, 192:1, 192:23, 193:23, 195:16, 195:2, 195:18, 197:6, 197:10, 197:25,

199:11, 200:8, 202:20, 205:12, 205:21, 205:23, 206:3, 206:6, 206:23, 206:25, 207:4, 207:18, 207:20, 207:24, 208:15, 208:18, 209:16, 209:18, 209:22, 210:6, 210:8, 210:13, 210:22, 210:24, 217:21, 217:24, 223:2, 223:17, 223:22, 224:1, 224:7, 224:11, 224:17, 225:1, 225:2, 225:7, 225:18, 226:7, 226:13, 226:18, 227:4, 227:15, 227:25, 228:10, 229:22, 231:16, 231:25, 232:5, 232:6, 232:11, 232:14, 232:18, 233:18, 233:23, 234:2, 234:4, 234:5, 234:20, 234:23, 235:2, 235:11, 235:19, 236:2, 236:11
**exhibit** [10] - 45:24, 79:19, 89:22, 131:1, 148:1, 149:22, 228:7, 231:13, 233:19, 235:4
**Exhibits** [1] - 233:8
**EXHIBITS** [1] - 3:14
**exhibits** [1] - 5:4
**exit** [1] - 116:22
**exited** [1] - 115:6
**expect** [5] - 22:6, 83:21, 178:16, 179:11, 184:2
**expectations** [1] - 68:8
**expected** [4] - 116:11, 178:17, 237:11, 237:12
**experience** [5] - 39:14, 61:13, 80:11, 98:25, 221:6
**experienced** [5] - 61:11, 69:8, 76:25, 150:14, 154:10
**experiencing** [4] - 79:6, 80:22, 180:19, 190:18
**explain** [6] - 77:24, 83:5, 111:15, 124:14, 184:14, 222:13
**exposing** [1] - 214:18

**extended** [1] - 99:8
**extensively** [1] - 70:9
**extent** [2] - 175:11, 211:19
**exterior** [7] - 127:7, 130:5, 131:13, 150:1, 150:6, 151:6, 168:4
**extinguisher** [8] - 124:22, 128:6, 144:3, 144:4, 144:5, 144:16, 144:17, 146:18
**extinguisher-size** [1] - 128:6
**extracted** [1] - 208:25
**extremely** [6] - 73:12, 73:17, 78:9, 78:14, 82:24
**extricate** [2] - 205:17, 216:7
**eye** [2] - 27:3, 160:2
**eyes** [2] - 27:5, 28:18

# F

**face** [23] - 44:17, 75:8, 75:19, 99:18, 99:25, 100:1, 135:7, 135:18, 158:17, 174:16, 182:24, 190:10, 200:14, 200:24, 203:6, 215:8, 215:13, 225:22, 226:10, 234:16, 234:23
**faces** [1] - 165:23
**facing** [6] - 13:13, 25:3, 42:13, 42:14, 89:12, 128:22
**fact** [13] - 36:24, 51:9, 55:7, 92:9, 95:12, 100:7, 136:6, 141:4, 156:25, 171:14, 204:23, 205:4, 232:22
**failure** [1] - 238:13
**faint** [1] - 134:9
**fair** [46] - 7:20, 8:5, 12:24, 14:10, 14:20, 23:18, 24:10, 25:25, 28:24, 33:14, 34:8, 38:18, 47:5, 55:18, 55:23, 69:7, 95:8, 101:14, 112:7, 114:8, 126:19, 136:3, 139:16, 146:20, 146:24, 148:6, 148:9, 150:6, 150:13, 154:2, 160:17, 167:6,

174:19, 176:5, 181:17, 190:17, 207:13, 210:1, 210:17, 212:5, 231:22, 231:23, 232:16, 233:24, 234:22, 234:24
**fairly** [3] - 113:13, 121:7, 179:2
**fall** [7] - 42:24, 128:10, 170:23, 193:9, 203:17, 208:6, 214:9
**fallen** [1] - 170:17
**falling** [1] - 222:15
**familiar** [1] - 216:10
**far** [13] - 25:14, 25:22, 43:23, 82:8, 82:9, 82:22, 83:6, 122:1, 140:10, 176:1, 204:9, 211:18, 215:1
**farthest** [1] - 119:18
**fast** [1] - 86:18
**fast-forward** [1] - 86:18
**faster** [2] - 65:9, 65:10
**FEDERAL** [1] - 1:23
**feelings** [1] - 217:17
**feet** [2] - 158:24, 175:25
**fell** [3] - 27:15, 43:6, 214:11
**fellow** [6] - 65:14, 184:7, 215:23, 227:20, 228:20, 229:3
**felt** [9] - 44:11, 44:19, 65:9, 71:2, 154:8, 201:5, 203:9, 221:2, 221:9
**female** [2] - 45:18, 129:12
**fence** [2] - 116:7, 119:5
**fencing** [4] - 60:6, 61:17, 115:22, 116:10
**few** [11] - 12:6, 52:9, 62:9, 62:24, 73:7, 77:1, 92:24, 124:23, 136:25, 155:24, 158:24
**Fifth** [3] - 6:12, 21:9, 21:10
**fight** [5] - 71:25, 89:16, 138:4, 198:25, 202:16
**fighting** [9] - 81:1, 81:3, 82:5, 98:2, 98:4, 175:19, 191:23, 209:25, 210:2

**figuratively** [1] - 192:14
**figure** [2] - 92:10, 197:18
**file** [1] - 59:14
**film** [1] - 131:14
**filming** [2] - 138:25, 196:23
**final** [1] - 126:18
**finally** [2] - 107:9, 228:3
**fine** [7] - 9:15, 10:12, 118:9, 130:25, 131:20, 161:22, 238:5
**finger** [2] - 136:17, 146:2
**finish** [1] - 237:19
**finishing** [1] - 182:10
**fire** [9] - 124:21, 128:6, 142:2, 144:4, 144:5, 144:15, 144:17, 146:18, 211:5
**first** [22] - 6:4, 6:25, 24:13, 24:17, 41:16, 41:19, 67:10, 71:5, 71:8, 76:23, 77:1, 80:12, 87:24, 110:22, 121:9, 127:19, 150:13, 157:13, 158:2, 158:14, 200:13
**First** [12] - 21:17, 41:6, 54:6, 110:24, 116:10, 120:2, 153:13, 177:20, 185:24, 211:24, 212:3, 212:17
**fist** [1] - 155:20
**five** [11] - 29:13, 33:24, 46:20, 81:2, 104:14, 146:10, 147:23, 154:5, 212:5, 212:9, 219:10
**flag** [3] - 125:10, 165:10, 234:9
**flank** [3] - 42:19, 42:20, 119:16
**flannel** [1] - 174:16
**flat** [1] - 218:25
**flight** [2] - 66:2, 66:4
**flimsy** [1] - 232:16
**Floor** [1] - 1:17
**floor** [1] - 185:5
**FLORIDA** [1] - 1:24
**Florida** [1] - 1:25
**flow** [2] - 168:11, 179:16
**flowing** [2] - 98:17, 179:20
**focal** [1] - 230:10
**focus** [2] - 125:12,

153:25
**focused** [2] - 144:8, 201:11
**folks** [3] - 4:11, 56:7, 238:16
**follow** [2] - 49:17, 77:3
**following** [10] - 5:18, 20:16, 56:10, 56:17, 66:25, 109:4, 109:10, 122:20, 176:22, 196:15
**foot** [4] - 65:17, 178:10, 178:17, 181:8
**footage** [10] - 61:24, 62:5, 62:13, 62:25, 69:4, 69:15, 74:24, 123:4, 165:11, 190:17
**FOR** [7] - 1:1, 1:14, 1:16, 1:19, 1:23, 2:2, 3:4
**force** [11] - 94:9, 152:25, 199:5, 200:17, 201:22, 202:6, 202:7, 202:11, 230:3, 230:7, 233:3
**forces** [2] - 167:12, 167:24
**Ford** [1] - 114:5
**forearms** [1] - 58:10
**forefront** [1] - 87:1
**foregoing** [1] - 239:4
**forget** [1] - 128:23
**forgot** [1] - 5:3
**form** [7] - 30:21, 45:13, 59:14, 125:3, 133:24, 133:25, 182:23
**formed** [1] - 82:10
**former** [1] - 179:11
**forming** [2] - 9:2, 45:14
**formulations** [1] - 124:24
**forth** [5] - 100:4, 112:21, 171:8, 201:8, 237:8
**forward** [39] - 4:6, 19:20, 47:8, 47:11, 48:19, 49:23, 51:14, 74:2, 74:12, 75:1, 75:11, 75:25, 79:17, 86:18, 93:23, 94:4, 94:14, 94:21, 96:12, 97:7, 152:22, 156:8, 159:1, 159:9, 160:8, 162:5, 168:1, 174:1, 194:8, 199:3, 202:12, 219:22, 219:23, 220:3, 221:1, 221:10,

222:25, 225:5, 232:9
**foundation** [2] - 83:1, 84:1
**four** [8] - 59:22, 67:21, 133:3, 159:8, 159:15, 196:3, 198:8, 198:10
**fourteen** [1] - 111:6
**Fourth** [6] - 1:17, 57:5, 67:13, 67:24, 145:25, 177:15
**fourth** [2] - 47:6, 57:18
**foyer** [4] - 128:25, 143:10, 150:2, 160:12
**frame** [11] - 31:11, 151:9, 159:7, 190:3, 190:5, 199:2, 199:7, 200:17, 204:6, 234:10, 236:18
**frames** [2] - 74:2, 74:12
**Frank** [1] - 126:16
**frankly** [1] - 123:15
**frantically** [1] - 227:17
**fraud** [1] - 16:20
**free** [14] - 5:22, 20:8, 20:20, 56:3, 56:21, 66:17, 108:4, 109:16, 176:14, 176:24, 222:2, 222:9, 225:15, 237:1
**frequently** [1] - 121:10
**fresh** [4] - 80:25, 81:4, 143:18, 167:24
**Friday** [1] - 237:9
**front** [104] - 9:17, 13:8, 13:12, 23:5, 26:3, 26:6, 26:13, 27:23, 30:6, 37:16, 42:23, 49:15, 50:21, 50:25, 51:2, 59:13, 60:23, 61:16, 65:7, 72:12, 72:19, 73:4, 75:21, 77:2, 80:25, 81:2, 83:12, 84:5, 84:15, 85:24, 89:7, 91:17, 97:8, 98:21, 99:8, 99:19, 100:13, 100:21, 107:9, 107:11, 115:11, 116:6, 118:12, 118:19, 119:16, 120:12, 120:15, 124:2, 124:6, 124:14, 126:5, 126:10, 127:14, 133:3, 136:4, 141:6, 141:21,

142:21, 143:7, 143:12, 144:23, 152:3, 155:20, 158:16, 158:25, 159:9, 163:11, 165:17, 166:2, 166:7, 166:8, 166:14, 167:11, 167:24, 169:5, 170:16, 170:25, 171:6, 171:7, 171:18, 173:3, 173:22, 174:19, 178:22, 179:22, 186:9, 186:15, 186:21, 187:13, 187:24, 190:18, 191:23, 195:16, 198:23, 201:9, 201:10, 203:2, 206:17, 229:16, 229:18, 231:22, 231:24, 233:11, 233:12
**frozen** [1] - 163:12
**fucking** [3] - 17:19, 136:15
**full** [10] - 6:3, 20:25, 97:8, 99:25, 109:22, 113:3, 172:9, 172:10, 177:6, 239:5
**fully** [1] - 150:5
**function** [1] - 189:17
**functional** [1] - 200:20
**functionally** [1] - 200:19
**futile** [3] - 43:7, 45:15, 176:3
**futility** [1] - 40:1

**G**

**gain** [3] - 76:17, 85:10, 170:11
**gained** [4] - 82:6, 171:4, 172:9, 172:10
**gaiter** [1] - 104:21
**Garden** [1] - 1:24
**gas** [22] - 42:6, 44:5, 45:8, 55:9, 55:19, 90:12, 100:2, 117:23, 125:3, 169:19, 169:25, 170:4, 185:6, 185:8, 193:14, 193:16, 193:19, 200:24, 203:6, 204:24, 205:4, 214:3
**gate** [1] - 65:8
**gates** [1] - 65:12

**gathered** [1] - 40:3
**gear** [32] - 22:11, 24:18, 24:19, 52:19, 52:22, 53:6, 53:10, 53:12, 53:19, 53:23, 54:2, 54:10, 54:13, 58:3, 58:9, 58:24, 58:25, 59:3, 68:10, 68:12, 68:13, 72:14, 72:17, 78:15, 111:23, 179:13, 181:2, 182:11, 182:24
**geared** [1] - 58:8
**generalized** [1] - 209:11
**generally** [4] - 9:15, 220:1, 220:12, 220:16
**generate** [1] - 55:6
**generic** [1] - 103:5
**gentleman** [14] - 17:18, 99:15, 100:25, 103:9, 105:1, 105:5, 106:9, 106:20, 133:16, 153:8, 155:19, 158:8, 158:20, 159:20
**gentleman's** [1] - 99:16
**GEORGE** [2] - 20:17, 21:2
**George** [3] - 3:6, 20:14, 21:1
**gesturing** [1] - 228:25
**given** [3] - 29:23, 39:16, 102:20
**glad** [1] - 208:7
**glass** [15] - 93:13, 130:9, 132:10, 132:24, 133:5, 137:1, 151:9, 155:10, 155:20, 156:5, 156:24, 157:1, 157:4, 157:19, 168:5
**glasses** [1] - 133:4
**Glover** [4] - 22:18, 24:14, 53:14, 112:3
**gloves** [1] - 63:1
**goal** [1] - 143:19
**gold** [1] - 168:4
**gold-paneled** [1] - 168:4
**Google** [1] - 124:11
**Government** [32] - 4:7, 5:15, 8:10, 14:25, 20:14, 23:23, 56:11, 56:14, 63:4, 66:20, 99:6, 108:14, 114:13, 122:24, 123:6, 123:17, 123:18,

147:3, 176:17, 176:20, 181:22, 190:21, 207:17, 209:14, 210:5, 210:21, 223:15, 223:21, 237:16, 238:1, 238:2, 238:8
**government** [2] - 103:23, 209:23
**GOVERNMENT** [8] - 1:14, 3:4, 5:21, 20:17, 56:18, 67:3, 109:14, 176:23
**Government's** [246] - 7:25, 8:14, 8:17, 9:6, 9:23, 10:14, 10:24, 11:3, 11:15, 12:4, 12:8, 12:12, 13:4, 13:19, 14:16, 14:25, 15:3, 15:7, 15:21, 16:5, 16:15, 16:25, 17:4, 17:14, 17:23, 18:7, 19:3, 23:13, 24:2, 24:22, 26:19, 27:8, 28:2, 29:4, 29:14, 30:10, 31:5, 31:15, 32:1, 32:12, 32:25, 33:25, 34:15, 34:19, 35:4, 35:16, 35:20, 36:10, 37:8, 37:12, 38:13, 39:5, 39:21, 40:9, 41:22, 45:25, 46:5, 62:2, 62:10, 62:17, 62:21, 63:7, 63:11, 63:21, 64:16, 69:12, 69:22, 71:10, 72:6, 72:23, 73:20, 73:25, 74:4, 74:13, 75:3, 75:12, 75:16, 76:1, 76:10, 77:8, 77:12, 77:19, 79:1, 80:16, 81:15, 81:17, 82:15, 83:16, 84:22, 86:4, 86:16, 87:6, 87:15, 88:23, 92:25, 93:19, 94:5, 94:15, 94:22, 96:14, 96:24, 103:4, 108:16, 113:21, 114:17, 114:20, 115:17, 116:1, 116:14, 117:10, 118:7, 118:23, 119:10, 120:5, 121:18, 122:10, 123:3, 125:9, 127:4, 128:19, 129:6, 129:23, 130:14, 131:6, 131:18, 133:10, 134:5, 134:19, 135:12, 136:10, 137:13,

138:15, 138:19, 139:5, 139:21, 139:23, 140:2, 140:6, 140:15, 140:20, 141:9, 141:11, 141:15, 142:3, 142:7, 142:25, 143:21, 144:10, 144:19, 145:7, 145:19, 146:12, 147:6, 147:18, 147:24, 148:20, 149:17, 150:19, 150:21, 151:14, 151:23, 152:7, 153:3, 155:6, 155:12, 155:15, 156:9, 156:17, 158:3, 159:3, 159:12, 159:16, 160:4, 160:22, 162:7, 162:11, 163:4, 163:18, 164:1, 164:13, 165:8, 174:3, 174:7, 182:4, 182:15, 183:3, 183:19, 185:1, 185:15, 187:2, 188:10, 189:5, 189:19, 189:23, 190:24, 191:3, 191:12, 192:1, 192:23, 193:23, 194:16, 195:2, 195:18, 197:10, 197:25, 199:11, 200:8, 202:20, 205:12, 205:23, 206:3, 206:6, 206:25, 207:4, 207:20, 207:24, 209:14, 209:16, 209:18, 209:21, 210:6, 210:8, 210:12, 210:22, 210:24, 217:24, 223:2, 231:11, 231:25, 232:5, 232:6, 232:11, 232:14, 232:18, 233:8, 233:17, 234:2, 234:4, 234:5, 234:20, 234:22, 235:2, 235:11, 235:19, 236:2, 236:11
**government's** [18] - 3:15, 3:15, 3:16, 3:16, 3:17, 3:17, 3:18, 3:18, 3:19, 3:19, 3:20, 3:20, 3:21, 3:21, 3:22, 3:22, 3:23, 3:23
**grabbing** [1] - 59:12
**grammatically** [1] - 218:19

**grandstands** [1] - 120:13
**granted** [1] - 163:12
**gray** [21] - 16:19, 32:18, 40:21, 74:8, 74:17, 75:6, 76:4, 76:14, 76:19, 77:16, 89:4, 91:3, 91:4, 91:10, 94:2, 96:19, 141:5, 141:20, 147:13, 159:22
**great** [3] - 148:17, 191:2, 204:12
**greater** [2] - 202:11, 202:15
**green** [5] - 145:1, 145:3, 145:11, 145:12
**Green's** [1] - 18:20
**grenade** [1] - 125:3
**ground** [6] - 19:22, 47:14, 82:7, 135:23, 150:5, 170:11
**grounds** [11] - 7:4, 7:8, 7:15, 9:4, 19:17, 23:20, 24:7, 25:15, 33:19, 183:8, 184:12
**group** [9] - 7:7, 10:4, 18:4, 39:12, 52:18, 53:4, 55:14, 89:15, 163:24
**groups** [1] - 58:20
**guess** [12] - 37:20, 37:23, 43:3, 46:22, 53:7, 60:20, 117:5, 153:15, 157:12, 194:22, 223:17, 237:24
**guns** [1] - 188:25
**guy** [12] - 12:17, 16:19, 17:9, 87:21, 87:25, 89:6, 99:17, 101:23, 139:9, 157:21, 164:17, 170:24
**guys** [11] - 16:21, 52:22, 107:9, 127:17, 138:4, 166:5, 166:14, 166:19, 167:11, 168:9, 170:16

# H

**H-O-D-G-E-S** [1] - 177:7
**H-O-R-O-S** [1] - 115:7
**hair** [3] - 159:22, 170:24, 209:10
**half** [7] - 50:19,

54:11, 57:10, 61:8, 90:10, 147:10, 177:13
**half-hour** [1] - 61:8
**hallway** [5] - 47:18, 143:9, 167:10, 168:25, 175:1
**hallways** [1] - 167:1
**hand** [62] - 10:8, 10:17, 13:24, 15:13, 36:15, 40:17, 71:23, 74:9, 74:17, 77:4, 77:15, 87:10, 91:22, 92:12, 95:4, 95:8, 95:13, 95:24, 115:21, 125:8, 132:1, 132:10, 132:11, 132:14, 132:15, 132:22, 133:3, 133:5, 133:17, 135:20, 141:24, 149:8, 149:22, 155:20, 156:4, 157:10, 157:16, 157:18, 157:19, 160:25, 161:3, 161:4, 161:5, 161:23, 162:21, 163:10, 163:11, 171:4, 189:12, 198:4, 198:16, 207:8, 209:11, 210:16, 210:18, 214:21
**hand-to-hand** [2] - 71:23, 77:4
**handed** [2] - 84:8, 89:2
**handle** [5] - 43:18, 111:20, 143:16, 143:17
**handled** [1] - 126:2
**handles** [1] - 232:3
**hands** [26] - 13:16, 92:2, 95:21, 102:11, 128:11, 140:11, 141:23, 160:15, 161:6, 161:14, 161:18, 163:9, 163:13, 163:14, 163:16, 164:23, 165:1, 203:1, 215:13, 225:20, 225:24, 226:9, 232:2, 234:16, 234:19
**handy** [1] - 229:24
**Hanes** [1] - 126:17
**hard** [33] - 22:11, 22:13, 22:14, 24:18, 52:19, 52:22, 53:5, 53:10, 53:19, 53:23, 54:10, 54:13, 58:9, 58:24, 58:25, 59:3,

71:25, 72:14, 72:17, 78:4, 78:16, 153:24, 163:1, 181:1, 182:10, 202:12, 205:8, 205:9, 220:9, 230:18, 237:13
**hat** [9] - 12:17, 97:21, 97:24, 98:1, 98:6, 135:19, 135:20, 158:8, 158:10
**Hat** [1] - 158:7
**Hawaii** [1] - 2:3
**head** [20] - 50:9, 90:11, 135:20, 162:22, 164:21, 164:24, 184:20, 188:17, 195:14, 200:24, 203:8, 203:9, 203:18, 209:10, 211:7, 213:22, 214:7, 214:18, 215:13, 228:4
**headaches** [1] - 90:10
**headed** [2] - 50:11, 165:20
**heading** [2] - 59:8, 115:13
**heads** [2] - 50:9, 144:7
**hear** [75] - 9:11, 9:13, 11:20, 14:6, 15:25, 16:9, 16:19, 17:9, 17:18, 18:11, 29:9, 29:18, 30:14, 33:4, 43:14, 45:21, 60:9, 60:10, 60:16, 64:12, 71:17, 72:9, 81:21, 83:20, 85:2, 85:19, 86:8, 87:19, 87:21, 88:17, 100:3, 101:8, 101:9, 101:12, 103:2, 103:3, 105:2, 105:3, 105:4, 105:5, 105:8, 117:4, 120:22, 129:19, 130:19, 134:9, 136:6, 136:14, 142:12, 143:4, 153:24, 180:17, 185:19, 187:6, 190:11, 199:15, 199:22, 199:24, 201:2, 203:20, 205:1, 218:3, 222:3, 223:6, 223:9, 223:10, 223:14, 223:18, 223:25, 224:4, 224:13, 224:15, 224:23, 226:15
**heard** [21] - 58:16, 68:21, 70:15, 84:12, 101:3, 101:4, 102:24,

102:25, 103:9,
142:19, 153:7, 154:7,
167:5, 180:14,
180:18, 184:2,
190:14, 194:20,
200:2, 223:10
    **hearing** [7] - 11:24,
78:19, 85:13, 134:23,
161:10, 161:11, 200:4
    **heart** [1] - 211:17
    **heave** [5] - 201:3,
201:6, 201:24,
206:15, 220:25
    **heave-ho** [5] - 201:3,
201:6, 201:24,
206:15, 220:25
    **heeded** [1] - 225:14
    **heel** [1] - 132:15
    **heft** [1] - 232:15
    **helmet** [13] - 190:9,
198:5, 198:8, 198:13,
203:7, 203:15,
206:11, 214:9,
214:12, 214:16,
214:18, 226:9, 226:10
    **helmets** [6] - 58:11,
169:11, 169:12,
169:14, 175:7, 175:8
    **help** [16] - 22:21,
53:16, 58:8, 152:16,
152:20, 172:18,
172:20, 173:1,
174:21, 188:2,
203:23, 204:17,
205:18, 215:23,
228:15, 228:21
    **helped** [1] - 173:22
    **hereby** [1] - 239:3
    **hi** [1] - 109:21
    **high** [4] - 50:15,
178:5, 178:7, 178:9
    **high-visibility** [2] -
178:5, 178:7
    **higher** [1] - 36:19
    **himself** [3] - 123:7,
158:22, 225:10
    **hit** [4] - 72:2, 90:11,
218:4
    **hits** [1] - 215:8
    **hitting** [9] - 43:24,
73:13, 163:22,
163:24, 164:6,
164:16, 164:17,
164:25
    **ho** [5] - 201:3, 201:6,
201:24, 206:15,
220:25
    **Hodges** [28] - 3:12,
57:24, 106:1, 108:19,
108:25, 172:17,

172:22, 176:20,
177:7, 182:7, 183:24,
185:5, 188:14, 190:2,
190:8, 191:16,
196:10, 196:16,
196:22, 206:1,
206:10, 209:21,
210:12, 213:17,
213:18, 229:7,
231:16, 236:25
    **HODGES** [1] -
176:23
    **Hodges's** [1] -
181:23
    **hold** [8] - 26:5,
30:23, 39:11, 61:2,
103:17, 193:6,
231:12, 231:16
    **holding** [23] - 55:17,
63:25, 83:4, 83:5,
83:10, 84:5, 85:14,
85:22, 85:23, 92:7,
92:8, 92:11, 135:23,
137:24, 188:16,
189:12, 191:17,
198:19, 198:21,
199:15, 201:9,
220:21, 230:8
    **hole** [1] - 133:21
    **home** [6] - 21:23,
22:8, 44:3, 82:13,
85:8, 200:2
    **honest** [1] - 71:3
    **honestly** [2] - 33:12,
212:2
    **Honor** [42] - 4:2, 4:8,
4:12, 4:16, 4:20, 5:2,
8:9, 14:24, 20:13,
51:22, 51:23, 52:3,
54:18, 56:13, 66:11,
66:13, 66:15, 81:14,
90:25, 91:2, 105:10,
105:15, 108:2,
108:16, 114:12,
122:12, 122:23,
132:3, 141:8, 171:24,
173:13, 176:19,
181:21, 182:2,
204:25, 209:13,
223:16, 224:23,
229:4, 230:25, 231:4,
238:9
    **Honor's** [1] - 5:4
    **HONORABLE** [1] -
1:11
    **hooded** [2] - 141:5,
197:16
    **hoodie** [1] - 159:22
    **hook** [1] - 223:12
    **hopefully** [1] - 22:7

    **hopeless** [1] - 45:15
    **hoping** [2] - 146:5,
208:7
    **Horos** [1] - 115:4
    **Hospital** [1] - 211:8
    **host** [1] - 124:16
    **hostile** [4] - 59:11,
60:25, 61:3
    **hour** [8] - 25:2, 25:9,
26:13, 50:19, 60:21,
61:8, 108:18, 179:5
    **hours** [3] - 8:23,
115:2, 209:1
    **House** [2] - 30:15,
85:17
    **huge** [1] - 31:1
    **humanity** [1] - 51:14
    **hundred** [1] - 221:18
    **hundreds** [2] -
82:11, 82:12
    **hungry** [1] - 104:7
    **hurt** [7] - 78:12,
85:16, 204:12,
220:16, 222:9, 230:9,
230:15
    **hurting** [9] - 103:1,
218:7, 218:9, 218:16,
218:20, 218:21,
218:23, 218:25,
221:15
    **hyperextended** [1] -
90:6


**I**


    **idea** [6] - 17:10,
87:24, 88:4, 89:6,
165:16, 166:23
    **identified** [3] - 83:13,
141:5, 141:20
    **identify** [9] - 4:6,
14:7, 76:9, 137:8,
171:21, 216:24,
217:1, 217:3, 217:5
    **identity** [2] - 92:14,
226:22
    **III** [2] - 1:6, 4:4
    **image** [1] - 42:10
    **imagine** [2] - 44:24,
238:1
    **immediately** [10] -
13:8, 25:6, 26:3,
27:18, 58:18, 68:23,
70:11, 129:11,
139:12, 152:15
    **impact** [5] - 44:6,
45:1, 45:2, 89:14,
125:2
    **impacted** [1] - 44:25

    **imperfect** [1] -
165:15
    **implement** [2] -
220:19, 220:20
    **implementing** [1] -
111:18
    **important** [6] -
128:7, 137:25, 138:2,
138:6, 138:7
    **impression** [3] -
97:14, 123:15, 133:1
    **IN** [1] - 3:14
    **inaugural** [13] -
36:18, 37:4, 38:9,
38:22, 40:24, 65:23,
126:5, 126:13,
126:23, 129:3,
192:18, 192:19, 193:2
    **inaugurated** [1] -
37:18
    **inauguration** [2] -
70:6, 120:14
    **inches** [1] - 198:25
    **inching** [1] - 65:9
    **incident** [3] - 21:24,
132:7, 180:13
    **incidents** [2] - 6:21,
180:1
    **include** [1] - 83:13
    **including** [3] - 125:2,
128:3, 193:16
    **incorporated** [1] -
103:5
    **increasingly** [1] -
180:19
    **incredibly** [1] - 51:12
    **indicate** [1] - 54:23
    **indicated** [2] -
132:21, 214:6
    **indicating)** [1] -
64:24
    **indication** [1] - 45:8
    **indicative** [1] - 117:4
    **indictment** [1] -
123:16
    **individual** [50] -
11:7, 11:9, 11:20,
12:16, 13:23, 15:12,
15:14, 15:16, 15:25,
16:9, 18:18, 18:19,
29:13, 30:14, 32:17,
32:19, 33:7, 35:9,
40:18, 40:20, 43:2,
55:19, 63:15, 63:18,
64:4, 64:5, 65:16,
88:1, 89:3, 93:23,
118:11, 132:9, 133:6,
135:18, 136:14,
137:6, 137:17,
140:10, 141:4,

141:20, 154:20,
157:14, 164:25,
174:24, 188:15,
189:10, 197:15,
198:15, 199:20,
199:24
    **individuals** [20] -
13:15, 27:16, 27:20,
33:20, 34:24, 35:24,
46:19, 73:7, 81:1,
83:12, 84:12, 99:18,
101:25, 102:5,
103:22, 111:25,
136:4, 138:12,
152:15, 174:13
    **inflexible** [1] -
202:15
    **inform** [1] - 144:2
    **informally** [1] - 154:8
    **informed** [1] -
131:14
    **initial** [4] - 89:17,
96:11, 119:15, 178:4
    **injure** [1] - 220:12
    **injured** [5] - 81:7,
146:2, 173:22,
204:15, 222:15
    **injuries** [18] - 89:25,
201:18, 208:13,
209:5, 209:6, 209:8,
209:24, 210:2,
210:15, 210:18,
211:3, 211:6, 211:11,
211:13, 213:20,
214:22, 233:4, 233:15
    **injuring** [1] - 200:24
    **injury** [8] - 203:10,
209:24, 213:21,
214:20, 214:24,
219:25, 220:4, 220:10
    **inside** [28] - 40:4,
41:1, 47:12, 70:22,
76:17, 85:18, 103:6,
103:7, 128:8, 130:5,
139:13, 141:1, 148:4,
148:11, 149:6, 150:5,
166:24, 184:6,
193:10, 193:12,
193:17, 193:18,
194:3, 195:8, 196:23,
203:10, 213:1
    **insisting** [1] - 188:22
    **inspector** [2] - 22:18,
71:14
    **Inspector** [3] - 24:14,
53:14, 112:3
    **instance** [2] -
154:16, 230:13
    **instant** [1] - 47:4
    **instead** [1] - 133:3

**instigated** [2] - 77:2, 89:16
**instructing** [1] - 145:14
**instruction** [1] - 46:12
**instructions** [1] - 43:15
**instructor** [1] - 111:1
**intact** [1] - 151:10
**integrity** [2] - 43:19, 46:18
**intended** [1] - 48:25
**intensity** [1] - 154:18
**intention** [2] - 102:7, 170:2
**interaction** [2] - 170:20, 174:24
**interaction's** [1] - 170:21
**interchange** [1] - 135:17
**interior** [4] - 128:25, 148:5, 160:11, 168:10
**intermediate** [1] - 133:19
**intermediate-sized** [1] - 133:19
**internal** [2] - 197:8, 197:14
**interpret** [3] - 45:8, 72:14, 103:15
**interpreted** [1] - 97:11
**interval** [1] - 151:2
**intervene** [1] - 180:8
**intervening** [1] - 187:23
**interview** [2] - 215:18, 216:1
**interviewer** [1] - 216:8
**invitation** [1] - 55:23
**involved** [1] - 229:9
**involves** [1] - 88:10
**involving** [1] - 216:13
**irrelevant** [1] - 88:7
**irritant** [1] - 80:3
**irritants** [2] - 28:21, 79:22
**IRS** [3] - 178:23, 179:3, 179:13
**issue** [2] - 15:25, 92:14
**issued** [3] - 7:12, 125:25, 126:2
**issuing** [2] - 136:3, 182:23
**it'd** [1] - 95:8

**J**

**items** [1] - 128:10
**itself** [5] - 49:22, 125:17, 192:20, 193:10, 212:21

**J-I-N** [1] - 57:19
**jacket** [4] - 17:9, 17:18, 27:18, 36:6
**jackets** [3] - 27:17, 27:18, 35:9
**January** [58] - 6:13, 7:1, 7:11, 7:21, 8:6, 8:23, 11:25, 14:11, 14:22, 21:13, 22:3, 22:24, 23:6, 23:20, 29:22, 33:20, 34:9, 41:10, 57:11, 57:21, 67:25, 68:10, 68:24, 69:8, 70:7, 84:10, 90:1, 90:3, 90:22, 106:5, 111:8, 111:24, 113:7, 114:9, 125:19, 132:7, 133:6, 134:12, 139:18, 141:2, 147:1, 148:12, 150:14, 177:24, 178:2, 178:4, 181:19, 188:19, 190:19, 196:22, 199:17, 199:20, 207:15, 210:3, 210:19, 211:13, 212:14, 212:23
**Jason** [1] - 57:16
**jeans** [2] - 32:18, 96:18
**Jin** [1] - 57:18
**job** [2] - 33:9, 67:15
**Jocelyn** [1] - 4:9
**JOCELYN** [1] - 1:15
**join** [1] - 222:14
**joined** [1] - 65:11
**joke** [1] - 53:25
**JOSE** [1] - 2:4
**Joseph** [1] - 57:17
**José** [1] - 4:21
**JR** [1] - 2:2
**judge** [1] - 128:15
**Judge** [3] - 213:7, 213:8, 225:4
**JUDGE** [1] - 1:11
**jump** [2] - 82:14, 237:22
**jumped** [2] - 99:6, 187:22
**jumping** [1] - 80:19
**jury** [2] - 5:7, 237:8
**Justice** [2] - 217:10,

217:16

**K**

**Kailua** [1] - 2:3
**keep** [14] - 16:3, 25:16, 75:10, 91:13, 143:12, 144:7, 159:11, 160:2, 163:17, 163:25, 180:11, 183:16, 187:18, 237:16
**keeping** [1] - 178:18
**keeps** [3] - 143:18, 203:16
**kept** [3] - 50:16, 51:14, 65:8
**kicking** [1] - 184:21
**KIMBERLY** [1] - 1:14
**Kimberly** [1] - 4:8
**kind** [48] - 6:20, 10:6, 19:20, 19:21, 30:19, 30:21, 43:3, 46:24, 47:10, 58:3, 60:5, 70:24, 74:21, 77:2, 78:9, 78:10, 78:16, 79:11, 96:10, 98:18, 103:5, 115:11, 116:22, 117:2, 117:6, 119:4, 119:7, 119:16, 127:20, 127:23, 131:12, 135:6, 135:21, 139:9, 158:9, 158:21, 160:2, 162:21, 163:1, 163:10, 164:8, 170:17, 170:23, 171:4, 171:5, 189:16, 204:4, 219:24
**kinds** [1] - 121:14
**knee** [2] - 90:6, 90:7
**knocked** [1] - 65:13
**knocking** [1] - 65:12
**knowledge** [4] - 69:7, 125:21, 211:15, 214:15
**known** [3] - 178:11, 194:14
**knows** [1] - 222:15
**knuckles** [1] - 133:4
**Kyle** [8] - 4:10, 71:19, 137:19, 138:1, 138:3, 149:11, 175:24, 176:5
**Kyle's** [1] - 137:20

**L**

**lacerations** [1] -

209:11
**lack** [3] - 42:7, 82:25, 169:1
**lacked** [1] - 104:2
**lacks** [1] - 84:1
**lady** [2] - 116:21, 152:12
**landing** [1] - 47:22
**language** [2] - 60:25, 61:3
**large** [20] - 7:7, 18:16, 41:5, 47:9, 47:17, 54:7, 54:8, 55:14, 90:18, 119:4, 152:4, 153:13, 170:8, 203:9, 209:9, 211:7, 211:24, 212:2, 232:25
**large-scale** [2] - 54:7, 90:18
**larger** [2] - 196:24, 230:5
**last** [11] - 6:4, 21:2, 46:20, 67:11, 71:1, 71:2, 76:5, 79:4, 91:11, 167:16, 176:9
**launched** [1] - 125:4
**launcher** [1] - 125:4
**LAUREN** [1] - 1:23
**Lauren** [1] - 4:16
**LAW** [2] - 1:20, 2:2
**law** [5] - 39:2, 45:7, 80:6, 130:11, 148:25
**lawful** [1] - 185:25
**lawn** [1] - 60:2
**Lawrey** [1] - 129:16
**lead** [1] - 238:14
**leaders** [1] - 46:22
**leadership** [5] - 184:20, 186:8, 186:24, 192:10, 194:24
**leading** [2] - 166:5, 186:5
**leads** [1] - 204:6
**leak** [1] - 104:9
**learn** [1] - 166:25
**least** [11] - 60:21, 141:24, 154:9, 161:3, 161:22, 165:24, 166:4, 212:10, 219:10, 237:16
**leave** [11] - 16:1, 19:13, 19:14, 19:18, 44:3, 45:8, 56:4, 82:3, 165:21, 166:14, 237:1
**leaving** [1] - 25:22
**led** [1] - 102:6
**left** [46] - 10:8, 10:17, 13:11, 25:7, 27:16, 31:20, 32:18, 35:8,

38:4, 42:15, 42:18, 42:19, 53:23, 65:14, 65:20, 77:15, 103:20, 115:21, 116:7, 119:3, 119:16, 119:18, 121:23, 122:1, 124:1, 126:4, 129:11, 132:1, 132:14, 133:2, 135:19, 141:6, 149:22, 155:20, 156:4, 159:21, 162:21, 163:11, 170:9, 180:3, 187:13, 198:4, 204:4, 207:8, 210:16, 214:21
**left-hand** [7] - 10:8, 10:17, 77:15, 115:21, 149:22, 198:4, 207:8
**legal** [1] - 185:24
**legs** [2] - 200:21, 215:12
**length** [1] - 108:21
**lens** [1] - 196:1
**less** [2] - 222:16, 237:12
**level** [5] - 48:14, 49:6, 49:7, 50:1, 128:8
**liability** [1] - 204:21
**Lieutenant** [9] - 20:14, 20:18, 21:1, 26:23, 33:19, 36:15, 39:10, 56:2, 115:4
**lieutenant** [27] - 21:9, 21:10, 21:13, 21:20, 23:17, 24:25, 28:7, 29:9, 30:20, 31:10, 32:4, 32:16, 33:4, 34:4, 34:23, 35:24, 38:18, 39:14, 40:12, 41:4, 42:2, 45:20, 53:1, 54:21, 111:13, 112:12, 116:20
**life** [1] - 16:11
**light** [1] - 40:21
**lights** [1] - 112:13
**likely** [7] - 203:10, 204:20, 213:25, 219:24, 220:16, 225:13, 237:17
**limit** [1] - 90:8
**LINDY** [2] - 1:19, 1:20
**Lindy** [1] - 4:12
**line** [120] - 9:3, 19:7, 27:14, 28:25, 30:21, 42:7, 42:11, 42:25, 43:4, 44:6, 45:14, 46:10, 46:11, 46:13,

50:6, 54:21, 54:23, 54:24, 54:25, 55:2, 55:5, 55:7, 55:12, 55:16, 55:17, 55:19, 55:24, 59:14, 60:22, 61:2, 64:2, 64:21, 65:1, 65:4, 70:14, 72:19, 73:11, 75:21, 76:6, 76:17, 76:18, 77:2, 78:7, 81:2, 81:7, 82:11, 83:5, 83:7, 83:11, 84:5, 84:15, 84:16, 85:14, 85:23, 87:1, 89:7, 89:17, 91:18, 97:12, 100:7, 100:14, 100:16, 119:5, 119:6, 119:17, 119:19, 120:17, 121:25, 122:5, 123:4, 126:10, 126:12, 133:24, 133:25, 137:23, 138:13, 139:12, 141:1, 141:6, 141:21, 142:21, 143:7, 143:12, 149:10, 149:25, 152:22, 158:25, 159:9, 165:4, 168:15, 169:5, 169:21, 173:3, 173:19, 173:22, 174:20, 186:18, 186:21, 187:18, 188:1, 191:17, 191:22, 192:6, 195:8, 195:15, 201:8, 201:9, 201:10, 206:17, 229:17

**lines** [3] - 103:22, 127:20, 128:9
**lip** [5] - 209:25, 214:24, 215:2, 215:3
**Lisa** [1] - 239:12
**LISA** [2] - 2:7, 239:3
**list** [2] - 58:2, 130:23
**listen** [2] - 29:13, 137:6
**listening** [5] - 25:22, 33:13, 99:21, 199:18, 199:23
**literally** [1] - 192:14
**Lives** [1] - 154:10
**located** [2] - 232:2, 232:3
**location** [4] - 51:20, 59:3, 112:4, 165:17
**locked** [1] - 167:2
**locking** [2] - 130:5, 130:8
**logistics** [1] - 110:12
**long-range** [1] -

124:8
**long-term** [2] - 211:12
**look** [11] - 23:18, 31:10, 34:4, 38:4, 51:10, 74:20, 95:23, 97:19, 188:1, 214:11, 228:16
**looked** [13] - 27:2, 34:9, 37:23, 65:13, 71:25, 82:11, 82:12, 147:1, 148:11, 157:12, 207:13, 210:18, 216:25
**looking** [25] - 25:1, 25:12, 25:24, 32:7, 42:17, 46:18, 62:6, 62:7, 91:23, 148:3, 166:1, 169:5, 175:13, 180:6, 181:25, 194:11, 194:13, 209:21, 214:1, 227:20, 228:21, 232:5, 233:7, 233:24, 238:5
**lookout** [1] - 178:18
**looks** [15] - 13:12, 38:2, 40:20, 63:2, 71:22, 76:16, 77:23, 89:3, 107:10, 114:7, 115:4, 125:11, 141:24, 168:9, 228:14
**Lopez** [2] - 4:21, 4:24
**LOPEZ** [4] - 2:4, 2:5, 4:07, 204:25
**lose** [2] - 137:7, 196:4
**losing** [2] - 47:14, 130:20
**lost** [6] - 70:14, 90:7, 107:20, 107:21, 110:10, 113:10
**loud** [4] - 60:15, 60:16, 112:18, 176:3
**loudspeaker** [2] - 121:2, 185:20
**love** [1] - 102:19
**low** [2] - 169:25, 170:6
**lower** [20] - 22:23, 36:19, 40:24, 47:21, 49:6, 49:14, 49:15, 70:14, 70:25, 89:21, 126:5, 126:24, 127:5, 139:1, 141:1, 146:25, 148:11, 162:21, 198:16
**LRAD** [8] - 60:12, 60:15, 121:1, 121:3,

122:2, 124:2, 128:4, 187:10
**lunch** [1] - 109:1, 122:14, 122:17
**luncheon** [1] - 122:19
**lungs** [1] - 215:12

## M

**ma'am** [1] - 7:13
**Mace** [1] - 27:4
**main** [1] - 70:25
**maintain** [8] - 43:18, 84:16, 90:15, 126:10, 187:18, 187:25, 188:2, 204:20
**maintained** [2] - 81:7, 90:17
**maintaining** [4] - 83:7, 85:20, 100:7, 204:17
**majority** [2] - 232:8, 232:12
**malleable** [1] - 230:18
**man** [13] - 76:14, 82:20, 85:2, 87:10, 87:19, 97:21, 97:24, 98:1, 98:5, 98:8, 154:3, 222:18
**manage** [2] - 21:11, 167:23
**managed** [4] - 80:12, 168:3, 169:20
**management** [2] - 98:25, 170:11
**managing** [1] - 6:20
**maneuver** [1] - 77:5
**manned** [1] - 153:14
**manner** [5] - 117:1, 146:2, 217:11, 217:12, 232:9
**mannerisms** [1] - 160:14
**manning** [1] - 130:4
**manpower** [1] - 104:2
**march** [1] - 154:3
**marches** [3] - 41:6, 153:13, 211:25
**marching** [1] - 184:15
**mark** [1] - 64:20
**marked** [2] - 8:4, 231:10
**marker** [5] - 147:9, 147:17, 147:23, 197:8, 197:14

**mask** [14] - 100:2, 117:23, 145:2, 145:4, 145:11, 145:12, 190:10, 193:16, 193:19, 200:24, 203:6, 204:24, 205:4, 214:3
**masks** [7] - 116:20, 117:17, 117:20, 117:22, 135:4, 171:20
**mass** [6] - 43:3, 51:14, 143:8, 143:9, 152:24
**massive** [1] - 90:9
**Mastony** [3] - 57:16, 173:2
**math** [1] - 212:9
**Matt** [1] - 120:16
**Matter** [1] - 154:10
**matter** [2] - 92:9, 122:22
**McCaughey** [27] - 1:6, 1:20, 4:4, 4:13, 4:15, 106:9, 173:7, 214:4, 214:25, 215:2, 216:10, 216:22, 217:7, 218:3, 220:25, 221:16, 221:17, 223:6, 226:2, 226:3, 226:4, 228:19, 229:5, 230:22, 233:11, 234:13
**McCaughey's** [22] - 3:25, 223:16, 223:22, 224:1, 224:7, 224:10, 224:17, 225:1, 225:2, 225:6, 225:14, 225:17, 226:6, 226:12, 226:17, 227:3, 227:14, 227:25, 228:9, 229:21, 233:2, 233:9
**McFADDEN** [1] - 1:11
**McFadyen** [2] - 120:17, 120:20
**MCFADYEN** [1] - 120:20
**mean** [27] - 12:22, 49:10, 60:10, 64:11, 64:12, 71:21, 72:14, 81:25, 85:5, 98:21, 100:6, 136:1, 154:15, 158:16, 165:23, 166:4, 169:7, 169:9, 175:3, 175:16, 178:8, 198:12, 214:9, 220:9, 221:22, 229:7, 237:25
**meaning** [2] - 33:11, 43:11

**means** [5] - 83:6, 83:7, 85:8, 103:13, 213:2
**meant** [3] - 83:6, 88:5, 88:8
**measure** [2] - 145:16, 146:6
**media** [1] - 5:5
**medical** [2] - 211:2, 211:10
**meet** [1] - 58:22
**megaphone** [12] - 84:7, 84:10, 84:15, 85:2, 85:22, 86:8, 87:10, 87:11, 88:2, 89:2, 89:12, 89:15
**MEHAFFIE** [2] - 1:7, 2:2
**Mehaffie** [38] - 4:5, 4:22, 4:25, 91:5, 91:11, 91:12, 91:14, 94:1, 94:12, 95:4, 95:20, 96:18, 99:15, 100:24, 101:5, 101:16, 102:11, 102:25, 103:7, 104:16, 104:18, 104:21, 104:25, 122:25, 132:4, 155:25, 156:2, 156:13, 157:8, 157:14, 157:16, 157:17, 159:24, 160:1, 160:8, 162:14, 164:23, 165:16
**Mehaffie's** [4] - 94:19, 156:4, 163:8, 171:17
**melted** [1] - 103:19
**member** [4] - 6:17, 6:22, 127:11, 163:24
**members** [17] - 21:21, 25:19, 46:21, 47:8, 47:19, 49:21, 50:14, 59:17, 85:16, 104:15, 105:6, 128:4, 180:4, 182:9, 184:11, 196:23, 197:3
**memory** [1] - 74:24
**men** [5] - 40:23, 52:11, 52:13, 52:17, 153:22
**mental** [2] - 201:18, 211:16
**mentally** [1] - 184:1
**mention** [1] - 57:25
**mentioned** [9] - 26:7, 81:12, 83:4, 128:1, 128:3, 194:6, 204:22, 208:9, 211:20

**mere** [1] - 55:11
**message** [1] - 185:23
**met** [3] - 58:22, 59:2, 217:6
**metal** [12] - 60:6, 61:16, 64:2, 73:14, 74:21, 74:25, 90:11, 199:1, 204:8, 204:9, 205:8, 236:18
**Metropolitan** [27] - 6:7, 6:8, 6:14, 14:3, 21:4, 21:5, 21:14, 35:11, 36:4, 41:5, 51:3, 57:5, 60:12, 67:13, 67:19, 110:2, 110:3, 110:7, 111:4, 111:7, 125:13, 127:13, 144:14, 177:9, 177:11, 185:9, 212:1
**Mexico** [1] - 221:13
**microphone** [6] - 5:23, 20:21, 56:22, 67:5, 109:16, 176:25
**middle** [6] - 11:7, 27:21, 59:12, 74:10, 131:23, 158:9
**midmorning** [1] - 56:8
**might** [12] - 6:21, 79:8, 95:14, 106:2, 106:16, 108:9, 109:1, 167:20, 168:7, 178:19, 221:1, 221:10
**military** [1] - 24:10
**mind** [4] - 97:18, 144:6, 183:25, 212:25
**mind's** [1] - 117:6
**mindset** [1] - 176:10
**mine** [1] - 106:13
**minimize** [2] - 43:25
**minute** [6] - 36:14, 81:10, 105:9, 196:8, 213:8, 228:6
**minutes** [33] - 25:2, 25:10, 50:19, 50:23, 72:22, 73:23, 81:2, 86:24, 91:12, 96:13, 98:12, 100:17, 104:12, 104:15, 108:12, 136:25, 147:23, 149:15, 155:24, 168:8, 168:14, 181:3, 187:22, 187:23, 187:25, 188:7, 194:11, 195:12, 196:3, 234:22, 236:22
**misheard** [1] - 46:9

**mistake** [2] - 157:4, 170:4
**mistaken** [3] - 156:25, 161:17, 161:24
**MK-46** [1] - 124:22
**MK-46s** [1] - 128:5
**MK-9** [1] - 133:19
**mob** [5] - 221:9, 221:15, 221:17, 233:2, 233:15
**mob's** [1] - 233:3
**modern** [1] - 132:23
**moment** [62] - 5:20, 27:2, 47:4, 47:7, 51:23, 67:2, 77:25, 109:6, 109:12, 115:3, 118:17, 118:18, 119:19, 124:17, 129:1, 129:18, 132:16, 137:25, 143:19, 144:16, 146:3, 146:16, 153:1, 158:20, 158:24, 171:11, 172:21, 175:18, 186:2, 186:4, 187:16, 187:17, 191:8, 191:9, 192:6, 192:9, 194:2, 194:3, 198:22, 198:23, 199:4, 199:8, 200:21, 200:23, 201:1, 201:3, 201:6, 201:11, 201:12, 201:23, 203:22, 204:10, 205:3, 208:4, 208:5, 215:15, 223:12, 229:4, 230:21, 233:7, 233:9, 236:15
**momentarily** [3] - 66:23, 152:19, 158:22
**moments** [4] - 65:6, 127:18, 202:1, 203:19
**momentum** [2] - 152:22, 199:4
**monkey** [2] - 48:17, 49:1
**months** [1] - 53:7
**morning** [40] - 4:1, 4:8, 4:11, 4:12, 4:14, 4:15, 4:16, 4:18, 4:19, 4:20, 4:23, 4:24, 4:25, 5:19, 6:2, 20:18, 20:19, 20:24, 21:1, 48:3, 52:7, 52:8, 52:16, 52:17, 53:2, 54:1, 56:13, 56:19, 56:20, 56:25, 57:1, 67:1, 67:8, 109:4, 178:2, 178:4, 178:25,

179:2, 211:4, 237:19
**mortal** [1] - 174:21
**most** [9] - 28:16, 33:12, 61:3, 64:25, 99:18, 100:3, 154:2, 165:11, 217:2
**mostly** [2] - 86:22, 99:22
**motion** [1] - 133:2, 206:15
**motions** [1] - 238:1
**mountain** [2] - 27:22, 38:2
**mounted** [1] - 195:24
**mouth** [5] - 51:6, 203:10, 203:11, 203:13, 209:11
**move** [44] - 8:10, 13:18, 14:14, 14:25, 15:5, 17:3, 17:21, 23:24, 34:12, 43:15, 46:10, 49:6, 64:15, 69:18, 78:10, 79:12, 114:13, 118:5, 126:11, 127:22, 139:20, 141:9, 147:4, 148:15, 150:10, 150:16, 151:22, 153:2, 172:25, 173:5, 180:11, 181:22, 182:13, 184:24, 190:22, 200:19, 207:18, 209:14, 210:6, 210:22, 222:25, 225:9, 234:3
**moved** [12] - 136:1, 149:6, 159:9, 160:8, 168:10, 168:16, 168:18, 168:19, 194:11, 225:10, 230:18
**movement** [3] - 47:11, 79:13, 97:15
**moves** [2] - 63:4, 156:14
**moving** [7] - 18:16, 25:14, 25:22, 43:11, 47:11, 48:18, 85:3, 98:18, 106:4, 111:13, 111:14, 115:13, 127:21, 163:16, 170:2, 237:25
**MPD** [14] - 36:17, 36:22, 37:19, 57:8, 107:15, 124:15, 125:24, 126:2, 153:12, 171:3, 171:7, 177:13, 180:21, 211:20
**MPD-issued** [1] -

126:2
**MR** [151] - 4:12, 4:20, 20:4, 40:7, 41:15, 41:18, 41:21, 41:24, 42:1, 46:2, 46:7, 46:8, 51:22, 51:25, 52:3, 66:13, 66:15, 82:25, 84:1, 85:6, 88:7, 91:2, 91:9, 91:19, 91:21, 92:1, 92:6, 92:8, 92:13, 92:17, 92:22, 93:2, 93:3, 93:17, 93:21, 93:22, 94:4, 94:7, 94:8, 94:14, 94:17, 94:18, 94:21, 94:24, 95:1, 96:4, 96:6, 96:9, 96:12, 96:16, 96:17, 96:23, 97:1, 105:9, 105:12, 105:15, 105:17, 106:18, 106:19, 107:2, 132:3, 155:2, 155:4, 155:8, 155:14, 155:17, 155:18, 156:8, 156:11, 156:12, 156:16, 156:19, 156:20, 157:7, 157:25, 158:5, 158:6, 159:1, 159:5, 159:6, 159:11, 159:14, 159:18, 159:19, 160:3, 160:6, 160:7, 160:20, 160:24, 162:4, 162:9, 162:13, 162:20, 163:3, 163:6, 163:7, 163:17, 163:20, 163:21, 163:25, 164:3, 164:4, 164:11, 164:15, 164:19, 165:6, 165:10, 165:12, 171:23, 172:3, 173:10, 204:25, 213:7, 213:10, 213:13, 213:16, 217:21, 218:1, 218:2, 222:22, 222:25, 223:4, 223:5, 223:21, 223:24, 224:3, 224:9, 224:12, 224:19, 224:22, 225:4, 225:8, 225:19, 226:8, 226:14, 226:19, 227:2, 227:5, 227:16, 228:2, 228:11, 229:4, 229:6, 229:23, 230:21, 230:23, 231:2, 233:21, 237:7, 237:22, 238:5
**MRI** [2] - 211:8,

211:9
**MS** [576] - 4:8, 4:16, 5:2, 5:9, 5:12, 5:15, 6:1, 7:23, 8:2, 8:3, 8:9, 8:16, 8:19, 8:20, 9:5, 9:8, 9:10, 9:21, 9:25, 10:1, 10:11, 10:16, 10:23, 11:1, 11:5, 11:13, 11:17, 11:19, 12:2, 12:6, 12:10, 12:14, 12:15, 13:2, 13:6, 13:7, 13:18, 13:21, 13:22, 14:13, 14:18, 14:19, 14:24, 15:5, 15:9, 15:11, 15:19, 15:23, 15:24, 16:3, 16:7, 16:8, 16:13, 16:17, 16:18, 16:23, 17:2, 17:6, 17:8, 17:13, 17:16, 17:17, 17:21, 17:25, 18:1, 18:5, 18:9, 18:10, 19:2, 19:5, 19:6, 20:1, 20:13, 20:23, 23:11, 23:15, 23:16, 23:23, 24:4, 24:20, 24:24, 26:17, 26:21, 26:22, 27:6, 27:10, 27:11, 28:1, 28:4, 28:6, 29:2, 29:6, 29:8, 29:12, 29:16, 29:17, 30:1, 30:3, 30:9, 30:12, 30:13, 31:3, 31:7, 31:9, 31:14, 31:17, 31:19, 31:24, 32:3, 32:10, 32:14, 32:15, 32:23, 33:2, 33:3, 33:15, 33:17, 33:23, 34:2, 34:3, 34:12, 34:17, 34:21, 34:22, 35:2, 35:6, 35:7, 35:14, 35:18, 35:22, 35:23, 36:8, 36:12, 36:13, 37:6, 37:10, 37:14, 37:15, 38:11, 38:15, 38:17, 39:3, 39:7, 39:9, 39:19, 39:23, 39:24, 40:5, 40:8, 40:11, 41:12, 52:6, 54:16, 54:18, 54:20, 56:1, 56:13, 56:24, 62:1, 62:4, 62:9, 62:12, 62:15, 62:19, 62:23, 63:4, 63:9, 63:13, 63:14, 63:20, 63:23, 63:24, 64:15, 64:17, 66:8, 66:11, 66:22, 67:7, 69:10, 69:14, 69:18, 69:24, 71:7, 71:12,

72:5, 72:8, 72:21,
73:1, 73:18, 73:22,
74:2, 74:6, 74:7,
74:12, 74:15, 74:16,
75:1, 75:5, 75:11,
75:14, 75:18, 75:24,
76:3, 76:8, 76:12,
76:13, 77:6, 77:10,
77:14, 77:18, 77:21,
77:22, 78:24, 79:3,
79:19, 79:20, 80:15,
80:18, 81:9, 81:14,
81:19, 81:20, 82:14,
82:17, 82:18, 83:3,
83:15, 83:18, 83:19,
84:3, 84:20, 84:24,
85:1, 85:11, 86:2,
86:6, 86:7, 86:15,
86:18, 86:20, 87:4,
87:8, 87:9, 87:13,
87:17, 87:18, 88:13,
88:21, 88:25, 89:1,
89:22, 89:24, 90:24,
107:5, 107:24, 108:2,
108:9, 108:14,
109:19, 113:19,
113:23, 114:1,
114:12, 114:19,
114:22, 114:23,
115:15, 115:19,
115:20, 115:24,
116:3, 116:4, 116:12,
116:16, 116:18,
117:9, 117:12,
117:13, 118:5, 118:9,
118:10, 118:21,
118:25, 119:1, 119:9,
119:12, 119:13,
120:4, 120:7, 120:8,
121:16, 121:20,
121:21, 122:8,
122:12, 122:22,
123:24, 124:12,
125:5, 125:7, 127:1,
127:3, 128:14,
128:16, 128:18,
129:4, 129:8, 129:9,
129:21, 129:25,
130:1, 130:13,
130:16, 130:17,
131:3, 131:5, 131:8,
131:10, 131:16,
131:20, 131:21,
132:6, 133:8, 133:12,
133:13, 134:3, 134:7,
134:8, 134:18,
134:21, 134:22,
135:10, 135:14,
135:15, 136:9,
136:12, 136:13,
136:20, 136:22,

137:5, 137:11,
137:15, 137:16,
138:8, 138:10,
138:18, 138:21,
138:22, 139:3, 139:7,
139:8, 139:20,
139:25, 140:4, 140:8,
140:13, 140:17,
140:22, 140:23,
141:8, 141:13,
141:17, 141:18,
142:1, 142:5, 142:9,
142:10, 142:23,
143:2, 143:3, 143:20,
143:23, 143:24,
144:9, 144:12,
144:13, 144:18,
144:21, 144:22,
145:5, 145:9, 145:10,
145:18, 145:21,
145:22, 146:8,
146:14, 146:15,
147:3, 147:8, 147:16,
147:20, 148:1, 148:2,
148:14, 148:16,
148:17, 148:22,
148:23, 149:14,
149:19, 149:20,
150:8, 150:11,
150:12, 150:16,
150:23, 151:1,
151:12, 151:16,
151:17, 151:21,
151:25, 152:1, 152:6,
152:9, 152:10, 153:2,
153:5, 153:6, 154:6,
173:13, 173:16,
173:25, 174:5, 174:9,
174:10, 175:6,
176:12, 176:19,
177:4, 181:21, 182:2,
182:6, 182:13,
182:17, 182:18,
183:1, 183:5, 183:6,
183:18, 183:21,
183:23, 184:8, 184:9,
185:3, 185:4, 185:14,
185:17, 185:18,
186:12, 186:14,
186:25, 187:4, 187:5,
187:12, 187:20,
187:21, 188:8,
188:12, 188:13,
189:3, 189:7, 189:8,
189:18, 189:21,
189:25, 190:1,
190:21, 191:1, 191:5,
191:6, 191:11,
191:14, 191:15,
191:24, 192:3, 192:4,
192:21, 192:25,

193:1, 193:21,
193:25, 194:1, 194:8,
194:10, 194:15,
194:18, 194:19,
195:1, 195:4, 195:5,
195:10, 195:11,
195:17, 195:20,
195:21, 196:9,
196:21, 197:6,
197:12, 197:13,
197:24, 198:2, 198:3,
199:10, 199:13,
199:14, 200:7,
200:10, 200:11,
202:18, 202:22,
202:23, 205:2,
205:11, 205:14,
205:15, 205:21,
205:25, 206:5, 206:8,
206:9, 206:23, 207:2,
207:6, 207:7, 207:17,
207:22, 208:1, 208:2,
208:15, 208:17,
209:13, 209:18,
209:20, 210:5,
210:10, 210:11,
210:21, 211:1, 213:4,
213:11, 217:19,
222:20, 224:24,
230:25, 231:4, 231:7,
231:9, 231:12,
231:15, 232:18,
232:21, 233:17,
233:22, 234:2, 234:7,
234:8, 235:1, 235:4,
235:6, 235:10,
235:13, 235:14,
235:18, 235:21,
235:22, 236:1, 236:4,
236:5, 236:9, 236:13,
236:14, 236:24, 238:9
  **multiple** [5] - 61:15,
96:7, 153:16, 229:13
  **multiplied** [1] - 202:7
  **multiplier** [3] -
201:23, 230:4, 233:3
  **munition** [7] - 42:6,
42:11, 42:20, 191:10,
193:14, 193:15, 194:5
  **munitions** [4] - 45:5,
111:21, 124:14, 125:1
  **Museum** [1] - 7:2

## N

  **name** [22] - 6:3, 6:4,
14:7, 20:25, 21:2,
24:9, 36:18, 57:2,
67:9, 67:10, 99:16,
99:17, 109:22,

118:15, 137:19,
146:1, 146:3, 148:6,
177:6, 177:7, 190:8
  **name's** [2] - 67:10,
67:11
  **names** [1] - 107:13
  **narrow** [3] - 36:23,
47:18, 47:20
  **narrowed** [1] - 59:13
  **nature** [4] - 9:20,
90:15, 161:20, 184:5
  **near** [5] - 26:14,
64:23, 105:25, 173:3,
178:5
  **nearby** [3] - 172:16,
172:19, 193:14
  **nearly** [1] - 127:12
  **necessarily** [3] -
47:24, 95:13, 117:4
  **necessary** [4] -
53:13, 109:3, 143:15,
213:2
  **neck** [1] - 200:25
  **need** [13] - 45:10,
109:6, 112:2, 118:19,
133:25, 137:3,
166:21, 213:13,
216:7, 218:12,
219:19, 227:11,
238:12
  **needed** [9] - 22:13,
27:1, 53:2, 54:4,
117:21, 134:2, 184:4,
188:2, 194:25
  **negative** [2] - 88:16,
211:10
  **negotiate** [2] - 88:14,
89:9
  **negotiating** [3] -
87:22, 88:6, 88:11
  **negotiation** [1] -
88:10
  **neon** [1] - 35:9
  **Netflix** [1] - 54:3
  **never** [15] - 44:17,
53:23, 61:11, 76:25,
89:10, 93:11, 102:14,
159:20, 161:23,
176:6, 192:7, 212:15,
215:2, 215:3, 226:25
  **new** [7] - 45:13,
45:14, 46:10, 46:11,
46:12, 81:3, 110:14
  **New** [1] - 221:13
  **next** [26] - 5:14,
20:11, 48:14, 50:19,
50:23, 56:11, 66:20,
77:23, 82:10, 98:12,
107:12, 107:16,
108:7, 108:18,

108:24, 109:2, 114:5,
119:22, 126:11,
126:22, 146:3, 173:1,
176:17, 193:13,
211:4, 225:5
  **night** [4] - 82:3,
86:12, 103:10, 103:13
  **nine** [2] - 72:5, 228:6
  **nobody** [2] - 25:21,
100:21
  **noise** [5] - 117:4,
120:25, 121:1, 134:9,
154:1
  **non** [1] - 45:7
  **non-law** [1] - 45:7
  **none** [1] - 126:1
  **nonpolice** [1] - 37:24
  **nonviolent** [1] -
212:24
  **normal** [2] - 112:19,
178:15
  **normally** [1] - 121:8
  **north** [4] - 38:24,
44:13, 44:14, 115:14
  **NORTHERN** [1] -
1:24
  **northwest** [1] - 183:8
  **Northwest** [5] - 1:17,
2:9, 22:5, 68:7,
239:14
  **northwestern** [1] -
181:7
  **Nos** [1] - 69:22
  **notes** [2] - 46:3,
239:5
  **nothing** [12] - 48:1,
48:2, 48:21, 49:8,
50:6, 51:22, 66:15,
92:2, 105:13, 170:9,
171:24, 230:23
  **notice** [1] - 179:15
  **noticing** [1] - 179:8
  **notifying** [1] - 185:23
  **notion** [1] - 212:20
  **number** [23] - 32:9,
39:16, 45:24, 46:23,
47:1, 47:9, 55:14,
80:1, 135:4, 170:19,
170:22, 175:7,
175:12, 175:14,
190:7, 190:9, 201:16,
206:12, 212:3,
212:11, 212:12,
215:5, 233:19
  **numbers** [5] - 189:1,
198:8, 198:10,
198:12, 198:13
  **numerous** [3] -
124:20, 153:15,
165:21

# O

**oath** [2] - 123:22, 196:20
**obeying** [1] - 55:6
**object** [20] - 82:25, 132:1, 132:11, 132:12, 133:17, 157:10, 157:18, 188:16, 202:12, 204:4, 204:5, 204:6, 220:9, 230:10, 230:13, 232:9, 234:16, 234:18
**objection** [25] - 8:12, 15:2, 23:25, 34:14, 63:6, 69:20, 84:1, 84:2, 85:6, 88:7, 114:15, 139:22, 141:10, 147:5, 150:18, 181:24, 190:23, 207:19, 209:15, 210:7, 210:23, 217:19, 222:20, 224:24, 224:25
**objective** [4] - 78:20, 78:22, 85:16, 213:3
**objectives** [1] - 213:1
**objects** [1] - 25:20
**observe** [5] - 138:12, 184:4, 188:14, 196:22
**observed** [1] - 182:9
**observing** [2] - 131:12, 178:17
**obstacle** [1] - 51:15
**obstructing** [1] - 28:19
**obvious** [3] - 48:24, 49:10, 49:12
**obviously** [5] - 43:22, 49:2, 170:4, 237:10, 237:25
**OC** [17] - 19:19, 25:18, 27:3, 55:4, 55:10, 55:19, 90:12, 110:16, 111:21, 124:21, 124:25, 128:6, 133:19, 169:25, 170:5, 170:6, 170:20
**occupied** [1] - 51:2
**occupy** [1] - 44:18
**occur** [2] - 6:21, 178:19
**occurred** [1] - 133:1
**occurring** [1] - 139:17

**October** [1] - 239:10
**OF** [8] - 1:1, 1:3, 1:10, 1:16, 1:20, 1:23, 1:24, 2:2
**offensive** [1] - 231:20
**Office** [1] - 2:3
**office** [6] - 21:11, 111:3, 111:12, 112:4, 112:5, 217:9
**OFFICE** [2] - 1:16, 1:23
**officer** [73] - 5:15, 6:14, 8:5, 8:21, 10:2, 11:6, 11:20, 12:16, 13:8, 13:23, 14:20, 20:7, 27:2, 28:7, 29:9, 35:12, 36:5, 36:14, 38:3, 45:18, 57:7, 57:25, 59:10, 67:18, 69:25, 73:2, 74:8, 74:17, 75:19, 76:14, 77:23, 79:4, 79:21, 82:19, 85:2, 88:8, 89:25, 90:18, 91:10, 108:3, 109:2, 109:6, 110:23, 118:16, 120:16, 129:10, 129:12, 130:4, 130:8, 130:11, 135:24, 144:15, 144:23, 148:6, 149:7, 153:14, 154:3, 164:18, 174:18, 177:25, 183:7, 186:15, 187:22, 194:2, 195:16, 207:8, 212:1, 222:15, 226:20, 226:22, 228:14, 228:17
**Officer** [56] - 5:19, 15:12, 18:20, 18:22, 20:1, 20:5, 56:14, 56:19, 57:24, 57:25, 64:1, 66:16, 66:22, 67:1, 67:8, 67:10, 67:12, 77:15, 81:21, 83:20, 86:9, 86:21, 87:19, 92:18, 105:18, 105:25, 108:17, 123:2, 123:10, 129:16, 172:17, 172:22, 176:20, 176:24, 181:23, 182:7, 183:24, 185:5, 188:14, 190:2, 191:16, 196:10, 196:16, 196:22, 206:1, 206:10, 209:21, 210:12,

213:17, 229:7, 230:23, 231:16, 236:25
**officer's** [2] - 91:23, 135:19
**officers** [121] - 10:7, 18:11, 18:25, 19:21, 26:3, 26:9, 26:12, 27:22, 28:10, 28:21, 28:24, 30:5, 36:17, 36:22, 37:19, 38:2, 39:11, 39:15, 40:3, 42:9, 42:23, 43:2, 43:8, 43:14, 43:21, 43:24, 44:21, 46:16, 46:17, 46:21, 47:1, 47:9, 47:18, 49:13, 49:19, 49:20, 49:22, 49:25, 51:17, 51:19, 54:25, 55:12, 55:16, 57:20, 65:14, 70:22, 71:4, 73:8, 75:22, 78:8, 81:5, 82:6, 82:23, 84:5, 88:15, 90:7, 98:16, 98:19, 98:22, 99:19, 100:13, 100:15, 103:18, 107:8, 107:12, 107:15, 107:16, 110:14, 112:2, 112:21, 119:8, 120:18, 127:13, 127:19, 129:2, 133:23, 135:4, 135:7, 135:9, 135:21, 135:22, 137:23, 139:13, 142:21, 143:7, 143:8, 143:12, 143:16, 143:18, 144:2, 148:25, 151:5, 152:24, 153:22, 154:8, 164:5, 164:7, 166:1, 169:5, 169:17, 171:7, 171:20, 175:9, 175:15, 180:8, 184:7, 186:10, 186:19, 193:6, 204:21, 205:18, 215:23, 226:15, 227:20, 228:3, 228:20, 229:3, 229:16, 229:18
**officers'** [3] - 14:2, 44:25, 106:12
**OFFICES** [2] - 1:20, 2:2
**official** [1] - 239:12
**Official** [1] - 2:8
**officials** [1] - 70:15
**often** [3] - 99:18, 121:6, 212:20

**Ohio** [1] - 2:6
**old** [1] - 71:17
**old-school** [1] - 71:17
**once** [12] - 37:3, 53:16, 70:5, 99:22, 118:1, 127:23, 186:18, 186:21, 193:12, 193:18, 206:21, 214:6
**one** [80] - 24:13, 24:17, 27:21, 35:9, 36:14, 36:18, 38:3, 43:11, 47:4, 49:25, 54:12, 57:18, 59:2, 59:17, 60:7, 61:10, 66:2, 71:15, 71:16, 73:18, 73:23, 74:2, 75:2, 76:9, 77:10, 80:24, 81:10, 83:8, 84:7, 85:14, 92:3, 93:23, 99:14, 117:5, 121:9, 122:22, 127:19, 133:19, 140:5, 141:24, 142:22, 151:7, 152:15, 154:8, 158:9, 158:10, 159:8, 161:9, 161:10, 161:22, 162:9, 163:10, 164:5, 164:7, 167:19, 168:3, 168:7, 169:10, 171:17, 171:19, 172:23, 174:13, 174:23, 184:21, 202:12, 205:1, 206:20, 208:12, 213:24, 216:6, 216:15, 219:18, 222:8, 222:16, 226:1, 226:15, 228:3, 228:6, 230:21
**ones** [2] - 54:7, 54:8
**onset** [1] - 211:22
**opaque** [1] - 93:13
**open** [216] - 8:1, 8:18, 9:7, 9:24, 10:15, 10:25, 11:4, 11:16, 12:5, 12:9, 12:13, 13:5, 13:20, 14:17, 15:8, 15:22, 16:6, 16:16, 17:1, 17:5, 17:15, 17:24, 18:8, 19:4, 23:14, 24:23, 26:20, 27:9, 28:3, 29:5, 29:15, 30:11, 31:6, 31:16, 32:2, 32:13, 33:1, 34:1, 34:20, 35:5, 35:17, 35:21, 36:11, 37:9,

37:13, 38:14, 39:6, 39:22, 40:10, 41:23, 46:1, 46:6, 62:3, 62:11, 62:18, 62:22, 63:12, 63:22, 69:13, 71:11, 72:7, 72:24, 73:21, 74:1, 74:5, 74:14, 75:4, 75:13, 75:17, 76:2, 76:11, 76:20, 77:9, 77:13, 77:20, 79:2, 80:17, 81:18, 82:16, 83:17, 84:23, 86:5, 86:17, 87:7, 87:16, 88:24, 93:1, 93:20, 94:6, 94:16, 94:23, 96:15, 96:25, 113:22, 114:21, 115:18, 116:2, 116:15, 117:11, 118:8, 118:24, 119:11, 120:6, 121:19, 122:11, 129:7, 129:24, 130:15, 131:7, 131:19, 133:11, 134:6, 134:20, 135:6, 135:13, 136:11, 137:14, 138:16, 138:20, 139:6, 140:3, 140:7, 140:16, 140:21, 141:16, 142:4, 142:8, 143:1, 143:22, 144:11, 144:20, 145:8, 145:20, 146:13, 147:19, 147:25, 148:21, 149:18, 150:22, 151:15, 151:24, 152:8, 153:4, 155:7, 155:13, 155:16, 156:10, 156:18, 158:4, 159:4, 159:13, 159:17, 160:5, 160:23, 161:14, 162:8, 162:12, 163:5, 163:19, 164:2, 164:14, 165:9, 174:4, 174:8, 182:16, 183:4, 183:20, 185:2, 185:16, 187:3, 188:11, 189:6, 189:20, 189:24, 191:4, 191:13, 192:2, 192:24, 193:24, 194:17, 195:3, 195:19, 197:11, 198:1, 199:12, 200:9, 202:21, 205:13, 205:24, 206:7, 207:1,

207:5, 207:25,
217:25, 223:3,
223:23, 224:2, 224:8,
224:11, 224:18,
225:7, 225:18, 226:7,
226:13, 226:18,
227:4, 227:15, 228:1,
228:10, 229:22,
234:6, 235:3, 235:12,
235:20, 236:3, 236:12
**opened** [3] - 39:13,
93:9, 93:11
**opens** [1] - 93:16
**operational** [2] -
111:22, 113:9
**operations** [6] -
52:25, 110:8, 110:12,
111:2, 111:11, 111:15
**opinion** [2] - 132:23,
139:19
**opportunity** [2] -
99:4, 167:25
**opposed** [2] - 170:5,
230:7
**opposing** [2] - 139:2,
140:25
**opposite** [3] -
138:24, 179:20, 197:2
**opposition** [1] -
61:13
**option** [5] - 167:13,
167:14, 167:15,
167:16, 167:17
**options** [1] - 47:14
**order** [7] - 52:22,
60:1, 124:3, 183:15,
186:1, 188:2, 199:2
**ordered** [1] - 53:18
**orders** [2] - 29:23,
182:24
**organized** [1] - 46:24
**orientated** [1] - 97:2
**originally** [9] - 6:25,
22:2, 68:4, 68:15,
76:21, 77:1, 79:10,
178:3, 178:20
**ourselves** [1] -
154:14
**outcome** [1] - 104:5
**outside** [10] - 50:22,
51:6, 51:9, 100:8,
100:11, 100:15,
103:13, 103:18,
133:4, 179:3
**overall** [1] - 115:13
**overruled** [5] - 83:2,
84:2, 85:7, 88:9,
222:21
**overrun** [2] - 66:4,
191:17

**overwhelm** [2] -
65:3, 189:1
**overwhelmed** [4] -
27:3, 27:14, 30:25,
47:1
**own** [5] - 82:10,
97:18, 101:10,
142:12, 221:5

## P

**p.m** [10] - 24:11,
61:6, 80:20, 80:21,
82:4, 82:5, 119:19,
141:2
**padded** [1] - 181:2
**padding** [1] - 58:9
**pads** [1] - 63:1
**PAGE** [1] - 3:14
**pain** [16] - 201:12,
201:14, 209:8,
209:12, 215:10,
215:16, 215:25,
216:6, 221:2, 221:4,
221:6, 221:9, 230:3,
230:6, 233:10, 233:13
**pandemic** [1] - 43:22
**paneled** [1] - 168:4
**panic** [2] - 144:4,
152:13
**panned** [1] - 202:25
**paper** [1] - 125:11
**paperwork** [1] -
21:12
**paralegal** [1] - 4:10
**paramedic** [1] -
174:18
**paraphrase** [1] -
101:21
**pardon** [1] - 41:17
**Park** [2] - 57:18
**park** [1] - 112:17
**parked** [6] - 112:15,
115:6, 115:10,
119:21, 119:23
**part** [26] - 19:17,
27:14, 28:16, 33:12,
44:14, 52:9, 53:25,
57:14, 88:11, 112:23,
113:4, 139:13,
177:17, 181:14,
192:18, 193:7,
214:19, 215:17,
218:3, 219:11, 220:7,
221:17, 221:18,
230:17, 232:25, 234:9
**partially** [1] - 76:22
**participated** [1] -
212:23

**particular** [12] - 6:19,
13:15, 26:14, 27:2,
33:10, 44:14, 95:9,
193:7, 209:24,
212:25, 220:10, 233:7
**parties** [2] - 88:11,
180:9
**parts** [4] - 61:25,
89:21, 106:4, 166:4
**PASCHALL** [471] -
1:14, 4:8, 5:2, 5:9,
5:12, 5:15, 6:1, 7:23,
8:2, 8:3, 8:9, 8:16,
8:19, 8:20, 9:5, 9:8,
9:10, 9:21, 9:25, 10:1,
10:11, 10:16, 10:23,
11:1, 11:5, 11:13,
11:17, 11:19, 12:2,
12:6, 12:10, 12:14,
12:15, 13:2, 13:6,
13:7, 13:18, 13:21,
13:22, 14:13, 14:18,
14:19, 14:24, 15:5,
15:9, 15:11, 15:19,
15:23, 15:24, 16:3,
16:7, 16:8, 16:13,
16:17, 16:18, 16:23,
17:2, 17:6, 17:8,
17:13, 17:16, 17:17,
17:21, 17:25, 18:1,
18:5, 18:9, 18:10,
19:2, 19:5, 19:6, 20:1,
20:13, 20:23, 23:11,
23:15, 23:16, 23:23,
24:4, 24:20, 24:24,
26:17, 26:21, 26:22,
27:6, 27:10, 27:11,
28:1, 28:4, 28:6, 29:2,
29:6, 29:8, 29:12,
29:16, 29:17, 30:1,
30:3, 30:9, 30:12,
30:13, 31:3, 31:7,
31:9, 31:14, 31:17,
31:19, 31:24, 32:3,
32:10, 32:14, 32:15,
32:23, 33:2, 33:3,
33:15, 33:17, 33:23,
34:2, 34:3, 34:12,
34:17, 34:21, 34:22,
35:2, 35:6, 35:7,
35:14, 35:18, 35:22,
35:23, 36:8, 36:12,
36:13, 37:6, 37:10,
37:14, 37:15, 38:11,
38:15, 38:17, 39:3,
39:7, 39:9, 39:19,
39:23, 39:24, 40:5,
40:8, 40:11, 41:12,
54:18, 54:20, 56:1,
108:9, 108:14,
109:19, 113:19,

113:23, 114:1,
114:12, 114:19,
114:22, 114:23,
115:15, 115:19,
115:20, 115:24,
116:3, 116:4, 116:12,
116:16, 116:18,
117:9, 117:12,
117:13, 118:5, 118:9,
118:10, 118:21,
118:25, 119:1, 119:9,
119:12, 119:13,
120:4, 120:7, 120:8,
121:16, 121:20,
121:21, 122:8,
122:12, 122:22,
123:24, 124:12,
125:5, 125:7, 127:1,
127:3, 128:14,
128:16, 128:18,
129:4, 129:8, 129:9,
129:21, 129:25,
130:1, 130:13,
130:16, 130:17,
131:3, 131:5, 131:8,
131:10, 131:16,
131:20, 131:21,
132:6, 133:8, 133:12,
133:13, 134:3, 134:7,
134:8, 134:18,
134:21, 134:22,
135:10, 135:14,
135:15, 136:9,
136:12, 136:13,
136:20, 136:22,
137:5, 137:11,
137:15, 137:16,
138:8, 138:10,
138:18, 138:21,
138:22, 139:3, 139:7,
139:8, 139:20,
139:25, 140:4, 140:8,
140:13, 140:17,
140:22, 140:23,
141:8, 141:13,
141:17, 141:18,
142:1, 142:5, 142:9,
142:10, 142:23,
143:2, 143:3, 143:20,
143:23, 143:24,
144:9, 144:12,
144:13, 144:18,
144:21, 144:22,
145:5, 145:9, 145:10,
145:18, 145:21,
145:22, 146:8,
146:14, 146:15,
147:3, 147:8, 147:16,
147:20, 148:1, 148:2,
148:14, 148:17,
148:22, 148:23,

149:14, 149:19,
149:20, 150:8,
150:11, 150:12,
150:16, 150:23,
151:1, 151:12,
151:16, 151:17,
151:21, 151:25,
152:1, 152:6, 152:9,
152:10, 153:2, 153:5,
153:6, 154:6, 173:16,
173:25, 174:5, 174:9,
174:10, 175:6,
176:12, 176:19,
177:4, 181:21, 182:2,
182:6, 182:13,
182:17, 182:18,
183:1, 183:5, 183:6,
183:18, 183:21,
183:23, 184:8, 184:9,
185:3, 185:4, 185:14,
185:17, 185:18,
186:12, 186:14,
186:25, 187:4, 187:5,
187:12, 187:20,
187:21, 188:8,
188:12, 188:13,
189:3, 189:7, 189:8,
189:18, 189:21,
189:25, 190:1,
190:21, 191:1, 191:5,
191:6, 191:11,
191:14, 191:15,
191:24, 192:3, 192:4,
192:21, 192:25,
193:1, 193:21,
193:25, 194:1, 194:8,
194:10, 194:15,
194:18, 194:19,
195:1, 195:4, 195:5,
195:10, 195:11,
195:17, 195:20,
195:21, 196:9,
196:21, 197:6,
197:12, 197:13,
197:24, 198:2, 198:3,
199:10, 199:13,
199:14, 200:7,
200:10, 200:11,
202:18, 202:22,
202:23, 205:2,
205:11, 205:14,
205:15, 205:21,
205:25, 206:5, 206:8,
206:9, 206:23, 207:2,
207:6, 207:7, 207:17,
207:22, 208:1, 208:2,
208:15, 208:17,
209:13, 209:18,
209:20, 210:5,
210:10, 210:11,
210:21, 211:1, 213:4,

213:11, 217:19, 222:20, 224:24, 231:4, 231:7, 231:9, 231:12, 231:15, 232:18, 232:21, 233:17, 233:22, 234:2, 234:7, 234:8, 235:1, 235:4, 235:6, 235:10, 235:13, 235:14, 235:18, 235:21, 235:22, 236:1, 236:4, 236:5, 236:9, 236:13, 236:14, 236:24, 238:9

**Paschall** [6] - 4:9, 5:13, 20:11, 196:7, 231:3, 238:8

**pass** [1] - 174:25

**passageway** [4] - 47:20, 48:25, 49:2, 49:4

**passes** [1] - 83:8

**passing** [2] - 9:4, 170:25

**past** [6] - 53:7, 90:8, 103:22, 127:21, 153:25, 164:8

**path** [2] - 184:4, 186:5

**PATRICK** [1] - 1:6

**Patrick** [4] - 4:4, 106:9, 214:25, 216:10

**patriots** [1] - 30:15

**patrol** [5] - 6:12, 68:13, 110:22, 177:15, 178:15

**Paul** [2] - 27:25, 170:23

**pause** [26] - 8:2, 8:19, 9:8, 9:25, 13:21, 15:9, 15:23, 16:7, 32:14, 34:2, 34:21, 35:6, 35:22, 41:24, 114:22, 116:3, 138:21, 155:17, 156:11, 159:5, 160:6, 163:20, 164:3, 164:15, 165:10, 223:4

**paused** [5] - 27:12, 34:23, 42:16, 46:20, 164:23

**pauses** [1] - 158:20

**paying** [1] - 38:4

**peace** [1] - 81:24

**peaceful** [6] - 47:25, 68:9, 101:25, 102:2, 102:4, 105:6

**pedophiles** [2] - 33:8, 33:10

**Peeke** [1] - 57:17

**Pensacola** [1] - 1:25

**people** [77] - 7:7, 25:15, 25:17, 25:20, 26:5, 31:13, 31:22, 32:9, 38:5, 39:2, 39:13, 43:8, 43:24, 44:3, 44:22, 46:10, 48:10, 48:16, 48:22, 51:7, 51:11, 55:6, 55:14, 59:19, 59:22, 60:3, 61:18, 73:10, 73:13, 73:14, 77:1, 79:12, 82:12, 83:10, 86:21, 86:22, 89:11, 89:20, 97:19, 98:10, 100:8, 100:11, 100:21, 106:3, 130:23, 143:16, 145:14, 152:24, 153:25, 157:13, 165:21, 166:13, 167:24, 171:6, 171:17, 171:19, 173:1, 173:6, 175:18, 176:2, 176:3, 178:12, 178:18, 179:9, 179:10, 183:16, 184:6, 199:5, 202:2, 202:11, 204:14, 217:2, 221:18, 222:4, 229:13

**people's** [1] - 128:11

**perception** [3] - 91:23, 95:2, 100:16

**perform** [1] - 201:19

**perhaps** [2] - 167:18, 167:22

**period** [9] - 61:8, 61:14, 98:14, 100:23, 113:8, 143:17, 168:14, 171:5, 171:10

**periodically** [1] - 60:25

**person** [45] - 11:11, 27:21, 27:22, 32:21, 69:2, 75:21, 76:4, 76:19, 83:13, 85:22, 86:8, 91:3, 91:6, 94:1, 94:9, 96:20, 118:14, 123:8, 130:11, 130:22, 132:18, 147:9, 156:23, 158:7, 158:14, 175:23, 180:5, 180:10, 180:12, 188:19, 198:17, 198:19, 198:21, 199:15, 201:9, 203:1, 207:8, 214:2, 214:3, 214:6, 214:25, 220:21,

231:21, 231:24

**personal** [1] - 146:17

**personally** [4] - 11:12, 110:16, 125:24, 126:15

**personnel** [1] - 169:16

**perspective** [10] - 25:24, 113:13, 123:5, 123:10, 138:24, 166:1, 175:17, 197:2, 206:2, 206:11

**phone** [1] - 189:17

**phones** [2] - 54:3, 196:24

**photo** [2] - 127:18, 197:23

**photograph** [6] - 36:20, 49:13, 147:11, 149:1, 209:24, 210:14

**photographing** [1] - 209:4

**photographs** [1] - 208:13

**phrase** [1] - 33:10

**physical** [9] - 61:1, 61:13, 73:12, 73:13, 180:6, 205:8, 211:12, 219:24, 220:4

**physically** [1] - 143:16

**physics** [1] - 230:4

**picture** [3] - 47:19, 163:2, 225:21

**piece** [2] - 125:11, 152:3

**pin** [1] - 222:8

**pinned** [12] - 78:1, 106:1, 172:17, 199:7, 200:16, 200:18, 200:19, 203:3, 215:11, 219:2, 221:2, 221:9

**pinpoint** [1] - 170:7

**placard** [1] - 13:12

**place** [13] - 41:3, 42:11, 46:3, 46:15, 64:22, 64:25, 84:13, 107:21, 167:3, 179:13, 193:19, 203:16, 237:4

**placed** [1] - 25:16

**places** [1] - 47:7

**Plains** [2] - 112:6, 112:11

**Plaintiff** [1] - 1:4

**plan** [1] - 110:12

**planned** [2] - 108:17, 177:20

**planning** [3] - 53:21,

108:16, 108:20

**plastic** [4] - 58:9, 74:22, 218:25, 230:18

**platform** [7] - 37:4, 38:9, 39:1, 40:25, 126:23, 127:15, 193:3

**Platoon** [3] - 21:18, 21:20, 194:23

**platoon** [17] - 6:23, 7:3, 21:22, 22:13, 22:15, 24:18, 55:1, 55:5, 57:14, 57:20, 59:15, 107:20, 184:11, 186:6, 186:7, 186:23, 192:10

**platoons** [3] - 24:14, 24:17, 111:13

**play** [6] - 9:5, 12:11, 13:3, 23:12, 26:17, 33:23, 34:17, 38:11, 44:6, 62:9, 63:9, 71:8, 72:5, 72:21, 73:18, 75:14, 78:24, 81:9, 83:15, 86:21, 87:4, 92:22, 93:17, 98:12, 137:11, 139:3, 139:25, 140:13, 140:18, 141:13, 145:5, 146:10, 147:16, 147:23, 148:18, 150:8, 160:2, 162:5, 164:9, 174:6, 184:24, 186:13, 188:8, 191:2, 194:15, 195:17, 197:9, 197:24, 201:13, 205:11, 206:5, 207:22, 213:10, 217:22, 223:1, 223:15, 224:9, 224:16, 225:4, 227:2, 234:3

**played** [4] - 23:17, 64:13, 93:5, 155:4

**playing** [12] - 15:19, 16:3, 16:13, 77:6, 77:18, 84:20, 86:2, 86:15, 87:13, 88:21, 121:16, 190:11

**plaza** [10] - 47:21, 49:14, 49:16, 49:20, 49:22, 51:9, 61:5, 65:1, 126:5

**Plaza** [1] - 24:8

**pocket** [3] - 23:3, 161:20, 171:14

**pocketknives** [1] - 132:24

**point** [143] - 12:11, 12:17, 12:20, 14:13,

16:20, 18:14, 19:12, 19:24, 24:6, 25:1, 26:1, 28:11, 28:16, 28:22, 29:22, 30:17, 31:21, 38:7, 39:12, 39:16, 39:25, 40:2, 42:14, 42:16, 45:12, 49:19, 50:18, 51:1, 51:6, 51:10, 53:7, 54:21, 54:25, 55:4, 55:9, 58:6, 58:7, 58:12, 59:15, 63:5, 63:10, 65:3, 66:5, 68:14, 70:1, 72:17, 72:18, 73:5, 73:13, 75:24, 77:3, 79:15, 80:5, 80:24, 82:1, 82:4, 83:23, 88:12, 88:17, 89:19, 92:14, 92:23, 92:24, 97:2, 97:23, 99:10, 99:14, 100:24, 112:7, 113:10, 113:12, 119:14, 119:18, 119:25, 122:13, 124:13, 126:4, 128:20, 128:22, 132:12, 135:5, 137:20, 142:17, 149:9, 149:12, 149:25, 150:3, 152:15, 160:8, 160:13, 161:4, 162:15, 164:5, 168:3, 168:13, 168:20, 169:24, 170:1, 170:6, 170:7, 170:8, 173:2, 175:19, 175:21, 175:22, 176:5, 178:13, 178:14, 179:15, 180:21, 183:24, 184:10, 189:3, 189:9, 191:16, 192:15, 193:9, 195:13, 195:14, 196:3, 198:20, 199:16, 203:15, 207:23, 208:24, 209:6, 209:7, 211:2, 211:4, 213:24, 214:10, 218:9, 218:21, 223:7, 230:10, 230:11, 233:23, 234:15

**pointed** [3] - 15:16, 106:15, 119:20

**pointing** [5] - 12:16, 16:9, 32:8, 227:8, 227:17

**points** [1] - 98:14

**pole** [12] - 74:21,

74:25, 91:8, 91:17,
91:19, 92:7, 95:4,
95:20, 95:24, 123:4,
123:7, 123:12
  **poles** [3] - 73:14,
90:11
  **Police** [42] - 6:7, 6:8,
6:14, 9:2, 14:3, 21:4,
21:5, 21:14, 28:17,
35:11, 36:4, 41:5,
51:3, 57:5, 59:10,
60:12, 67:13, 67:19,
110:2, 110:3, 110:7,
111:5, 111:8, 118:16,
121:25, 125:13,
125:15, 125:20,
125:23, 127:13,
130:4, 130:7, 144:14,
144:15, 174:17,
177:9, 177:11,
183:15, 185:9, 212:1
  **police** [44] - 38:25,
42:8, 51:17, 51:19,
54:23, 55:2, 55:7,
55:16, 55:17, 58:4,
60:22, 64:2, 64:21,
65:1, 65:4, 76:7,
110:12, 110:23,
110:25, 119:8,
119:17, 119:19,
120:16, 123:4, 154:3,
168:15, 173:4,
174:20, 177:21,
178:11, 186:18,
186:21, 187:18,
188:1, 191:17, 195:8,
198:21, 199:8, 201:8,
202:14, 211:5,
219:14, 219:16,
233:13
  **policies** [2] - 154:14,
154:22
  **politician** [1] -
179:14
  **poll** [1] - 108:22
  **portion** [15] - 10:3,
26:24, 27:13, 114:25,
125:9, 130:3, 131:11,
142:14, 144:1,
145:13, 145:23,
181:7, 182:20,
182:21, 186:7
  **portions** [2] - 51:3,
181:18
  **position** [27] - 46:18,
52:24, 102:22,
103:16, 104:4,
110:11, 120:18,
137:20, 142:18,
143:6, 148:4, 148:10,

163:8, 163:13,
166:11, 166:13,
166:18, 168:12,
174:21, 188:3, 199:2,
200:20, 204:3,
204:17, 205:8,
205:18, 222:2
  **positioned** [1] - 63:2
  **positions** [1] - 98:18
  **positively** [3] -
216:24, 217:2, 217:5
  **possibility** [3] -
53:22, 161:22, 162:1
  **possible** [6] -
108:21, 162:2, 208:8,
215:4, 230:19, 230:20
  **possibly** [2] - 68:22,
173:9
  **Post** [1] - 2:3
  **post** [2] - 64:7, 180:2
  **posts** [1] - 180:22
  **posture** [1] - 184:23
  **potentially** [1] -
109:2
  **pounding** [3] -
155:19, 156:4, 156:24
  **pouring** [1] - 28:18
  **power** [1] - 199:2
  **powerful** [1] - 144:7
  **practice** [1] - 5:6
  **PRATT** [1] - 2:5
  **precarious** [1] -
166:25
  **preceding** [1] - 26:13
  **predecessors** [1] -
169:10
  **predict** [1] - 237:13
  **preference** [1] - 5:4
  **preferred** [1] -
103:25
  **preparation** [7] -
7:17, 23:8, 61:24,
69:5, 113:16, 181:15,
197:1
  **prepare** [2] - 108:23,
182:25
  **prepared** [3] -
137:24, 167:9, 193:17
  **preparing** [1] - 184:1
  **prerecorded** [1] -
185:23
  **presence** [2] - 38:25,
178:10
  **present** [3] - 4:22,
54:22, 199:20
  **presented** [1] -
167:25
  **presently** [1] - 23:2
  **presidency** [1] -
85:20

  **president** [5] - 16:20,
37:18, 70:6, 82:1,
82:2
  **President** [1] -
179:11
  **press** [2] - 86:21,
166:7
  **pressed** [2] - 201:6,
204:10
  **pressing** [5] -
135:21, 135:22,
152:25, 230:6, 230:15
  **pressure** [8] - 154:1,
201:6, 201:7, 201:11,
202:17, 211:18,
230:9, 230:11
  **pressured** [1] -
180:19
  **pretty** [25] - 27:14,
46:17, 48:24, 49:1,
49:12, 53:8, 58:2,
71:1, 71:23, 72:1,
73:5, 73:9, 76:6,
76:16, 78:8, 78:23,
80:10, 82:1, 83:7,
84:16, 90:13, 98:13,
115:5, 173:1, 221:22
  **prevent** [1] - 9:3
  **preventing** [2] - 7:9,
9:18
  **previous** [2] - 18:19,
101:23
  **previously** [7] - 19:8,
85:24, 118:3, 141:20,
149:12, 150:3, 188:4
  **primarily** [2] - 26:12,
43:17
  **privately** [5] - 51:25,
105:12, 171:23,
229:5, 230:22
  **problem** [1] - 107:25
  **proceed** [2] - 96:8,
123:19
  **Proceedings** [1] -
238:17
  **proceedings** [11] -
5:18, 20:16, 56:10,
56:17, 66:25, 109:10,
122:20, 176:22,
196:15, 213:3, 239:6
  **process** [1] - 28:14
  **produced** [1] - 239:6
  **progress** [1] - 117:7
  **progressing** [1] -
79:17
  **prolonged** [1] -
143:17
  **promoted** [2] -
110:22, 110:24
  **pronounce** [1] -

226:3
  **proper** [1] - 143:6
  **property** [4] - 85:17,
103:23, 181:8, 182:22
  **protect** [5] - 50:7,
60:2, 184:6, 184:7,
220:21
  **protecting** [1] -
11:22
  **protective** [4] -
22:11, 53:12, 225:21,
225:22
  **protest** [3] - 68:9,
105:6, 154:10
  **protester** [1] -
180:10
  **protesters** [4] - 42:8,
122:1, 143:9, 151:4
  **protesters'** [1] -
173:4
  **protestors** [1] -
168:15
  **protests** [1] - 90:19
  **provide** [1] - 177:21
  **provided** [1] - 125:20
  **public** [2] - 178:10,
185:23
  **publish** [2] - 5:4,
137:21
  **published** [213] - 8:1,
8:18, 9:7, 9:24, 10:15,
10:25, 11:4, 11:16,
12:5, 12:9, 12:13,
13:5, 13:20, 14:17,
15:8, 15:22, 16:6,
16:16, 17:1, 17:5,
17:15, 17:24, 18:8,
19:4, 23:14, 24:23,
26:20, 27:9, 28:3,
29:5, 29:15, 30:11,
31:6, 31:16, 32:2,
32:13, 33:1, 34:1,
34:20, 35:5, 35:17,
35:21, 36:11, 37:9,
37:13, 38:14, 39:6,
39:22, 40:10, 41:23,
46:1, 46:6, 62:3,
62:11, 62:18, 62:22,
63:12, 63:22, 69:13,
71:11, 72:7, 72:24,
73:21, 74:1, 74:5,
74:14, 75:4, 75:13,
75:17, 76:2, 76:11,
77:9, 77:13, 77:20,
79:2, 80:17, 81:18,
82:16, 83:17, 84:23,
86:5, 86:17, 87:7,
87:16, 88:24, 93:1,
93:20, 94:6, 94:16,
94:23, 96:15, 96:25,

113:22, 114:21,
115:18, 116:2,
116:15, 117:11,
118:8, 118:24,
119:11, 120:6,
121:19, 122:11,
129:7, 129:24,
130:15, 131:7,
131:19, 133:11,
134:6, 134:20,
135:13, 136:11,
137:14, 138:16,
138:20, 139:6, 140:3,
140:7, 140:16,
140:21, 141:16,
142:4, 142:8, 143:1,
143:22, 144:11,
144:20, 145:8,
145:20, 146:13,
147:19, 147:25,
148:21, 149:18,
150:22, 151:15,
151:24, 152:8, 153:4,
155:7, 155:13,
155:16, 156:10,
156:18, 158:4, 159:4,
159:13, 159:17,
160:5, 160:23, 162:8,
162:12, 163:5,
163:19, 164:2,
164:14, 165:9, 174:4,
174:8, 182:16, 183:4,
183:20, 185:2,
185:16, 187:3,
188:11, 189:6,
189:20, 189:24,
191:4, 191:13, 192:2,
192:24, 193:24,
194:17, 195:3,
195:19, 197:11,
198:1, 199:12, 200:9,
202:21, 205:13,
205:24, 206:7, 207:1,
207:5, 207:25,
217:25, 223:3,
223:23, 224:2, 224:8,
224:11, 224:18,
225:7, 225:18, 226:7,
226:13, 226:18,
227:4, 227:15, 228:1,
228:10, 229:22,
234:6, 235:3, 235:12,
235:20, 236:3, 236:12
  **pull** [61] - 7:23, 8:16,
10:23, 12:2, 12:10,
14:13, 18:5, 23:11,
24:20, 29:12, 29:23,
31:24, 33:15, 40:5,
45:21, 62:1, 64:15,
69:10, 71:7, 113:19,
114:19, 117:9, 120:4,

127:1, 128:16, 131:16, 140:17, 142:6, 142:20, 146:9, 147:21, 147:22, 149:15, 151:12, 166:21, 173:23, 173:25, 174:1, 176:6, 183:1, 184:8, 185:14, 186:12, 187:20, 189:18, 191:1, 191:25, 192:21, 195:10, 197:6, 197:7, 197:8, 200:23, 205:21, 206:23, 207:2, 208:15, 209:18, 225:11, 233:17, 236:17
**pulled** [1] - 8:4, 114:8, 114:24, 131:22, 173:18, 182:7, 208:18
**pulling** [4] - 18:4, 29:21, 33:18
**pulls** [2] - 201:1, 236:17
**punched** [1] - 104:18
**punching** [2] - 73:14, 184:21
**purpose** [7] - 22:9, 53:9, 101:17, 101:18, 103:21, 121:12, 219:16
**pursued** [3] - 46:16, 50:12, 50:13
**push** [27] - 10:4, 47:10, 61:1, 61:18, 65:18, 80:6, 80:12, 99:1, 145:15, 145:17, 146:5, 147:23, 149:7, 168:1, 168:3, 170:12, 186:13, 198:25, 199:3, 219:22, 219:23, 220:2, 220:3, 220:6, 222:8, 226:10
**pushed** [8] - 65:19, 65:21, 78:8, 79:8, 150:2, 202:2, 232:9, 232:23
**pushing** [29] - 65:8, 78:7, 100:17, 100:21, 100:22, 112:21, 127:20, 127:21, 169:21, 171:5, 174:20, 184:21, 202:3, 202:12, 202:13, 221:1, 221:10, 221:19, 221:21, 221:22, 221:23, 222:1, 229:17, 232:1, 235:7,

235:15, 235:24, 236:7, 236:21
**put** [12] - 53:19, 58:9, 59:3, 82:20, 102:11, 108:17, 161:19, 165:1, 182:24, 192:13, 201:16, 234:19
**putting** [3] - 181:3, 182:10, 225:21

## Q

**questioning** [1] - 173:19
**questions** [20] - 20:2, 20:4, 41:13, 41:15, 41:18, 52:3, 52:9, 54:16, 56:1, 66:8, 66:11, 66:13, 90:24, 103:5, 173:13, 176:12, 213:5, 230:25, 231:2, 236:24
**quick** [1] - 122:22
**quickly** [2] - 22:20, 127:21
**quit** [3] - 33:9, 100:17, 161:10
**quite** [6] - 87:2, 92:21, 120:16, 152:4, 229:10, 237:21

## R

**race** [1] - 211:18
**rack** [11] - 13:11, 13:12, 13:16, 14:4, 55:5, 55:19, 116:8, 116:9, 116:23, 120:1, 120:3
**racks** [14] - 13:8, 18:4, 19:10, 25:16, 26:6, 43:18, 43:20, 54:21, 55:1, 55:10, 55:11, 55:12, 55:16
**radio** [10] - 58:16, 58:17, 68:21, 175:22, 175:23, 176:4, 180:14, 184:3, 192:8
**raising** [1] - 123:17
**rallies** [4] - 41:5, 90:18, 153:13, 211:24
**rally** [3] - 154:2, 179:10, 179:13
**Ramey** [1] - 137:19
**ran** [2] - 180:8, 180:25
**range** [3] - 124:8, 212:10, 237:13

**ranging** [1] - 124:21
**rank** [2] - 57:6, 110:9
**rapid** [4] - 6:17, 6:18, 57:14, 224:20
**rarely** [1] - 121:7
**rather** [2] - 91:12, 203:17
**RDR** [3] - 2:7, 239:3, 239:12
**re** [2] - 122:21, 122:23
**re-call** [2] - 122:21, 122:23
**reach** [1] - 133:18
**reached** [2] - 142:5, 147:20
**reacted** [1] - 58:18
**reaction** [1] - 45:5
**readily** [1] - 170:1
**ready** [6] - 53:11, 64:8, 71:23, 72:1, 108:11, 184:6
**reality** [1] - 46:23
**realized** [3] - 70:5, 73:5, 81:12
**really** [17] - 25:22, 44:2, 45:14, 48:21, 71:25, 89:17, 90:10, 100:14, 101:7, 101:12, 112:16, 117:18, 165:14, 175:22, 201:16, 202:16, 220:12
**realtime** [1] - 33:13
**rear** [2] - 59:10, 120:17
**reason** [6] - 135:25, 215:21, 216:5, 221:8, 221:9, 223:14
**reasons** [3] - 49:25, 126:19, 142:21
**recapture** [1] - 170:13
**receive** [2] - 112:10, 211:8
**RECEIVED** [1] - 3:14
**recess** [3] - 56:9, 122:19, 196:14
**reciprocal** [2] - 146:17, 148:4
**recognize** [5] - 62:13, 62:25, 114:2, 190:9, 208:19
**recognized** [1] - 40:1
**recollection** [23] - 70:4, 88:15, 88:19, 95:2, 95:5, 95:9, 95:19, 101:7, 101:10, 101:15, 102:8, 102:16, 102:18,

103:8, 104:14, 104:20, 104:24, 106:11, 106:24, 156:25, 165:14, 173:8, 199:20
**record** [12] - 4:7, 6:3, 57:2, 91:3, 96:22, 109:7, 109:8, 117:14, 123:9, 124:7, 132:14, 227:12
**recording** [2] - 23:19, 113:12
**recordings** [1] - 211:17
**recover** [2] - 37:20, 233:16
**red** [6] - 135:20, 139:10, 144:3, 146:18, 185:6, 185:11
**Red** [1] - 3:2
**redirect** [2] - 108:1, 231:3
**REDIRECT** [3] - 54:19, 173:15, 231:8
**reestablish** [1] - 46:10
**refer** [4] - 99:16, 156:2, 158:7, 180:10
**referenced** [1] - 120:1
**referencing** [2] - 137:7, 171:11
**referred** [1] - 91:4
**referring** [1] - 87:25
**reflect** [1] - 91:3
**regain** [1] - 170:13
**regained** [1] - 51:4
**regarding** [2] - 117:20, 172:12
**regroup** [2] - 170:23, 186:23
**regular** [3] - 53:17, 58:4, 68:13
**reinforce** [1] - 10:6
**reinitiate** [1] - 101:6
**related** [1] - 111:20
**relation** [1] - 82:22
**relative** [2] - 204:3, 204:4
**release** [1] - 212:22
**relevance** [1] - 217:19
**relevant** [1] - 211:11
**relief** [2] - 167:12, 208:5
**relieve** [1] - 143:7
**remain** [2] - 39:16, 67:2
**remainder** [1] - 78:24

**remained** [2] - 103:18
**remember** [47] - 29:23, 45:22, 57:20, 57:23, 57:24, 58:23, 60:11, 60:18, 64:10, 65:6, 65:7, 65:16, 70:21, 76:24, 79:24, 97:24, 98:5, 101:11, 106:4, 123:14, 124:4, 128:4, 132:9, 132:11, 144:3, 146:1, 146:2, 152:18, 152:19, 153:8, 157:2, 158:23, 172:6, 172:21, 172:23, 172:24, 173:9, 174:15, 176:1, 188:19, 188:21, 188:22, 198:22, 219:8, 233:5
**remind** [6] - 87:21, 88:5, 123:22, 131:1, 196:19, 238:11
**rendered** [1] - 233:14
**reorganize** [1] - 186:23
**repeat** [1] - 161:11
**repeated** [1] - 218:3
**repel** [1] - 184:22, 187:17, 191:20, 195:25, 198:24, 201:19, 202:14, 219:18, 219:20, 231:21, 231:24
**repelled** [1] - 219:19
**replay** [2] - 102:19, 105:3
**REPORTED** [1] - 2:7
**reporter** [1] - 67:9
**REPORTER** [1] - 162:17
**Reporter** [2] - 2:8, 239:12
**represent** [1] - 160:1
**representation** [13] - 7:21, 8:6, 14:21, 23:19, 34:8, 139:17, 146:25, 161:2, 165:16, 181:17, 190:17, 210:1, 210:17
**required** [1] - 180:21
**resisting** [1] - 112:20
**resources** [1] - 170:1
**respect** [1] - 50:22
**respecting** [1] - 55:7
**respects** [1] - 92:19
**respond** [5] - 53:15, 54:4, 64:9, 68:23, 180:23

**responded** [4] - 112:4, 112:12, 154:9, 154:13

**responding** [2] - 6:20, 112:1

**response** [11] - 6:17, 6:18, 22:19, 57:14, 103:4, 105:7, 111:23, 154:19, 154:24, 177:19, 194:5

**responsibilities** [2] - 21:19, 170:18

**responsible** [1] - 111:17

**responsive** [1] - 25:13

**rest** [4] - 77:3, 180:11, 186:5, 238:3

**rested** [1] - 238:2

**resting** [1] - 238:1

**restrain** [1] - 46:22

**restricted** [1] - 183:16

**restricting** [1] - 47:14

**rests** [1] - 237:16

**result** [2] - 47:15, 211:9

**resulted** [1] - 233:15

**results** [1] - 85:20

**resume** [2] - 5:1, 237:5

**retain** [1] - 203:4

**retake** [2] - 196:16, 232:19

**retakes** [1] - 123:20

**retreat** [3] - 166:19, 167:3, 206:17

**retreated** [4] - 19:21, 206:21, 207:14

**retreating** [2] - 28:25, 193:6

**return** [2] - 208:8, 238:12

**returned** [1] - 113:9

**review** [4] - 14:2, 23:8, 61:23, 123:18

**reviewed** [6] - 7:17, 69:4, 69:15, 113:16, 181:14, 197:2

**right-hand** [7] - 13:24, 15:13, 36:15, 40:17, 125:8, 149:8, 198:16

**rile** [3] - 102:1, 102:2, 102:5

**Riley** [6] - 27:25, 38:3, 131:12, 131:13, 170:23

**rinse** [1] - 27:5

**rinsing** [1] - 37:21

**riot** [15] - 68:22, 90:15, 110:17, 154:9, 177:23, 185:25, 198:21, 200:17, 201:5, 203:8, 219:17, 230:19, 232:22, 233:13, 234:19

**rioter** [6] - 84:8, 87:11, 88:5, 91:13, 173:22

**rioters** [44] - 34:9, 38:8, 39:16, 42:8, 42:9, 44:21, 70:18, 70:20, 73:2, 73:15, 76:23, 78:7, 78:19, 79:16, 80:3, 80:6, 83:4, 83:9, 83:11, 83:23, 84:4, 84:14, 84:18, 85:14, 85:24, 87:1, 88:14, 88:17, 89:12, 89:18, 98:17, 103:6, 122:6, 136:25, 138:4, 138:13, 139:1, 143:10, 145:15, 168:16, 175:14, 175:17

**rioters'** [1] - 174:20

**riots** [2] - 111:20, 212:18

**rip** [3] - 200:24, 203:6

**ripped** [1] - 214:3

**risk** [1] - 60:13

**risking** [1] - 16:10

**road** [1] - 24:8

**role** [4] - 44:6, 111:19, 111:22, 221:18

**roles** [1] - 111:18

**roll** [2] - 52:15, 237:18

**Room** [1] - 2:10

**room** [5] - 78:11, 166:19, 194:14, 205:19, 225:15

**rotating** [2] - 166:13, 167:24

**roughly** [6] - 7:2, 8:23, 99:7, 124:24, 171:3, 172:7

**roundabout** [1] - 115:12

**row** [1] - 85:24

**rub** [1] - 132:15

**run** [8] - 10:11, 38:6, 156:8, 156:16, 158:1, 164:12, 189:1, 206:20

**running** [4] - 10:8, 50:15, 169:25, 170:6

**rush** [4] - 73:2, 73:7, 76:16, 76:23

**rushed** [2] - 75:22, 77:1

**rushing** [1] - 73:10

### S

**s4egments** [1] - 140:15

**safe** [2] - 53:17, 53:18

**safer** [1] - 41:3

**safety** [1] - 145:2

**sake** [2] - 155:24, 212:20

**saw** [26] - 10:8, 27:2, 47:17, 47:18, 48:9, 69:8, 77:1, 83:10, 91:23, 102:10, 102:14, 102:16, 106:2, 106:14, 118:3, 132:14, 133:2, 133:16, 135:25, 146:21, 157:3, 163:22, 165:25, 168:7, 205:20, 217:2

**scaffolding** [24] - 25:5, 25:6, 26:15, 28:8, 31:11, 31:13, 31:20, 31:23, 32:8, 32:9, 32:17, 34:4, 34:9, 34:25, 37:22, 37:23, 38:8, 48:4, 48:5, 48:11, 48:13, 48:17, 49:11, 120:13

**scale** [2] - 54:7, 90:18

**scanning** [1] - 26:25

**SCAT** [2] - 125:2

**scenario** [1] - 166:19

**scene** [1] - 182:21

**scheduling** [1] - 237:8

**school** [1] - 71:17

**scream** [2] - 215:14

**screamed** [4] - 172:18, 215:14, 215:15, 215:22

**screaming** [6] - 33:5, 172:24, 203:20, 203:23, 215:16, 215:25

**screen** [28] - 11:6, 13:24, 15:13, 18:18, 24:5, 25:7, 27:22, 29:10, 35:25, 36:16, 64:20, 115:22, 121:24, 125:9,

130:19, 131:23, 140:10, 174:12, 182:7, 183:10, 188:15, 195:22, 197:19, 197:21, 198:5, 198:16, 204:5, 208:18

**screenshot** [2] - 31:24, 32:4

**scrum** [1] - 98:14

**sea** [5] - 51:7, 89:20, 100:7, 100:11, 175:17

**seat** [5] - 5:22, 20:20, 67:4, 109:16, 176:25

**second** [27] - 9:8, 48:4, 71:5, 73:6, 73:7, 73:19, 73:23, 74:10, 75:2, 75:11, 76:5, 77:10, 84:7, 115:13, 128:23, 128:24, 140:5, 145:5, 150:6, 157:14, 157:20, 164:12, 170:12, 180:9, 222:8, 222:9, 227:8

**seconds** [38] - 10:12, 11:2, 29:13, 33:24, 34:23, 35:2, 35:15, 35:19, 36:9, 36:14, 46:20, 62:9, 62:24, 71:8, 72:5, 78:25, 79:4, 81:10, 81:19, 86:24, 92:24, 93:18, 96:13, 131:17, 141:19, 146:4, 147:23, 149:16, 159:8, 159:15, 163:14, 189:22, 191:2, 193:25, 197:15, 217:22, 228:7

**sections** [2] - 116:8, 116:9

**secure** [3] - 50:2, 61:16, 203:16

**security** [4] - 78:3, 79:9, 111:2, 111:12

**see** [170] - 9:3, 10:9, 10:10, 10:17, 11:9, 12:16, 12:17, 13:11, 13:23, 15:14, 26:6, 27:16, 28:7, 28:13, 31:12, 32:18, 33:21, 35:9, 35:24, 36:4, 40:12, 40:18, 42:10, 49:21, 50:21, 63:15, 64:18, 65:14, 72:11, 74:8, 74:17, 75:6, 75:8, 75:19, 76:4, 76:14, 77:15, 79:5, 80:19, 81:5, 82:20,

84:7, 87:10, 89:2, 89:17, 91:17, 92:2, 92:24, 93:9, 93:11, 93:13, 95:3, 96:18, 97:19, 97:21, 99:8, 102:10, 102:18, 104:12, 104:14, 104:18, 104:21, 105:25, 108:23, 112:15, 112:16, 112:18, 112:20, 115:21, 116:7, 118:1, 118:11, 119:4, 119:22, 119:24, 121:25, 122:2, 125:8, 125:10, 127:8, 129:10, 130:8, 131:25, 133:18, 135:18, 136:17, 136:19, 137:17, 138:24, 139:9, 139:12, 140:9, 141:4, 141:19, 141:23, 144:3, 144:23, 145:3, 145:11, 145:12, 145:17, 147:9, 149:23, 151:5, 152:2, 152:4, 155:9, 155:19, 155:23, 156:13, 158:8, 159:7, 159:8, 159:20, 159:21, 160:25, 161:7, 162:5, 162:14, 164:5, 165:6, 165:23, 169:4, 169:7, 171:20, 175:17, 183:10, 185:5, 186:15, 186:22, 187:13, 189:12, 190:3, 190:7, 190:8, 196:2, 197:15, 197:18, 198:6, 198:8, 198:16, 201:1, 201:8, 202:25, 203:12, 206:11, 206:18, 207:8, 209:10, 216:22, 216:25, 217:4, 225:5, 225:9, 225:12, 225:20, 225:22, 226:20, 227:6, 228:3, 228:4, 228:5, 228:12, 228:25, 229:20, 234:9

**seeing** [56] - 8:12, 14:11, 15:2, 23:25, 30:22, 31:21, 34:14, 34:24, 36:16, 36:21, 37:17, 38:1, 38:22, 39:25, 63:6, 69:20, 70:23, 78:18, 84:4, 84:10, 85:12, 89:11, 91:7, 95:10, 97:15,

97:24, 98:5, 101:15, 106:8, 106:24, 114:15, 116:5, 117:2, 119:14, 120:15, 120:17, 121:23, 131:24, 141:10, 147:5, 150:18, 171:12, 173:7, 173:8, 174:12, 181:24, 182:8, 182:9, 190:23, 195:6, 201:2, 207:19, 209:3, 209:15, 210:12, 234:12

**seek** [2] - 211:2, 217:17

**seem** [2] - 10:6, 175:10

**sees** [1] - 92:1

**segment** [1] - 164:9

**segments** [208] - 7:25, 8:17, 9:6, 9:23, 10:14, 10:24, 11:3, 11:15, 12:4, 12:8, 12:12, 13:4, 13:19, 14:16, 15:7, 15:21, 16:5, 16:15, 16:25, 17:4, 17:14, 17:23, 18:7, 19:3, 23:13, 24:22, 26:19, 27:8, 28:2, 29:4, 29:14, 30:10, 31:5, 31:15, 32:1, 32:12, 32:25, 33:25, 34:19, 35:4, 35:16, 35:20, 36:10, 37:8, 37:12, 38:13, 39:5, 39:21, 40:9, 41:22, 45:25, 46:5, 62:2, 62:10, 62:17, 62:21, 63:11, 63:21, 69:12, 71:10, 72:6, 72:23, 73:20, 73:25, 74:4, 74:13, 75:3, 75:12, 75:16, 76:1, 76:10, 77:8, 77:12, 77:19, 79:1, 80:16, 81:17, 82:15, 83:16, 84:22, 86:4, 86:16, 87:6, 87:15, 88:23, 92:25, 93:19, 94:5, 94:15, 94:22, 96:14, 96:24, 113:21, 114:20, 115:17, 116:1, 116:14, 117:10, 118:7, 118:23, 119:10, 120:5, 121:18, 122:10, 129:6, 129:23, 130:14, 131:6, 131:18, 133:10, 134:5,

134:19, 135:12, 136:10, 137:13, 138:15, 138:19, 139:5, 140:2, 140:6, 140:20, 141:15, 142:3, 142:7, 142:25, 143:21, 144:10, 144:19, 145:7, 145:19, 146:12, 147:18, 147:24, 148:20, 149:17, 150:21, 151:14, 151:23, 152:7, 153:3, 155:6, 155:12, 155:15, 156:9, 156:17, 158:3, 159:3, 159:12, 159:16, 160:22, 162:7, 162:11, 163:4, 163:18, 164:1, 164:13, 165:8, 174:3, 174:7, 182:15, 183:3, 183:19, 185:1, 185:15, 187:2, 188:10, 189:5, 189:19, 189:23, 191:3, 191:12, 192:1, 192:23, 193:23, 194:16, 195:2, 195:18, 197:10, 197:25, 199:11, 200:8, 202:20, 205:12, 205:23, 206:6, 206:25, 207:4, 207:24, 217:24, 223:2, 224:10, 225:6, 225:17, 226:6, 226:12, 226:17, 227:3, 227:14, 227:25, 228:9, 229:21, 234:5, 235:2, 235:11, 235:19, 236:2, 236:11

**semi** [1] - 59:11

**semi-hostile** [1] - 59:11

**Senate** [1] - 85:17

**sense** [3] - 39:15, 222:7, 222:11

**senses** [1] - 204:16

**sent** [3] - 59:9, 110:24, 211:7

**separate** [1] - 58:20

**separated** [6] - 59:15, 127:24, 180:9, 184:10, 184:19, 186:8

**separating** [2] - 60:3, 64:2

**sequence** [2] - 96:11, 163:14

**sergeant** [26] - 27:23, 110:8, 110:10, 110:25, 111:7, 114:2, 115:21, 121:4, 122:16, 125:8, 128:19, 131:12, 136:14, 138:11, 138:23, 140:24, 142:11, 145:25, 148:3, 152:2, 153:21, 170:23, 173:17, 209:4, 209:23, 210:14

**Sergeant** [26] - 27:25, 38:3, 57:16, 57:17, 57:18, 108:15, 109:11, 109:15, 114:24, 120:9, 122:21, 123:21, 123:25, 126:16, 127:4, 131:13, 134:24, 143:5, 148:24, 155:3, 172:4, 173:2, 173:10, 176:13, 206:20

**sergeants** [6] - 38:3, 57:15, 58:22, 182:23, 206:20, 208:13

**serious** [2] - 219:24, 220:4

**serve** [1] - 230:10

**service** [1] - 237:2

**set** [12] - 124:2, 127:24, 128:23, 128:25, 135:6, 150:1, 151:7, 160:11, 168:10, 170:12, 213:8

**seven** [8] - 6:10, 53:7, 168:8, 177:13, 212:8, 212:9, 217:22

**several** [5] - 13:15, 91:12, 149:5, 168:14, 211:20

**SEVERT** [1] - 2:5

**shaking** [1] - 136:17

**sheer** [2] - 80:10, 189:1

**shield** [60] - 94:9, 125:10, 125:12, 125:13, 125:14, 125:15, 125:17, 126:2, 162:25, 198:21, 199:8, 199:16, 200:18, 201:5, 201:10, 201:21, 201:22, 202:4, 202:8, 203:3, 203:25, 204:3, 204:14, 205:9, 215:3, 215:7, 218:22, 218:23, 218:25,

219:17, 219:21, 219:23, 220:3, 220:9, 220:11, 220:21, 220:22, 225:10, 225:22, 226:10, 230:2, 230:3, 230:9, 230:14, 230:16, 230:18, 232:4, 232:16, 232:22, 232:24, 233:3, 233:13, 234:20, 234:23, 235:8, 235:16, 235:24, 236:7, 236:21

**shields** [12] - 97:3, 97:8, 125:19, 125:23, 125:25, 143:6, 159:9, 169:19, 182:24, 202:2, 219:14, 229:17

**shift** [4] - 53:5, 53:19, 78:11, 79:13

**shifted** [1] - 199:5

**shins** [1] - 58:10

**SHIPLEY** [105] - 2:2, 2:2, 4:20, 41:15, 41:18, 41:21, 41:24, 42:1, 46:2, 46:7, 46:8, 51:22, 51:25, 66:15, 82:25, 84:1, 85:6, 88:7, 91:2, 91:9, 91:19, 91:21, 92:1, 92:6, 92:8, 92:13, 92:17, 92:22, 93:2, 93:3, 93:17, 93:21, 93:22, 94:4, 94:7, 94:8, 94:14, 94:17, 94:18, 94:21, 94:24, 95:1, 96:4, 96:6, 96:9, 96:12, 96:16, 96:17, 96:23, 97:1, 105:9, 105:12, 132:3, 155:2, 155:4, 155:8, 155:14, 155:17, 155:18, 156:8, 156:11, 156:12, 156:16, 156:19, 156:20, 157:7, 157:25, 158:5, 158:6, 159:1, 159:5, 159:6, 159:11, 159:14, 159:18, 159:19, 160:3, 160:6, 160:7, 160:20, 160:24, 162:4, 162:9, 162:13, 162:20, 163:3, 163:6, 163:7, 163:17, 163:20, 163:21, 163:25, 164:3, 164:4, 164:11, 164:15, 164:19, 165:6, 165:10,

165:12, 171:23, 231:2, 237:7, 237:22, 238:5

**Shipley** [12] - 4:21, 4:23, 41:14, 66:14, 91:1, 123:17, 154:25, 171:25, 173:17, 175:2, 175:7, 231:1

**shirt** [5] - 45:18, 89:3, 89:4, 91:4, 96:19

**shit** [1] - 16:10

**shook** [1] - 228:4

**shoot** [1] - 211:18

**short** [2] - 66:3, 130:23

**shortly** [1] - 56:15

**shot** [8] - 30:6, 48:9, 48:10, 64:7, 64:16, 65:20, 131:22, 197:18

**shoulder** [10] - 130:7, 149:1, 159:22, 226:20, 226:23, 227:6, 228:14, 228:16, 230:14, 230:17

**shout** [1] - 194:20

**shoved** [1] - 94:10

**show** [1] - 95:7

**showed** [2] - 112:23, 233:23

**showing** [3] - 25:3, 32:8, 213:12

**shows** [3] - 92:20, 95:12, 165:19

**sic** [2] - 161:3, 219:23

**side** [31] - 9:20, 10:9, 10:17, 13:24, 15:13, 34:5, 36:15, 38:22, 38:24, 42:15, 42:20, 44:6, 44:13, 98:18, 98:19, 114:6, 115:21, 130:9, 141:6, 149:8, 149:22, 168:21, 168:25, 173:4, 198:5, 198:16, 207:8, 229:12

**sides** [4] - 48:11, 100:18, 229:12, 237:7

**sideways** [2] - 97:2, 97:9

**sight** [1] - 149:10

**sign** [2] - 127:8, 127:10

**signal** [2] - 102:11, 102:20

**significant** [3] - 46:23, 201:17, 232:15

**significantly** [1] - 154:23

**signs** [3] - 115:22, 116:7, 178:19
**similar** [4] - 188:3, 206:2, 233:19, 234:19
**simplicity's** [1] - 155:24
**simply** [4] - 28:25, 46:25, 178:10, 237:15
**single** [1] - 59:14
**single-file** [1] - 59:14
**sirens** [1] - 112:13
**sit** [4] - 54:2, 102:12, 102:20, 103:10
**sitting** [6] - 99:21, 99:22, 102:22, 103:13, 155:25
**situation** [6] - 53:11, 128:12, 129:20, 138:1, 153:23, 166:25
**situations** [2] - 111:23, 144:6
**six** [3] - 57:9, 168:8, 171:1
**size** [3] - 124:22, 124:23, 128:6
**sized** [1] - 133:19
**skipped** [1] - 25:10
**skirmish** [3] - 42:6, 168:15, 229:9
**skirmishes** [1] - 47:6
**skull** [4] - 214:12, 214:13, 214:17, 214:19
**sleep** [1] - 90:11
**sleeve** [2] - 77:16, 136:17
**slope** [1] - 169:1
**slow** [1] - 47:10
**slower** [2] - 65:9
**slowly** [1] - 65:13
**small** [3] - 39:11, 124:23, 230:8
**smaller** [1] - 230:13
**smashing** [1] - 157:4
**smell** [1] - 44:14
**smelling** [1] - 45:8
**smoke** [4] - 44:16, 44:17, 191:10, 195:7
**smoke-based** [1] - 191:10
**smushed** [2] - 51:13, 79:16
**so..** [3] - 82:3, 171:15, 221:17
**SOD** [1] - 52:25
**soft** [1] - 54:13
**solid** [1] - 58:2
**someone** [12] - 19:19, 72:13, 83:20, 130:19, 131:14,

131:25, 137:25, 142:19, 157:3, 200:18, 200:22
**sometime** [3] - 68:18, 105:24
**somewhere** [4] - 18:24, 64:23, 73:22, 212:9
**soon** [5] - 5:11, 37:18, 199:4, 208:6, 208:8
**sorry** [20] - 10:10, 12:6, 44:12, 62:16, 65:10, 67:16, 93:7, 97:5, 98:3, 106:21, 107:18, 137:4, 138:17, 146:11, 157:25, 175:3, 218:13, 233:19, 237:21
**sort** [29] - 18:17, 42:6, 45:14, 48:16, 53:20, 72:9, 77:16, 77:23, 80:2, 89:3, 103:16, 107:11, 111:21, 119:15, 125:10, 136:17, 141:5, 147:10, 169:15, 170:10, 171:4, 174:21, 175:8, 187:14, 191:9, 211:6, 227:17, 230:2, 236:17
**sound** [2] - 122:4, 124:9
**sounded** [3] - 11:22, 64:12, 64:13
**sounds** [2] - 124:10, 134:11
**south** [1] - 114:6
**South** [1] - 114:6
**Southeast** [1] - 24:8
**southwest** [4] - 34:5, 115:10, 119:18, 119:23
**space** [4] - 44:18, 76:17, 77:4, 78:9
**spacing** [1] - 43:23
**speaker** [1] - 122:3
**speaking** [4] - 84:12, 137:9, 137:18, 220:1
**special** [5] - 52:25, 111:2, 111:11, 111:15, 111:23
**specific** [3] - 22:10, 24:8, 165:18
**specifically** [4] - 149:5, 153:20, 214:22, 233:9
**specifics** [1] - 60:11
**speculation** [1] -

85:6
**speech** [2] - 158:21, 179:19
**speed** [1] - 50:15
**spell** [7] - 6:2, 20:24, 57:2, 67:8, 109:22, 120:21, 177:5
**spent** [2] - 107:9, 211:20
**spray** [17] - 25:18, 25:19, 55:4, 55:10, 55:19, 90:12, 110:16, 111:21, 124:21, 124:25, 133:20, 135:2, 135:5, 135:7, 149:8, 169:25, 170:5
**sprayed** [9] - 19:19, 25:19, 79:22, 80:2, 90:12, 170:19, 170:22, 170:25, 171:1
**spraying** [1] - 133:21
**sprays** [1] - 133:20
**square** [2] - 122:2, 131:23
**squirting** [1] - 28:18
**stable** [1] - 46:17
**stage** [17] - 36:18, 37:4, 37:18, 37:20, 38:23, 39:1, 52:11, 65:22, 65:23, 65:25, 126:6, 126:13, 126:23, 129:3, 192:19, 193:2
**staging** [2] - 186:10, 186:19
**stair** [1] - 26:14
**staircase** [1] - 192:18
**stairs** [12] - 36:5, 38:6, 39:17, 47:21, 47:23, 48:13, 48:22, 65:19, 66:2, 66:4, 127:24, 220:6
**stairway** [3] - 48:14, 49:7, 49:8
**stairwell** [5] - 36:23, 36:24, 37:3, 38:25, 48:10
**stalemate** [2] - 104:4, 171:6
**Stamford** [1] - 1:21
**stance** [1] - 117:18
**stand** [10] - 5:20, 53:9, 71:1, 71:3, 106:17, 109:12, 123:20, 176:9, 196:17, 232:19
**standing** [13] - 9:1, 9:17, 44:22, 51:17, 54:25, 60:21, 61:17,

67:2, 86:22, 99:10, 100:18, 119:15, 146:3
**stands** [3] - 37:19, 124:8, 222:16
**start** [50] - 9:21, 10:12, 11:13, 12:7, 17:13, 27:6, 31:3, 32:11, 39:3, 39:19, 58:3, 58:4, 68:2, 108:11, 115:15, 115:24, 118:21, 119:9, 121:16, 129:4, 129:21, 130:13, 131:5, 134:3, 134:18, 135:10, 142:1, 142:23, 144:9, 144:18, 145:18, 146:11, 151:21, 151:22, 152:6, 178:24, 183:18, 186:25, 191:11, 192:22, 193:22, 199:10, 202:18, 203:10, 213:20, 235:1, 235:10, 235:18, 236:1, 236:9
**started** [17] - 39:13, 59:8, 68:11, 73:2, 82:4, 86:23, 108:7, 129:2, 166:20, 179:20, 179:23, 181:3, 181:6, 181:8, 184:21, 185:6, 200:23
**starting** [7] - 4:7, 53:4, 87:4, 92:22, 152:13, 203:17, 236:16
**starts** [6] - 13:3, 69:11, 93:23, 158:20, 158:21, 169:1
**state** [7] - 6:2, 19:7, 20:24, 67:8, 109:22, 177:5, 201:18
**statements** [1] - 9:16
**States** [14] - 2:8, 4:3, 4:9, 7:4, 58:13, 112:24, 118:15, 180:14, 182:12, 182:22, 187:19, 192:7, 208:22, 239:13
**STATES** [4] - 1:1, 1:3, 1:11, 1:16
**static** [2] - 103:16, 104:4
**station** [3] - 48:18, 130:5
**stationed** [9] - 6:25, 22:2, 22:9, 26:12, 58:19, 68:4, 68:15, 178:3, 178:20

**stay** [8] - 64:25, 87:1, 87:22, 88:6, 88:12, 89:16, 135:24, 136:2
**stayed** [5] - 66:3, 138:3, 138:5, 160:9, 186:7
**staying** [5] - 22:7, 40:1, 147:9, 167:24, 204:18
**steadily** [1] - 170:12
**steal** [2] - 25:16, 184:22
**stealing** [1] - 17:19
**stenographic** [1] - 239:5
**step** [7] - 20:8, 26:10, 56:3, 66:17, 108:3, 231:12, 236:25
**stepped** [1] - 65:18
**steps** [8] - 8:25, 10:22, 12:23, 19:16, 19:17, 55:18, 70:9, 156:13
**STEVENS** [2] - 1:6, 1:23
**Stevens** [3] - 4:4, 4:17, 4:19
**stick** [2] - 200:2, 218:4
**still** [28] - 5:6, 13:8, 26:6, 30:5, 34:24, 36:4, 48:14, 49:4, 64:16, 65:20, 75:6, 79:16, 83:24, 84:5, 123:22, 131:22, 142:18, 149:3, 151:6, 151:9, 157:17, 163:8, 170:16, 179:22, 196:19, 197:18, 204:1
**stipulate** [1] - 132:3
**stipulating** [1] - 123:1
**stocking** [3] - 135:19, 135:20, 139:10
**stole** [1] - 136:15
**stolen** [1] - 192:9
**stop** [138] - 11:1, 11:17, 12:10, 12:14, 13:6, 14:18, 16:17, 17:2, 17:6, 17:16, 17:25, 18:9, 19:5, 23:15, 26:21, 27:10, 28:4, 29:6, 29:16, 30:12, 31:7, 31:17, 33:2, 36:12, 37:14, 38:15, 39:7, 39:23, 43:24, 46:7, 62:15, 63:13, 63:23, 71:12, 74:6, 74:15, 76:12,

77:10, 77:21, 81:10, 81:19, 82:17, 83:18, 84:24, 86:6, 86:18, 87:8, 87:17, 88:25, 93:2, 93:21, 94:7, 94:17, 94:24, 96:16, 113:23, 115:19, 116:16, 117:12, 118:25, 119:12, 120:7, 121:20, 129:8, 129:25, 130:16, 131:8, 133:12, 133:18, 134:2, 134:7, 134:21, 135:14, 136:12, 137:15, 139:7, 140:4, 140:22, 141:17, 142:9, 143:2, 143:23, 144:12, 144:21, 145:9, 145:21, 146:14, 148:1, 148:22, 149:19, 150:23, 151:16, 151:25, 152:9, 152:16, 152:19, 152:21, 152:22, 153:5, 156:19, 158:5, 159:14, 160:17, 163:6, 174:9, 182:17, 183:5, 183:21, 185:3, 185:17, 187:4, 188:12, 189:7, 189:21, 189:25, 191:5, 191:14, 192:3, 192:25, 193:25, 194:18, 195:4, 195:20, 197:12, 198:2, 199:13, 200:10, 202:22, 205:14, 206:8, 207:6, 208:1, 234:7, 235:4, 235:13, 235:21, 236:4, 236:13

**stopped** [50] - 9:8, 10:2, 15:9, 18:2, 18:11, 24:5, 24:25, 32:16, 36:14, 37:16, 38:19, 104:13, 114:2, 116:5, 118:11, 119:2, 121:22, 129:10, 130:2, 130:18, 133:14, 135:16, 137:17, 138:23, 141:4, 141:19, 142:11, 143:4, 143:25, 149:21, 151:18, 152:2, 171:5, 174:11, 182:19, 188:4, 189:9, 190:2, 191:7, 192:5, 197:14, 198:4, 200:12,

203:12, 203:19, 206:1, 206:10, 208:3, 228:21, 235:23
**stopping** [2] - 62:19, 122:13
**stops** [1] - 49:8
**story** [2] - 36:19, 126:22
**straight** [1] - 146:10
**straightening** [1] - 226:9
**strap** [4] - 145:3, 203:16
**Street** [10] - 1:17, 1:20, 1:24, 2:5, 22:5, 52:12, 52:16, 52:18, 53:10, 114:7
**street** [1] - 112:7
**streets** [1] - 178:21
**strength** [3] - 199:5, 200:20, 221:5
**strict** [1] - 117:18
**strike** [2] - 151:5, 214:12
**strikes** [1] - 164:7
**striking** [1] - 164:18
**stronger** [1] - 124:25
**struck** [6] - 25:21, 203:8, 214:6, 214:7, 214:12, 214:13
**structure** [3] - 10:17, 166:20, 169:20
**stuck** [9] - 78:1, 78:4, 78:6, 78:10, 79:11, 79:15, 90:6, 106:1
**stuff** [4] - 25:19, 78:15, 111:21, 236:17
**subcomponents** [2] - 24:1, 181:25
**subject** [1] - 122:17
**subjects** [1] - 110:17
**subsequently** [1] - 208:12
**substance** [2] - 101:22, 196:11
**substantially** [3] - 188:3, 233:18, 234:18
**successful** [1] - 146:6
**succession** [1] - 224:20
**sudden** [1] - 65:11
**suffer** [1] - 213:21
**suffered** [2] - 213:21, 213:25
**suggesting** [1] - 123:16
**suit** [2] - 53:5, 77:3
**Suite** [2] - 1:21, 1:25

**suited** [1] - 53:23
**summer** [1] - 154:16
**superiors** [1] - 166:12
**support** [2] - 179:11, 188:2
**supportive** [1] - 212:25
**supposed** [2] - 58:22, 79:10
**suppression** [2] - 67:14, 67:23
**surface** [1] - 230:5
**surge** [2] - 19:20, 31:1
**surprise** [1] - 165:20
**surprising** [1] - 165:23
**surrender** [3] - 188:23, 200:6, 222:14
**sustain** [2] - 70:16, 89:25
**sustained** [10] - 90:9, 209:6, 209:7, 209:8, 209:25, 210:2, 210:15, 211:13, 214:22, 217:20
**sustaining** [1] - 210:18
**swapping** [1] - 143:17
**sweater** [1] - 91:4, 94:2, 147:14
**sweatshirt** [12] - 15:13, 16:19, 32:18, 74:8, 76:4, 76:15, 76:20, 91:7, 91:10, 141:5, 141:21, 197:16
**switch** [2] - 81:3, 143:14
**switching** [1] - 80:25
**swollen** [1] - 209:11, 210:16, 214:21
**sworn** [1] - 109:13
**SWORN** [6] - 5:21, 20:17, 56:18, 67:3, 109:14, 176:23
**swung** [1] - 25:21
**symptoms** [1] - 174:15
**synonym** [1] - 88:2
**system** [3] - 60:12, 60:15, 124:2

## T

**table** [1] - 167:4
**tactical** [8] - 19:23, 39:15, 126:19,

166:10, 166:12, 166:18, 170:10, 179:12
**tag** [2] - 14:7, 148:6
**tame** [2] - 24:10, 51:8
**tan** [1] - 158:9
**tap** [1] - 227:6
**tape** [1] - 190:8
**tapped** [1] - 226:23
**tapping** [1] - 226:20
**task** [1] - 169:21
**team** [4] - 6:17, 6:18, 67:14, 67:23
**teams** [1] - 111:23
**tear** [2] - 42:6, 203:7
**teargas** [7] - 18:12, 18:16, 18:23, 42:10, 42:20, 170:5, 193:15
**ten** [8] - 25:2, 25:9, 30:8, 81:2, 98:12, 149:15, 181:3, 196:8
**ten-minute** [1] - 196:8
**tendency** [1] - 45:4
**tenor** [1] - 117:1
**term** [3] - 211:11, 211:12
**terms** [1] - 230:2
**terrace** [29] - 22:23, 25:4, 36:19, 40:24, 47:21, 49:14, 49:15, 65:24, 70:14, 70:25, 118:20, 119:16, 120:12, 126:10, 126:24, 127:5, 139:1, 141:1, 146:25, 148:11, 181:9, 184:15, 184:17, 186:6, 186:22, 191:23, 192:20, 193:7, 194:14
**territory** [1] - 170:13
**testified** [7] - 43:10, 52:18, 54:5, 91:10, 96:10, 146:4, 221:12
**testify** [2] - 221:6, 237:17
**testimony** [27] - 7:18, 20:7, 23:9, 42:5, 45:11, 47:13, 56:3, 61:24, 69:5, 69:16, 91:16, 92:18, 95:3, 101:3, 101:4, 101:14, 113:17, 116:24, 122:17, 124:1, 154:7, 171:16, 176:14, 181:15, 196:11, 197:1, 237:1
**THE** [186] - 1:1, 1:11,

1:14, 1:16, 1:19, 1:23, 1:23, 2:2, 3:4, 4:1, 4:2, 4:11, 4:14, 4:18, 4:23, 5:7, 5:10, 5:13, 5:19, 5:22, 8:12, 15:2, 18:22, 18:24, 20:3, 20:6, 20:9, 20:11, 20:18, 20:19, 20:20, 23:25, 34:14, 41:14, 41:17, 41:20, 51:24, 52:2, 52:4, 54:17, 56:2, 56:5, 56:7, 56:11, 56:19, 56:20, 56:21, 63:6, 66:9, 66:10, 66:12, 66:14, 66:16, 66:18, 66:20, 67:1, 67:4, 69:20, 71:13, 71:15, 71:16, 71:18, 71:20, 71:22, 72:3, 81:11, 83:2, 84:2, 85:7, 85:8, 88:9, 88:10, 91:1, 91:6, 91:15, 91:20, 91:25, 92:4, 92:7, 92:10, 92:15, 95:17, 95:22, 95:23, 95:25, 96:1, 96:5, 96:8, 96:22, 105:11, 105:14, 106:16, 107:3, 107:25, 108:1, 108:3, 108:5, 108:7, 108:12, 109:5, 109:11, 109:15, 109:17, 114:15, 122:14, 122:18, 122:21, 123:13, 123:20, 123:21, 123:23, 124:7, 124:10, 124:11, 128:12, 128:13, 131:1, 131:4, 132:5, 137:3, 137:4, 138:17, 139:22, 141:10, 147:5, 150:10, 150:18, 154:7, 154:12, 154:22, 154:23, 154:25, 157:6, 157:12, 157:17, 157:20, 157:22, 157:23, 162:17, 162:19, 164:16, 171:25, 173:11, 173:14, 175:3, 175:5, 176:13, 176:15, 176:17, 176:24, 177:2, 181:24, 182:3, 187:10, 190:23, 196:7, 196:10, 196:13, 196:16, 196:18, 196:19, 207:19, 209:15,

210:7, 210:23, 213:6, 213:9, 213:12, 217:20, 222:21, 223:18, 224:25, 227:11, 227:13, 230:24, 231:1, 231:3, 231:6, 231:14, 232:20, 236:25, 237:4, 237:21, 237:24, 238:7, 238:10

**then-commander** [1] - 180:18

**then-Inspector** [1] - 112:3

**Thereupon** [9] - 5:17, 20:15, 56:9, 56:16, 66:24, 109:9, 122:19, 176:21, 196:14

**thick** [2] - 166:7, 184:3

**thighs** [1] - 58:10

**thinking** [8] - 73:3, 76:24, 88:5, 88:8, 89:6, 117:22, 192:5, 222:18

**thinks** [1] - 123:6

**third** [2] - 36:20, 204:5

**thirsty** [1] - 104:8

**thirteen** [1] - 21:7

**thousands** [2] - 51:11, 175:16

**threat** [2] - 43:25, 64:12

**Three** [1] - 224:20

**three** [8] - 39:15, 59:19, 98:6, 159:8, 163:14, 226:1, 237:9, 237:12

**three-day** [1] - 237:9

**threes** [1] - 47:6

**throughout** [3] - 110:13, 142:22, 170:20

**thrown** [1] - 25:20

**Thursday** [2] - 237:15, 237:23

**tied** [1] - 64:7

**tight** [1] - 78:9

**timeframe** [7] - 43:10, 117:20, 165:18, 179:7, 179:8, 179:22, 206:2

**timestamp** [15] - 8:21, 12:3, 14:14, 15:6, 17:3, 17:22, 23:17, 40:12, 40:15, 45:24, 114:25, 120:9, 128:20, 136:23, 182:8

**timestamped** [1] - 42:2

**timestamps** [1] - 171:3

**tipped** [1] - 116:11

**title** [2] - 67:15, 67:17

**today** [15] - 7:18, 20:8, 23:9, 56:3, 69:5, 69:16, 101:14, 121:14, 130:20, 137:8, 168:23, 176:14, 181:15, 197:1, 214:1

**together** [5] - 51:13, 65:12, 80:10, 80:11, 168:16

**tomorrow** [2] - 237:5, 238:13

**tone** [2] - 60:23, 121:1

**tones** [1] - 121:13

**took** [9] - 50:11, 64:22, 84:13, 103:17, 181:3, 184:23, 192:19, 214:3, 233:15

**tools** [3] - 55:20, 124:14, 154:15

**top** [21] - 19:21, 26:14, 35:8, 36:15, 36:17, 37:23, 37:24, 40:21, 48:11, 49:17, 65:23, 70:16, 77:15, 80:19, 154:5, 164:20, 164:24, 203:9, 206:11, 209:9, 214:18

**touched** [2] - 215:2, 215:3

**touching** [1] - 59:12

**tour** [1] - 178:24

**toward** [7] - 59:8, 73:11, 179:21, 180:3, 181:7, 184:15, 195:8

**towards** [13] - 13:13, 19:16, 25:21, 31:2, 73:7, 120:18, 122:5, 127:6, 133:4, 133:5, 171:10, 180:12, 181:6, 181:8, 182:11

**tower** [2] - 64:23, 187:14

**traffic** [2] - 177:22, 179:23

**train** [3] - 110:14, 111:19, 219:14

**trained** [5] - 121:4, 169:19, 211:22, 219:20, 229:7

**training** [7] - 80:11, 98:24, 111:17, 111:19, 121:8, 170:11, 219:11

**trainings** [1] - 110:13

**traitors** [2] - 61:4, 64:6

**TRANSCRIPT** [1] - 1:10

**transcript** [2] - 239:5, 239:6

**transpiring** [1] - 72:16

**trapped** [2] - 59:15, 59:17

**treated** [1] - 211:6

**treatment** [1] - 211:2

**tremendous** [1] - 152:25

**trespassing** [1] - 103:23

**TREVOR** [1] - 1:11

**trial** [5] - 5:5, 5:8, 123:15, 221:12, 238:13

**TRIAL** [1] - 1:10

**tried** [1] - 184:22

**trip** [1] - 65:17

**tripod** [1] - 189:16

**Tristan** [2] - 4:4, 4:17

**TRISTAN** [1] - 1:6

**Troy** [1] - 2:6

**true** [20] - 44:20, 99:14, 100:6, 161:25, 162:3, 213:21, 215:21, 215:24, 216:4, 216:5, 216:6, 218:8, 218:12, 218:14, 218:15, 218:18, 218:20, 239:4, 239:5

**Trump** [4] - 12:17, 81:24, 85:20, 179:12

**trusted** [1] - 136:2

**try** [11] - 25:16, 46:4, 46:12, 50:6, 73:23, 88:19, 99:23, 168:1, 174:23, 174:25, 176:3

**trying** [62] - 25:15, 25:23, 26:5, 26:25, 27:4, 28:12, 30:20, 36:22, 37:20, 37:21, 39:11, 46:10, 46:22, 60:3, 61:1, 61:2, 61:16, 64:3, 65:16, 71:1, 72:15, 76:16, 76:17, 76:20, 83:24, 85:14, 89:8, 92:10, 92:14, 97:11, 97:17, 101:5, 102:3, 102:20, 123:6, 127:21, 137:21, 142:19,

143:6, 143:11, 143:14, 144:2, 144:7, 145:17, 152:14, 152:19, 153:21, 160:19, 176:2, 184:4, 187:17, 199:6, 200:15, 200:23, 200:24, 215:12, 222:3, 222:8, 222:14, 227:22

**Tuesday** [2] - 237:18, 237:19

**tunnel** [93] - 49:14, 49:19, 50:2, 50:9, 50:10, 50:11, 50:12, 50:14, 50:21, 50:22, 50:25, 51:2, 51:6, 51:9, 51:19, 66:6, 70:1, 70:3, 70:11, 70:13, 70:17, 70:18, 70:19, 70:22, 70:24, 71:2, 73:3, 75:22, 78:21, 79:21, 80:5, 80:7, 80:23, 82:5, 82:6, 82:7, 85:13, 85:19, 91:8, 91:11, 91:18, 92:20, 98:13, 100:11, 100:14, 100:15, 101:6, 102:22, 103:19, 105:20, 106:10, 106:25, 107:9, 126:24, 127:6, 128:24, 138:12, 139:1, 139:17, 141:1, 146:19, 146:25, 148:5, 148:11, 172:6, 172:13, 172:16, 173:8, 175:3, 175:4, 175:10, 175:13, 175:20, 194:13, 195:9, 195:15, 196:4, 196:23, 198:24, 199:1, 200:5, 204:7, 207:14, 208:25, 209:25, 210:2, 213:25, 214:10, 216:15, 216:21, 216:22, 229:9

**tunnels** [1] - 166:24

**turned** [6] - 38:19, 97:7, 97:9, 121:9, 121:10, 165:4

**turning** [2] - 100:25, 160:13

**TV** [2] - 152:4, 172:14

**two** [36] - 11:2, 31:13, 39:15, 70:25, 72:22, 73:23, 74:2,

74:12, 76:5, 88:10, 89:9, 99:10, 99:18, 111:18, 116:8, 116:9, 120:12, 131:17, 145:6, 157:13, 161:16, 163:13, 163:14, 166:24, 167:11, 179:5, 180:9, 182:23, 189:22, 212:25, 216:15, 222:9, 226:9, 236:22, 237:16

**twos** [1] - 47:6

**type** [12] - 9:16, 54:6, 60:6, 68:10, 110:14, 110:20, 112:2, 117:5, 128:12, 129:17, 154:24, 238:2

**types** [3] - 31:1, 116:10, 124:21

**typically** [2] - 6:22, 116:9

## U

**U.S** [7] - 7:14, 125:15, 130:4, 130:20, 137:8, 184:16, 217:9

**unable** [1] - 203:3

**uncertain** [1] - 164:16

**uncomfortable** [2] - 78:12, 78:14

**under** [3] - 123:22, 196:19, 209:10

**underneath** [4] - 28:7, 65:17, 141:25

**understood** [2] - 99:1, 166:17

**undone** [1] - 203:17

**unfortunately** [1] - 107:18, 191:21

**uniform** [11] - 23:2, 53:17, 58:4, 112:23, 112:25, 113:3, 113:5, 118:16, 178:13, 178:14, 178:15

**unit** [3] - 55:20, 61:12, 180:24

**Unit** [2] - 177:16, 177:19

**United** [13] - 4:3, 4:9, 7:4, 58:13, 112:24, 118:15, 180:14, 182:12, 182:22, 187:18, 192:7, 208:22, 239:13

**united** [1] - 2:8

**UNITED** [4] - 1:1, 1:3, 1:11, 1:16
**units** [3] - 127:23, 169:16, 180:21
**unjustified** [1] - 164:6
**unlawful** [1] - 121:15
**unmasked** [1] - 42:8
**unorganized** [1] - 46:25
**unpredictable** [1] - 237:10
**unsuccessful** [1] - 191:21
**unsustainable** [1] - 166:22
**untenable** [1] - 204:18
**unyielding** [1] - 202:13
**up** [154] - 7:23, 8:4, 8:16, 10:23, 13:2, 14:14, 19:16, 19:21, 23:11, 24:20, 26:13, 28:25, 31:13, 31:22, 31:24, 32:9, 33:15, 33:18, 35:8, 36:16, 36:23, 36:24, 37:3, 37:19, 38:5, 38:6, 38:8, 39:13, 40:5, 41:21, 47:18, 47:21, 47:23, 47:25, 48:10, 48:14, 48:22, 50:3, 53:5, 53:23, 58:8, 58:22, 58:23, 59:2, 60:2, 62:1, 62:20, 64:15, 65:19, 65:22, 65:23, 65:25, 66:2, 66:4, 69:10, 70:13, 70:15, 71:7, 73:8, 78:9, 79:15, 79:16, 81:3, 84:17, 97:7, 97:8, 102:1, 102:2, 102:5, 106:17, 109:12, 112:23, 113:19, 114:8, 114:19, 114:24, 115:9, 115:10, 116:21, 117:9, 119:5, 120:4, 123:10, 124:2, 125:5, 126:5, 126:22, 127:1, 127:14, 127:19, 127:23, 127:24, 128:7, 128:16, 131:22, 132:10, 133:18, 140:11, 140:18, 141:24, 142:6, 142:20, 143:14, 147:21, 149:4, 149:8,

149:12, 151:12, 159:14, 160:18, 160:20, 163:9, 163:11, 163:14, 165:1, 166:7, 166:14, 167:11, 167:12, 167:24, 169:1, 170:13, 173:25, 182:7, 182:23, 189:18, 192:13, 193:2, 196:1, 197:6, 201:6, 202:2, 204:1, 204:10, 205:21, 206:23, 208:15, 208:18, 209:18, 211:18, 213:8, 217:21, 222:9, 223:12, 224:6, 225:15, 230:6, 233:17, 234:23, 237:9
**upper** [7] - 19:17, 49:7, 65:23, 65:25, 127:14, 139:9, 171:4
**upright** [1] - 204:18
**upwards** [1] - 192:19
**URSO** [48] - 1:19, 1:20, 4:12, 20:4, 52:3, 66:13, 105:15, 105:17, 106:18, 106:19, 107:2, 172:3, 173:10, 213:7, 213:10, 213:13, 213:16, 217:21, 218:1, 218:2, 222:22, 222:25, 223:4, 223:5, 223:21, 223:24, 224:3, 224:9, 224:12, 224:19, 224:22, 225:4, 225:8, 225:19, 226:8, 226:14, 226:19, 227:2, 227:5, 227:16, 228:2, 228:11, 229:4, 229:6, 229:23, 230:21, 230:23, 233:21
**Urso** [10] - 4:12, 4:14, 20:3, 52:2, 66:12, 105:14, 172:1, 173:11, 213:6, 233:19
**useful** [1] - 193:20
**useless** [1] - 200:19
**utilizing** [1] - 125:19

**V**

**van** [3] - 58:17, 58:19, 58:21
**vans** [3] - 180:25, 181:5, 182:11
**vantage** [3] - 42:14,

149:9, 149:12
**various** [8] - 31:1, 60:10, 98:14, 110:13, 127:23, 142:21, 182:25, 229:17
**vast** [2] - 232:8, 232:12
**vehicle** [6] - 112:12, 112:15, 114:4, 115:5, 115:6, 126:1
**verdict** [1] - 238:15
**versus** [4] - 4:3, 25:12, 202:7, 233:2
**vest** [2] - 68:12, 78:15
**video** [192] - 9:25, 10:3, 11:1, 11:13, 11:17, 12:10, 13:21, 14:7, 14:10, 14:18, 15:9, 15:23, 16:7, 16:17, 17:2, 17:6, 17:25, 18:9, 18:12, 19:5, 25:3, 26:18, 26:21, 26:24, 27:6, 27:10, 27:13, 28:4, 29:2, 29:6, 29:16, 30:4, 30:12, 30:20, 31:3, 31:7, 31:17, 32:23, 33:2, 34:2, 34:21, 34:23, 35:6, 35:8, 35:14, 35:19, 36:8, 36:12, 37:14, 38:15, 38:19, 39:7, 39:19, 39:23, 42:16, 45:23, 46:4, 46:20, 48:9, 48:10, 72:15, 77:6, 78:24, 83:15, 84:20, 84:24, 86:2, 86:6, 87:4, 87:8, 88:25, 90:14, 91:5, 91:21, 92:2, 95:7, 95:23, 97:15, 97:25, 104:13, 105:21, 106:5, 106:8, 107:10, 115:15, 116:3, 116:12, 116:16, 118:21, 118:25, 119:12, 119:20, 120:9, 121:20, 122:8, 129:4, 129:8, 130:3, 130:13, 130:16, 131:5, 131:8, 131:11, 133:8, 133:12, 134:3, 134:15, 135:10, 135:14, 137:15, 138:13, 142:9, 142:11, 142:23, 143:4, 143:23, 144:1, 145:24, 146:20, 146:21, 146:22,

151:3, 151:11, 151:21, 152:13, 153:5, 165:19, 165:25, 171:12, 171:17, 171:21, 182:17, 182:20, 182:21, 183:1, 183:21, 185:3, 185:6, 185:17, 186:4, 186:25, 187:4, 188:4, 188:12, 189:7, 191:5, 191:11, 192:3, 192:22, 192:25, 193:22, 194:18, 195:4, 195:20, 199:10, 199:13, 199:18, 199:23, 200:10, 200:12, 200:13, 201:13, 202:18, 202:22, 205:20, 206:5, 206:8, 207:2, 207:6, 207:9, 207:22, 208:1, 208:3, 214:10, 214:14, 215:5, 215:7, 215:15, 216:19, 216:23, 221:22, 222:3, 223:9, 223:13, 229:20, 229:24, 235:13, 235:18, 236:1, 236:4, 236:9, 236:13
**Video** [1] - 13:3
**videos** [22] - 15:17, 33:21, 45:11, 46:15, 50:24, 97:23, 123:11, 168:22, 169:12, 172:12, 172:14, 172:15, 197:2, 213:10, 213:13, 216:13, 216:15, 216:16, 216:17
**view** [12] - 74:23, 95:14, 122:5, 127:4, 139:2, 140:24, 140:25, 146:17, 148:4, 148:9, 189:10, 201:2
**viewing** [2] - 146:16, 146:20
**violence** [11] - 53:20, 53:22, 55:15, 61:1, 90:17, 178:19, 180:19, 184:2, 212:18, 212:21, 212:24
**violent** [12] - 25:13, 53:12, 53:16, 73:15, 73:17, 90:15, 151:4, 154:2, 177:22, 180:12, 212:17,

212:20
**visibility** [3] - 178:5, 178:7, 178:9
**visible** [3] - 152:12, 178:10, 209:5
**vision** [1] - 28:19
**visual** [1] - 165:15
**voice** [3] - 134:23, 142:12, 190:14
**vs** [1] - 1:5
**vulnerability** [2] - 200:23, 201:12
**vulnerable** [1] - 200:21

**W**

**wait** [1] - 109:3
**walk** [2] - 126:23, 126:25
**walked** [3] - 116:21, 116:23, 126:25
**walking** [5] - 48:22, 115:5, 115:10, 127:5, 184:12
**wall** [1] - 192:13
**warning** [3] - 121:1, 121:15
**warnings** [1] - 121:13
**wash** [1] - 28:18
**Washington** [7] - 1:6, 1:18, 2:10, 90:19, 177:10, 211:8, 239:14
**watch** [6] - 45:11, 54:3, 93:4, 102:19, 171:13, 171:14
**watched** [13] - 14:10, 37:1, 64:22, 79:4, 93:6, 95:6, 96:5, 101:11, 145:13, 172:12, 208:25, 215:5, 216:19
**watching** [13] - 44:22, 72:10, 75:10, 90:14, 96:10, 97:14, 97:23, 104:13, 107:10, 150:3, 165:15, 171:13, 200:14
**Water** [1] - 2:5
**water** [1] - 28:17
**ways** [5] - 103:15, 112:17, 117:3, 182:25, 220:8
**weak** [1] - 188:1
**weapon** [2] - 203:4, 231:20
**wear** [2] - 54:13,

68:13

**wearing** [23] - 7:11, 22:24, 40:20, 52:19, 54:1, 61:19, 63:1, 68:10, 68:12, 68:24, 69:2, 104:22, 113:1, 117:20, 145:1, 147:13, 171:20, 178:13, 178:14, 179:10, 179:12, 181:10, 190:10

**Wednesday** [1] - 237:20

**week** [2] - 90:10, 215:19

**weekend** [1] - 237:9

**weeks** [2] - 221:12, 233:15

**weight** [1] - 232:13

**welcome** [1] - 123:21

**west** [47] - 9:17, 22:23, 23:5, 25:3, 25:4, 26:13, 36:19, 40:24, 42:13, 42:14, 42:17, 44:11, 47:21, 49:14, 49:15, 60:2, 61:5, 65:1, 115:11, 118:19, 119:15, 120:12, 124:2, 124:6, 124:13, 126:5, 126:10, 126:24, 127:5, 127:14, 128:24, 139:1, 141:1, 146:25, 148:5, 148:11, 181:9, 184:15, 186:6, 186:9, 186:22, 187:24, 190:18, 191:23, 192:20, 193:7, 194:14

**West** [1] - 1:24

**western** [1] - 184:17

**Whalen** [1] - 57:25

**whatnot** [1] - 61:4

**whereas** [1] - 212:23

**White** [1] - 158:7

**white** [4] - 13:12, 45:18, 158:8, 158:10

**whole** [7] - 22:7, 43:4, 73:8, 124:16, 143:13, 166:15, 208:9

**wider** [1] - 37:20

**WILLIAM** [4] - 2:2, 2:2, 109:14, 109:24

**William** [4] - 3:10, 4:20, 108:15, 109:24

**willing** [2] - 91:2, 213:2

**win** [1] - 145:16

**wind** [2] - 44:11, 135:5

**window** [6] - 131:25, 132:13, 132:25, 133:17, 157:21

**withdraw** [1] - 229:7

**witness** [24] - 5:14, 5:17, 20:10, 20:12, 20:15, 56:12, 56:16, 66:19, 66:21, 66:24, 108:8, 108:9, 108:18, 108:20, 108:24, 109:9, 116:19, 123:20, 172:17, 176:18, 176:21, 180:1, 206:14, 231:5

**Witness** [4] - 56:6, 108:6, 176:16, 237:3

**WITNESS** [42] - 5:21, 18:24, 20:9, 20:17, 20:19, 56:5, 56:18, 56:20, 66:9, 66:18, 67:3, 71:15, 71:18, 71:22, 85:8, 88:10, 95:22, 95:25, 107:25, 108:5, 109:14, 109:17, 122:18, 123:20, 123:23, 124:10, 128:13, 137:4, 154:12, 154:23, 157:17, 157:22, 162:19, 164:16, 175:5, 176:15, 176:23, 177:2, 196:13, 196:18, 227:13, 232:20

**witnessed** [12] - 7:21, 18:2, 116:20, 132:18, 151:2, 152:11, 152:12, 186:3, 186:4, 205:16, 206:3, 212:13

**witnesses** [2] - 237:11, 237:18

**WITNESSES** [1] - 3:4

**witnessing** [4] - 114:9, 193:5, 193:6, 211:17

**women** [3] - 52:13, 52:14, 52:17

**wondering** [1] - 171:18

**wood** [3] - 119:5, 119:6, 204:8

**woods** [2] - 119:3, 119:6

**word** [3] - 42:7, 61:10, 205:1

**words** [6] - 49:6, 64:11, 101:19, 102:9, 103:17, 188:24

**works** [1] - 27:23

**worn** [58] - 7:12, 8:6, 11:7, 14:2, 14:7, 18:19, 22:24, 23:19, 24:10, 25:3, 25:10, 30:7, 32:4, 34:6, 34:25, 36:25, 38:1, 61:19, 61:23, 62:5, 62:13, 62:25, 63:3, 68:24, 69:4, 69:15, 72:10, 72:13, 79:5, 91:24, 92:20, 98:13, 99:11, 102:17, 113:4, 113:11, 113:16, 114:25, 123:2, 138:24, 140:25, 142:15, 150:4, 151:19, 171:2, 174:1, 181:10, 181:14, 181:23, 182:10, 186:16, 190:15, 195:24, 196:4, 197:3, 216:17, 216:19, 216:23

**worse** [2] - 135:25, 201:13

**worst** [1] - 166:18

**worst-case** [1] - 166:18

**wrest** [1] - 203:2

**WUSA** [1] - 215:19

## Y

**year** [5] - 57:10, 153:16, 212:4, 212:5, 219:8

**years** [17] - 6:10, 21:7, 41:4, 57:9, 67:21, 110:5, 111:6, 153:12, 153:16, 153:18, 154:4, 177:13, 211:20, 211:21, 212:7, 212:8, 219:7

**yell** [1] - 226:15

**yelling** [5] - 36:3, 201:3, 220:25, 223:6, 223:10

**yellow** [4] - 27:17, 35:9, 36:6, 38:3

**yesterday** [5] - 5:3, 42:5, 47:13, 154:7, 238:12

**yourself** [3] - 50:20, 111:25, 173:8

**yourselves** [2] - 4:7, 50:7