UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

------------------------------------- X
| UNITED STATES OF AMERICA, | : | Criminal No.  1:21-cr-40 (TNM) |
| v. | : | |
| PATRICK MCCAUGHEY III, | : | |
| Defendant. | : | July 26, 2023 |

------------------------------------- X

## MOTION FOR EXONERATION OF BOND

    Defendant, Patrick McCaughey, through counsel, having satisfied all of the requirements of his pretrial release, respectfully moves this Court for the entry of an order to Exonerate and Release the real estate bond posted in support of the release of the defendant on bond on or about May 5, 2021; to wit: Jay Living Trust, Margaret Jay, Trustee (owner), 54 Hillside Avenue, New Canaan, CT 06840, for the reason that this case has been concluded and the necessity for the bond has passed.

    The government does not oppose this motion.

    A proposed Exoneration / Release Order disencumbering the said property, to be signed by His Honor and then filed in the New Canaan, Connecticut Land Records, is attached hereto.

Dated:    Stamford, Connecticut
              July 26, 2023

By: *Lindy R. Urso*
Lindy R. Urso
Attorney at Law
Bar No.: ct 20315
810 Bedford Street, Suite 3
Stamford, CT 06901
Tel: (203) 325-4487
Fax:  (203) 357-0608
Email: lindy@lindyursolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed and served electronically on all parties of record, on this 26 day of July in the year of our Lord 2023.

_Lindy R. Urso_
Lindy R. Urso

Please Return To:

Harvey Melzer, Esq
51 Locust Ave #306
New Canaan, CT 06840

## RELEASE / EXONERATION OF REAL ESTATE BOND

KNOW ALL MEN BY THESE PRESENTS,

That I, Hon. Trevor N. McFadden, United States District Judge, do hereby Exonerate and Release JAY FAMILY TRUST, MARGARET C. JAY, TRUSTEE, from a certain Application to Pledge Real Property To Secure Release On Bond, and Agreement to Forfeit Property, namely, 52-54 Hillside Avenue, New Canaan, Connecticut, dated May 5, 2021, and recorded in the Land Records of New Canaan, Connecticut, on May 5, 2021, in Book 1039, at Pages 580-588, to which reference may be had:

IN WITNESS WHEREOF, I have hereunto set my hand and seal this _____ day of _____, 2023.

_____
Hon. Trevor N. McFadden